IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOVO NORDISK A/S
Novo Allé 1
2880 Bagsværd
DENMARK

      Plaintiff,

  v.

Hon. JON W. DUDAS,
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office
600 Dulany Street
Alexandria, Virginia 22314

      Defendant.

CASE NUMBER  1:06CV01896

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 11/07/2006

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Novo Nordisk A/S, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Novo Nordisk A/S, which have any outstanding shares in the hands of the public: Novo A/S.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: November 7, 2006

Respectfully submitted,

*[signature]*

Margaret K. Pfeiffer (D.C. Bar No. 358,723)
**SULLIVAN & CROMWELL LLP**
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Tel.   (202) 956-7500
Fax.   (202) 956-6330
*Attorneys for Plaintiff Novo Nordisk A/S*

OF COUNSEL:
Joseph R. Robinson
Robert Schaffer
Steven Lipman (D.C. Bar No. 216,945)
Cameron Elliot (D.C. Bar No. 461,875)
Samuel S. Woodley
**DARBY & DARBY P.C.**
805 Third Avenue
New York, New York 10022
Tel.   (212) 527-7700
Fax   (212) 527-7701