IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVO NORDISK A/S<br>Novo Allé 1<br>2880 Bagsvaerd<br>DENMARK<br><br>    Plaintiff,<br><br>    v.<br><br>Hon. JON W. DUDAS,<br>Under Secretary of Commerce for<br>Intellectual Property and Director of the<br>United States Patent and Trademark Office<br>600 Dulany Street<br>Alexandria, Virginia 22314<br><br>    Defendant. | C.A. No. 1:06-cv-01896-CKK |

## AFFIDAVIT OF SERVICE

I, Kevin Ingram, hereby declare that on the 28th day of February, 2007, I delivered a copy of the summons and complaint, by hand, to Raymond McDowell, Mr. McDowell being authorized to accept service on behalf of Alberto R. Gonzales, U.S. Attorney General, at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001. Attached to this affidavit are copies of the summons and the return of service form.

                  */s/ Kevin Ingram*
                  Kevin Ingram
                  1701 Pennsylvania Avenue, NW
                  Washington, DC 20006
                  (202) 956-7547

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVO NORDISK A/S
Novo Allé 1
2880 Bagsværd
DENMARK

**SUMMONS IN A CIVIL CASE**

V.

Hon. JON W. DUDAS,
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

CASE N[

CASE NUMBER  1:06CV01896

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant)

Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret K. Pfeiffer
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006-5805
Phone +1-202-956-7500
Fax +1-202-293-6330

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         NOV 0 7 2006

CLERK                               DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-28-07 |
| NAME OF SERVER (PRINT) KEVIN INGRAM | TITLE COORDINATOR - OFFICE SERVICES S&C LLP |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Raymond McDowell 950 Penn Ave. N.W. Wash, D.C. 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-28-07        [signature]
            Date              Signature of Server

Received by:
Raymond McDowell
of DOJ

1701 PENN AVE, NW, WASH, DC 20006
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.