## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NOVO NORDISK A/S
Novo Allé 1
2880 Bagsvaerd
DENMARK

        Plaintiff,

     v.

Hon. JON W. DUDAS,
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office
600 Dulany Street
Alexandria, Virginia  22314

        Defendant.

C.A. No.  1:06-cv-01896-CKK

### AFFIDAVIT OF SERVICE

I, Kevin Ingram, hereby declare that on the 28th day of February, 2007, I delivered a copy

of the summons and complaint, by hand to LaKesha M. Carroll, Docket Clerk, Ms. Carroll being

authorized to accept service on behalf of Jeffrey A. Taylor, U.S. Attorney for the District of

Columbia, at 501 Third Street, N.W., Washington, D.C., 20001.  Attached to this affidavit are

copies of the summons and the return of service form.

Kevin Ingram
1701 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 956-7547

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVO NORDISK A/S
Novo Allé 1
2880 Bagsværd
DENMARK

**SUMMONS IN A CIVIL CASE**

V.

Hon. JON W. DUDAS,
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

C⁄

CASE NUMBER   1:06CV01896

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant)

Jeffrey A. Taylor, USA
Judiciary Center Building
555 Fourth Street, NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret K. Pfeiffer
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006-5805
Phone +1-202-956-7500
Fax +1-202-293-6330

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                NOV 0 7 2006

CLERK                                                          DATE

_Maureen Higgins_

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | *FEB. 28, 2007* |
| NAME OF SERVER *(PRINT)*  *KEVIN INGRAM* | TITLE | *S&CLLP*  *COORDINATOR OF OFFICE SERVICES* |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served: *Lakisha Carroll*  *501 3rd St NW   Washington DC  20530*

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *2-28-07*      _____
              Date              Signature of Server

                         *1701 PENN. AVE, NW, WASH DC 20006*
                           Address of Server

*Received by:*

*Lakisha M Carroll, Docket Clerk*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.