IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVO NORDISK A/S<br>Novo Allé 1<br>2880 Bagsvaerd<br>DENMARK<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Hon. JON W. DUDAS,<br>Under Secretary of Commerce for<br>Intellectual Property and Director of the<br>United States Patent and Trademark Office<br>600 Dulany Street<br>Alexandria, Virginia  22314<br><br>　　　　　Defendant. | C.A. No.  1:06-cv-01896-CKK |

**AFFIDAVIT OF SERVICE**

I, Kevin Ingram, hereby declare that on the 28th day of February, 2007, I delivered a copy of the summons and complaint, by hand to Patricia M. Beck in the Office of General Law, Ms. Beck being authorized to accept service on behalf of the Honorable Jon W. Dudas, Under Secretary of Commerce for Intellectual Property & Director of the United States Patent and Trademark Office, at 600 Dulany Street, Alexandria, Virginia, 22314.   Attached to this affidavit are copies of the summons and the return of service form.

　　　　　　　　　　　　　　　　　　　　　_/s/ Kevin Ingram_
　　　　　　　　　　　　　　　　　　　　　Kevin Ingram
　　　　　　　　　　　　　　　　　　　　　1701 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20006
　　　　　　　　　　　　　　　　　　　　　(202) 956-7547

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVO NORDISK A/S
Novo Allé 1
2880 Bagsværd
DENMARK

**SUMMONS IN A CIVIL CASE**

V.

Hon. JON W. DUDAS,
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

CASE NU

CASE NUMBER   1:06CV01896

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: General Civil

DATE STAMP: 11/07/2006

TO: (Name and address of Defendant)

Hon. JON W. DUDAS,
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office
600 Dulany Street
Alexandria, Virginia 22314

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret K. Pfeiffer
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006-5805
Phone +1-202-956-7500
Fax +1-202-293-6330

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 0 7 2006
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2-28-07 |
| NAME OF SERVER *(PRINT)* KEVIN INGRAM | TITLE COORDINATOR - OFFICE SERVICES - S+C LLP |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 600 Dulany Street MDE 10C20
Patricia Beck

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-28-07
               Date            Signature of Server

1701 PENN AVE, NW. WASH, DC 20006
Address of Server

Received by:
Patricia M. Beck, Secretary, Office of General Counsel

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.