IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOVO NORDISK A/S
Novo Allé 1
2880 Bagsvaerd
DENMARK

       Plaintiff,

v.

Hon. JON W. DUDAS,
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office
600 Dulany Street
Alexandria, Virginia 22314

       Defendant.

C.A. No. 1:06-cv-01896-CKK

**AFFIDAVIT OF SERVICE**

I, Kevin Ingram, hereby declare that on the 1st day of March, 2007, I delivered a copy of the summons and complaint, by hand, to W.T. Lee, Ms. Lee being authorized to accept service on behalf of Alberto R. Gonzales, U.S. Attorney General, at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001. Attached to this affidavit are copies of the summons and the return of service form.

                                              Kevin Ingram
                                              1701 Pennsylvania Avenue, NW
                                              Washington, DC 20006
                                              (202) 956-7547

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NOVO NORDISK A/S
Novo Allé 1
2880 Bagsvaerd
DENMARK

**SUMMONS IN A CIVIL CASE**

V.

Hon. JON W. DUDAS,
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

CASE NUMBER:   1:06-cv-01896-CKK

TO: (Name and address of Defendant)

Alberto R. Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Margaret K. Pfeiffer
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006-5805
Phone +1-202-956-7500
Fax +1-202-293-6330

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 0 1 2007

CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE *March 1, 2007* |
| NAME OF SERVER *(PRINT)* *Kevin Ingram* | TITLE *S/C LLP Coordinator of Office Services* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *W.T. Lee* *DOJ/Main Bld., 950 Penn Ave NW, Wash. DC*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *3-1-07*
Date    Signature of Server

Address of Server

*Received by W.T. Lee Gen. Clk.*
*DOJ/Main Bld.,*
*Mail Room*
*LL-206*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.