UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NOVO NORDISK A/S | ) | |
| Novo Alle' 1 | ) | |
| 2880 Bagsvaerd | ) | |
| Denmark | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1896 (CKK) |
| | ) | Electronic Case Filing |
| v. | ) | |
| | ) | |
| HON. JON W. DUDAS, | ) | |
| UNDER SECRETARY OF COMMERCE FOR | ) | |
| INTELLECTUAL PROPERTY AND DIRECTOR | ) | |
| OF THE UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE | ) | |
| 600 Dulany Street | ) | |
| Alexandria, Virginia 22314 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the, Defendant in the above-captioned civil action..

Respectfully submitted,

_____/ s /_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov