UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVO NORDISK A/S ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-1896 (CKK) |
| ) | |
| JON W. DUDAS ) | |
| Under Secretary of Commerce for ) | |
| Intellectual Property and ) | |
| Director of the United States Patent ) | |
| & Trademark Office, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

The Parties mutually request that the Initial Scheduling Conference set for June 26, 2007, at 11:45 A.M. be rescheduled. The Parties checked with Chambers and it appears that the following dates are convenient for the Court and the Parties:

Monday, July 9, at any time, and as an alternate date, Wednesday, July 11, at any time.

For Plaintiff:

Dated: June 25, 2007

Respectfully submitted,

/s/
Margaret K. Pfeiffer (D.C. Bar No. 358,723)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Tel.   (202) 956-7500
Fax.   (202) 956-6330

-2-

For Defendant:                          Respectfully submitted,

Dated: June 25, 2007

>                        _____/s/_____
>                        JEFFREY A. TAYLOR, D.C. BAR # 498610
>                        United States Attorney
>                        _____/s/_____
>                        RUDOLPH CONTRERAS, D.C. BAR # 434122
>                        Assistant United States Attorney
>                        _____/s/_____
>                        QUAN K. LUONG
>                        Special Assistant United States Attorney
>                        555 Fourth Street, N.W., Room E-4417
>                        Washington, D.C. 20530
>                        (202) 514-9150 (telephone)
>                        (202) 514-8780 (facsimile)