UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVO NORDISK A/S, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JON W. DUDAS, )<br>   Under Secretary of Commerce for )<br>   Intellectual Property and )<br>   Director of the United States Patent )<br>   & Trademark Office, )<br>)<br>Defendant. )<br>) | Case No: 06-1896 (CKK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Special Assistant United States Attorney Quan K. Luong.

Dated: October 1, 2007                Respectfully submitted,


                                                        /s/
                                        QUAN K. LUONG


                                                        /s/
                                        BLANCHE L. BRUCE
                                        D.C. Bar No. 960245
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        (202) 307-6078