UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-1896 (CKK) |
| ) | |
| JON W. DUDAS ) | Judge Colleen Kollar-Kotelly |
| Under Secretary of Commerce for ) | |
| Intellectual Property and ) | ECF |
| Director of the United States Patent ) | |
| & Trademark Office, ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to this Court's Order of October 19, 2007, the Parties conferred by telephone on October 29, 2007, and submit the following Status Report as to Discovery Plan, setting out dates or date ranges for depositions and the exchange of written discovery.

1. Motions to Amend Pleadings or to Join Additional Parties:

Neither Novo Nordisk A/S ("Novo") nor the U.S. Patent & Trademark Office (the "USPTO") intends to amend the pleadings or to join additional parties. The Parties agree to proceed directly to the service of written discovery.

2. Written Discovery:

(a) Novo will serve written discovery requests on the USPTO by November 9, 2007. These will include interrogatories pursuant to Federal Rule of Civil Procedure 33, document requests pursuant to Rule 34, and requests for admission pursuant to Rule 36. Consistent with this Court's Order dated October, 19, 2007, at 3, Novo's discovery will

seek to determine "the scope of evidence that the PTO would seek to introduce in this Section 145 action."

(b)     The USPTO will serve on Novo written interrogatories pursuant to Rule 33, and document requests pursuant to Rule 34, on or before November 16, 2007. The USPTO will serve on Novo requests for admission pursuant to Rule 36 on or before December 21, 2007.

3.      Expert Reports:

(a)     Novo will submit its Rule 26(a)(2)(B) statement on or before January 7, 2008.

(b)     The USPTO will submit its Rule 26(a)(2)(B) statement(s) on or before January 28, 2008.

4.      Depositions:

(a)     Novo will make its expert available for deposition, at a mutually convenient date and time, prior to January 28, 2008. Novo intends to notice the deposition of any USPTO expert witness.

(b)     The USPTO's expert witness(es) will be available for deposition on several days between January 29 and February 14, 2008. The USPTO also intends to notice the depositions of inventors Igor Gonda and Reid Rubsamen, to be held at a mutually convenient date and time on or before January 11, 2008.

5.      Discovery will be completed by February 18, 2008.

6.      The Status Hearing is scheduled for February 29, 2008, at 9:15 a.m. in Courtroom 28A.

       Neither Party currently sees the need for a protective order, but Novo may seek one if it becomes necessary.

Dated: November 2, 2007

| For Plaintiff: | Respectfully submitted, |
|---|---|
|  | /s/ |
|  | Margaret K. Pfeiffer (D.C. Bar No. 358723) |
| OF COUNSEL: | Susan K. Nash (D.C. Bar No. 484088) |
| Robert Schaffer | SULLIVAN & CROMWELL LLP |
| Samuel S. Woodley | 1701 Pennsylvania Avenue, N.W. |
| DARBY & DARBY P.C. | Washington, D.C. 20006-5805 |
| 805 Third Avenue | Tel.   (202) 956-7500 |
| New York, New York 10022 | Fax.   (202) 956-6330 |
| Tel.   (212) 527-7700 |  |
| Fax   (212) 527-7701 |  |

| For Defendant: | Respectfully submitted, |
|---|---|
|  | /s/ |
|  | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| OF COUNSEL: | United States Attorney |
| Benjamin Wood | /s/ |
| Mary L. Kelly | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Associate Solicitors | Assistant United States Attorney |
| U.S. Patent & Trademark Office | /s/ |
|  | BLANCHE L. BRUCE |
|  | Assistant United States Attorney |
|  | 555 Fourth Street, N.W., Room E-4417 |
|  | Washington, D.C. 20530 |
|  | (202) 307-6078 (telephone) |
|  | (202) 514-8780 (facsimile) |