UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**NOVO NORDISK A/S**

      **Plaintiff,**

      v.                                  Case No: 06-1896 (CKK)

**JON W. DUDAS**
    Under Secretary of Commerce for
    Intellectual Property and
    Director of the United States Patent
    & Trademark Office,
            **Defendant.**

_____

## NOTICE TO AMEND STATUS REPORT AS TO DISCOVERY PLAN

      On January 28, 2008, Defendant was scheduled to submit its expert report to Plaintiff. Prior to the deadline, on January 17, 2008, Defendant notified Plaintiff that a one-week extension was needed to complete its expert report because the team member with the most technical experience for this patent case had surgery scheduled for January 22nd. By letter on January 18, Plaintiff agreed not to oppose Defendant's extension. Thus, Defendant will submit its expert report to Plaintiff on February 4, 2008. All other discovery dates remain the same.

                                    Respectfully submitted,

                                    /s/_____
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney


                                    /s/_____
                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                    Assistant United States Attorney

/s/_____
BLANCHE BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 307-6078 (telephone)
(202) 514-8780 (facsimile)

Date: January 29, 2008/ECF           ATTORNEYS FOR DEFENDANT

OF COUNSEL:

Benjamin Wood
Mary L. Kelly
Associate Solicitors
U.S. Patent & Trademark Office

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**NOVO NORDISK A/S**

      **Plaintiff,**

      v.                              Case No: 06-1896 (CKK)

**JON W. DUDAS**
    **Under Secretary of Commerce for**
    **Intellectual Property and**
    **Director of the United States Patent**
    **& Trademark Office,**
              **Defendant.**

_____

## **ORDER**

UPON CONSIDERATION of Defendant's Notice to Amend the Status Report As To Discovery Plan, and the entire record herein, it is on this ___ day of _____, 2008,

ORDERED that Defendant's expert report is due to the Plaintiff on February 4, 2008.

                                            _____

                                            United States District Judge