UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVO NORDISK A/S,<br><br>   Plaintiff,<br><br>   v.<br><br>JON W. DUDAS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent & Trademark Office,<br><br>   Defendant. | Civil Action No. 06-1896 (CKK) |

### ORDER
(February 29, 2008)

As set forth during the Status Conference in this matter on February 29, 2008, it is hereby

**ORDERED** that the parties shall resolve all outstanding discovery issues by March 14, 2008; it is further

**ORDERED** that Defendant shall file the Administrative Record in this matter on or before March 21, 2008; it is further

**ORDERED** that the parties shall adhere to the following briefing schedule:

1. Plaintiff shall file its Motion for Summary Judgment on or before April 2, 2008;

2. Defendant shall file its Opposition to Defendant's Motion for Summary Judgment, as well as its own Cross-Motion for Summary Judgment on or before May 19, 2008;

3. Plaintiff shall file its Reply in support of its Motion for Summary Judgment, as well as its Opposition to Defendant's Cross Motion for Summary Judgment on or before June 2, 2008; and

    4.      Defendant shall file its Reply in support of its Cross-Motion for Summary Judgment on or before <u>June 16, 2008</u>.

It is further

**ORDERED** that the parties shall comply **fully** with Local Rule LCvR 7(h) (formerly 7.1(h)) and 56.1. The Court strictly adheres to the dictates of Local Civil Rules 7(h) and 56.1 and may strike pleadings not in conformity with these rules. *See Burke v. Gould*, 286 F.3d 513, 519 (D.C. Cir. 2002).

A party responding to a statement of material facts must respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied. The responding party should include any information relevant to its response in that paragraph. If the responding party has additional facts that are not addressed in the corresponding paragraphs, the responding party should include these at the end of its responsive statement of facts. At all points, parties must furnish precise citations to the portions of the record on which they rely.

Additionally, each submission must be accompanied by a table of cases and other authority cited therein. The parties are strongly encouraged to carefully review *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.*, 101 F.3d 145 (D.C. Cir. 1996), on the subject of Local Rule LCvR 7(h). The Court assumes facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion. LCvR 7(h), 56.1.

    **SO ORDERED.**

                                                                                            /s/
                                                                COLLEEN KOLLAR-KOTELLY
                                                                United States District Judge