UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-1896 (CKK) |
| ) | |
| JON W. DUDAS, ) | Judge Colleen Kollar-Kotelly |
| Under Secretary of Commerce for ) | |
| Intellectual Property and ) | ECF |
| Director of the United States Patent ) | |
| & Trademark Office, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that, pursuant to Local Rule 83.6(b), Susan Kaufmann Nash hereby withdraws her appearance as counsel for Novo Nordisk A/S in the above-captioned action. Please remove Ms. Nash from the service list in this action.

_____
Susan Kaufmann Nash

Respectfully submitted,

_____
Margaret K. Pfeiffer  (D.C. Bar No. 358723)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Tel.: (202) 956-7500
Fax: (202) 956-6330

*Counsel for Plaintiff Novo Nordisk A/S*

OF COUNSEL:
Robert Schaffer
Samuel S. Woodley
DARBY & DARBY P.C.
805 Third Avenue
New York, New York 10022
Tel.: (212) 527-7700
Fax: (212) 527-7701

Dated: June 4, 2008
       Washington, D.C.