## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-1896 (CKK) |
| ) | |
| JON W. DUDAS, ) | Judge Colleen Kollar-Kotelly |
| Under Secretary of Commerce for ) | |
| Intellectual Property and ) | ECF |
| Director of the United States Patent ) | |
| & Trademark Office, ) | (Opposition and Cross-Motion |
| ) | due July 9, 2008) |
| ) | |
| Defendant. ) | |
| _____) | |

## NOVO NORDISK'S MOTION FOR SUMMARY JUDGMENT ADJUDGING THAT NOVO IS ENTITLED TO A PATENT AND AUTHORIZING THE DIRECTOR TO ISSUE LETTERS PATENT

Plaintiff Novo Nordisk A/S hereby moves this Court, pursuant to Federal

Rule of Civil Procedure 56(a) and Local Civil Rules 7(h) and 56.1, and this Court's Order

dated May 28, 2008, to enter summary judgment in its favor. There is no genuine issue

of material fact, and Plaintiff is entitled to judgment as a matter of law. In support of its

Motion, Novo relies upon: (i) its Memorandum of Points and Authorities in Support of

its Motion for Summary Judgment Adjudging that Novo Is Entitled to a Patent and

Authorizing the Director to Issue Letters Patent; (ii) the Revised Statement of Material

Facts as to Which There is No Genuine Issue in Support of Novo Nordisk's Motion for

Summary Judgment Adjudging that Novo Is Entitled to a Patent and Authorizing the

Director to Issue Letters Patent; (iii) the Declaration of Susan K. Nash, executed April 2,

2008, and Exhibits thereto; and (iv) the Administrative Record for Application No.

09/848,774, filed by the United States Patent and Trademark Office on March 21, 2008.

Plaintiff respectfully requests an oral hearing on this Motion.


Respectfully submitted,


_____/s/_____
Margaret K. Pfeiffer  (D.C. Bar No. 358723)

SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Tel.:  (202) 956-7500
Fax:  (202) 956-6330

Counsel for Plaintiff Novo Nordisk A/S

OF COUNSEL:

Robert Schaffer
Samuel S. Woodley
DARBY & DARBY P.C.
805 Third Avenue
New York, New York 10022
Tel.:  (212) 527-7700
Fax:  (212) 527-7701


Dated:  Washington, D.C.
        June 18, 2008

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-1896 (CKK) |
| ) | |
| JON W. DUDAS, ) | Judge Colleen Kollar-Kotelly |
| Under Secretary of Commerce for ) | |
| Intellectual Property and ) | ECF |
| Director of the United States Patent ) | |
| & Trademark Office, ) | (Opposition and Cross-Motion |
| ) | due July 9, 2008) |
| Defendant. ) | |
| _____ ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOVO NORDISK'S MOTION FOR SUMMARY JUDGMENT ADJUDGING THAT NOVO IS ENTITLED TO A PATENT AND AUTHORIZING THE DIRECTOR TO ISSUE LETTERS PATENT**

Margaret K. Pfeiffer (D.C. Bar No. 358723)

SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5805
Tel.:  (202) 956-7500
Fax:  (202) 293-6330

*Counsel for Plaintiff Novo Nordisk A/S*

OF COUNSEL:
Robert Schaffer
Samuel S. Woodley
DARBY & DARBY P.C.
805 Third Avenue
New York, New York  10022
Tel.:  (212) 527-7700
Fax:  (212) 527-7701

June 18, 2008

**TABLE OF CONTENTS**

Page

I. PRIOR PROCEEDINGS ...................................................................................3

    A.    The Examiner's Rejection of the Claims .................................................3

    B.    The Board's Decision .............................................................................5

II. BACKGROUND OF THE INVENTION ........................................................5

    A.    Treatment of Diabetic Patients Prior to the Invention ...........................5

    B.    The Claimed Invention Was the First to Teach a Method of Treating
Diabetes Through a Reproducible, Controlled Dose of Inhaled Dry
Powder Insulin to the Bloodstream ........................................................7

    C.    The Undisputed Science Behind the Invention of the '774 Application ..............10

III. THE PTO IGNORED OR MISUNDERSTOOD THE RELEVANT SCIENCE ..................15

    A.    The Prior Art Relied Upon by the PTO ................................................15

          1.    The Schenk Inhalers, International Patent Publication
No. WO 90/07351 ......................................................................15

          2.    The Velasquez Sheet Material, U.S. Letters Patent No. 5,192,548 ..........16

          3.    Harrison's Principles of Internal Medicine, Excerpt on Insulin ...............17

    B.    The Board's Undisputed Errors Are Based on its Misunderstanding of the
Undisputed Science .............................................................................17

IV. GOVERNING LEGAL STANDARDS .........................................................21

    A.    The Legal Standard Governing Grants of Summary Judgment .............21

    B.    The Legal Standard Governing This Section 145 Proceeding................21

V. ARGUMENT ..................................................................................................24

    A.    The Board's Decision Must Be Set Aside as a Matter of Law Because the
Invention Is Not Obvious ....................................................................24

          1.    The Combination of Schenk and Velasquez, Considering Harrison,
Does Not Teach the Claimed Invention ....................................24

a.     Velasquez Does Not Teach the Claimed "2-10 Range" Limitation or Any Amount of Insulin Needed to be Aerosolized for Absorption into the Bloodstream ......................24

b.     The Delivery of a Controlled Quantity to the Bloodstream Limitations Is Not Taught in the References .............................27

c.     The Repetition Limitations Are Not Taught in the References ...................................................................................28

2.     The Claimed Invention Could Not Have Been Determined by Routine Experimentation .........................................................29

B.     The Claims Are Patentable Because the PTO Has Not Established that the Invention as a Whole Is Obvious Under *Graham* v. *John Deere* .......................31

CONCLUSION ...........................................................................................34

# TABLE OF AUTHORITIES

**Page(s)**

C ASES

*Anderson* v. *Liberty Lobby, Inc.*,
   477 U.S. 242 (1986) ...................................................................................................21

*Dickinson* v. *Zurko*,
   527 U.S. 150 (1999) ...................................................................................................21

*Fregeau* v. *Mossinghoff*,
   776 F.2d 1034 (Fed. Cir. 1985) .................................................................................21

*Graham* v. *John Deere Co.*,
   383 U.S. 1 (1966) ................................................................................................. passim

*Gallagher* v. *Quigg*,
   8 U.S.P.Q.2d 1437 (D.D.C. 1988) .............................................................................22

*In re Am. Acad. of Sci. Tech Ctr.*,
   367 F.3d 1359 (Fed. Cir. 2004) ...................................................................................9

*In re Geisler*,
   116 F.3d 1465 (Fed. Cir. 1997) .................................................................................27

*In re Oetiker*,
   977 F.2d 1443 (Fed. Cir. 1992) .................................................................................23

*In re Webb*,
   916 F.2d 1553 (Fed. Cir. 1990) ...................................................................................3

*Joy Techs., Inc.* v. *Quigg*,
   732 F. Supp. 227 (D.D.C. 1990) ...........................................................................30, 31

*KSR Int'l Co.* v. *Teleflex Inc.*,
   127 S. Ct. 1727 (2007) ...............................................................................................23

*Loctite Corp.* v. *Ultraseal Ltd.*,
   781 F.2d 861 (Fed. Cir. 1985) ...................................................................................30

*Mazzari* v. *Rogan*,
   323 F.3d 1000 (Fed. Cir. 2003) .............................................................................21, 22

*Petroleo Brasileiro S.A.-Petrobras* v. *Comm'r of Patents & Trademarks*,
   2 U.S.P.Q.2d 1720 (D.D.C. 1987) .............................................................................31

*Pfizer, Inc.* v. *Apotex, Inc.*,
    480 F.3d 1348 (Fed. Cir. 2007) ........................................................................29

*Phillips* v. *AWH Corp.*,
    415 F.3d 1303 (Fed. Cir. 2005) ........................................................................26

*Takeda Pharm. Co.* v. *Dudas*,
    511 F. Supp. 2d 81 (D.D.C. 2007) ....................................................................22

**STATUTES, RULES, REGULATIONS**

35 U.S.C. § 101 ........................................................................................................32

35 U.S.C. § 103 ....................................................................................................passim

35 U.S.C. § 145 ....................................................................................................passim

Federal Rule of Civil Procedure 56 ...................................................................2, 21

Local Civil Rule 7(h) ...............................................................................................21

Local Civil Rule 56.1 ..............................................................................................21

Manual of Patent Examining Procedure § 2141 ..............................................30, 32

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                )
NOVO NORDISK A/S,               )
                                )
            Plaintiff,          )
      v.                        )     Case No: 06-1896 (CKK)
                                )
JON W. DUDAS,                   )     Judge Colleen Kollar-Kotelly
Under Secretary of Commerce for )
Intellectual Property and       )     ECF
Director of the United States Patent )
& Trademark Office,             )
                                )
            Defendant.          )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOVO NORDISK'S MOTION FOR SUMMARY JUDGMENT ADJUDGING THAT NOVO IS ENTITLED TO A PATENT AND AUTHORIZING THE DIRECTOR TO ISSUE LETTERS PATENT

Novo Nordisk A/S ("Novo") respectfully submits this Memorandum in support of

its motion for summary judgment, pursuant to 35 U.S.C. § 145, (i) adjudging that Novo "is

entitled to receive a patent for [its] invention, as specified in any of [its] claims involved in the

decision of the Board of Patent Appeals and Interferences," mailed September 7, 2006, in Appeal

No. 2006-1762 ("Board Decision" or "Bd. Dec.") (Admin. R. Tab 36)[1] and (ii) authorizing "the

Director [of the United States Patent & Trademark Office ("PTO")] to issue" a patent from U.S.

_____
[1] "Admin. R." refers to the Administrative Record for U.S. Patent Application 09/848,774, filed by the Patent and Trademark Office, March 21, 2008, as provided with Tab numbers and consecutive pagination.

Patent Application No. 09/848,774 ("the '774 Application") (Admin. R. Tab 2), as amended by

Amendment after Final (Admin. R. Tab 23).[2]

       The Board's Decision, affirming the rejection of the claims in Novo's '774

Application on grounds of obviousness, was based on two scientific errors that infected the entire

Board Decision.  Both parties' experts have recognized these errors.[3]  Both experts have also

contradicted the Board's conclusion that the claimed invention is unpatentable as obvious.

Indeed, the PTO's own expert, Ms. Myrna B. Dolovich, calls the claimed invention "a new

method of delivering a drug—a novel method of delivering insulin by aerosol."  (Transcript of

PTO expert Myrna B. Dolovich's Deposition, taken Feb. 12, 2008 ("DT"), attached as Ex. C to

the Declaration of Susan K. Nash, executed April 2, 2008 ("Nash Decl."), 227:14-16.)   Novo's

expert opined that the claimed invention is not obvious.  Far from disagreeing with him on this

point, Ms. Dolovich testified that it would be "foolish" to treat diabetes by simply combining the

two pieces of prior art on which the Board rested its decision.  "[J]ust show[ing] up at the door,

so to speak, with an inhaler filled with insulin and say[ing], I am going to treat you with this . . .

would be foolish."  (DT 232:4-7.)  The Board's combination "would cause—could cause all sorts

of problems."  (DT 232:7-8.)  This testimony squarely contradicts the Board Decision.

       Based on the undisputed material facts set out in this Memorandum and in Novo's

supporting Revised Statement of Material Facts, Novo is entitled to a summary judgment as a

matter of law.  *See* Fed. R. Civ. P. 56(c).

---

[2] Novo is the assignee of the '774 Application.  (*See* Recorded Assignment of the '774 Application, attached as Ex. I to Declaration of Susan K. Nash, executed April 2, 2008 ("Nash Decl.").)

[3] Throughout this Memorandum, Novo cites extensively to both parties' experts to confirm that these scientific facts are undisputed.

# I.  PRIOR PROCEEDINGS

## A.    The Examiner's Rejection of the Claims[4]

The '774 Application, entitled "A Method of Treating Diabetes Mellitus in a Patient," discloses and claims methods for treating diabetes through the inhalation of dry insulin powder in aerosol form.  The claimed methods deliver a controlled, reproducible dose of insulin to the patient's bloodstream.  (Expert Witness Report of Novo Expert Dr. Ronald G. Crystal ("CR"),[5] dated Jan. 7, 2008, attached as Ex. A to the Nash Decl., ¶ 31.)

---

[4] The Examiner's "final rejection, which precipitates the statutory right to appeal to the Board," is incorporated into the Board's decision.  *In re Webb*, 916 F.2d 1553, 1556 (Fed. Cir. 1990).  Here, the Board, in addition to adding its own new grounds of rejection, seems to have affirmed the grounds of the Examiner's rejection, as set out in his Final Office Action; these include the proposition that the claim limitations concerning the amount of dry powder insulin to be put into an inhaler, aerosolized, and absorbed into the bloodstream could be arrived at through "routine obvious experimentation and observation."  They likewise include the Examiner's repeated references to an "administration protocol" that "would have included repeated inhalation (administration) of insulin to maintain an adequate concentration of medicament in a patient's bloodstream."  (*See* Final Office Action, Admin. R. Tab 16 at A293-94.)  As discussed pp. 28-30, *infra*, the Examiner's grounds were also erroneous.

[5] In considering Dr. Crystal's Report, it is important to note that there are no material disagreements between him and the PTO's expert.  The PTO's expert is Myrna B. Dolovich, a professional engineer.  (*See* Expert Witness Report of Professor Myrna B. Dolovich, dated Feb. 4, 2008, ("DR"), attached as Ex. B to the Nash Decl., executed April 2, 2008 ("Nash Decl.").)  At her deposition, Ms. Dolovich testified that she had addressed in her Report all of the statements in Dr. Crystal's Report that she considered to be "both important and incorrect."  (Transcript of Myrna Dolovich's Deposition ("DT"), taken Feb. 12, 2008, attached as Ex. C to the Nash Decl., 93:11 – 94:5.)

In her own Report, she addressed only four discrete points in paragraphs 35, 36, 37, 53, and 54 of Dr. Crystal's Report.  (DR ¶¶ 12-17.)  Even as to the parts of Dr. Crystal's Report with which she took issue in her Report, on cross-examination, Ms. Dolovich retracted these criticisms.  (*See, e.g.*, DT 135:10-18 (admitting Schenk was designed to treat diseases of the lung and to reach only the peripheral airways, not the alveoli); *id*. at 130:20-131:3 (factors other than size of particles affect deposition in the lungs); *id*. at 227:12 – 232:15 (Harrison, Admin. R. Tab 13, does not teach dosing of inhaled insulin without extensive experimentation in laboratory); *id*. at 162:1-12 (Ms. Dolovich did not make the statement that "all of the medication on the peripheral airways is absorbed into the bloodstream," much less that all medication *inhaled* is absorbed (as the Board declared).  She said only that a "portion" of medication that reaches the peripheral airways "may be absorbed."  She was not prepared to take "a leap of faith" to say that even once all of the medication that reaches and is deposited on the peripheral airways is absorbed into the bloodstream); *id*. at 109:17-21, 106:16 – 107:5 (admitting that her Report's use of the term "peripheral airways" *excludes* the alveoli and that she does not mean that
(footnote continued)

In a Final Office Action, the patent examiner ("Examiner") rejected all of the claims of the '774 Application on the ground that the claimed invention would have been "obvious" under 35 U.S.C. § 103(a)[6] to a person of ordinary skill in the art.  (Admin. R. Tab 16 at A292.)  The Examiner's conclusion depended on combining two prior art references:  a patent publication by Schenk and others[7] (Admin. R. Tab 17) ("Schenk"), and a U.S. Patent issued to Velasquez and others[8] (Admin. R. Tab 18) ("Velasquez").  (Admin. R. Tab 16 at A292.)  Schenk describes oral inhalers used to administer aerosolized medicine into the bronchi to treat diseases of the lungs, such as asthma.  (Admin. R. Tab 17 at A300; CR ¶ 35; *accord* DT 94:6 – 95:1.)  Velasquez describes a sheet material having discrete depressions that are filled with powdered medicine, which allows for aerosolization of the medicine for administration by inhalation.  (Admin. R. Tab 18 at A322, Abstract; CR ¶ 37; DT 93:11 – 94:5.)  Velasquez lists insulin as one of some fifty drugs said to be usable in the claimed sheet material.  (Admin. R. Tab 18 at A330, col. 6, ll. 25-42; CR ¶ 37.)

---

(continued)

any device that is designed to treat asthma is necessarily designed to deliver medication to the alveoli. Since Dr. Crystal addresses delivery of medication to the alveoli, Ms. Dolovich does not contradict him); *id*. at 191:11-14 (the "methods" referred to in her Report as being in existence by January 29, 1993, and "familiar" to persons of skill in the art were methods "of being able to characterize an aerosol," for "capturing [an] emitted dose" and for "assaying drugs," not methods for administering insulin by inhalation to control blood glucose levels.).)

[6] Section 103(a) states in pertinent part:  "A patent may not be obtained . . . if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains."

[7] International Patent Publication No. WO 90/07351 (int'l pub. date July 12, 1990).

[8] U.S. Letters Patent No. 5,192,548 (filed April 30, 1990).

**B.      The Board's Decision**

Novo amended its application by deleting some claims, which left claims 22, 23, 25, 26, 31 and 35 pending.  (Amendment After Final, dated May 10, 2004, Admin. R. Tab 23.)  It also appealed the Examiner's rejection to the Board of Patent Appeals and Interferences ("Board"), pointing out the Examiner's errors.  (App. Br., dated May 10, 2004, Admin. R. Tab 24.)  The Board focused on claim 22 in sustaining the Examiner's rejection of all of the pending claims, rejecting "claims 22 through 38"[9] under 35 U.S.C. § 103, as "obvious over Schenk in view of Velasquez."  (Bd. Dec., Admin. R. Tab 36 at A448, A451.)  The Board also referred to a third reference—Harrison's Principles of Internal Medicine ("Harrison"), Ch. 337 "Diabetes Mellitus" (Kurt Isselbacher et al. eds., 13th ed., Vol. 2 1994) pp. 1986-87 (Admin. R. Tab 13)— citing "the evidentiary value of Harrison's recitation of amounts" of insulin to treat diabetes by injection.  (Bd. Dec., Admin. R. Tab 36 at A449.)  As shown below, the Board Decision rests upon two scientific errors that demonstrate its misunderstanding regarding lung physiology and the science behind using inhaled medicine to treat systemic diseases outside the lungs, in particular diabetes.  (CR ¶¶ 40-44.)  These errors, in turn, led the Board to reach four equally erroneous conclusions (CR ¶¶ 45-54), which formed the basis of the Board's obviousness determination.  Both parties' experts agree that the Board made these two errors.

## II.  BACKGROUND OF THE INVENTION

**A.      Treatment of Diabetic Patients Prior to the Invention**

Diabetes mellitus is a disease characterized by a lack, or insufficient production, of insulin in the human body.  (CR ¶ 15.)  Because of insulin's key role in regulating blood

---

[9] In fact, only claims 22, 23, 25, 26, 31, and 35 were pending in the '774 Application at the time and subject to Novo's appeal.  (Amendment After Final, Admin. R. Tab 23 at A346-48.)

sugar, diabetes is characterized by persistently high blood sugar levels, requiring that some

diabetic patients receive insulin regularly. (CR ¶¶ 15, 18.) Insulin replacement treatment has

traditionally been administered by injection of insulin, either subcutaneously or intravenously.

(*See* '774 App. as pub., ¶ 0003, Ex. 4 to Ex. A to Nash Decl.; *see also* CR ¶ 19; DT 78:3-6.)

       Patients need to receive relatively precise amounts of insulin in the bloodstream,

because either too much or too little insulin has harmful, potentially fatal, effects. (CR ¶¶ 16-17;

DT 80:10-20.) If a diabetic patient receives too little insulin, the blood glucose will not be

effectively lowered, which can lead to serious conditions such as cardiovascular disease,

circulatory problems, kidney failure and blindness. On the other hand, too much insulin may

cause hypoglycemia, a dangerous condition in which low blood sugar levels can cause a patient

to lapse into a coma, suffer permanent brain damage, or even die. (CR ¶ 16; DT 80:10-20.)

Because of this characteristic, insulin is often referred to as having a narrow therapeutic range,

that is, there is a small difference between the maximum and minimum amounts that can safely

be administered to a patient. (CR ¶¶ 16-17.) Thus the dose of insulin administered to the

patient's bloodstream must be carefully controlled and monitored each time the patient takes

insulin. In treating diabetes, it is critical to control the amount that reaches the patient's

bloodstream. (CR ¶¶ 17, 29.)

       Traditional insulin replacement therapy has historically involved the injection of

insulin. This treatment supplies a consistent, repeatable, and controlled dose of insulin into the

bloodstream of the patient. (*See* Harrison, Admin. R. Tab 13 at A268-69.) The PTO's expert

described this method as one in which "the patient is drawing up an aliquot of insulin into a

syringe and injecting it" (DT 87:3-7), or perhaps using a pre-filled pump from which the patient

dispenses insulin via injection. (DT 87:9-11.) Use of injection to deliver insulin means that the

amount of insulin to be injected is readily reproducible as a means of controlling a patient's blood glucose within acceptable levels. (DT 85:2, 85:10-11, 86:1-11.) Furthermore, over the many years that this therapy has been in use, certain principles have been identified and accepted for determining how often to monitor a patient's blood sugar levels, and how much insulin to administer. (*See* CR ¶¶ 17-18; Harrison, Admin. R. Tab 13 at A268-69.)

    In administering insulin by injection, the treating physician and the patient must work together to "titrate" the insulin dose appropriate for that patient. As described by Novo's expert, Dr. Crystal, the process is one in which the physician starts the patient at a low dose, monitors the effect on blood sugar levels, and adjusts the dose as necessary. (CR ¶ 18.) This process is then repeated until the physician is able to arrive at a dosage range that is safe and effective. (*Id.*) Even after the range is established, the patient must measure his or her own blood glucose levels and make adjustments in the predetermined amount administered as needed. (*Id.*) It is, for example, not uncommon for a patient to take an injection of short-acting insulin before a meal to counteract the expected rise in blood sugar levels associated with eating. (*Id.*) In order to titrate insulin dosage, it is essential that the insulin be administered in a manner that achieves a reproducible dose to the bloodstream. (*Id.*; DT 206:7-11.)

**B.    The Claimed Invention Was the First to Teach a Method of Treating Diabetes Through a Reproducible, Controlled Dose of Inhaled Dry Powder Insulin to the Bloodstream.**

    Because the frequent injections entailed by traditional insulin therapy can be painful and invasive, there has been extensive research into alternative methods for administering insulin, including oral, buccal (in the cheek), and nasal. All have proved unsuccessful. ('774 App. as pub. ¶¶ 0004-0007; CR ¶ 19; *see, e.g.*, Harrison, Admin. R. Tab 13 at A269.)

It has long been common to treat lung disease by using inhaled medicines.  (CR ¶ 20.)[10]  As early as 1925, experimental data was published indicating that administering insulin by inhalation could cause a reduction in blood glucose level.  (Gänsslen, M., *Über Inhalation von Insulin*, Klin. Wochenschr. 4, 71 (1925), Ex. D to the Nash Decl.; *see also* CR ¶ 21.) Although research has been ongoing for decades, no success had been achieved prior to January 29, 1993, the priority date to which the '774 Application is entitled.[11]  (CR ¶¶ 21, 12.) This was due in part to "poor reproducibility of the inhaled dose [of insulin]."  ('774 App. as pub. ¶ 0007.)

The PTO's expert has admitted that "[n]obody was using inhalable insulin in 1994."  (DT 88:8-9; *see also* CR ¶ 21.)  The '774 Application provides methods for administering dry powder insulin by supplying it to an inhalation device, in which it is aerosolized so that it can be inhaled by the patient "in a way that allows the patient to absorb a controlled dose of insulin into his or her bloodstream."  (CR ¶ 31; *see also* '774 App.)  The '774 Application, for the first time, provided methods to administer a controlled, consistent, and reproducible dose of dry powder insulin to a diabetic patient via inhalation, to treat diabetes. (CR ¶ 31; *see* DT 186:19 – 187:18.)

---

[10] To be administered by inhalation, medicines, including insulin, must be "aerosolized," *i.e.*, converted into small particles suspended in air.  (CR ¶ 24.)

[11] The '774 Application claims priority from an application filed on January 29, 1993, now U.S. Patent No. 5,364,838.  The effective date for evaluating the prior art is thus January 29, 1993.  (Cover page of '774 App. as pub., Ex. 4 to Ex. A to Nash Decl.)  Both experts assumed January 29, 1993 as the priority date.  (CR ¶ 12; DR ¶ 10.)

The '774 Application contains pending claims 22, 23, 25, 26, 31, and 35.[12]  The

Board treated claim 22 as an "exemplary claim." (Bd. Dec., Admin. R. Tab 36 at A447.)

> 22. A method for treating diabetes mellitus in a patient comprising the steps of:
>
> a.   supplying a predetermined amount of dry insulin powder to an inhalation device;
>
> b.   releasing a pressurized gas over the predetermined amount of dry insulin powder to create an aerosolized suspension comprising powder suspended in air, wherein the aerosolized suspension contains an amount of insulin that is 2-10 times higher than the amount needed to be absorbed into the bloodstream of the patient; and
>
> c.   inhaling the aerosolized suspension at a flow rate and volume sufficient to allow the patient to absorb in the bloodstream a controlled dose of insulin that comprises between 1-50 units of insulin.

For purposes of analyzing the Board's errors, claim 25 should also be considered

as an exemplary claim.

> 25. A repeatable method of regulating blood glucose levels in a human patient, the method comprising the steps of:
>
> a.   supplying a fixed quantity of dry insulin powder to a portion of a hand held inhalation delivery device;
>
> b.   propelling a gas over the fixed quantity of dry powder to produce, in a repeatable manner, an aerosolized suspension of insulin, the aerosolized suspension containing more insulin than is required in the bloodstream of the patient to achieve a satisfactory blood glucose level; and
>
> c.   flowing at least a portion of the aerosolized suspension through a mouth piece on the device and into the lungs of the patient in a manner sufficient to cause the patient to absorb in the patient's bloodstream a sufficient, controlled quantity of insulin to achieve acceptable blood glucose level following treatment.

(*See* Amendment After Final, Admin. R. Tab 23 at A346-47.)

---

[12] "During examination, 'claims . . . are to be given their broadest reasonable interpretation consistent with the specification . . . as it would be interpreted by one of ordinary skill in the art.'"  *In re Am. Acad. of Sci. Tech Ctr.*, 367 F.3d 1359, 1364 (Fed. Cir. 2004).

The Board focused on three elements, or limitations, of the above claims. First, the Board addressed the limitations of creating an aerosolized suspension of insulin powder containing an amount of insulin that is greater, and in one respect 2-10 times greater ("2-10 range" limitation), than the amount needed to be absorbed in the bloodstream of the patient. This limitation is found in 22(b) and 25(b) above.[13] Second, the Board addressed the element of delivering a controlled quantity or dose of insulin to the bloodstream, present in 22(c) and 25(c) above.[14] The third element is that to a repeatable method of treatment ("repetition limitation") as described in claim 25.[15] The Board's scientific errors, *see* pp. 17-20, *infra*, caused it to reach erroneous conclusions that each of these limitations was taught in the cited prior art, as well as a fourth erroneous conclusion: that the amount of insulin needed by diabetes patients is not critical to the invention.

## C.    The Undisputed Science Behind the Invention of the '774 Application

The Board Decision did not take into account the distinction between delivering aerosols to the lungs for treatment of conditions of the lungs and using the lungs as a conduit to deliver insulin to a diabetic's bloodstream to control blood sugar levels. To understand this critical difference, it is important to understand—as the Board plainly did not—the physiology of the lungs.

The lungs consist of the trachea, bronchi, and bronchioles, which are collectively referred to as "the airways." The airways lead to approximately 300 million alveoli, or air sacs,

---

[13] The "2-10 range" limitation also appears in claim 35. (Amendment After Final, Admin. R. Tab 23 at A348.)

[14] This limitation also appears in claims 31 and 35. (*Id.* at A347-48.)

[15] This limitation also appears in claims 23, 26, and 31. (*Id.* at A346-48.)

at the outermost reaches of the lung.  (CR ¶ 23; DT 107:8-13.)  Gas exchange between the

bloodstream and the air within the lung takes place only through the alveoli; no gas exchange

takes place through the airways, which act as conduits of air to the alveoli.  (CR ¶ 23; DT

107:11-13, 110:6-18.)  The entire lung structure is often compared to an upside-down tree, with

the trachea as the trunk, the bronchi and bronchioles as the branches and the alveoli as the leaves.

(CR ¶ 23; DT 134:17-18.)

It has long been known to treat diseases of the lung airways, such as asthma, by

delivering medication in aerosol form to the affected airways.  (*See*, *e.g.*, Schenk, Admin. R. Tab

17 at A300, ll. 4-9; CR ¶ 20; DR ¶ 13.)  Respiratory disease is susceptible to such treatment so

long as the inhaled medication reaches the part of the lung that is affected by disease, which, in

the case of respiratory disease, is the airways.  (DR ¶ 13.)  In determining the dose of medication

to treat lung conditions, the focus is simply on getting medication to the airways, no farther.

(*Id.*)  The exact location in the airways where the medication needs to be deposited is not

necessarily critical.  (*Id.*; DT 106:9-21.)  Nor is controlling the quantity of medicine given to

treat asthma especially critical.  If a patient is given an insufficient dose of an asthma medication,

*e.g.*, another dose can be given; some side effects of too high a dose of asthma drugs are bruising

or thinning of the skin, or tremors—but none presents a risk that would endanger the life of the

patient.  (DT 79:5-13, 80:21 – 82:10, 89:16-22, 91:6-9.)

Treating diabetes with inhaled insulin entails two important differences from

treating conditions of the lung like asthma.  First, it is critical that the insulin particles reach the

alveoli; particles of insulin that reach only the airways of the lungs are not available to the

bloodstream and cannot effect systemic treatment.  (CR ¶ 23, s*ee* CR ¶¶ 25-27.)  Insulin that

does not reach the alveoli and actually impact the alveolar wall cannot be absorbed into the

bloodstream.  (CR ¶ 27.)  Second, it is also critical that the quantity of insulin that enters the bloodstream from the alveoli be controlled, that is, that it be neither too much nor too little, as either extreme may endanger the patient's health.  *See* pp. 5-6, *supra*.

Lung physiology presents a challenge — a veritable obstacle course — to aerosolized insulin that is inhaled in order to treat diabetes.  (CR ¶¶ 23-27; DT 118:7-12, 130:4-10, 139:8-16.)  Much of an aerosol that is inhaled remains in the mouth and trachea.  (DT 130:4-5.)  In 1993, then-current research showed that only about 3-15 percent of inhaled medication could get beyond the trachea into the peripheral airways, due principally to "the efficient aerodynamic filtration of the airways."  (DT 139:8 – 140:1.)  As one breathes, the "breath travels through the lung [and] particles reign [sic] out depending on their properties in different parts of the lung." (DT 118:9-12.)

Particle size is perhaps one of the most important factors in determining whether the aerosolized drug reaches beyond the airways and into the alveoli in sufficient quantities to treat diabetes.  (*See* DT 173:19 – 174:1.)  Only particles that are of respirable size — .5 to 5 micrometers (perhaps up to 6 micrometers)[16] — are of a size that *may* reach the alveoli.  The fraction of particles of this size in a given aerosol is called the "respirable fraction."  (CR ¶ 25; DT 65:8-10, 66:11-17.)  However, not all of the respirable fraction of insulin particles will be carried to the alveoli.  Among other factors affecting whether the aerosolized insulin particles

---

[16] Ms. Dolovich testified that the respirable particle size is "below five micrometers." (DT 65:8-10.)  For example, in her publication, Myrna A. [sic] Dolovich, *Influence of Inspiratory Flow Rate, Particle Size, and Airway Caliber on Aerosolized Drug Delivery to the Lung*, 45 Respiratory Care 597-608 (June 2000), attached as Ex. E to the Nash Decl., she defines this size as "less than five micrometers, sometimes defined as less than six micrometers." (DT 66:11-17.)  According to Dr. Crystal, 6 micrometers is the outer boundary of the respirable particle range.  (CR ¶ 25.)

that are inhaled reach the alveoli are: the flow rate and volume of inhalation, the nature or health of the patients' airways, and the charge and shape of the aerosol particles. (CR ¶ 26; DT 130:20 – 131:3.) Furthermore, not all of the particles of aerosolized insulin that reach the alveoli will be absorbed through the multi-layered lung tissue into the bloodstream; unless insulin enters the bloodstream, it cannot act to lower blood glucose levels. (CR ¶¶ 23, 27.)

When a dry powder particle impacts the alveolar walls, it dissolves.[17] (CR ¶ 27.) Whether the molecules of insulin in a particle that impacts the alveolar walls are then absorbed from the alveoli into the bloodstream, and at what rate this occurs, depends on multiple factors relating to the characteristics of the insulin molecules themselves. These factors include, *e.g.*, molecular weight, the molecules' electrical charge, solubility in lipids due to surfactants, shape, hydrophilicity, hydrophobicity, and pH. (CR ¶ 28.)

As is apparent from the above description, while the amount of insulin that is put into the inhaler is important, and the respirable fraction of aerosolized insulin is also important, the amount of drug that is actually absorbed into the bloodstream, and available for treatment of diabetes, is significantly less than either. As the PTO's expert put it, "there is a considerable difference between the aerosol generated and its bioavailability." (DT 140:11-13; *see also* DT 140:16-143:8.)

In the traditional method of treating diabetes through injection of a properly titrated amount of insulin, *see* pp. 6-7, *supra*, dosing is predictable, easily repeatable and well-documented. (CR ¶ 29; *see* Harrison, Admin. R. Tab 13; DT 86:12 – 87:16, 187:9-11.) With inhaled insulin, by contrast, only a potentially variable fraction of the insulin inhaled by a patient

---

[17] Each aerosolized insulin particle contains many millions of insulin molecules. (CR ¶ 24.)

will reach the alveoli and be absorbed into the bloodstream.  (CR ¶ 29.)  Thus determining how much insulin should be put into an inhaler to provide an amount to overcome the physiological obstacle course of the lungs and reach the bloodstream in an effective amount is a "complex determination."  (CR ¶ 29.)

As the PTO's expert admitted, as of January 1993, no reference taught how to make this determination.  (DT 88:6-9.)  As the PTO's expert also admitted, knowing the traditional dosages set out in Harrison would, at best, suggest that some portion or "fraction" of those doses — "[m]aybe 50 percent, maybe 25 percent" — could be used as a starting point to determine the proper dosage for administering inhaled insulin.  (DR ¶ 17; DT 227:9 – 228:14.)  Using this fractional dose as a starting point would entail extensive follow-on experimentation.  (DT 228:21 – 232:15.)  Taking into account, as one treating diabetes must, the narrow therapeutic range of insulin (as compared to the broad range of drugs used to treat lung disease) means that dosages used in inhalation devices designed to treat asthma are of little or no use.  (DT 78:10 – 80:3.)

Yet the references relied upon by the PTO deal only with delivery of aerosolized drugs to treat diseases of the lung, in the lung, and the traditional method of treating diabetes by injection.  (CR ¶¶ 35-38.)  None addresses the claimed invention.  The Board misconstrued the teachings and relevance of these references to the claimed invention because of its lack of understanding of the scientific principles discussed above.  None of these references teach how one of ordinary skill in the art would achieve a reproducible, repeatable controlled dose of dry powder aerosolized insulin for the treatment of diabetes.

### III.  THE PTO IGNORED OR MISUNDERSTOOD THE RELEVANT SCIENCE.

A.      **The Prior Art Relied Upon by the PTO**

      1.      **The Schenk Inhalers, International Patent Publication
            No. WO 90/07351**

Schenk describes oral inhalers, which are used for inhaling aerosolized medicine into the bronchi, to treat diseases of the lung such as asthma.  (Schenk, Admin. R. Tab 17 at A300.)  The inhalers work by supplying powdered medicine to a reservoir, from which the medicine is drawn into a gas flow passage of a more restricted size through which air is propelled at a high velocity by a pressure gas source.  (*Id.* at A302, ll. 8-18.)  The medicine is thereby aerosolized and flows into a mouthpiece from which it can be inhaled.  (*See id.* at A302, ll. 19-24; CR ¶ 35; DT 61:17 – 62:15.)

Schenk "designed a powder inhaler that produces powder that is expected, given its properties, to be inhaled and deposited within the lung" (DT 106:1-4), for treatment of conditions of the lungs, specifically asthma.  (DT 133:1-3; *see also* Schenk, Admin. R. Tab 17 at A300, ll. 4-7; CR ¶ 35.)  As the PTO's expert admitted, there is no indication that Schenk contemplated treatment of any systemic disease, that is, of any disease outside the lung.  (DT 133:6 - 135:18.)  Schenk was designed to deliver drugs to the peripheral airways, not to the alveoli.  (DT 135:10-18, 106:8-21, 110:4-5.)  As the PTO's expert also testified, a device designed to treat asthma is not necessarily a design that will deliver medication to the alveoli.  (DT 109:17 - 110:10.)  Furthermore, she could not state whether the Schenk devices could aerosolize insulin powder to produce an aerosol having the same respirable particle range as the

asthma medicine described in Schenk.[18]  (DT 98:19 – 99:11.)  Finally, her Report regarding

Schenk deals solely with whether Schenk is "suitable" to target aerosol to the airways, not the

alveoli.  (*See* DR ¶ 13.)

>    2.    **The Velasquez Sheet Material, U.S. Letters Patent No. 5,192,548**

Velasquez describes a sheet material with discrete depressions that are at least

partially filled with powdered medicine (which Velasquez calls "medicament").  (Velasquez,

Admin. R. Tab 18 at A322, Abstract.)  Velasquez states that the sheet material "is a convenient

medicament-carrying substrate which allows for aerosolization of the medicament in a relatively

deagglomerated state so that such may be administered by inhalation."  (*Id.* at A328, col. 2, ll.

21-25; CR ¶ 37.)  This sheet material dispenser, in which the depression depths can be varied to

hold varying amounts of medicine, works by filling the depressions with dry powder medicine.

When the sheet material is placed in an inhaler, the material is impacted from the back, causing

the powder to be forced out of the sheet material into the air to become aerosolized for

inhalation.  (*Id.* at A330, col. 5, ll. 52-54.)

In its specification, Velasquez lists insulin as one of approximately fifty

"[e]xemplary drugs which may be employed" in the use of his sheet material.  (Admin. R. Tab

18 at A330, col. 6, ll. 25-41; CR ¶ 37.)  However, all of the drugs listed, except insulin, are

"simpler and much smaller molecules than insulin, and none except insulin is a protein."

(CR ¶ 37.)  The PTO admits that "Velasquez does not teach specific dosages of insulin to be

administered through inhalation to treat diabetes."  (Defendant USPTO's Second Supplemental

---

[18] Schenk states that "only particles having a diameter of less than 7 μm have a chance to penetrate
completely into the bronchial tubes."  (Admin. R. Tab 17 at A300, ll. 9-11.)  "Bronchial tubes" does not
refer to alveoli.  (DT 133:13-15; *see* CR ¶ 36.)

Objections and Responses to Plaintiff's Requests for Admission, dated March 14, 2008 ("Resp. to Req. for Admis."), Ex. F to Nash Decl., First Am. Resp. to Req. for Admis. No. 10.)

     **3.**     **Harrison's Principles of Internal Medicine, Excerpt on Insulin**

     The two-page excerpt from the medical reference book Harrison gives regimes for the treatment of diabetes with insulin by conventional injection, multiple subcutaneous injections, and continuous subcutaneous infusion. (Harrison, Admin. R. Tab 13 at A268-69.) The PTO has admitted that "Harrison does not teach the administration of insulin through inhalation." (Resp. to Req. for Admis., Req. and Resp. to Req. for Admis. No. 5.) The PTO's expert agrees: "Nobody was using inhalable insulin in 1994 . . . [s]o it would not be in" Harrison. (DT 88:6-9.) The amount of insulin needed to be put in an inhaler for eventual absorption into the bloodstream cannot be determined by consulting Harrison. (CR ¶ 38; DT 227:3 – 230:11.)

**B.**     **The Board's Undisputed Errors Are Based on its Misunderstanding of the Undisputed Science.**

     In reaching its Decision, the Board relied upon erroneous "facts" not relied upon by the Examiner. The Board completely ignored then well-settled principles of science discussed above and committed two scientific errors, which led it to reach four erroneous conclusions. (CR ¶ 45.) It was these errors that formed the basis of the Board's rejection of the claims of the '774 Application.

     The first scientific error was the Board's assumption that "medicament that is inhaled is absorbed into the blood stream by the lungs." (Bd. Dec., Admin. R. Tab 36 at A449.) This statement reflects an assumption that all insulin that is inhaled is absorbed into the blood

stream for treating diabetes. (CR ¶ 41.)[19] The Board cited no authority for this statement.[20] Nor does Novo know of any for this statement, which disregards the science regarding the structure and function of the lungs discussed above. Both Dr. Crystal and Ms. Dolovich agree that this statement by the Board was wrong. (CR ¶ 41; DT 161:22 – 162:12.)

Indeed, when asked whether Ms. Dolovich was willing to say that all medication that reaches, and is "deposited on," even the peripheral airways "is absorbed into the bloodstream," (in reference to DR ¶ 13) she demurred, stating "[t]hat is a *leap of faith* that I am not prepared to make." (DT 161:22 – 162:12 (emphasis added).) Ms. Dolovich's testimony is a stinging rebuke to the Board.[21]

Much less aerosolized medicine is deposited in the airways and the alveoli than is inhaled. (CR ¶ 22-29; DT 129:21 – 130:10.)[22] In fact, the lungs function as a filter through

---

[19] Ms. Dolovich did not disagree with Dr. Crystal's understanding that the Board treated all inhaled medication as entering the bloodstream. (DT 93:11-94:5.)

[20] The PTO admitted that the Board provided no citation for this premise. (Def. USPTO's Sec. Supp. Objs. and Resps. to Pl.'s Interrogs., dated Feb. 19, 2008 ("Def. Resp. to Pl.'s Interrogs."), Ex. G to Nash Decl., Resp. to Interrog. No. 8.)

[21] Even the PTO has finally admitted that the Board was wrong. The PTO admitted that "when medicament is inhaled, a portion of the medicament may not reach the alveoli." The PTO further admitted that "of the medicament that does reach the alveoli, a portion . . . may not be absorbed into the bloodstream." (Def. USPTO's Sec. Supp. Objs. and Resps. to Pl.'s Req. for Admis., dated March 14, 2008 ("Resp. to Req. for Admis."), attached as Ex. F to Nash Decl., First Am. Resp. to Req. for Admis. Nos. 8 and 9.)

[22] Dr. Crystal's Report explains why the amount of medication that is inhaled in aerosol form is much greater than the amount that eventually reaches the alveoli and then the bloodstream. (*See* CR ¶¶ 22-29.) Ms. Dolovich takes no issue with Dr. Crystal's views regarding the pertinent science. (*See* DR ¶¶ 12-17; DT 93:11 – 94:5.) Indeed, she agrees with Dr. Crystal on the science. (DT 94:2-5.) Although Ms. Dolovich's Report appeared to support the Board, by stating that "[a]ll or a portion" of "medication" that "reaches the peripheral airways" and that "may be deposited on peripheral airway surfaces" "may be absorbed into the bloodstream," (DR ¶ 13), she admitted, when questioned at her deposition, that this portion of her Report was inaccurate. (DT 161:22 – 162:12.) First, the Report's use of the term "peripheral airways" does *not* mean "alveoli." (DT 135:10-18.) It refers instead to the airways where, as
(footnote continued)

-18-

which not all medicine will reach the alveoli, and as a barrier through which only a highly variable portion of inhaled medicines pass to reach the bloodstream.

Despite the Board's seeming recognition that "not all of the amount that is inhaled will be absorbed" (Bd. Dec., Admin. R. Tab 36 at A449), the Board relied upon its assumption that all medicament inhaled enters the bloodstream to reach all of its erroneous conclusions. *See* pp. 24-30, *infra*.

The Board's second scientific error was in defining incorrectly the term "respirable fraction." As understood by persons of skill in the art, the respirable fraction is "the percentage of aerosolized particles that are of respirable size, *i.e.*, that are of a size that, when inhaled, *may* reach the alveoli." (CR ¶ 42.) Velasquez states that "the respirable fraction (*i.e.*, the percentage of drug which is in particles of aerodynamic diameter of equal to or less than about 6.4 μm)."[23] (Admin. R. Tab 18 at A330, col. 5, ll. 11-13.) The PTO's expert stated that Velasquez "would have used the definition much like everybody else at that time." (DT 77:6-8.) Yet the Board ignored the well-understood meaning of this term.

---

(continued)

discussed pp. 10-11 *supra*, no gas exchange takes place to permit the medicine to be absorbed into the bloodstream. Secondly, the "treatment" that she referred to (in DR ¶ 13) as being "effect[ed]" by the deposit of medicine on the "peripheral airway surfaces" was the treatment of asthma by asthma medicine, not a medicine that acts by being absorbed into the bloodstream. (DT 106:6-21.) Finally, even the statements in her Report about medicine deposited on the peripheral airway surfaces do not support the Board's assumption that all *inhaled* medication is absorbed into the bloodstream.

[23] Both parties' experts agree that particles in the size range of .5-6 micrometers are in the respirable range. (CR ¶ 25; DT 65:8-10, 66:11 – 67:5, 67:14 -20, 77:4-15.)

Instead the Board — with absolutely no basis [24]— declared that "respirable fraction" is the term used in the art to mean "[t]he fraction that will be *absorbed* relative to the total amount *inhaled*."  (Bd. Dec., Admin. R. Tab 36 at A449 (emphases added).)  The Board confused the percentage of insulin particles that are of a size that makes it *possible* to reach and deposit in the alveoli with the percentage of inhaled insulin that is actually absorbed from the alveoli into the bloodstream.  (CR ¶¶ 42-44.)  These concepts are entirely different; the PTO's expert testified that deposition and absorption are two separate processes.  (*See* CR ¶¶ 42, 44; DT 183:18 – 184:2.) [25]  Ms. Dolovich did not even attempt to support the Board's definition of "respirable fraction."  (*See* DT 118:13-22, 140:10-143:8; DR ¶¶ 12-17.)

The Board ignored the complex science behind getting aerosolized insulin into the alveoli and then through the lung membranes into the bloodstream, and assumed that once inhaled, medicine just gets to the bloodstream.  As a consequence, it conflated the treatment of diseases of the lung by using aerosols (which was known in the art) with the treatment of diabetes by using the lung as a conduit for delivering insulin in controlled and reproducible amounts to the patient's bloodstream.

The Board thus attached no significance to the fact that both Schenk and Velasquez deal with delivery of drugs to the lungs for treatment of lung conditions, and not for systemic treatment of any disease, let alone diabetes.  (Schenk, Admin. R. Tab 17 at A300, ll. 4-5; Velasquez, Admin. R. Tab 18 at A328, col. 1., ll. 9-10.)  Instead, in combining Velasquez's

---

[24] The PTO admitted that the Board provided no citation for the Board's definition of "respirable fraction" nor did the PTO provide any.  (Def. Resp. to Pl.'s Interrogs., Resp. to Interrog. No. 7.)

[25] This error mirrors the Board's mistaken belief that all aerosol that is inhaled is ultimately absorbed into the bloodstream.

suggestion of putting insulin into his sheet material with Schenk's inhaler designed to deliver asthma medicine to the lungs, the Board incorrectly equated the amount of insulin supplied to the inhaler with the amount of insulin available to the patient's bloodstream to treat diabetes.  (CR ¶¶ 39, 47; *see* DT 118:2-22.)

## IV.  GOVERNING LEGAL STANDARDS

### A.    The Legal Standard Governing Grants of Summary Judgment

Under Federal Rule of Civil Procedure 56(c), and Local Civil Rules 7(h) and 56.1, this Court should grant a motion for summary judgment "if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law."  Disputes regarding non-material facts cannot defeat a summary judgment motion.  "By its very terms, this standard provides that the mere existence of *some* alleged factual dispute between the parties will not defeat an otherwise properly supported motion for summary judgment; the requirement is that there be no *genuine* issue of *material* fact."  *Anderson* v. *Liberty Lobby, Inc.*, 477 U.S. 242, 247-48 (1986) (emphases in original).

### B.    The Legal Standard Governing This Section 145 Proceeding

In this proceeding, unlike an administrative review, deference is not accorded to the Board Decision.  Due to the hybrid nature of Section 145 actions, *see* Order, October 19, 2007, a party seeking summary judgment may submit for consideration undisputed facts in the administrative record, as well as undisputed facts drawn from evidence outside the record.  *See id.* at 1-2 ("in a Section 145 action, the parties are entitled to submit additional evidence that was not presented to the PTO") (citing *Dickinson* v. *Zurko*, 527 U.S. 150, 165 (1999); *Mazzari* v. *Rogan*, 323 F.3d 1000, 1004 (Fed. Cir. 2003); *Fregeau* v. *Mossinghoff*, 776 F.2d 1034,1036-37

(Fed. Cir. 1985)).  Novo is relying on the report and deposition testimony of its own expert,

Dr. Crystal, and admissions by the PTO and its expert, Ms. Dolovich, in making its motion for

summary judgment.  Ms. Dolovich agrees with Dr. Crystal on all material points.  *See* n.5 at

pp. 3-4, *supra*; Revised Statement of Material Facts as to Which There Is No Genuine Issue in

Support of Novo Nordisk's Motion for Summary Judgment Adjudging that Novo Is Entitled to a

Patent and Authorizing the Director to Issue Letters Patent.

       Where a party "choose[s] to present additional evidence to the district court," as

Novo does here, the court is to "make *de novo* factual findings if the evidence is conflicting."

*Mazzari*, 323 F.3d at 1005; *Takeda Pharm. Co.* v. *Dudas*, 511 F. Supp. 2d 81, 86 (D.D.C. 2007)

("To the extent the applicant presents new evidence challenging particular factual findings, the

Court reviews the Board's factual findings de novo, and the Court applies the substantial

evidence standard to the Board's factual findings as to which the applicant presents no new

evidence.").  "The Court performs its own legal analysis."  *Gallagher* v. *Quigg*,

8 U.S.P.Q.2d 1437, 1440 n.4 (D.D.C. 1988).

       The issue before the Court[26] is whether the PTO erred in determining that the '774

Application is unpatentable as obvious under 35 U.S.C. § 103(a), based on (i) the teachings of

Schenk regarding inhalers for use in treating asthma and other conditions of the lungs;

(ii) Velasquez's inclusion of insulin as one of about fifty exemplary drugs that might be used

---

[26] The parties have recognized that no new issues may be raised in a Section 145 action.  Novo's
Memorandum of Points and Authorities in Support of its Motion Regarding the Scope of Discovery,
dated July 25, 2007, at 7; Def. USPTO's Memorandum in Support of Opposition to Plaintiff Novo
Nordisk's Motion Regarding the Scope of Discovery, filed Aug. 17, 2007, at 2.

with the claimed sheet material for use in aerosolizing "medicament," and considering

(iii) Harrison.

      "Obviousness is a question of law with underpinning factual findings." *Mazzari*,

323 F.3d at 1005. In a Section 103 obviousness inquiry, pursuant to the Supreme Court's

analysis in *Graham* v. *John Deere Co.*, 383 U.S. 1, 17-18 (1966), "the scope and content of the

prior art are to be determined; differences between the prior art and the claims at issue are to be

ascertained; and the level of ordinary skill in the pertinent art resolved" to determine the

obviousness or nonobviousness of the subject matter. "Such secondary considerations as

commercial success, long felt but unsolved needs, failure of others, etc." are relevant "[a]s

indicia of obviousness or nonobviousness" in an analysis under 35 U.S.C. § 103. *See also KSR*

*Int'l Co.* v. *Teleflex Inc.*, 127 S. Ct. 1727, 1734 (2007) (these *Graham* "factors continue to define

the inquiry that controls" an obvious analysis). The PTO made findings related only to the first

two of these factors. *See* n.33 at pp. 31-32, *infra*. The PTO failed to consider important

objective indicia of non-obviousness under *Graham*, most notably, that of "long felt but

unresolved needs" for the invention. This analysis compels a judgment in Novo's favor.

      The PTO here bears the burden of proving unpatentability. *In re Oetiker*, 977

F.2d 1443, 1449 (Fed. Cir. 1992) (Plager, J., concurring). The undisputed, and indisputable,

facts show that the PTO has failed to, and cannot, meet its burden and that Novo "is entitled to

receive a patent for [its] invention" in the claims of the '774 Application. *See* 35 U.S.C. § 145.

-23-

# V.  ARGUMENT

**A.    The Board's Decision Must Be Set Aside as a Matter of Law Because the Invention Is Not Obvious.**

The Board's two scientific errors—that "medicament that is inhaled is absorbed into the blood stream by the lungs" and its consequent definition of respirable fraction as the "fraction that will be absorbed relative to the total amount inhaled" (Bd. Dec., Admin. R. Tab 36 at A449)—led to four erroneous conclusions.

These conclusions are that:  (i) Velasquez teaches the claimed range of the aerosolized suspension of insulin powder containing an amount of insulin that in one aspect of the invention is 2-10 times greater than the amount needed to be absorbed in the bloodstream ("2-10 range") (*id.*); (ii) Schenk and Velasquez teach how to control the amount of inhaled insulin that is absorbed into the bloodstream (*id.* at A449-50); (iii) the precise amount of insulin needed is not "critical to the invention" (*id.* at A450); and (iv) "S[c]henk's inhaler is inherently repeatable in operation" so that the '774 Application's limitation of repeatability is taught by Schenk.  (*Id.*)

**1.    The Combination of Schenk and Velasquez, Considering Harrison, Does Not Teach the Claimed Invention.**

**a.    Velasquez Does Not Teach the Claimed "2-10 Range" Limitation or Any Amount of Insulin Needed to be Aerosolized for Absorption into the Bloodstream.**

As a result of the scientific errors identified above, the Board incorrectly found that Velasquez teaches the "2-10 range" limitation.  *See* pp.17-21, *supra*.  Velasquez does not teach this range, or any amount of insulin to be present in the claimed aerosolized suspension.

Because the Board misunderstood the "respirable fraction" to be the fraction of particles inhaled compared to the amount of molecules in the particles that will be absorbed into

the bloodstream, the Board read Velasquez as teaching the "2-10 range" limitation.  The passage

from Velasquez that the Board relied upon, however, simply describes the change in the

respirable fraction that is produced by increasing or decreasing the depth of the substrate

depressions in the claimed sheet material:

> [t]he percentage of medicament retained on the sheet material . . .
> decreases as depression depth increases, this being about 95% at 14 μm,
> about 60% at 28 μm and about 35% at 45μm.  Further, the respirable
> fraction (i.e., the percentage of drug which is in particles of aerodynamic
> diameter of equal to or less than about 6.4 μm) similarly decreases as
> depression depth increases, this being about **65% at 14 μm**, about 30% at
> 28 μm and about **10% at 37 μm**.  These two trends result in the proportion
> of total medicament released in particles of respirable size remaining
> generally similar for the depression depths studied (this being about 5 to
> 15% of total medicament).

(Admin. R. Tab 18 at A330, col. 5, ll. 7-19 (emphases added).)

Based on its "respirable fraction" definition, the Board read this passage to mean

that from 10% to 65% of the medicine in Velasquez's sheet material would be *absorbed into the*

*patient's bloodstream*.  The Board further compounded its error by engaging in the arcane and

illogical exercise of computing the inverse of these percentages that it cherry-picked from

Velasquez, producing what the Board declared to be "a range of 1.54 to 10 times the *amount*

needed to be *absorbed*."[27]  (Bd. Dec., Admin. R. Tab 36 at A449 (emphases added).)  It then

announced that this arbitrary calculation produced a range that "substantially overlaps the

claimed range of 2 to 10 times" limitation.  (*Id.*)  Although "respirable fraction" and the claimed

---

[27] Even the PTO's expert could not make sense of this convoluted reasoning. It was not addressed in her Report.  At her deposition, Ms. Dolovich had to conclude that Velasquez says nothing about how much medicine could be absorbed into the bloodstream.  (DT 218:14 – 224:10.)

limitation embody completely different concepts, the Board declared that Velasquez teaches the amount of insulin that needs to be present in an aerosol to treat diabetes.  (*Id.*)

Both the PTO's expert and the PTO have separately admitted that "Velasquez does not teach specific dosages of insulin to be administered through inhalation to treat diabetes."  (Resp. to Req. for Admis., First Am. Resp. to Req. for Admis. No. 10.)  Ms. Dolovich, the PTO's expert, at first testified that Velasquez teaches how much medicine from its sheet material will be absorbed into the bloodstream, but, upon further cross-examination, concluded that it does not.  (DT 224:8-10.)  She admitted that "[y]ou would need to do another set of experiments using human subjects, taking this delivery system, measuring the dose -- the emitted dose at the mouth, deposition, and guesstimating or estimating what percentage would get into the lung."  (DT 224:15-19.)  And even after all of that, it would be "anybody's guess" as to what would reach the bloodstream.  (DT 225:1-2.)  "I am not saying that I know what percentage of a drug inhaled is actually picked up in the blood."  (DT 225:2-4.)  As she elaborated, she was "saying only that drug inhaled and deposited" in the lung *may* "appear in the blood in some portion of the delivery dose."  (DT 225:5-11 (emphasis added).)

Novo's expert agrees.  Contrary to the Board's assertion, the percentage of respirable particles in an aerosol does not equate to an "amount" of medicine for treating a patient, in part because the percentage has no predictable relationship to the amount of insulin molecules that must be absorbed into the bloodstream.  (CR ¶ 48.)  "A person of ordinary skill in the art would not read Velasquez as the Board did."  (CR ¶ 49.)

b.    **The Delivery of a Controlled Quantity to the Bloodstream Limitations Is Not Taught in the References.**

With respect to the claim limitations concerning delivering a controlled quantity of insulin to the bloodstream, *see* pp. 9-10, *supra*, the Board found that both Schenk and Velasquez "describe structural devices to precisely control the amount of a medicament delivered." (Bd. Dec., Admin. R. Tab 36 at A450.) In finding that the references taught these limitations, it again made two errors.

First, the Board made the shockingly wrong statement that the "precise amount [of insulin] is not critical to the invention." (*Id.*) As the specification of the '774 Application and the prior discussion regarding the most basic aspects of treating diabetes show, the absolute amount of insulin administered to a diabetic patient is critical.[28] (CR ¶¶ 16-18, 51; DT 80:10-20.) The amount needed may vary greatly from one patient to another, and even varies for the same patient at different times. Nevertheless, insulin must be available for absorption into the bloodstream in an amount low enough not to risk overdosing, nor high enough to risk hypoglycemia. (CR ¶¶ 51, 16.) The controlled, reproducible, safe, and effective dosing of insulin to all diabetes patients is critical.[29] (*See* Harrison, Admin. R. Tab 13 at A268-69; CR ¶ 51.)

---

[28] *See* '774 App. ¶ 0007, ¶¶ 0112 - 0127. *See also Phillips* v. *AWH Corp.*, 415 F.3d 1303, 1315 (Fed. Cir. 2005) ("[C]laims must be read in view of the specification, of which they are a part." (internal citations omitted)).

[29] To the extent that the Board refers to the criticality of dosing as a factual matter, it errs as set out above. To the extent it means to invoke the legal concept of criticality, that is, claiming a range that is encompassed by a larger range already in the prior art, it is inapposite here. *See In re Geisler*, 116 F.3d 1465, 1469-70 (Fed. Cir. 1997).

Second, the Board again erred by treating the amount inhaled as equivalent to the amount absorbed into the bloodstream for treatment. The Board concluded that Velasquez and Schenk teach delivery of a controlled quantity of insulin to the bloodstream, on the theory that both references "describe structural devices to precisely control the amount of a medicament delivered." (Bd. Dec., Admin. R. Tab 36 at A450.) This finding is again wrong. Schenk and Velasquez may allow one of ordinary skill in the art to control the amount of insulin that comes out of an inhalation device, but they do not allow control over either the amount of insulin that remains in the inhaler or the amount that is inhaled by the patient. More importantly, they do not control the amount of inhaled insulin that actually reaches the alveoli or that is ultimately absorbed into the bloodstream. (CR ¶ 50; DT 224:8-10.)

c.    **The Repetition Limitations Are Not Taught in the References.**

The Board concluded that the claims concerning repeatability of the claimed methods as needed to treat the patient limitations, the "repetition limitations," *see* pp. 9-10, *supra*, are taught by Schenk because "S[c]henk's inhaler is inherently repeatable in operation." (Bd. Dec., Admin. R. Tab 36 at A450.) This finding is also wrong because, as explained above, even if the same amount of insulin is aerosolized in the same device, in the same manner each time, many factors influence whether a reproducible dose is administered to the bloodstream by the inhalation of insulin. These factors are explained in the specification of the '774 Application, and include, among others, the flow rate and volume at which a patient would inhale each dose of insulin, the speed of the inhalation, the particle size, the concentration of the drug in the carrier, and the point in the respiration cycle where the patient initiates inhalation. (*See, e.g.*, '774 App. as pub. ¶¶ 0086 – 0111; *see also* CR ¶ 52; DT 130:20 – 131:3.) With devices like

-28-

those in Schenk, these factors could differ widely and would result in a wide and unpredictable range of insulin that may reach the bloodstream.  (CR ¶ 52.)

> **2.     The Claimed Invention Could Not Have Been Determined by Routine Experimentation.**

The Examiner had expressly rejected the "2-10 range" limitation as obvious and therefore unpatentable, asserting that "the amount of insulin employed and the amount absorbed can be arrived at through mere routine obvious experimentation and observation," (Final Office Action, Admin. R. Tab 16 at A293), and the Board also alluded to this ground of rejection.[30] (Bd. Dec., Admin. R. Tab 36 at A450.)  This ground of rejection is also insupportable.  As a matter of law, a rejection on the ground that the claimed invention could have been arrived at through routine experimentation is appropriate only when "one skilled in the art would have had a reasonable expectation of success at the time the invention was made, and merely had to verify that expectation."  *Pfizer, Inc.* v. *Apotex, Inc.*, 480 F.3d 1348, 1367 (Fed. Cir. 2007).

A person of ordinary skill in the art could not have conducted routine experimentation using insulin powder (listed in Velasquez) with the Schenk inhaler to determine the claimed "2-10 range" or to lower or control glucose levels.  Contrary to the Examiner's unsupported assertion (Final Office Action, Admin. R. Tab 16 at A293-94), there is simply no "administration protocol" for inhaled insulin.  Far from having "standard guidelines" for the

---

[30] This finding appears to be reflected in two places in the Decision.  The Board responded to Novo's argument on appeal that the Examiner, in his Final Office Action, had improperly rejected the "2-10 range" limitation on grounds of "obvious to try," citing Federal Circuit precedent for the proposition that "it is not inventive to discover the optimum or workable ranges by routine experimentation."  (Bd. Dec., Admin. R. Tab 36 at A450 (internal quotes omitted).)  The Board also rejected as obvious the claim limitations of lowering of glucose levels to an acceptable level and controlling glucose levels, stating that "a person of ordinary skill in the art would monitor the patient's vital statistics to achieve the desired result," which implies that the dosage needed by a patient of inhaled insulin could be found by experimenting. (*Id.*)

amount of insulin to be given by inhalation (Bd. Dec., Admin. R. Tab 36 at A448), "[n]obody was using inhalable insulin in 1994." (DT 88:8-9.) Nor has the PTO identified any such guidelines, just as the Board failed to cite them.[31] As Dr. Crystal attests, there were no such guidelines. (CR ¶ 54.)

As discussed above, guidelines for dosage of *injectable* insulin, *e.g.*, in Harrison, do not provide doses for *inhalable* insulin. Both Dr. Crystal and the PTO's expert recognized this fact. (CR ¶ 54; DT 78:3 – 79:4; 227:3 – 230:11.) Given the narrow therapeutic range within which insulin must be administered, and the dangers of giving too little or too much, such experimentation would be unethical and dangerous. (CR ¶ 54; DT 80:10-20.) Finally, the testimony of the PTO's own expert is eloquent proof that a person of ordinary skill would realize that the level of research needed to determine a proper, therapeutic dose of inhaled insulin would not be routine, but would entail extensive experimentation. (DT 227:12 – 232:15.) As she explained, "it is a leap from a laboratory set of experiments to . . . treat[ing]" diabetes. (DT 216:4-6.) Thus a person of ordinary skill would have had no reasonable expectation of success

---

[31] Neither the PTO nor its expert could identify any such references. When asked by Novo in an interrogatory to identify any references that "set out any protocol or guidelines for the administration of insulin for the treatment of diabetes mellitus by the inhalation of powdered insulin," the PTO referred Novo to approximately 5000 pages of references. (Def. Resp. to Pl.'s Interrogs., First Supp. Resp. to Interrog. No. 6.) After Ms. Dolovich's deposition, in which she admitted that there were no such references (DT 88:6-9), Novo requested that the PTO supplement its response to the request to admit that "The relevant prior art contains no specific protocol or guidelines for the administration of powdered insulin to the bloodstream via inhalation for the treatment of diabetes mellitus." (Resp. to Req. for Admis., Req. for Admis. No. 7.) After discovery closed, the PTO provided, for the first time specific citations to three related references, that were buried in the 5000 pages previously provided without explanation. (Resp. to Req. for Admis., First Am. Resp. to Req. for Admis. No. 7.) These do not teach the claimed invention, which requires inhaling insulin to control blood glucose levels. *See, e.g.*, claim 25, p. 9, *supra*. Indeed, they teach away from it, as each of the references belatedly identified by the PTO states that the claimed invention will *not* eliminate the need for insulin injections in diabetic patients. *See, e.g.*, U.S. Patent No. 5,643,868, col. 6 ll. 3-6, Ex. H to Nash Decl. ("the methods of the present invention will not eliminate the need for parenteral insulin therapy").

of being able to treat diabetes using powdered insulin (listed in Velasquez) with the Schenk

inhaler.[32]  (*See* DT 232:1-15.)

**B.     The Claims Are Patentable Because the PTO Has Not Established that the Invention as a Whole Is Obvious Under *Graham* v. *John Deere*.**

Not only are the Board's linchpin factual "findings" wrong, and thus unable to

support a legal determination of obviousness, the indicia of obviousness that must be considered

in an obviousness analysis—set out by the Supreme Court decision in *Graham* v. *John Deere*,

383 U.S. at 18-19— foreclose the PTO's conclusion that the '774 Application is obvious.[33]

---

[32] As the PTO's expert testified:  "Do you believe that if you put insulin into Schenk it would produce powder having the same particle range as asthma medicine put into Schenk?"  (DT 98:19-21.)  "Do you know whether that would happen as a result?"  (DT 99:3-4.)  "My answer would be no."  (DT 99:10.)  As to how much medication Schenk would carry to the alveoli:  "Do you know how many of those remaining particles [particles not deposited anywhere else in the lung (DT 119:11-12)], then, could get carried to the alveoli?"  (DT 119:21-22)  Answer:  "It depends on your aerosol."  (DT 120:3.)  What percentage of an aerosol gets below the larynx?  Answer:  "[I]t depends on your inhaler – inhaler design."  (DT 120:10-11.)

[33] It is the PTO's and the Court's burden to perform a *Graham* analysis, *see* Manual of Patent Examining Procedures § 2141; *Loctite Corp.* v. *Ultraseal Ltd.*, 781 F.2d 861, 872-75 (Fed. Cir. 1985) (remanding to the district court for failure to make *Graham* findings).  The factors are:
  1.     **Scope and Content of the Prior Art**
         "The 'scope' of the prior art determines what references fall within the relevant prior art that can be applied to reject a claim."  *Joy Techs.*, *Inc.* v. *Quigg*, 732 F. Supp. 227, 232-33 (D.D.C. 1990).  As discussed above, the PTO has defined the scope of the prior art as Schenk and Velasquez, and Harrison.  (Bd. Dec., Admin. R. Tab 36 at A447.)  "The 'content' of the prior art is what those references teach a person of ordinary skill in the art." *Joy Techs.*, 732 F. Supp. at 233.  Combining inhalers taught by Schenk with the suggestion by Velasquez that dry powder insulin could be one of some 50 drugs stored in the claimed sheet material yields, at most, the concept of administering dry powder insulin by inhalation.  This general concept, however, has been recognized since at least 1925.
  2.     **Differences Between the Prior Art and the Claims at Issue**
         The prior art provides an inhaler for treating diseases of the lungs and the idea of the possibility of administering insulin with an inhaler.  The '774 Application, in contrast, claims methods that treat diabetes in patients using inhaled insulin in a manner that allows a controlled, reproducible, safe, and effective dose to be delivered to the bloodstream.  (CR ¶ 31.)  The primary difference between the identified prior art and the claimed invention is that treating diseases of the lung is effective if the location of deposition of the aerosol and the amounts administered are inexact and that treating diabetes systemically in which the location of deposition of the aerosol and the amount of insulin administered to the blood are critical.  The Board ignored these differences.  The scientific hurdle of getting dry powder insulin aerosol into the lungs and into the bloodstream in a reproducible manner makes this invention nonobvious.

(footnote continued)

-31-

A primary issue in any obviousness determination is what the Supreme Court in *Graham* called "secondary considerations." 383 U.S. at 17; *Petroleo Brasileiro S.A.-Petrobras* v. *Comm'r of Patents & Trademarks*, 2 U.S.P.Q.2d 1720, 1722 (D.D.C. 1987) ("secondary evidence of nonobviousness"). The secondary consideration most relevant here is the existence of "long felt but unsolved needs" for the claimed invention. *See Graham*, 383 U.S. at 17. Where other persons who are skilled in the art have strived to produce something and failed, as courts have recognized, branding an invention obvious is likely to be wrong. *Joy Techs.*, 732 F. Supp. at 237.

As noted above, substantial research had been ongoing in the almost-seven decades between 1925 and 1993. Yet as the PTO's expert admitted, "Nobody was using inhalable insulin in 1994 in my understanding." (DT 88:6-9; 232:1 – 235:10; *see also* CR ¶ 21.) The specification of the '774 Application (as pub. ¶¶ 0003-0008) also details attempts to administer controlled doses of insulin through inhalation for treatment of diabetes, which have met with failure. (*Id.* ¶ 0007 ("multiple studies have shown that aerosolized insulin can be delivered into and absorbed from the lung . . . [h]owever . . . the poor reproducibility of the inhaled dose [of insulin] was always the reason for terminating these experiments.") (internal citations omitted)). Such "evidence may be included in the specification as filed." Manual of

---

(continued)
   3.      **Level of Ordinary Skill in the Art**
              "[A]s of 1993, a person of ordinary skill in the art would have been one who had either an M.D. or a Ph.D. in a related field, and several years of experience in pharmaceutical aerosols, lung physiology, and pulmonary drug delivery or the equivalent training and experience." (CR ¶ 33.) Although the Examiner and the PTO took the position that one of ordinary skill is a physician (Def. USPTO's Mem. in Supp. of Opposition to Pl. Novo Nordisk's Mot. Regarding the Scope of Disc., at 13, filed Aug. 17. 2007), its expert adopted the standard put forth by Novo's expert, Dr. Crystal, as set forth in his report. (DR ¶ 16; DT 190:1-6.)

Patent Examining Procedures § 2141 at 2100-116 (Sept. 2007) ("evidence [of secondary considerations] may be included in the specification as filed.").

Furthermore, the PTO's own expert contradicted the Board's conclusion of obviousness, when she declared at her deposition that the claimed invention "is a new method of delivering a drug — a novel method of delivering insulin by aerosol." (DT 227:14-16.) Novo's expert agrees. (CR ¶ 55.) *See* 35 U.S.C. § 101 ("[w]hoever invents or discovers any new and useful process . . . or any new and useful improvement thereof, may obtain a patent therefor.").

Nor did the PTO's expert either form an opinion that the invention was obvious or take issue with Dr. Crystal's position that "the Board clearly erred in concluding that the claims in the '774 Application would have been obvious to one of skill in the art in view of Schenk and Velasquez, and considering Harrison." (CR ¶ 55.) This is especially significant because the PTO expert affirmed, under oath at her deposition, that everything she considered to be an important error in Dr. Crystal's report was addressed in her report. (DT 6:15 – 7:21; 93:11 – 94:5.) The undisputed evidence is, therefore, that persons of ordinary skill in the art do not consider the claimed invention to be obvious.

# CONCLUSION

For the foregoing reasons, Novo's Motion for Summary Judgment Adjudging that

Novo Is Entitled to a Patent and Authorizing the Director to Issue Letters Patent should be

granted.


Dated:  Washington, D.C.
        June 18, 2008

                              Respectfully submitted,


                              _____/s/_____
                              Margaret K. Pfeiffer  (D.C. Bar No. 358723)

                              SULLIVAN & CROMWELL LLP
                              1701 Pennsylvania Avenue, N.W.
                              Washington, D.C. 20006-5805
                              Tel.:  (202) 956-7500
                              Fax:  (202) 956-6330

                              *Counsel for Plaintiff Novo Nordisk A/S*


OF COUNSEL:

Robert Schaffer
Samuel S. Woodley
DARBY & DARBY P.C.
805 Third Avenue
New York, New York 10022
Tel.:  (212) 527-7700
Fax:  (212) 527-7701

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NOVO NORDISK A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-1896 (CKK) |
| | ) | |
| JON W. DUDAS, | ) | Judge Colleen Kollar-Kotelly |
| Under Secretary of Commerce for | ) | |
| Intellectual Property and | ) | ECF |
| Director of the United States Patent | ) | |
| & Trademark Office, | ) | (Opposition and Cross-Motion |
| | ) | due July 9, 2008) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REVISED STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE IN SUPPORT OF
NOVO NORDISK'S MOTION FOR SUMMARY JUDGMENT
ADJUDGING THAT NOVO IS ENTITLED TO A PATENT AND
AUTHORIZING THE DIRECTOR TO ISSUE LETTERS PATENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rules 7(h) and 56.1, and this Court's Order dated May 28, 2008, Novo Nordisk A/S ("Novo") sets out below its revised statement of material facts as to which there are no genuine issues, in support of Novo Nordisk's Motion for Summary Judgment Adjudging that Novo Is Entitled to a Patent and Authorizing the Director to Issue Letters Patent.

**Parties**

1.      Novo is a corporation organized and existing under the laws of the Kingdom of Denmark, and has its principal place of business at Novo Allé, 2880 Bagsværd, Denmark.

2.      The Defendant is the Honorable Jon W. Dudas, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("PTO"), having offices at 600 Dulany Street, Alexandria, Virginia 22314.

**Materials Relied Upon to Support Novo's Motion**

3.      In filing this Motion, Novo relies upon:

(i)      its Memorandum of Points and Authorities in Support of its Motion for Summary Judgment Adjudging that Novo Is Entitled to a Patent and Authorizing the Director to Issue Letters Patent;

(ii)      this Revised Statement of Material Facts as to Which There is No Genuine Issue in Support of Novo Nordisk's Motion for Summary Judgment Adjudging that Novo Is Entitled to a Patent and Authorizing the Director to Issue Letters Patent;

(iii)      Declaration of Susan K. Nash, executed April 2, 2008, and Exhibits thereto:

(a)      Expert Witness Report of Novo's expert Ronald G. Crystal, dated January 7, 2008, attached as Ex. A ("CR");

(b)      Expert Witness Report of the PTO's expert Professor Myrna B. Dolovich dated February 4, 2008, attached as Ex. B ("DR");

(c)      Transcript of Myrna B. Dolovich's Deposition, taken February 12, 2008, attached as Ex. C ("DT");

(d)      Gänsslen, M., *Über Inhalation von Insulin*, Klin. Wochenschr. 4 (1925) and English translation, attached as Ex. D;

(e)      Myrna A. [sic] Dolovich, *Influence of Inspiratory Flow Rate, Particle Size, and Airway Caliber on Aerosolized Drug Delivery to the Lung*, 45 Respiratory Care 597 (June 2000), Exhibit 3 to Deposition of the PTO's Expert Professor Myrna B. Dolovich, attached as Ex. E;

(f)    Defendant PTO's Second Supplemental Objections and Responses to Plaintiff's Requests for Admission, dated March 14, 2008, attached as Ex. F ("Def. Resp. to Req. for Admis.");

(g)    Defendant PTO's Second Supplemental Objections and Responses to Plaintiff's Interrogatories, dated February 19, 2008, attached as Ex. G ("Def. Resp. to Pl.'s Interrog.");

(h)    U.S. Patent No. 5,643,868 (filed on June 6, 1995), attached as Ex. H; and

(i)    Recorded Assignments of U.S. Patent Application 09/848,774, attached as Ex. I; and

(iv)    the Administrative Record for Application No. 09/848,774, filed by the PTO on March 21, 2008 (referenced by Tab and consecutive pagination numbers).

**'774 Patent Application**

4.    Novo is the assignee, from Aradigm Corporation, of U.S. Patent Application No. 09/848,774 ("the '774 Application"), entitled "A Method of Treating Diabetes Mellitus in a Patient," which was filed with the PTO on May 3, 2001.  (Admin. R. Tabs 1-2; *see also* '774 Application as published, Ex. 4 to Ex. A of the Nash Declaration.)

5.    The '774 Application claims methods whereby dry insulin powder is supplied to an inhalation device, aerosolized, and inhaled by the patient, in a way that allows the patient to absorb a controlled dose of insulin into his or her bloodstream. (Amendment After Final, dated May 10, 2004, Admin. R. Tab 23.)

6.    As stated in the expert report of Novo's expert Dr. Ronald G. Crystal—the Bruce Webster Professor of Internal Medicine at Weill Medical College of Cornell University and an attending physician at New York-Presbyterian Hospital (CR ¶¶ 1, 5 & Ex. 1)—the '774 Application "claims methods whereby dry insulin powder is supplied to

-3-

an inhalation device, aerosolized, and inhaled by the patient, in a way that allows the

patient to absorb a controlled dose of insulin into his or her bloodstream" and thus

"achieve consistent, reproducible dosing of the inhaled insulin."  (CR ¶ 31.)

7.    As presently amended by the Amendment After Final, dated May 10,

2004, the '774 Application contains pending claims 22, 23, 25, 26, 31, and 35, of which

22, 25, 31, and 35 are independent.  (Admin. R. Tab 23.)

8.    The pending claims are as follows:

22.    A method for treating diabetes mellitus in a patient comprising the
steps of:
a.  supplying a predetermined amount of dry insulin powder to an
inhalation device;
b.  releasing a pressurized gas over the predetermined amount of
dry insulin powder to create an aerosolized suspension
comprising powder suspended in air, wherein the aerosolized
suspension contains an amount of insulin that is 2-10 times
higher than the amount needed to be absorbed in the
bloodstream of the patient; and
c.  inhaling the aerosolized suspension at a flow rate and volume
sufficient to allow the patient to absorb in the bloodstream a
controlled dose of insulin that comprises between 1-50 units of
insulin.

23.    The method of claim 22, wherein steps a-c may be repeated
periodically as needed to treat the patient and wherein the amount
of insulin supplied to the bloodstream in step c remains relatively
constant for each repetition of steps a-c.

25.    A repeatable method of regulating blood glucose levels in a human
patient, the method comprising the steps of:
a.  supplying a fixed quantity of dry insulin powder to a portion of
a hand held inhalation delivery device;
b.  propelling a gas over the fixed quantity of dry power to
produce, in a repeatable manner, an aerosolized suspension of
insulin, the aerosolized suspension containing more insulin
than is required in the bloodstream of the patient to achieve a
satisfactory blood glucose level; and
c.  flowing at least a portion of the aerosolized suspension through
a mouth piece on the device and into the lungs of the patient in
a manner sufficient to cause the patient to absorb in the

-4-

patient's bloodstream a sufficient, controlled quantity of insulin to achieve acceptable blood glucose level following treatment.

26.    The method of claim 25, wherein steps a-c may be repeated periodically as needed to treat the patient and wherein the amount of insulin supplied to the bloodstream in step c remains relatively constant for each repetition of steps a-c.

31.    A repeatable method of lowering a patient's serum glucose level to acceptable value, the method comprising the steps of:
   a.  supplying a predetermined amount of dry insulin powder to a medical device;
   b.  releasing a compressed gas over the dry insulin powder to form a suspension comprised of dry insulin powder and air; and
   c.  inhaling at least a portion of the suspension at a flow rate and volume sufficient to deposit a sufficient, controlled quantity of insulin in the patient's lungs so that the patient absorbs into the blood between 1 and 50 units of insulin, thereby lowering the patient's blood glucose level to an acceptable value between 50 mg/dl and 300 mg/dl.

35.    A method of administering insulin to a diabetic patient to control serum glucose levels via a hand held inhalation device, the method comprising the steps of:
   a.  supplying a predetermined quantity of insulin powder to a portion of the device;
   b.  aerosolizing the insulin powder to form a cloud of insulin within the device, the cloud comprised of air and suspended insulin particles, the quantity of insulin particles being 2-10 times the dosage of insulin required to be delivered into the patient's blood to achieve acceptable blood glucose level;
   c.  administering to the patient's bloodstream via the patient's lungs a sufficient controlled and repeatable quantity of insulin from the cloud to produce an acceptable blood glucose level in the patient.

(Admin. R. Tab 23.)

9.    The '774 Application claims priority from an application filed on January 29, 1993, now U.S. Patent No. 5,364,838. ('774 App. ¶ 0001, Admin. R. Tab 2.)

-5-

10.    Dr. Crystal and the PTO's expert, Myrna B. Dolovich, assumed January 29, 1993 as the priority date—the effective date for evaluating the prior art.  (CR ¶ 12; DR ¶ 10.)

11.    Dr. Crystal concluded, in paragraph 55 of his Report, that "the Board clearly erred in concluding that the claims in the '774 Application would have been obvious to one of skill in the art" in view of U.S. Letters Patent No. 5,192,548 to Velasquez et al., issued on March 9, 1993 ("Velasquez") (Admin. R. Tab 18) and International Patent Publication No. WO 90/07351 to Schenk, et al., published on July 12, 1990 ("Schenk"), and considering Harrison's Principles of Internal Medicine, Ch. 337 "Diabetes Mellitus" (Kurt Isselbacher et al. eds., 13th ed., Vol. 2 1994) pp. 1986-87 ("Harrison") (Admin. R. Tab 13).  (CR ¶ 55.)

12.    Ms. Dolovich testified that all of her opinions and all the reasons for her opinions have been set forth in her Report.  (DT 6:15-7:21.)

13.    Ms. Dolovich testified that, in her Report, she had addressed all of the statements in Dr. Crystal's Report that she considered to be "both important and incorrect."  (DT 93:11 – 94:5.)

14.    Ms. Dolovich did not address paragraph 55 of Dr. Crystal's Report.  (DR ¶¶ 12-17.)

15.    Ms. Dolovich's Report addressed specific points in paragraphs 35, 36, 37, 53 and 54 of Dr. Crystal's Report.  (DR ¶¶ 12-17.)

16.    Ms. Dolovich did not address all of Dr. Crystal's Report in her own Report.  (DR ¶¶ 12-17.)

17.    During her deposition, Ms. Dolovich testified that she formed her own "views as to whether [the claims in the '774 application] were unique and novel." (DT 18:11-12.)  Ms. Dolovich's Report did not offer an opinion as to whether the claims of the '774 Application would have been obvious to one of skill in the art as of January 29, 1993.  (DR ¶¶ 12-17.)

**A Person of Ordinary Skill in the Art**

18.    As of 1993, a person of ordinary skill in the art would have been one who had either an M.D. or a Ph.D. in a related field, and several years of experience in pharmaceutical aerosols, lung physiology, and pulmonary drug delivery or the equivalent training and experience.  (CR ¶ 33; DR ¶ 16; DT 190:1-6.)

19.    In her Report, Ms. Dolovich applied the definition set forth above in paragraph 18.  (DR ¶ 16.)

20.    In his Answer dated August 9, 2004, the patent examiner assigned to examine the '774 Application (the "Examiner") stated that one of ordinary skill would be a physician "since insulin is a prescription medicine."  (Admin. R. Tab 25 at A384-85.)

21.    In his Answer dated January 25, 2006, the Examiner again stated that one of ordinary skill would be a physician "since insulin is a prescription medicine."  (Admin. R. Tab 32 at A422-23.)

22.    As stated in his Report, Dr. Crystal is a practicing physician and has used insulin to treat patients with diabetes on many occasions.  (CR ¶ 6.)

23.    Ms. Dolovich has testified that she is not a physician (DT 84:6-7) and has no firsthand experience administering a dose of insulin to a patient with diabetes (DT 209:9-11).

**The Underlying Science:  Diabetes Mellitus**

24.    Diabetes mellitus is a disease in which there is a lack of or insufficient production of insulin in the human body.  (CR ¶ 15.)

25.    Because insulin regulates blood sugar, diabetes is characterized by persistently high blood sugar levels.  (CR ¶ 15.)

26.    Diabetic patients often require frequent insulin replacement treatment, which has traditionally been administered by injection, either subcutaneously or intravenously.  (CR ¶¶ 15, 18, 19; DT 78:3-6; *see also* '774 App. ¶ 0003, Admin. R. Tab 2.)

27.    Dr. Crystal stated that the amount of insulin administered to a patient must be carefully controlled and monitored.  (CR ¶¶ 16-17.)  Too much or too little insulin can have harmful or even potentially fatal effects.  (CR ¶¶ 16-17; DT 80:10-20.)

28.    Dr. Crystal described insulin as exhibiting a narrow therapeutic range when compared to most other drugs, meaning that the difference between the maximum and minimum amounts of insulin that can be safely administered to a given patient is small.  (CR ¶¶ 16-17.)

29.    If a diabetic patient receives too little insulin, the blood glucose will not be effectively lowered, which can lead to serious conditions such as cardiovascular disease, circulatory problems, kidney failure and blindness.  On the other hand, too much insulin may cause hypoglycemia, a dangerous condition in which low blood sugar levels can cause a patient to lapse into a coma, suffer permanent brain damage, or even die. (CR ¶ 16; DT 80:10-20.)

30.     The dose of insulin administered to the patient's bloodstream must be carefully monitored each time the patient takes insulin.  (Harrison, Admin. R. Tab 13 at A268-69; CR ¶¶ 17, 18.)

31.     In treating diabetes, it is critical to control the amount of insulin that reaches the patient's bloodstream. (CR ¶¶ 17, 29; DT 206:7-11.)

32.     Traditional insulin administration through injection supplies a consistent, reproducible and controlled dose of insulin into the bloodstream of the patient.  (*See* Harrison, Admin. R. Tab 13 at A268-69; *see also* DT 84:6-87:20.)

33.     Ms. Dolovich described this method as one in which "the patient is drawing up an aliquot of insulin into a syringe and injecting it" (DT 87:3-7), or perhaps using a pre-filled pump from which the patient dispenses insulin via injection.  (DT 87:9-11.)

34.     Use of injection to deliver insulin means that the amount of insulin to be injected is readily reproducible as a means of controlling a patient's blood glucose within acceptable levels.  (DT 85:2, 85:10-11, 86:1-11.)

35.     Over the many years that insulin has been administered by injection, certain principles have been identified and accepted for determining how often to monitor a patient's blood sugar levels, and how much insulin to administer.  (*See* CR ¶¶ 17-18; Harrison, Admin. R. Tab 13 at A268-69.)

36.     In administering insulin by injection, the treating physician and the patient must work together to "titrate" the insulin dose appropriate for that patient.  (CR ¶ 18.)

37.     Dr. Crystal stated that titration is a process in which the physician starts the patient at a low dose of insulin, monitors the effect of that dose on blood sugar levels,

and adjusts the dose as necessary. (CR ¶ 18.) This process is then repeated until the physician is able to arrive at a dosage range that is safe and effective for the patient. (*Id*.)

38.    Ms. Dolovich testified that, to determine an appropriate dose for treatment of a patient, a physician would "titrate the dose to maintain control of the disease for that particular patient." (DT 79:9-11.)

39.    In order to titrate insulin dosage, it is essential that the insulin be administered in a manner that achieves a reproducible dose to the bloodstream. (CR ¶ 18; DT 206:7-11.)

40.    Even after the dosage range is established, the patient must measure his or her own blood glucose levels and make adjustments in the predetermined amount administered as needed. (CR ¶ 18.) It is, for example, not uncommon for a patient to take an injection of short-acting insulin before a meal in order to counteract the expected rise in blood sugar levels associated with eating. (*Id*.)

41.    So that the patient can achieve reproducible dosing, it is critical to control not only the absolute amount of insulin administered to the patient, but also the amount of insulin that reaches the patient's bloodstream. (CR ¶ 17.)

**The Underlying Science: Lung Physiology and Aerosols**

42.    The lungs are made up of the trachea, bronchi, and bronchioles (collectively, the "airways"), and approximately 300 million alveoli (or air sacs), where gases are exchanged between the bloodstream and the air within the lung. The airways divide dichotomously, that is by twos, 23 times before the alveoli. The structure can be analogized to an upside down tree, in which the trachea is the trunk, the bronchi and bronchioles are the branches and the alveoli are the leaves. (CR ¶ 23; DT 107:8-22.)

-10-

43.     In his Report, Dr. Crystal stated that:  "Gases are exchanged between the bloodstream and the air within the alveoli.  Gases are not exchanged through the airways, which act as conduits of air to the alveoli."  (CR ¶ 23.)

44.     Dr. Crystal has opined that gas exchange is necessary for absorption of insulin from the lungs into the bloodstream.  (CR ¶¶ 23, 27.)

45.     In her deposition testimony, Ms. Dolovich described "the alveoli surface" as the "gas-exchanging region of the lung."  (DT 107:11-13; *see also* DT 110:6-18.)

46.     Inhaled medications have long been known.  Most inhaled medicines are meant to remain in the lungs, in order to treat diseases of the lung.  (CR ¶ 20.)

47.     In order to treat a lung disease such as asthma, medication must reach the peripheral airways where it may be deposited on the affected surfaces.  (DR ¶ 13.)

48.     In paragraph 13 of her Report, Ms. Dolovich states that, to treat a lung condition such as asthma, medication must be delivered "to the peripheral areas of the lung, since to be effective, asthma medication must reach both the central airways and the peripheral airways.  Once medication reaches the peripheral airways it may be deposited on peripheral airway surfaces and effect treatment."  (DR ¶ 13.)  When asked whether "medication" as used in this sentence of her Report referred to anything other than asthma medication, Ms. Dolovich testified that in "the previous sentence, I mentioned asthma medications. . . .  So it is really a continuation of that thought process." (DT 112:12-15.)

49.     Ms. Dolovich testified that receptors for asthma medicine are located on the airways or bronchioles but that she knew of no receptors for asthma medicine on the alveoli.  (DT 102:9-16.)

50.    Ms. Dolovich testified that asthma medication "doesn't have to reach the gas-exchanging region of the lung to be effective."  (DT 110:4-5.)

51.    Ms. Dolovich testified that the peripheral airways and the "peripheral areas of the lung" are "[b]y definition . . . different from alveoli."  (DT 106:16-21; *see also* DT 106:22 – 109:9; 110:19-21.)

52.    Because the frequent injections entailed by traditional insulin therapy can be painful and invasive, there has been extensive research into alternative methods for administering insulin, including oral, buccal and nasal administration.  (CR ¶ 19.) Research into methods of oral, buccal, and nasal administration have not been successful in developing any currently marketed products.  (CR ¶ 19; s*ee also, e.g*., Harrison, Admin. R. Tab 13 at A269; '774 Application ¶¶ 0004 – 0006, Admin. R. Tab 2 at A3-4.)

53.    It has long been known that some portion of inhaled medicines may end up in the bloodstream.  (DR ¶ 13.)  As early as 1925, experimental data was published indicating that administering insulin by inhalation could cause a reduction in blood glucose level.  (Gänsslen, M., *Über Inhalation von Insulin*, Klin. Wochenschr. 4, 71 (1925), Ex. D to the Nash Declaration; s*ee also* CR ¶ 21.)

54.    Although research has been ongoing for decades, no success in administering insulin by inhalation to treat patients with diabetes had been achieved prior to January 29, 1993, the priority date to which the '774 application is entitled.  (CR ¶¶ 21, 12; '774 Application at ¶ 0007 (noting "poor reproducibility" associated with inhaled insulin doses).)

55. Taking into account the narrow therapeutic range of insulin (as compared to the broad range of drugs used to treat lung disease), Ms. Dolovich testified that the treatment of diabetes is different from the treatment of asthma. (DT 80:7 – 81:2.)

56. Ms. Dolovich testified that she understood that there is a much narrower range of permissive dosages of insulin than there is of typical asthma medications. (DT 80:10-13.)

57. Ms. Dolovich testified that if a patient is given an insufficient dose of an asthma medication, another dose can be given. (DT 79:5-13.)

58. The ultimate risk of side-effects from an overdose are bruising or thinning of the skin or tremors. (DT 89:16-22.) In her deposition, Ms. Dolovich testified that she was not aware of any reports of patients dying from an overdose or underdose of inhaled asthma medicine. (DT 80:21-82:10, 91:6-9.)

59. The complex physiology of the lung is one of many factors affecting the ability of aerosolized insulin that is inhaled to be absorbed into the bloodstream in order to treat diabetes. (CR ¶ 22; *see also* CR ¶¶ 23-26.)

60. To administer insulin by inhalation, the insulin must be "aerosolized," that is, the insulin formulation must be converted into small particles suspended in air. (CR ¶ 24.)

61. The aerosol resulting from aerosolization of insulin will have particles that vary in size, and contain many millions of insulin molecules. (CR ¶ 24.)

62. Ms. Dolovich testified that:

> When you have an aerosol, you are dealing with a range of particle sizes within that aerosol. And as we have learned from all of these documents, there is a definition of respirable aerosol. So respirable aerosol contains—it contains a range of particles of varying sizes. The lung, by nature of its

design, it acts as a filter.  And large particles are filtered out in the larger airways.  And as you breathe, your—as your breath travels through the lung, particles reign [sic] out depending on their properties in different parts of the lung.

(DT 118:2-12.)

63.     Particle size is one of the most important factors determining whether an aerosolized drug reaches the alveoli.  (DT 173:19 – 174:1, 118:2-22.)

64.     To treat diabetes, the insulin aerosol must be inhaled by the patient and must reach the alveoli in order to be absorbed into the bloodstream in a sufficient quantity to be effective.  (CR ¶ 23.)

65.     In 1993, then-current research showed that only about 3-15 percent of inhaled medication could get beyond the trachea into the peripheral airways, "due mainly to the efficient aerodynamic filtration of the airways."  (DT 139:2 – 140:1.)

66.     The "respirable fraction" is the fraction of the particles in an aerosol suspension that are of a size that are respirable, *i.e.*, of a size that, when inhaled, *may* reach the alveoli.  (CR ¶ 25.)

67.     Not all respirable particles are carried to the alveoli.  (CR ¶ 26.)

68.     Dr. Crystal's opinion is that particles that are .5 to 5 micrometers (perhaps up to 6 micrometers) are of a size that *may* reach the alveoli.  (CR ¶ 25.)  According to Dr. Crystal, the "ideal" particle size for a drug to reach the alveoli is approximately 0.5 μm to 6 μm.  (*Id.*)

69.     In her publication, Myrna A.[sic] Dolovich, *Influence of Inspiratory Flow Rate, Particle Size, and Airway Caliber on Aerosolized Drug Delivery to the Lung*, 45 Respiratory Care 597-608 (June 2000), attached as Ex. E to the Nash Decl., Ms. Dolovich

defines respirable particle [size] as "less than five micrometers, sometimes defined as less than six micrometers."  (DT 66:11-67:5; *see also* DT 77:4-15.)

70.     Ms. Dolovich testified that the respirable particle size is "below five micrometers."  (DT 65:8-10.)

71.     Larger particles of an aerosol that are inhaled remain in the mouth and trachea.  (DT 130:4-5.)

72.     Once inhaled, particles grow in size by taking up water, a process called hygroscopic growth.  (DT 143:9-15.)

73.     Because of hygroscopic growth, particles of aerosolized drugs that are initially within the "respirable fraction" may no longer be of a respirable size after they get below the larynx.  (DT 143:16-20.)

74.     The humidity inside the lung is 100 percent.  (DT 145:21-22.)

75.     Ms. Dolovich testified that whether hygroscopic growth occurs, and to what degree it affects the number of respirable particles, can depend on the drug itself. (DT 143:16 – 144:5.)

76.     In addition to particle size, the flow rate and volume of inhalation of air and aerosolized insulin directly affect where the particles are deposited in the lungs and therefore the amount of insulin that reaches the alveoli.  (CR ¶ 26.)

77.     Ms. Dolovich testified that the following factors affect deposition of aerosolized particles in the lung:  "size, . . . velocity . . . , the nature of the airway." (DT 130:20-131:1.)  Ms. Dolovich also testified that the charge of the particles can also play a role in deposition of aerosolized particles, though "not a huge role."  (DT 131:2-3.)

78.     Even where an inhaled drug reaches "the target site"—the area where treatment is to be effected—it may not be absorbed, effective or bioavailable to treat the target condition.  (CR ¶¶ 27-28; DT 118:13-22, 140:10 – 143:8.)

79.     As Ms. Dolovich testified in her deposition, "bioavailability" is "availability of [a] drug at its target site."  (DT 140:16-18.)

80.     There is considerable difference between the aerosol of medicine generated by an inhaler and the medicine's bioavailability, that is, its availability at the target site.  (CR ¶¶ 25-28.)

81.     Not all insulin particles that are deposited in the alveoli are absorbed into the bloodstream.  Unless insulin particles impact the alveolar walls, the insulin molecules cannot be absorbed into the bloodstream.  (CR ¶ 27.)

82.     Deposition of insulin particles into the lung and absorption of insulin particles into the bloodstream are two separate processes.  (DT 183:19 – 184:2.)

83.     When a particle of insulin in dry powder form comes into contact with the alveolar walls, it dissolves and begins to be absorbed into the bloodstream.  (CR ¶ 27; DT 118:13-22.)

84.     Unless insulin enters the bloodstream, it cannot act to lower blood glucose levels.  (CR ¶¶ 23, 27.)

85.     When an insulin particle dissolves after coming into contact with the alveolar walls, whether the molecules from that particle are absorbed from the alveoli into the bloodstream depends on a number of factors, of which the principal ones relate to the characteristics of the insulin molecules themselves.  (CR ¶ 27.)  These factors include,

*e.g.*, molecular weight, the molecules' electrical charge, solubility in lipids due to surfactants, shape, hydrophilicity, hydrophobicity, and pH.  (CR ¶ 28.)

86.    Dr. Crystal has opined that even small changes in any of the properties set out in paragraph 85, *supra*, can profoundly alter the molecules' ability to be absorbed from the alveolar regions of the lungs into the bloodstream.  (CR ¶ 28.)

87.    Dr. Crystal opined that to treat a diabetic patient with inhaled insulin, the amount of insulin absorbed in the bloodstream "must be within a reproducible, narrow, safe, and effective therapeutic range."  (CR ¶ 17; *see also* DT 206:7-11 ("You wouldn't treat a patient with inhaled insulin without, one, knowing that the system will reproducibly give you the dose; and, two, that the patient responds under the same set of conditions . . . .").)

88.    Dr. Crystal stated in his Report that, whereas traditional dosing by injection is predictable, easily repeatable, and well documented (*e.g.*, in Harrison), with inhaled insulin, only a potentially variable fraction of the insulin inhaled by a patient will ultimately reach the alveoli and be absorbed into the bloodstream.  (CR ¶ 29.)

89.    Dr. Crystal opined in his Report that the amount of insulin that needs to be delivered via inhalation to achieve an effective and reproducible dose is a complex determination.  (CR ¶ 29.)  He was not cross-examined about this statement, and Ms. Dolovich did not address this statement in her Report.  (DR ¶¶ 12-17.)

90.    Paragraph 16 of Ms. Dolovich's Report states that a person of ordinary skill in the art "would certainly be familiar with methods for determining dose in existence by January 29, 1993, and would have the laboratory skills to implement those methods," and references Beth Laube.  (DR ¶ 16; DT 215:3-15.)  During her deposition,

Ms. Dolovich explained that the "methods" referred to in paragraph 16 of her Report were "[m]ethods of being able to characterize an aerosol . . . [and] methods for capturing the emitted dose."  (DT 191:11-14.)

91.    Ms. Dolovich testified that Ms. Laube was not a physician but "definitely a person of ordinary skill, maybe extraordinary skill."  (DT 214:5-6, 216:6.)

92.    Ms. Dolovich testified that the "point" of Ms. Laube's work was not to determine a safe dosage of insulin for treating people with diabetes, and that "it is a leap from a laboratory set of experiments to . . . treat[ing]" patients.  (DT 214:12-15, 216:4-5.)

93.    Ms. Dolovich testified that the Laube reference did not enable Ms. Dolovich to determine what portion of inhaled insulin would be absorbed into the bloodstream.  (DT 182:22-183:12, 184:17-185:5.)

94.    In her deposition, Ms. Dolovich testified that Harrison would not contain a reference to obtaining reproducible doses of inhalable insulin in a diabetic patient because "[n]obody was using inhalable insulin in 1994."  (DT 87:21-88:9.)

95.    When asked at her deposition whether she was aware of any literature prior to January 29, 1993, that provides a dose for inhaled insulin for treating human beings, Ms. Dolovich was unable to identify any such literature.  (DT 232:18-235:10.)

**Proceedings in the PTO**

96.    In an Office Action dated June 23, 2002, the Examiner rejected then-pending claims 1-3, 12, 13 and 17 pursuant to 35 U.S.C. § 102 as being anticipated by U.S. Patent No. 5,320,094 to Laube et al., issued on June 14, 1994 ("the Laube '094 Patent").  (Admin. R. Tab 12 at A250-52.)

97.     In a response dated December 23, 2002, the applicants on the '774
Application amended the claims and traversed the Examiner's rejection pursuant to 35
U.S.C. § 102.  (Admin. R. Tab 15 at A278.)

98.     In its Final Office Action, dated April 7, 2003, following the applicants'
traversing of the Laube '094 Patent, the Examiner withdrew the Laube '094 Patent as a
reference.  (Admin. R. Tab 16.)

99.     In rejecting all of the claims then pending, the Final Office Action relied
on the ground that the claims were unpatentable as obvious to a person having ordinary
skill, under 35 U.S.C. § 103(a), in light of two prior art references—Velasquez and
Schenk.  (Admin. R. Tab 16 at A292.)

100.     The Examiner stated that the "differences between Schenk et al. and claim
22 are [1] insulin as the dry powder medicament and [2] the recited intended result of the
insulin containing 2-10 times higher the amount needed to be absorbed in the blood
stream of a patient."  (Admin. R. Tab 16 at A292.)

101.     The Examiner concluded that Velasquez satisfies the difference of dry
insulin powder because "Velasquez et al. teach a variety of dry powder medicaments as
inhalable powders including insulin," and therefore "[i]t would have been obvious to
modify the dry powder in Schenk et al. to employ dry powder insulin."  (Admin. R. Tab
16 at A292.)

102.     The Examiner concluded that "[a]s to the recited intended result of the
amount of insulin employed and the amount of insulin being absorbed . . . [this] . . . can
be arrived at through mere routine obvious experimentation and observation . . . to be
tailored to the particular patient's medical needs."  (Admin. R. Tab 16 at A293.)

103.    The Examiner also stated that "[a]s to the recited claimed limitations defining a controlled quantity of insulin which is sufficient to achieve the desired result, Schenk et al. (page 3, lines 5-3 [sic]; page 4, lines 27-37) disclose a device which . . . facilitat[es] maximum amounts of medicament inhaled and absorbed into a patient's bloodstream.  That is, given that Schenk et al. disclose aerosolizing most of the medicament within the aerosolization chamber (16), the amount of medicament available for inhalation by a patient is predictable."  (Admin. R. Tab 16 at A294.)

104.    As for the limitation of repeating the administration of insulin in a reproducible, consistent manner, without citation, the Examiner stated, "is [sic] stands to reason that the administration protocol would have included repeated inhalation (administration) of insulin."  (Admin. R. Tab 16 at A293.)  The Examiner stated this three times.  (*Id*. at A293, A293-94, A294.)

105.    In an Amendment After Final, dated May 10, 2004, Novo amended the claims for appeal, as set out in paragraph 8, *supra*.  (Admin. R. Tab 23 at A346-48.)

106.    Also on May 10, 2004, Novo appealed the Examiner's rejection to the Board of Patent Appeals and Interferences ("Board").  (Appeal Brief, Admin. R. Tab 24.)

107.    In his Answer dated August 9, 2004, the Examiner listed only Schenk and Velasquez as the "Prior Art of Record" (Admin. R. Tab 25 at A380-81), and referred to the Laube '094 Patent as "extrinsic evidence" (Admin. R. Tab 25 at A385-86).

108.    In his Answer dated January 25, 2006, the Examiner again listed only Schenk and Velasquez as the "Prior Art of Record" (Admin. R. Tab 32 at A418-19), and referred to the Laube '094 Patent as "extrinsic evidence" (Admin. R. Tab 32 at A423-24).

109.    In the Examiner's Answer, dated January 25, 2006, the Examiner cited Harrison as "[e]xtrinsic evidence to support the positions taken in the rejection," in addition to Schenk and Velasquez.  (Admin. R. Tab 32 at A421.)

110.    The Examiner had not relied upon Harrison in the Final Office Action. (Admin. R. Tab 16.)

111.    In his Answer, the Examiner reiterated his argument for rejecting the repetition limitations by stating that "is [sic] stands to reason that the administration protocol would have included repeated inhalation (administration) of insulin to maintain an adequate concentration of medicament in a patient's bloodstream." (Admin. R. Tab 32 at A420.)

112.    The Board, in its Decision mailed September 7, 2006, in Appeal No. 2006-1762, focused on Claim 22 in sustaining the Examiner's rejection of all of the pending claims, rejecting "Claims 22 through 38."  (Board Decision, Admin. R. Tab 36 at A447, A451.)

113.    Novo had appealed only pending claims 22, 23, 25, 26, 31, and 35. (Admin. R. Tab 24 at A355-56.)

114.    The Board found all rejected claims to be unpatentable under 35 U.S.C. § 103 as "obvious over Schenk in view of Velasquez."  (Admin. R. Tab 36 at A447, A451.)

115.    The Board concluded that, by using dry insulin powder, as suggested in Velasquez, with the drug inhaler of Schenk, the claims of the '774 Application would have been obvious to one of skill in the art.  (Admin. R. Tab 36 at A451.)

116.     In support of its obviousness determination, the Board also cited "the evidentiary value of Harrison's recitation of amounts" of insulin to treat diabetes by injection.  (Admin. R. Tab 36 at A449.)

**The Prior Art Relied Upon by the PTO**

**The Schenk Inhalers, International Patent Publication No. WO 90/07351**

117.     Schenk describes oral inhalers used to administer aerosolized medicine into the bronchi to treat diseases of the lungs, such as asthma.  (Admin. R. Tab 17 at A300, ll. 4-7; CR ¶ 35; DT 133:1-15.)

118.     Schenk's oral inhalers operate by supplying a product reservoir with powdered medicine, which medicine is drawn into a gas flow passage containing a throat (or restriction) through which air is propelled at a high velocity by a pressure gas source. The medical product is thereby aerosolized and flows into a mouthpiece for inhalation by the patient.  (CR ¶ 35; Admin. R. Tab 17 at A302, ll. 8-25; *see* DT 61:17 – 62:15.)

119.     Schenk states that "only particles having a diameter of less than 7 μm have a chance to penetrate completely into the bronchial tubes."  (Admin. R. Tab 17 at A300, ll. 9-11.)

120.     The design of an inhaler affects its function:  the percentage of an aerosol that gets below the larynx "depends on your inhaler – inhaler design."  (DT 120:1-11.)

121.     Ms. Dolovich testified that a device designed to treat asthma is not necessarily a design that will deliver medication to the alveoli.  (DT 109:17-110:10.)

122.     Ms. Dolovich stated that the Schenk devices are designed to deliver drugs to the peripheral airways (DR ¶ 13); Ms. Dolovich's use of the term "peripheral airways" does not refer to alveoli.  (DT 106:16-21; 135:10-16.)

123.    Schenk is not designed to deliver medication to the alveoli to provide systemic treatment.  (CR ¶ 36; DT 133:6 – 135:18.)

124.    During her deposition, when Ms. Dolovich was asked to identify any statement in Schenk describing the claimed devices as "designed to deliver medication to the alveoli to provide systemic treatment," she responded that "I don't believe Schenk uses those words in his patent."  Ms. Dolovich could not find in Schenk any reference to using the Schenk devices for administration of insulin.  (DT 95:14-96:21.)

125.    When asked whether she knew if insulin placed in the Schenk devices would produce a powder having the same particle range as asthma medicine, Ms. Dolovich testified that she did not know because she had no "hands-on experience" with the Schenk devices and had not used it "as a test inhaler for insulin."  (DT 98:19-21, 99:3-11.)

126.    The amount of medication an inhalation device would cause to be carried to the alveoli—and thus, into the bloodstream—is also unpredictable.  (DT 119:11-120:11.)

**The Velasquez Sheet Material, U.S. Letters Patent No. 5,192,548**

127.    Velasquez describes a sheet material having discrete depressions that are filled with powdered medicine, referred to in Velasquez as "medicament."  According to Velasquez, this sheet material allows for aerosolization of the medicine "in a relatively deagglomerated state so that such may be administered by inhalation."  (CR ¶ 37; Admin. R. Tab 18 at A322, Abstract and at A328, col. 2, ll. 21-25; DT 93:11 – 94:5.)

128.    In Velasquez, the sheet material dispenser, in which the depression depths can be varied, is filled with dry powder medicament, and then when placed in an inhaler, the material is impacted from the back causing the powder to be forced out of the sheet

-23-

material into the air to become aerosolized.  (Admin. R. Tab 18 at A330, col. 5, ll. 52- 54.)

129.     Velasquez includes insulin as one of 49 "[e]xemplary drugs" and their "pharmaceutically acceptable salts" which "may be employed" in the use of his sheet material.  (Admin. R. Tab 18 at A330, col. 6, ll. 25-41; CR ¶ 37.)  All of the drugs listed by Velasquez, except insulin, are simpler and much smaller molecules than insulin, and none except insulin is a protein.  (CR ¶ 37.)

130.     One of skill in the art is taught by Velasquez that the respirable fraction generated by Velasquez's sheet material will vary based on varying substrate depression depths.  (CR ¶ 46.)

131.     Ms. Dolovich testified, using Velasquez as a reference, that the percentage of insulin that one could get deposited in the lungs and absorbed into the bloodstream is "anybody's guess at this point.  We are not saying that – I am not saying that I know what percentage of a drug inhaled is actually picked up in the blood."  (DT 224:8 – 225:4.)

132.     Ms. Dolovich testified that one could not predict how much drug emitted from any inhaler would be absorbed into the bloodstream based on the respirable fraction alone.  (DT 224:2-19.)

133.     The PTO admitted that "Velasquez does not teach specific dosages of insulin to be administered through inhalation to treat diabetes."  (Def. Resp. to Req. for Admis., First Am. Resp. to Req. for Admis. No. 10, Ex. F. to Nash Declaration.)

**Harrison's Principles of Internal Medicine, Excerpt on Insulin**

134.     Harrison discusses the treatment of diabetes by conventional injection, multiple subcutaneous injections, and continuous subcutaneous infusion of insulin.

(Harrison, Admin. R. Tab 13 at A268-69; Def. Resp. to Req. for Admis., Resp. to Req. for Admis. No. 4.)

135.    Harrison does not teach the use of inhaled insulin to treat diabetes.  (CR ¶ 38; First Am. Resp. to Req. for Admis. No. 4, Ex. F to Nash Declaration.)

136.    The PTO has admitted that "Harrison does not teach the administration of insulin through inhalation."  (Def. Resp. to Req. for Admis., Resp. to Req. for Admis. No. 5.)

137.    Ms. Dolovich testified that Harrison would not teach the administration of insulin through inhalation because "[n]obody was using inhalable insulin in 1994 . . . [s]o it would not be in there."  (DT 88:6-9, 232:1 – 235:10; *see* CR ¶ 21.)

138.    Harrison (relied upon by the Examiner and the Board) itself states that, "[n]o single standard exist[ed] for patterns of administration of insulin, and treatment plans var[ied]."  (Harrison, Admin. R. Tab 13 at A268.)

139.    The amount of insulin needed to be put in an inhaler for eventual absorption into the bloodstream cannot be determined solely by consulting Harrison. (CR ¶ 38; DT 227:3 - 232:15.)

140.    In her Report, Ms. Dolovich states that "the doses administered by subcutaneous injection that are discussed in Harrison, or some fraction thereof, would suggest a starting point for the administration of inhalable insulin."  (DR ¶ 17.) Regarding the "fraction" of the subcutaneous doses discussed in Harrison to use when administering insulin by inhalation, Ms. Dolovich testified that:

> [O]ne would take the doses, the subcu[taneous] doses mentioned by Harrison.  And being a cautious investigator, you would use a fraction.  This is a new method of delivering a drug—a novel method of delivering insulin by aerosol. . . .  So rather than give the full dose, you would be better off to

give a portion of that dose so that you would not create a situation that would be unpleasant.

(DT 227:12-20.)

141.    When asked what "fraction" would be appropriate, Ms. Dolovich testified:

Maybe 50 percent, maybe 25 percent. You would—if I were going through this exercise, I might start off at 25 percent, get some measurements, see that it was not a problem, and then double the dose. And if that was not a problem, then go to the full dose, knowing all along what my clinical response measurements would be—my pharmacokinetic parameters.

(DT 228:1-7.)

142.    When asked at her deposition how one would use Harrison to determine an inhaled dose, Ms. Dolovich testified that it would be necessary to perform a series of experiments using Harrison as a benchmark for the maximum amount of insulin that could end up in the bloodstream. (DT 227:3 – 232:12.) Ms. Dolovich testified:

So he [Harrison] is identifying a dose given by conventional therapy . . . one or two injections a day, 15 to 20 units a day. And so one needs to go from units to micrograms. . . . There is a conversion factor that's used. So if one were to say, okay, let's see, 20 units a day for a normal—an adult of normal weight. So if I were saying I am going to see what happens with inhaled insulin, I might start off at five units a day, five units. Administer that five units by aerosol.

(DT 229:9-22.)

143.    When asked how one would then deliver five units of insulin via inhalation, Ms. Dolovich testified:

Well, let's say I was using Laube's system or not using Laube's system. I would use a collection of the emitted dose on an absolute filter with a patient breathing on the system, knowing that I was putting five units into the reservoir and then assaying what was emitted with their breath pattern in terms of insulin.

(DT 231:6-12.)

-26-

144.    Ms. Dolovich testified that her next step would be to "give[] a tech colloid to see what percentage of my delivery drug was going to be deposited in the lung and then give the insulin without the absolute filter."  (DT 231:13-17.)

145.    Ms. Dolovich further testified that the experiments described in paragraphs 140 through 144 were meant "to obtain a body of . . . clinical data . . . to say that [the system] is workable."  (DT 232:8-15; *see also* DT 232:1-3 ("[W]e are talking about collecting information to support a method of inhaling insulin that is different from the subcutaneous route.").)

146.    Ms. Dolovich testified that the experiments described in paragraphs 140 through 144 would not be done "to treat [patients] at the time."  (DT 230:10-11.)

147.    Ms. Dolovich testified that "it is a leap from a laboratory set of experiments to . . . treat[ing]" diabetes.  (DT 216:4-6.)

**The Board's Errors**

148.    One of the errors in the Board's decision identified by Dr. Crystal is the Board's failure to attach significance to the fact that both Schenk and Velasquez deal with delivery of drugs to the lungs for treatment of lung conditions, not for systemic treatment of any disease such as diabetes.  (CR ¶¶ 39, 47; Admin. R. Tab 36; Schenk, Admin. R. Tab 17 at A300, ll. 4-5; Velasquez, Admin. R. Tab 18 at A328, col. 1, ll. 9-10.)

149.    Dr. Crystal stated that, in combining Velasquez's suggestion of putting insulin into his sheet material, with Schenk's inhaler designed to deliver asthma medicine to the lungs, the Board incorrectly equated the amount of insulin supplied to the inhaler

-27-

with the amount of insulin available to the patient's bloodstream to treat diabetes. (CR ¶¶ 39, 47.)

150.    In her Report, Ms. Dolovich did not address paragraphs 39 or 47 of Dr. Crystal's Report. (DR ¶¶ 12-17.)

151.    The Board stated, in rejecting the claims of the '774 Application, that "medicament that is inhaled is absorbed into the blood stream by the lungs." (Admin. R. Tab 36 at A449; CR ¶ 41.)

152.    The Board cited no authority for its statement that "medicament that is inhaled is absorbed into the blood stream by the lungs." (Def. Resp. to Pl.'s Interrogs., Resp. to Interrog. No. 8, Ex. G to Nash Declaration.)

153.    Dr. Crystal has opined that the Board's statement that "'medicament that is inhaled is absorbed into the blood stream by the lungs . . . incorrectly assumes that all medicament of all kinds that is inhaled is absorbed into the bloodstream.'" (CR ¶ 41.)

154.    Ms. Dolovich's Report did not address paragraph 41 of Dr. Crystal's Report. (DR ¶¶ 12-17.)

155.    Dr. Crystal stated in his Report that "whether, and how much, insulin inhaled is reproducibly absorbed into the bloodstream depends on multiple, complex factors." (CR ¶ 41.)

156.    In her Report, Ms. Dolovich stated: "All *or a portion* [of inhaled medicine] *may* be absorbed into the bloodstream." (DR ¶ 13 (emphasis added).)

157.    In her deposition, when Ms. Dolovich was asked whether she could testify that "all of the medication" deposited on the peripheral airways "is absorbed into the bloodstream" (DT 161:22-162:2), she testified that she "did not make the statement" that

all of the medication on the peripheral airways is absorbed into the bloodstream.

(DT 162:3-4.)  When Ms. Dolovich was then asked:  "So you are not willing to say that

all of it [inhaled medication] . . . even once . . . that all of it is [is absorbed into the

bloodstream]," Ms. Dolovich testified:  "That is correct.  That is a leap of faith that I am

not prepared to make."  (DT 162:6-12.)

     158.    Ms. Dolovich also testified that the peripheral airways are, by definition,

different from the alveoli.  (DT 106:16-107:5, 135:10-18.)

     159.    In this action, the PTO has admitted that "when medicament is inhaled, a

portion of the medicament may not reach the alveoli."  The PTO further admitted that "of

the medicament that does reach the alveoli, a portion of the medicament may not be

absorbed into the bloodstream."  (Def. Resp. to Req. for Admis., First Am. Resp. to Req.

for Admis. No. 8 and First Am. Resp. to Req. for Admis. No. 9, Ex. F. to Nash

Declaration.)

     160.    Much less aerosolized medicine is deposited on the peripheral airways

than is inhaled.  (DT 129:21 – 130:7; *see generally* CR ¶¶ 22-29.)

     161.    The Board stated that Velasquez provided the claim limitations regarding

the amount of insulin in the aerosolized suspension, including the limitation of claim 22

that "the aerosolized suspension contains an amount of insulin that is 2-10 times higher

than the amount needed to be absorbed in the bloodstream of the patient" ("the 2-10

range").  (Admin. R. Tab 36 at A449.)

     162.    The Board rejected the argument that the Examiner had incorrectly applied

an "obvious to try" standard in evaluating the "2-10 range" and controlled delivery

limitations of the claim, citing *In re Geisler*, 116 F.3d 1465 (Fed. Cir. 1997), for the

-29-

proposition that "it is not inventive to discover the optimum or workable ranges by routine experimentation." (Admin. R. Tab 36 at A450.)

163.    The Board relied on the statement quoted in paragraph 151 in finding the claims obvious. (Admin. R. Tab 36 at A449.)

164.    The passage from Velasquez that the Board relied upon describes the change in the respirable fraction that is produced by increasing or decreasing the depth of the substrate depressions in the claimed sheet material:

> [t]he percentage of medicament retained on the sheet material . . . decreases as depression depth increases, this being about 95% at 14 μm, about 60% at 28 μm and about 35% at 45μm. Further, the respirable fraction . . . similarly decreases as depression depth increases, this being about **65% at 14 μm**, about 30% at 28 μm and about **10% at 37 μm**. These two trends result in the proportion of total medicament released in particles of respirable size remaining generally similar for the depression depths studied (this being about 5 to 15% of total medicament).
>
> (Velasquez, Admin. R. Tab 18 at col. 5, ll. 7-19 (emphasis added); Board Decision, Admin. R. Tab 36 at A449.)

165.    The passage cited above in paragraph 164 from Velasquez teaches one of skill in the art that "the respirable fraction" generated by Velasquez's sheet material will vary based on varying substrate depression depths. (CR ¶ 46.)

166.    The Board used the term "respirable fraction" in the Decision in the context of its discussion of Velasquez. (CR ¶ 43; Admin. R. Tab 36 at A449.)

167.    The Board defined "respirable fraction" as "[t]he fraction that will be absorbed relative to the total amount inhaled." (Admin. R. Tab 36 at A449.)

168.    Velasquez defines "respirable fraction" as "the percentage of drug which is in particles of aerodynamic diameter of equal to or less than about 6.4" micrometers. (Admin. R. Tab 18 at A330, col. 5, ll. 11-13.)

169.    The Board used its own definition, not Velasquez's, as a basis for deciding that Velasquez taught the "2-10 limitation."  (Admin. R. Tab 36 at A449; CR ¶ 43.)

170.    The Board's Decision did not refer to Velasquez's definition of "respirable fraction."  (CR ¶ 43; Admin. R. Tab 36 at A449.)

171.    The Board did not use the definition of "respirable fraction" used by persons of ordinary skill in the art.  (CR ¶ 43; DT 66:11-17; 67:1-5; 67:21 – 68:7.)

172.    The Board's definition of "respirable fraction" differs from the understanding of that term by persons of ordinary skill in the art.  (CR ¶ 42; DT 77:6-7.)

173.    In her deposition, Ms. Dolovich testified that:

> The fraction of the aerosol containing particles, less than five micrometers, sometimes defined as less than six micrometers in diameter is termed the fine particle or respirable fraction (FPF), and has been used more widely recently to describe the quality of the aerosol and its potential for delivery to the lower respiratory tract.

> (DT 66:11-17.)

174.    The lower respiratory tract means the bronchioles and the alveoli.  (DT 67:6-13.)

175.    The Board cited no authority for its definition of "respirable fraction." (Def. Resp. to Pl.'s Interrog., Resp. to Interrog. No. 7.)

176.    Dr. Crystal has opined that "respirable fraction" is different from the concept of the fraction of drugs that reaches the alveoli and that *may* be absorbed into the bloodstream.  (CR ¶ 42.)

177.    In her Report, Ms. Dolovich did not address Dr. Crystal's opinion regarding "respirable fraction" set forth above in paragraph 176.  (DR ¶¶ 12-17.)

178.    The percentage of inhaled insulin particles that *may* reach the alveoli and the percentage of inhaled insulin that *is* absorbed into the bloodstream are distinct concepts.  (CR ¶ 44; DT 93:11 – 94:5; DR ¶¶ 12-17.)

179.    In discovery, the PTO has admitted:  "Velasquez contains the statement that when using albuterol sulfate with a mean particle size of 1.7 μm the respirable fraction (*i.e.*, the percentage of drug which is in particles of aerodynamic diameter of equal to or less than about 6.4 μm) similarly decreases as the depression depth increases, this being about 65% at 14 μm, about 30% at 28 μm and about 10% at 37 μm."  Further responding, the PTO stated that it "does not comment on the respirable fraction for drugs other than albuterol sulfate."  (Def. Resp. to Req. for Admis., Resp. to Req. for Admis. No. 12 (internal citations and alterations omitted).)

180.    The PTO admitted that "albuterol sulfate and insulin have different chemical compositions and different molecular weights" and that the two drugs "likely differ in other chemical properties."  (Def. Resp. to Req. for Admis., First Am. Resp. to Req. for Admis. No. 13.)

181.    The Board noted that "Velasquez describes the range that such respirable fractions may embrace for the various medicaments it describes at col. 5 lines 7-15. Velasquez mentions the fraction may be in the range of 10% to 65%.  Taking the inverse of this range to determine the amount of medicament that would need to be inhaled yields a range of 1.54 to 10 times the amount needed to be absorbed, which we note substantially overlaps the claimed 2 to 10 times."  (Board Decision, Admin. R. Tab 36 at A449.)

182.    The Board relied on these calculations in paragraph 181, *supra*, to reject the claim limitations of "the aerosolized suspension contains an amount of insulin that is 2-10 times higher that the amount needed to be absorbed in the bloodstream of the patient."  (Admin. R. Tab 36 at A449.)

183.    Dr. Crystal identified the following errors in the Board's attempt to find support for the claimed "2-10 range" in Velasquez:

(a)    The Board misinterpreted Velasquez's teaching that respirable fractions ranging from 65% to 10% can be obtained by increasing the depth of the sheet depressions from 14 μm  to 37 μm.  Based on its erroneous view that all medicament of a respirable size that is produced in an inhaler ends up in the bloodstream, it arbitrarily decided that the inverse of the Velasquez percentages—which it calculated as 'a range of 1.54 to 10 times the amount needed to be absorbed'—represented the amount of a medicament that should be placed in an inhaler to treat diabetes.  The Board incorrectly declared that this range could be meaningfully compared to the claimed 2-10 range.  (CR ¶ 47.)

(b)    The ranges of respirable fractions described in Velasquez do not prescribe an 'amount' of medicament to be used to treat a patient, in part because the percentage has no predictable relationship to the amount to be absorbed in the bloodstream.  (CR ¶ 48; DT 223:1-224:10.)

(c)    The supposed overlap of the 1.54 to 10 times range that the Board purported to derive from Velasquez and the 2 to 10 range claimed in the '774 Application is not correlative.  A person of ordinary skill in the art would not read Velasquez as the Board did.  (CR ¶ 49.)

-33-

184.    Ms. Dolovich's Report does not address the statements of Dr. Crystal set forth in paragraph 183.  (DR ¶¶ 12-17.)

185.    In her deposition, in addressing the Board's reasoning regarding the "inverse" of the Velasquez percentages, Ms. Dolovich testified as follows:

> You have got your first depth of the 14 micrometers.  So 95 percent is retained on the sheet material at 14 micrometers.  And I then interpreted that as being 5 percent released. . . .  So that 5 percent of—65 percent of 5 percent gives you 3.75—I think that is correct—percent.  And then you can do the same calculation, say, for the—he didn't give data for 45 micrometers in depth.  He did give it for 37.  And so if you plot a graph of the numbers, you might be able to interpolate and get a value that you can use and do the same thing and multiply that released times the respirable dose fraction and get a number that would be indicative of an upper range or range.

(DT 219:20-220:15.)

186.    Both Ms. Dolovich and the PTO have admitted that "Velasquez does not teach specific dosages of insulin to be administered through inhalation to treat diabetes." (DT 224:8-225:7; Def. Resp. to Req. for Admis., First Am. Resp. to Req. for Admis. No. 10.)

187.    In her deposition, Ms. Dolovich was asked how Velasquez could inform one of how much drug will be absorbed into a patient's bloodstream, and she responded: "It doesn't."  (DT 224:8-10.)

188.    In her deposition, Ms. Dolovich was asked how one could use Velasquez to determine the amount of a drug that would have to be delivered to an inhaler relative to the amount of drug that would be absorbed into a patient's bloodstream, and she testified: "You would need to do another set of experiments using human subjects, taking this delivery system, measuring the dose—the emitted dose at the mouth, deposition, and guesstimating or estimating what percentage would get into the lung."  (DT 224:15-19.)

-34-

189.    In its decision, the Board stated that "appellants make much of the argument that the applied art fails to show how insulin is to be inhaled in controlled delivery.  However, we note that, contrary to this argument by the appellants, both applied references [Schenk and Velasquez] describe structural devices to precisely control the amount of medicament delivered."  (Bd. Dec., Admin. R. Tab 36 at A449-50.)

190.    The Board stated that the limitation regarding the "repeatable" nature of the method was taught by Schenk and Velasquez.  (Admin. R. Tab 36 at A449-50.)

191.    Dr. Crystal has opined that, although Velasquez describes how much medicine should be put into the subject sheet material and how much of the aerosolized medicine will be of respirable size—depending on the depth of the depressions in the sheet material—that is the extent of control described in Velasquez.  (CR ¶ 50.)

192.    Dr. Crystal has opined that although Schenk and Velasquez may allow one of ordinary skill in the art to control the amount of insulin that is coming out of a device, they do not control the amount inhaled that reaches the alveoli or will actually be absorbed into the bloodstream.  (CR ¶ 50.)

193.    In its decision, the Board stated that the "broad ranges both disclosed and claimed in the appellants' application . . . suggest the precise amount is not critical to the invention, or more properly, the precise amount is highly dependent on the individual patient and therefore cannot be claimed with precision."  (Admin. R. Tab 36 at A450.)

194.    The amounts of insulin administered to each patient for absorption are absolutely critical.  (CR ¶ 51; DT 80:10-20; *see* DT 232:3-8.)

195.    The Board stated that "S[c]henk's inhaler is inherently repeatable in operation," so that claim limitations of repeatability were taught by Schenk.  (Admin. R. Tab 36 at A450.)

196.    Dr. Crystal has opined that many factors influence whether a reproducible dose is administered to the bloodstream by insulin inhalation, even if the same amount of insulin is aerosolized in a device in the same manner each time.  (CR ¶ 52.)  These factors include, among others, the flow rate and volume with which a patient would inhale each dose of insulin, the speed of the inhalation, the particle size, the concentration of the drug in the carrier, and the point in the respiration cycle where the patient initiates inhalation.  (CR ¶ 52; DT 93:11 – 94:5, 96:22 – 98:1, 130:20 – 131:3, 172:7-8, 172:12-20.)

197.    Dr. Crystal opined that these factors in paragraph 196 could differ widely with a device such as those in Schenk, and that such differences would result in a wide and unpredictable range of insulin that would reach the bloodstream.  (CR ¶ 52.)

198.    The Board found that the inventions claimed in the '774 Application could be realized with "routine experimentation."  (Admin. R. Tab 36 at A450.)

199.    As for the limitation of achieving an acceptable blood glucose level following treatment, the Board stated that one of ordinary skill in the art "would monitor the patient's vital statistics to achieve the desired result in view of the high variability among patients."  (Admin. R. Tab 36 at A450.)

200.    The Board also cited the Examiner's position that "standard guidelines for the number of units [of insulin] that are needed to be absorbed" were known to one of ordinary skill in the art, who "would adjust the amount inhaled to achieve that amount." (Admin. R. Tab 36 at A448.)

-36-

201.    Concerning the so-called "standard guideline" regarding inhaled insulin as referred to in paragraph 200, the Board did not identify any such guidelines.  (Admin. R. Tab 36 at A448.)

202.    The Examiner did not cite any such guidelines regarding inhaled insulin in his reference to them, which was cited by the Board.  (Examiner's Answer, Admin. R. Tab 25 at A384.)

203.    In responding to Novo's discovery requests, the PTO did not identify such guidelines.  (Def. Resp. to Pl.'s Interrog., First Supp. Resp. to Interrog. No. 6; Resp. to Req. for Admis., First Am. Resp. to Req. for Admis. No. 7.)

204.    After discovery closed, the PTO for the first time specifically identified citations to three references included in the 5,000 pages it had previously provided.  (Def. Resp. to Req. for Admis., First Am. Resp. to Req. for Admis. No 7.)

205.    Each of the references referred to in paragraph 204 states that "the methods of the present invention will not eliminate the need for parenteral insulin therapy" and that the claimed invention will *not* eliminate the need for insulin injections in diabetic patients.  (*See*, *e.g.*, U.S. Patent No. 5,643,868, col. 6, ll. 3-6, Ex. H to the Nash Declaration.)

206.    Dr. Crystal attests to the lack of such guidelines, and Ms. Dolovich has not identified any.  (CR ¶ 54; DT 93:11 – 94:5; *see* DR ¶¶ 12-17; *see also* DT 87:21 – 88:9 (stating that Harrison does not discuss inhalable insulin).)

207.    Dr. Crystal opined that the reason a person of ordinary skill could not experiment with the insulin powder, suggested in Velasquez and used in conjunction with the inhaler taught in Schenk, to determine the claimed "2-10 range," or to lower or

-37-

control glucose levels, is the lack of guidelines or an "administration protocol" for administering inhaled insulin.  (CR ¶ 54.)

208.    Dr. Crystal opined that dosage administration of *injectable* insulin is well known, and the effective and safe dosage of injectable insulin can be arrived at by titration using various techniques, as described in Harrison.  (CR ¶ 54.)

209.    Dr. Crystal opined that injectable dosing as taught in Harrison has no relevance to, and cannot be applied to, *inhalable* insulin.  (CR ¶ 54.)

210.    Dr. Crystal opined that a person of ordinary skill in the art, with the information available in Schenk, Velasquez, and Harrison, could not have engaged in routine experimentation to arrive at the claimed 2-10 limitation, or have been able to safely, effectively, and reproducibly lower or control glucose levels to treat diabetes mellitus in a patient.  (CR ¶ 54; DT 93:11 – 94:5.)

211.    Ms. Dolovich testified that:  "[J]ust show[ing] up at the door, so to speak, with an inhaler filled with insulin and say[ing], I am going to treat you with this . . . would be foolish.  That would cause—could cause all sorts of problems."  (DT 232:4-8.)

212.    Dr. Crystal opined that, given the narrow therapeutic range within which

insulin must be administered, such experimentation would be unethical and dangerous.

(CR ¶ 54; DT 232:1-8.)

Dated:  Washington, D.C.
        June 18, 2008

Respectfully submitted,


    /s/
Margaret K. Pfeiffer  (D.C. Bar No. 358723)

SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-5805
Tel.:  (202) 956-7500
Fax:  (202) 956-6330

*Counsel for Plaintiff Novo Nordisk A/S*

OF COUNSEL:

Robert Schaffer
Samuel S. Woodley
DARBY & DARBY P.C.
805 Third Avenue
New York, New York  10022
Tel.:  (212) 527-7700
Fax:  (212) 527-7701

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2008, I caused one copy of the foregoing to be served by the ECF system.

_____/s/_____

Margaret K. Pfeiffer

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NOVO NORDISK A/S,                )
                                 )
            Plaintiff,           )
                                 )      Case No: 06-1896 (CKK)
      v.                         )
                                 )      Judge Colleen Kollar-Kotelly
JON W. DUDAS,                    )
Under Secretary of Commerce for )
Intellectual Property and        )      ECF
Director of the United States Patent )
& Trademark Office,              )
                                 )
            Defendant.           )
                                 )

## DECLARATION OF SUSAN K. NASH IN SUPPORT
## OF MOTION FOR SUMMARY JUDGMENT
## ADJUDGING THAT NOVO IS ENTITLED TO A PATENT AND
## AUTHORIZING THE DIRECTOR TO ISSUE LETTERS PATENT

CITY OF WASHINGTON    )
DISTRICT OF COLUMBIA ) ss.:

SUSAN K. NASH, declares and says:

1. I am associated in the practice of the law with firm Sullivan & Cromwell LLP,

   counsel to Plaintiff Novo Nordisk A/S in this action.

2. I am duly admitted to, and a member in good standing of, the Bars of the District

   of Columbia, the State of New York, and of this Court.

3. I submit this declaration in support of Novo Nordisk's Motion for Summary

   Judgment Adjudging that Novo Is Entitled to a Patent and Authorizing the

   Director to Issue Letters Patent.

4.  Attached hereto are true and correct copies of the following:

Exhibit A    Expert Witness Report of Novo Expert Dr. Ronald G. Crystal and Exhibits thereto not in the Administrative Record filed on March 21, 2008, (Ex. 1 Dr. Crystal's Curriculum Vitae; Ex. 2 Dr. Crystal's Publications; Ex. 3 Dr. Crystal's Prior Testimonies; Ex. 4 '774 Application as published.)

Exhibit B    Expert Witness Report of the USPTO Expert Professor Myrna B. Dolovich and Exhibits 1-2 thereto;

Exhibit C    Transcript of Myrna Dolovich's Deposition, taken Feb. 12, 2008 (excerpts cited in Novo's memorandum in support of its summary judgment motion);

Exhibit D    Gänsslen, M., *Über Inhalation von Insulin*, Klin. Wochenschr. 4 (1925) and English translation;

Exhibit E    Myrna A. [sic] Dolovich, *Influence of Inspiratory Flow Rate, Particle Size, and Airway Caliber on Aerosolized Drug Delivery to the Lung*, 45 Respiratory Care 597 (June 2000), Exhibit 3 to Deposition of the USPTO's Expert Professor Myrna B. Dolovich;

Exhibit F    Defendant USPTO's Second Supplemental Objections and Responses to Plaintiff's Requests for Admission, dated March 14, 2008;

Exhibit G    Defendant USPTO's Second Supplemental Objections and Responses to Plaintiff's Interrogatories, dated Feb. 19, 2008;

Exhibit H    U.S. Patent No. 5,643,868 (filed on Jun. 6, 1995); and

Exhibit I    Recorded Assignments of U.S. Patent Application 09/848,774.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 2, 2008.

Susan K. Nash (D.C. Bar No. 484088)

SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 956-7500

# Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NOVO NORDISK A/S | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No: 06-1896 (CKK) |
| | ) |
| JON W. DUDAS | ) Judge Colleen Kollar-Kotelly |
| Under Secretary of Commerce for | ) |
| Intellectual Property and | ) ECF |
| Director of the United States Patent | ) |
| & Trademark Office, | ) |
| | ) |
| Defendant. | ) |

## EXPERT WITNESS REPORT OF DR. RONALD G. CRYSTAL

### I.    QUALIFICATIONS

1.      I am the Bruce Webster Professor of Internal Medicine at the Weill Medical College of Cornell University, where I have been employed since 1993. I also hold, and have since 1993 held, the position of Chief of the Division of Pulmonary and Critical Care Medicine in the Department of Medicine at the Weill-Cornell Medical Center of the New York-Presbyterian Hospital.

2.      Prior to working at the Weill-Cornell Medical Center, I worked at the National Institutes of Health ("NIH"). I began my career at the NIH as a Research Associate in the Section on Molecular Hematology, a position I held from 1970-1972. From 1972-1975, I was Head of the Section on Pulmonary Biochemistry at the NIH. From 1975-1993, I was Chief of the Pulmonary Branch at the National Heart, Lung and Blood Institute of the NIH.

3.    During the period I worked at the NIH, from 1975-1982 and 1987-1993 I also held the position of Adjunct Professor in the Department of Genetics at George Washington University.

4.    I earned a M.D. degree from the University of Pennsylvania in 1968, and completed a medical internship at the Massachusetts General Hospital in 1969. From 1969 to 1970 I was an Assistant Resident in Medicine at the Massachusetts General Hospital, and a Clinical Fellow in Medicine at Harvard University.

5.    I teach genetic medicine, physiology, and cell biology and genetics to both medical and graduate students at Weill Medical College at Cornell University.  I also serve as an attending physician to patients at the New York-Presbyterian Hospital, where I treat patients for pulmonary diseases and disorders.

6.    As a practicing physician, I treat patients on a regular basis.  In the course of my practice, I have used insulin to treat patients with diabetes on many occasions.  I have firsthand experience with administering insulin and knowledge of the difficulties associated with its administration.

7.    I also perform research in pulmonary medicine.  My research work has included research into the delivery of certain therapeutic agents, including proteins, to the lungs as aerosols.  I am an author or co-author of greater than seven hundred publications describing my research, including research publications in peer reviewed scientific journals, and chapters in medical textbooks.

8.    The complete details of my education and professional experience are set forth in my *Curriculum Vitae*, attached as Exhibit 1, a complete list of the publications authored or co-authored by me is attached as Exhibit 2, and a listing of other

- 2 -

cases in which I have testified as an expert at trial or by deposition within the preceding four years is attached as Exhibit 3.

9.    I am also a named inventor or co-inventor on several patents and patent applications. I have participated in the patent application process, and am generally familiar with the form that patents take and with the procedures in the U.S. Patent and Trademark Office ("PTO").

10.    I have been retained by Sullivan & Cromwell LLP ("S&C") on behalf of the plaintiff Novo Nordisk A/S ("Novo") in the above-captioned lawsuit. I am being compensated by S&C for my work in connection with this lawsuit at the rate of $500.00 per hour. My compensation is not contingent on any outcome in the lawsuit.

## II.    BACKGROUND

11.    I understand that this lawsuit involves U.S Patent Application No. 09/848,774, entitled "A Method of Treating Diabetes Mellitus in a Patient" ("the '774 Application"). I understand that the claims of the '774 Application were rejected by the Patent Examiner as obvious under 35 U.S.C. § 103 in light of two prior art references: U.S. Letters Patent No. 5,192,548 to Velasquez et al., issued on March 9, 1993 ("Velasquez") and International Patent Publication No. WO 90/07351 to Schenk, et al., published on July 12, 1990 ("Schenk"). I understand that Novo appealed the rejection to the Board of Patent Appeals and Interferences ("Board"), which in September 2006 sustained the Examiner's rejection of these claims as obvious over Schenk in view of Velasquez in its Decision on Appeal, No. 2006-1762 ("Board Decision"). I also understand that in its Decision, the Board listed Velasquez, Schenk, and also Harrison's Principles of Internal Medicine, Ch. 337 "Diabetes Mellitus" (Kurt Isselbacher et al. eds.,

13th Edition, Vol. 2. 1994) pp. 1986-87 ("Harrison"), as "prior art references of record relied upon by the examiner in rejecting the appealed claims."

12.    I have been asked to assume for present purposes that the '774 Application was filed on May 3, 2001, and claims the priority of an application filed on January 29, 1993, now U.S. Patent No. 5,364,838, and therefore that January 29, 1993 is the effective date for evaluating the prior art.

13.    I have been asked to review and analyze the Board Decision and to render my opinion as to its correctness. This Report sets out my analysis and opinion.

14.    In formulating my opinion, I have considered my professional experience and knowledge, as well as the following documents:

(a)    The '774 Patent Application as published, attached as Exhibit 4;

(b)    The pending claims as amended for appeal, attached as Exhibit 5;

(c)    Excerpts from the record of proceedings of the '774 Application in the PTO (the "Prosecution History"), including the Board Decision, attached as Exhibit 6; Schenk, attached as Exhibit 7; Velasquez, attached as Exhibit 8; and Harrison, attached as Exhibit 9.

## III.    OVERVIEW OF THE RELEVANT SCIENCE

### A.    DIABETES MELLITUS

15.    Approximately 7.5 million people in the United States have been diagnosed with diabetes mellitus and require insulin therapy. Insulin is a hormone, a protein, that promotes the uptake of glucose by body cells, and thereby controls the concentration of glucose—a simple type of sugar—in the blood. Diabetes mellitus is characterized by persistently high blood glucose levels. This can be caused by an inadequate or no insulin production by the specialized cells within the patient's body that

normally produce insulin. Diabetes mellitus can also be caused by a phenomenon known as "insulin resistance," in which the patient's body cells do not respond adequately to the insulin that is produced. Insulin is administered to many of these patients to counteract their inadequate production of or response to that hormone.

16.     Insulin exhibits a narrow therapeutic range when compared to most other drugs, meaning that the difference between the maximum and minimum amounts of insulin that can be safely administered to a given patient are small. If a patient receives too little insulin, the patient's blood glucose will not effectively be lowered, which can lead to serious short-term effects on a patient's health, as well as long-term effects such as cardiovascular disease, circulatory problems, kidney failure, and blindness. On the other hand, if a patient receives too much insulin, his or her blood glucose levels may become unacceptably low, a condition referred to as hypoglycemia. Hypoglycemia is a dangerous condition—it can cause a patient to lapse into a coma, suffer permanent brain damage, or die.

17.     The critical aspect of insulin administration is the amount of insulin that reaches a patient's bloodstream. Because of its narrow therapeutic range, the amount of insulin administered and the resultant effect on a patient's blood glucose must be carefully controlled and monitored every time a dose of insulin is administered. As a physician, I would not administer insulin to a patient in any manner that failed to control the dose precisely; in fact, I do not believe that any competent physician would be willing to do so. It is critical to control not only the absolute amount of insulin administered to the patient, but also the amount of insulin that reaches the patient's bloodstream.

18.     The difficulties of proper insulin administration are further complicated by the fact that a person's blood glucose level varies during the day, which in turn affects the amount of insulin a person needs throughout the day.  Typically, a treating physician will determine an appropriate dosage range for the patient by starting the patient at a low dosage and monitoring its effect on the blood sugar.  If the blood sugar level remains too high after that dose, the physician will increase the dose, and continue to adjust the dose.  Once the dosage range is established by the physician, the patient taking insulin must measure his or her blood glucose level and then adjust the dose of insulin according to the physician's instructions, and give himself or herself injections in order to lower the blood glucose to an appropriate level.  For example, if a patient's measured blood glucose level is very high, the patient should administer a high amount of insulin, but if the measured blood glucose is only moderately high, a patient should administer a lower dose of insulin.  Another relevant factor is whether a patient anticipates eating a meal; it is not uncommon for a patient to administer a dose of short-acting insulin before a meal in order to counteract an expected rise in blood sugar level from the meal.  The insulin dosage must be adjusted precisely, so that the patient's blood glucose level is effectively lowered without causing hypoglycemia.  This process of adjusting the insulin administered based on measured blood glucose levels is sometimes referred to as "titrating" the insulin dose.  Titration of insulin cannot be accomplished safely unless insulin is administered in a manner that achieves reproducible dosing.

**B.     INHALED INSULIN**

19.     Insulin has historically been administered by injection, most commonly subcutaneously.  Because insulin is a protein, it cannot be administered orally because it is destroyed by the enzymes in the gastro-intestinal tract.  Many patients,

however, have an aversion to needles and injecting themselves, and find such treatment psychologically and physically painful. Consequently, alternative methods for the delivery of insulin have been extensively researched. Attempts to develop non-injection routes including oral, buccal (inside the cheek), transdermal (through the skin), and nasal have been unsuccessful.

20.     Inhaled medications have long been known. Most inhaled medicines are meant to remain in the lungs, in order to treat diseases of the lungs. The goal of insulin administration by inhalation is different: to deliver the insulin directly into the lungs, not for treatment of the lungs, but to use the lungs as a conduit from which insulin can be absorbed into the bloodstream. Once absorbed into the bloodstream, the inhaled insulin acts to reduce the excessive levels of blood glucose in a patient with diabetes.

21.     The possibility of administering insulin by inhalation has been known since about 1925, and research has been on-going for decades. However, as of January 29, 1993, no one had come up with a means of administering insulin by inhalation that was reproducible, safe, practical, efficient, and reliable.

22.     The ability to control the amount of inhaled insulin that reaches a patient's bloodstream is complicated by the fact that only a small, potentially variable, amount of the insulin inhaled by a patient will ultimately be absorbed into the bloodstream. Many factors can affect the absorption of inhaled insulin into the bloodstream, including the complex physiology of the lung, the chemical properties of the insulin, and the manner in which the insulin is administered. These factors are explained in more detail below.

23.     The lungs are made up of the trachea, bronchi, and bronchioles (collectively "the airways"), and approximately 300 million alveoli (the air sacs). Gases are exchanged between the bloodstream and the air within the alveoli. Gases are not exchanged through the airways, which act as conduits of air to the alveoli. The airways divide dichotomously, that is by twos, 23 times before the alveoli. The lung structure can be analogized to an up-side-down tree, in which the trachea is the trunk, the bronchi and bronchioles are the branches and the alveoli are the leaves. In order to treat diabetes mellitus through the inhalation of insulin, the insulin must reach the alveoli in order to be absorbed into the bloodstream in a sufficient quantity to be effective.

24.     To be administered by inhalation, insulin must be "aerosolized," that is to say, the insulin formulation must be converted into small particles suspended in air. The particles can be either droplets, where insulin is dissolved in a liquid, or dry particles containing insulin molecules, which can be produced by impacting a dry powder insulin formulation with compressed air. The resulting aerosol will have particles that vary in size, and contain many millions of insulin molecules.

25.     Only a fraction of the particles in an aerosol suspension are of a size that is respirable, *i.e.*, are of a size that, when inhaled, *may* reach the alveoli. This fraction of particles is called the "respirable fraction." Studies have shown that the ideal particle size for reaching the alveoli is approximately 0.5 μm – 6 μm in diameter.

26.     Not all respirable particles, however, are carried to the alveoli. In addition to particle size, the flow rate and volume of the inhalation of air and aerosolized insulin directly affect where the particles are deposited in the lungs and therefore the amount of inhaled insulin that reaches the alveoli.

- 8 -

27.     Not all insulin particles that are carried to the alveoli are absorbed into the bloodstream. Unless the insulin particles impact the alveolar walls they cannot be absorbed. If the aerosolized insulin is in the form of a dry powder, when a particle comes into contact with the alveolar walls, it dissolves. Once that occurs, whether the molecules that formed that particle are absorbed from the alveoli into the bloodstream and at what rate this occurs depends on a number of factors, of which the principal ones relate to the characteristics of the insulin molecules themselves.

28.     The size of the molecules affects their absorption. Generally, large proteins do not cross the alveolar structures into the blood, but insulin is a relatively small protein. Other factors include the molecules' weight, electrical charge (positive, negative, or neutral), solubility in lipids due to surfactants (which affect surface tension of the alveoli), shape, hydrophilicity (*i.e.*, the molecules' affinity for water), hydrophobicity (*i.e.*, the molecules' aversion to water), and pH (relative acidity). The half-life of the molecules is also a factor. Even small changes in any of these properties can profoundly alter the molecules' ability to be absorbed from the alveolar regions of the lungs into the bloodstream. Furthermore, once the insulin molecules are absorbed into the bloodstream, they must be active.

29.     The amount of insulin that needs to be inhaled by the patient to be delivered to the bloodstream in sufficient active quantities is a complex determination. The mechanics and physiology of dosing by inhalation differ vastly from the dosing involved in the delivery of insulin by injection. Whereas dosing by injection is predictable, easily repeatable, and well documented (*e.g.*, in Harrison), with inhaled insulin, only a potentially variable fraction of the insulin inhaled by a patient will

ultimately reach the alveoli, impact the alveolar walls, and be absorbed into the bloodstream. The amount absorbed must be within a reproducible, narrow, safe, and effective therapeutic range.

30.     Because of the narrow therapeutic range of insulin, it is essential that the dosing be predictable and reproducible, otherwise the titration process that I described above cannot be effectively implemented. Reproducibility may be accomplished by controlling multiple factors, such as the flow rate and volume at which the patient inhales the aerosolized suspension of insulin. The dose and form of the insulin being aerosolized are also important factors. (*See, e.g.*, '774 Application, ¶¶ 86 – 111.)

## IV.    OVERVIEW OF THE '774 APPLICATION

31.     In contrast to the common practice of administering insulin by injection, the '774 Application provides methods for administering insulin to a patient via inhalation. These methods achieve consistent, reproducible dosing of the inhaled insulin. In particular, the '774 Application takes into consideration all of the principles that I have described above, and claims methods whereby dry powder insulin is supplied to an inhalation device, aerosolized, and inhaled by the patient, in a way that allows the patient to absorb a controlled dose of insulin into his or her bloodstream. A copy of what I understand to be the pending claims is attached as Exhibit 5.

## V.    THE BOARD DECISION

32.     I understand that Novo appealed the Examiner's rejection of claims 22, 23, 25, 26, 31, and 35 of the '774 Application to the Board, and that the Board Decision sustained the rejection of these claims on the ground that the claimed inventions

would have been obvious to a person of ordinary skill in the art in light of Schenk and

Velasquez.

33.    It is my opinion that, as of 1993, a person of ordinary skill in the

art would have been one who had either an M.D. or a Ph.D. in a related field, and several

years of experience in pharmaceutical aerosols, lung physiology, and pulmonary drug

delivery or the equivalent training and experience.

A.    **REFERENCES RELIED UPON BY THE BOARD**

34.    I have examined Schenk, Velasquez, and Harrison.

35.    Schenk describes oral inhalers which are used for inhaling

powdered or particulate medical product into the bronchi, to treat diseases of the lungs

such as asthma.  The devices operate essentially by supplying a product reservoir with

powdered medicine, which medicine is drawn into a gas flow passage containing a throat

(or restriction) through which air is propelled at a high velocity by a pressure gas source.

The medical product is thereby aerosolized and flows into a mouthpiece for inhalation by

the patient.

36.    Schenk explains that the devices he describes are designed to

deliver medication to the bronchial tubes of the lungs, for treatment of conditions of the

lungs. (Schenk, p. 1, ll. 4-7.)  They are not designed to deliver medication to the alveoli

to provide systemic treatment.

37.    Velasquez describes a sheet material with discrete depressions that

are filled with powdered medicine, referred to in Velasquez as "medicament."  Velasquez

says this is a "convenient medicament-carrying substrate which allows for aerosolization

of the medicament in a relatively deagglomerated state so that such may be administered

by inhalation." (Col. 2, ll. 21-25.)  Velasquez lists insulin as one of some fifty drugs

- 11 -

given as examples of medicaments that may be stored in the sheet material of his invention. Yet all of the drugs Velasquez identifies, except insulin, are simpler and much smaller molecules than insulin, and none except insulin is a protein. Because of the great differences between insulin and the other listed drugs, and the different properties of their molecules, one of ordinary skill would not expect that the Velasquez sheet material could reproducibly deliver sufficient amounts of insulin to treat diabetes.

38.    Harrison discusses the treatment regimes for insulin by conventional injection, multiple subcutaneous injections, and continuous subcutaneous infusion. Harrison does not teach anything about the use of *inhaled* insulin to treat diabetes.

**B.    ERRORS IN THE BOARD DECISION**

39.    The Board concluded that, by using dry insulin powder, as suggested in Velasquez, with a standard asthma drug inhaler, like those in Schenk, and by consulting Harrison, that the claims of the '774 Application would have been obvious to one of skill in the art. It is my opinion that this conclusion is incorrect; the Board Decision greatly oversimplifies the very complex science of the steps in getting dry insulin powder into a patient's bloodstream in a controlled, safe, and reproducible therapeutic dose.

**1.    SCIENTIFIC ERRORS**

40.    I identify below two scientific errors made by the Board. I then address how these errors resulted in the Board's erroneous conclusions that: (i) Velasquez taught the claim limitation "the aerosolized suspension contains an amount of insulin that is 2 -10 times higher than the amount needed to be absorbed into the bloodstream of the patient" ("the 2-10 limitation" (*see, e.g.*, claims 22 and 35)); (ii) that

Schenk and Velasquez teach how to control the amount of insulin delivered; (iii) that

Schenk renders the claim of repetition obvious because its use is inherently repeatable;

and (iv) that the 2-10 limitation and the limitations of lowering and controlling glucose

levels can be determined by routine experimentation.

41.    The first scientific error is found on page 4 of the Board Decision.

The Board declared that "medicament that is inhaled is absorbed into the blood stream by

the lungs." This statement is incorrect. As explained above, whether, and how much,

insulin inhaled is reproducibly absorbed into the bloodstream depends on multiple,

complex factors. The Board's statement incorrectly assumes that all medicament of all

kinds that is inhaled is absorbed into the bloodstream.

42.    The Board also misunderstood—and misstated—both the

definition and the significance of the term "respirable fraction." Velasquez defines

respirable fraction as "the percentage of drug which is in particles of aerodynamic

diameter of equal to or less than about 6.4 μm." (Col. 5, ll. 11-13.) As I stated above, the

term "respirable fraction," as generally understood by persons of ordinary skill in the art,

is the percentage of aerosolized particles that are of respirable size, *i.e.*, that are of a size

that, when inhaled, *may* reach the alveoli. Note that "respirable fraction" is different

from the concept of the fraction of medicants that reach the alveoli that *may* be absorbed.

43.    The Board Decision did not refer to Velasquez's definition of

"respirable fraction"—although it used the term in the context of its discussion of

Velasquez. Nor did it use the definition used by those of ordinary skill in the art.

Instead, the Board defined "respirable fraction" in its Decision, on page 4, as "[t]he

fraction that will be *absorbed* relative to the total amount *inhaled*." (Emphasis added.)

- 13 -

The Board then compounded its error by asserting that *its* definition "is referred to in the art as the 'respirable fraction.'"

44.    The Board thereby confused the percentage of inhaled insulin particles that *may* reach the alveoli with the percentage of inhaled insulin that is absorbed into the bloodstream.  These concepts are entirely different.

## 2.    ERRONEOUS CONCLUSIONS

45.    Based on these two scientific errors, the Board made the following four erroneous conclusions.

46.    The Board's first erroneous conclusion was its statement that Velasquez taught the 2-10 limitation.  Velasquez does not suggest the '774 Application's claimed range of "2-10 times higher than the amount [of insulin] needed to be absorbed in the bloodstream" at all.  After defining "respirable fraction," Velasquez describes the change in the respirable fraction produced by varying the depth of the depressions in his sheet material.  According to Velasquez,

> [t]he percentage of medicament retained on the sheet material . . . decreases as depression depth increases, this being about 95% at 14 µm, about 60% at 28 µm and about 35% at 45µm.  Further, the respirable fraction . . . similarly decreases as depression depth increases, this being about **65% at 14 µm**, about 30% at 28 µm and about **10% at 37 µm**.  These two trends result in the proportion of total medicament released in particles of respirable size remaining generally similar for the depression depths studied (this being about 5% to 15% of total medicament).

Col. 5, ll. 7-19 (emphasis added).  One of skill in the art is taught by Velasquez that the respirable fraction generated by Velasquez's sheet material will vary based on varying substrate depression depths.

- 14 -

47.     The Board misinterpreted Velasquez's teaching that respirable fractions ranging from 65% to 10% can be obtained by increasing the depth of the sheet depressions from 14 μm to 37 μm. Based on its erroneous view that *all* medicament of a respirable size that is produced in an inhaler ends up in the bloodstream, it arbitrarily decided that the inverse of the Velasquez percentages—which it calculated as "a range of 1.54 to 10 times the amount needed to be absorbed"—represented the amount of a medicament that should be placed in an inhaler to treat diabetes. The Board incorrectly declared that this range could be meaningfully compared to the claimed 2-10 range.

48.     The ranges of respirable fractions described in Velasquez do not prescribe an "amount" of medicament to be used to treat a patient, in part because the percentage has no predictable relationship to the amount to be absorbed in the bloodstream.

49.     The supposed overlap of the 1.54 to 10 times range that the Board purported to derive from Velasquez and the 2 to 10 range claimed in the '774 Application is not correlative. A person of ordinary skill in the art would not read Velasquez as the Board did.

50.     The Board's second erroneous conclusion was the statement, on page 5, that Schenk and Velasquez "describe structural devices to precisely control the amount of a medicament delivered." Schenk may control the amount of a powder that is aerosolized, but that is the extent of its control. Velasquez describes how much medicament should be put into the subject material, and describes how much of it will be of respirable size, depending on the depth of the depressions in the sheet material, but that is the extent of its control. While Schenk and Velasquez may allow one of ordinary

- 15 -

skill in the art to control the amount of insulin that is coming out of a device, they do not

control in any way the amount of insulin that is inhaled by the patient and, in particular,

do not control the amount inhaled that reaches the alveoli or will actually be absorbed

into the bloodstream.

       51.     In its discussion of whether the element of controlling the dosage

is taught by Schenk and Velasquez, on page 5, the Board makes the statement that the

"precise amount is not critical to the invention." The amounts administered to each

patient for absorption are absolutely critical, as I explained above. The range of the

amount of insulin needed over the population of diabetes patients is broad. The amount

needed can vary greatly from one patient to another, and also varies for the same patient

at different times. Nevertheless, all diabetes patients require precisely controlled,

reproducible, safe, and effective dosing.

       52.     The Board's third erroneous conclusion states, on page 5, that

"S[c]henk's inhaler is inherently repeatable in operation," rendering the '774

Application's limitation of repeatability obvious. This statement is incorrect, because

many factors influence whether a reproducible dose is administered to the bloodstream by

insulin inhalation, even if the same amount of insulin is aerosolized in a device in the

same manner each time. These factors include, among others, the flow rate and volume

with which a patient would inhale each dose of insulin, the speed of the inhalation, the

particle size, the concentration of the drug in the carrier, and the point in the respiration

cycle where the patient initiates inhalation. *See, e.g.*, '774 Application, ¶¶ 86 – 111.

These factors could differ widely with a device such as those in Schenk. Such

- 16 -

differences would result in a wide and unpredictable range of insulin that would reach the bloodstream.

53.    The Board's fourth erroneous conclusion is the implicit conclusion, on page 5, that the inventions claimed in the '774 Application could be realized with "routine experimentation." This conclusion is reflected in two places. First, the Board rejected Novo's argument on appeal that the Examiner, in his Final Office Action, had improperly rejected as "obvious to try" the 2-10 limitation as being determinable by routine experimentation. Second, in rejecting as obvious the claim limitations of lowering of glucose levels to an acceptable level and controlling glucose levels, the Board stated in a conclusory manner that "a person of ordinary skill in the art would monitor the patient's vital statistics to achieve the desired result," which implies that the dosage could be titrated using inhaled insulin.

54.    The reason that a person of ordinary skill could not experiment with the insulin powder, suggested in Velasquez and used in conjunction with the inhaler taught in Schenk, to determine the claimed "2-10" range, or to lower or control glucose levels, is that there is no "administration protocol" for administering inhaled insulin. Dosage administration of *injectable* insulin is well known, and the effective and safe dosage of injectable insulin can be arrived at by titration using various techniques, as described in Harrison. But injectable dosing as taught in Harrison has no relevance to, and cannot be applied to, *inhalable* insulin. It is therefore my opinion that a person of ordinary skill in the art, with the information available in Schenk, Velasquez, and Harrison could not have arrived at the claimed 2-10 limitation, or have been able to safely, effectively, and reproducibly lower or control glucose levels to treat diabetes

- 17 -

mellitus in a patient.  Moreover, given the narrow therapeutic range within which insulin

must be administered, such experimentation would be unethical and dangerous.

55.     It is my opinion, as a person of skill in the art, that the Board

clearly erred in concluding that the claims in the '774 Application would have been

obvious to one of skill in the art in view of Schenk and Velasquez, and considering

Harrison.

I declare under penalty of perjury that the foregoing statements are true
and correct.

Executed in New York, New York on January 7, 2008.

Ronald G. Crystal, M.D.

- 18 -

# Exhibit 1 to Exhibit A

*CURRICULUM VITAE*

**Name**  Ronald G. Crystal

**Date and Place of Birth**  April 23, 1941, Newark, New Jersey

**Citizenship**  United States

**Education/Degrees**

| | |
|---|---|
| 1962 | B.A. cum laude (Physics) Tufts University |
| 1963 | M.S. (Physics) University of Pennsylvania |
| 1968 | M.D. University of Pennsylvania |

**Honorary Degrees**

| | |
|---|---|
| 1992 | Doctor of Medicine (honorary), Johann Wolfgang Goethe University, Frankfurt am Main, Germany |

**Board Certification**

| | |
|---|---|
| 1969 | Diplomat of the National Board of Medical Examiners |
| 1974 | Diplomat of the American Board of Internal Medicine |
| 1974 | Diplomat in Pulmonary Disease, American Board of Internal Medicine |

**Current Employment/Academic Appointments**

| | |
|---|---|
| 2002- | Chairman, Department of Genetic Medicine, Weill Medical College of Cornell University |
| 1993- | Chief, Division of Pulmonary and Critical Care Medicine, Department of Medicine, New York Weill Cornell Medical Center, New York-Presbyterian Hospitals |
| 1993- | Bruce Webster Professor of Internal Medicine, Weill Medical College of Cornell University |
| 2000- | Professor of Genetic Medicine, Weill Medical College of Cornell University |
| 1999-02 | Director, Institute of Genetic Medicine, Weill Medical College of Cornell University |
| 1996- | Director, The Arthur and Rochelle Belfer Gene Therapy Core Facility, Weill Medical College of Cornell University |
| 1993- | Professor of Physiology, Biophysics, & Molecular Medicine, Weill Graduate School of Medical Sciences of Cornell University |
| 2006- | Professor of Cell Biology and Genetics, Weill Graduate School of Medical Sciences of Cornell University |
| 1993- | Attending Physician, New York Presbyterian Hospital-Weill Cornell Medical Center |
| 2002- | New York-Presbyterian Hospital Consultant, Department of Medicine/Pulmonary Diseases, Hospital for Special Surgery |
| 1993- | Adjunct Professor, The Rockefeller University |
| 1993- | Visiting Physician, The Rockefeller University Hospital |

2

**Chronology of Past Employment/Academic Appointments**

| | |
|---|---|
| 1960-62 | Laboratory Instructor, Physics, Tufts University |
| 1962 | Research Associate, Physics, Tufts University |
| 1963-68 | Research Specialist, Physics, Bockus Research Institute, Graduate Hospital, University of Pennsylvania |
| 1967 | Extern in Medicine, Peter Bent Brigham Hospital |
| 1968-69 | Intern in Medicine, Massachusetts General Hospital |
| 1969-70 | Assistant Resident in Medicine, Massachusetts General Hospital |
| 1969-70 | Clinical Fellow in Medicine, Harvard University |
| 1970-72 | Research Associate, Section on Molecular Hematology, National Heart and Lung Institute, National Institutes of Health |
| 1972-75 | Head, Section on Pulmonary Biochemistry, National Heart and Lung Institute, National Institutes of Health |
| 1973 | Clinical Fellow in Chest Medicine, Cardiovascular Research Institute, University of California |
| 1975-93 | Chief, Pulmonary Branch, National Heart, Lung, and Blood Institute, National Institutes of Health |
| 1975-82 | Adjunct Professor, Department of Genetics, George Washington University |
| 1987-93 | Adjunct Professor, Department of Genetics, George Washington University |
| 1993-94 | Special Volunteer, Pulmonary Branch, National Heart, Lung, and Blood Institute, National Institutes of Health |

**Military Service**

| | |
|---|---|
| 1970-74 | Surgeon, Commissioned Corps, USPHS |
| 1974-79 | Senior Surgeon, Commissioned Corps, USPHS |
| 1979-93 | Medical Director, Commissioned Corps, USPHS |
| 1993- | Medical Director (Retired), Commissioned Corps, USPHS |

**Societies**

Alpha Omega Alpha
American Clinical and Climatological Association
American Federation for Medical Research
American Society for Clinical Investigation
American Society for Biochemistry and Molecular Biology
American Society of Gene Therapy
American Thoracic Society
Association of American Physicians
International Society of Stem Cell Research
Molecular Medicine Society
New York Academy of Sciences

3

## Honors

| | |
|---|---|
| 1968 | George W. Householder, III, Memorial Prize for Cardiovascular Research, University of Pennsylvania |
| 1968 | Pennsylvania Heart Association on Undergraduate Research Prize, University of Pennsylvania |
| 1968 | Dr. I.S. Ravdin Surgery Prize, University of Pennsylvania |
| 1983 | Robert A. Cooke Medal, American Academy of Allergy and Immunology |
| 1983 | Public Health Service Commendation Medal |
| 1985 | Howard Lilienthal Memorial Lecturer, New York State Chapter, American College of Chest Physicians |
| 1985 | Louis Mark Memorial Lecturer, American College of Chest Physicians, Annual Meeting |
| 1985 | Irving Kass Medal, Department of Medicine, University of Nebraska |
| 1986 | H.B. Elliot Memorial Lecturer, Springfield Hospital, Springfield, Ohio |
| 1987 | Leo V. Brereton Memorial Lecturer, Robert Wood Johnson Medical School |
| 1987 | Sam Stein Memorial Lecturer, Long Island Jewish Hospital, Long Island, New York |
| 1988 | Faculty Society Visiting Professor, Harbor-UCLA Medical Center |
| 1988 | Special Lecturer, 16th Hakone Symposium on Respiration, Hakone, Japan |
| 1988 | Public Health Service Outstanding Service Medal |
| 1988 | John Hickam Memorial Lecturer, Central Society for Clinical Research |
| 1988 | Clinician Investigator Lecturer, Mayo Graduate School of Medicine |
| 1989 | Aaron Feder Visiting Professor, Department of Medicine, Cornell University Medical College, New York Hospital |
| 1989 | Third Annual Kyger Visiting Professor, Department of Medicine, University of Pennsylvania |
| 1989 | Clara Falk Franks Lecturer, Deborah Heart and Lung Center |
| 1990 | Distinguished Lecturer in Medical Sciences, University of North Carolina |
| 1990 | 14th Annual I. Jerome Flance Visiting Professor of Medicine, Washington University |
| 1990 | John N. Edson Lectureship in Medicine, Long Island College Hospital |
| 1991 | Public Health Service Meritorious Service Award |
| 1991 | Theodore L. Badger Visiting Lectureship, Harvard Medical School |
| 1992 | 14th Annual James F. Hammaraten Lecturer, Department of Medicine, University of Oklahoma |
| 1992 | President's Lecture, American Thoracic Society Annual meeting |
| 1992 | Annual Stephanie Lynn Kossoff Memorial Lecturer, Department of Pediatrics at the College of Physicians and Surgeons, Columbia University |
| 1993 | Honors Program Lecturer, New York University School of Medicine |
| 1993 | Alpha Omega Alpha Annual Honor Lecturer, Cornell University Medical College |
| 1993 | Martin E. Rehfuss Lecturer, Thomas Jefferson University |
| 1994 | Annual Higgins Memorial Lecturer, Medical College of Virginia |
| 1994 | Annual Samuel Frumkin Lecturer, Norwalk Hospital-Yale University School of Medicine |
| 1994 | The Gordon Wilson Lecturer, 107th Meeting of the American Clinical and Climatological Association, Ponte Vedra, FL |

4

**Honors (Cont)**

| | |
|---|---|
| 1995 | 25th Annual Schueler Distinguished Lecturer in Pharmacology, Tulane University Medical Center |
| 1995 | The Jack Pepys Lecturer, Joint Meeting of the World Association of Sarcoidosis and Other Granulomatous Diseases and the British Society for Allergy and Clinical Immunology, London, England |
| 1995 | The Lewis Mark Honor Lecturer, Annual Meeting of the American College of Chest Physicians, New York, NY |
| 1996 | Honoree, Circle for Life, Cystic Fibrosis Foundation, Connecticut Chapter, Greenwich, CT |
| 1996 | Lecturer, Royal College of Physicians and Surgeons of Canada, Eighth Annual Respiratory Conference, Halifax, Nova Scotia |
| 1997 | Trudeau Lecturer, New York State Thoracic Society Annual Scientific Meeting, West Point, NY |
| 1997 | Chancellor's Lecturer, Duke University Medical Center |
| 1997 | Maurice C. Pincoffs Honorary Lecture, University of Maryland |
| 1998 | Martin V. Bonventre Memorial Lecture, The Brooklyn Hospital Center, Brooklyn, NY |
| 1998 | Cornell University - Ithaca Undergraduate Research Forum, Ithaca, NY |
| 1999 | Benjamin Felson Memorial Lecturer, Society of Thoracic Radiology Annual Meeting, Amelia Island, FL |
| 1999 | Hamilton Southwestern Memorial Lecturer in Cardiology, Department of Medicine, College of Physicians and Surgeons of Columbia University |
| 1999 | Samuel Epstein Lecturer in Cardiovascular Diseases at Coney Island Hospital, NY, NY |
| 1999 | Eagleson Memorial Lecturer, American Biological Safety Association Annual Meeting, St. Louis, MO |
| 2000 | Wasserman Visiting Professor, University of California, Harbor General Hospital, Los Angeles, Torrance, CA |
| 2000 | Penelope Wilkes Memorial Lecturer, Sound Shore Medical Center, New Rochelle, NY |
| 2000 | Julius Stone Lectureship, Society for Investigative Dermatology, Cleveland, OH |
| 2000 | Ruth Gray/Millennium Visiting Professor, Evanston Hospital, Evanston, IL |
| 2000 | Keynote Speaker, 7th Annual Student Research Conference, Graduate Student Association, University of Medicine and Dentistry of New Jersey, Graduate School of Biomedical Sciences, Newark, NJ |
| 2000 | 13th Annual William D. Dolan Lecture, Arlington Hospital, Arlington, VA |
| 2001 | Honorary Fellow of the American College of Chest Physicians, and Honorary Fellow Honor Lecturer, American College of Chest Physicians, 67th Annual International Scientific Assembly, November 4 - 8, 2001, Philadelphia, PA |
| 2003 | The Gordon Wilson Lecturer, 116th Meeting of the American Clinical and Climatological Association, San Diego, CA |
| 2004 | Annual Zukowski Family Lecture, Human Medical Genetics Program, University of Colorado, Denver, CO |

5

**Honors (Cont)**

| | |
|---|---|
| 2004 | George F. Heinrich Lectureship, New York Hospital-Queens, New York, NY |
| 2004 | Sidney Kimmel Cancer Center Medical Service Honoree, San Diego, CA |
| 2005 | Honorary Fellow of the Royal College of Physicians of Ireland |
| 2006 | Inaugural Lecture, 7th National Conference of the Italian Union for Pneumology (UIP) Florence, Italy |
| 2007 | Keynote Lecture, 47th Annual Meeting of the Japanese Respiratory Society, Tokyo, Japan |

**Editorial Boards**

| | |
|---|---|
| 1977-83 | Editorial Board, Journal of Applied Physiology: Respiratory, Environmental and Exercise Physiology |
| 1979-84 | Editorial Board, Journal of Clinical Investigation |
| 1979-88 | Editorial Board, Experimental Lung Research |
| 1980-88 | Associate Editor, Collagen and Related Research |
| 1981-85 | Consulting Editor, American Journal of Medicine |
| 1982-85 | Editorial Board, American Review of Respiratory Disease |
| 1983-86 | International Advisory Board, Asian Pacific Journal of Allergy and Immunology |
| 1984-88 | Editorial Board, Journal of Clinical Immunology |
| 1987-90 | Editorial Board, American Review of Respiratory Disease |
| 1987-95 | Reviewing Editor, *In Vitro* Cellular and Developmental Biology |
| 1988-89 | Editorial Board, Rivista della Tubercolosi e delle Malattie dell'Apparato Respiratorio |
| 1990-93 | Editorial Board, Annual Review of Medicine |
| 1991-93 | International Advisory Board, The Lancet |
| 1994-96 | Editorial Board, The American Journal of Physiology: Lung Cellular and Molecular Physiology |
| 1994-03 | Editorial Board, Gene Therapy |
| 1995-02 | Editorial Board, International Journal of Biochemistry and Cell Biology |
| 1996- | Editorial Board, Human Gene Therapy |
| 1996-02 | Editorial Board, Clinical Cancer Research |
| 1999- | Editorial Board, Transplantation |
| 1999- | Editorial Board, Molecular Therapy |
| 1999- | Editorial Board, Cancer Gene Therapy |
| 2000- | Editorial Board, Current Controlled Trials in Cardiovascular Medicine |
| 2003-05 | Associate Editor, Molecular Therapy |
| 2004- | Editorial Board, Current Gene Therapy |
| 2007- | Editorial Board, Clinical and Translational Science |

**Other**

| | |
|---|---|
| 1979-83 | Member, Visiting Committee, Medical Department, Brookhaven National Laboratory |
| 1982-83 | Chairman, Visiting Committee, Medical Department, Brookhaven National Laboratory |

6

**Other (Cont)**

| | |
|---|---|
| 1982-85 | Councilor of the American Society for Clinical Investigation |
| 1982-88 | Member, International Committee on Sarcoidosis |
| 1983 | Co-chairman, Gordon Conference, Structural Macromolecules, Collagen, Plymouth, New Hampshire |
| 1985-90 | Member, Scientific Advisory Committee, Children's Hospital, Boston, Massachusetts |
| 1986 | Co-chairman, Conference on Basic Mechanisms of Mesenchymal Cell Growth, Bethesda, Maryland |
| 1988- | Chairman, National Heart, Lung, and Blood Institute Steering Committee for Alpha 1-Antitrypsin Deficiency Nationwide Registry |
| 1988 | Co-chairman, Conference on Genetic Basis of Human Disease: Molecular Mechanisms and Strategies for Therapy, Bethesda, Maryland |
| 1989-92 | American Thoracic Society/American Lung Association Scientific Advisory Committee |
| 1991 | Co-chairman, Conference on Molecular and Cellular Biology of Cystic Fibrosis: Basic Concepts and Strategies for New Therapies, Bethesda, Maryland |
| 1991-92 | American Thoracic Society Board of Directors |
| 1991-92 | American Lung Association Council |
| 1993-04 | Founder and Chairman, Scientific Advisory Board, GenVec, Inc, Rockville, MD |
| 1994-97 | Co-chairman, Cystic Fibrosis Foundation Gene Therapy Conference, Williamsburg, Virginia |
| 1995 | Co-chairman, Annual North American Cystic Fibrosis Conference |
| 1996-98 | Member, Scientific Advisory Board, Fibrogen, Inc., Palo Alto, CA |
| 1996-98 | Member, Scientific Review Board, National Gene Vector Laboratory, National Institutes of Health, Bethesda, Maryland |
| 1997- | Member, Neuroscience Scientific Advisory Board, Astra-Merck, Wayne, PA |
| 1998-00 | Member, Advisory Board, Mehta and Associates, New York, NY |
| 1998- | Program Committee, American Society of Gene Therapy, Annual Meeting |
| 1999-01 | Board of Scientific and Editorial Advisors, NOVA Public Broadcasting System (PBS) program on the Human Genome Project |
| 2002-06 | Member, Board of Extramural Advisors, National Heart, Lung, and Blood Institute, Bethesda, Maryland |
| 2007- | Member, Board of External Experts, National Health, Lung and Blood Institute Bethesda, Maryland |
| 2007- | Chairman, Infectious Disease Committee, American Society of Gene Therapy |

# Exhibit 2 to Exhibit A

PUBLICATIONS

1.    Crystal RG. Recoilless resonance absorption and scattering of gamma rays in Fe57. Honors Thesis, Tufts University, Medford, Mass., 1962.

2.    Crystal RG, Baue AE. Kinetics of monovalent and divalent anion distribution in hemorrhagic hypotension and hypoxia. Ann Surg 1969; 1970: 720-730.

3.    Crystal RG, Baue AE. Influence of hemorrhagic hypotension of measurements of the extracellular fluid volume. Surg Gynecol Obstet 1969; 129: 576-582.

4.    Crystal RG, Rose LI, Jagger P, Lauler DP. Cushing's syndrome due to a metopirone responsive adrenocortical adenoma. J Clin Endocrinol Metab 1970; 31: 199-203.

5.    Crystal RG, Baue AE. Effects of nephrectomy and ureteral occlusion on extracellular fluid measurement during shock. Surg Gynecol Obstet 1970; 131: 1109-1114.

6.    Crystal RG, Kastor JA, DeSanctis RW. Inhibition of discharge of an external demand pacemaker by an electric razor. Am J Cardiol 1971; 27: 695-697.

7.    Crystal RG, Shafritz DA, Prichard PM, Anderson WF. Initial dipeptide formation in hemoglobin biosynthesis. Proc Natl Acad Sci 1971; 68: 1810-1814.

8.    Shafritz DA, Laycock DG, Crystal RG, Anderson WF. Requirement for GTP in the initiation process reticulocyte ribosomes and ribosomal subunits. Proc Natl Acad Sci 1971; 68: 2246-2251.

9.    Crystal RG, Anderson WF. Initiation of hemoglobin synthesis: comparison of model reactions that use artificial templates with those using natural messenger RNA. Proc Natl Acad Sci 1972; 69: 706-711.

10.    Crystal RG, Nienhuis AW, Prichard PM, Picciano D, Elson NA, Merrick WC, Graf H, Shafritz DA, Laycock DG, Last JA, Anderson WF. Initiation of globin synthesis. FEBS Letters 1972; 24: 310-314.

11.    Crystal RG, Nienhuis AW, Elson NA, Anderson WF. Initiation of globin synthesis. Preparation and use of reticulocyte ribosomes retaining initiation region messenger ribonucleic acid fragments. J Biol Chem 1972; 247: 5357-5368.

12.    Picciano DV, Prichard PM, Merrick WC, Shafritz DA, Graf H, Crystal RG, Anderson WF. Isolation of protein synthesis initiation factors from rabbit liver. J Biol Chem 1973; 248: 204-214.

13.    Crystal RG, Elson NA, Nienhuis AW, Thornton AC, Anderson WF. Initiation of globin

synthesis in β-thalassemia. N Engl J Med 1973; 288: 1091-1096.

14.  Elson NA, Crystal RG, Anderson WF. Paper elctrophoresis and chromatography of olgo-peptides with N-terminal methionine. Analyt Biochem 1973; 54: 161-169.

15.  Crystal RG, Elson NA, Anderson WF. Initiation of globin synthesis: assays. In: Moldave K, Grossman L, eds., Methods of Enzymology: Nucleic Acids and Protein Synthesis, Vol 30, New York: Academic Press 1974: 101-127.

16.  Bradley KH, McConnell SD, Crystal RG. Lung collagen composition and synthesis: characterization and changes with age. J Biol Chem 1974; 249: 2674-2683.

17.  Bradley K, McConnell-Breul S, Crystal RG. Lung collagen heterogeneity. Proc Natl Acad Sci 1974; 71: 2828-2832.

18.  Crystal RG. Lung collagen: definition, diversity and development. Fed Proc 1974; 33: 2248-2255.

19.  Crystal RG, Bradley KH, McConnell-Breul S, Collins JF, Hance AJ, Cowan MJ. Collagen in the lung: development of a technology applicable to human lung disease. Chest 1975; 67: 30S-31S.

20.  Bradley K, McConnell-Breul S, Crystal RG. Collagen in the human lung: quantitation of rates of synthesis and partial characterization of composition. J Clin Invest 1975; 55: 543-550.

21.  Cowan MJ, Crystal RG. Lung growth after unilateral pneumonectomy: quantitation of collagen synthesis and content. Am Rev Respir Dis 1975; 111:267-277.

22.  Collins FJ, Crystal RG. Characterization of cell-free synthesis of collagen by lung polysomes in a heterologous system. J Biol Chem 1975; 250: 7332-7342.

23.  Horwitz AL, Crystal RG. Content and synthesis of glycosaminoglycans in the developing lung. J Clin Invest 1975; 56: 1312-1318.

24.  Hance AJ, Crystal RG. The connective tissue of lung. Am Rev Resp Dis 1975; 112: 657-711.

25.  Hance AJ, Bradley K, Crystal RG. Lung collagen heterogeneity: synthesis of type I and type III collagen by rabbit and human lung cells in culture. J Clin Invest 1976; 57: 102-111.

26.  Fulmer JD, Roberts WC, Crystal RG. Diffuse fibrotic lung disease: a correlative study. Chest 1976 69: 263S-265S.

27.  Hance AJ, Horwitz AL, Cowan MJ, Elson NA, Collins JF, Bienkowski RS, Bradley KH, McConnell-Breul S, Wagner WM, Crystal RG. Biochemical approaches to the investigation of fibrotic lung disease. Chest 1976; 69: 257-261.

28.  Cowan MJ, Collins JF, Crystal RG. Collagen and lung growth: a prototype of connective tissue differentiation. In: Last J, ed., Eukaryotes at the Subcellular Level: Development and Differentiation. New York: M Dekker, 1976: 257-313.

29.  Horwitz AL, Crystal RG. Collagenase from rabbit pulmonary alveolar macrophages. Biochem Biophys Res Comm 1976; 69: 296-303.

30.  Collins JF, Crystal RG. Protein synthesis. In: Crystal RG, ed., The Biochemical Basis of Pulmonary Function. New York: M Dekker, 1976: 171-211.

31.  Hance AJ, Crystal RG. Collagen. In: Crystal RG, ed., The Biochemical Basis of Pulmonary Function. New York: M Dekker, 1976: 215-271.

32.  Horwitz AL, Elson NA, Crystal RG. Proteoglycans and Elastin. In: Crystal RG, ed., The Biochemical Basis of Pulmonary Function. New York: M Dekker, 1976: 273-311.

33.  Fulmer JD, Crystal RG. The biochemical basis of pulmonary function. In: Crystal RG, ed., The Biochemical Basis of Pulmonary Function. New York: M Dekker, 1976: 419-466.

34.  Crystal RG. Biochemical processes in the normal lung. In: Bouhuys A, ed., Lung Cells in Disease. Amsterdam: Elsevier-North Holland, 1976: 17-38.

35.  Kravis TC, Ahmed A, Brown TE, Fulmer JD, Crystal RG. Pathogenic mechanisms in pulmonary fibrosis: collagen-induced migration inhibition factor production and cytotoxicity mediated by lymphocytes. J Clin Invest 1976; 58: 1223-1232.

36.  Crystal RG, Fulmer JD, Roberts WC, Moss ML, Line BR, Reynolds HY. Idiopathic pulmonary fibrosis: clinical, histologic, radiographic, physiologic, scintigraphic, cytologic, and biochemical aspects. Ann Intern Med 1976; 85: 769-788.

37.  Horwitz AL, Kelman JA, Crystal RG. Activation of alveolar macrophage collagenase by a neutral protease secreted by the same cell. Nature 1976; 264: 772-774.

38.  Reynolds HY, Fulmer JD, Kazmierowski JA, Roberts WC, Frank MM, Crystal RG. Analysis of bronchoalveolar lavage fluid from patients with idiopathic pulmonary fibrosis and chronic hypersensitivity pneumonitis. J Clin Invest 1977; 59: 165-175.

39.  Langston C, Sachdeva P, Cowan MJ, Haines J, Crystal RG, Thurlbeck WM. Alveolar multiplication in the contralateral lung after unilateral pneumonectomy in the rabbit. Am Rev Respir Dis 1977; 115: 7-13.

40.  Horwitz AL, Hance AJ, Crystal RG. Granulocyte collagenase: selective digestion of type I relative to type III collagen. Proc Natl Acad Sci 1977; 74: 897-901.

41.  Hance AJ, Crystal RG. Rigid control of the synthesis of collagen types I and III by cells in culture. Nature 1977; 268: 152-154.

42.  Fulmer JD, Roberts WC, Von Gal ER, Crystal RG. Small airways in idiopathic pulmonary fibrosis: comparison of morphologic and physiologic observations. J Clin Invest 1977; 60: 595-610.

43.  Elson NA, Crystal RG. Cellular approaches to the study of environmental pollutants. In: Lee SD, ed., Biochemical Effects of Environmental Pollutants. Ann Arbor: Ann Arbor Sci 1977: 7-25.

44.  Baum BJ, McDonald JA, Crystal RG. Metabolic fate of major cell surface protein of normal human fibroblasts. Biochem Biophys Res Comm 1977; 79: 8-15.

45.  Weinberger SE, Crystal RG. Reactions of the interstitial space to injury. In: Fishman AP, ed., Pulmonary Diseases. New York: McGraw-Hill 1979: 640-647.

46.  Bienkowski RS, Cowan MJ, McDonald JA, Crystal RG. Degradation of newly synthesized collagen. J Biol Chem 1978; 253: 4356-4363.

47.  Kawanami O, Ferrans VJ, Roberts WC, Crystal RG, Fulmer JD. Anchoring fibrils: a new connective tissue structure in fibrotic lung disease. Am J Pathol 1978; 92: 389-410.

48.  Baum BJ, Moss J, Breul SD, Crystal RG. Association of normal human fibroblasts of elevated levels of adenosine 3': 5'-monophosphate with a selective decrease in collagen production. J Biol Chem 1978; 253: 3391-3394.

49.  Fulmer JD, Crystal RG. Interstitial lung disease. In: Simmons DH, ed., Current Pulmonology, Vol 1, Boston: Houghton Mifflin, 1979; 1-65.

50.  Crystal RG, Fulmer JD, Baum BJ, Bernardo J, Bradley KH, Breul SD, Elson NA, Fells GA, Ferrans VJ, Gadek JE, Hunninghake GW, Kawanami O, Kelman JA, Line BR, McDonald JA, McLees BD, Roberts WC, Rosenberg DM, Tolstoshev P, Von Gal E, Weinberger SE. Cells, collagen and idiopathic pulmonary fibrosis. Lung 1978; 155: 199-224.

51.  Line BR, Fulmer JD, Reynolds HY, Roberts WC, Jones AE, Harris EK, Crystal RG. Gallium-67 citrate scanning in the staging of idiopathic pulmonary fibrosis: correlation with physiologic and morphologic features and bronchoalveolar lavage. Am Rev Respir Dis 1978; 118: 355-365.

52.  Fulmer JD, Sposovska MS, Von Gal ER, Crystal RG, Mittal KK. Distribution of HLA anti-

gens in idiopathic pulmonary fibrosis. Am Rev Respir Dis 1978; 118: 141-147.

53. Weinberger SE, Kelman JA, Elson NA, Young RC Jr., Reynolds HY, Fulmer JD, Crystal RG. Bronchoalveolar lavage in interstitial lung disease. Ann Intern Med 1978; 89: 459-466.

54. Bienkowski RS, Baum BJ, Crystal RG. Fibroblasts degrade newly synthesized collagen within the cell before secretion. Nature 1978; 276: 413-416.

55. Kawanami O, Ferrans VJ, Fulmer JD, Crystal RG. Nuclear inclusions in alveolar epithelium of patients with fibrotic lung disorders. Am J Pathol 1979; 94: 301-322.

56. Gadek JE, Kelman JA, Fells GA, Weinberger SE, Horwitz AL, Reynolds HY, Fulmer JD, Crystal RG. Collagenase in the lower respiratory tract of patients with idiopathic pulmonary fibrosis. N Engl J Med 1979; 301; 737-742.

57. Hunninghake GW, Fulmer JD, Young RC, Gadek JE, Crystal RG. Localization of the immune response in sarcoidosis. Am Rev Respir Dis 1979; 120: 49-57.

58. McDonald JA, Baum BJ, Rosenberg DM, Kelman JA, Brin SC, Crystal RG. Destruction of a major extracellular adhesive glycoprotein (fibronectin) of human fibroblasts by neutral proteases from polymorphonuclear leukocyte granules. Lab Invest 1979; 40: 350-357.

59. Kawanami O, Ferrans VJ, Fulmer JD, Crystal RG. Ultrastructure of pulmonary mast cells in patients with fibrotic lung disorders. Lab Invest 1979; 40: 717-734.

60. Szapiel SV, Elson NA, Fulmer JD, Hunninghake GW, Crystal RG. Bleomycin-induced interstitial pulmonary disease in the nude, athymic mouse. Am Rev Respir Dis 1979; 120: 893-899.

61. Fulmer JD, Roberts WC, Von Gal ER, Crystal RG. Morphologic-physiologic correlates of the severity of fibrosis and degree of cellularity in idiopathic pulmonary fibrosis. J Clin Invest 1979; 63: 665-676.

62. Gadek JE, Hunninghake GW, Zimmerman RL, Crystal RG. Regulation of the release of alveolar macrophage-derived neutrophil chemotactic factor. Am Rev Respir Dis 1980; 121: 723-733.

63. Tolstoshev P, Haber R, Crystal RG. Procollagen $\alpha$2 mRNA is significantly different from procollagen $\alpha$1 mRNA in size or secondary structure. Biochem Biophys Res Comm 1979; 87: 818-826.

64. Hunninghake GW, Gadek JE, Fales HM, Crystal RG. Human alveolar macrophage-derived chemotactic factor for neutrophils: stimuli and partial characterization. J Clin Invest 1980; 66: 473-483.

65.    Fulmer JD, Bienkowski RS, Cowan MJ, Breul SD, Bradley KM, Ferrans VJ, Roberts WC, Crystal RG. Collagen concentration and rates of synthesis in idiopathic pulmonary fibrosis. Am Rev Respir Dis 1980; 122: 289-301.

66.    Hunninghake GW, Fulmer JD, Young RC, Crystal RG. Comparison of lung and peripheral blood lymphocyte subpopulations in pulmonary sarcoidosis. In: Williams WG, Davis BH, eds., Proceedings of the 8th International Conference on Sarcoidosis and Other Granulomatous Diseases. London: Alpha Omega Publishing, Lmt. 1980: 426-435.

67.    Kawanami O, Ferrans VJ, Crystal RG. Anchoring fibrils in normal canine respiratory system. Am Rev Respir Dis 1979; 120: 595-611.

68.    Steinmann BU, Martin GR, Baum BJ, Crystal RG. Synthesis and degradation of collagen by skin fibroblasts from patients with osteogenesis imperfecta. FEBS Lett 1979; 101: 269-272.

69.    Breul SK, Bradley KH, Hance AJ, Schafer MP, Berg RA, Crystal RG. Control of collagen production by human diploid lung fibroblasts. J Biol Chem 1980; 255: 5250-5260.

70.    Bernardo J, Hunninghake GW, Gadek JE, Ferrans VJ, Crystal RG. Acute hyper-sensitivity pneumonitis: serial changes in lung lymphocyte subpopulations after exposure to antigen. Am Rev Respir Dis 1979; 120: 985-994.

71.    Rosenberg DM, Ferrans VJ, Fulmer JD, Line BR, Barranger JA, Brady RO, Crystal RG. Chronic airflow obstruction in Fabry's disease. Am J Med 1980; 68: 898-905.

72.    Hunninghake GW, Gadek JE, Kawanami O, Ferrans VJ, Crystal RG. Inflammatory and immune processes in the human lung in health and disease: evaluation by bronchoalveolar lavage. Am J Pathol 1979; 97: 149-206.

73.    Bradley KH, Kawanami O, Ferrans VJ, Crystal RG. The fibroblast of human lung alveolar structures: a differentiated cell with a major role in lung structure and function. In: Harris CC, Trump BR, Stoner GD, eds., Methods in Cell Biology, Vol 21A, New York: Academic Press 1980: 37-64.

74.    Hunninghake GW, Gadek JE, Szapiel SV, Strumpf IJ, Kawanami O, Ferrans VJ, Keogh BA, Crystal RG. The human alveolar macrophage. In: Harris CC, Trump BR, Stoner GD, eds., Methods in Cell Biology, Vol 21A, New York: Academic Press 1980: 95-112.

75.    Hunninghake GW, Gadek JE, Young RC Jr., Kawanami O, Ferrans VJ, Crystal RG. Maintenance of granuloma formation in pulmonary sarcoidosis by T-lymphocytes within the lung. N Engl J Med 1980; 302: 594-598.

76.    Rosenberg DM, Weinberger SE, Fulmer JD, Flye MW, Fauci AS, Crystal RG. Functional

correlates of lung involvement in Wegener's granulomatosis: use of pulmonary function tests in staging and follow-up. Am J Med 1980; 69: 387-394.

77. Gadek JE, Fells GA, Crystal RG. Cigarette smoking induces functional antiprotease deficiency in the lower respiratory tract of humans. Science 1979; 206: 1315-1316.

78. Gadek JE, Fulmer JD, Gelfand JA, Frank MM, Petty TL, Crystal RG. Danazol-induced augmentation of serum α1-antitrypsin levels in individuals with marked deficiency of this antiprotease. J Clin Invest 1980; 66: 82-87.

79. Hunninghake GW, Kawanami O, Ferrans VJ, Young RC Jr., Roberts WC, Crystal RG. Characterization of the inflammatory and immune effector cells in the lung parenchyma of patients with interstitial lung disease. Am Rev Respir Dis 1981; 123: 407-412.

80. Berg RA, Moss J, Baum BJ, Crystal RG. Regulation of collagen production by the β-adrenergic system. J Clin Invest 1981; 67: 1457-1462.

81. Crystal RG, Gadek JE, Ferrans VJ, Fulmer JD, Line BR, Hunninghake GW. Interstitial lung disease: current concepts of pathogenesis, staging, and therapy.  Am J Med 1981; 70: 542-568.

82. Baum BJ, Moss J, Breul SD, Berg RA, Crystal RG. Effect of cyclic AMP on the intracellular degradation of newly synthesized collagen. J Biol Chem 1980; 255: 2843-2847.

83. Line BR, Cooper JA, Spicer KM, Jones AE, Crystal RG, Johnston GS. Radionuclide cinepneumography: flow-volume imaging of the respiratory cycle. J Nucl Med 1980; 21: 219-224.

84. Boyd CD, Tolstoshev P, Schafer MP, Trapnell BC, Coon HC, Kretschmer PJ, Nienhuis AW, Crystal RG. Isolation and characterization of a 15-kilobase genomic sequence coding for part of the pro α2 chain of sheep type I collagen. J Biol Chem 1980; 255: 3212-3220.

85. Crystal RG, Roberts WC, Hunninghake GW, Gadek JE, Fulmer JD, Line BR. Pulmonary sarcoidosis: a disease characterized and perpetuated by activated lung T-lymphocytes. Ann Intern Med 1981; 94: 73-94.

86. Kawanami O, Ferrans VJ, Crystal RG. Subplasmalemmal linear densities in cells of the mononuclear phagocyte system in lung. Am J Pathol 1980; 100: 131-150.

87. Rennard SI, Ferrans VJ, Bradley KH, Crystal RG. Lung connective tissue. In: Witchi H, ed., Mechanisms in Respiratory Toxicology, Vol. 2, Boca Raton: CRC Reviews 1982: 115-153.

88.  Bitterman PB, Crystal RG. Is there a fibrotic gene? Chest 1980; 78: 549-550.

89.  Berg RA, Schwartz ML, Crystal RG. Regulation of the production of secretory proteins: intracellular degradation of newly synthesized "defective" collagen. Proc Natl Acad Sci 1980; 77: 4746-4750.

90.  Schafer MP, Boyd CD, Tolstoshev P, Crystal RG. Structural organization of a 17 kb segment of the α2 collagen gene: evaluation by R-loop mapping. Nucl Acids Res 1980; 8: 2241-2253.

91.  Trapnell BC, Tolstoshev P, Crystal RG. Secondary structures for splice junctions in eukaryotic and viral messenger RNA precursors. Nucl Acids Res 1980; 8: 3659-3672.

92.  Gadek JE, Fells GA, Wright DG, Crystal RG. Human neutrophil elastase functions as a type III collagen "collagenase". Biochem Biophys Res Comm 1980; 95: 1815-1822.

93.  Keogh BA, Crystal RG. Pulmonary function testing in interstitial pulmonary disease: what does it tell us? Chest 1980; 78: 856-865.

94.  Gadek JE, Zimmerman RL, Fells GA, Rennard SI, Crystal RG. Antielastases of the human alveolar structures: implications for the protease-antiprotease theory of emphysema. J Clin Invest 1981; 68: 889-898.

95.  Hunninghake GW, Gadek JE, Lawley TJ, Crystal RG. Mechanisms of neutrophil accumulation in the lungs of patients with idiopathic pulmonary fibrosis. J Clin Invest 1981; 68: 259-269.

96.  Kawanami O, Basset F, Ferrans VJ, Soler P, Crystal RG. Pulmonary Langerhan's cells in patients with fibrotic lung disorders. Lab Invest 1981; 44: 227-233.

97.  Tolstoshev P, Berg RA, Rennard SI, Bradley KH, Trapnell BC, Crystal RG. Procollagen production and procollagen messenger RNA levels and activity in human lung fibroblasts during periods of rapid and stationary growth. J Biol Chem 1981; 256: 3135-3140.

98.  Line BR, Hunninghake GW, Keogh BA, Jones AE, Johnston GS, Crystal RG. Gallium-67 scanning to stage the alveolitis of sarcoidosis: correlation with clinical studies, pulmonary function studies and bronchoalveolar lavage. Am Rev Respir Dis 1981; 123: 440-446.

99.  Gadek JE, Klein H, Holland PV, Crystal RG. Replacement therapy of alpha 1-antitrypsin deficiency: reversal of protease-antiprotease imbalance within the alveolar structures of PiZZ subjects. J Clin Invest 1981; 68: 1158-1165.

100. Hunninghake GW, Keogh BA, Line BR, Gadek JE, Kawanami O, Ferrans VJ, Crystal RG. Pulmonary sarcoidosis: pathogenesis and therapy. In: Boros D, Yoshida T, eds., Basic and

- 9 -

Clinical Aspects of Granulomatous Diseases, New York: Elsevier North Holland 1980: 275-290.

101.  Hunninghake GW, Crystal RG. Mechanisms of hypergammaglobulinemia in pulmonary sarcoidosis: site of increased antibody production and role of T-lymphocytes. J Clin Invest 1981; 67: 86-92.

102.  Hunninghake GW, Davidson JM, Rennard SI, Szapiel S, Gadek JE, Crystal RG. Elastin fragments attract macrophage precursors to diseased sites in pulmonary emphysema. Science 1981; 212: 925-927.

103.  Crystal RG, Rennard SI. Pulmonary connective tissue and environmental lung disease. Chest 1981; 80 (suppl.): 33S-38S.

104.  Martin WJ II, Gadek JE, Hunninghake GW, Crystal RG. Oxidant injury of lung parenchymal cells. J Clin Invest 1981; 68: 1277-1288.

105.  Szapiel SV, Fulmer JD, Hunninghake GW, Elson NA, Kawanami O, Ferrans VJ, Crystal RG. Hereditary emphysema in the tight-skin (Tsk/+) mouse. Am Rev Respir Dis 1981; 123: 680-685.

106.  Keogh BA, Crystal RG. Chronic interstitial lung disease. In: Simmons DH, ed., Current Pathology, Vol. 3, New York: Wiley 1981: 237-340.

107.  Strumpf IJ, Feld MK, Cornelius MJ, Keogh BA, Crystal RG. Safety of fiberoptic bronchoalveolar lavage in evaluation of interstitial lung disease. Chest 1981; 80: 268-271.

108.  Gadek JE, Hunninghake GW, Fells GA, Zimmerman RL, Keogh BA, Crystal RG. Evaluation of the protease-antiprotease theory of human destructive lung disease. Bull Europ Physiopath Respir 1980; 16 (suppl.): 27-40.

109.  Gadek JE, Keogh BA, Crystal RG. Opportunities for the specific therapy of destructive lung disease. Bull Europ Physiopath Resp 1980; 16 (suppl.): 389-396.

110.  Rossi GA, Hunninghake GW, Szapiel SV, Gadek JE, Fulmer JD, Kawanami O, Ferrans VJ, Crystal RG. The tight-skin mouse: An animal model of inherited emphysema. Bull Europ Physiopath Respir 1980; 16 (suppl.): 157-166.

111.  Davidson JM, Smith K, Shibahara S, Tolstoshev P, Crystal RG. Regulation of elastin synthesis in developing sheep nuchal ligament by elastin mRNA levels. J Biol Chem 1981; 257: 747-754.

112.  Tolstoshev P, Haber R, Trapnell BC, Crystal RG. Procollagen messenger RNA levels and activity and collagen synthesis during the fetal development of sheep lung, tendon, and

skin. J Biol Chem 1981; 256: 9672-9679.

113. Rennard SI, Crystal RG. Lung. In: Jayson MIV, Weiss JB, eds., Collagen in Health and Disease, Edinburgh: Churchill Livingstone 1982: 424-444.

114. Davidson JM, Shibahara S, Smith K, Crystal RG. Developmental regulation of elastin synthesis. Conn Tissue Res 1981; 8: 209-212.

115. Shibahara S, Davidson JM, Smith K, Crystal RG. Modulation of tropoelastin production and elastin mRNA activity in developing sheep lung. Biochem 1981; 20: 6577-6584.

116. Rennard SI, Crystal RG. Fibronectin in human bronchopulmonary lavage fluid: elevation of patients with interstitial lung disease. J Clin Invest 1982; 69: 113-122.

117. Hunninghake GW, Crystal RG. Pulmonary sarcoidosis: a disorder mediated by excess helper T-lymphocyte activity at sites of disease activity. N Engl J Med 1981; 305: 429-434.

118. Kawanami O, Ferrans VJ, Crystal RG. Structure of alveolar epithelial cells in patients with fibrotic lung disorders. Lab Invest 1982; 46: 39-53.

119. Schoenberger CI, Line BR, Keogh BA, Hunninghake GW, Crystal RG. Lung inflammation in sarcoidosis: comparison of serum angiotensin converting enzyme levels with bronchoalveolar lavage and gallium-67 scanning assessment of the T-lymphocyte alveolitis. Thorax 1982; 37: 19-25.

120. Rennard SI, Hunninghake GW, Bitterman PB, Crystal RG. Production of fibronectin by the human alveolar macrophage: mechanism for the recruitment of fibroblasts to sites of tissue injury in interstitial lung diseases. Proc Natl Acad Sci 1981; 78: 7147-7151.

121. Bitterman PB, Rennard SI, Crystal RG. Environmental lung disease and the interstitium. In: Brooks SM, ed., Clinics in Chest Medicine, Philadelphia: Saunders 1981: 393-412.

122. Keogh BA, Crystal RG. Alveolitis: the key to the interstitial lung disorders. Thorax 1982; 37: 1-10.

123. Saltzman LE, Moss J, Berg RA, Hom B, Crystal RG. Modulation of collagen production by fibroblasts: effects of chronic exposure to agonists that elevate inter-cellular cyclic AMP. Biochem J 1982; 204: 25-30.

124. Rossi GA, Hunninghake GW, Crystal RG. Evaluation of inflammatory and immune processes in interstitial disorders: use of bronchoalveolar lavage. In: Cummings G, Bonsignore G, eds., Cellular Biology of the Lung. New York: Plenum 1982: 107-140.

125. Crystal RG, Rennard SI, Bitterman PB. Conformity and diversity of fibrotic processes. In:

Gerlash U, Pott G, Rauterberg J, Voss B, eds., Connective Tissue of the Normal and Fibrotic Human Liver. New York: Theime Stratton 1982: 3-7.

126. Crystal RG, Kawanami O, Rennard SI, Gadek JE, Schoenberger CI, Bitterman PB. Collagen and collagenase in occupational lung disease. In: Proceedings of the Inter-national Symposium on Collagen and Collagenase in Occupational Disease, Journal of the University of Occupational and Environmental Health, Vol 4S, Kitakyushu City, Japan 1982: 85-94.

127. Crystal RG. Interstitial lung disease: aggressive clinical management versus diagnostic and therapeutic nihilism. West J Med 1982; 136: 341-344.

128. Tolstoshev P, Crystal RG. The molecular biology of collagen genes. In: Akeson WH, Bornstein P, Glincher MJ, eds., Am Acad Orthopedic Surgeons Symposium on Heritable Disorders of Connective Tissue. St. Louis: Mosby 1982: 3-15.

129. Hunninghake GW, Keogh BA, Gadek JE, Bitterman PB, Rennard SI, Crystal RG. Inflammatory and immune characteristics of idiopathic pulmonary fibrosis. In: Franklin EC, Buckley RH, Doniach D, Fahey JL, Parker CW, Rosse WF, eds., Clinical Immunology Update, Vol 3, New York: Elsevier Biomedical 1983: 217-233.

130. Gadek JE, Crystal RG. α1-antitrypsin deficiency. In: Stanbury JB, Wyngaarden JB, Fredrickson DS, Goldstein JL, Brown MS, eds., The Metabolic Basis of Inherited Disease, New York: McGraw-Hill 1982: 1450-1467.

131. Rennard SI, Martin GR, Crystal RG. Enzyme linked immunoassay (ELISA) for connective tissue proteins: type I collagen. In: Furthmayer H, ed., Immunochemistry of the Extracellular Matrix, Vol 1, Boca Raton. CRC Press 1982: 237-252.

132. Line BR, Hunninghake GW, Keogh BA, Crystal RG. Gallium-67 scanning as an indicator of the activity of sarcoidosis. In: Fanburg BL, ed., Sarcoidosis and Other Granulomatous Diseases of the Lung. New York: M Dekker 1983: 287-322.

133. Tolstoshev P, Crystal RG. The collagen alpha-2 chain gene. J Invest Derm 1982; 79: 60S-64S.

134. Rennard SI, Stier LC, Crystal RG. Intracellular degradation of newly synthesized collagen. J Invest Derm 1982; 79: 77S-82S.

135. Davidson JM, Crystal RG. The molecular aspects of elastin gene expression. J Invest Derm 1982; 79: 133S-137S.

136. Schoenberger CI, Crystal RG. Drug induced lung disease. In: Isselbacher KJ, Adams RD, Braunwald E, Martin JB, Petersdorf RG, Wilson JD, eds., Harrison's Principles of Internal

Medicine Update IV, New York: McGraw-Hill 1983: 49-74.

137.  Crystal RG, Hunninghake GW, Gadek JE, Keogh BA, Rennard SI, Bitterman PB. The pathogenesis of sarcoidosis. In: Chretien J, Marsac J, Saltiel JC, eds., Proceedings of the IX International Conference on Sarcoidosis and Other Granulomatous Disorders. Paris: Pergamon Press 1983: 13-35.

138.  Dalgleish R, Trapnell BC, Crystal RG, Tolstoshev P. Copy number of a human type I $\alpha$2 collagen gene. J Biol Chem 1982; 257: 13816-13822.

139.  Bitterman PB, Rennard SI, Hunninghake GW, Crystal RG. Human alveolar macrophage growth factor for fibroblasts: regulation and partial characterization. J Clin Invest 1982; 70: 806-822.

140.  Davidson JM, Leslie B, Wolt T, Crystal RG, Sandberg LB. Characterization of a signal peptide sequence in the cell-free translation product of sheep elastin mRNA. Arch Biochem Biophys 1982; 218: 31-37.

141.  Kawanami O, Basset F, Barrios R, Lacronique JG, Ferrans VJ, Crystal RG. Hypersensitivity pneumonitis in man: light and electron microscopic studies of 18 lung biopsies. Am J Path 1983; 110: 275-289.

142.  Schoenberger CI, Hunninghake GW, Kawanami O, Ferrans VJ, Crystal RG. Role of alveolar macrophages in asbestosis: modulation of neutrophil migration to the lung following acute asbestos exposure. Thorax 1982; 37: 803-809.

143.  Keogh BA, Bernardo J, Hunninghake GW, Line BR, Price D, Crystal RG. Effect of intermittent high dose parenteral corticosteroids on the alveolitis of idiopathic pulmonary fibrosis. Am Rev Respir Dis 1983; 127: 18-27.

144.  Gadek JE, Crystal RG. Experience with replacement therapy in destructive lung disease associated with severe $\alpha$1-antitrypsin deficiency. Am Rev Respir Dis 1982; 127: 545-546.

145.  Solomon E, Hiorns L, Dalgleish R, Tolstoshev P, Crystal RG, Sykes B. Regional localization of the human $\alpha$2(I) collagen gene on chromosome 7 by molecular hybridization. Cytogenetics and Cell Genetics 1983; 35: 64-66.

146.  Pinkston P, Bitterman PB, Crystal RG. Spontaneous release of interleukin-2 by lung T-lymphocytes in active pulmonary sarcoidosis. N Engl J Med 1983; 308: 793-800.

147.  Crystal RG. Therapy of idiopathic pulmonary fibrosis. In: Fauci A, Lichtenstein L, eds., Current Therapy in Allergy and Immunology. Philadelphia: BC Decker 1983; 197-203.

148.  Hance AJ, Crystal RG. Idiopathic pulmonary fibrosis. In: Flenley DC, Petty TL, eds., Re-

cent Advances in Respiratory Medicine, Vol 3, Edinburgh: Churchill Livingstone 1983: 249-287.

149. Ferrans VJ, Basset F, Fukuda Y, Crystal RG. Bronchoalveolar lavage techniques and applications. J Japanese Med Soc Biol Interface 1983; 14: 28-39.

150. Keogh BA, Hunninghake GW, Line BR, Crystal RG. The alveolitis of pulmonary sarcoidosis: evaluation of natural history and alveolitis dependent changes in lung function. Am Rev Respir Dis 1983; 128: 256-265.

151. Davis WB, Rennard SI, Bitterman PB, Crystal RG. Pulmonary oxygen toxicity: early reversible changes in human alveolar structures induced by hyperoxia. N Engl J Med 1983; 309: 879-883.

152. Rennard SI, Chen YF, Robbins RA, Gadek JE, Crystal RG. Fibronectin mediates cell attachment to Clq: a mechanism for the localization of fibrosis in inflammatory disease. Clin Exper Immunol 1983; 54: 239-247.

153. Bitterman PB, Adelberg S, Crystal RG. Mechanisms of pulmonary fibrosis: spontaneous release of the alveolar macrophage derived growth factor in the interstitial lung disorders. J Clin Invest 1983; 72: 1801-1813.

154. Bitterman PB, Rennard SI, Adelberg S, Crystal RG. Role of fibronectin as a growth factor for fibroblasts. J Cell Biol 1983; 97: 1925-1932.

155. Rennard SI,  PB, Crystal RG. Response of the lower respiratory tract to injury: mechanisms repair of parenchymal of the alveolar walls. Chest 1983; 84: 735-739.

156. Schoenberger CI, Rennard SI, Bitterman PB, Fukuda Y, Ferrans VJ, Crystal RG. Paraquat induced pulmonary fibrosis: role of the alveolitis in modulating the development of fibrosis. Am Rev Respir Dis 1984; 129: 168-173.

157. Gadek JE, Fells GA, Zimmerman RL, Crystal RG. Role of connective tissue proteases in the pathogenesis of chronic inflammatory lung disease. Environmental Health Perspectives 1984; 55: 297-306.

158. Keogh BA, Lakatos E, Price D, Crystal RG. Importance of the lower respiratory tract in oxygen transfer: exercise testing in patients with interstitial and destructive lung disease. Am Rev Respir Dis 1984; 129 (suppl.): S76-S80.

159. Fukuda Y, Ferrans VJ, Crystal RG. The development of alveolar septa in fetal sheep lung; an ultrastructural and immunohistochemical study. Am J Anat 1984; 167: 405-439.

160. Hunninghake GW, Crystal RG. Cigarette smoking and lung destruction: accumulation of

- 14 -

neutrophils in the lungs of cigarette smokers. Am Rev Respir Dis 1983; 128: 833-838.

161. Rennard SI, Bitterman PB, Crystal RG. Current concepts of the pathogenesis of fibrosis: lessons from pulmonary fibrosis. In: Berk P, ed., Myelofibrosis and the Biology of Connective Tissue. New York: Alan Liss 1984: 359-377.

162. Crystal RG, Bitterman PB, Rennard SI, Hance AJ , Keogh BA. Interstitial lung disease of unknown cause: disorders characterized by chronic inflammation of the lower respiratory tract. N Engl J Med 1984; 310: 154-166, 235-244.

163. Saltini C, Hance AJ, Ferrans VJ, Basset F, Bitterman PB, Crystal RG. Accurate quantification of cells recovered by bronchoalveolar lavage. Am Rev Respir Dis 1984; 130: 650-658.

164. Davis WB, Crystal RG. Chronic interstitial lung disease. In: Simmons D, ed., Current Pulmonology, Vol V, New York: Wiley 1984: 347-473.

165. Berg RA, Steinmann B, Rennard SI, Crystal RG. Ascorbate deficiency results in decreased collagen production: under-hydroxylation of proline leads to increased intracellular degradation. Archives Biochem Biophys 1983; 226: 681-686.

166. Rennard SI, Bitterman PB, Crystal RG. Pathogenesis of fibrosis in the granulomatous lung diseases. Am Rev Respir Dis 1984; 130: 492-496.

167. Yenokida G, Crystal RG. Idiopathic pulmonary fibrosis and "interstitial pneumonias". In: Goetzl EJ, Kay AB, eds., Current Perspectives in the Immunology of Respiratory Diseases. Scotland: Churchill Livingstone Publishing Co. 1985, Vol 3: 128-147.

168. Crystal RG. Interstitial lung disease. In: Wyngaarden JB, Smith LH Jr., eds., 17th Edition of the Cecil Textbook of Medicine, W.B. Saunders Co. 1985: 406-419.

169. Berg RA, Schwartz ML, Rome LH, Crystal RG. Lysosomal function in the degradation of defective collagen in cultured lung fibroblasts. Biochemistry 1984; 10: 2134-2138.

170. Fukuda Y, Ferrans VJ, Crystal RG. Development of elastic fibers of nuchal ligament, aorta and lung of fetal and postnatal sheep. Am J Anat 1984; 170: 597-629.

171. Rossi GA, Hunninghake GW, Gadek JE, Szapiel SV, Kawanami O, Ferrans VJ, Crystal RG. Hereditary emphysema in the tight-skin mouse: evaluation of pathogenesis. Am Rev Respir Dis 1984; 129: 850-855.

172. Mornex JF, Crystal RG. Protease-antiprotease imbalance in lung disease. In: Arnaud P, Bienvenu J, Laurent P, eds., Markers Proteins in Inflammation, Vol 2. New York and Berlin: Walter de Gruyter 1984: 261-270.

- 15 -

173. Rennard SI, Jaurand M-C, Bignon J, Ferrans VJ, Crystal RG. Connective tissue matrix of the pleura. In: Chretien J, ed., The Pleura in Health and Disease. New York: M Dekker, 1985: 70-85.

174. Davidson JM, Shibahara S, Boyd C, Mason ML, Tolstoshev P, Crystal RG. Elastin mRNA levels during fetal development of sheep nuchal ligament and lung hybridization to complementary and cloned DNA. Biochem J 1984; 220: 653-663.

175. Davidson JM, Shibahara S, Schafer MP, Harrison M, Leach C, Tolstoshev P, Crystal RG. Sheep elastin genes: isolation and preliminary characterization of a 9.9 kilobase genomic clone. Biochem J 1984; 220: 643-652.

176. Davis WB, Fells GA, Sun X-H, Gadek JE, Venet A, Crystal RG. Eosinophil-mediated injury to lung parenchymal cells and interstitial matrix: a possible role for eosinophils in chronic inflammatory disorders of the lower respiratory tract. J Clin Invest 1984; 74: 269-278.

177. Bitterman PB, Saltzman LE, Adelberg S, Ferrans VJ, Crystal RG. Alveolar macrophage replication: one mechanism for the expansion of the mononuclear phagocyte population in the chronically inflamed lung. J Clin Invest 1984; 74: 460-469.

178. Robinson BWS, Pinkston P, Crystal RG. Natural killer cells are present in the normal human lung but are functionally impotent. J Clin Invest 1984; 74: 942-950.

179. Rennard SI, Jaurand M-C, Bignon J, Kawanami O, Ferrans VJ, Davidson J, Crystal RG. Role of pleural mesothelial cells in the production of the submesothelial connective tissue matrix of lung. Am Rev Respir Dis 1984; 130: 267-274.

180. Lacronique JG, Rennard SI, Bitterman PB, Ozaki T, Crystal RG. Alveolar macrophages in idiopathic pulmonary fibrosis have glucocorticoid receptors, but glucocorticoid therapy does not suppress alveolar macrophage release of fibronectin and alveolar macrophage derived growth factor. Am Rev Respir Dis 1984; 130: 450-456.

181. Cantin A, and Crystal RG. Oxidants, antioxidants and the pathogenesis of emphysema. Europ J Respir Dis 1985; 66 (suppl. 139): 7-17.

182. Rossi GA, Hunninghake GW, Kawanami O, Ferrans VJ, Hansen CT, Crystal RG. Moth-eaten mice: an animal model with an inherited form of interstitial lung disease. Am Rev Respir Dis 1985; 131: 150-158.

183. Wewers MD, Rennard SI, Hance AJ, Bitterman PB, Crystal RG. Normal human alveolar macrophages obtained by bronchoalveolar lavage have a limited capacity to release interleukin-1. J Clin Invest 1984; 74: 2208-2218.

184. Hance AJ, Douches S, Winchester RJ, Ferrans VJ, Crystal RG. Characterization of mono-nuclear phagocyte subpopulations in the human lung using monoclonal antibodies: changes in alveolar macrophage phenotype associated with pulmonary sarcoidosis. J Immunology 1985; 134: 284-292.

185. Venet A, Hance AJ, Saltini C, Robinson BWS, Crystal RG. Enhanced alveolar macro-phage-mediated antigen-induced T-lymphocyte proliferation in sarcoidosis. J Clin Invest 1985; 75: 293-301.

186. Sun X-H, Davis WB, Fukuda Y, Ferrans VJ, Crystal RG. Experimental polymyxin-B in-duced interstitial lung disease characterized by an accumulation of cytotoxic eosinophils in the alveolar structures. Am Rev Respir Dis 1985; 131: 103-108.

187. Courtney M, Jallat A, Tessier LH, Benavente A, Crystal RG, Lecocq J-P. Synthesis in E. coli of alpha 1-antitrypsin variants with potential in the therapy of emphysema and thrombosis. Nature 1985; 313: 149-151.

188. Fukuda Y, Ferrans VJ, Schoenberger CI, Rennard SI, Crystal RG. Patterns of pulmonary structural remodeling following experimental paraquat toxicity: the morphogenesis of intraalveolar fibrosis. Am J Path 1985; 118:452-475.

189. Saltini C, and Crystal RG. Pulmonary Sarcoidosis: Pathogenesis, staging and therapy. Internat Arch Allergy Appl Immunol 1985; 76 (suppl.): 92-100.

190. Cantin A, and Crystal RG. "Interstitial Pathology": An overview of the chronic interstitial lung disorders. Internat Arch allergy Appl Immunol 1985; 76 (suppl.): 83-91.

191. Crystal RG. Sarcoidosis. In: Braunwald G, Isselbacher KJ, Petersdorf RG, Wilson JD, Mar-tin JB, Fauci AS, eds., 11th Edition of Harrison's Principles of Internal Medicine, McGraw-Hill 1987: 1445-1450.

192. Rossi GA, Bitterman PB, Rennard SI, Crystal RG. Evidence for chronic inflammation as a component of the interstitial lung disease associated with progressive systemic sclerosis. Am Rev Respir Dis 1985; 131: 612-617.

193. Robinson BWS, McLemore T, Crystal RG. Gamma interferon is spontaneously released by alveolar macrophages and lung T-lymphocytes in patients with pulmonary sarcoidosis. J Clin Invest 1985; 75: 1488-1495.

194. Straus SD, Fells GA, Wewers MD, Courtney M, Tessier L-H, Tolstoshev P, Lecocq J-P, Crystal RG. Evaluation of recombinant DNA-directed E. coli produced $\alpha$1-antitrypsin as an anti-neutrophil elastase for potential use as replacement therapy of $\alpha$1-antitrypsin defi-ciency. Biochem Biophys Res Comm 1985; 130: 1177-1185.

- 17 -

195. Pelham F, Wewers MD, Crystal RG, Buist SA, Janoff A. Urinary excretion of desmosine (elastin crosslinks) in subjects with PiZZ alpha 1-antitrypsin deficiency, a phenotype associated with hereditary predisposition to pulmonary emphysema. Am Rev Respir Dis 1985; 132: 821-823.

196. Crystal RG. Interstitial Lung Disorders. In: Braunwald G, Isselbacher KJ, Petersdorf R, Wilson JD, Martin JB, Fauci AS, eds., 11th Edition of Harrison's Principles of Internal Medicine, McGraw-Hill 1987: 1095-1102.

197. Rennard SI, Basset G, Lecossier D, O'Donnell KM, Martin PG, Crystal RG. Estimation of the apparent volume of epithelial lining fluid recovered by bronchoalveolar lavage using urea as an endogenous marker of dilution. J Appl Physiol 1986; 60(2): 532-538.

198. Willey JC, Ferrans VJ, Crystal RG. Functional pathology of the lung. In: Wick G, Schwarz S, Foerster O, and Peterlik M, eds., Funktionelle Pathologie. Gustav Fischer Verlog 1987: 636-658.

199. Martinet Y, Bitterman PB, Mornex J-F, Grotendorst GR, Martin GR, Crystal RG. Activated human monocytes express the c-sis protooncogene and release a mediator showing PDGF-like activity. Nature 1986; 319: 158-160.

200. Hirata T, Bitterman PB, Mornex J-F, Crystal RG. Expression of the transferrin receptor gene during the process of mononuclear phagocyte maturation. J Immunol 1986; 136(4): 1339-1345.

201. Nukiwa T, Brantly M, Garver R, Paul L, Courtney M, Lecocq J-P, Crystal RG. Evaluation of "at risk" alpha 1-antitrypsin genotype SZ with synthetic oligonucleotide gene probes. J Clin Invest 1986; 77: 528-537.

202. Miskulin M, Dalgleish R, Kluve-Beckerman B, Rennard SI, Tolstoshev P, Brantly M, Crystal RG. Human type III collagen gene expression is coordinately modulated with the type I collagen genes during fibroblast growth. Biochem 1986; 25: 1408-1413.

203. Basset F, Ferrans VJ, Soler P, Takemura T, Fuduka Y, Crystal RG. Intraluminal fibrosis in interstitial lung disorders. Am J Path 1986; 122: 443-461.

204. Garver RI Jr, Mornex J-F, Nukiwa T, Brantly M, Courtney M, Lecocq J-P, Crystal RG. Alpha 1-antitrypsin deficiency and emphysema caused by homozygous inheritance of non-expressing alpha 1-antitrypsin genes. N Engl J Med 1986; 314(12): 762-766.

205. Bitterman PB, Wewers MD, Rennard SI, Adelberg S, Crystal RG. Modulation of alveolar macrophage-driven fibroblast proliferation by alternative macrophage mediators. J Clin Invest 1986; 77(3): 700-708.

- 18 -

206. Casolaro A, Crystal RG. Interstitial lung disease. In: Current Therapy in Critical Care Medicine, Parrillo J, ed.; BC Decker 1987: 171-178.

207. Saltini C, Spurzem JR, Lee JL, Pinkston P, Crystal RG. Spontaneous release of interleukin-2 by lung T-lymphocytes in active pulmonary sarcoidosis is primarily from the Leu$^{3+}$ DR$^{+}$ T-cell subset. J Clin Invest 1986; 77: 1962-1970.

208. Mornex J-F, Chytil-Weir A, Martinet Y, Courtney M, Lecocq J-P, Crystal RG. Expression of the alpha 1-antitrypsin gene in mononuclear phagocytes of normal and alpha 1-antitrypsin deficient individuals. J Clin Invest 1986; 77: 1952-1961.

209. Wewers MD, Gadek JE, Keogh BA, Fells GA, Crystal RG. Evaluation of danazol therapy for patients with PiZZ alpha 1-antitrypsin deficiency. Am Rev Respir Dis 1986; 134: 476-480.

210. Mornex J-F, Martinet Y, Yamauchi K, Bitterman PB, Grotendorst GR, Chytil-Weir A, Martin GR, Crystal RG. Spontaneous expression of the c-sis gene and release of a platelet-derived growth factor-like molecule by human alveolar macrophages. J Clin Invest 1986; 78: 61-66.

211. Bitterman PB, Rennard SI, Keogh BA, Wewers MD, Adelberg S, Crystal RG. Familial idiopathic pulmonary fibrosis: evidence of lung inflammation in unaffected family members. N Engl J Med 1986; 314(21): 1343-1347.

212. Crystal RG, and Ferrans VJ. Reactions of the interstitial space to injury. In: Fishman AP, ed., Pulmonary Diseases and Disorders. New York: McGraw-Hill 1988: 711-738.

213. Müller-Quernheim J, Saltini C, Sondermeyer P, Crystal RG. Compartmentalized activation of the interleukin-2 gene by lung T-lymphocytes in active pulmonary sarcoidosis. J Immunol 1986; 137: 3475-3483.

214. Nukiwa T, Satoh K, Brantly ML, Ogushi F, Fells GA, Courtney M, Crystal RG. Identification of a second mutation in the protein coding sequence of the Z-type alpha 1-antitrypsin gene. J Biol Chem 1986; 261: 15989-15994.

214[*]. Jallat S, Tessier L-H, Benavente A, Crystal RG, Courtney M. Antiprotease targeting: altered specificity of α1-antitrypsin by amino acid replacement at the reactive centre. Rev Fr Transfus Immunohematol 1986; 29: 287-298.

215. Ozaki T, Rennard SI, Crystal RG. Cyclooxygenase metabolites are compartmentalized in the human lower respiratory tract. J Appl Physiol 1987; 62(1): 219-222.

216. Rossi GA, Szapiel S, Ferrans VJ, Crystal RG. Susceptibility to experimental interstitial lung disease is modified by immune and nonimmune related genes. Am Rev Respir Dis

- 19 -

1987; 135: 448-455.

217. Jallat S, Carvallo D, Tessier L-H, Roecklin D, Roitsch C, Ogushi F, Crystal RG, Courtney M. Altered specificities of genetically engineered α1-antitrypsin variants. Protein Engineering 1986; 1(1): 29-35.

218. Hubbard RC, and Crystal RG. Antiproteases and antioxidants: strategies for the pharmacologic prevention of lung destruction. Eur J Resp Dis 1986; 50(1): 56-73.

219. Tessier L-H, Jallat S, Sauvageot M, Crystal RG, Courtney M. RNA structural elements for expression in *Escherichia coli* α1-antitrypsin synthesis using translation control elements based on the cII ribosome binding site of phage λ. FEBS Lett 1986; 208(2): 183-188.

220. Crystal RG. Interstitial lung disease. In: Wyngaarden JB, Smith LH Jr., eds., 18th Edition of the Cecil Textbook of Medicine, W.B. Saunders Co. 1988: 421-435.

221. Wewers MD, Brantly ML, Casolaro MA, Crystal RG. Evaluation of tamoxifen as a therapy to augment α1-antitrypsin concentrations in Z homozygous α1-antitrypsin deficient subjects. Am Rev Resp Dis 1987; 135: 401-402.

222. Wewers MD, Casolaro MA, Crystal RG. Comparison of α1-antitrypsin levels and anti-neutrophil elastase capacity of blood and lung in an individual with the α1-antitrypsin phenotype null-null before and during α1-antitrypsin augmentation therapy. Am Rev Respir Dis 1987; 135: 539-543.

223. Garver RI, Chytil A, Karlsson S, Fells GA, Brantly ML, Courtney M, Kantoff PW, Nienhuis AW, Anderson WF, Crystal RG. Production of glycosylated, physiologically "normal" human α1-antitrypsin by mouse fibroblasts modified by insertion of a human α1-antitrypsin cDNA using a retroviral vector. Proc Natl Acad Sci 1987; 84(4): 1050-1054.

224. Cantin A, North SL, Hubbard RC, Crystal RG. Normal alveolar epithelial lining fluid contains high levels of glutathione. J Appl Physiol 1987; 63: 152-157.

225. Wewers MD, Saltini C, Sellers S, Tocci MJ, Bayne EK, Schmidt JA, Crystal RG. Evaluation of alveolar macrophages in normals and individuals with active pulmonary sarcoidosis for the spontaneous expression of the interleukin-1β gene. Cell Immunol 1987; 107(2): 479-488.

226. Spurzem JR, Saltini C, Rom W, Winchester RJ, Crystal RG. Mechanisms of macrophage accumulation in the lungs of asbestos-exposed individuals. Am Rev Respir Dis 1987; 136(2): 276-280.

227. Cantin AM, North SL, Fells GA, Hubbard RC, Crystal RG. Oxidant mediated epithelial cell injury in idiopathic pulmonary fibrosis. J Clin Invest 1987; 79: 1665-1675.

- 20 -

228. Pinkston P, Vijayan VK, Nutman TB, Rom WN, O'Donnell KM, Cornelius MJ, Kumaraswami V, Ferrans VJ, Takemura T, Yenokida G, Thiruvengadam KV, Tripathy SP, Ottesen EA, Crystal RG. Acute tropical pulmonary eosinophilia; characterization of the lower respiratory tract inflammation and its response to therapy. J Clin Invest 1987; 80: 216-225.

229. Wewers MD, Casolaro MA, Sellers SE, Swayze SC, McPhaul KM, Crystal RG. Replacement therapy for alpha 1-antitrypsin deficiency associated with emphysema. N Engl J Med 1987; 316: 1055-1062.

230. O'Donnell K, Keogh B, Cantin A, Crystal RG. Pharmacologic suppression of the neutrophil component of the alveolitis in idiopathic pulmonary fibrosis. Am Rev Respir Dis 1987; 136(2): 288-292.

231. Nukiwa T, Brantly M, Ogushi F, Fells G, Satoh K, Stier L, Courtney M, Crystal RG. Characterization of the M1 (ala$^{213}$) type of $\alpha$1-antitrypsin, a newly recognized, common "normal" $\alpha$1-antitrypsin haplotype. Biochemistry 1987; 26: 5259-5267.

232. Rom WN, Bitterman PB, Rennard SI, Cantin AM, Crystal RG. Characterization of the lower respiratory tract inflammation of nonsmoking individuals with interstitial lung disease associated with chronic inhalation of inorganic dusts. Am Rev Respir Dis 1987; 136: 1429-1434.

233. Casolaro MA, Fells G, Wewers M, Pierce JE, Ogushi F, Hubbard RC, Sellers S, Forstrom J, Lyons D, Kawasaki G, Crystal RG. Augmentation of lung antineutrophil elastase capacity with recombinant human $\alpha$1-antitrypsin. J Appl Physiol 1987; 63: 2015-2023.

234. Rennard SI, Bitterman PB, Ozaki T, Crystal RG. Colchicine suppresses the release of fibroblast growth factors from alveolar macrophages *in vitro:* the basis of a possible therapeutic approach to the fibrotic disorders. Am Rev Respir Dis 1988; 137: 181-185.

235. Nukiwa T, Takahashi H, Brantly M, Courtney M, Crystal RG. $\alpha$1-Antitrypsin Null Granite Falls, a non-expressing $\alpha$1-antitrypsin gene associated with a frameshift to stop mutation in a coding exon. J Biol Chem 1987; 262: 11999-12004.

236. Martinet Y, Rom WN, Grotendorst GR, Martin GR, Crystal RG. Exaggerated spontaneous release of a platelet-derived growth factor by alveolar macrophages from patients with idiopathic pulmonary fibrosis. N Engl J Med 1987; 317(4): 202-209.

237. Garver RI, Chytil A, Courtney M, Crystal RG. Clonal gene therapy: transplanted mouse fibroblast clones express human $\alpha$1-antitrypsin gene *in vivo*. Science 1987; 237: 762-764.

238. Pinkston P, Saltini C, Crystal RG. Corticosteroid therapy suppresses spontaneous interleukin-2 release and spontaneous proliferation of lung T-lymphocytes of patients with

- 21 -

active pulmonary sarcoidosis. J Immunol 1987; 139: 755-760.

239. Garver RI, Chytil A, Courntey M, Crystal RG. Clonal gene therapy: *in vivo* expression of a transplanted monoclonal population of murine fibroblasts containing a retrovirus inserted human α1-antitrypsin gene. Trans Assoc Am Phys 1987; Vol. C: 10-20.

240. Ogushi F, Fells GA, Hubbard RC, Straus SD, Crystal RG. Z-type α1-antitrypsin is less competent than M1-type α1-antitrypsin as an inhibitor of neutrophil elastase. J Clin Invest 1987; 80(5): 1366-1374.

241. Satoh K, Nukiwa T, Brantly M, Garver RI, Courtney M, Crystal RG. Emphysema associated with complete absence of α1-antitrypsin in serum and the homozygous inheritance of a stop condon in an α1-antitrypsin-coding exon. Am J Hum Genet 1988; 42: 77-83.

242. Yamauchi K, Martinet Y, Crystal RG. Modulation of fibronectin gene expression in human mononuclear phagocytes. J Clin Invest 1987; 80(6): 1720-1727.

243. Ogushi F, Hubbard RC, Fells GA, Casolaro MA, Curile DT, Brantly ML, Crystal RG. Evaluation of the S-type of alpha 1-antitrypsin as an *in vivo* and *in vitro* inhibitor of neutrophil elastase. Am Rev Respir Dis 1987; 137: 364-370.

244. Casolaro MA, Bernaudin J-F, Saltini C, Ferrans VJ, Crystal RG. Accumulation of Langerhans' cells on epithelial surface of the lower respiratory tract in normal subjects in association with cigarette smoking. Am Rev Respir Dis 1987; 137: 407-411.

245. Hubbard RC, Ogushi F, Fells GA, Cantin AM, Courtney M, Crystal RG. Oxidants spontaneously released by alveolar macrophages of cigarette smokers can inactivate the active site of α1-antitrypsin, rendering it ineffective as an inhibitor of neutrophil elastase. J Clin Invest 1987; 80(5): 1289-1295.

246. Spurzem JR, Saltini C, Crystal RG. Functional significance of anti-T-lymphocyte antibodies in sarcoidosis. Am Rev Respir Dis 1988; 137: 600-605.

247. Hance AJ, Crystal RG. Does de novo immunoglobulin synthesis occur on the epithelial surface of the human lower respiratory tract? Am Rev Respir Dis 1987; 137: 17-24.

248. Saltini C, Hemler ME, Crystal RG. T-lymphocytes compartmentalized on the epithelial surface of the lower respiratory tract express the very late activation antigen complex VLA-1. J Immunol Immunopath 1988; 46: 221-233.

249. Brantly M, Nukiwa T, Crystal RG. Molecular basis of α1-antitrypsin deficiency. Am J Med 1988; 84: 13-31.

250. Hubbard RC, Crystal RG. Alpha 1-antitrypsin augmentation therapy for alpha 1-antitrypsin

deficiency. Am J Med 1988; 84: 52-62.

251.  Takahashi H, Nukiwa T, Basset P, Crystal RG. Myelomonocytic cell lineage expression of the neutrophil elastase gene. J Biol Chem 1988 263: 2543-2547.

252.  Yamauchi K, Martinet Y, Basset P, Fells GA, Crystal RG. High levels of transforming growth factor-β are present in the epithelial lining fluid of the normal human lower respiratory tract. Am Rev Respir Dis 1988; 137: 1360-1363.

253.  Saltini C, Spurzem JR, Kirby MR, Crystal RG. Sarcoidosis is not associated with a generalized defect in T-cell suppressor function. J Immunol 1988; 140: 1854-1860.

254.  Brantly ML, Paul LD, Miller BH, Falk RT, Wu M, Crystal RG. Clinical features and natural history of the destructive lung disease associated with alpha 1-antitrypsin deficiency of adults with pulmonary symptoms. Am Rev Respir Dis 1988; 138: 327-336.

255.  Bernaudin J-F, Yamauchi K, Wewers MD, Tocci MJ, Ferrans VJ, Crystal RG. Demonstration by in situ hybridization of dissimilar IL-1β gene expression in human alveolar macrophages and blood monocytes in response to lipopolysaccharide. J Immunol 1988; 140: 3822-3829.

256.  Martinet Y, Crystal RG. Pathogenesis of tissue fibrosis: inflammatory cell modulation of mesenchymal cell accumulation. In: Tissue Fibrosis, Immune Cells and Mediators, Revillard JP, Wierzbicki N, eds. Foundation Franco-Allemande, Suresnes, France, 1987: 13-31.

257.  Nukiwa T, Brantly ML, Ogushi F, Fells GA, Crystal RG. Characterization of the gene and protein of the common α1-antitrypsin normal M2 allele. Am J Hum Genet 1988; 44(3): 322-330.

258.  Martinet Y, Yamuachi K, Crystal RG. Differential expression of the tumor necrosis factor/cachectic gene by blood and lung mononuclear phagocytes. Am Rev Respir Dis 1988; 138: 659-665.

259.  Konishi K, Moller DR, Saltini C, Kirby M, Crystal RG. Spontaneous expression of the interleukin-2 receptor gene and presence of functional interleukin-2 receptors on T-lymphocytes in the blood of individuals with active pulmonary sarcoidosis. J Clin Invest 1988; 82(3): 775-781.

260.  Martinet Y, Pinkston P, Saltini C, Spurzem J, Muller-Quernheim J, Crystal RG. Evaluation of the in vitro and in vivo effects of cyclosporine on the lung T-lymphocyte alveolitis of active pulmonary sarcoidosis. Am Rev Respir Dis 1988; 138: 1242-1248.

261.  Hubbard RC, Sellers S, Czerski D, Stephens L, Crystal RG. Biochemical efficacy and

safety of monthly augmentation therapy for α1-antitrypsin deficiency. JAMA 1988; 260: 1259-1264.

262.  Moller DR, Konishi K, Kirby M, Balbi B, Crystal RG. Bias toward use of a specific T-cell receptor β-chain variable region in a subgroup of individuals with sarcoidosis. J Clin Invest 1988; 82: 1183-1191.

263.  Rom WN, Basset P, Fells GA, Nukiwa T, Crystal RG. Alveolar macrophages release an insulin-like growth factor I-type molecule. J Clin Invest 1988; 82: 1685-1693.

264.  Takahashi H, Nukiwa T, Satoh K, Ogushi F, Brantly M, Fells GA, Stier L, Courtney M, Crystal RG. Characterization of the gene and protein of the α1-antitrypsin "deficiency" allele M$_{procida}$. J Biol Chem 1988; 263: 15528-15534.

265.  Takahashi H, Nukiwa T, Yoshimura K, Quick CD, States DJ, Holmes MD, Whang-Peng J, Knutsen T, Crystal RG. Structure of the human neutrophil elastase gene. J Biol Chem 1988; 263: 14739-14747.

266.  Hofker MH, Nelen M, Klasen EC, Nukiwa T, Curiel D, Crystal RG, Frants RR. Cloning and characterization of an α1-antitrypsin like gene 12 kb downstream of the genuine α1-antitrypsin gene. Biochem Biophys Res Commun 1988; 155: 634-642.

267.  Cantin AM, Hubbard RC, Crystal RG. Glutathione deficiency in the epithelial lining fluid of the lower respiratory tract of patients with idiopathic pulmonary fibrosis. Am Rev Respir Dis 1989; 139: 370-372.

268.  Adachi K, Yamauchi K, Bernaudin J-F, Ferrans VJ, Crystal RG. Evaluation of fibronectin gene expression by in situ hybridization: differential expression of the fibronectin gene among populations of human alveolar macrophages. Am J Pathol 1988; 138: 193-203.

269.  Crystal RG, Brantly ML, Hubbard RC, Curiel DT, States DJ, Holmes MD. The α1-antitrypsin gene and its mutations: clinical consequences and strategies for therapy. Chest 1989; 95: 196-208.

270.  Hubbard RC, Casolaro MA, Mitchell M, Sellers SE, Matthay MA, Crystal RG. Fate of aerosolized recombinant DNA produced α1-antitrypsin: use of the epithelial surface of the lower respiratory tract to administer proteins of therapeutic importance. Proc Natl Acad Sci 1989; 86: 680-684.

271.  Hofker MH, Nukiwa T, van Paassen HMB, Nelen M, Frants RR, Kramps JA, Klasen EC, Crystal RG. A pro --> leu substitution in condon 369 in the α1-antitrypsin deficiency variant PI MHeerlen. Hum Genet 1989; 81: 264-268.

272.  Brantly ML, Courtney M, Crystal RG. Repair of the secretion defect in the Z form of α1-antitrypsin by addition of a second mutation. Science 1988; 242: 1700-1702.

- 24 -

272.* Cohen AB, Woo S, Kelley r, Rosenbloom J, Crystal RG, Sifers R, Perlmutter D. Molecular genetics in pulmonary emphysema. Am Rev Respir Dis 1988; 138: 1041-1043.

273. Curiel D, Brantly M, Curiel E, Hubbard RC, Stier L, Sellers SE, Crystal RG. $\alpha$1-Antitrypsin deficiency caused by the $\alpha$1-antitrypsin Null$_{Mattawa}$ gene: An insertion mutation rendering the $\alpha$1-antitrypsin gene incapable of producing $\alpha$1-antitrypsin. J Clin Invest 1989; 83: 1144-1152.

274. Fouret P, du Bois RM, Bernaudin J-F, Takahashi H, Ferrans VJ, Crystal RG. Expression of the neutrophil elastase gene during human bone marrow cell differentiation. J Exp Med 1989; 169: 833-845.

275. Spurzem JR, Saltini C, Kirby M, Konishi K, Crystal RG. Expression of HLA class II genes in alveolar macrophages of individuals with sarcoidosis. Am Rev Respir Dis 1989; 140: 89-94.

276. Saltini C, Winestock K, Kirby M, Pinkston P, Crystal RG. Maintenance of alveolitis in patients with chronic beryllium disease by beryllium-specific helper T-cells. N Engl J Med 1989; 320: 1103-1109.

277. Okayama H, Curiel DT, Brantly ML, Holmes MD, Crystal RG. Rapid, nonradioactive detection of mutations in the human genome by allele specific amplification. J Lab Clin Med 1989; 114: 105-113.

278. Hubbard RC, Brantly ML, Sellers SE, Mitchell ME, Crystal RG. Anti-neutrophil-elastase defenses of the lower respiratory tract in $\alpha$1-antitrypsin deficiency directly augmented with an aerosol of $\alpha$1-antitrypsin. Ann Intern Med 1989; 111: 206-212.

279. Curiel DT, Chytil A, Courtney M, Crystal RG. Serum $\alpha$1-antitrypsin deficiency associated with the common S-type (Glu$^{264}$-> Val) mutation results from exaggerated preglycosylation intracellular degradation of $\alpha$1-antitrypsin prior to secretion. J Biol Chem 1989; 264: 10477-10485.

280. Holmes M, Curiel D, Brantly M, Crystal RG. Characterization of the intracellular mechanism causing the alpha 1-antitrypsin Null$_{granite falls}$ deficiency state. Am Rev Respir Dis 1989; 140: 1662-1667.

281. Curiel DT, Holmes MD, Okayama H, Brantly ML, Vogelmeier C, Travis WD, Stier L, Perks WH, Crystal RG. Molecular basis of the lung and liver disease associated with the $\alpha$1-antitrypsin deficiency allele M$_{malton}$. J Biol Chem 1989; 264: 13938-13945.

282. Takemura T, Rom WN, Ferrans VJ, Crystal RG. Morphologic characterization of alveolar macrophages from subjects with occupational exposure to inorganic particles. Am Rev Respir Dis 1989; 140: 1674-1685.

283. Abe T, Takahashi H, Holmes MD, Curiel DT, Crystal RG. Ribonuclease A cleavage combined with the polymerase chain reaction for detection of the Z mutation of the alpha 1-antitrypsin gene. Amer J Respir Cell Molec Biol 1989; 1: 329-334.

284. Hubbard RC, McElvaney NG, Sellers SE, Healy JT, Czerski DB, Crystal RG. Recombinant DNA-produced α1-antitrypsin administered by aerosol augments lower respiratory tract anti-neutrophil elastase defenses in individuals with α1-antitrypsin deficiency. J Clin Invest 1989; 84: 1349-1354.

285. Pavirani A, Skern T, Le Meur M, Lutz Y, Lathe R, Crystal RG, Fuchs J-P, Gerlinger P, Courtney M. Recombinant proteins of therapeutic interest expressed by lymphoid cell lines derived from transgenic mice. Bio-Technology 1989; 7: 1049-1054.

286. Crystal RG. Impact of cell and molecular biology on pulmonary disease. In: Wilson JD, Braunwald E, Isselbacher KJ, Petersdorf RG, Martin JB, Fauci AS, Root RK, eds., 12th Edition of Harrison's Principles of Internal Medicine. McGraw-Hill, New York 1990; 1027-1031.

287. Curiel DT, Laubach V, Vogelmeier C, Wurts L, Crystal RG. Characterization of the sequence of the normal α1-antitrypsin M3 allele and function of the M3 protein. Am J Respir Cell Molec Biol 1989; 1: 471-477.

288. Okayama H, Holmes MD, Brantly ML, Crystal RG. Characterization of the coding sequence of the normal M4 α1-antitrypsin gene. Biochem Biophys Res Commun 1989; 162: 1560-1570.

289. Crystal RG. Sarcoidosis. In: Wilson JD, Braunwald E, Isselbacher KJ, Petersdorf RG. Martin JB, Fauci AS, Root RK, eds. 12th Edition of Harrison's Principles of Internal Medicine. McGraw-Hill, New York 1990; 1463-1469.

290. Hubbard RC, Crystal RG. Augmentation therapy of α1-antitrypsin deficiency. Eur J Respir Dis 1990 (suppl.); 9: 44S-52S.

291. Trapnell BC, Crystal RG. Pathogenesis of tissue fibrosis: growth factor gene expression in mononuclear phagocytes. In: Progress of Immunology, Melchers F, ed., Springer-Verlag 1989: 754-760.

292. Nutman TB, Vijayan VK, Pinkston P, Kumaraswami V, Steer C, Crystal RG, Ottesen EA. Tropical pulmonary eosinophilia: analysis of anti-filarial antibody localized to the lung. J Infect Dis 1989; 160: 1042-1051.

293. Hubbard RC, Crystal RG. Strategies for aerosol therapy of α1-antitrypsin deficiency by the aerosol route. Lung 1990 (suppl.); 168: 564-578.

294. Curiel DT, Stier LE, Crystal RG. Molecular basis of α1-antitrypsin deficiency and emphysema associated with the α1-antitrypsin M$_{mineral\ springs}$ allele. Molec Cell Biol 1990; 10: 47-56.

295. Nagoaka I, Trapnell BC, Crystal RG. Regulation of insulin-like growth factor-I gene expression in mononuclear phagocytes. J Clin Invest 1990; 85: 448-455.

296. Buhl R, Jaffe HA, Holroyd KJ, Wells FB, Mastrangeli A, Saltini C, Cantin AM, Crystal RG. Systemic glutathione deficiency in symptom-free HIV-seropositive individuals. Lancet 1989; 2: 1294-1298.

297. Crystal RG. The α1-antitrypsin gene and its deficiency states. Trends in Genetics 1989; 5: 411-417.

298. Holmes MD, Brantly ML, Curiel DT, Weidinger S, Crystal RG. Characterization of the normal α1-antitrypsin allele V$_{munich}$: a variant associated with a unique protein isoelectric focusing pattern. Am J Hum Genetics 1990; 46: 810-816.

299. Crystal RG. α1-antitrypsin deficiency, emphysema and liver disease: genetic basis and strategies for therapy. J Clin Invest 1990; 85: 1343-1352.

300. Balbi B, Moller DR, Kirby M, Holroyd K, Crystal RG. Increased numbers of T-lymphocytes with γδ+ antigen receptors in a subgroup of individuals with pulmonary sarcoidosis. J Clin Invest 1990; 85: 1353-1361.

301. Saltini C, Kirby M, Trapnell BC, Tamura N, Crystal RG. Biased accumulation of T-lymphocytes with "memory"-type CD45 leukocyte common antigen gene expression on the epithelial surface of the human lung. J Exp Med 1990; 171: 1123-1140.

302. Tamura N, Holroyd KJ, Banks T, Kirby M, Okayama H, Crystal RG. Diversity in junctional sequences associated with the common human γ9 and Vδ2 gene segments in normal blood and lung compared to the limited diversity in a granulomatous disease. J Exp Med 1990; 172: 169-181.

303. Nagaoka I, Trapnell BC, Crystal RG. Up-regulation of platelet-derived growth factor-A and -B gene expression in alveolar macrophages of individuals with idiopathic pulmonary fibrosis. J Clin Invest 1990; 85: 2023-2027.

304. Takahashi H, Crystal RG. α1-Antitrypsin Null$_{isola\ de\ procida}$: a novel sub-class of α1-Antitrypsin deficiency alleles caused by deletion of all α1-Antitrypsin coding of exons. Am J Hum Genetics 1990; 47: 403-413.

305. Borok Z, Trapnell BC, Crystal RG. Neutrophils and the Pathogenesis of Idiopathic Pulmonary Fibrosis. In: Baggiolini M, Pozzi E, Semenzato G, eds. Pathophysiology of pulmonary

- 27 -

cells: neutrophils and lymphocytes. Masson Italia, Milano 1990: 111-122.

306. Holroyd KJ, Brody SL, Mastrangeli A, Crystal RG. T-lymphocyte "Abnormalities" in Sarcoidosis: Normal T-cells Chronically Driven or Abnormal T-cells Endogenously Stimulated? In: Baggiolini M, Possi E, Semenzato G, eds. Pathophysiology of pulmonary cells: neutrophils and lymphocytes. Masson Italia, Milano 1990: 193-207.

307. Saltini C, Pinkston P, Crystal RG. The specific immunity of chronic beryllium disease. In: Baggiolini M, Pozzi E, Semenzato G, eds. Pathophysiology of pulmonary cells: neutrophils and lymphocytes. Masson Italia, Milano 1990: 249-260.

308. Fukada Y, Basset F, Soler P, Ferrans VJ, Masugi Y, Crystal RG. Intra-luminal fibrosis and elastic fiber degradation associated with lung remodeling in pulmonary Langerhans' cell granulomatosis. Am J Path. 1990; 137: 415-424.

309. Cantin AM, North LS, Fells GA, Hubbard RC, Crystal RG. Antioxidant macromolecules in the epithelial lining fluid of the normal human lower respiratory tract. J Clin Invest 1990; 86: 962-971.

310. Buhl R, Vogelmeier C, Crittenden M, Hubbard RC, Hoyt RF, Wilson EM, Cantin AM, Crystal RG. Augmentation of reduced glutathione levels in the epithelial lining fluid of the lower respiratory tract by direct aerosol administration of glutathione. Proc Natl Acad Sci 1990; 87: 4063-4067.

311. Crystal RG. Interstitial lung disease. In: Wyngaarden JR, Smith LH, Jr., eds., 19th Edition of The Cecil Textbook of Medicine, W.B. Saunders Co., 1991: 396-409.

312. Weibel ER, Crystal RG. Structural organization of the pulmonary interstitium. In: Crystal RG, West JB, eds-in-chief, Barnes F, Weibel ER, Cherniack NS, assoc ed. The Lung. Scientific Foundations. Raven Press, New York 1991: 369-380.

313. Crystal RG. Alveolar macrophages. In: Crystal RG, West JB, eds-in-chief, Barnes F, Weibel ER, Cherniack NS, assoc eds. The Lung. Scientific Foundations. Raven Press, New York 1991: 527-538.

314. Saltini C, du Bois R, Crystal RG. Lymphocytes. In: Crystal RG, West JB, eds-in-chief, Barnes F, Weibel ER, Cherniack NS, Assoc Eds. The Lung. Scientific Foundations. Raven Press, New York 1991: 459-482.

315. Hubbard RC, Brantly M, Crystal RG. Proteases. In: Crystal RG, West JB, eds-in-chief, Barnes F, Weibel ER, Cherniack NS, assoc eds. The Lung. Scientific Foundations. Raven Press, New York 1991: 1763-1774.

316. Hubbard RC, Crystal RG. Antiproteases. In: Crystal RG, West JB, eds-in-chief, Barnes F,

- 28 -

Weibel ER, Cherniack NS, assoc eds. The Lung. Scientific Foundations. Raven Press, New York 1991: 1775-1788.

317. Rom WN, Crystal RG. Consequences of chronic inorganic dust exposure. In: Crystal RG, West JB, eds-in-chief, Barnes F, Weibel ER, Cherniack NS, assoc eds. The Lung. Scientific Foundations. Raven Press, New York 1991: 1885-1898.

318. Holroyd K, Crystal RG. Deficiency in host defense. In: Crystal RG, West JB, eds-in-chief, Barnes F, Weibel ER, Cherniack NS, assoc eds. The Lung. Scientific Foundations. Raven Press, New York 1991: 1913-1924.

319. duBois R, Saltini C, Holroyd K, Crystal RG. Granulomatous processes. In: Crystal RG, West JB, eds-in-chief, Barnes F, Weibel ER, Cherniack NS, assoc eds. The Lung. Scientific Foundations. Raven Press, New York 1991: 1925-1938.

320. Crystal RG, Ferrans VJ, Basset F. Biologic basis of pulmonary fibrosis. In: Crystal RG, West JB, eds-in-chief, Barnes F, Weibel ER, Cherniack NS, assoc eds. The Lung. Scientific Foundations. Raven Press, New York 1991: 2031-2046.

321. Hubbard RC, Crystal RG. Vulnerability of the lung to proteolytic injury. In: Crystal RG, West JB, eds-in-chief, Barnes F, Weibel ER, Cherniack NS, assoc eds. The Lung. Scientific Foundations. Raven Press, New York 1991: 2059-2072.

322. Holmes MD, Brantly ML, Fells GA, Crystal RG. $\alpha$1-Antitrypsin W$_{bethesda}$: Molecular basis of an unusual $\alpha$1-Antitrypsin deficiency variant. Biochem Biophys Res Commun 1990; 170: 1013-1020.

323. Rom WN, Vijayan VK, Cornelius MJ, Kumaraswami V, Prabhakar R, Ottensen EA, Crystal RG. Persistent lower respiratory tract inflammation associated with interstitial lung disease in patients with tropical pulmonary eosinophilia following conventional treatment with diethylcarbamazine. Am Rev Respir Dis 1990; 142: 1088-1092.

324. Holmes MD, Brantly ML, Crystal RG. Molecular analysis of the heterogeneity among the P-family of $\alpha$1-antitrypsin alleles. Am Rev Respir Dis 1990; 142: 1185-1192.

325. Voglemeier C, Buhl R, Hoyt RF, Wilson E, Fells GA, Hubbard RC, Schnebli H-P, Thompson RC, Crystal RG. Aerosolization of recombinant SLPI to augment antineutrophil elastase protection of pulmonary epithelium. J Appl Physiol 1990; 69(5): 1843-1948.

326. Holroyd KJ, Tamura N, Banks T, Kirby M, Okayama H, Crystal RG. Limited diversity of $\gamma\delta$ T-cell antigen receptor junctional region sequences in individuals with sarcoidosis compared to broad diversity in normals. Trans Am Assoc Phy 1990; 102-111.

327. Saltini C, Kirby M, Bisetti A, Crystal RG. The lung epithelial immune system. J Immunol

- 29 -

Research 1991; 3: 43-48.

328. McElvaney NG, Birrer P, Chang-Stroman LM, Crystal RG. Neutrophils, neutrophil elastase and the fragile lung: The pathogenesis and therapeutic strategies relating to lung derangement in the common hereditary lung disorders. In: Grassi C, Travis J, Casali L, Luisetti M, eds. Current Topics in Rehabilitation: Biochemistry of Pulmonary Emphysema. Bi & Gi Publishers, Verona 1992; 169-187.

329. Vogelmeier C, Hubbard RC, Fells GA, Schnebli H-P, Thompson RC, Fritz H, Crystal RG. Anti-neutrophil elastase defense of the normal human respiratory epithelial surface provided by the secretory leukoprotease inhibitor. J Clin Invest 1991; 87: 442-448.

330. Tamura N, Moller DR, Balbi B, Crystal RG. Preferential usage of the T-cell antigen receptor β-chain constant region Cβ1 element by lung T-lymphocytes of individuals with pulmonary sarcoidosis. Am Rev Respir Dis 1991; 143: 635-639.

331. Ogushi F, Hubbard RC, Fells GA, Crystal RG. Risk factors for emphysema: cigarette smoking is associated with a reduction in the association rate constant of lung α1-antitrypsin for neutrophil elastase. J Clin Invest 1991; 87: 1060-1065.

332. Crystal RG. α1-Antitrypsin deficiency: Pathogenesis and treatment. Hosp Prac 1991; 26: 81-94.

333. McElvaney NG, Hubbard RC, Birrer P, Chernick M, Caplan DB, Frank MM, Crystal RG. Aerosol α1-antitrypsin treatment for cystic fibrosis. The Lancet 1991; 337: 392-394.

334. Birrer P, McElvaney NG, Chang-Stroman LM, Crystal RG. α1-antitrypsin deficiency and liver disease. J Inher Metab Dis 1991; 14(4): 512-525.

335. Brantly ML, Wittes JT, Vogelmeier CF, Hubbard RC, Fells GA, Crystal RG. Use of a highly purified α1-antitrypsin standard to establish ranges for the common normal and deficient α1-antitrypsin phenotypes. Chest 1991; 100: 703-708.

336. Yoshimura K, Nakamura H, Trapnell BC, Dalemans W, Pavirani A, Lecocq J-P, Crystal RG. The cystic fibrosis gene has a "housekeeping" type promoter and is expressed at low levels in cells of epithelial origin. J Biol Chem 1991; 266(14): 9140-9144.

337. Okayama H, Brantly ML, Holmes M, Crystal RG. Characterization of the molecular basis of the α1-antitrypsin F allele. Am J Hum Gen 1991; 48: 1154-1158.

338. du Bois RM, Bernaudin J-F, Paakko P, Hubbard RC, Takahashi H, Curiel D, Ferrans VJ, Crystal RG. Human neutrophils express the α1-antitrypsin gene and produce α1-antitrypsin. Blood 1991; 77(12): 2724-2730.

- 30 -

339.  Abe T, Kobayashi N, Yoshimura K, Trapnell BC, Kim H, Hubbard RC, Brewer MT, Thompson RC, Crystal RG. Expression of the secretory leukoprotease inhibitor gene in epithelial cells. J Clin Invest 1991; 87: 2207-2215.

340.  Rosenfeld MA, Siegfried W, Yoshimura K, Yoneyama K, Fukayama M, Stier LE, Paakko PK, Gilardi P, Stratford-Perricaudet LD, Perricaudet M, Jallat S, Pavirani A, Lecocq J-P, Crystal RG. Adenovirus-mediated transfer of a recombinant α1-antitrypsin gene to the lung epithelium *in vivo*. Science 1991; 252: 431-434.

341.  Chu C-S, Trapnell BC, Murtagh JJ, Moss J, Dalemans W, Jallat S, Mercenier A, Pavirani A, Lecocq J-P, Cutting G, Guggino WB, Crystal RG. Variable deletion of exon 9 coding sequences in cystic fibrosis transmembrane conductance regulator gene mRNA transcripts in normal bronchial epithelium. EMBO J. 1991; 10: 1355-1363.

342.  Jaffe HA, Buhl R, Mastrangeli A, Holroyd KJ, Saltini C, Czerski D, Jaffe HS, Kramer S, Sherwin S, Crystal RG. Organ specific cytokine therapy: local activation of mononuclear phagocytes by delivery of an aerosol of recombinant interferon-γ to the human lung. J Clin Invest 1991; 88: 297-302.

343.  Trapnell BC, Chu C-S, Paakko PJ, Banks TC, Yoshimura K, Ferrans VJ, Chernick MS, Crystal RG. Expression of the cystic fibrosis transmembrane conductance regulator gene in the respiratory tract of normals and individuals with cystic fibrosis. Proc Natl Acad Sci 1991; 88(15): 6565-6569.

344.  Trapnell BC, Zeitlin PL, Chu C-S, Yoshimura K, Nakamura H, Guggino WB, Bargon J, Banks TC, Dalemans W, Pavirani A, Lecocq J-P, Crystal RG. Down-regulation of cystic fibrosis gene mRNA transcript levels and induction of the cystic fibrosis chloride secretory phenotype in epithelial cells by phorbol ester. J Biol Chem 1991; 266: 10319-10323.

345.  Crystal RG. α1-antitrypsin deficiency. In: Fishman AP, ed., Update: Pulmonary disease and disorders, New York, McGraw-Hill 1992: 19-35.

346.  Holroyd KJ, Crystal RG. Sarcoidosis. In: Roitt IM, Delves PG, eds., Encyclopedia of Immunology, London, Academic Press 1992: 1352-1355.

347.  Brody S, Crystal RG. Gene therapy of the respiratory tract. In: Boiron M, Haguenauer OC, eds., Human gene transfer, John Libbey Eurotext Limited. Montrouge, France 1991; 219: 147-158.

348.  Hubbard RC, Fells GA, Gadek JE, Pacholok S, Humes J, Crystal RG. Neutrophil accumulation in the lung in α1-antitrypsin deficiency: spontaneous release of LTB$_4$ by alveolar macrophages. J Clin Invest 1991; 88: 891-897.

349.  Crystal RG. Oxidants and respiratory tract epithelial injury: Pathogenesis and strategies for

- 31 -

therapeutic intervention. Am J Med (suppl 3C) 1991; 91: 39S-44S.

350. Mason DY, Cramer EM, Masse J-M, Crystal RG, Bassot J-M, Breton-Gorius J. α1-Antitrypsin is present within the primary granules of human polymorphonuclear leukocytes. Am J Path 1991; 139(3): 623-628.

351. Fukayama M, Kanno T, Brody S, Kirby M, Crystal RG. Respiratory tract gene transfer: Transplantation of genetically modified T-lymphocytes directly to the respiratory epithelial surface. J Biol Chem 1991; 266: 18339-18344.

352. Borok Z, Buhl R, Grimes G, Bokser A, Hubbard RC, Holroyd KJ, Roum JH, Czerski DB, Cantin AM, Crystal RG. Effect of glutathione aerosol on oxidant-antioxidant imbalance in idiopathic pulmonary fibrosis. Lancet 1991; 338: 215-216.

353. Nakamura H, Yoshimura K, Jaffe HA, Crystal RG. Interleukin-8 gene expression in human bronchial epithelial cells. J Biol Chem 1991; 266(29): 19611-19617.

354. Borok Z, Gillissen A, Buhl R, Hoyt RF, Hubbard RC, Ozaki T, Rennard SI, Crystal RG. Augmentation of functional prostaglandin E levels on the respiratory epithelial surface by aerosol administration of prostaglandin E. Am Rev Respir Dis 1991; 144: 1080-1084.

355. Yoshimura K, Nakamura H, Trapnell BC, Chu C-S, Dalemans W, Pavirani A, Lecocq J-P, Crystal RG. Expression of the cystic fibrosis transmembrane conductance regulator gene in cells of nonepithelial origin. Nucl Acids Res 1991; 19: 5417-5423.

356. Hamosh A, Trapnell BC, Zeitlin PL, Montrose-Rafizadeh C, Rosenstein BJ, Crystal RG, Cutting GR. Severe deficiency of CFTR mRNA carrying nonsense mutations R553X and W1316X in respiratory epithelial cells of patients with cystic fibrosis. J Clin Invest 1991; 88: 1880-1885.

357. Jennings CA, Crystal RG. In: Gallin JI, Goldstein IM, Snyderman R, eds., Inflammation. Basic Principles and Clinical Correlates. Raven Press, New York. 1992; 983-997.

358. du Bois RM, Kirby M, Balbi B, Saltini C, Crystal RG. T-lymphocytes that accumulate in the lung in sarcoidosis have evidence of recent stimulation of the T-cell antigen receptor. Am Rev Respir Dis. 1992; 145:1205-1211.

359. Rosenfeld MA, Yoshimura K, Trapnell BC, Yoneyama K, Rosenthal ER, Dalemans W, Fukayama M, Bargon J, Stier LE, Stratford-Perricaudet LD, Perricaudet M, Guggino WB, Pavirani A, Lecocq J-P, Crystal RG. *In vivo* transfer of the human cystic fibrosis transmembrane conductance regulator gene to the airway epithelium. Cell 1992; 68: 143-155.

360. Dalemans W, Barbry P, Champigny G, Jallat S, Dott K, Dreyer D, Crystal RG, Pavirani A,

- 32 -

Lazdunski M, Lecocq J-P. Altered C1-channel kinetics associated with the major (ΔF508) cystic fibrosis mutation. Nature 1991; 354: 526-528.

361. Feuerbach FJ, Crystal RG. Progress in Human Gene Therapy. Kidney Int 1996; 49: 1791-1794.

362. Nakamura H, Yoshimura K, McElvaney NG, Crystal RG. Neutrophil elastase in respiratory epithelial lining fluid of individuals with cystic fibrosis induces interleukin-8 expression in a human bronchial epithelial cell line. J Clin Invest 1992; 89:1478-1484.

363. Perraud F, Yoshimura K, Louis B, Dalemans W, Ali-Hadji D, Schultz H, Claudepierre M-C, Chartier C, Danel C, Bellocq J-P, Crystal RG, Lecocq J-P, Pavirani A. The promoter of the human cystic fibrosis transmembrane conductance regulator gene directing SV40 T antigen expression induces malignant proliferation of ependymal cells in transgenic mice. Oncogene 1992; 7,993-997.

364. Hubbard RC, McElvaney NG, Birrer P, Shak S, Robinson WW, Jolley C, Wu M, Chernick MS, Crystal RG. A preliminary study of aerosolized recombinant human DNase therapy in the treatment of cystic fibrosis. N Engl J Med 1992; 326: 812-815.

365. Bargon J, Trapnell BC, Chu C-S, Rosenthal ER, Yoshimura K, Guggino WB, Dalemans W, Pavirani A, Lecocq J-P, Crystal RG. Down-regulation of cystic fibrosis transmembrane conductance regulator gene expression by agents that modulate intracellular divalent cations. Molec Cell Biol. 1992; 12:4:1872-1878.

366. Yoshimura K, Crystal RG. Transcriptional and post-transcriptional modulation of human neutrophil elastase gene expression. Blood. 1992; 79:2733-2740.

367. Crystal RG. Gene therapy strategies for pulmonary disease. Am J Med 1992; 92(6A):44S-52S.

368. Crystal RG. α1-Antitrypsin augmentation therapy for chronic obstructive lung disorders. Drugs Fut 1992; 17(5):387-393.

369. Birrer P, McElvaney NG, Gillissen A, Hoyt RF, Bloedow DC, Hubbard RC, Crystal RG. Intravenous administration of recombinant secretory leukoprotease inhibitor as strategy to augment antineutrophil elastase protective screen of the lung. J Appl Physiol 1992; 317-323.

370. Lemarchand P, Jaffe HA, Danel C, Cid MC, Kleinman HK, Stratford- Perricaudet LD, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. Adenovirus-mediated transfer of a recombinant human α1-antitrypsin cDNA to human endothelial cells. Proc Natl Acad Sci. 1992; 89: 6482-6486.

- 33 -

371. Yoshimura K, Rosenfeld MA, Nakamura H, Scherer EM, Parvirani A, Lecocq J-P, Crystal RG. Expression of the human cystic transmembrane conductance regulator gene in the mouse lung after *in vivo* intratracheal plasmid-mediated gene transfer. Nucl Acid Res 1992; 20: 3233-3240.

372. Chu CS, Trapnell BC, Curristin SM, Cutting GR, Crystal RG. Extensive post-transcriptional deletion of the coding sequences for part of nucleotide-binding fold 1 in respiratory epithelial mRNA transcripts of the cystic fibrosis transmembrane conductance regulator gene is not associated with the clinical manifestations of cystic fibrosis. J Clin Invest. 1992; 90: 785-790.

373. McElvaney NG, Nakamura H, Birrer P, Hebert CA, Wong WL, Alphonse M, Baker JB, Catalano MA, Crystal RG. Modulation of airway inflammation in cystic fibrosis: *In vivo* suppression of interleukin-8 levels on the respiratory epithelial surface by aerosolization of recombinant secretory leukoprotease inhibitor. J Clin Invest. 1992; 90: 1296-1301.

374. Bargon J, Trapnell BC, Yoshimura K, Dalemans W, Pavirani A, Lecocq J-P, Crystal RG. Expression of the cystic fibrosis transmembrane conductance regulator gene can be regulated by protein kinase C. J Biol Chem. 1992; 23: 16056-16060.

375. Jaffe HA, Danel C, Longenecker G, Metzger M, Setoguchi Y, Rosenfeld MA, Gant TW, Thorgeirsson SS, Stratford-Perricaudet LD, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. Adenovirus-mediated *in vivo* gene transfer and expression in normal rat liver. Nature Genetics. 1992; 1: 372-378.

376. Chu C-S, Trapnell BC, Curristin S, Cutting GR, Crystal RG. Genetic basis for variable exon 9 skipping in cystic fibrosis transmembrane conductance regulator mRNA. Nature Genetics. 1993; 3: 151-156.

377. Mastrangeli A, Danel C, Rosenfeld MA, Stratford-Perricaudet L, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. Diversity of airway epithelial cell targets for *in vivo* recombinant adenovirus-mediated gene transfer. J Clin Invest. 1993; 91: 225-234.

378. Yoshimura K, Chu C-S, Crystal RG. Alternative splicing of intron 23 of the human cystic fibrosis transmembrane conductance regulator gene resuing in a novel exon and transcript coding for a shortened intracytoplasmic C-terminus. J Biol Chem. 1993; 268: 686-690.

379. Crystal RG. Sarcoidosis. In: Wilson JD, Braunwald E, Isselbacher KJ, Petersdorf RG. Martin JB, Fauci AS, Root RK, eds. 13th Edition of Harrison's Principles of Internal Medicine. McGraw-Hill, New York 1994; 1679-1684.

380. Crystal RG. Impact of cell and molecular biology on pulmonary disease. In: Wilson JD, Braunwald E, Isselbacher KJ, Petersdorf RG, Martin JB, Fauci AS, Root RK, eds., 13h Edition of Harrison's Principles of Internal Medicine. McGraw-Hill, New York 1994; 1147-

- 34 -

1151.

381. Rosenfeld MA, Crystal RG. Gene Therapy. In: Parker SP, ed. Yearbook of Science and Technology. McGraw-Hill, New York 1994; 186-188.

382. Yoshimura K, Rosenfeld MA, Seth P, Crystal RG. Adenovirus-mediated augmentation of cell transfection with unmodified plasmid vectors. J Biol Chem. 1993; 268(4): 2300-2303.

383. Nakamura H, Yoshimura K, Bajocchi G, Trapnell BC, Pavirani A, Crystal RG. Tumor necrosis factor modulation of expression of the cystic fibrosis transmembrane conductance regulator gene. FEBS Letters. 1993; 3: 366-370.

384. Buhl R, Jaffe HA, Holroyd KJ, Borok Z, Roum JH, Mastrangeli A, Wells FB, Saltini C, and Crystal RG. Activation of alveolar macrophages in asymptomatic HIV-infected individuals. J Immunol. 1993; 150: 1019-1028.

385. Rosenfeld MA, Crystal RG. Gene therapy for pulmonary diseases. Path Biol. 1993; 41: 677-680.

386. Bajocchi G, Feldman SH, Crystal RG, Mastrangeli A. Direct *in vivo* gene transfer to ependymal cells in the central nervous system using replication deficient recombinant adenovirus vectors. Nature Genetics. 1993; 3: 229-234.

387. Lemarchand P, Jones M, Yamada I, Crystal RG. *In vivo* gene transfer and expression in normal, uninjured blood vessels using replication deficient recombinant adenovirus vectors. Circ Res. 1993; 72: 1132-1138.

388. Erzurum SC, Lemarchand P, Rosenfeld MA, Yoo J-H, Crystal RG. Protection of human endothelial cells from oxidant injury by adenovirus-mediated transfer of the human catalase cDNA. Nucl Acid Res. 1993; 21: 1607-1612.

389. Gillissen A, Roum JH, Hoyt RF, Crystal RG. Augmentation of respiratory epithelial lining fluid antioxidant screen by aerosolization of recombinant human $Cu^{++}/Zn^{++}$ super oxide dismutase. Chest. 1993; 104:3: 811-815.

390. Erzurum SC, Danel C, Chu C-S, Trapnell BC, Crystal, RG. In vivo antioxidant gene expression in human airway epithelium of normal individuals exposed to 100% $0_2$. J Appl Physiol. 1993; 75:3: 1256-1262.

391. McElvaney NG, Doujaiji B, Moan MJ, Burnham MR, Crystal RG. Pharmacokinetics of recombinant secretory leukoprotease inhibitor aerosolized to normals and individuals with cystic fibrosis. Am Rev Resp Dis. 1993; 148:1056-1060.

392. Roum JA, Buhl R, McElvaney NG, Borok Z, Crystal RG. Systemic deficiency of

glutathione in cystic fibrosis. J Appl Physiol 1993: 2419-2424

393. Gillissen A, Birrer P, Buhl R, Vogelmeier C, Hoyt RF, McElvaney NG, Hubbard RC, Crystal RG. Recombinant secretory leukoprotease inhibitor augments glutathione levels in lung epithelial lining fluid. J Appl Physiol 1993: 825-832.

394. Guzman RJ, Lemarchand P, Crystal RG, Epstein SE, Finkel T. Efficient and selective adenoviral-mediated gene transfer into vascular neointima. Circulation 1993; 88: 2838-2848.

395. Holroyd KJ, Buhl R, Borok Z, Roum JH, Bokser AD, Grimes GJ, Czerski D, Cantin AM, Crystal RG. Correction of the glutathione deficiency in the lower respiratory tract of HIV seropositive individuals by glutathione aerosol treatment. Thorax 1993; 48: 985-989.

396. Travis WD, Borok Z, Roum JH, Zhang J, Feuerstein I, Ferrans VJ, Crystal RG. Pulmonary Langerhans' cell granulomatosis. Am J Surg Pathol 1993; 17(10): 971-986.

397. Birrer P, McElvaney NG, Rudeberg A, Sommer CW, Liechti-Gallati S, Kramer R, Hubbard RC, Crystal RG. Protease-antiprotease imbalance in the lungs of children with cystic fibrosis. Am J Resp Crit Care Med 1994; 150: 207-213.

398. Kawanami O, Matsuda K, Yoneyama H, Ferrans VJ, Crystal RG. Endothelial fenestration of the alveolar capillaries in interstitial fibrotic lung diseases. Acta Pathol Jpn 1992; 42(3): 177-184.

399. Kiesewetter S, Macek M, Davis C, Curristin SM, Chu C-S, Graham C, Shrimpton AE, Cashman SM, Tsui L-C, Mickle J, Amos J, Highsmith WE, Shuber A, Witt DR, Crystal RG, Cutting GR. Mutation in the cystic fibrosis transmembrane conductance regulator gene produces different phenotypes depending on chromosomal background. Nature Genetics 1993; 5: 274-278.

400. Guzman RJ, Lemarchand P, Crystal RG, Epstein SE, Finkel Y. Efficient gene transfer into myocardium by direct injection of adenovirus vectors. Circ Res 1993; 73: 1202-1207.

401. Yoo J-H, Erzurum SC, Hay JG, Lemarchand P, Crystal RG. Vulnerability of the human airway epithelium to hyperoxia: constitutive expression of the catalase gene in human bronchial epithelial cells despite oxidant stress. J Clin Invest 1994; 93:297-302.

402. Rosenfeld MA, Chu S-H, Seth P, Danel C, Banks T, Yoneyama K, Yoshimura K, Crystal RG. Gene transfer to freshly isolated human respiratory epithelial cells *in vitro* using a replication deficient adenovirus containing the human cystic fibrosis transmembrane conductance regulator cDNA. Hum Gene Ther 1994; 5: 331-342.

403. Maeda H, Danel C, Crystal RG. Adenovirus-mediated transfer of human lipase comple-

- 36 -

mentary DNA to the gallbladder. Gastroenterology 1994; 106:1638-1644.

404. Brody SL, Metzger M, Danel C, Rosenfeld M, Crystal RG. Acute responses of non-human primates to airway delivery of an adenovirus vector containing the human cystic fibrosis transmembrane conductance regulator cDNA.  Hum Gene Ther 1994; 5: 821-836.

405. Seth P, Rosenfeld M, Higginbotham J, Crystal RG. Mechanism of enhancement of DNA expression consequent to co-internalization of a replication-deficient adenovirus and un-modified plasmid DNA. J Virol 1994; 68: 933-940.

406. Setoguchi Y, Jaffe HA, Danel C, Crystal RG. *Ex vivo* and *in vivo* gene transfer to the skin using replication deficient recombinant adenovirus vectors. J Invest Derm 1994; 102: 415-421.

407. Setoguchi Y, Jaffe HA, Chu C-S, Crystal RG. Intraperitoneal *in vivo* gene therapy to deliver α1-antitrypsin to the systemic circulation.  Am J Resp Cell Mol Biol 1994; 10: 369-377

408. Brody SL, Jaffe HA, Han SK, Wersto RP, Crystal RG. Direct *in vivo* gene transfer and ex-pression in malignant cells using adenovirus vectors.  Hum Gene Ther 1994; 5: 437-447.

409. Mastrangeli A, O'Connell B, Aladib W, Fox PC, Baum BJ, Crystal RG. Direct *in vivo* adenovirus-mediated gene transfer to salivary glands. Am J Physiol 1994 (Gastrointest Liver Physiol); 266: G1146-G1155.

410. Korst RJ, McElvaney NG, Chu C-S, Rosenfeld MA, Mastrangeli A, Hay J, Brody SL, Eissa NT, Danel C, Jaffe HA, Crystal RG. Gene therapy for the respiratory manifestations of cystic fibrosis. Am J Resp Crit Care Med 1995; 151: S75-S87.

411. Brody SL, Crystal RG. Adenovirus-mediated *in vivo* transfer. Ann NY Acad Sci. 1994; 716: 90-104.

412. Han SK, Brody SL, Crystal RG. Suppression of *in vivo* tumorigenicity of human lung can-cer cells by retrovirus-mediated transfer of the human tumor necrosis factor-α cDNA. Am Rev Mol Cell Biol 1994; 2: 270-278.

413. Lemarchand P, Jones M, Danel C, Yamada I, Mastrangeli A, Crystal RG. *In vivo* adenovirus-mediated gene transfer to lungs via pulmonary artery. J App Physiol 76: 2840-2845.

414. Maruyama M, Hay JG, Yoshimura K, Chu C-S, Crystal RG. Modulation of secretory leukoprotease inhibitor gene expression in human bronchial epithelial cells by phorbol es-ter. J Clin Invest 1994: 94: 368-375.

415. From the Alpha ₁-Antitrypsin Deficiency Registry Study Group. Prepared by Schlucter MD,

- 37 -

Barker AF, Crystal RG, Robbins RA, Stocks JM, Stoller JK, Wu MC. Special report-A registry of patients with severe deficiency of alpha$_1$-antitrypsin. Design and methods. Chest 1994; 106: 1223-1232.

416. Eissa NT, Chu C-S, Danel C, Crystal RG. Evaluation of the respiratory epithelium of normals and individuals with cystic fibrosis for the presence of adenovirus Ela sequences relevant to the use of Ela$^-$ adenovirus vectors for gene therapy for the respiratory manifestations of cystic fibrosis. Hum Gene Ther 1994; 5: 1105-1114.

417. Rosenfeld MA, Rosenfeld SJ, Danel C, Banks TC, Crystal RG. Increasing expression of the normal human CFTR cDNA in cystic fibrosis epithelial cells results in a progressive increase in the level of CFTR protein expression, but a limit on the level of cAMP-stimulated chloride secretion. Hum Gene Ther 1994; 5: 1121-1129.

418. Setoguchi Y, Danel C, Crystal RG. Stimulation of erythropoiesis by *in vivo* gene therapy: physiologic consequences of transfer of the human erythropoietin gene to experimental animals using an adenovirus vector. Blood 1994; 84: 2946-2953.

419. Crystal RG, McElvaney NG, Rosenfeld MA, Chu C-S, Mastrangeli A, Hay JG, Brody SL, Jaffe HA, Eissa NT, Danel C. Administration of an adenovirus containing the human CFTR cDNA to the respiratory tract of individuals with cystic fibrosis. Nature Genetics 1994; 8: 42-51.

420. Guzman RJ, Hirschowitz EA, Brody SL, Crystal RG, Epstein SE, Finkel T. *In vivo* suppression of injury-induced vascular smooth muscle cell accumulation using adenovirus-mediated transfer of the herpes simplex thymidine kinase gene. Proc Nat Acad Sci 1994; 10732-10736.

421. Yoshimura K, Chu C-S, Crystal RG. Enhancer function of a 53-bp repetitive element in the 5' flanking region of the human neutrophil elastase gene. Biochem Biophysiol Res Comm 1994; 204: 38-42.

422. Hay JG, Danel C, Chu C-S, Crystal RG. Human CC10 gene expression in airway epithelium and subchromosomal locus suggest linkage to airway disease. AJP:Lung Cell Mol Physiol 1995; 268: 565-575.

423. Hersh J, Crystal RG, Bewig B. Modulation of gene expression after replication deficient recombinant adenovirus-mediated gene transfer by the product of a second adenovirus vector. Gene Ther 1995; 2: 124-131.

424. Korst RJ, Bewig B, Crystal RG. *In vivo* and *in vitro* transfer and expression of human surfactant SP-A and SP-B associated protein cDNAs mediated by replication deficient, recombinant adenoviral vectors. Hum Gene Ther 1995; 6: 277-287.

425. Siegfried W, Rosenfeld M, Stier L, Stratford-Pericaudet L, Pericaudet M, Pavirani A, Lecocq J-P, Crystal RG. Polarity of secretion of alpha 1-antitrypsin by human respiratory epithelial cells following adenoviral transfer of a human alpha 1-antitrypsin cDNA. Am J Resp Cell Mol Biol 1995; 12: 379-384.

426. Crystal R. The gene as the drug. Nature Medicine 1995; 1:15-17.

427. Kobayashi N, Rosenthal ER, Yoshimura K, Crystal RG. Transfer of a constitutive viral promoter-cystic fibrosis transmembrane conductance regulator cDNA to human epithelial cells conveys resistance to down-regulation of cAMP regulated Cl⁻ secretion in the presence of inflammatory stimuli. Nucl Acids Res 1994; 22: 4470-4476.

428. Hay JG, Crystal RG. Phenotype consequences of mutations of the cystic fibrosis transmembrane conductance regulator gene and strategies to provide phenotypic correction by *in vivo* gene therapy. In: New MI, ed. Frontiers in Endocrinology: Where phenotype does not match genotype. Rome, Italy, Serono Symposia Publications 1996: 109-119.

429. Crystal RG. *In vivo* gene therapy: A strategy to use human genes as therapeutics. Gordon Wilson Lecture. Trans Am Clin Climatol Assoc 1995; 106: 87-99.

430. McElvaney NG, Crystal RG. IL-6 release associated with airway administration of human CFTR cDNA adenovirus vector. Nature Medicine 1995; 1: 182-184.

431. Hay JG, Suzuki M, Crystal RG. Alpha 1-antitrypsin gene promoter. In: Crystal RG, ed. Alpha 1-antitrypsin deficiency. Marcel Dekker, Inc., New York 1996; 21-31.

432. Mastrangeli A, Crystal RG. Alpha 1-antitrypsin deficiency. In: Crystal RG, ed. Alpha 1-antitrypsin deficiency. Marcel Dekker, Inc., New York 1996; 3-18.

433. McElvaney NG, Crystal RG. Clinical manifestations of Alpha 1-antitrypsin deficiency. In: Crystal RG, ed. Alpha 1-antitrypsin deficiency. Marcel Dekker, Inc., New York 1996; 227-243.

434. McElvaney NG, Crystal RG. Therapy of alpha 1-antitrypsin deficiency. In: Crystal RG, ed. Alpha 1-antitrypsin deficiency. Marcel Dekker, Inc., New York 1996; 319-331.

435. Nukiwa T, Ogushi F, Crystal RG. Alpha 1-antitrypsin gene evolution. In: Crystal RG, ed. Alpha 1-antitrypsin deficiency. Marcel Dekker, Inc., New York 1996; 33-43.

436. Danel C, Erzurum SC, McElvaney NG, Crystal RG. Quantitative assessment of the epithelial and inflammatory cell populations in large airways of normals and individuals with cystic fibrosis. Am J Respir Crit Care Med 1996; 153: 362-368.

437. Hirschowitz EA, Ohwada A, Pascal WR, Russi TJ, Crystal RG. *In vivo* adenovirus-medi-

- 39 -

ated gene transfer of the E. coli cytosine deaminase gene to human colon carcinoma-derived tumors induces chemosensitivity to 5-fluorocytosine. Hum Gene Ther 1995; 6:1055-1063.

438. Crystal RG et al. A phase I study, in cystic fibrosis patients, of the safety, toxicity, and biological efficacy of a single administration of a replication deficient, recombinant adenovirus carrying the cDNA of the normal cystic fibrosis transmembrane conductance regulator gene in the lung. Hum Gene Ther 1995; 6:643-666.

439. Crystal RG, Mastrangeli A, Sanders A, Pacheco F, Cooke J, King T, Gilbert F, Henschke C, Pascal W, Herena J, Harvey B-G, Hirschowitz E, Diaz D, Russi T, Pacheco F, Sikand V, Brion P. Evaluation of repeat administration of a replication deficient recombinant adenovirus containing the normal cystic fibrosis transmembrane conductance regulator cDNA to the airways of individuals with cystic fibrosis. Hum Gene Ther 1995; 6:667-703.

440. Miyashita A, Crystal RG, Hay JG. Identification of a 27 bp 5'-flanking region element responsible for the low level constitutive expression of the human cytosolic phospholipase $A_2$ gene. Nucl Acids Res 1995; 2: 293-301.

441. Hay JG, McElvaney NG, Herena J and Crystal RG. Modification of nasal epithelial potential differences of individuals with cystic fibrosis consequent to local administration of a normal CFTR cDNA adenovirus gene transfer vector. Hum Gene Ther 1995; 6: 1487-1496.

442. Ikari H, Zhang L, Mastrangeli A, Chernak JM, Kato S, Kuo H, Crystal RG, Ingram DK, Roth GS. Adenovirus-mediated gene transfer of dopamine $D_2$ receptor cDNA into rat striatum. Mol Brain Res 1995; 34:315-320.

443. Mühlhauser J, Pili R, Merrill MJ, Maeda H, Passaniti A, Crystal RG, Capogrossi MC. *In vivo* angiogenesis induced by recombinant adenovirus vectors coding either for secreted or non-secreted forms of acidic fibroblast growth factor. Hum Gene Ther 1995; 6:1457-1465.

444. Mühlhauser J, Jones M, Yamada I, Cirielli C, Lemarchand P, Gloe RT, Bewig B, Signoretti S, Crystal RG, Capogrossi MC. Safety and efficacy of *in vivo* gene transfer into the porcine heart with replication-deficient, recombinant adenovirus vectors. Gene Ther 1996; 3:145-153.

445. Mühlhauser J, Merrill MJ, Pili R, Maeda H, Bacic M, Bewig B, Passaniti A, Edwards NA, Crystal RG, Capogrossi MC. VEGF$_{165}$ expressed by a replication-deficient, recombinant adenovirus vector induces angiogenesis *in vivo*. Circ Res 1995; 77: 1077-1086.

446. Mastrangeli A, Harvey B-G, Yao J, Wolff G, Kovesdi I, Crystal RG, Falck-Pedersen E. "Sero-switch" adenovirus-mediated *in vivo* gene transfer: Circumvention of anti-adenovirus humoral immune defenses against repeat adenovirus vector administration by changing the adenovirus serotype. Hum Gene Ther 1996; 7:79-87.

- 40 -

447. Crystal RG. Transfer of genes to humans: Early lessons and hurdles to success. Science 1995; 270:404-410.

448. Wersto RP, Rosenthal ER, Crystal RG, Spring KR. Uptake of fluorescent dyes associated with the functional expression of CFTR in epithelial cells. Proc Natl Acad Sci USA 1996; 93: 1167-1172.

449. Dong Y, Wen P, Manome Y, Hirshowitz A, Hirschowitz EA, Crystal RG, Weichselbaum R, Kufe DW, Fine HA. *In vivo* replication-deficient adenovirus transduction of the cytosine deaminase gene sensitizes glioma cells to 5-fluorocytosine. Hum Gene Ther. 1996; 7:713-720.

450. Pääkö P, Kirby M, du Bois RM, Gillissen A, Ferrans VJ, Crystal RG. Activated neutrophils secrete stored α1-antitrypsin. Am J Respir Crit Care Med 1996; 154:1829-1833.

451. Wolff G, Mastrangeli A, Heinflink M, Falck-Pedersen E, Gershengorn MC, Crystal RG. Ectopic expression of thyrotropin releasing hormone (TRH) receptors in liver modulates organ function to regulate blood glucose by TRH. Nature Genet 1996; 12:274-279.

452. Bewig B, Hackett NR, Crystal RG. Tools of molecular biology used to study the lung. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 395-414.

453. Bezdicek P, Crystal RG. Pulmonary macrophages.  In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 859-875.

454. Cameron EH, Crystal RG. Radiation-induced lung injury. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2647-2651.

455. Cooke JT, Crystal RG. Genetic basis of lung cancer. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2589-2597.

456. Harvey B-G, Crystal RG. Pulmonary responses to chronic inorganic dust exposure. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2339-2352.

457. Hay JG, Crystal RG. Lung-specific gene expression. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 277-288.

458. Hirschowitz EA, Crystal RG. Biology of lung cancer. In: Crystal RG, West JB, Weibel ER,

Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2579-2588.

459.  Mastrangeli A, Harvey B-G, Crystal RG. Gene therapy for lung disease. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2795-2811.

460.  McElvaney NG, Crystal RG. Proteases and lung injury. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2205-2218.

461.  McElvaney NG, Crystal RG. Antiproteases and lung defense. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2219-2235.

462.  McElvaney NG, Crystal RG. Inherited susceptibility of the lung to proteolytic injury. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2537-2553.

463.  Russi TJ, Crystal RG. Use of bronchoalveolar lavage and airway brushing to investigate the human lung. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 371-382.

464.  Sanders A, Crystal RG. Consequences to the lung of specific deficiencies in host defense. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2367-2379.

465.  Weibel ER, Crystal RG. Structural organization of the pulmonary interstitium. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 685-695.

466.  Wolff G, Crystal RG. Biology of pulmonary fibrosis. In: Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia, 1997; 2509-2524.

467.  Kuo H, Ingram DK, Crystal RG, Mastrangeli A. Retrograde transfer of replication deficient recombinant adenovirus vector in the central nervous system for tracing studies. Brain Res 1995; 705:31-38.

468.  Ohwada A, Rafii S, Moore MAS, Crystal RG. In vivo adenovirus vector-mediated transfer of the human thrombopoietin cDNA to maintain platelet levels during radiation and chemotherapy induced bone marrow suppression. Blood 1996; 88:778-784.

469.  Crystal RG. Sarcoidosis. In: Fauci AS, Braunwald E, Isselbacher KJ, Wilson JD, Martin

- 42 -

JB, Kasper DL, Hauser SL, Longo DL, eds. 14th Edition of Harrison's Principles of Internal Medicine. McGraw-Hill, New York, 1998; 1922-1928.

470. Suzuki M, Singh RN, Crystal RG. Regulatable promoters for use in gene therapy applications: Modification of the 5'-flanking region of the CFTR gene with multiple cAMP response elements to support basal, low level gene expression that can be upregulated by exogenous agents that raise intracellular levels of cAMP. Hum Gene Ther 1996; 7:1883-1893.

471. Magovern CJ, Mack CA, Zhang J, Hahn RT, Wilson K, Isom OW, Crystal RG, Rosengart TK. Direct *in vivo* gene transfer to canine myocardium utilizing a replication-deficient adenovirus vector. Ann Thorac Surg 1996; 62:425-434.

472. Turino GM, Barker AF, Brantly ML, Cohen AB, Connelly RP, Crystal RG, Eden E, Schluchter MD, Stoller JK. Clinical and physiological characteristics of individuals with the Pi*SZ phenotype of $\alpha_1$-antitrypsin deficiency. Am J Respir Crit Care Med 1996; 154:1718-1725.

473. Ohwada A, Hirschowitz EA, Crystal RG. Regional delivery of an adenovirus vector containing the *E. coli* cytosine deaminase gene to provide local activation of 5-fluorocytosine to suppress the growth of colon carcinoma metastatic to liver. Hum Gene Ther 1996; 7:1567-1576.

474. Silver RF, Crystal RG, Moller DR. Limited heterogeneity of biased T-cell receptor V$\beta$ gene usage in lung but not blood T-cells in active pulmonary sarcoidosis. Immunology 1996; 88:516-523.

475. Brantly M, Lee HWA, Hildeshiem J, Prakash, Staats BA, Crystal RG. $\alpha$1-Antitrypsin gene mutation hotspot associated with the formation of a retained and degraded null variant. Am J Respir Crit Care Med 1997; 16:225-231.

476. Wolff G, Worgall S, Van Rooijen N, Song Wen-ru, Harvey B-G, Crystal RG. Enhancement of *in vivo* adenovirus-mediated gene transfer and expression by prior depletion of tissue macrophages in the target organ. J Virol 1997; 71:624-629.

477. McElvaney NG, Stoller JK, Buist AS, Prakash UBS, Brantly M, Schluchter M, Crystal RG. Baseline characteristics of enrollees in the National Heart, Lung and Blood Institute Registry of $\alpha$1-Antitrypsin Deficiency. Chest 1997; 111: 394-403.

478. Mack CA, Song W-R, Carpenter H, Wickham T, Kovesdi I, Harvey B-G, Magovern CJ, Isom OW, Rosengart T, Falck-Pedersen E, Hackett NO, Crystal R, Mastrangeli A. Circumvention of anti-adenovirus neutralizing immunity by administration of an adenovirus of an alternate serotype. Hum Gene Ther 1997; 8:99-109.

479.   Magovern CJ, Mack CA, Zhang J, Rosengart TK, Isom OW, Crystal RG. Regional angiogenesis induced in non-ischemic tissue by an adenovirus vector expressing vascular endothelial growth factor. Hum Gene Ther 1997; 8:215-227.

480.   Worgall S, Wolff G, Falck-Pedersen E, Crystal RG. Innate immune mechanisms dominate elimination of adenovirus vectors following *in vivo* administration. Hum Gene Ther 1997; 8:37-44.

481.   Crawford LE, Milliken EE, Irani K, Zweier JL, Becker LC, Johnson TM, Eissa NT, Crystal RG, Finkel T, Goldschmidt-Clermont PJ. Superoxide mediated actin response in post-hypoxic endothelial cells. J Biol Chem 1996; 271:26863-26867.

482.   Russi TJ, Hirschowitz EA, Crystal RG. Delayed-type hypersensitivity response to high doses of adenovirus vectors. Hum Gene Ther 1997; 8:323-330.

483.   Stoller JK, Buist AS, Burrows B, Connelly RP, Crystal RG, Fallat RJ, McCarthy K, Schluchter MD, Soskel NT. Quality control of spirometry testing in the registry for patients with severe deficiency of alpha 1-antitrypsin. Chest 1997; 111:899-999.

484.   O'Connell BC, Xu T, Walsh TJ, Sein T, Mastrangeli A, Crystal RG, Oppenheim FG, Baum BJ. Transfer of a gene encoding the anticandidal protein histatin 3 to salivary glands. Hum Gene Ther 1996; 7:2255-2261.

485.   Harrell RL, Sharmini Rajanayagam MA, Guzman RJ, Hirschowitz EA, Crystal RG, Epstein SE, Finkel T. Inhibition of vascular smooth muscle cell proliferation and neointimal accumulation by adenoviral-mediated gene transfer of cytosine deaminase. Circulation 1997; 96:621-627.

486.   Crystal RG. Managed care for viruses. Nature Med 1997; 3:383-384.

487.   Cannizzo SJ, Frey BM, Raffi S, Moore MAS, Eaton D, Suzuki M., Singh RN, Mack CA, Crystal RG. Augmentation of blood platelet levels by intratracheal administration of an adenovirus vector encoding human thrombopoietin cDNA. Nature Biotech 1997; 15:570-573.

488.   Evoy D, Hirschowitz EA, Naama HA, Li XK, Crystal RG, Daly JM, Lieberman MD. *In vivo* adenoviral-mediated gene transfer in the treatment of pancreatic cancer. J Surg Res 1997; 69:226-231.

489.   Mack CA, Patel SR, Magovern CJ, Crystal RG, Rosengart TK. Myocardial angiogenesis: Biology and Therapy. In: Direct Myocardial Revascularization: History, Methodology, Techonology. Whittaker P and Abela GS, eds. Kluwer Academic Publishers, Norwell, Massachusetts, 1999; 179-200.

- 44 -

490. Song W, Kong H-L, Traktman P, Crystal RG. Cytotoxic T lymphocyte responses to proteins encoded by heterologous transgenes transferred *in vivo* by adenovirus vectors. Hum Gene Ther 1997; 8:1207-1217.

491. Crystal RG, Hirschowitz EA, Lieberman M, Daly J, Kazam E, Henschke C, Yankelevitz D, Kemeny N, Silverstein R, Ohwada A, Russi T, Mastrangeli A, Sanders A, Cooke J, Harvey B-G. Phase I study of direct administration of a replication deficient adenovirus vector containing the *E. coli* cytosine deaminase gene to metastatic colon carcinoma of the liver in association with the oral administration of the pro-drug 45-fluorocytosine. Hum Gene Ther 1997; 8:985-1001.

492. Suzuki M, Singh RN, Crystal RG. Ability of a chimeric cAMP-responsive promoter to confer pharmacologic control of CFTR cDNA expression and cAMP-mediated Cl⁻ secretion. Gene Ther 1997; 4:1195-1201.

493. Worgall S, Leopold PL, Wolff G, van Roijen N, Crystal RG. Role of alveolar macrophages in rapid elimination of adenovirus vectors administered to the epithelial surface of the respiratory tract. Hum Gene Ther 1997; 8:1675-1684.

494. Suzuki M, Singh RN, Crystal RG. Pharmacologic induction of hepatic expression of a gene transferred by an adenovirus vector enabled by a chimeric promoter containing multiple cAMP response elements. Hepatology 1998; 27:160-165.

495. Ross HM, Hirschowitz EA, Russi TJ, Crystal RG, Nawata S, Burt ME, Brennan MF, Lewis JJ. Adenoviral thymidine kinase prodrug gene therapy inhibits sarcoma growth *in vivo*. J Surg Res 1997; 70:7-11.

496. Song W, Kong H-L, Carpenter H, Torii H, Granstein R, Rafii S, Moore MAS, Crystal RG. Dendritic cells genetically modified with an adenovirus vector encoding the cDNA for a model antigen induce protective and therapeutic antitumor immunity. J Exp Med 1997; 186: 1247-1256.

497. Pili R, Chang J, Muhlhauser J, Crystal RG, Capogrossi MC, Passaniti A. Adenovirus-mediated gene transfer of fibroblast growth factor-1: Angiogenesis and tumorigenicity in nude mice. Int J Cancer 1997; 73:1-7.

498. Abrahamsen KD, Kong HL, Mastrangeli A, Brough D, Lizonova A, Crystal RG, Falck-Pedersen E.  Construction of an adenovirus type 7a E1A- vector. J Virol 1997; 71:8946-8951.

499. Elkon KB, Liu CC, Gall JG, Trevejo J, Marino MW, Abrahamsen KA, Song X, Zhou J-L, Old LJ, Crystal RG, Falck-Pedersen E. Tumor necrosis factor alpha plays a central role in immune-mediated clearance of adenoviral vectors. Proc Natl Acad Sci USA 1997; 94:9814-9819.

- 45 -

500. Mack CA, Patel SR, Schwarz EA, Zanzonico P, Hahn RT, Ilercil A, Devereux RB, Gold-smith SJ, Christian TF, Sanborn TA, Kovesdi I, Hackett N, Isom OW, Crystal RG, Rosengart TK. Biological bypass with the use of adenovirus-mediated gene transfer of the cDNA for vascular endothelial growth factor$_{121}$ improves myocardial perfusion and func-tion in the  ischemic porcine heart. J Thorac Cardiovasc Surg 1998; 115:168-177.

501. Stern M, Caplen NJ, Browning JE, Sorgi F, Huang L, Gruenert DC, Marriot C, Crystal RG, Geddes DM, Alton EWFW. The effect of mucolytic agents on gene transfer across a CF sputum barrier *in vitro*. Gene Ther 1998; 5:91-98.

502. Goldman SA, Nedergaard M, Crystal RG, Fraser RAR, Goodman R, Harrison-Restelli C, Jiang WJ, Keyoung HM, Leventhal C, Pincus DW, Shahar A, Wang S. Neural precursors and neuronal production in the adult mammalian forebrain. Ann NY Acad Sci 1997; 835-30-55.

503. Leopold PL, Ferris B, Grinberg I, Worgall S, Hackett NR, Crystal RG. Fluorescent virions: Dynamic tracking of the pathway of adenovirus gene transfer vectors in living cells. Hum Gene Ther 1998; 9: 367-378.

504. Kong H-L, Crystal RG. Gene Therapy Strategies for Tumor Anti-angiogenesis. J Natl Can-cer Inst 1998; 90: 273-286.

505. Topf N, Worgall S, Hackett NR, Crystal RG. Regional "Pro-Drug" Gene Therapy: Intrave-nous Administration of an Adenoviral Vector Expressing the *E.coli* Cytosine Deaminase Gene and Systemic Administration of 5-Fluorocytosine Suppresses Growth of Hepatic Me-tastasis of Colon Carcinoma. Gene Ther 1998; 5: 507-513.

506. Frey BM, Rafii S, Teterson M, Eaton D, Crystal RG, Moore MAS. Adenovector-mediated expression of human thrombopoietin cDNA in immune-compromised mice: Insights into the pathophysiology of osteomyelofibrosis. J Immunol 1998; 160: 691-699.

507. Frey BM, Hackett NR, Bergelson JM, Crystal RG, Moore MAS, Rafii S. High efficiency gene transfer into *ex vivo*-expanded human hematopoietic progenitors and precursor cells by adenovirus vectors. Blood 1998; 91: 2781-2792.

508. Mack CA, Magovern CJ, Budenbender KT, Patel SR, Schwarz EA, Zanzonico P, Ferris B, Sanborn T, Isom OW, Crystal RG, Rosengart TK. Salvage angiogenesis induced by adenoviral-mediated gene transfer of vascular endothelial growth factor protects against threatened ischemic vascular occlusion. J Vasc Surg 1998; 27:699-709.

509. Kong HL, Hecht D, Song W, Kovesdi I, Hackett NR, Yayon A, Crystal RG. Regional sup-pression of tumor growth by *in vivo* transfer of a cDNA coding for a secreted form of the extracellular domain of the *flt-1* vascular endothelial growth factor receptor. Hum Gene Ther 1998; 9:823-833.

- 46 -

510. Hirschowitz EA, Leonard S, Song W, Ferris B, Leopold PL, Lewis J, Bowne WB, Wang S, Houghton AN, Crystal RG. Adenovirus-mediated expression of melanoma antigen gp75 as immunotherapy for metastatic melanoma. Gene Ther 1998; 5: 975-983.

511. Chung I, Schwartz PE, Crystal RG, Pizzorno G, Leavitt JL, Deisseroth. Use of L-plastin promoter to develop adenoviral system which confers transgene expression in ovarian cancer cells but not in normal mesothelial cells. Cancer Gene Ther 1999; 6:99-106.

512. The Alpha 1-Antitrypsin Deficiency Registry Study Group (RG Crystal, Chairman). Survival and rate of $FEV_1$ decline in subjects enrolled in the NHLBI registry of patients with severe deficiency of alpha 1-antitrypsin. Am J Respir Crit Care Med 1998; 158: 49-59.

513. Mason RJ, Crystal RG. Pulmonary cell biology. Am J Respir Crit Care Med 1998; 157: S72-S81.

514. Kojima A, Hackett NR, Ohwada A, Crystal RG. *In vivo* human carboxylesterase cDNA gene transfer to activate the prodrug CPT-11 for local treatment of solid tumors. J Clin Invest 1998; 101: 1789-1796.

515. Suzuki M, Singh R, Moore MAS, Song W, Crystal RG. Similarity of strain- and route-dependent murine responses to an adenovirus vector using the homologous thrombopoietin cDNA as the reporter genes. Hum Gene Ther 1998; 9: 1223 -1231.

516. Yin LH, Fu SQ, Nanakorn T, Garcia-Sanchez F, Chung I, Cote R, Pizzorno G, Hanania E, Heimfeld S, Crystal RG, Deisseroth A. Results of retroviral and adenoviral approaches to cancer gene therapy. Stem Cells 1998; 16 (suppl 1):247-250

517. Garcia-Sanchez F, Pizzorno G, Krause DS, Liang J, Adams E, Leffert JJ, Fu S-Q, Hanania E, Cote R, Brown R, Giles R, Crystal RG, Deisseroth AB. Cytosine deaminase adenoviral vector and 5-fluorocytosine to selectively purge breast cancer cells from hematopoietic cells used for autologous transplant. Blood 1998; 92: 672-682.

518. Deisseroth A, Guo D, Wang T, Fujii T, Fu SQ, Cote R, Savinov S, Liu F, Loewe R, Pizzorno G, Austin D, Crystal RG, Chung I. Molecular therapy of cancer. Cancer J Sci Am 1998; Suppl 1:S5-S7.

519. Dar K, Crystal RG. Inflammatory Lung Disease: Molecular Determinants of Emphysema, Bronchitis, and Fibrosis. In: Gallin JI, Snyderman R, Fearon DT, Haynes BF, Nathan C, eds. Inflammation: Basic Principles and Clinical Correlates. Third Edition. Lippincott-Raven Publishers, Philadelphia, 1999; 1061-1081.

520. Danel C, Erzurum SC, Prayssac P, Eissa NT, Crystal RG, Hervp P, Baudet B, Mazmanian M, Lemarchand P. Gene therapy for oxidant injury related diseases: Adenovirus-mediated transfer of superoxide dismutase and catalase cDNAs protects against hypoxia but not

- 47 -

against ischemia-reperfusion lung injury in rats. Hum Gene Ther 1998; 9:1487-1496.

521. Narumi K, Suzuki M, Song W, Moore MAS, Crystal RG. Intermittent, repetitive corticosteroid-induced up regulation of platelet levels following adenovirus-mediated transfer to the liver of a chimeric glucocorticoid-responsive promoter controlling the thrombopoietin cDNA. Blood 1998; 92: 822-833.

522. Narumi K, Kojima A, Crystal RG. Adenovirus vector mediated perforin expression driven by a glucocorticoid inducible promoter inhibits tumor growth *in vivo*. Am J Respir Cell Mol Biol 1998; 19: 936-941.

523. Deisseroth AB, Woo SLC, Crystal RG. Progress in gene therapy. Cancer Gene Ther 1998; 26-29.

524. Kaner RJ, Worgall S, Leopold PL, Stolze E, Milano E, Hidaka C, Ramalingam R, Hackett NR, Singh R, Bergelson J, Finberg R, Falck-Pedersen E, Crystal RG. Modification of the genetic program of human alveolar macrophages by adenovirus vectors *in vitro* is feasible but inefficient, limited in part by the low level of expression of the coxsackie /adenovirus receptor. Am J Respir Cell Mol Biol 1999; 20: 361-370.

525. Kojima A, Hackett NR, Crystal RG. Reversal of CPT 11-resistance of lung cancer cells by adenovirus-mediated gene transfer of the human carboxylesterase cDNA. Cancer Res 1998; 58:4369-4374.

526. Worgall S, Singh R, Leopold PL, Kaner RJ, Hackett NR, Topf N, Moore MAS, Crystal RG. Selective expansion of alveolar macrophages *in vivo* by *ex vivo* adenovirus-mediated transfer of the murine granulocyte-macrophage colony stimulating factor cDNA to and transplantation of modified macrophages to the lungs of syngeneic mice. Blood 1999; 93: 655-666.

527. Hirschowitz EA, Crystal RG. Adenovirus-mediated expression of interleukin-12 induces natural killer cell activity and complements adenovirus-directed gp75 treatment of melanoma lung metastases. Am J Respir Cell Mol Biol. 1999; 20:935-941.

528. Gall JGD, Crystal RG, Falck-Pedersen E. Construction and characterization of hexon-chimeric adenoviruses: Specification of adenovirus serotype. J Virol 1998; 72: 10260-10264.

529. Crystal RG. *In vivo* and *ex vivo* gene therapy strategies to treat tumors with adenovirus gene transfer vectors. Cancer Chemother Phramacol 1999; 43 (Suppl): S90-S99.

530. Ramalingam R, Rafii S, Worgall S, Crystal RG. E1$^-$E4$^+$ Adenoviral gene transfer vectors function as a "pro-life" signal to promote survival of primary human endothelial cells. Blood 1999; 93: 2936-2944.

531. Hidaka C, Milano E, Leopold PL, Bergelson JM, Hackett NR, Finberg RW, Wickham TJ, Kovesdi I, Roelvink P, Crystal RG.. CAR-dependent and CAR-independent pathways of adenovirus vector-mediated gene transfer and expression in primary human skin fibroblasts. J Clin Invest 1999; 103: 579-587

532. Lee LY, Zhou X, Polce DR, El-Sawy T, Patel SR, Thakker GD, Narumi K, Crystal RG, Rosengart TK. Exogenous control of cardiac gene therapy: Evidence of regulated myocardial transgene expression after adenoviral transfer of expression cassettes containing corticosteroid response element promoters. J Thorac Cardiovasc Surg. 1999; 118:26-35.

533. Patel SR, Lee LL, Mack CA, Polce DR, El-Sawy T, Hackett NR, Ilercil A, Jones EC, Hahn RT. Isom OW, Rosengart TK, Crystal RG. Safety of direct myocardial administration of an adenovirus vector coding for vascular endothelial growth factor 121. Human Gene Ther 1999; 10:1331-1348.

534. Worgall S, Connor R, Kaner RJ, Fenamore E, Sheridan K, Singh R, Crystal RG. Expression and use of HIV-1 coreceptors by human alveolar macrophages. J Virol 1999; 73: 5865-5874.

535. Kikuchi T, Crystal RG. Antitumor immunity induced by *in vivo* adenovirus vector-mediated expression of CD40 ligand in tumor cells. Hum Gene Ther 1999; 10:1375-1387.

536. Crystal RG. The body as a manufacturer of endostatin. Nature Biotech 1999; 17: 336-337.

537. Peng YF, Trevejo J, Zhou JL, Marino MW, Crystal RG, Falck-Pedersen E, Elkon KB. Inhibition of TNF-α by an adenovirus-encoded soluble fusion proteins extends transgene expression in the liver and lung. J Virol 1999; 73:5098-5109.

538. Miyazawa N, Leopold PL, Hackett NR, Ferris B, Worgall S, Falck-Pedersen E, Crystal RG. "Fiber swap" between adenovirus subgroups B and C alters intracellular trafficking of adenovirus gene transfer vectors. J Virol 1999; 73:6056-6065

539. Hirschowitz EA, Naama HA, Evoy D, Lieberman MD, Daly J, Crystal RG. Regional treatment of hepatic micro-metastasis by adenovirus vector-mediated delivery of IL-2 and IL-12 cDNAs to the hepatic parenchyma. Cancer Gene Therapy1999; 6:491-498.

540. Rosengart TK, Patel SR, Crystal RG. Therapeutic angiogenesis: protein and gene therapy delivery strategies. J Cardiovasc Risk. 1999; 8:29-40.

541. Roum JH, Borok Z, McElvaney NG, Grimes GJ, Bokser AD, Buhl R, Crystal RG. Glutathione aerosol suppresses lung epithelial surface inflammatory cell-derived oxidants in cystic fibrosis. J Appl Physiol. 1999; 87:438-443.

542. Harvey B-G, Hackett NR, El-Sawy T, Rosengart TK, Hirschowitz EA, Lieberman MD,

Lesser ML, Crystal RG. Variability of human systemic humoral immune responses to adenovirus gene transfer vectors administered to different organs. J Virol 1999; 73: 6729-6742.

543. Rosengart TK, Lee LY, Patel SR, Sanborn TA, Parikh M, Bergman GW, Hachamovitch R, Szulc M, Kligfield PD, Okin PM, Hahn RT, Devereux RB, Post MR, Hackett NR, Foster T, Grasso TM, Lesser ML, Isom OW, Crystal RG, Angiogenesis gene therapy: Phase I assessment of direct intramyocardial administration of an adenovirus vector expressing the VEGF121 cDNA to individuals with clinically significant severe coronary artery disease. Circulation 1999; 100:468-474.

544. Wisnivesky JP, Leopold PL, Crystal RG. Specific binding of the adenovirus capsid to the nuclear envelope. Hum Gene Ther 1999; 10: 2187-2195

545. Bezdicek P, Worgall S, Kovesdi I, Kim M-K, Park J-G, Vincent T, Leopold PL, Schreiber AD, Crystal RG. Enhanced liver uptake of opsonized red blood cells following *in vivo* transfer of FcγRII cDNA. Blood 1999; 10: 3448-3455.

546. Hackett NR, Crystal RG. Adenovirus vectors for gene therapy. In: Lasic D, Templeton NS, eds. Gene Therapy: Therapeutic Mechanisms and Strategies. Marcel Dekker, Inc., New York, 2000: 17-40.

547. Worgall S, Bezdicek P, Kim M-K, Park J-G, Prince A, Kovesdi I, Schreiber AD, Crystal RG. Augmentation of pulmonary host defense against *Pseudomonas* by FcγRIIA cDNA transfer to the respiratory epithelium. J Clin Invest 1999; 104:409-418.

548. Lee LY, Patel SR, Hackett NR, Mack CA, Polce DR, El-Sawy T, Hachamovitch R, Zanzonico P, Sanborn TA, Parikh M, Isom OW, Crystal RG, Rosengart TK. Focal angiogen therapy: Regional analysis of genome distribution, transgene expression, and biological revascularization following intramyocardial delivery of an adenovirus vector coding the cDNA for vascular endothelial growth factor 121. Ann Thorac Surg. 2000; 69:14-23.

549. Rosengart TK, Lee LY, Patel SR, Kligfield PD, Okin PM, Hackett NR, Isom OW and Crystal RG.  Six-month assessment of a Phase I trial of angiogenic gene therapy for the treatment of coronary artery disease using direct intramyocardial administration of an adenovirus vector expressing the VEGF121 cDNA.  Ann Surg 1999; 230: 466-472.

550. Harvey B-G, Worgall S, Ely S, Leopold PL, Crystal RG. Cellular immune responses of healthy individuals to intradermal administration of an E1⁻E3⁻ adenovirus gene transfer vector. Hum Gene Ther 1999; 10: 2823-2837.

551. Sato N, Leopold PL, Crystal RG. Induction of the hair growth phase in postnatal mice by localized transient expression of Sonic Hedgehog. J Clin Invest 1999; 104: 855-864.

552. Ramalingam R, Rafii S, Worgall S, Hackett NR, Crystal RG. Induction of endogenous genes following infection of human endothelial cells with an E1⁻E4⁺ adenovirus gene transfer vector. J Virol 1999; 73: 10183-10190.

553. Harvey B-G, Leopold PL, Hackett NR, Grasso TM, Williams PM, Tucker AL, Kaner RJ, Ferris B, Gonda I, Sweeney TD, Ramalingam R, Kovesdi I, Shak S, Crystal RG. Airway epithelial expression of vector-derived cystic fibrosis transmembrane conductance regulator (CFTR) mRNA transcripts following repetitive endobronchial spray administration of an adenovirus vector expressing the normal CFTR cDNA to individuals with cystic fibrosis. J Clin Invest 1999; 104: 1245-1255.

554. Leopold PL, Kreitzer G, Rempel S, Pfister KK, Rodriguez-Boulan E, Crystal RG. Dynein- and microtubule-mediated translocation of adenovirus serotype 5 occurs after endosomal lysis. Hum Gene Ther 2000; 11: 151-165.

555. Lee LY, Lee KT, Crystal RG, Rosengart TK. Biological revascularization using adenovirus coding for vascular endothelial growth factor 121. In Kornowski R, Epstein SE, Leon MB, eds. Handbook of Myocardial Revascularization and Angiogenesis. Martin Dunitz Ltd, London, 2000; 151-165.

556. Kaner RJ, Ladetto JV, Singh R, Crystal RG. Lung overexpression of the vascular endothe-lial growth factor gene induces pulmonary edema. Am J Respir Cell Mol Biol 2000; 22: 657-664.

557. Crystal RG. Bad for cats, good for humans? Modified feline immunodeficiency virus for gene therapy. J Clin Invest 1999; 104: 1491-1493.

558. Song WR, Crystal RG. Adenoviral vector-mediated gene transfer to dendritic cells. In: Robinson S, Stagg A, eds. Methods in Molecular Medicine.  Dendritic Cell Protocols 2001; 429-439.

559. Worgall S, Worgall TS, Singh R, Leopold PL, Hackett NR, Crystal RG. Free cholesterol enhances adenoviral vector gene transfer and expression in CAR-deficient cells. Mol Ther 2000; 1: Mol Ther: 39-48.

560. Cipolla DC, Gonda I, Shak S, Kovesdi I, Crystal RG, Sweeney TD. Coarse spray delivery to a localized region of the pulmonary airways for gene therapy. Hum Gene Ther 2000; 11:361-371.

561. Labow D, Lee S, Ginsberg RJ, Crystal RG, Korst RJ. Adenovirus vector-mediated gene transfer to regional lymph nodes. Hum Gene Ther 2000; 11:759-769.

562. Crystal RG. Sarcoidosis. In: Braunwald E, Fauci AS, Kasper DL, Hauser SL, Longo DL, Jameson JL, eds. 15ᵗʰ Edition of Harrison's Principles of Internal Medicine. McGraw-Hill,

- 51 -

New York, 2001; 1969-1974.

563. Ozawa H, Ding W, Torii H, Hosoi J, Seiffert K, Campton K, Hackett NR, Topf N, Crystal RG, Granstein RD. Granulocyte-macrophage colony-stimulating factor gene transfer to dendritic cells augments their antigen-presenting function including induction of anti-tumor immunity. J Invest Dermatol. 1999; 113:999-1005.

564. Kikuchi T, Moore MAS, Crystal RG. Dendritic cells modified to express CD40 ligand elicit therapeutic immunity against pre-existing murine tumors. Blood 2000; 96: 91-99.

565. Hamawy AH, Lee LY, Crystal RG, Rosengart TK. Cardiac angiogenesis and gene therapy: a strategy for myocardial revascularization. Curr Opin Cardiol. 1999;14:515-22.

566. Wisnivesky JP, Kaplan J, Henschke C, McGinn TG, Crystal RG. Evaluation of clinical parameters to predict positive cultures for mycobacterium tuberculosis in inpatients. Arch Intern Med. 2000; 160:2471-2476.

567. Fushimi T, Kojima A, Moore MAS, Crystal RG. Macrophage inflammatory protein 3α transgene attracts dendritic cells to establish murine tumors and suppress tumor growth. J Clin Invest 2000; 105:1383-1393.

568. Crystal RG, Harvey B-G, Wisnivesky JP, O'Donoghue KA, Chu KW, Maroni J, Muscat JC, Pippo AL, Wright CE, Kaner RJ, Leopold PL, Kessler PD, Rasmussen HS, Rosengart TK, Hollmann C. Analysis of risk factors for local delivery of low and intermediate dose adenovirus gene transfer vectors to individuals with a spectrum of comorbid conditions. Hum Gene Ther 2002; 13:65-100.

569. Harvey B-G, Maroni J, O'Donoghue KA, Chu KW, Muscat JC, Pippo AL, Wright CE, Hollmann C, Wisnivesky JP, Kessler PD, Rasmussen HS, Rosengart TK, Crystal RG. Safety of local delivery of low and intermediate dose adenovirus gene transfer vectors to individuals with a spectrum of comorbid conditions. Hum Gene Ther 2002; 13:15-63.

570. MacKenzie KL, Hackett NR, Crystal RG, Moore MAS. Adenoviral vector-mediated gene transfer to primitive human hematopoietic progenitor cells: assessment of transduction and toxicity in long-term culture. Blood 2000; 96: 100-108.

571. Schluchter MD, Stoller JK, Barker AF, Buist AS, Crystal RG, Donohue JF, Fallat RJ, Turino GM, Vreim CE, Wu MC. Feasibility of a clinical trial of augmentation therapy for α1-antitrypsin deficiency. The α1-Antitrypsin Deficiency Registry Study Group. Am J Respir Crit Care Med 2000; 161: 796-801.

572. Hackett NR, Kaminsky SM, Sondhi D, Crystal RG. Anti-vector and anti-transgene host responses in gene therapy. Curr Opin Mol Ther 2000; 2: 376-382.

- 52 -

573.  Crystal, RG. Research opportunities and advances in lung disease. JAMA 2001; 285: 612-618.

574.  Kikuchi T, Worgall S, Singh R, Moore MAS, Crystal RG. Dendritic cells genetically modi-fied to express CD40 ligand and pulsed with antigen can initiate antigen-specific humoral immunity independent of CD4+ T cells. Nature Med 2000; 6:1154-1159.

575.  Ramalingam R, Worgall S, Rafii S, Crystal RG. Downregulation of CXCR4 gene expres-sion in primary human endothelial cells following infection with E1$^-$E4$^+$ adenovirus gene transfer vectors. Molecular Ther 2000; 2:381-386.

576.  Kikuchi T, Miyazawa N, Moore MAS, Crystal, RG. Tumor regression induced by intratumor administration of adenovirus vector expressing CD40 ligand and naive dendritic cells. Cancer Res. 2000; 60:6391-6395.

577.  Sanborn TA, Hackett NR, Lee LY, El-Sawy T, Blanco I, Tarazona N, Deutsch E, Crystal RG, Rosengart TK. Percutaneous endocardial transfer and expression of genes to the myocardium utilizing fluoroscopic guidance. Cathet Cardiovasc Intervent 2001; 52: 260-266.

578.  Song W, Tong T, Carpenter H, Kong H-L, Crystal RG. Persistent, antigen-specific, thera-peutic antitumor immunity by dendritic cells genetically modified with an adenoviral vector to express a model tumor antigen. Gene Ther 2000;7: 2080-2086.

579.  Hackett NR, El-Sawy T, Lee LY, Silva I, O'Leary J, Rosengart TK, Crystal. Use of quanti-tative TaqMan real time PCR to track the time dependent distribution of gene transfer vec-tors *in vivo*. Mol Ther 2000; 2: 649-656.

580.  van't Hof W, Crystal RG. Manipulation of the cytoplasmic and transmembrane domains alters cell surface levels of the coxsackie-adenovirus receptor and changes the efficiency of adenovirus infection. Hum Gene Ther 2001; 12: 25-34.

581.  Miyazawa N, Crystal RG, Leopold PL. Adenovirus serotype 7 retention in a late endosomal compartment prior to cytosol escape is modulated by fiber protein. J Virol 2001 75: 1387-1400.

582.  Vincent T, Harvey B-G, Hogan SM, Bailey CJ, Crystal RG, Leopold PL. Rapid assessment of adenovirus serum neutralizing antibody titer based on quantitative, morphometric evalu-ation of capsid binding and intracellular trafficking. J Virol 2001; 75: 1516-1521.

583.  Kaner RJ, Crystal RG. Compartmentalization of vascular endothelial growth factor to the epithelial surface of the human lung. Mol Med 2001; 7: 240-246.

584.  Harvey B-G, Hackett NR, Ely S, Crystal RG. Host responses and persistence of vector ge-

nome following intrabronchial administration of an E1⁻E3⁻ adenovirus gene transfer vector to normal individuals. Mol Ther 2001; 3: 206-215.

585. Hidaka C, Quitoriano M, Warren RF, Crystal RG. Enhanced matrix synthesis and *in vitro* formation of cartilage-like tissue by genetically modified chondrocytes expressing BMP-7. J Ortho Res 2001; 19: 751-758.

586. Rafii S, Dias S, Meeus S, Hattori K, Ramachandran R, Feuerback F, Worgall S, Hackett NR, Crystal RG. Infection of endothelium with E1⁻E4+, but not E1⁻E4⁻, adenovirus gene transfer vectors enhances leukocyte adhesion and migration by modulation of ICAM-1, VCAM-1, CD34, and chemokine expression. Circ Res. 2001; 88:903-910.

587. Hattori K, Dias S, Heissig B, Hackett NR, Lyden D, Tateno M, Hicklin DJ, Zhu Z, Witte L, Crystal RG, Moore MA, Rafii S. Vascular endothelial growth factor and angiopoietin-1 stimulate postnatal hematopoiesis by recruitment of vasculogenic and hematopoietic stem cells. J Exp Med. 2001; 193: 1005-1014.

588. Hattori K, Heissig B, Tashiro K, Honjo T, Tateno M, Shieh J-h, Quitriano MS, Hackett NR, Crystal RG, Rafii S, Moore MAS. Plasma elevation of stromal derived factor-1 induces mobilization of mature and immature hematopoietic progenitor and stem cells. Blood 2001; 97: 3354-3360.

589. Sondhi D, Hackett NR, Apblett RL, Kaminsky SM, Pergolizzi RG, Crystal RG. Feasibility of gene therapy for late neuronal ceroid lipofuscinosis. Arch Neurology 2001; 58: 1793-1798.

590. Landesberg LJ, Ramalingam R, Lee K, Rosengart TK, Crystal RG. Upregulation of transcription factors in lung in the early phase of post-pneumonectomy lung growth. Am J Physiol: Lung Cell Mol Physiol 2001; 281: L1138-L1149.

591. Worgall S, Kikuchi T, Singh R, Markutsova K, Lande L, Crystal RG. Protection against pulmonary infection with *Pseudomonas aeruginosa* following immunization with *Pseudomonas aeruginosa*–pulsed dendritic cells. Infect Immun 2001; 69: 4521-4527.

592. Kikuchi T, Hackett NR, Crystal RG. Cross-strain protection against clinical and laboratory strains of *Pseudomonas aeruginosa* mediated by dendritic cells genetically modified to express CD40 ligand and pulsed with specific strains of *Pseudomonas aeruginosa*. Hum Gene Ther 2001; 12:1251-1263.

593. Bergstein I, Leopold PL, Sato N, Panteleyev AA, Christiano AM, Crystal RG. *In vivo* enhanced expression of patched dampens the sonic hedgehog pathway. Mol Ther 2002; 6: 258-264.

594. Seidman MA, Hogan SM, Worgall S, Crystal RG, Leopold PL. Variation in adenovirus

- 54 -

receptor expression and adenovirus vector-mediated transgene expression at defined stages of the cell cycle. Mol Ther 2001; 4: 13-21.

595. Walters RW, van't Hof W, Yi SM, Schroth MK, Zabner J, Crystal RG, Welsh MJ. Apical localization of the coxsackie-adenovirus receptor by GPI modification is sufficient for adenovirus-mediated gene transfer through the apical surface of human airway epithelia. J Virol 2001; 75: 7703-7711

596. Rajagopalan S, Shah M, Luciano A, Crystal RG, Nabel EG. Adenovirus-mediated gene transfer of VEGF121 improves lower extremity endothelial function and flow reserve. Circulation 2001; 104: 753-755.

597. Peng XY, Won JH, Rutherford T, Fujii T, Zelterman D, Pizzorno G, Sapi E, Leavitt J, Kacinski B, Crystal RG, Schwartz P, Deisseroth A. The use of the L-plastin promoter for adenoviral-mediated, tumor-specific gene expression in ovarian and bladder cancer cell lines. Cancer Res 2001; 61: 4405-4413.

598. Hidaka C, Ibarra C, Hannafin JA, Torzilli PA, Quitoriano M, Jen S-S, Warren RF, Crystal RG. Formation of vascularized meniscus tissue by combining gene therapy with tissue engineering. Tissue Eng. 2002; 8; 93-105.

599. Korst RJ, Aliwadi M, Lee JM, Sang L, Crystal RG. Adenovirus gene transfer vectors inhibit growth of lymphatic tumor metastases independent of a therapeutic transgene. Hum Gene Ther 2001; 12: 1639-1649.

600. Kianmanesh A, Hackett NR, Lee JM, Kikuchi T, Korst RJ, Crystal RG. Intratumor administration of low doses of an adenovirus vector coding for TNF-α together with naive dendritic cells elicits significant suppression of tumor growth without toxicity. Hum Gene Ther 2001: 12: 2035-2049.

601. Moore MA, Hattori K, Heissig B, Shieh JH, Dias S, Crystal RG, Rafii S. Mobilization of endothelial and hematopoietic stem and progenitor cells by adenovector-mediated elevation of serum levels of SDF-1,VEGF, and angiopoietin-1. Ann N Y Acad Sci 2001; 938: 36-45.

602. Aliawadi M, Lee JM, Sang L, Hackett NR, Crystal RG, Korst RJ. Adenovirus vector-mediated transfer of the vascular endothelial growth factor cDNA to healing abdominal fascia enhances vascularity and bursting strength in mice with normal and impaired wound healing. Surgery 2002; 131: 219-227.

603. Kikuchi T, Crystal RG. Antigen-pulsed dendritic cells expressing macrophage-derived chemokine elicit Th2 responses and promote specific humoral immunity. J Clin Invest 2001; 108: 917-927.

604. Sato N, Leopold PL, Crystal RG. Effect of adenovirus-mediated expression of sonic hedge-

- 55 -

hog on hair regrowth in mice with chemotherapy-induced alopecia. J Natl Cancer Inst 2001; 93:1858-1864.

605. Tong Y, Song W, Crystal RG. Combined intratumoral injection of naive bone marrow-derived dendritic cells and systemic chemotherapy to treat pre-existing murine tumors. Cancer Res 2001; 61:7530-7535.

606. Lyden D, Hattori K, Dias S, Costa C, Blaikie P, Butros L, Chadburn A, Heissig B, Marks W, Witte L, Wu Y, Hicklin D, Zhu Z, Hackett NR, Crystal RG, Moore MA, Hajjar KA, Manova K, Benezra R, Rafii S. Impaired recruitment of bone-marrow-derived endothelial and hematopoietic precursor cells blocks tumor angiogenesis and growth. Nat Med. 2001; 7:1194-1201.

607. Leotta E, Patejunas G, Murphy G, Szokol J, McGregor L, Pollack J, Hamaway A, Winchester D, Hackett NR, Crystal RG, Rosengart T. Gene therapy utilizing adenovirus-mediated myocardial transfer of vascular endothelial growth factor 121 improves cardiac performance in a pacing model of congestive heart failure. J Thorac Cardiovasc Surg 2002; 123:1101-1113.

608. Crystal RG. Fooling mother nature. Nat Biotechnol. 2002; 20:32-33.

609. Feugier P, Jo DY, Shieh JH, MacKenzie KL, Rafii S, Crystal RG, Moore MA. Ex vivo expansion of stem and progenitor cells in co-culture of mobilized peripheral blood CD34+ cells on human endothelium transfected with adenovectors expressing thrombopoietin, c-kit ligand, and Flt-3 ligand. J Hematother Stem Cell Res. 2002; 11:127-138

610. Korst RJ, Mahtabifard A, Yamada R, Crystal RG. Effect of adenovirus gene transfer vectors on the immunologic functions of mouse dendritic cells. Mol Ther. 2002; 5:307-315

611. van't Hof W, Crystal RG. Fatty acid modification of the coxsackievirus and adenovirus receptor. J Virol 2002; 76: 6382-6386.

612. Rice J, Connor R, Worgall S, Moore JP, Leopold PL, Kaner RJ, Crystal RG. Inhibition of HIV-1 replication in alveolar macrophages by adenovirus gene transfer vectors. Am J Respir Cell Mol Biol 2002; 27: 214-219.

613. Suzukawa K, Miura K, Mitsushita J, Resau J, Hirose K, Crystal R, Kamata T. Nerve growth factor-induced neuronal differentiation requires generation of Rac1-regulated reactive oxygen species. J Biol Chem 2000; 275:13175-13178.

614. Mae M, Crystal RG. Gene transfer to the pleural mesothelium as a strategy to deliver proteins to the lung parenchyma. Hum Gene Ther 2002; 13:1471-1482.

615. Harvey B-G, McKinney RL, Rosengart TK, Lesser ML, Crystal, RG. Systemic interleukin-

6 responses following administration of adenovirus gene transfer vectors to humans by different routes. Mol Ther 2002; 6: 287-297

616. Worgall S, Martushova K, Busch A, Lande L, Crystal RG. Apoptosis induced by *Pseudomonas aeruginosa* in antigen presenting cells is diminished by genetic modification with CD40 ligand. Pediatr Res. 2002; 52: 636-644

617. Crystal RG, Bitterman PB, Mossman B, Schwarz MI, Sheppard D, Almasy L, Chapman HA, Friedman SL, King TE Jr, Leinwand LA, Liotta L, Martin GR, Schwartz DA, Schultz GS, Wagner CR, Musson RA. Future research directions in idiopathic pulmonary fibrosis: Summary of a National Heart, Lung, and Blood Institute Working Group. Am J Repir Crit Care Med 2002; 166: 236-246.

618. Hattori K, Heissig B, Wu Y, Dias S, Tejada R, Ferris B, Hicklin DJ, Zhu Z, Bohlen P, Witte L, Hendrikx J, Hackett NR, Crystal RG, Moore MA, Werb Z, Lyden D, Rafii S. Placental growth factor reconstitutes hematopoiesis by recruiting VEGFR1(+) stem cells from bone-marrow microenvironment. Nat Med 2002;8: 841-849.

619. Heissig B, Hattori K, Dias S, Friedrich M, Ferris B, Hackett NR, Crystal RG, Besmer P, Lyden D, Moore MA, Werb Z, Rafii S. Recruitment of stem and progenitor cells from the bone marrow niche requires MMP-9 mediated release of kit-ligand. Cell 2002; 109: 625-637.

620. Crystal, RG. Cardiac Gene Therapy: Pumping up the Heart. Gene Therapy 2003; 10: 2-3.

621. Rajagopalan S, Trachtenberg J, Mohler E, Olin J, McBride S, Pak R, Rasmussen H, Crystal RG. Phase I study of direct administration of a replication deficient adenovirus vector containing the vascular endothelial growth factor cDNA (CI-1023) to patients with claudication. Am J Cardiol 2002; 90: 512-516.

622. Eden E, Hammel J, Rouhani F, Brantly ML, Barker AF, Buist AS, Fallat RJ, Stoller JK, Crystal RG, Turino GM. Asthma features in severe alpha 1-antitrypsin deficiency. Experience of the NHLBI Registry. Chest 2003; 123:765-71.

623. Lee JM, Mahtabifard A, Yamada R, Crystal RG, Korst RJ. Adenovirus vector-mediated overexpression of a truncated form of the p65 NF-κB cDNA in dendritic cells enhances their function resulting in immune-mediated suppression of preexisting murine tumors. Clin Cancer Res 2002; 8: 3561-3569.

624. Mahtabifard A, Merritt RE, Yamada RE, Crystal RG, Korst RJ. *In vivo* gene transfer of pigment epithelium-derived factor (PEDF) inhibits tumor growth in syngeneic murine models of thoracic malignancies. J Thorac Cardiovasc Surg. 2003;126:28-38.

625. Hidaka C, Goodrich LR, Chen C-T, Warren RF, Crystal RG, Nixon AJ. Acceleration of

- 57 -

cartilage repair by genetically modified chondrocytes over expressing bone morphogenetic protein-7. J Ortho Res 2003; 21: 573-83

626.  Lee JM, Merritt RE, Mahtabifard A, Yamada R, Kikuchi T, Crystal RG, Korst RJ. Intratumoral expression of macrophage-derived chemokine induces CD4+ T cell-independent antitumor immunity in mice. J. Immunotherapy 2003; 26:117-129.

627.  Stoller JK, Fallat R, Schluchter MD, O'Brien RG, Connor J, Gross N, O'Neil K, Sandhaus R, Crystal RG. Augmentation therapy with alpha$_1$-antitrypsin: Patterns of use and adverse events. Chest 2003;123:1425-1434.

628.  Heguy A, Kaplan R, Crystal RG. Future directions in genetic strategies for understanding and treating pulmonary fibrosis. In: Lynch JP, ed. Idiopathic Pulmonary Fibrosis: Lung Biology in Health and Disease. Marcel Dekker, Inc., New York 2004; 733-760

629.  Kaplan R, Luettich K, Heguy A, Hackett NR, Harvey B-G, Crystal RG. Monoallelic upregulation of the imprinted H19 gene in airway epithelium of phenotypically normal cigarette smokers. Ca Research 2003; 63: 1475-1482

630.  Hackett NR, Crystal RG. Adenovirus vectors for gene therapy. In: Lasic D, Templeton NS, eds. Gene Therapy: Therapeutic Mechanisms and Strategies, Second Edition. Marcel Dekker, Inc., New York, 2004: 17-40.

631.  Hidaka C, Goshi K, Rawlins B, Boadine-Adjei O, Crystal RG. Enhancement of spine fusion using combined gene therapy and tissue engineering BMP-7-expressing bone marrow cells and allograft bone. Spine 2003; 28: 2049-2057

632.  Landesberg L, Crystal RG. Molecular Response to Pneumonectomy. In: Massaro D, De Carlo Massaro G, Chambon P, eds. Lung Development and Regeneration: Lung Biology in Health and Disease. Marcel Dekker, Inc. New York 2004; 455-481.

633.  Korst RJ, Crystal RG. Cancer-related gene therapy clinical trials. In: Curiel DT, Douglas JT, eds. Cancer Gene Therapy. Humana Press, Inc. Totowa, New Jersey 2004; 427-440.

634.  Hackett NR, Heguy A, Harvey B-G, O'Connor TP, Luettich K, Kaplan R, Crystal RG. Variability of antioxidant-related gene expression in the airway epithelium of cigarette smokers. Am J Respir Cell Mol Bio 2003; 29: 331-343

635.  Korst RJ, Crystal RG. Active, specific immunotherapy for lung cancer: Hurdles and strategies using genetic modification. Ann Thoracic Surg 2003; 76:1319-1326.

636.  Crystal RG. Sarcoidosis. In: Kasper DL, Braunwald E, Fauci AS, Hauser SL, Longo DL, Jameson JL, eds. 16th Edition of Harrison's Principles of Internal Medicine. McGraw-Hill, New York, 2004: 2017-2023.

637. Merritt RE, Mahtabifard A, Yamada RE, Crystal RG, Korst RJ. Cisplatin augments cytotoxic T lymphocyte-mediated antitumor immunity in poorly immunogenic murine lung cancer. J Thorac Cardiovasc Surg 2003; 126: 1609-1617

638. Schalch P, Rahman GF, Goldschmidt RA, Carbray J, Retuerto MA, Kim D, Esser K, Crystal RG, Rosengart TK. Adenoviral-mediated transfer of VEGF121 cDNA enhances myocardial perfusion and exercise performance in the non-ischemic state. J Thorac Cardiovasc Surg. 2004; 127:535-540.

639. Zhang F, Hackett NR, Lam G, Shmelkov S, Pergolizzi RG, Luo L, Cheng J, Edelberg J, Crystal RG, Rafii S. GFP induces HSP70-mediated upregulation of COX-2 expression in EC. Blood 2003; 102: 2115-2121.

640. Tan Y, Hackett NR, Boyer J, Crystal RG. Protective immunity evoked against anthrax lethal toxin following a single intramuscular administration of an adenovirus-based vaccine encoding humanized protective antigen. Hum Gene Ther 2003; 14:1673-1682.

641. Mohler ER, Rajagopalan S, Olin JW, Trachtenberg JD, Rasmussen H, Pak R, Crystal RG. Adenoviral-mediated gene transfer of vascular endothelial growth factor in critical limb ischemia: safety results from a phase I trial. Vasc Med. 2003; 8: 9-13.

642. Bailey CJ, Crystal RG, Leopold PL. Association of adenovirus with the microtubule organizing center. J Virol 2003; 77: 13275-13287

643. Pergolizzi RG, Ropper AE, Dragos R, Reid AC, Nakayama K, Tan Y, Ehteshami JR, Coleman SH, Silver RB, Hackett NR, Menez A, Crystal RG. *In vivo trans*-splicing of 5' and 3' segments of pre-mRNA directed by corresponding DNA sequences delivered by gene transfer. Mol Ther 2003; 8: 999-1008

644. Whitlock P, Hackett NR, Leopold PL, Rosengart TK, Crystal RG. Adenovirus mediated transfer of a mini-gene expressing multiple isoforms of VEGF is more effective at inducing angiogenesis than comparable vectors expressing individual VEGF cDNAs. Mol Ther 2004; 9: 67-75

645. Worgall S, Busch A, Rivara M, Bonnyay D, Leopold PL, Merritt R, Hackett NR, Rovelink PW, Bruder JT, Wickham TJ, Kovesdi I, Crystal RG. Modification to the capsid of the adenovirus vector that enhances dendritic cell infection and transgene-specific cellular immune responses. J Virol 2004; 78: 2572-2580.

646. Avecilla ST, Hattori K, Heissig B, Tejada R, Liao F, Shido K, Jin DK, Dias S, Zhang F, Hartman TE, Hackett NR, Crystal RG, Witte L, Hicklin DJ, Bohlen P, Eaton D, Lyden D, De Sauvage F, Rafii S. Chemokine-mediated interaction of hematopoietic progenitors with the bone marrow vascular niche is required for thrombopoiesis. Nat Med. 2004 Jan; 10: 64-71.

647. O'Connor TP, Crystal RG.  Using Genetic Medicine to Regenerate Diseased Organs and Protect Against the Hostile Environment. Trans Am Clin Climatol Assoc 2004; 115:163-183.

648. Schalch P, Patejunas G, Retuerto M, Sarateanu S, Milbrandt J, Thakker G, Kim D, Carbray J, Crystal RG, Rosengart TK. Homozygous deletion of EGR-1 results in critical limb ischemia following vascular ligation: Evidence for a central role for EGR-1 in vascular homeostasis. J Thorac Cardiovasc Surg 2004; 128:595-601.

649. Heguy A, Harvey B-G, O'Connor TP, Hackett NR, Crystal RG. Sampling dependent upregulation of gene expression in sequential samples of human airway epithelial cells. Mol Med 2003; 9: 200-208.

650. Merritt RE, Yamada RE, Crystal RG, Korst RJ. Augmenting major histocompatibility complex class I expression by murine tumors in vivo enhances antitumor immunity induced by an active immunotherapy strategy. J Thorac Cardiovasc Surg. 2004; 127:355-364.

651. Zhang F, Cheng J, Hackett NR, Lam G, Shido K, Pergolizzi R, Jin DK, Crystal RG, Rafii S. Adenovirus E4 gene promotes selective endothelial cell survival and angiogenesis via activation of the VE-cadherin/Akt signaling pathway. J Biol Chem 2004; 279:11760-11766.

652. Merritt RE, Yamada RE, Wasif N, Crystal RG, Korst RJ. Effect of inhibition of multiple steps of angiogenesis in syngeneic murine pleural mesothelioma. Ann Thorac Surg 2004; 78:1042-1051.

653. Vincent T, Pettersson RF, Crystal RG, Leopold PL. Cytokine-mediated downregulation of coxsackie-adenovirus receptor in endothelial cells. J Virol 2004; 78:8047-8058.

654. Pergolizzi RG, Crystal RG. Genetic medicine at the RNA level: Modifications of the genetic repertoire for therapeutic purposes by pre-mRNA *trans*-splicing. Comptes Rendus Biologies 2004; 327:695-709.

655. Kaner RJ, Crystal RG. Pathogenesis of high altitude pulmonary edema: Does vascular endothelial growth factor normally compartmentalized to the alveolar epithelial surface exacerbate capillary leak when the epithelial barrier is compromised? High Alt Med Biol 2004; 5:399-409.

656. Kelkar S, Pfister KK, Crystal RG, Leopold PL. Cytoplasmic dynein mediates adenovirus binding to microtubules. J Virol 2004; 78:10122-10132.

657. Anton M, Wittermann C, Haubner R, Simoes M, Reder S, Essien B, Wagner B, Henke J, Erhardt W, Noll S, Hackett NR, Crystal RG, Schwaiger M, Gansbacher B, Bengel FM. Coexpression of herpes viral thymidine kinase reporter gene and VEGF gene for

noninvasive monitoring of therapeutic gene transfer – *in vitro* and initial *in vivo* evaluation. J Nucl Med. 2004; 45:1743-1746.

658. Tahara M, Pergolizzi RG, Kobayashi H, Krause A, Crystal RG. *Trans*-splicing correction of CD40 ligand deficiency resulting in naturally regulated correction of a murine model of hyper IgM X-linked immunodeficiency. Nat Med 2004; 10:834-841.

659. Retuerto MA, Schalch P, Patejunas G, Carbray J, Liu N, Esser K, Crystal RG, Rosengart TK. Angiogenic pretreatment improves the efficacy of cellular cardiomyoplasty performed with fetal cardiomyocyte implantation. J Thorac Cardiovasc Surg 2004; 127:1041-1051.

660. Rowe T, Gao G, Hogan RJ, Crystal RG, Grant R, Bell P, Kobinger GP, Wivel N, Wilson JM. Macque model for SARS. J Virol 2004; 78: 11401-11404.

661. Hogan RJ, Gao G, Rowe T, Bell P, Paragas J, Kobinger G, Wivel N, Crystal RG, Boyer J, Feldman H, Voss TG, Wilson JM. Resolution of primary SARS-associated coronavirus infection requires Stat-1. J Virol 2004; 78: 11416-11421.

662. Kasuya K, Boyer J, Tan Y, Alipui DO, Hackett NR, Crystal RG. Passive immunotherapy for anthrax mediated by an adenovirus expressing anti-protective antigen single chain antibody. Mol Ther 2005: 11:237-244.

663. De BP, Heguy A, Leopold PL, Wasif N, Korst RJ, Hackett NR, Crystal RG. Intrapleural administration of a serotype 5 adeno-associated virus coding for α1-antitrypsin mediates persistent, high lung and serum levels of α1-antitrypsin. Mol Ther 2004; 10:1003-1010.

664. Stoller JS, Tomashefski J Jr, Crystal RG, Arroliga A, Strange C, Killian DN, Schluchter MD, Wiedemann HP. Mortality in alpha 1-antitrypsin deficiency: Findings from the National Institutes of Health Registry. Chest 2005; 127:1196-1204.

665. Tomashefski JF, Crystal RG, Wiedemann HP, Mascha E, Stoller JK. The bronchopulmonary, pathology of alpha 1-antitrypsin (AAT) deficiency: Findings of the death review committee of the National Registry for Individuals with Severe Deficiency of Alpha 1-Antitrypsin. Human Pathol 2004; 35:1452-1461.

666. Crystal RG, Sondhi D, Hackett NR, Kaminsky SM, Worgall S, Steig P, Souweidane M, Hosain S, Heier L, Ballon M, Dinner M, Wisniewski K, Kaplitt M, Greenwald BM, Howell JD, Strybing K, Dyke J, Voss H. Administration of a replication deficient adeno-associated virus gene transfer vector expressing the human CLN2 cDNA to the brain of children with late infantile neuronal ceroid lipofuscinosis. Hum Gene Ther 2004; 15:1131-1154.

667. Pergolizzi RG, Dragos R, Ropper AE, Menez A, Crystal RG. Protective immunity against α-cobratoxin following a single administration of a genetic vaccine encoding a non-toxic cobratoxin variant. Hum Gene Ther 2005; 16:292-298.

- 61 -

668. Nakayama K, Pergolizzi RG, Crystal RG. Gene transfer-mediated Pre-mRNA segmental *Trans*-splicing as a strategy to deliver intracellular toxins for cancer therapy. Cancer Res 2005; 65:254-263.

669. Luo X, Yan H, Kin IS, Sainte-Hilaire F, Thomas DA, De BD, Ozkaynak E, Muthukumar T, Hancock WW, Crystal RG, Suthanthiran M. Systemic TGF-β1 gene therapy induces FoxP3+ regulatory cells, restores self-tolerance and facilitates regeneration of beta cell function in overtly diabetic NOD mice. Transplantation 2005; 79:1091-1096

670. Zhu W, Rawlins BA, Boachie-Adjei O, Myers E, Arimizu J, Choi E, Lieberman JR, Crystal RG, Hidaka C. Combined bone morphogenetic protein-2 and -7 gene therapy enhances osteoblastic differentiation and spine fusion. J Bone Miner Res 2004; 19:2021-2032.

671. Boyer JL, Kobinger G, Wilson JM, Crystal RG. Adenovirus-based genetic vaccines for biodefense. Hum Gene Ther 2005; 16:157-168

672. Lou H, Leopold PL, Crystal RG. Enhanced Efficacy of Cholesterol Minus Sonic Hedgehog in Postnatal Skin Mol Ther 2005; 12: 575-578

673. Kermani P, Rafik D, Whitlock P, Schaffer W, Chiang A, Shido A, Jin D, Benraiss A, Goldman S, Simantov R, Febbraio M, Hackett NR, Crystal RG, Rafii S, Hempstead BL. Neurotrophins promote revascularization by recruitment of marrow derived myeloid pro-genitors. J Clin Invest 2005; 115:653-663.

674. Worgall S, Krause A, Rivara M, Hee K-K, Hackett NR, Roelvink PW, Bruder JT, Wick-ham, Kovesdi I, Crystal RG. Protection against pulmonary infection with *P. aeruginosa* following immunization with a replication deficient adenovirus modified to contain a *P. aeruginosa* Oprf epitope in the adenovirus capsid. J Clin Invest 2005; 115:1281-1289.

675. Sondhi D, Peterson DA, Giannaris EL, Sanders CT, Mendez BS, De B, Rostkowski A, Blanchard B, Bjugstad K, Sladek JR Jr, Redmond DE, Leopold PL, Kaminsky SM, Hackett NR, Crystal. AAV2-mediated CLN2 gene transfer to rodent and non-human primate brain results in long term TPP-I expression compatible with therapy for LINCL. Gene Ther 2005; 12:1618-1632.

676. Ware LB, Kaner RJ, Crysal RG, Schane R, Trivedi NN, McAuley D, Matthay MA. VEGF levels do not distinguish between ARDS and hydrostatic pulmonary edema. Euro Respir J 2005; 26:101-105

677. Worgall S, Heguy A, Kuettich K, O'Connor TP, Harvey B-G, Quadri LEN, Crystal RG. Similarity of gene expression patterns in of human alveolar macrophages in response to *Pseudomonas aeruginosa* and *Burkholderia cepacia*. Infect Immun 2005; 73: 5262-5268.

678. Crystal RG, Pergolizzi RG. Cystic fibrosis transmembrane conductance regulator (CFTR)

- 62 -

gene. In: Laurent GJ, Shapiro SD, eds. Encyclopedia of Respiratory Medicine. Elsevier Ltd, Oxford 2006: 610-614.

679. Zhang F, Cheng J, Lam G, Jin DK, Vincent L, Hackett NR, Wang S, Young LM, Hempstead B, Crystal RG, Rafii S. Adenovirus vector E4 gene regulates connexin 40 and 43 expression in endothelial cells via PKA and PI3K signal pathways. Circ Res 2005; 13: 950-957.

680. Amano H, Hackett NR, Kaner RJ, Whitlock P, Crystal RG. Alteration of splicing signals in a genomic/cDNA hybrid VEGF gene to modify the ratio of expressed VEGF isoforms enhances potency and safety of angiogenic gene therapy. Mol Ther 2005: 12:716-724.

681. Hashimoto M, Boyer JL, Hackett NR, Wilson JM, Crystal RG. Induction of protective immunity to anthrax lethal toxin with a non-human primate adenovirus-based vaccine in the presence of pre-existing anti-human adenovirus immunity. Infec Immun 2005; 73: 6885-6891.

682. Arkin LM, Sondhi D, Worgall S, Suh LHK, Hackett NR, Kaminsky SM, Hosain SA, Souweidane MM, Kaplitt MG, Dyke JP, Heier LA, Ballon DJ, Shungu DC, Wisniewski KE, Greenwald BM, Hollmann C, Crystal RG. Confronting the issues of therapeutic misconception, enrollment decisions, and personal motives in genetic medicine-based clinical research studies for fatal disorders. Hum Gene Ther 2005; 16: 1028-1036.

683. Sondhi D, Hackett NR, Kaminsky SM, Souweidane MM, Kaplitt MG, Crystal RG. Gene therapy for the late infantile form of batten disease. In: Kaplitt M, During M, eds. Gene therapy of the central nervous system: From bench to bedside. Academic Press, London 2006:317-333.

684. Gelbman B, Crystal RG. Idiopathic bronchiolitis obliterans, idiopathic pulmonary fibrosis, and the autoimmune disorders of the lung. In: I Mackay, NR Rose, Macdonald M, Lebedeva V. The Autoimmune Diseases, 4th edition. Academic Press, London, England 2006: 935-954.

685. Amano H, Hackett NR, Rafii S, Crystal RG. Thrombopoietin gene transfer-mediated enhancement of angiogenic responses to acute ischemia. Circ Res 2005; 97: 337-345.

686. Turetz ML, Crystal RG. Mechanisms and consequences of CNS hypoxia. In: Gilman S, ed Neurobiology of Disease. Elsevier, San Diego, CA 2007; 681-688.

687. Mae M, O'Connor TP, Crystal RG. Gene transfer of the vascular endothelial growth factor receptor flt-1 suppresses pulmonary metastasis associated with lung growth. Am J Respir Cell Mol Biol 2005; 33: 629-635.

688. De BD, Heguy A, Hackett NR, Lee J, Pierre L, Gao G, Wilson JM, Crystal RG. High levels

- 63 -

of persistent expression of α1-antitrypsin mediated by the non-human primate serotype rh.10 adeno-associated virus despite pre-existing immunity to common human adeno-associated viruses. Mol Ther 2006; 13: 67-76.

689. Hackett NR, Redmond DE, Sondhi D, Giannaris EL, Vassallo E, Stratton J, Qiu J, Kaminsky SM, Lesser ML, Fisch GS, Crystal RG. Safety of direct administration of AAV2$_{CU}$hCLN2, a candidate treatment for the central nervous system manifestations of late infantile neuronal ceroid lipofuscinosis, to the brain of rats and non-human primates. Hum Gene Ther 2005; 16:1484–1503.

690. Heguy A, O'Connor TP, Luettich K, Worgall S, Cieciuch AA, Harvey B-G, Hackett NR, Crystal RG. Gene expression profiling of human alveolar macrophages of phenotypically normal smokers and non-smokers reveals a previously unrecognized subset of genes modulated by cigarette smoking. J Mol Med 2006; 84:318-328.

691. Heguy A, Crystal RG. Intrapleural "outside-in" gene therapy: Therapeutics for organs of the chest via gene transfer to the pleura. Curr Opin Mol Ther 2005; 7:440-453.

692. Sondhi D, Hackett NR, Kaminsky SM, Crystal RG. Setting back the clock - Adenovirus-mediated gene therapy for lysosomal storage diseases. In: JA Barranger, ed. Lysosomal Storage Diseases; 2006 (in press)

693. Boyer JL, Crystal RG. Genetic medicine strategies to protect against bioterrorism. Trans Am Clin Climatol Assoc 2006; 117: 297-311.

694. Passini MA, Dodge JC, Bu J, Yan W, Zhao Q, Sondhi D, Hackett NR, Kaminsky SM, Mao Q, Shihabuddin LS, Cheng SH, Sleat DE, Stewart GR, Davidson BL, Lobel P, Crystal RG. Intracranial delivery of CLN2 reduces brain pathology in a mouse model of classical late infantile neuronal ceroid lipofuscinosis. J Neurosci 2006; 26:1334-1342.

695. Kobayashi H, Worgall S, O'Connor TP, Crystal RG. Interaction of *P. carinii* with dendritic cells and resulting host responses to *P. carinii*. J Immunother 2007; 30: 54-63

696. Krause A, Joh J H, Hackett NR, Roelvink PW, Bruder JT, Wickham TJ, Kovesdi I, Crystal RG, Worgall S. Epitopes expressed in different adenovirus capsid proteins induce different levels of epitope-specific immunity. J Virol 2006; 80:5523-5530.

697. Fushimi T, O'Connor TP, Crystal RG. Adenoviral gene transfer of stromal cell-derived factor-1α to murine tumors induces the accumulation of dendritic cells and suppresses tumor growth. Cancer Res. 2006; 66:3513-3522

698. Pergolizzi RG, Crystal RG. Gene transfer studies using mouse models. In: Fox J, Newcomer C, Smith A, Barthold S, Quimby F, Davisson M, eds. The Mouse in Biomedical Research, Second Edition. Elsevier, San Diego, CA, 2007; 267-279

699. Pergolizzi RG, Jin G, Chan D, Pierre L, Bussell J, Ferris B, Leopold PL, Crystal RG. Cor-
rection of a murine model of von Willebrand disease by gene transfer. Blood 2006; 108:
862-869.

700. O'Connor TP, Crystal RG. Genetic medicines: Treatment strategies for hereditary disor-
ders. Nature Rev Genet 2006; 5: 261-276.

701. Kelkar S, De BP, Gao G, Wilson JM, Crystal RG, Leopold PL. A common mechanism for
cytoplasmic dynein-dependent microtubule binding shared among adeno-associated virus
and adenovirus serotypes. J Virol 2006; 80:7781-7785.

702. Jin DK, Shido K, Kopp HG, Petit I, Shmelkov SV, Young LM, Hooper AT, Amano H,
Avecilla ST, Heissig B, Hattori K, Zhang F, Hicklin DJ, Wu Y, Zhu Z, Dunn A, Salari H,
Werb Z, Hackett NR, Crystal RG, Lyden D, Rafii S. Cytokine-mediated deployment of
SDF-1 induces revascularization through recruitment of CXCR4(+) hemangiocytes. Nat
Med. 2006;12:557-567.

703. Chiuchiolo MJ, Boyer JL, Krause A, Hackett NR, Crystal RG. Protective immunity against
respiratory tract challenge with *Yersinia pestis* in mice immunized with an adenovirus-
based vaccine vector expressing V antigen. J Infec Dis 2006; 194:1249-1257.

704. Harvey B-G, Heguy A, Leopold PL, Ferris B, Crystal RG. Modification of gene expression
of the small airway epithelium in response to cigarette smoking. J Mol Med 2007;
86:39-53.

705. Feugier P, Li N, Jo DY, Shieh JH, MacKenzie KL, Lesesve JF, Latger-Cannard V,
Bensoussan D, Crystal RG, Rafii S, Stoltz JF, Moore MA. Osteopetrotic mouse stroma
with thrombopoietin, c-kit ligand, and flk-2 ligand supports long-term mobilized CD34+
hematopoiesis in vitro. Stem Cells Dev. 2005; 14:505-516.

706. Leopold PL, Wendland RL, Vincent T, Crystal RG. Neutralized adenovirus-immune com-
plexes can mediate effective gene transfer via a Fc receptor-dependent infection pathway. J
Virol 2006; 80:10237-47

707. Worgall S, Crystal RG. Gene Therapy. In: Lanza R, Langer R, Vacanti J, eds. Principles of
Tissue Engineering, Third Edition. Elsevier / Academic Press, New York, 2007: 471-492.

708. Carolan BJ, Heguy A, Harvey B-G, Leopold PL, Ferris B, Crystal RG. Upregulation of
expression of the ubiquitin carboxyl terminal hydrolase L 1 gene in human airway epithe-
lium of cigarette smokers. Ca Res 2006; 66:10729-10740

709. Sondhi D, Hackett NR, Peterson DA, Stratton J, Baad M, Travis KM, Wilson JM, Crystal
RG. Enhanced performance and survival of the CLN2 knockout mouse model of late infan-
tile neuronal ceroid lipofuscinosis following intracranial delivery of a rhesus macaque-de-

rived adeno-associated virus (AAVrh.10) vector expressing the CLN2 cDNA. Mol Ther 2007; 15:481-491

710. Strulovici Y, Leopold PL, O'Connor TP, Pergolizzi RG, Crystal RG. Human embryonic stem cells and gene therapy. Mol Ther 2007; 15:850-866.

711. Gelbman BG, Heguy A , O'Connor TP, Zabner J, Crystal, RG. Upregulation of pirin expression by chronic cigarette smoking is associated with bronchial  epithelial cell apoptosis Respir Res 2007; 8:10.

712. Heguy A, Harvey BG, Leopold PL, Dolgalev I, Raman T, Crystal RG. Responses of the human airway epithelium transcriptome to in vivo injury. Physiol Genomics 2007; 29:139-148.

713. Dyke JP, Voss HU, Sondhi D, Hackett NR, Worgall S, Heier LA, Kosofsky BE, Uluğ AZ, Shungu DC, Mao X, Crystal RG, Ballon D. Assessing disease severity in late infantile neuronal ceroid lipofuscinosis using quantitative magnetic resonance diffusion-weighted imaging. Am J Neruro Res 2007; 28:1232-1236.

714. Worgall S, Kekatpure MV, Heier L, Ballon D, Dyke JP, Shungu D, Mao X, Kosofsky B, Kaplitt MG, Souweidane MM, Sondhi D, Hackett NR, Hollmann C, Crystal RG. Neurological deterioration in late infantile neuronal ceroid lipofuscinosis. Neurology 2007; 69: 521-535.

715. Kassem J, Crystal RG. Chronic obstructive pulmonary disease and lung cancer. In: Schwab M, ed. Encyclopedia of Cancer. Second Edition. Springer-Verlag, Germany, (in press).

716. Leopold PL, Crystal RG. Intracellular trafficking of adenovirus: Many means to many ends. Adv Drug Deliv Rev 2007; 59:810-821.

717. De BP, Hackett NR, Crystal RG, Boyer JL. Rapid/persistent anti-anthrax passive immunity mediated by co-administration of Ad/AAV vectors encoding an anti-anthrax antibody. Mol Ther 2007; (in press).

718. Jung J, Hackett NR, Pergolizzi RG, Pierre-Destine L, Krause A, Crystal RG. Prior genetic modification of embryonic stem cells with a suicide gene allows for ablation of Tumors should they evolve from stem cells transplanted to the CNS. Hum Gene Ther 2007; (in press)

719. Worgall S, Krause A, Qiu JP, Joh J, Hackett NR, Crystal RG. Enhanced dendritic cell infection and protective anti-*P. aeruginosa* immunity induced with a capsid-modified adenovirus expressing *P. aeruginosa* OprF. J Virol 2007; (in press)

720. Hackett NR, Crystal RG. Adenovirus vectors for gene therapy. In: Lasic D, Templeton NS,

- 66 -

eds. Gene Therapy: Therapeutic Mechanisms and Strategies, Third Edition. Marcel Dekker, Inc., New York, 2008: (in press).

A1

ABSTRACTS

1A.  Llaurado JG, Gutali J, Crystal RG, Agnat CT. Digital computer stimulation as an aid in the study of sodium distribution in arterial walls of dogs. Fed Proc 1967; 26: 739.

2A.  Baue AE, Crystal RG, Parkins WM. Distribution of 35SO and SCN during hemorrhagic shock and hypoxemia. Fed Proc 1967; 26: 267.

3A.  Bovee KC, Crystal RG, Webster GD. Intrarenal distribution of blood flow following saline loading measured with Xe-133. Clin Res 1967; 15: 352.

4A.  Crystal RG, Baue AE. Dynamic alterations in the volume of distribution of anions in hemorrhagic hypotension. Texas Reports of Biology and Medicine 1967; 25: 478.

5A.  Crystal RG, Webster GD, Peterson LH. Effect of angiotensin on the in vivo mechanical properties of arteries. Circulation 1970; 42 (suppl. III): 118.

6A.  Crystal RG, Maloff F, DeSanctis RW. Serum thyroxine and throxinebinding proteins in response to myocardial infarction. Circulation 1970; 40 (suppl. III): 147.

7A.  Crystal RG, Anderson WF. Requirements for the biosynthesis of the N-terminal dipeptide of hemoglobin. Fed Proc 1971; 30: 550.

8A.  Nienhuis AW, Gilbert JM, Thornton AG, Laycock DG, Crystal RG, Anderson WF. Cell-free hemoglobin synthesis by β-thalassemia ribosomes. J Clin Invest 1971; 50: 70a.

9A.  Crystal RG, Prichard PM, Shafritz DA, Anderson WF. Initiation of hemoglobin biosynthesis: comparison of the natural and model systems. Am Chem Soc 162nd meeting. Biochem J 1971: 105.

10A.  Crystal RG, Nienhuis AW, Anderson WF. Human cell-free hemoglobin synthesis and the defect in β-thalassemia. Clin Res 1971; 19: 726.

11A.  Nienhuis AW, Crystal RG, Anderson WF. Isolation and translation of β-thalassemia hemoglobin messenger RNA. Am Soc of Hematology, Blood 1971; 38: 789.

12A.  Crystal RG, Prichard P, Nienhuis A, Elson N, Merrick W, Graf H, Picciano D, Laycock D, Anderson WF. Formation of the initiation complex in globin synthesis. Fed Proc 1972; 31: 852.

13A.  Nienhuis AW, Crystal RG, Elson NA, Anderson WF. Mechanism of globin initiation of human, rabbit, and sheep hemoglobin messenger RNA. Clin Res 1972; 20: 495.

A2

14A.    Crystal RG, Nienhuis AW, Prichard PM, Elson NA, Merrick WC, Picciano D, Graf H, Laycock DG, Rosenfeld A, Last JA, Anderson WF. Initiation of globin synthesis. FEBS Lett 8th meeting 1972; 511.

15A.    Crystal RG, Nienhuis AW, Elson NA, Prichard PM, Merrick WC, Picciano D, Laycock DG, Graf H, Barker J, Anderson WF. Model systems for the study of mammalian protein synthesis. Cold Spring Harbor Meeting on Protein Synthesis 1972: 36.

16A.    Nienhuis AW, Crystal RG, Canfield PH, Anderson WF. Translation of hemoglobin messenger RNA isolation from beta thalassemia bone marrow cells. Am Soc Hemat 15th Annual Meeting 1972; 39.

17A.    Elson NA, Crystal RG, Nienhuis AW, Anderson WF. Globin initiation in β-thalassemia. Clin Res 1972; 20: 875.

18A.    Crystal RG. Collagen synthesis in the mammalian lung. J Clin Invest 1973; 52: 21A.

19A.    Crystal RG, Bradley KH, MConnell-Breul SD. Changes in lung collagen synthesis with age. Am Rev Respir Dis 1973; 107: 1114.

20A.    Cowan M, Crystal RG. Biochemical correlates of lung growth following unilateral pneumonectomy. Clin Res 1973; 21: 985.

21A.    Elson NA, Collins J, Hance A, McConnell-Breul S, Bradley K, Crystal RG. Lung collagen: definition and synthesis. Clin Res 1974; 22: 198A.

22A.    Hance A, Bradley K, McConnell-Breul S, Collins J, Crystal RG. Collagen heterogeneity in the lung. Clin Res 1974; 22: 504A.

23A.    Hance A, Bradley K, McConnell-Breul S, Crystal RG. Collagen synthesis in cultured lung cells. Am Rev Respir Dis 1974; 109: 742.

24A.    Cowan MJ, Crystal RG. Collagen gene expression in the remaining lung following unilateral pneumonectomy. J Clin Invest 1974; 53: 18A.

25A.    Collins JF, Bradley KH, McConnell-Breul S, Hance AJ, Crystal RG. In vitro synthesis of collagen in lung. Fed Proc 1974; 33: 1535.

26A.    Horwitz AL, Crystal RG. Glycosaminoglycan synthesis in the developing lung. Clin Res 1974; 22: 716A.

27A.    Collins JF, Bradley KH, Cowan MJ, Hance AJ, Horwitz AL, McConnell-Breul S, Crystal RG. Control of collagen synthesis. Fed Proc 1975; 34: 562.

A3

28A. Cowan MJ, Breul SM, Hance A, Bradley K, Rowe J, Crystal RG. Lung collagen accu-mulation: synthesis vs. proteolysis. Am Rev Respir Dis 1975; 111: 931.

29A. Fulmer J, Cowan M, Breul SM, Bradley K, Roberts W, Crystal RG. Correlation of lung physiology and biochemistry in fibrotic lung disease. Clin Res 1975; 23: 427A.

30A. Elson N, Bradley K, Hance A, Kniazeff A, Breul S, Horwitz A, Crystal RG. Synthesis of collagen in cultured lung cells. Clin Res 1975; 23: 346A.

31A. Kravis TC, Ahmed A, Crystal RG, Fulmer J, Brown T. Collagen-specific immunity mediated in vitro by T-lymphocytes from patients with pulmonary fibrosis. Fed Proc 1976; 35: 573.

32A. Reynolds HY, Fulmer JD, Kazmierowski JA, Roberts WC, Frank MM, Crystal RG. Analysis of bronchoalveolar fluid in patients with hypersensitivity pneumonitis. Clin Res 1976; 24: 388A.

33A. Fulmer JD, Bienkowski RS, Cowan MJ, Bradley KH, Roberts WC, CrystalRG. Compar-ison of collagen concentration, distribution, and synthesis in fibrotic and normal lungs. Clin Res 1976; 24: 384A.

34A. Elson NA, Karlinsky JB, Kelman JA, Rhoades RA, Crystal RG. Differen-tiated proper-ties of the type 2 alveolar cell: partial characterization of protein content, synthesis and secretion. Clin Res 1976; 24: 454A.

35A. Line BR, Fulmer JD, Jones AE, Reynolds HY, Roberts WC, Crystal RG.[67]Gallium scanning in idiopathic pulmonary fibrosis: correlation with histopathology and bronchoalveolar lavage. Am Rev Respir Dis 1976; 113: 244.

36A. Horwitz AL, Kelman JA, Brin SC, Crystal RG. Collagenase production by cells in culture. Fed Proc 1976; 35: 1740.

37A. Bienkowski RS, Cowan MJ, Bradley KH, McDonald JA, Crystal RG. Proteo- lysis of lung collagen: evidence for rapid destruction and newly synthesized collagen. Fed Proc 1976; 35: 1741.

38A. Line BR, Levenson SM, Jones AE, Fulmer JD, Crystal RG, Johnston GS.The gallium lung index: a method to evaluate Ga-67 pulmonary localization. J Nucl Med 1976; 17: 540.

39A. Crystal RG. Biochemical processes in normal lung. Pneumonologie 1976; 153: 139.

A4

40A.  Line BR, Jones AE, Crystal RG, Johnston GS, Baily JJ. An algorithm for the selection of lung margins in scintigraphic ventilation-perfusion studies. Proc 6th Symp on Sharing of Computer Programs and Technology in Nucl Med 1976.

41A.  Weinberger S, Fulmer JD, Reynolds H, Kelman J, McLees B, Crystal RG. Bronchoalveolar lavage in evaluation of fibrotic lung disease. Am Rev Respir Dis 1977; 115 (part II): 78.

42A.  Fulmer JD, Roberts WC, DeMetts D, Elson NA, McLees B, Crystal RG.Structure-function correlates in pulmonary fibrosis: usefulness of physiologic parameters in predicting the extent of disease. Am Rev Respir Dis 1977; 115 (part II): 328.

43A.  McLees B, Fulmer J, Adair N, Roberts W, Crystal RG. Correlative studies of pulmonary hypertension in idiopathic pulmonary fibrosis. Am Rev Respir Dis 1977; 115 (part II): 354.

44A.  Elson NA, Szapiel S, Fulmer JD, Crystal RG. Role of cell-mediated immunity in bleomycin-induced pulmonary fibrosis. Am Rev Respir Dis 1977; 115 (part II): 54.

45A.  Kelman J, Brin S, Horwitz A, Bradley K, Hance A, Breul S, Baum B, Crystal RG. Collagen synthesis and collagenase production by human lung fibroblasts. Am Rev Respir Dis 1977; 115 (part II): 343.

46A.  Fulmer JD, Mittal K, Spasovska M, Crystal RG. HLA antigens in fibrotic lung disease. Am Rev Respir Dis 1977; 115 (part II): 109.

47A.  Line BR, Fulmer JD, McLees BD, Jones AE, Crystal RG. The application of scintigraphic image data to a model alveolar function for the quantitation of regional $O_2$-$CO_2$ gas exchange in human disease. Am Rev Respir Dis 1977; 115 (part II): 348.

48A.  McDonald J, Cohen M, Crystal RG. Control of post-translational modi-fication of lysine in newly synthesized collagen. Clin Res 1977; 15: 284A.

49A.  Gadek JE, Gelfand J, Frank MM, Fulmer JD, Petty T, Crystal RG. Treatment of homo-zygous $\alpha$1-antitrypsin deficiency with danazol, a new anabolic steroid. Clin Res 1977; 25: 416A.

50A.  Fulmer JD, Elson NA, Bradley K, Ferrans VJ, Crystal RG. Comparison of type-specific collagens synthesized by lung epithelial and mesenchymal cells. Clin Res 1977; 25: 416A.

51A.  Kelman JA, Weinberger SE, Fulmer JD, Reynolds HY, Crystal RG. Connective tissue specific enzymes of bronchoalveolar fluid in idiopathic pulmonary fibrosis (IPF). Clin Res 1977; 25: 503A.

A5

52A. Elson NA, Crystal RG. Biochemical markers for organ-specific fibro-blast differentiation. Clin Res 1977; 25: 356A.

53A. Hunninghake GW, Kelman JA, Gadek JE, Elson NA, Fulmer JD, Crystal RG. Comparison of inflammatory and immune effector cell populations in lavage fluid and lung biopsies of patients with pulmonary fibrosis. Am Rev Respir Dis 1978; 117 (suppl.): 68.

54A. Weinberger S, Fells GA, Bradley K, Hunninghake GW, Gadek JE, Crystal RG. Mononuclear cell-fibroblast interactions in the synthesis of lung collagen. Am Rev Respir Dis 1978; 117 (suppl.): 84.

55A. Bernardo J, Hunninghake GW, Gadek JE, Crystal RG. Cellular events associated with induction of hypersensitivity pneumonitis. Am Rev Respir Dis 1978; 117 (suppl.): 56.

56A. Kawanami O, Ferrans VJ, Roberts WC, Crystal RG, Fulmer JD. Anchoring fibrils: a new connective tissue structure in fibrotic lung disease. Am Rev Respir Dis 1978; 117 (suppl.): 357.

57A. Fulmer JD, Elson NA, Szapiel S, Crystal RG. Structural and physiologic characteristics of lung in the tight-skin mouse. Am Rev Respir Dis 1978; 117 (suppl.): 339.

58A. McDonald J, Baum B, Rosenberger D, Kelman J, Senior R, Crystal RG.Fibronectin, the major cell surface protein of cultured human lung fibroblasts: destruction of structure and biological activity by human neutrophil proteinases. Am Rev Respir Dis 1978; 117 (suppl.): 370.

59A. Rosenberg D, Ferrans VJ, Fulmer JD, Barranger J, Brady R, Crystal RG. Chronic airflow obstruction (CAO) in Fabry's disease (FD). Am Rev Respir Dis 1978; 117 (suppl.): 170.

60A. McLees B, Crystal RG, Fulmer JD. Exercise induced pulmonary hypertension in patients with mild idiopathic pulmonary fibrosis (IPF). Am Rev Respir Dis 1978; 117 (suppl.): 371.

61A. Gadek JE, Hunninghake GW, Zimmerman R, Crystal RG. Mechanisms controlling release of neutrophil chemotactic factor by alveolar macrophages. Am Rev Respir Dis 1978; 117 (suppl.): 65.

62A. Fulmer JD, Elson NA, Von Gal E, McLees B, MeMets D, Weinberger S, Kelman J, Crystal RG. Treatment of idiopathic pulmonary fibrosis (IPF). Clin Res 1978; 26: 538A.

63A. Hunninghake GW, Kelman J, Weinberger S, Young R, Fulmer JD, Crystal RG. Lung lymphocyte subpopulations in sarcoidosis. Clin Res 1978; 26: 448A.

A6

64A.   Gadek JE, Hunninghake GW, Lawley T, Kelman J, Fulmer JD, Crystal RG. Role of immune complexes in amplifying the alveolitis of idiopathic pulmonary fibrosis (IPF). Clin Res 1978; 26: 446A.

65A.   Wright DG, Kelman JA, Gallin JI, Crystal RG. Extracellular release by human neutrophils (PMNs) of a latent collagenase stored in the specific (secondary) granules. Clin Res 1978; 26: 387A.

66A.   Gadek JE, Hunninghake GW, Zimmerman R, Kelman JA, Fulmer JD, Crystal RG. Pathogenetic studies in idiopathic pulmonary fibrosis: control of neutrophil migration by immune complexes. Chest 1979; 75 (suppl.): 264S-265S.

67A.   Hunninghake GW, Gadek JE, Weinberger S, Kelman JA, Elson NA, Young R, Fulmer JD, Crystal RG. Comparison of the alveolitis of sarcoidosis and idiopathic pulmonary fibrosis. Chest 1979; 75 (suppl.): 266S-267S.

68A.   Tolstoshev P, McDevitt B, Haber R, Crystal RG. Isolation and partial purification of mammalian procollagen mRNA and cDNA. Fed Proc 1978; 37: 1408.

69A.   Gadek JE, Fells GA, Hunninghake GW, Crystal RG. Interaction of the alveolar macrophages (AM) and the circulating neutrophil: AM-induced neutrophil activation. Am Rev Respir Dis 1979; 119: 66.

70A.   Rosenberg D, Weinberger S, Fulmer JD, Fauci A, Crystal RG. Functional correlates of the pulmonary manifestations of Wegner's granulomatosis. Am Rev Respir Dis 1979; 119: 164.

71A.   Hunninghake GW, Szapiel S, Fulmer JD, Keogh B, Crystal RG. Neutrophil-mediated fibroblast destruction in idiopathic pulmonary fibrosis (IPF). Am Rev Respir Dis 1979; 119: 72.

72A.   Bernardo J, Gadek JE, Hunninghake GW, Crystal RG. Acute hypersensitivity pneumonitis (HP): mechanism of parenchymal neutrophil accumulation. Am Rev Respir Dis 1979; 119: 59.

73A.   Rosenberg D, Fulmer JD, Lawrence E, Blaese M, Waldmann T, Crystal RG. Pulmonary manifestations of common variable hypogammaglobulinemia. Am Rev Respir Dis 1979; 119: 163.

74A.   McLees BD, Adair N, Moss J, Fulmer JD, Keogh B, Crystal RG. Patterns of pulmonary hemodynamic dysfunction: similarities between idiopathic pulmonary fibrosis and panacinar emphysema. Am Rev Respir Dis 1979; 119: 380.

A7

75A.  Tolstoshev P, Boyd C, Diaz de Leon L, Trapnell BC, Brewer B, Crystal RG. Collagen production and procollagen mRNA levels during fetal development. Fed Proc 1979; 38: 3006.

76A.  Berg RA, Schwartz ML, Crystal RG. Regulation of collagen production in cultures of human fibroblasts by the modulation of collagen degradation. Fed Proc 1979; 38: 3006.

77A.  Gadek JE, Fells GA, Hunninghake GW, Zimmerman R, Crystal RG. Alveolar macro-phage-neutrophil interaction: a role for inflammatory cell cooperation in the disruption of lung connective tissue. Clin Res 1979; 27: 397A.

78A.  Hunninghake GW, Schmit N, Rust M, Gadek JE, Keogh B, Strumpf I, Crystal RG. Lung immunoglobulin production in a chronic lung disease. Clin Res 1979; 27: 493A.

79A.  Keogh B, Hunninghake GW, Line BR, Strumpf I, Fulmer JD, Young R, Crystal RG. Therapeutic decisions in sarcoidosis: prospective evaluation of the effect of corticosteroids on lavage lymphocytes and [67]gallium scans. Clin Res 1979; 27: 400A.

80A.  Moss J, Berg RA, Baum BJ, Crystal RG. In vitro model for fibrosis induced by β-adrenergic blockers: propranolol inhibits β-adrenergic suppression of collagen produc-tion of human fibroblasts. Clin Res 1979; 27: 445A.

81A.  Gadek JE, Fulmer JD, Frank M, Petty T, Crystal RG. Danazol-induced elevation of serum alpha 1-antitrypsin in individuals with severe deficiency of this antiprotease. Chest 1980; 77 (suppl.): 279.

82A.  Hunninghake GW, Gadek JE, Crystal RG. Mechanism by which cigarette smoke attracts polymorphonuclear leukocytes to lung. Chest 1980; 77 (suppl.): 273.

83A.  Boyd CD, Tolstoshev P, Trapnell BC, Schafer M, Coor HC, Kretschmer P, Nienhuis A, Crystal RG. Identification and structural characterization of two 14 kilobase DNA fragments containing genomic sequences coding for the pro α2 chain of type I procollagen. J Cell Biol 19th Annual Meeting of the American Society for Cell Biology, Toronto, Canada 1979.

84A.  Bitterman PB, Crystal RG. Pulmonary alveolar macrophages release a factor that stimu-lates human lung fibroblasts to replicate. Am Rev Respir Dis 1980; 121 (suppl.): 58.

85A.  Gadek JE, Fells GA, Zimmerman R, Crystal RG. The antielastase screen of the human lower respiratory tract: an assessment of the α1-antitrypsin hypothesis. Am Rev Respir Dis 1980; 121 (suppl.): 341.

86A.  Hunninghake GW, Young RC, Crystal RG. Sites of immunoglobulin production in pulmonary sarcoidosis. Am Rev Respir Dis 1980; 121 (suppl.): 74.

A8

87A.  Rossi G, Hunninghake GW, Kawanami O, Ferrans VJ, Hasen C, Crystal RG. The motheaten mouse: a genetically determined model of interstitial lung disease. Am Rev Respir Dis 1980; 121 (suppl.): 91.

88A.  Schoenberger CI, Hunninghake GW, Gadek JE, Crystal RG. Role of alveolar macrophages in asbestosis: modulation of neutrophil migration to the lung following asbestos exposure. Am Rev Respir Dis 1980; 121 (suppl.): 257.

89A.  Strumpf IJ, Feld MK, Cornelius MJ, Crystal RG. Complications and risks of bronchoalveolar lavage. Am Rev Respir Dis 1980; 121 (suppl.): 196.

90A.  Keogh BA, Hunninghake GW, Line BR, Price D, Young RC, Crystal RG. Therapy decisions in sarcoidosis: prospective use of bronchoalveolar lavage and gallium-67 scanning. Am Rev Respir Dis 1980; 121 (suppl.): 155.

91A.  Moss J, Saltzman LE, Hom BE, Berg RA, Crystal RG. Modulation of collagen production by human lung fibroblasts: effect of hormone desensitization. Am Rev Respir Dis 1980; 121 (suppl.): 381.

92A.  Martin WJ, Gadek JE, Hunninghake GW, Crystal RG. Neutrophil mediated lung injury: a lung explant system of cytotoxicity. Am Rev Respir Dis 1980; 121 (suppl.): 82.

93A.  Keogh BA, Stibolt T, Price D, Line BR, Crystal RG. Work of breathing in pulmonary sarcoidosis: a monitor of parenchymal disease. Am Rev Respir Dis 1980; 121 (suppl.): 364.

94A.  Kawanami O, Ferrans VJ, Crystal RG. Origin of cuboidal alveolar epithelial cells in patients with fibrotic lung disorders. Am Rev Respir Dis 1980; 121 (suppl.): 361.

95A.  Ferrans VJ, Kawanami O, Crystal RG. Interactions between cells of the mononuclear phagocyte system in lung: role of subplasmalemmal linear densities. Am Rev Respir Dis 1980; 121 (suppl.): 337.

96A.  Kawanami O, Basset F, Soler P, Ferrans VJ, Crystal RG. Langerhans cells in normal and abnormal lung: relationship to histiocytosis X cells. Am Rev Respir Dis 1980; 121 (suppl.): 361.

97A.  Keogh BA, Bernardo J, Hunninghake GW, Line BR, Price D, Crystal RC. A new therapeutic approach in idiopathic pulmonary fibrosis. Clin Res 1980; 28: 427A.

98A.  Schoenberger CI, Hunninghake GW, Line BR, Keogh BA, Crystal RG. Significance of normal serum angiotensin converting enzyme levels in estimating the intensity of alveolitis in pulmonary sarcoidosis. Clin Res 1980; 28: 431A.

A9

99A.    Martin WJ II, Gadek JE, Hunninghake GW, Crystal RG. Paraquat toxicity to the lung parenchyma: an in vitro model of lung injury. Clin Res 1980; 28: 429A.

100A.   Hunninghake GW, Szapiel SV, Crystal RG. Potential hazards of anti-thymocyte globulin therapy: anti-hemocyte globulin-mediated cytotoxic effects on various types of lung cells. Clin Res 1980; 28: 314A.

101A.   Gadek JE, Klein HG, Holland PV, Crystal RG. Replacement therapy in hereditary emphysema: reestablishment of protease-antiprotease balance within the lung. Clin Res 1980; 28: 528A.

102A.   Hunninghake GW, Keogh BA, Crystal RG. Comparison of cyclophosphamide and corticosteroids on lung inflammatory immune responses in idiopathic pulmonary fibrosis. Clin Res 1980; 28: 529A.

103A.   Moss J, Saltzman LE, Hom BE, Berg BA, Crystal RG. Possible therapy for fibrotic disease: modulation of collagen production by human fibroblasts with prostaglandins, β-agonists and phosphodiesterase inhibitors. Clin Res 1980; 28: 476A.

104A.   Shibaraha S, Davidson JM, Smith K, Boyd CD, Tolstoshev P, Crystal RG. Modulation of elastin mRNA levels in developing sheep lung and nuchal ligament. Fed Proc 1980; 39: 989.

105A.   Berg BA, Moss J, Schwartz ML, Martin GR, Crystal RG. Mechanism for suppression of procollagen production by cAMP; decreased procollagen hydroxylation and enhanced intracellular degradation. Fed Proc 1980; 39: 969.

106A.   Bitterman PB, Rennard SI, Schoenberger CI, Crystal RG. Asbestos stimulates alveolar macrophages to release a factor causing human lung fibroblasts to replicate. Chest 1981; 80 (suppl.): 38S-39S.

107A.   Schoenberger CI, Hunninghake GW, Gadek JE, Crystal RG. Inflammation and asbestos: characterization and maintenance of alveolitis following acute asbestos exposure. Chest 1981; 80 (suppl.): 70S-71S.

108A.   Gadek JE, Hunninghake GW, Schoenberger CI, Crystal RG. Pulmonary asbestosis and idiopathic pulmonary fibrosis: pathogenetic parallels. Chest 1981; 80 (suppl.): 63S-64S.

109A.   Hunninghake GW, Broska P, Haber R, Keogh BA, Line BR, Crystal RG. Correlation of lung T-cell and macrophage with disease activity in pulmonary sarcoid. Clin Res 1981; 49: 550A.

110A.   Gadek JE, Hunninghake GW, Fells GA, Zimmerman RL, Keogh BA, Crystal RG. Validation of the alpha 1-antitrypsin hypothesis: recovery of active, connective tissue-

A10

specific proteases from the lung of P1Z patients and reversal with alpha 1-antitrypsin replacement therapy. Clin Res 1981; 49: 550A.

111A. Bitterman PB, Hunninghake GW, Keogh BA, Rossi G, Line BR, Crystal RG. Evidence for a locus regulating immune processes causing familial pulmonary fibrosis. Clin Res 1981; 49: 314A.

112A. Bitterman PB, Crystal RG. Alveolar macrophages (AM) in idiopathic pulmonary fibrosis (IPF) and sarcoidosis are spontaneously secreting a growth factor causing human lung fibroblasts to replicate. Clin Res 1981; 49: 443A.

113A. Davis WB, Hunninghake GW, Crystal RG. Cytotoxicity of eosinophils for lung parenchymal cells. Clin Res 1981; 49: 445A.

114A. Hunninghake GW, Line BR, Szapiel SV, Crystal RG. Activation of inflammatory cells increases the localization of gallium-67 at sites of disease. Clin Res 1981; 29: 171A.

115A. Keogh BA, Hunninghake GW, Line BR, Price D, Young RC, Crystal RG. Alveolitis parameters as predictors of the natural history of pulmonary sarcoidosis. Clin Res 1981; 49: 447A.

116A. Martin WJ II, Gadek JE, Hunninghake GW, Crystal RG. Polymorphonuclear leukocyte-induced lung injury: a quantitative in vitro model. Clin Res 1981; 29: 449A.

117A. Martin WJ II, Gadek JE, Hunninghake GW, Crystal RG. Bleomycin-induced lung injury: modulating factors. Clin Res 1981; 49: 274A.

118A. Moss J, Berg RA, Rennard SI, Saltzman LV, Hom BE, Steir L, Crystal RG. Model for delayed wound healing in scorbutic animals: suppression of collagen production by $PGE_1$ in ascorbate-deficient human fibroblasts. Clin Res 1981; 49: 267A.

119A. Rennard SI, Bitterman PB, Hunninghake GW, Gadek JE, Crystal RG. Alveolar macrophage fibronectin: a possible mediator of tissue remodeling in fibrotic lung disease. Clin Res 1981; 49: 374A.

120A. Rennard SI, Crystal RG. Bronchoalveolar lavage fibronectin: elevation in patients with interstitial lung disease. Clin Res 1981; 49: 451.

121A. Gadek JE, Hunninghake GW, Fells GA, Zimmerman RL, Crystal RG. Production of connective tissue-specific proteases by human alveolar macrophages is constitutive (nonregulatable). Am Rev Respir Dis 1981; 123 (part II): 55.

A11

122A.  Gadek JE, Fells GA, Zimmerman RL, Crystal RG. The normal human lower respiratory tract is relatively deficient in anticollagenase activity. Am Rev Respir Dis 1981; 123 (part II): 224.

123A.  Martin WJ II, Gadek JE, Hunninghake GW, Crystal RG. Radiation pneumonitis: a quantitative in vitro model. Am Rev Respir Dis 1981; 123 (part II): 140.

124A.  Hunninghake GW, Keogh BA, Line BR, Crystal RG. Short course intravenous solu-medrol: a new approach to the therapy of pulmonary sarcoid. Am Rev Respir Dis 1981; 123 (part II): 99.

125A.  Schoenberger CI, Rosenberg DM, Crystal RG. Angiotensin-converting enzyme (ACE) in bronchoalveolar lavage fluid: correlation with diagnosis and serum ACE. Am Rev Respir Dis 1981; 123 (part II): 88.

126A.  Davis WB, Gadek JE, Fells GA, Crystal RG. Role of eosinophils in connective tissue destruction. Am Rev Respir Dis 1981; 123 (part II): 55.

127A.  Keogh BA, Line BR, Rust M, Hunninghake GW, Meier-Sydow J, Crystal RG. Clinical staging of patients with idiopathic pulmonary fibrosis. Am Rev Respir Dis 1981; 123 (part II): 89.

128A.  Rennard SI, Berg RA, Moss J, Saltzman LE, Hom BE, Stier L, Gadek JE, Fells GA, Crystal RG. Protease mediated alteration of collagen production by lung fibroblasts. Am Rev Respir Dis 1981; 123 (part II): 55.

129A.  Keogh BA, Price DL, Crystal RG. Inspiratory muscle force in severe interstitial lung disease. Am Rev Respir Dis 1981; 123 (part II): 197.

130A.  Robbins RA, Gadek JE, Crystal RG. Potential role of the complementsystem in propagating the alveolitis of idiopathic pulmonary fibrosis. Am Rev Respir Dis 1981; 123 (part II): 50.

131A.  Rennard SI, Jaurand MC, Bignon J, Saltzman LE, Kawanami O, Stier L, Davidson JM, Ferrans VJ, Crystal RG. Connective tissue production by pleural mesothelial cells. Am Rev Respir Dis 1981; 123 (part II): 224.

132A.  Moritz ED, Hunninghake GW, Crystal RG. Activation of lung immune effector cells: a possible precursor to beryllium lung disease. Am Rev Respir Dis 1981; 123 (part II): 140.

133A.  Bitterman PB, Crystal RG. Pulmonary alveolar macrophages (AM) secrete a growth factor (GF) causing human lung fibroblasts to replicate. Am Rev Respir Dis 1981; 123 (part II): 50.

A12

134A.   Rossi GA, Hunninghake GW, Szapiel SV, Crystal RG. Pulmonary response to environmental agents and drugs are influenced by immune response and non-immune response genes. Am Rev Respir Dis 1981; 123 (part II): 144.

135A.   Berg RA, Tolstoshev P, Moss J, Crystal RG. Suppression of collagen production by acute exposure of fibroblasts to β-angonists is not accompanied by a decrease in collagen mRNA levels of activity. Fed Proc 1981; 40: 1813.

136A.   Rennard SI, Saltzman LE, Moss J, Fells GA, Gadek JE, Hom BE, Hunninghake GW, Crystal RG. Modulation of fibroblast production of collagen types I and III: effects of $PGE_1$ and isoproterenol. Fed Proc 1981; 40: 1813.

137A.   Keogh BA, Schoenberger C, Price D, Crystal RG. Dermal exposure to paraquat as an occupational cause of interstitial lung disease. Am Rev Respir Dis 1981; 125 (part II): 92.

138A.   Schoenberger CI, Bitterman PB, Rennard SI, Fukuda Y, Ferrans VJ, Crystal RG. Role of fibronectin and alveolar macrophage derived fibroblast growth factor in experimental pulmonary fibrosis. Am Rev Respir Dis 1982; 125 (part II): 217.

139A.   Schoenberger CI, Fukuda Y, Ferrans VJ, Crystal RG. Pathogenesis of paraquat lung injury: role of neutrophil alveolitis. Am Rev Respir Dis 1982; 125 (part II): 150.

140A.   Gadek JE, Fells GA, Hunninghake GW, Zimmerman RL, Crystal RG. Regulation of alveolar macrophage function by active and inhibitor-bound neutrophil proteases. Am Rev Respir Dis 1982; 125 (part II): 212.

141A.   Gadek JE, Fells GA, Rennard SI, Zimmerman RL, Crystal RG. Evaluation of the anti-collagenase screen of the human lower respiratory tract: implications for the expression of collagenase activity in patients with neutrophilic alveolitis. Am Rev Respir Dis 1982; 125 (part II): 167.

142A.   Rennard SI, Stier LE, Moss J, Oberpriller JC, Hom B, Crystal RG. Prostaglandin E modulation of fibroblast fibronectin production: an interaction between inflammatory cells and the production of connective tissue matrix. Am Rev Respir Dis 1982; 125 (part II): 167.

143A.   Moritz ED, Preuss OP, Keogh BA, Crystal RG. Characterization of the alveolitis of beryllium-induced lung disease: similarities to pulmonary sarcoidosis. Am Rev Respir Dis 1982; 125 (part II): 128.

144A.   Martin WJ, Davis WB, Gadek JE, Keogh BA, Crystal RG. Alveolar macrophages from patients with idiopathic pulmonary fibrosis contribution to lung cell injury. Am Rev Respir Dis 1982; 125 (part II): 91.

145A.   Keogh BA, Hunninghake GW, Price DL, Crystal RG. Prognosis of established adult pulmonary histiocytosis-X. Am Rev Respir Dis 1982; 125 (part II): 92.

146A.   Bakshi GC, Moritz ED, Rossi GA, Gadek JE, Crystal RG. Uptake of gallium-67 by alveolar macrophages activated by exposure to inorganic compounds. Am Rev Respir Dis 1982; 125 (part II): 167.

147A.   Davis WB, Sun XH, Gadek JE, Jaurand MC, Bignon J, Crystal RG. Cytotoxicity of eosinophils for lung parenchymal cells. Am Rev Respir Dis 1982; 125 (part II): 91.

148A.   Venet AR, Hunninghake GW, Crystal RG. Antigen presentation by human alveolar macrophages: evaluation in normals and interstitial lung diseases. Am Rev Respir Dis 1982; 125 (part II): 178.

149A.   Rennard SI, Chen YF, Robbins RA, Gadek JE, Crystal RG. Fibronectin mediates attachment of fibroblasts to the $Cl_q$ component of complement. Am Rev Respir Dis 1982; 125 (part II): 53.

150A.   Keogh BA, Gadek JE, Price DL, Nadel L, Crystal RG. Remarkable similarities in exercise gas exchange parameters in markedly disparate diseases: comparisons between idiopathic pulmonary fibrosis and α1-antitrypsin deficiency. Am Rev Respir Dis 1982; 125 (part II): 257.

151A.   Moritz ED, Pompliano D, Harris WW, Crystal RG. Selective lung accumulation of beryllium following exposure through a noninhaled route. Am Rev Respir Dis 1982; 125 (part II): 149.

152A.   Pinkston P, Bitterman PB, Crystal RG. Role for interleukin-2 in T lymphocyte alveolitis. Am Rev Respir Dis 1982; 125 (part II): 53.

153A.   Bitterman PB, Robbins RA, Gadek JE, Adelberg S, Crystal RG. Alveolar macrophage derived growth factor: a pathogenetic link between alveolitis and interstitial fibrosis in interstitial lung disease. Am Rev Respir Dis 1982; 125 (part II): 54.

154A.   Bitterman PB, Rennard SI, Adelberg S, Crystal RG. Fibronectin and alveolar macrophage derived growth factor signal alveolar fibroblasts to replicate. Am Rev Respir Dis 1982; 125 (part II): 217.

155A.   Robbins RA, Gadek JE, Rennard SI, Chen YF, Crystal RG. Compartmentalization of the complement system: the normal human lung is C5 "deficient". Am Rev Respir Dis 1982; 125 (part II): 53.

A14

156A.   Rossi GA, Hunninghake CW, Kawanami O, Ferrans VJ, Hansen CT, Crystal RG. "Motheaten" mice: an animal model with an inherited interstitial lung disease. Am Rev Respir Dis 1982; 125 (part II): 238.

157A.   Sun XH, Davis WB, Fukuda Y, Ferrans VJ, Crystal RG. Experimental eosinophilic lung disease: eosinophil-mediated cytotoxicity for lung parenchymal cells. Am Rev Respir Dis 1982; 125 (part II): 180.

158A.   Rossi GA, Hunninghake GW, Keogh BA, Line BR, Crystal RG. Evidence of an active alveolitis in the pathogenesis of the interstitial disease associated with progressive systemic sclerosis. Am Rev Respir Dis 1982; 125 (part II): 267.

159A.   Bitterman PB, Rennard SI, Nissley SP, Adelberg S, Crystal RG. Insulin-like growth factor production by fibroblasts: stimulation by alveolar macrophage derived growth actor. Clin Res 1982; 30: 385A.

160A.   Venet A, Wewers M, Crystal RG. Enhanced antigen presentation by alveolar macrophages of patients with sarcoidosis. Clin Res 1982; 30: 360A.

161A.   Rennard SI, Hunninghake GW, Davis W, Moritz E, Crystal RG. Macrophage fibronectin is 1000-fold more potent as a fibroblast chemoattractant than plasma fibronectin. Clin Res 1982; 30: 356A.

162A.   Rennard SI, Moss J, Hom B, Oberpriller J, Stier L, Crystal RG. Mediators of inflammation and collagen synthesis: kinins decrease collagen production by human fibroblasts. Clin Res 1982; 30: 475A.

163A.   Moritz ED, Smiejan JM, Keogh BA, Crystal RG. Non-fibrotic pigeon breeder's syndrome: a disorder characterized by a chronic suppressor T-cell alveolitis. Clin Res 1982; 30: 435A.

164A.   Keogh BA, Gadek JE, Hunninghake GW, Crystal RG. Determinants of disease expression in PiZZ phenotype alpha 1-antitrypsin deficiency. Clin Res 1982; 30: 432A.

165A.   Pinkston P, Bitterman PB, Crystal RG. Role for interleukin-2 in the expansion of lung T-lymphocyte population in pulmonary sarcoidosis. Clin Res 1982; 30: 436A.

166A.   Davis WB, Rennard SI, Bitterman PB, Gadek JE, Sun XH, Wewers M, Keogh BA, Crystal RG. Pulmonary oxygen toxicity: bronchoalveolar lavage demonstration of biochemical changes in the alveolar structures before onset of clinical disease. Clin Res 1982; 30: 535A.

A15

167A.  Gadek JE, Fells GA, Zimmerman RL, Martin PG, Keogh BA, Crystal RG. A role for oxidative products of neutrophils in both fibrotic and destructive lung diseases. Clin Res 1982; 30: 429A.

168A.  Robbins RA, Gadek JE, Chen YF, Rennard SI, Crystal RG. Modulation of alveolar macrophage function by the alternative pathway: properdin factor Bb stimulation of neutrophil chemotactic factor release. Clin Res 1982; 30: 356A.

169A.  Reed BC, Lane MD, Berg RA, Moss J, Rennard SI, Crystal RG. Collagen metabolism by 3T3-L1 adipocytes. Fed Proc 1982; 41: 634.

170A.  Gadek JE, Fells GA, Crystal RG. Release of collagenase and elastase by human alveolar macrophages is constitutive: implications for the role of the macrophage in generation of proteases in the lung. Fed Proc 1982; 41: 687.

171A.  Bitterman PB, Rennard SI, Crystal RG. Human lung fibroblast heterogeneity: a basis for morphologic heterogeneity in interstitial lung disease. Fed Proc 1982; 41: 488.

172A.  Giro MG, Hill K, Rennard SI, Sandberg LB, Crystal RG, Davidson JM. Quantitation of elastin production in cultured vascular smooth muscle cells by a sensitive and specific enzyme-linked immunoassay. Symposium of the extracellular matrix. Chemistry, Biology, Pathology; St. Louis, MO 1982.

173A.  Bitterman PB, Rennard SI, Adelberg S, Crystal RG. Role of fibronectin in fibrotic lung disease: a growth factor for human lung fibroblasts. Chest 1983; 83: 96S.

174A.  Robbins RA, Gadek JE, Crystal RG. Potential role of properdin factor B in propagating the alveolitis in idiopathic pulmonary fibrosis. Chest 1983; 83: 37S.

175A.  Rennard SI, Moss J, Oberpriller J, Hom B, Stier L, Ozaki T, Crystal RG. Fibroblasts: important procedures and targets of inflammatory prostaglandins in the lungs. Chest 1983; 83: 92S.

176A.  Davis WB, Rennard SI, Bitterman PB, Gadek JE, Sun XH, Wewers M, Keogh BA, Crystal RG. Pulmonary oxygen toxicity: bronchoalveolar lavage demonstration of early parameters of alveolitis. Chest 1983; 83: 35S.

177A.  Gadek JE, Fells GA, Zimmerman RL, Keogh BA, Crystal RG. Role of proteolytic and oxidative products of the neutrophil in determining the specificity of the pulmonary lesion in fibrotic and destructive lung disease. Chest 1983; 83: 59S.

178A.  Robbins RA, Gadek JE, Rennard SI, Hammer CH, Frank MM, Crystal RG. Limited proteolysis of C5 in the human lower respiratory tract: a potential means of modulating local C5 functional activity. Am Rev Respir Dis 1983; 127: 56.

A16

179A.  Bitterman PB, Adelberg S, Goodman S, Saltzman L, Crystal RG. Role of macrophage replication in modulating the increased number of alveolar macrophages in chronic inflammatory lung disorders. Am Rev Respir Dis 1983; 127: 60.

180A.  Ozaki T, Rennard SI, Crystal RG. Production of prostaglandins by guinea pig and human alveolar macrophages. Am Rev Respir Dis 1983; 127: 275.

181A.  Bitterman PB, Rennard SI, Ozaki T, Adelberg S, Crystal RG. PGE2: a potential regulator of fibroblast replication in the normal alveolar structures. Am Rev Respir Dis 1983; 127: 271.

182A.  Cantin A, Fells GA, Given JT, Nichols WK, Crystal RG. Sensitivity of the lung to oxidants: cells of the lower respiratory tract are relatively deficient in scavengers of $H_2O_2$. Am Rev Respir Dis 1983; 127: 163.

183A.  Wewers M, Bitterman PB, Pinkston P, Crystal RG. Human alveolar macrophages release much less interleukin-1 than human blood monocytes. Am Rev Respir Dis 1983; 127: 59.

184A.  Spatafora M, Davis WB, Pierce JE, Crystal RG. Hyperoxia readers normal lung parenchyma more susceptible to neutrophil-mediated cytotoxicity. Am Rev Respir Dis 1983; 127: 162.

185A.  Lacronique J, Rennard SI, Bitterman PB, Ozaki T, Davis WB, Crystal RG. Glucocorticoid therapy of idiopathic pulmonary fibrosis: binding of glucocorticoids is not sufficient to inhibit release of mediators of fibrosis in vivo. Am Rev Respir Dis 1983; 127: 90.

186A.  Davis WG, Fells GA, Chernick MS, DiSant'Agnese P, Crystal RG. A role for neutrophils in the derangements of the bronchial wall characteristic of cystic fibrosis. Am Rev Respir Dis 1983; 127: 207.

187A.  Robinson B, Gadek JE, Fells GA, Crystal RG. Increased plasminogen activator release by pulmonary alveolar macrophages in patients with chronic interstitial lung disease. Am Rev Respir Dis 1983; 127: 281.

188A.  Given JT, Fells GA, Saltzman L, Davis B, Spatafora M, Cantin A, Martin W, Crystal RG. Differences in spontaneous cytotoxic effector functions of alveolar macrophages in interstitial lung disease. Am Rev Respir Dis (in press).

189A.  Nichols WK, Ozaki T, Robbins RA, Rennard SI, Crystal RG. Stimulation of complement protein C3 production in a human monocyte-like cell line cell. Fed Proc 1983: 1221.

A17

190A.   Rennard SI, Moss J, Ozaki T, Hom B, Stier L, Crystal RG. Modulation of fibroblast collagen production by the calcium ionophore A23187. Clin Res 1983; 31: 395A.

191A.   Bitterman PB, Rennard SI, Keogh BA, Adelberg S, Crystal RG. Chronic alveolar macrophage release of fibronectin and alveolar macrophage derived growth factor correlates with functional deterioration in fibrotic lung disease. Clin Res 1983; 31: 414A.

192A.   Pinkston P, Bitterman PB, Keogh BA, Crystal RG. In vivo corticoste-roid modulation of lung T-cell interleukin-2 release in sarcoidosis. Clin Res 1983; 31: 350A.

193A.   Ozaki T, Rennard S, Crystal RG. Arachidonic acid cyclooxygenase metabolites in lung epithelial lining fluid. Clin Res 1983; 31: 165A.

194A.   Wewers M, Venet A, Rennard SI, Bitterman PB, Crystal RG. Relationship of mono-nuclear phagocyte maturational state to interleukin-1 release. Clin Res 1983; 31: 365A.

195A.   Davis WB, Spatafora M, Given JT, Saltzman L, Crystal RG. Alveolar macrophages from cigarette smokers are cytotoxic for normal lung parenchymal cells. Clin Res 1983; 31: 415A.

196A.   Rennard SI, Bitterman PB, Davis WB, Spatafora M, Given J, Saltzman L, Keogh BA, Crystal RG. Destruction and fibrosis of the lung parenchyma in adult pulmonary histiocytosis-X is mediated by alveolar mononuclear phagocytes. Clin Res 1983; 31: 420A.

197A.   Robinson B, Crystal RG. Lung effector cells are relatively deficient in natural killer activity. Clin Res 1983; 31: 411A.

198A.   Cantin A, Fells GA, Given JT, Crystal RG. Antioxidant protection of the lower respira-tory tract by components of epithelial lining fluid. Clin Res 1983; 31: 511A.

199A.   Straus S, Fells GA, Dalgleish R, Courtney M, Tessiere L-H, Roitsch C, Tolstoshev P, Lecocq J-P, Crystal RG. Characterization of human α1-antitrypsin gene directed E. coli produced α1-antitrypsin. Am Rev Respir Dis 1984; 129 (part II): A301.

200A.   Hirata T, Pinkston P, Bitterman PB, Hance A, Crystal RG. Alveolar macrophage transferrin receptors in pulmonary sarcoidosis. Am Rev Respir Dis 1984; 129 (part II): A20.

201A.   Robinson B, Crystal RG. Natural killer cells in the normal human lung are present but inactive. Am Rev Respir Dis 1984; 129 (part II): A7.

A18

202A.   Wewers M, Gadek JE, Keogh BA, Fells J, Straus S, Price DL, Crystal RG. Danazol therapy of patients with PiZ α1-antitrypsin deficiency. Am Rev Respir Dis 1984; 129 (part II): A66.

203A.   Pinkston P, Bitterman PB, Crystal RG. Interleukin-2 in the alveolitis of beryllium induced lung disease. Am Rev Respir Dis 1984; 129 (part II): A161.

204A.   Saltini C, Hance A, Ferrans VJ, Basset F, Bitterman PB, Saltzman L, Steele L, Crystal RG. Routine quantification of bronchoalveolar lavage cells by cytocentrifuge methods underestimates the proportions of lymphocytes present. Am Rev Respir Dis 1984; 129 (part II): A64.

205A.   Robinson B, Crystal RG. Chrysotile asbestos directly suppresses the activity of natural killer cells. Am Rev Respir Dis 1984; 129 (part II): A150.

206A.   Basset F, Lacronique J, Ferrans VJ, Fukuda Y, Crystal RG. Intraalveolar fibrosis: a second form of fibrosis of the interstitial lung disorders. Am Rev Respir Dis 1984; 129 (part II): A72.

207A.   Fukuda Y, Schoenberger C, Rennard SI, Ferrans VJ, Crystal RG. Evolution of interstitial and intraalveolar fibrosis induced by paraquat in cynomolgus monkeys. Am Rev Respir Dis 1984; 129 (part II): A299.

208A.   Mornex J-F, Miskulin M, Dalgleish R, Courtney M, Tolstoshev P, Lecocq J-P, Crystal RG. Human alveolar macrophages express the α1-antitrypsin gene. Am Rev Respir Dis 1984; 129 (part II): A306.

209A.   Ozaki T, Rennard SI, Crystal RG. Differential release of low and high molecular weight chemotactic factors by alveolar macrophages. Am Rev Respir Dis 1984; 129 (part II): A18.

210A.  Paul L, Brantly M, Straus S, Dalgleish R, Courtney M, Tolstoshev P, Lecocq J-P, Crystal RG. Common polymorphisms of the α1-antitrypsin gene not associated with alterations of protein isoelectric focusing patterns. Am Rev Respir Dis 1984; 129 (part II): A306.

211A.   Buchalter S, Rennard SI, Fulmer J, Basset G, Crystal RG. Evidence for alveolar edema and capillary leak in the lower respiratory tract of patients with sarcoidosis and idiopathic pulmonary fibrosis. Am Rev Respir Dis 1984; 129 (part II): A64.

212A.   Pinkston P, Sarin P, Saxinger WC, Han B, Gallo R, Crystal RG. Evalua-tion of the human T-cell leukemia-lymphoma virus as a possible etiology of sarcoidosis. Am Rev Respir Dis 1984; 129 (part II): A21.

A19

213A.   Hance AJ, Zimmerman R, Crystal RG. Is the human lung a site of immunoglobulin synthesis? Am Rev Respir Dis 1984; 129 (part II): A6.

214A.   Rom W, Bitterman PB, Rennard SI, Crystal RG. Alveolar macrophage mediated fibroblast proliferation in the pneumoconioses. Am Rev Respir Dis 1984; 129 (part II): A160.

215A.   Pelham F, Wewers M, Crystal RG, Janoff A. Urinary desmosine excretion is normal in patients with homozygous alpha 1-antitrypsin deficiency. Am Rev Respir Dis 1984; 129 (part II): A307.

216A.   Brantly M, Paul L, Straus S, Dalgleish R, Courtney M, Tolstoshev P, Lecocq J-P, Crystal RG. Heterogeneity of α1-antitrypsin gene sequences among individuals with the M phenotype. Clin Res 1984; 32(2): 288A.

217A.   Robinson B, Pinkston P, Crystal RG. Natural killer cells in the normal human lung are impotent due to local suppression, but can be activated with interleukin-2. Clin Res 1984; 32(2): 356A.

218A.   Rennard SI, Bitterman PB, Ozaki T, Crystal RG. Colchicine blocks the release of mediators of fibrosis by human alveolar macrophages. Clin Res 1984; 32(2): 246A.

219A.   Bitterman PB, Saltzman L, Adelberg S, Ferrans VJ, Crystal RG. Evidence that tissue mononuclear phagocytes can replicate: one mechanism leading to the increase in mononuclear phagocyte number in chronic inflammation. Clin Res 1984; 32(2): 503A.

220A.   Cantin A, Fells GA, Gadek JE, North R, Crystal RG. Role of myeloperoxidase in the epithelial cell injury associated with idiopathic pulmonary fibrosis. Clin Res 1984; 32(2): 246A.

221A.   Casolaro A, Rennard SI, Fells GA, Crystal RG. Protection against neutrophil cathepsin G in the normal human lower respiratory tract. Clin Res 1984; 32(2): 426A.

222A.   Mornex J-F, Miskulin M, Dalgleish R, Courtney M, Tolstoshev P, Lecocq J-P, Crystal RG. Expression of the α1-antitrypsin gene in human blood monocytes and alveolar macrophages. Clin Res 1984; 32(2): 433A.

223A.   Hance AJ, Douches S, Winchester R, Crystal RG. Cell surface characteristics of alveolar macrophages participating in the alveolitis of active pulmonary sarcoidosis. Clin Res 1984; 32(2): 430A.

224A.   Martinet Y, Pinkston P, Ozaki T, Crystal RG. Cyclosporine A suppresses the spontaneous release of monocyte chemotactic factor by lung T-cells in pulmonary sarcoidosis. Clin Res 1984; 32(2): 244A.

A20

225A.   Straus S, Fells GA, Dalgleish R, Courtney M, Tessier L-H, Roitsch C, Tolstoshev P, Lecocq J-P, Crystal RG. In vitro evaluation of human α1-antitrypsin (α1AT) gene directed E. coli produced α1AT as a potential source of α1AT for α1AT deficient individuals. Clin Res 1984; 32(2): 550A.

226A.   Pinkston P, Bitterman PB, Hance AJ, Douches S, Goodman S, Crystal RG. In vivo demonstration of the importance of interleukin-2 in the proliferation of human T-lymphocytes. Clin Res 1984; 32(2): 355A.

227A.   Ozaki T, Rennard SI, Crystal RG. Neutrophil chemotactic activity present in the epithelial lining fluid of the human lower respiratory tract. Clin Res 1984; 32(2): 434A.

228A.   Crystal RG. Bronchoalveolar lavage: a window to the lower respiratory tract. J Jap Bronchology 1984; 6 (suppl): 48.

229A.   Nukiwa T, Brantly ML, Paul L, Garver R, Courtney M, Tolstoshev P, Lecocq J-P, Crystal RG. Correlation of α1-antitrypsin genotype assessed by gene specific oligonucleotide probes with α1-antitrypsin protein phenotype. Am Rev Respir Dis 1985; 131 (part II): A372.

230A.   Garver RI, Brantly ML, Paul LD, Nukiwa T, Courtney M, Tolstoshev P, Lecocq J-P, Crystal RG. Structural analysis of the α1-antitrypsin gene coding for the "null" haplotype. Am Rev Respir Dis 1985; 131 (part II): A372.

231A.   Hubbard RC, Cantin A, Straus S, Fells GA, Crystal RG. Alveolar macrophages recovered from the lungs of cigarette smokers spontaneously oxidized and inactivate α1-antitrypsin. Am Rev Respir Dis 1985; 131 (part II): A371.

232A.   Takemura T, Rom WN, Ferrans VJ, Crystal RG. Morphological analysis of alveolar macrophages recovered from individuals with chronic inorganic dust exposure. Am Rev Respir Dis 1985; 131 (part II): A196.

233A.   Martinet Y, Grotendorst GR, Martin GR, Crystal RG. Lung inflammatory cells from patients with idiopathic pulmonary fibrosis spontaneously release a chemotactic factor for smooth muscle cells. Am Rev Respir Dis 1985; 131 (part II): A32.

234A.   Willey JC, Cantin A, Crystal RG. Inflammatory cells associated with acute bronchitis can damage the bronchial epithelium. Am Rev Respir Dis 1985; 131 (part II): A11.

235A.   Rom WN, Robinson B, McLemore TL, Rose CS, Crystal RG. Lung mononuclear cells from individuals with chronic inorganic dust exposure spontaneously release immune interferon. Am Rev Respir Dis 1985; 131 (part II): A189.

236A.   Cantin A, North L, Crystal RG. Glutathione is present in normal alveolar epithelial lining fluid in sufficient concentration to provide antioxidant protection to lung parenchymal cells. Am Rev Respir Dis 1985; 131 (part II): A372.

237A.   Saltini C, Spurzem JR, Crystal RG. Is the exaggerated helper T-cell alveolitis of sarcoidosis associated with an inability of T-suppressor cells to proliferate? Am Rev Respir Dis 1985; 131 (part II): A18.

238A.   Spurzem JR, Saltini C, Rom WN, Winchester RJ, Crystal RG. Enhanced expression of monocyte lineage cell surface antigens on alveolar macrophages of individuals with chronic asbestos exposure. Am Rev Respir Dis 1985; 131 (part II): A189.

239A.   Pinkston P, Martinet Y, Britten J, Crystal RG. Lung T-cell interleukin-2 release and proliferation in active pulmonary sarcoidosis is inhibited in vitro by cyclosporine. Am Rev Respir Dis 1985; 131 (part II): A18.

240A.   Hirata T, Bitterman PB, Crystal RG. The maturation of monocytes into macrophages is associated with the expression of transferrin receptors. Am Rev Respir Dis 1985; 131 (part II): A217.

241A.   Spurzem JR, Saltini C, Crystal RG. Is there a primary proliferation defect in T-suppressor cells in sarcoidosis? Clin Res 1985; 33(2): 611A.

242A.   Cantin A, North L, Hubbard RC, Crystal RG. Glutathione deficiency in the epithelial lining fluid of patients with idiopathic pulmonary fibrosis. Clin Res 1985; 33(2): 270A.

243A.   Nutman TB, Pinkston P, Pao L, O'Donnell KM, Vijayan VK, Kumaraswami V, Ottesen EA, Crystal RG. Tropical pulmonary eosinophilia: pre- sence of filarial-specific antibod- ies in the lung epithelial lining fluid. Clin Res 1985; 33(2): 383A.

244A.   Hirata T, Brantly ML, Mornex J-F, Bitterman PB, Crystal RG. Transferrin receptor gene expression during the maturation of blood monocytes to tissue macrophages. Clin Res 1985; 33(2): 379A.

245A.   Nukiwa T, Brantly ML, Paul L, Garver R, Courtney M, Tolstoshev P, Lecocq J-P, Crystal RG. Potential misdiagnosis using oligonucleotide probes to evaluate alpha 1-antitrypsin genotype in prenatal diagnosis. Clin Res 1985; 33(2): 331A.

246A.   Garver R, Mornex J-F, Nukiwa T, Brantly ML, Paul L, Courtney M, Lecocq J-P, Tolstoshev P, Crystal RG. α1-antitrypsin deficiency associated with the absence of a detectable RNA transcript of the α1-antitrypsin gene. Clin Res 1985; 33(2): 464A.

247A.   Saltini C, Pinkston P, Lee JJ, Crystal RG. Role of T-helper cell subsets in expanding the T-cell alveolitis of active pulmonary sarcoidosis. Clin Res 1985; 33(2): 472A.

A22

248A.   Martinet Y, Grotendorst GR, Martin GR, Crystal RG. Monocyte release of a chemotactic factor for vascular smooth muscle cells: a possible mechanism of the intimal accumulation of smooth muscle cells in atherogeneis. Clin Res 1985; 33(2): 210A.

249A.   Wewers M, Casolaro A, Straus S, Sellers S, McPhaul K, Swayze S, Crystal RG. α1-antitrypsin deficiency: reestablishment of the antineutrophil elastase protection by intermittent parenteral α1-antitrypsin therapy. Clin Res 1985; 33(2): 582A.

250A.   Mornex J-F, Miskulin M, Dagleish R, Courtney M, Tolstoshev P, Lecocq J-P, Crystal RG. Expression du gene de l'α1-antitrypsin par les macrophages alveolaires humains. Rev Mal Respir 1984; 1: 264.

251A.   Casolaro A, Fells GA, Wewers M, Pierce J, Crystal RG. Augmentation of the lung antielastase defenses of primates with parenteral administration of recombinant DNA produced α1-antitrypsin. Am Rev Respir Dis 1986; 133(4): A103.

252A.   Hubbard RC, Fells GA, Cantin A, Ogushi F, Courtney M, Crystal RG. Recombinant DNA produced VAL35, α1-antitrypsin more effectively resists oxidative inactivation by alveolar macrophages of cigarette smokers than plasma-derived M1M1 α1-antitrypsin or Met[358] α1-antitrypsin. Am Rev Respir Dis 1986; 133(4): A218.

253A.   Martinet Y, Mornex J-F, Grotendorst G, Yamauchi K, Chytil-Weir A, Bitterman PB, Martin G, Crystal RG. Human alveolar macrophages (AM) spontaneously express the c-sis gene and AM from patients with idiopathic pulmonary fibrosis (IPF) synthesize and release increased amounts of the c-sis product, platelet-derived growth factor (PDGF). Am Rev Respir Dis 1986; 133(4): A146.

254A.   Muller-Quernheim J, Saltini C, Sondermeyer P, Crystal RG. Compartmentalization of the interleukin-2 gene activation in pulmonary sarcoidosis. Am Rev Respir Dis 1986; 133(4): A242.

255A.   Ogushi F, Fells GA, Hubbard RC, Straus S, Crystal RG. Z-type α1 antitrypsin (AAT) is less competent than M1-type AAT as an inhibitor of neutrophil elastase. Am Rev Respir Dis 1986; 133(4): A218.

256A.   Rom WN, Cantin A, Crystal RG. Inflammatory cells from the lungs of nonsmoking individuals with inorganic dust disorders spontaneously release exaggerated amounts of superoxide anion (02) and hydrogen peroxide ($H_2O_2$). Am Rev Respir Dis 1986; 133(4): A199.

257A.   Saltini C, Hemler M, Spurzem J, Crystal RG. Expression of the "very late activation antigen" (VLA1) complex on lung T-cells characterizes a population of activated nonproliferating T-cells compartmentalized in the normal lung. Am Rev Respir Dis 1986; 133(4): A242.

A23

258A. Spurzem J, Saltini C, Crystal RG. Evaluation of the functional significance of anti-T-lymphocytes autoantibodies in sarcoidosis. Am Rev Respir Dis 1986; 133(4): A242.

259A. Wewers M, Casolaro A, Sellers S, McPhaul K, Swayze R, Crystal RG. Pulmonary Branch, NHLBI, α1-antitrypsin (AAT) deficiency replacement study: chronic augmentation of the antineutrophil elastase capacity of the lower respiratory tract of AAT deficient individuals with weekly infusions of AAT. Am Rev Respir Dis 1986; 133(4): A103.

260A. Yamauchi K, Martinet Y, Mornex J-F, Chytil-Weir A, Crystal RG. Maturation of human blood monocytes to macrophages is associated with expression of two genes, fibronectin and c-sis, coding for proteins capable of initiating fibroblast proliferation. Am Rev Respir Dis 1986; 133(4): A139.

261A. Martinet Y, Yamauchi K, Mornex J-F, Chytil-Weir A, Bitterman PB, Grotendorst G, Martin G, Crystal RG. Exaggerated expression of the c-sis proto-oncogene by alveolar macrophages of individuals with idiopathic pulmonary fibrosis. Clin Res 1986; 34(2): 721A.

262A. Muller-Quernheim J, Saltini C, Sondermeyer P, Crystal RG. Interleukin-2 gene activation in active sarcoidosis is restricted to sites of disease. Clin Res 1986; 34(2): 502A.

263A. Rom WN, Vijayan V, O'Donnell K, Nutman T, Cornelius M, Kumaraswami V, Ottesen E, Crystal RG. Characterization and therapeutic modulation of the lower respiratory tract inflammation in individuals with chronic tropical pulmonary eosinophilia. Clin Res 1986; 34(2): 531A.

264A. Saltini C, Spurzem J, Hemler M, Kelley C, Crystal RG. The unbalanced expansion of activated Leu[3+] T-cells in pulmonary sarcoidosis is not associated with a defect in T-cell suppressor function. Clin Res 1986; 34(2): 583A.

265A. Curiel D, Garver R, Chytil-Weir A, Fells GA, Stier L, Brantly M, Crystal RG. The S variant of AAT is associated with serum deficiency secondary to abnormal preglycosylation processing. Clin Res 1986; 34(2): 575A.

266A. Nukiwa T, Satoh K, Garver R, Brantly M, Crystal RG. "Null" type α1 antitrypsin deficiency associated with the homozygous inheritance of a nonsense (amber) mutation. Clin Res 1986; 34(2): 652A.

267A. Brantly M, Nukiwa T, Stier L, Benavente A, Courtney M, Crystal RG. In vitro demonstration of the molecular basis of the secretory defect associated with expression of the Z α1-antitrypsin gene. Am Rev Respir Dis 1987; 135(4): A291.

A24

268A.   Curiel D, Garver R, Chytil-Weir A, Stier L, Courtney M, Crystal RG. α1-antitrypsin S-type deficiency results from abnormal post transcriptional processing. Am Rev Respir Dis 1987; 135(4): A291.

269A.   Fells GA, Ogushi F, Hubbard RC, Crystal RG. α1-antitrypsin in the lower respiratory tract of cigarette smokers has a decreased association rate constant for neutrophil elastase. Am Rev Respir Dis 1987; 135(4): A291.

270A.   Garver R, Chytil-Weir A, Fells GA, Brantly ML, Courtney M, Crystal RG. Retroviral gene transfer causes mouse fibroblasts to secrete normal human alpha 1-antitrypsin. Am Rev Respir Dis 1987; 135(4): A339.

271A.   Hubbard RC, Fells GA, Gadek JE, Crystal RG. Mechanisms of neutrophil accumulation in α1-antitrypsin deficiency: neutrophil elastase activates alveolar macrophages to release neutrophil chemotactic activity. Am Rev Respir Dis 1987; 135(4): A337.

272A.   Konishi K, Saltini C, Moller D, Spurzem J, Crystal RG. Expression of IL-2 receptor mRNA and cell surface protein in T-lymphocytes in sarcoidosis. Am Rev Respir Dis 1987; 135(4): A28.

273A.   Muller-Quernheim J, Saltini C, Spurzem J, Crystal RG. Staging the alveolitis of sarcoidosis: dichotomy of the spontaneous release of interleukin-2 and the extent of the T-cell alveolitis. Am Rev Respir Dis 1987; 135(4): A305.

274A.   Nukiwa T, Brantly ML, Ogushi F, Fells GA, Satoh K, Stier L, Courtney M, Crystal RG. Characterization of the M1(ala$^{213}$) type of α1-antitrypsin, a newly recognized, common "normal" α1-antitrypsin haplotype. Am Rev Respir Dis 1987; 135(4): A291.

275A.   Satoh K, Takahashi H, Nukiwa T, Brantly ML, Garver R, Courtney M, Crystal RG. Molecular basis of the "null" state of α1-antitrypsin deficiency. Am Rev Respir Dis 1987; 135(4): A292.

276A.   Sisson J, Yamauchi K, Martinet Y, Crystal RG. Human alveolar macrophages express the tumor necrosis factor-α gene differently than blood monocytes. Am Rev Respir Dis 1987; 135(4): A209.

277A.   Takahashi H, Nukiwa T, Ogushi F, Brantly ML, Courtney M, Crystal RG. Identification and molecular analysis of a new variant of α1-antitrypsin characterized by marked reduction of serum levels. Am Rev Respir Dis 1987; 135(4): A292.

278A.   Yamauchi K, Basset P, Martinet Y, Crystal RG. Normal human alveolar macrophages express the gene coding for transforming growth factor-β, a protein with a capacity to suppress fibroblast growth. Am Rev Respir Dis 1987; 135(4): A66.

A25

279A.  Casolaro A, Arabia F, Sellers S, Newman S, Pellow P, Clarke SW, Matthay M, Pierce J, Clark RE, Crystal RG. Approaches to therapy of α1-antitrypsin deficiency: aerosolized recombinant α1-antitrypsin deposits in the lower respiratory tract and diffuses across the alveolar walls. Clin Res 1987; 35: 531A.

280A.  Garver R, Chytil-Weir A, Courtney M, Crystal RG. Clonal gene therapy: in vivo expression of a transplanted monoclonal population of murine fibroblasts containing a retrovirus inserted human α1-antitrypsin gene. Clin Res 1987; 35: 661A.

281A.  Moller D, Konishi K, Saltini C, Spurzem J, Brantly MJ, Balbi B, Madoo L, Crystal RG. Persistent and similar rearrangements of the T-cell antigen receptor β-chain gene are present in populations of lung and blood T-cells among individuals with active pulmonary sarcoidosis. Clin Res 1987; 35: 632A.

282A.  Basset P, Yamauchi K, Crystal RG. Modulation of transferrin receptor mRNA levels in human fibroblasts by peptide growth factors. Fed Proc 1987; 46: 1995.

283A.  Martinet Y, Jaffe HA, Yamauchi K, Betsholtz C, Westermark B, Heldin CH, Crystal RG. Platelet-derived growth factor (PDGF) β-chain gene expression by activated blood monocytes precedes the expression of the PDGF α-chain gene. Fed Proc 1987; 46: 1996.

284A.  Saltini C, Pinkston P, Kirby M, Crystal RG. Beryllium (Be) induced specific lung helper (CD$^{4+}$) T-cell activation and the maintenance of the alveolitis of berylliosis. XI World Congress on Sarcoidosis and Other Granulomatous Disorders, Milan, Italy 1987.

285A.  Saltini C, Spurzem JR, Kirby M, Crystal RG. The unbalanced activation of the helper T-cell population in the sarcoid lung is not due to a generalized suppressor T-cell defect. XI World Congress on Sarcoidosis and Other Granulomatous Disorders, Milan, Italy 1987.

286A.  Hubbard RC, Sellers S, Czerski D, Stephens L, Crystal RG. Augmenta-tion therapy of α1-antitrypsin deficiency with monthly infusions of human plasma derived α1-antitrypsin. Am Rev Respir Dis 1988; 137(4): 110.

287A.  Moller D, Konishi K, Kirby M, Balbi B, Crystal RG. Preferential accumulation of T-cells with Vβ8 encoded T-cell receptors in active pulmonary sarcoidosis. Am Rev Respir Dis 1988; 137(4): 312.

288A.  Saltini C, Winestock KD, Kirby M, Crystal RG. Functional and molecular analysis of beryllium specific T-cell clones derived from lung T-cells in berylliosis. Am Rev Respir Dis 1988; 137(4): 345.

A26

289A.   Balbi B, Moller D, Kirby M, Crystal RG. Rearrangements of the T-cell antigen receptor β-chain gene in subpopulations of sarcoid T-lymphocytes. Am Rev Respir Dis 1988; 137(4): 342.

290A.   Curiel D, Brantly ML, Curiel E, Stier L, Crystal RG. α1-Antitrypsin deficiency caused by α1-antitrypsin null_{mattawa}: An insertion mutation rendering the α1-antitrypsin gene incapable of producing α1-antitrypsin. Am Rev Respir Dis 1988; 137(4): 210.

291A.   Spurzem J, Saltini C, Kirby M, Crystal RG. Compartmentalized expres-sion of adhesion molecules on lung T-lymphocytes. Am Rev Respir Dis 1988; 137(4): 46.

292A.   Chytil-Weir A, Garver R, Crystal RG. Human α1-antitrypsin production by human epithelial cells infected with a retroviral vector containing the human α1-antitrypsin gene. Am Rev Respir Dis 1988; 137(4): 371.

293A.   Brantly ML, Nukiwa T, Ogushi F, Fells GA, Stier L, Crystal RG. Gene and protein characteristics of the common normal α1-Antitrypsin variant M2. Am Rev Respir Dis 1988; 137(4): 209.

294A.   Takahashi H, Nukiwa T, Basset P, Crystal RG. Myelomonocytic cell lineage expression of the neutrophil elastase gene. Am Rev Respir Dis 1988; 137(4): 208.

295A.   Curiel D, Chytil-Weir A, Stier L, Crystal RG. Mechanism of the S-type α1-antitrypsin deficiency: retroviral gene transfer demonstrates the gen mutation causes a preglycosylation processing abnormality. Clin Res 1988; 36(3): 591A.

296A.   Hubbard RC, Stephens L, Crystal RG. Delivery of α1-antitrypsin by aerosol: direct augmentation of lung anti-elastase defenses in α1-antitrypsin deficiency. Clin Res 1988; 36(3): 625A.

297A.   Moller DR, Konishi K, Kirby M, Balbi B, Crystal RG. Biased use of a specific Vβ T-cell antigen receptor repertoire in active pulmonary sarcoidosis. Clin Res 1988; 36(3): 576A.

298A.   Rom WN, Nukiwa T, Crystal RG. Alveolar macrophages express the IGF-IA and spon-taneously release exaggerated amounts of IGF-I in interstitial lung disease. Clin Res 1988; 36(3): 624A.

299A.   Saltini C, Winestock K, Kirby M, Crystal RG. Antigen-primed T-cells expressing the 180kDa form of CD45 leukocyte common antigen compartmentalize to the lung epithe-lial surface. Clin Res 1988; 36(3): 446A.

300A.   Takahashi T, Nukiwa T, Yoshimura K, Quick CD, States DJ, Holmes MD, Basset P, Whang-Peng J, Knutsen T, Crystal RG. Structure and expression of the human neu-trophil elastase gene. Clin Res 1988; 36(3): 420A.

A27

301A.  Brantly ML, States DJ, Courtney M, Crystal RG. Evidence for complex electrostatic interactions associated with a critical salt linkage in the α1-antitrypsin protein. J Cell Biol 1988; 107(6): 834A.

302A.  Curiel D, Chytil-Weir A, Brantly ML, Stier L, Okayama H, Courtney M, Crystal RG. Use of retroviral gene transfer to characterize the molecular pathophysiologic mechanisms underlying α1-antitrypsin deficiency. J Cell Biol 1988; 107(6): 834A.

303A.  States DJ, Fouret P, du Bois RM, Bernaudin J-F, Takahashi H, Yoshimura K, Ferrans VJ, Crystal RG. Restricted expression of neutrophil elastase gene expression during granulocytic differentiation in bone marrow. J Cell Biol 1988; 107(6): 572A.

304A.  Trapnell BC, Nagaoka I, Nukiwa T, Rom WN, Crystal RG. Modulation of insulin-like grow factor-I gene expression in human mononuclear phagocytes. J Cell Biol 1988; 107(6): 702A.

305A.  Abe T, Takahashi H, Holmes M, Curiel D, Crystal RG. Ribonuclease cleavage combined with the polymerase chain reaction for detection of the Z mutation of the α1-antitrypsin gene. Am Rev Respir Dis 1989; 139: A202.

306A.  Balbi B, Moller DR, Kirby M, Crystal RG. Increased numbers of T-cell antigen receptor γδ+ T-cells in peripheral blood of a subgroup of patients with pulmonary sarcoidosis. Am Rev Respir Dis 1989; 139: A61.

307A.  Buhl R, Hubbard RC, Crittenden M, Cantin A, Crystal RG. Augmentation of the antioxidant screen of the epithelial surface of the lower respiratory tract by aerosol administration of glutathione. Am Rev Respir Dis 1989; 139: A475.

308A.  Curiel D, Stier L, Crystal RG. The α1-antitrypsin M$_{mineral\ springs}$ gene: a novel allele associated with α1-antitrypsin deficiency and pulmonary emphysema. Am Rev Respir Dis 1989; 139: A369.

309A.  Curiel D, Leitman SF, Hubbard RC, Stier L, Sellers S, Plunkett A, Crystal RG. Plasma exchange/α1-antitrypsin infusion augmentation for treatment of α1-antitrypsin deficiency. Am Rev Respir Dis 1989; 139: A122.

310A.  du Bois RM, Balbi B, Kirby M, Crystal RG. T-lymphocyte accumulation in pulmonary sarcoidosis: evidence for persistent stimulation of sarcoid lung T-lymphocytes via the T-cell antigen receptor. Am Rev Respir Dis 1989; 139: A61.

311A.  Holmes M, Curiel D, Brantly ML, Crystal RG. Characterization of the intracellular mechanism causing the α1-antitrypsin Null$_{granite\ falls}$ deficiency state. Am Rev Respir Dis 1989; 139: A202.

312A.   Holmes M, Brantly ML, Wurts L, Crystal RG. Characterization of the sequence differ-ences among the P-family of α1-antitrypsin alleles. Am Rev Respir Dis 1989; 139: A369.

313A.   Hubbard RC, McElvaney NG, Sellers SE, Healy J, Czerski D, Crystal RG. Aerosol administration of recombinant α1-antitrypsin to humans with α1-antitrypsin deficiency. Am Rev Respir Dis 1989; 139: A122.

314A.   Laubach V, Curiel D, Brantly MJ, Holmes M, Crystal RG. Characterization of the gene sequence of the common α1-antitrypsin normal M3 allele. Am Rev Respir Dis 1989; 139: A368.

315A.   McElvaney NG, Feuerstein I, Simon TR, Hubbard RC, Crystal RG. Comparison of the relative sensitivity of routine pulmonary function tests, scintigraphy, and computed axial tomography in detecting "early" lung abnormalities associated with α1-antitrypsin deficiency. Am Rev Respir Dis 1989; 139: A122.

316A.   Moller DR, Banks TC, Crystal RG. Limited heterogeneity of Vβ8-posi-tive T-cell antigen receptors in a subgroup of sarcoid individuals with high proportions of Vβ8+ T-cells in the lung. Am Rev Respir Dis 1989; 139: A60.

317A.   Okayama H, Curiel D, Brantly M, Holmes M, Crystal RG. Rapid, non-radioactive analysis of mutations in the α1-antitrypsin gene by allele specific amplification. Am Rev Respir Dis 1989; 139: A201.

318A.   Satoh K, Takahashi H, Crystal RG. Influence of the number of carbohy-drate side chains on the in vivo behavior of α1-antitrypsin. Am Rev Respir Dis 1989; 139: A202.

319A.   States DJ, Vogelmeier C, Crystal RG. Comparison of the stability of recombinant and plasma forms of α1-antitrypsin to physical stress. Am Rev Respir Dis 1989; 139: A202.

320A.   Tamura N, Moller DR, Balbi B, Crystal RG. Preferential usage of T-cell antigen receptor β-chain constant region Cβ1 in T-lymphocytes in the sarcoid lung. Am Rev Respir Dis 1989; 139: A60.

321A.   Vogelmeier C, Hubbard RC, Geiger R, Fritz H, Crystal RG. Secretory leukoprotease inhibitor levels in normal upper and lower respira- tory tract epithelial lining fluid of normals. Am Rev Respir Dis 1989; 139: A200.

322A.   Mastrangeli A, Saltini C, Wells F, Kirby M, Buhl R, Crystal RG. Recombinant interferon-gamma (IFN-γ) augmentation of lung alveolar macrophages parasiticidal capacity. Am Rev Respir Dis 1989; 139: A126.

323A.   Curiel D, Stier L, Crystal RG. Gene therapy for α1-antitrypsin deficiency using lympho-cytes as vehicles for α1-antitrypsin delivery. Clin Res 1989; 37: 578A.

324A.   Curiel D, Holmes M, Okayama H, Travis W, Stier L, Brantly ML, Crystal RG. Molecu-lar basis of liver disease associated with α1-antitrypsin deficiency. Clin Res 1989; 37: 366A.

325A.   du Bois RM, Bernaudin J-F, Paakko P, Takahashi T, Curiel D, Ferrans VJ, Crystal RG. Human neutrophils express the α1-antitrypsin gene and synthesize and secrete α1-antitrypsin . Clin Res 1989; 37: 611A.

326A.   Jaffe HA, Buhl R, Borok Z, Trapnell BC, Crystal RG. Activated alveolar macrophages express increased levels of cytochrome b245 heavy chain mRNA transcripts correlating with enhanced capacity to release oxidants. Clin Res 1989; 37: 477A.

327A.   Moller DR, Banks TC, Crystal RG. Evidence that sarcoidosis is a specific antigen driven disorder causing clonal expansion of selected T-cells at sites of disease. Clin Res 1989; 37: 558A.

328A.   Nagaoka I, Trapnell BC, Crystal RG. Regulation of insulin-like growth factor-I gene expression in mononuclear phagocytes. Clin Res 1989; 37: 456A.

329A.   States DJ, Fells GA, Crystal RG. Susceptibility of the HIV envelope protein GP120 to attack by neutrophil elastase. Clin Res 1989; 37: 609A.

330A.   Trapnell BC, Nagaoka I, Chytil-Weir A, Crystal RG. Surface activa-tion-induced upregulation of α1-antitrypsin gene expression in mononuclear phagocytes is associated with selective 5' non-coding exon usage. Clin Res 1989; 37: 482A.

331A.   Borok Z, Buhl R, Grimes G, Bokser A, Hubbard RC, Czerski D, Cantin A, Crystal RG. Glutathione aerosol therapy to augment the alveolar epithelial antioxidant screen in idiopathic pulmonary fibrosis. Am Rev Respir Dis 1990; 141: A320.

332A.   Buhl R, Jaffe HA, Holroyd KJ, Wells FB, Mastrangeli A, Saltini C, Cantin AM, Crystal RG. Systemic glutathione deficiency in asymptomatic HIV-seropositive individuals. Am Rev Respir Dis 1990; 141: A618.

333A.   Hubbard RC, McElvaney NG, Crystal RG. Amount of neutrophil elastase carried by neutrophils may modulate the extent of emphysema in α1-antitrypsin deficiency. Am Rev Respir Dis 1990; 141: A682.

334A.   Jaffe HA, Buhl R, Mastrangeli A, Holroyd KJ, Wells FB, Saltini C, Czerski D, Jaffe HA, Kramer S, Sherwin S, Crystal RG. Augmentation of lower respiratory tract levels of

functional interferon-γ by direct aerosolization of recombinant interferon-γ. Am Rev Respir Dis 1990; 141: A528.

335A.  McElvaney NG, Hubbard RC, Gells G, Healy J, Chernick M, Crystal RG. Intravenous α1-antitrypsin therapy to reestablish anti-neutrophil elastase defenses of the pulmonary epithelial surface in cystic fibrosis. Am Rev Respir Dis 1990; 141(4): A83.

336A.  Roum JH, Buhl R, McElvaney NG, Borok Z, Hubbard RC, Chernick M, Cantin AM, Crystal RG. Cystic fibrosis is characterized by a marked reduction in glutathione levels in pulmonary epithelial lining fluid. Am Rev Respir Dis 1990; 141(4): A87.

337A.  Trapnell BC, Nagaoka I, Crystal RG. Regulation of platelet-derived growth factor-α and -β gene expression in human alveolar macrophages from normals and individuals with idiopathic pulmonary fibrosis. Am Rev Respir Dis 1990; 141(4): A353.

338A.  Vogelmeier C, Buhl R, Hoyt RF, Wilson E, Fells GA, Hubbard RC, Schnebli HP, Thompson RC, Crystal RG. Aerosolization of recombinant secretory leukoprotease inhibitor as a strategy to augment the anti-neutrophil elastase protective screen of the pulmonary epithelial surface. Am Rev Respir Dis 1990; 141(4): A47.

339A.  Wells FB, Kirby M, Buhl R, Mastrangeli A, Holroyd KJ, Jaffe HA, Saltini C, Crystal RG. Upregulation of HLA class II expression of alveolar macrophages of individuals with the pre-aids HIV seropositive state. Am Rev Respir Dis 1990; 141(4): A527.

340A.  Yoshimura K, Crystal RG. Transcriptional and posttranscriptional modulation of human neutrophil elastase gene expression. Am Rev Respir Dis 1990; 141(4): A353.

341A.  Mumford RA, Williams H, Mao J, Dahlgren ME, Hubbard RC, Crystal RG, Davies P, Production of the human PMN elastase generated cleavage product Aα(1-21) in PiZZ individuals' whole body by calcium ionophore (A23187) before and after reconstitution therapy with α1PI. Am Rev Respir Dis 1990; 141(4): A111.

342A.  Borok Z, Gillissen A, Buhl R, Hoyt RF, Hubbard RC, Crystal RG. Aug-mentation of functional prostaglandin E levels on the respiratory epithelial surface by aerosol adminis-tration. Clin Res 1990; 38(2): 485A.

343A.  Buhl R, Holroyd K, Borok Z, Roum J, Bokser A, Grimes G, Czerski D, Cantin A, Crystal RG. Reversal of the glutathione deficiency in the lower respiratory tract of HIV-seropositive individuals by glutathione aerosol therapy. Clin Res 1990; 38(2): 596A.

344A.  Jaffe HA, Buhl R, Mastrangeli A, Holroyd KJ, Wells FB, Saltini C, Czerski D, Jaffe HA, Kramer S, Sherwin S, Crystal RG. Organ specific cytokine therapy: upregulation of interferon-γ specific genes in alveolar macrophages by aerosolization of recombinant interferon-γ to the human lung. Clin Res 1990; 38(2): 405A.

A31

345A.  Mastrangeli A, Buhl R, Jaffe HA, Holroyd KJ, Wells FB, Saltini C, Crystal RG. Alveolar macrophages in the asymptomatic HIV-seropositive state: evidence for <u>in vivo</u> activation not directed toward host defense. Clin Res 1990; 38(2): 558A.

346A.  McElvaney NG, Hubbard RC, Fells GA, Chernick M, Caplan D, Crystal RG. Aerosolization of α1-antitrypsin to establish a functional anti-neutrophil elastase defense of the respiratory epithelium in cystic fibrosis. Clin Res 1990; 38(2): 485A.

347A.  Paako P, Bernaudin J-F, Kirby M, Gillissen A, du Bois RM, Ferrans VJ, Crystal RG. Manifestations of the Z mutation of α1-antitrypsin differ among α1-antitrypsin synthesizing cells. Clin Res 1990; 38(2): 266A.

348A.  Roum JH, Buhl R, McElvaney NG, Borok Z, Chernick M, Caplan D, Crystal RG. <u>In vitro</u> evaluation of the ability of glutathione to suppress the inflammatory cell derived oxidant burden in respiratory epithelial lining fluid of individuals with cystic fibrosis. Clin Res 1990; 38(2): 440A.

349A.  Tamura N, Holroyd K, Banks TC, Kirby M, Okayama H, Crystal RG. Limited diversity of γδ T-cell antigen receptor junctional region sequences in individuals with sarcoidosis compared to broad diversity in normals. Clin Res 1990; 38(2): 360A.

350A.  Trapnell BC, Chu C-S, Jan de Beur S, Paakko PK, Crystal RG. Differential expression of the cystic fibrosis gene in the human respiratory tract. Clin Res 1990; 38(2): 444A.

351A.  Holmes M, Brantly ML, Fells GA, Crystal RG. Molecular basis of the $W_{bethesda}$ α1-antitrypsin deficiency variant. Aust NZ J Med 1990; 20:3 (suppl.): 523.

352A.  Jaffe HA, Buhl R, Mastrangeli A, Holroyd KJ, Wells FB, Saltini C, Czerski D, Jaffe HS, Kramer SM, Gibson UEM, Sherwin SA, Crystal RG. Aerosol delivery of recombinant interferon-γ to the lung: demonstration of upregulation of interferon-γ inducible genes in alveolar macrophages. Proceedings of the 1990 Annual Meeting of the International Society for Interferon Research.

353A.  Crystal RG, Trapnell BC, Yoshimara K, Nakamura H, Rosenfeld MA, Siegfried W, Chu C-S, Bargon J. Genetherapy for cystic fibrosis: modulation of the respiratory epithelial cell target by gene transfer. Ped Pul. 1990; 5 (suppl.): 103.

354A.  Crystal RG, Rosenfeld MA, Siegfried W, Lantero S, Stratford- Perricaudet LD, Dalmans W, Parivani A, Perricaudet M, Lecocq J-P. New viral transfer systems. Ped Pul. 1990; 5 (suppl.): 59-61.

355A.  Bargon J, Trapnell BC, Zeitlin PL, Guggino WB, Dalemans W, Jallat S, Mercenier A, Pavirani A, Lecocq J-P, Crystal RG. Modulation of cystic fibrosis gene expression by

A32

pathways involving calcium and protein kinase. Am Rev Respir Dis 1991; 143 (suppl.): A605.

356A.   Birrer P, Gillissen A, Hoyt RF, McElvaney NG, Hubbard RC, Crystal RG. Intravenous administration of recombinant secretory leukoprotease inhibitor to augment the anti-neutrophil elastase and antioxidant screen of the lung. Am Rev Respir Dis 1991; 143 (suppl.): A327.

357A.   Chu C-S, Trapnell BC, Murtagh JJ, Moss J, Dalemans W, Jallat A, Mercenier A, Pavirani A, Lecocq J-P, Cutting GR, Guggino WB, Crystal RG. Variable deletion of exon 9 coding sequences in cystic fibrosis mRNA transcripts in normal bronchial epithelium. Am Rev Respir Dis 1991; 143 (suppl.): A514.

358A.   Erzurum SC, Chu C-S, Trapnell BC, Crystal RG. Human respiratory epithelium expresses the gene for catalase at a level greater than superoxide dismutase. Am Rev Respir Dis 1991; 143 (suppl.): A544.

359A.   Fukayama M, Kanno T, Kirby M, Brody SL, Crystal RG. Respiratory tract "organ specific gene therapy: transplantation of genetically modified T-lymphocytes directly to the respiratory epithelial surface. Am Rev Respir Dis 1991; 143 (suppl.): A512.

360A.   Gillissen A, Birrer P, Buhl R, Vogelmeier C, Hoyt RF, McElvaney NG, Hubbard RC, Crystal RG. Aerosolization of secretory leukoprotease inhibitor augments glutathione levels of the respiratory epithelial surface. Am Rev Respir Dis 1991; 143 (suppl.): A740.

361A.   Holroyd KJ, Maeda H, Kirby M, Crystal RG. Comparison of junctional sequences of Vγ9 mRNA transcripts from sarcoid blood γδ+ to those of autologus blood γδ+ T-celll lines responsive to mycobacterium tuberculosis. Am Rev Respir Dis 1991; 143 (suppl.): A218.

362A.   Hubbard RC, McElvaney NG, Birrer P, Shak S, Montgomery AB, Healy J, Robinson WW, Jolley C, Chernick M, Crystal RG. Aerosolized recombinant DNase therapy for cystic fibrosis. Am Rev Respir Dis 1991; 143 (suppl.): A605.

363A.   Kanno T, Fukayama M, Brody SL, Crystal RG. Retroviral transfer of the human α1-antitrypsin gene to T-lymphocytes for in vivo gene therapy. Am Rev Respir Dis 1991; 143 (suppl.): A325.

364A.   Nakamura H, Yoshimura K, Jaffe HA, Crystal RG. Transcriptional regulation of interleukin-8 gene expression by tumor necrosis factor-α in bronchial epithelial cells. Am Rev Respir Dis 1991; 143 (suppl.): A201.

A33

365A.   Roum JH, Kirby M, Borok Z, Hubbard RC, Crystal RG. Ability of extracellular glutathione to suppress oxidant generation in alveolar macrophages in individuals with chronic interstitial lung disease. Am Rev Respir Dis 1991; 143 (suppl.): A340.

366A.   Siegfried W, Rosenfeld MA, Stier L, Stratford-Perricaudet LD, Perricaudet M, Jallat S, Pavirani A, Crystal RG. Ex vivo transfer of the human α1-antitrypsin gene into cotton rat lung using a recombinant adenoviral vector. Am Rev Respir Dis 1991; 143 (suppl.): A325.

367A.   Yoshimura K, Nakamura H, Trapnell BC, Dalemans W, Jallat S, Mercenier A, Pavirani A, Lecocq J-P, Crystal RG. Expression of the cystic fibrosis gene in cells of nonepithelial origin. Am Rev Respir Dis 1991; 143 (suppl.): A606.

368A.   Jaffe HA, Longenecker G, Rosenfeld MA, McElvaney NG, Lemarchand P, Gant TW, Thorgeirsson SS, Stratford-Perricaudet LD, Perricaudet M, Jallat S, Pavirani A, Lecocq J-P, Crystal RG. Adenoviral mediated transfer and expression of a normal human α1-antitrypsin cDNA in primary rat hepatocytes. Clin Res 1991; 39(2): 302A.

369A.   Nakamura H, Yoshimura K, McElvaney NG, Chang-Stroman L, Birrer P, Crystal RG. Neutrophil elastase in cystic fibrosis lung epithelial lining fluid induces interleukin-8 gene expression in bronchial epithelial cells. Clin Res 1991; 39(2): 292A.

370A.   Rosenfeld MA, Yoshimura K, Stier LE, Trapnell BC, Stratford-Perricaudet LD, Perricaudet M, Dalemans W, Jallat S, Mercenier A, Pavirani A, Lecocq J-P, Guggino WB, Crystal RG. In vivo transfer of the human cystic fibrosis gene to the respiratory epithelium. Clin Res 1991; 39(2): 311A.

371A.   Yoshimura K, Nakamura H, Trapnell BC, Dalemans W, Mercenier A, Pavirani A, Lecocq J-P, Crystal RG. Transcriptional modulation of human cystic fibrosis gene expression. Clin Res 1991; 39(2): 192A.

372A.   Hamosh A, Trapnell BC, Montrose-Ratizadeh C, Zeitlin PL, Rosenstein BJ, Crystal RG, Cutting GR. CFTR mRNA transcripts are decreased in respiratory epithelia of patients with nonsense mutations in the cystic fibrosis gene. (In press).

373A.   Richeldi L, Crystal RG, Markham T, Rossman MD, Ferrara GB, Saltini C. Role of the major histocompatibility complex (MHC) class II HLA-DP gene in the pathogenesis of chronic beryllium disease. Chest (in press).

374A.   Brody SL, Jaffe HA, Han SK, Passaniti A, Martin GR, Kratzke RA, Kaye FJ, Perricaudet M, Stratford-Perricaudet LD, Crystal RG. In vivo gene transfer to malignant mesothelioma using an adenovirus vector. Am Rev Respir Dis 1992; 145(4): A425.

A34

375A. Danel C, Erzurum SC, Yoneyama K, Thunnissen FBJM, Crystal RG. Quantitative assessment of human airway epithelial and inflammatory cell populations in cystic fibrosis. Am Rev Respir Dis 1992; 145(4): A689.

376A. Erzurum SC, Chu C-S, Danel C, Crystal RG. Human alveolar macrophages express antioxidant genes at a higher level than respiratory epithelial cells in vivo. Am Rev Respir Dis 1992; 145(4) A713.

377A. Hay JG, Danel C, Trapnell BC, Erzurum SC, Crystal RG. CC10 mRNA transcripts are expressed at extraordinarily high levels in human bronchial epithelium. Am Rev Respir Dis 1992; 145(4): A19

378A. Hubbard RC, McElvaney NG, Burham M, Guellaen G, Crystal RG. γ- Glutamyl transpeptidase levels in epithelial lining fluid as a marker for injury to the respiratory tract epithelium in cystic fibrosis. Am Rev Respir Dis 1992; 145(4): A119.

379A. Jaffe HA, Longenecker G, Matzger M, Setoguchi Y, Rosenfeld MA, Gant T, Thorgeirsson SS, Stratford-Perricaudet LD, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. Hepatic gene therapy for α1-antitrypsin (α1AT) deficiency: in vivo adenovirus-mediated transfer and expression of the human α1AT gene to rat liver. Am Rev Respir Dis 1992; 145(4): A200.

380A. Koayashi N, Yoshimura K, Trapnell BC, Pavirani A, Lecocq J-P, Crystal RG. Gene therapy for cystic fibrosis: design of a constitutive promoter-cystic fibrosis transmem-brane conducance regulator cDNA unit resistent to modulation by inflammatory stimuli. Am Rev Respir Dis 1992; 145(4): A688.

381A. Lantero S, Trapnell BC, Stratford-Perricaudet LD, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. Recombinant adenovirus-directed transfer of the human α1-antitrypsin gene does not require target cell proliferation. Am Rev Respir Dis 1992; 145(4): A833.

382A. Lemarchand P, Jaffe HA, Danel C, Cid M, Kleinman H, Stratford-Perricaudet LD, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. Adenovirus-mediated transfer of a normal α1-antitrypsin gene to human endothelial cells in vitro and ex vivo. Am Rev Respir Dis 1992; 145(4): A839.

383A. Maruyama M, Yoshimura K, Crystal RG. Regulation of secretory leukoprotease inhibi-tor gene expression in bronchial epithelial cells. Am Rev Respir Dis 1992; 145(4): A834.

384A. Mastrangeli A, Danel C, Rosenfeld MA, Stratford-Perricaudet LD, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. Diversity of airway epithelial cell targets for in vivo intratracheal recombinant adenovirus-mediated gene transfer. Am Rev Respir Dis 1992; 145(4): A688.

A35

385A.  McElvaney NG, Nakamura H, Birrer P, Hebert CA, Wong AL, Alphonso M, Baker JB, Catalano MA, Crystal RG. Aerosolized recombinant secre-tory leukoprotease inhibitor modulates airway inflammation in cystic fibrosis by suppressing interleukin-8 levels on the respiratory epithelial surface. Am Rev Respir Dis 1992; 145(4): A201.

386A.  Rosenfeld MA, Mastrangeli A, Danel C, Stier L, Stratford-PerricaudetLD, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. Adenovirus-mediated transfer of the normal α1-antitrypsin cDNA to lung epithelial cells recovered from individuals with Z homozygous form of α1-antitrypsin deficiency. Am Rev Respir Dis 1992; 145(4): A199.

387A.  Yoshimura K, Rosenfeld MA, Nakamura H, Scherer EM, Pavirani A, Lecocq J-P, Crystal RG. Expression of the human cystic fibrosis transmembrane conductance regula-tor gene in the mouse lung after in vivo intratracheal plasmid-mediated gene transfer. Am Rev Respir Dis 1992; 145(4): A161.

388A.  Richeldi L, Persichini T, Ferrara GB, Crystal RG, Markham T, Luisetti M, Bertorelli G, Guerritore D, Saltini C. Association: chronic beryllium disease with the HLA-DP 2.1 allele. Am Rev Respir Dis 1992; 145(4): A324.

389A.  Birrer P, McElvaney NG, Hubbard RC, Sommer CW, Liechti-Gallati S, Kraemer R, Crystal RG. Neutrophil elastase anti-neutrophil elastase imbalance on the respiratory epithelial surface of children with cystic fibrosis. Eur Ped Res. (in press).

390A.  Brody SL, Jaffe HA, Han S-K, Passaniti A, Martin GR, Kratzke RA, Kaye FJ, Perricaudet M, Stratford-Perricaudet LD, Crystal RG. Direct in vivo gene transfer to malignant cells using adenovirus vectors. Clin Res 1992; 40(2): 468A.

391A.  Chu C-S, Trapnell BC, Curristin SM, Cutting GR, Crystal RG. Molecular basis for variable exon 9 splicing of cystic fibrosis transmembrane conductance regulator (CFTR) mRNA transcripts in the human airway epithelium. Clin Res 1992; 40(2): 468A.

392A.  Erzurum SC, Chu C-S, Danel C, Trapnell BC, Crystal RG. In vivo anti-oxidant gene expression in human airway epithelium of normal individuals exposed to 100% oxygen. Clin Res 1992; 40(2): 318A.

393A.  Jaffe HA, Danel C, Longenecker G, Metzger M, Setoguchi Y, Rosenfeld MA, Gant TW, Thorgeirsson SS, Stratford-Perricaudet LD, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. In vivo gene transfer to liver: adenovirus-mediated transfer and expression of exogenous genes in normal rat liver. Clin Res 1992; 40(2): 211A.

394A.  Lemarchand P, Jaffe HA, Danel C, Cid M, Kleinman HK, Stratford-Perricaudet LD, Perricaudet M, Pavirani A, Lecocq J-P, Crystal RG. Adenovirus-mediated transfer and expression of exogenous genes to human endothelial cells in intact human blood vesses ex vivo. Clin Res 1992; 40(2): 226A.

A36

395A. Rosenfeld MA, Rosenthal ER, Wersto RP, Yoneyama K, Yoshimura K, Stratford-Perricaudet LD, Perricaudet M, Dalemans W, Pavirani A, Lecocq J-P, Crystal RG. Adenovirus-mediated transfer of the normal human cystic fibrosis transmembrane conductance regulator (CFTR) cDNA to freshly isolated normal and cystic fibrosis respiratory epithelium. Clin Res 1992; 40(2): 317A.

396A. Yoshimura K, Rosenfeld MA, Nakamura H, Scherer EM, Dalemans W, Pavirani A, Lecocq J-P, Crystal RG. In vivo intratracheal plasmid-mediated transfer of the human cystic fibrosis transmembrane conductance regulator gene to the mouse lung. Clin Res 1992; 40(2): 339A.

397A. Buhl R, Bargon J, Praetzel A, Rust M, Meier-Sydow J, Crystal RG. Independent regulation of glutathione levels in lung epithelial lining fluid and venous plasma in HIV-infected individuals. VIII International Conference on AIDS/III STD World Congress, Amsterdam, Netherlands.

398A. Curristan S, Chu C-S, Trapnell B, Graham C, Shrimpton AE, Crystal RG, Cutting GR. A splicing variant in the cystic fibrosis transmembrane conductance regulator gene that may contribute to phenotypic variation in cystic fibrosis patients with identical genotypes. Am J Hum Gen 1992; 51(4): A212.

399A. Brody SL, Metzger ME, Crystal RG. Repeat airway administration of replication deficient recombinant adenovirus vectors to non-human primates is safe and effective. Am Rev Res Dis 1993; 147(4):A544.

400A. Danel C, Hay JG, Crystal RG. Basal cells express mRNA transcripts for proteins restricted to differentiated cells, supporting their role as precursor cells in proximal human airways. Am Rev Res Dis 1993; 147(4):A51.

401A. Eissa NT, Chu C-S, Crystal RG. Detection of adenovirus E1a sequences in the respiratory epithelium of normals and individuals with cystic fibrosis. Am Rev Res Dis 1993; 147(4):A545.

402A. Han SK, Brody SL, Crystal RG. Suppression of in vivo tumorigenicity of human lung cancer cells by retrovirus-mediated transfer of human tumor necrosis factor-α cDNA. Am Rev Respir Dis 1993; 147(4):A776.

403A. Hay JG, Chu C-S, Crystal RG. Structure, chromosomal localization and polymorphism of the human airway specific gene coding for the Clara cell 10 kDa protein. Am Rev Respir Dis 1993; 147(4):A521.

404A. Kobayashi N, Rosenthal ER, Yoshimura K, Crystal RG. Design of promoter-cystic fibrosis transmembrane conductance regulator cDNA combinations that can be trans-

A37

ferred to human epithelial cells but are resistant to down-regulation by inflammatory stimuli. Am Rev Respir Dis 1993; 147(4):A545.

405A.   Lemarchand P, Jones M, Danel C, Yamada I, Mastrangeli A, Crystal RG. Strategies for adenovirus-mediated gene therapy for cystic fibrosis: gene transfer directed to submucosal glands <u>in</u> <u>vivo</u> via the pulmonary artery. Am Rev Respir Dis 1993; 147(4):A28.

406A.   McElvaney NG, Doujaiji B, Moan MJ, Burnham MR, Crystal RG. Aerosolization of recombinant secretory leukoprotease inhibitor to augment the anti-neutrophil elastase defenses of the lung. Am Rev Respir Dis 1993; 147(4):A679.

407A.   Maeda H, Danel C, Yamamoto A, Crystal RG. Murine model of neutrophil-dominated lung inflammation induced by <u>in</u> <u>vivo</u> adenovirus-mediated gene transfer of the human IL-8 cDNA. Am Rev Respir Dis 1993; 147(4):A196:A243.

408A.   Maruyama M, Yoshimura K, Crystal RG. Evaluation of mucosal specific transcriptional regulatory sequences upstream from the human secretory leukoprotease inhibitor gene. Am Rev Respir Dis 1993; 147(4):A760.

409A.   Mastrangeli A, Jaffe HA, Rosenfeld MA, Wright SE, Crystal RG. Somatic gene therapy for cystic fibrosis: chronic administration of adenoviral vectors. Am Rev Respir Dis 1993; 147(4):A545.

410A.   Miyashita A, Hay JG, Crystal RG. Expression and regulation of secretory and cytosolic phospholipase $A_2$ in the human lung. Am Rev Respir Dis 1993; 147(4):A664.

411A.   Moan MJ, McElvaney NG, Doujaiji B, Crystal RG. Pharmacokinetics of biweekly augmentation therapy of α1-antitrypsin. Am Rev Respir Dis 1993; 147(4):A675.

412A.    Setoguchi Y, Jaffe HA, Horiagon T, Chu C-S, Crystal RG. <u>In</u> <u>vivo</u> gene therapy targeting the peritoneum for α1-antitrypsin deficiency. Am Rev Respir Dis 1993; 147(4):A546.

413A.   Yoo J, Erzurum SC, Hay JG, Crystal RG. Regulation of catalase gene expression in human bronchial epithelial cells. Am Rev Respir Dis 1993; 147(4):A206.

414A.   Birrer P, McElvaney NG, Hubbard RC, Rudeberg A, Sommer CW, Leichti-Gallati S, Kraemer R, Crystal RG. Neutrophil elastase-anti-neutrophil elastase imbalance on the respiratory epithelial surface in children with cystic fibrosis. Am Rev Respir Dis 1993; 147(4):A675.

11/16/07
rev. 11/06/07

A38

415A. Mastrangeli A, Bajocchi G, Feldman SH, Crystal RG. Direct in vivo gene transfer to the central nervous system using replication deficient recombinant adenovirus vectors. Keystone Symposia, Gene Therapy. J Cell Biol 1993; Suppl.17E:250.

416A. Seth P, Rosenfeld MA, Higginbotham JN, Crystal RG. Replication deficient adenovirus-mediated delivery of unlinked plasmid DNAs to cells: an efficient and simple method of DNA transfection. Keystone Symposia, Gene Therapy. J Cell Biol 1993; Suppl. 17E:251.

417A. Rosenfeld MA, Chu C-S, Seth P, Jaffe HA, Banks TC, Crystal RG. El⁻ E3⁻ replication deficient recombinant adenovirus vector containing the human cystic fibrosis trans-membrane conductance regulator (CFTR) cDNA does not replicate in human respiratory epithelial cells. Keystone Symposia, Gene Therapy. J Cell Biol 1993; Suppl.17E:250.

418A. Brody SL, Han SK, Crystal RG. Tumor necrosis factor-α gene transfer to human lung cancer cells does not effect in vitro growth but does suppress in vivo tumorigenicity. Clin Res 1993; 41(2):214A.

419A. Lemarchand P, Jones M, Yamada I, Crystal RG. In vivo gene transfer and expression in normal, uninjured blood vessels using replication deficient recombinant adenovirus vectors. Clin Res 1993; 41(2):202A.

420A. Lemarchand P, Yoo JH, Erzurum SC, Rosenfeld MA, Crystal RG. Protection of bronchial epithelial cells from oxidant injury by adenovirus-mediated transfer of the human catalase cDNA. Clin Res 1993; 41(2):224A.

421A. Maeda H, Crystal RG. Gene therapy strategy for the pancreatic insufficiency of cystic fibrosis: adenovirus-mediated transfer of the human pancreatic lipase cDNA. Clin Res 1993; 41(2):206A.

422A. Mastrangeli A, Bajocchi G, Feldman S, Crystal RG. In vivo adenovirus-mediated gene transfer to the central nervous system. Clin Res 1993; 41(2):223A.

423A. Miyashita A, Hay JG, Crystal RG. Characterization of the human cytosolic phospholipase A₂ gene suggests that it belongs to an atypical subclass of housekeeping genes. Clin Res 1993; 41(2):243A.

424A. Rosenfeld MA, Rosenfeld SJ, Danel C, Banks TC, Crystal RG. Dissociation of the amount of cystic fibrosis transmembrane conductance regulator (CFTR) protein and the rate of cAMP-stimulated CL⁻ efflux. Clin Res 1993; 41(2):185A.

425A. Setoguchi Y, Danel C, Crystal RG. Stimulation of erythropoiesis by in vivo gene therapy: physiologic consequence of transfer of the human erythropoietin gene to experimental animals using an adenovirus vector. Clin Res 1993; 41(2):259A.

A39

426A.   Guzman RJ, Lemarchand P, Crystal RG, Epstein SE, Finkel T. Efficient and selective adenoviral-mediated gene transfer into vascular neointima. Circulation (in press).

427A.   Guzman RJ, Lemarchand P, Crystal RG, Epstein SE, Finkel T. In vivo adenoviral-mediated gene transfer into rat myocardium. Circulation (in press).

428A.   Muhlhauser J, Jones M, Lemarchand P, Yamada I, Crystal RG, Capogrossi MC. In vivo gene transfer into porcine cells with a replication deficient recombinant adenovirus vector. Circulation (in press).

429A. Hay JG, Crystal RG. High level airway specific expression and chromosomal sub-localization of the human CC10 gene suggest a potential role in asthma. Circulation 1993; 88(4)2: I-475.

430A.   Mastrangeli A, O'Connell B, Aladib W, Nagler R, Fox PC, Baum BJ, Crystal RG. Direct in vivo adenovirus-mediated gene transfer to the salivary glands. Clin Res 1993; 31:614A.

431A.   Muhlhauser J, Merrill MJ, Maeda H, Bacic M, Crystal RG. Capogrossi MC. VEGF gene transfer into vascular smooth muscle and endothelial cells with a replication-deficient recombinant adenovirus vector. J Cell Biochem.

432A.   Pili R, Muhlhauser J, Merrill MJ, Maeda H, Chang J, Passaniti T, Crystal RG, Capogrossi MC. Adenovirus-mediated gene transfer into vascular endothelial cells of recombinant secreted and non-secreted forms of acidic fibroblast growth factor. J Cell Biochem. 1994; Suppl 18A: 328.

433A.   O'Connell BC, Mastrangeli A, Crystal RG, Baum BJ. Effects of ionizing radiation on cells with catalase levels increased by adenovirus-mediated gene transfer. Int Conf Oral Biol

434A.   Hirschowitz EA, Brody SL, Han SK, Crystal RG. Suppression of proliferation of human mesothelioma cells in vitro using adenovirus-mediated gene transfer of the herpes simplex thymidine kinase gene. Am Rev Res Dis 1994; 149(4): A34.

435A. Miyashita A, Hay JG, Crystal RG. Upregulation of cytosolic phospholipase $A_2$ mRNA by TNF-$\alpha$ is dependent on newly synthesized protein and inhibited by dexamethasone. Am Rev Res Dis 1994; 149(4): A34

436A.   Demoly P, Hay JG, Sharp JD, Kramer RM, Crystal RG. Adenovirus-mediated in vitro transfer of the human 85 kDa phospholipase A2 gene. Am Rev Res Dis 1994; 149(4): A34.

437A.   Bewig B, Crystal RG. Adenovirus-mediated transfer of a radiation-inducible expression

unit to lung cancer cells. Am Rev Res Dis 1994; 149(4): A238.

438A.  O'Connell BC, Mastrangeli A, Oppenheim FG, Crystal RG, Baum BJ. Adenovirus-mediated transfer of histatin 3 to rat salivary glands in vivo. J Dent Res 1994; 73:310.

439A.  Crystal RG. Strategien zur gentherapie der zystischen fibrose-Kurzfassung. Pneumologie 1994; 48: 73.

440A. Ikari H, Mastrangeli A, Kato S, Zhang L, Kuo H, Chernak JM, Crystal RG, Ingram DK, Roth GS. Adenovirus-mediated gene transfer of rat dopamine $D_2$ receptor cDNA into cultured cells and rat striatum. Society for Neuroscience 1994 Annual Meeting, Miami Beach, Florida, November 13-18, 1994.

441A. Ingram DK, Bajocchi G, Crystal RG, Mastrangeli A. Gene transfer and retrograde transport of replication deficient recombinant adenovirus vector in neural pathway for neuro-anatomical tracing studies. Society for Neuroscience 1994 Annual Meeting, Miami Beach, Florida, November 13-18, 1994.

442A. Mastrangeli A, Harvey BG, Yao J, Wolff G, Gall J, Crystal RG, Falck-Pedersen E. Efficient in vivo adenovirus-mediated gene transfer to the airway epithelium of animals immunized with different adenovirus serotypes. Eighth Annual North American CF Conference, Orlando, Florida, October 20-23, 1994.

443A. Mauceri HJ, Seung LP, Hallahan DE, Bewig B, Kovesdi I, Sukhatme VP, Crystal RG, Kufe DW, Weichselbaum RR. Radiation targeting of gene therapy utilizing the Egp-TNF heterogous DNA in the attenuated adenovirus type 5 virus. Annual Meeting of the American Association for Cancer Research.

444A. Crystal R. Cystic Fibrosis: Genotype, phenotype and gene therapy to correct both. International Symposium on: Where Phenotype Does Not Match Genotype, Volterra, Italy, October 13-14, 1994.

445A. Gloe TR, Passaniti A, Crystal RG, Capogrossi MC. Adenovirus-mediated basic fibroblast growth factor expression induces endothelial cell differentiation but not proliferation. Circulation 1995; 92:I-112.

446A. Harvey B-G, Mastrangeli A, Deshmane SL, DeLuca N, Crystal RG. Replication deficient herpes simplex virus 1-mediated gene transfer to the lung. Ped Pulm. 1995; Suppl 12:232.

447A. Mastrangeli A, Gall J, Harvey B-G, Yao J, Crystal RG. In vivo gene transfer to the lung of experimental animals using a chimeric Ad5/Ad7 adenovirus vector.Ped Pulm. 1995; Suppl 12:230.

448A. Suzuki M, Crystal RG. Modification of the CFTR promoter with multiple cAMP response

A41

elements to permit exogenous regulation of gene expression following transfer to airway epithelial cells. Ped Pulm. 1995; Suppl 12:225.

449A.  Magovern CJ, Mack CA, Duenas M, Mastrangeli A, Isom OW, Crystal RG, Rosengart TK. Adenovirus-mediated gene transfer to canine myocardium: Enhanced localized protein expression utilizing direct myocardial injection. The Society of Thoracic Surgeons: Program of the Thirty-second Annual Meeting, 1996: 114-115.

450A.  Ross H, Hirschowitz EA, Russi T, Crystal RG, Burt M, Brennan M, Lewis J. Adenoviral transfer of thymidine kinase gene inhibits growth of MCA sarcoma in vivo. Association for Academic Surgery. 29th Annual Meeting, Ann Arbor, Michigan, November 8 - 11, 1995.

451A.  Ross H, Hirschowitz EA, Russi T, Crystal RG, Burt M, Brennan M, Lewis J. Adenoviral cytosine deaminase pro-drug gene therapy inhibits growth of MCA sarcoma. The Society of University Surgeons. 57th Annual Meeting, Washington, DC, February 8 - 10, 1996.

452A.  Worgall S, Wolff G, Falck-Pedersen, Crystal RG. Non-immune mechanisms dominate elimination of adenovirus vectors following in vivo administration. Pediatric Pulmonology 1996; 20:419.

453A.  Mack CA, Mastrangeli A, Magovern CJ, Carpenter H, Kovesdi I, Wickham T, Isom OW, Crystal RG, Rosengart TK. "Sero-switch" strategy for effective repetitive use of in vivo adenovirus-mediated gene transfer to provide persistent expression in the lung. Surgical Forum 1996; 47:312-314.

454A.  Chung I, Crystal RG, Deisseroth AB. Recombinant adenoviral vector containing human L-plastin promoter directs tumor-specific gene expression. American Society of Clinical Oncology, Annual Meeting, Philadelphia, PA, May 18-21, 1996.

455A.  The NHLBI Alpha 1-Antitrypsin Deficiency Registry Study Group. Practices of intravenous augmentation therapy with alpha 1-antiprotease for patients with severe deficiency of alpha 1-antitrypsin. Am J Respir Crit Care Med 1996; 153 (4B): A48.

456A.  Rodriguez-Roisin R, Marrades RM, Barberà JA, McElvaney NG, Crystal RG, Roca J. Nebulized glutathione induces marked bronchoconstriction in patients with mild asthma. Am J Respir Crit Care Med 1996; 153 (4B): A880.

457A.  Mack CA, Song W-R, Carpenter H, Wickham T, Kovesdi I, Harvey B-G, Magovern CJ, Falck-Pedersen E, Isom OW, Rosengart TK, Crystal RG, Mastrangeli A. Ability of an alternative serotype adenovirus vector to circumvent neutralizing immunity. Cold Spring Harbor Laboratory, Gene Therapy Meeting, Cold Spring Harbor, NY. September 25-29, 1996.

A42

458A. Hirschowtiz EA, Lewis J, Houghton AN, Crystal RG. Adenovirus-mediated expression of melanoma antigen gp75 as immunotherapy for metastatic melanoma. Cold Spring Harbor Laboratory, Gene Therapy Meeting, Cold Spring Harbor, NY. September 25-29, 1996.

459A. Wolff G, Worgall S, van Rooijen N, Crystal RG. Enhancement of *in vivo* adenovirus-mediated gene transfer and expression by prior depletion of tissue macrophages in the target organ. Cold Spring Harbor Laboratory, Gene Therapy Meeting, Cold Spring Harbor, NY. September 25-29, 1996.

460A. Suzuki M, Singh RN, Crystal RG. Cyclic amp regulatable promoter for use in *in vivo* gene therapy applications. Cold Spring Harbor Laboratory, Gene Therapy Meeting, Cold Spring Harbor, NY. September 25-29, 1996.

461A. Topf N, Hirschowitz EA, Ohwada A, Hackett NR, Crystal RG. Regional 5FC/5FU adenovirus-mediated prodrug strategy to suppress colon carcinoma metastatic to liver. Cold Spring Harbor Laboratory, Gene Therapy Meeting, Cold Spring Harbor, NY. September 25-29, 1996.

462A. Worgall S, Wolff G, Ferris B, van Rooijen N, Crystal RG. Innate immune system-related rapid elimination of adenovirus vectors administered to the respiratory tract. Cold Spring Harbor Laboratory, Gene Therapy Meeting, Cold Spring Harbor, NY. September 25-29, 1996.

463A. Song W-R, Mack CA, Bruder J, Kovesdi I, Crystal RG. Cytotoxic T-lymphocyte responses against heterologous proteins delivered by adenovirus vectors. Cold Spring Harbor Laboratory, Gene Therapy Meeting, Cold Spring Harbor, NY. September 25-29, 1996.

464A. Magovern CJ, Mack CA, Budenbender KT, Zanzonico P, Ko W, Sanborn T, Isom OW, Crystal RG, Rosengart TK. Gene transfer utilizing a replication-deficient adenovirus vector expressing vascular endothelial growth factor protects against acute arterial occlusion in the setting of chronic ischemia. Circulation 1996; 94:I-636-637.

465A. Magovern CJ, Mack CA, Zhang J, Rosengart TK, Isom OW, Crystal RG. Angiogenesis induced in non-ischemic tissue by an adenovirus vector expressing vascular endothelial growth factor. Circulation 1996; 94:I-591.

466A. Crystal RG. Gene therapy for cystic fibrosis. XIIth International Cystic Fibrosis Congress, Jerusalem, Israel, June 16-21, 1996.

467A. Abrahamsen KD, Kong HL, Mastrangeli A, Brough D, Crystal RG, Falck-Pedersen E. A Non-subgroup C Adenoviral Vector for Gene Transfer: Evaluation of Infectivity of a Chloramphenicol Acetyl Transferase Vector Based on Serotype 7. Cold Spring Harbor Laboratory, Gene Therapy Meeting, Cold Spring Harbor, NY. September 25-29, 1996.

A43

468A. Frey B, Cannizzo S, Crystal RG, Moore MAS, Rafii S. Overexpression of Erythropoietin by Human Bone Marrow Endothelial Cells Induces Long-term Expansion of Erythroid Progenitors for 70 Days. Exp Hematol 1996; 24: 1117.

469A. Frey BM, Cannizzo S, Crystal RG, Moore MAS. Expression of Human Thrombopoietin Transgene Delivered by an Adenovirus Based Strategy Is Dependent on Host Immune Competence. Exp Hematol 1996; 24: 1056.

470A. Garcia-Sanchez F, Pizzorno G, Adams E, Hanania E, Giles R, Crystal RG, Desisseroth AB. Use of a Safety Recombinant Adenovirus Vector for Selective Bone Marrow Purging Carrying the Chemosensitization Gene Cytosine Deaminase. Exp Hematol 1996; 24: 1138.

471A. Kojima A, Ohwada A, Crystal RG. Adenovirus-mediated *in vivo* carboxylesterase cdna gene transfer to activate the prodrug CPT-11 for local treatment of lung cancer. Am J Respir Crit Care Med 1997; 155:A500.

472A. Harvey B-G, Sikand V, Hirschowitz EA, Kaner RJ, Crystal RG. Route of administration and/or disease state influences neutralizing antibody responses to adenovirus vectors. Am J Respir Crit Care Med 1997; 155:A456.

473A. Cho S, Song W, Kong H-L, Crystal RG. Adenovirus vector-mediated immunization against β-galactosidase prevents pulmonary metastases by β-galactosidase-expressing murine colon carcinoma cells. Am J Respir Crit Care Med 1997; 155:A796.

474A. Hirschowitz EA, Leonard S, Lewis J, Houghton AN, Crystal RG. Adenovirus-mediated immunotherapy for prevention of malignant melanoma lung metastases. Am J Respir Crit Care Med 1997; 155:A800.

475A. Bezdicek P, Kim M-K, Worgall S, Park J-G, Schreiber A, Kovesdi I, Crystal RG. Functional consequences of adenovirus vector-mediated transfer of fcγRIIA receptor cDNA to respiratory epithelial cells. Am J Respir Crit Care Med 1997; 155:A804.

476A. Kaner RJ, Stolze E, Wickham TJ, Kovesdi I, Gransein RD, Crystal RG. Adenovirus-mediated gene transfer to macrophages and a Langerhans' cell-like line is enhanced by genetically modifying fiber protein with polylysine repeats. Am J Respir Crit Care Med 1997; 155:A458.

477A. Worgall S, Leopold P, Ferris B, van Rooijen N, Crystal RG. Role of alveolar macrophages in the rapid elimination of adenovirus vectors from lung. Am J Respir Crit Care Med 1997; 155:A458.

A44

478A. Narumi K, Suzuki M, Crystal RG. Adenovirus-mediated gene expression with glucocorticoid inducible promoter for use in *in vivo* gene therapy. Am J Respir Crit Care Med 1997; 155: A264.

479A. Kong HL, Song WR, Hecht D, Yayon A, Kovesdi I, Crystal RG. Inhibition of angiogenesis and tumor growth following adenovirus vector-mediated *in vivo* transfer of the human soluble Flt receptor gene. Proceedings of the American Society of Clinical Oncology 1997; 16:428a.

480A. Crystal RG. In vivo gene transfer with adenovirus vectors. Cold Spring Harbor Laboratory, Gene Therapy Meeting, Cold Spring Harbor, NY. September 25-29, 1996.

481A. Crystal RG. The New non-integrating viral vectors - targeting and stealth. Pediar Pulmonl 1996; Suppl 13: 91.

482A. Garcia-Sanchez F, Pizzorno G, Cooperberg M, Krause DS, Crystal RG, Deisseroth AB. Effective bone marrow purging using an adenovirus vector containing the prodrug activation unit cytosine deaminase. Proceedings of the American Society of Clinical Oncology 1997; 16:91a.

483A. Chung I, Crystal RG, Schwartz P, Leavitt J, Deisseroth. Cytotoxicity of cytosine deaminase (CD) adenoviral vectors (AV) with a promoter (L-plastin) for epithelial cancer cells. Proceedings of the American Society of Clinical Oncology 1997; 16:367a.

484A. Zanzonico P, Mack C, Patel SR, Schwarz EA, Hahn R, Ilercil A, Devereux R, Goldsmith SJ, Christian T, Sanborn, Kovesdi I, Isom OW, Crystal RG, Rosengart TK. Adenovirus-mediated vascular endothelial growth factor$_{121}$ [AdVEGF$_{121}$] gene therapy in a porcine heart coronary artery disease (CAD) model assessed with Tc$^{99}$m-MIBI spect. J Nucl Med 1997; 38:42P.

485A. Mack CA, Patel SR, Schwarz EA, Zanzonico P, Hahn R, Ilercil A, Devereux RB, Golsmith SJ, Christian TF, Sanborn FA, Kovesdi I, Ison OW, Crystal RG, Rosengart TK. Myocardial perfusion and function following adenovirus-mediated transfer of VEGF$_{121}$ cDNA to ischemic porcine myocardium. Program of the 77th annual meeting of The American Association for Thoracic Surgery, May 4-7, 1997 Washington, DC, p188.

486A. Garcia-Sanchez F, Pizzorno G, Cooperberg M, Krause DS, Crystal RG, Deisseroth AB. Adenoviral vector carrying bacterial enzyme (cytosine deaminase) can sensitize breast cancer but not hematopoietic cells to 5-fluorocytosine prodrug. J Invest Med 1997; 45:263A.

487A. Chung I, Crystal RG, Deissertoh AB. Development of an adenoviral vector system which confers gene expression which is specific for neoplastic cells. Proceedings of the American Association for Cancer Research 1996; 37:347.

A45

488A. Bezdicek P, Kim M-K, Worgall S, Park J-G, Schreiber A, Kovesdi I, Crystal RG. Adenovirus mediated transfer of FcγRIIa receptor cDNA to respiratory epithelial cells. Pediatric Pulmonology 1997 Suppl 14: 316.

489A. Harvey BG, Sikand V, Brion P, Kaner RJ, Crystal RG. Repeat administration of AdCFTR to the airway epithelium of individuals with cystic fibrosis is well tolerated and associated with minimal systemic humoral immunity. Pediatric Pulmonology 1997 Suppl 14: 258.

490A. Kaner RJ, Stolze E, Wickham TJ, Kovesdi, I, Granstein R, Crystal RG. Enhanced adenoviral gene transfer and expression in macrophages and dendritic cells using a vector with genetically modified fiber protein with polylysine repeats. Pediatric Pulmonology 1997 Suppl 14: 321.

491A. Leopold PL, Ferris B, Worgall S, Crystal RG. Adenovirus exhibits instantaneous escape from endosomes: Evaluation of gene transfer vectors directly conjugated with fluorophores. Pediatric Pulmonology 1997; Suppl 14:284.

492A. Worgall S, Singh R, Topf N, Leopold PL, Kaner RJ, Crystal RG. Gene transfer to alveolar macrophages. Pediatric Pulmonology 1997; Suppl 14:316.

493A. Mack CA, Budenbender KT, Polce BS, Schwarz EA, Patel SA, Cogger EJ, Isom OW, Crystal RG, Rosengart TK. Salvage angiogenesis mediated by an adenovirus vector expressing vascular endothelial growth factor protects against acute arterial occlusion: Physiologic evidence of benefit. Surg Forum 1997; 447-449.

494A. S. Rafii, Frey BM, Mohle R, Moore MAS, Crystal RG. Constitutive overexpression of thrombopoietin by human bone marrow endothelial cells maintains long-term regeneration of megakaryocytes. Blood 1996; 88:631a.

495A. Frey BM, Hackett N, Mohle R, Moore MAS, Crystal RG, Rafii S. Adenoviral mediated gene transfer into *ex vivo* expanded megakaryocytic myeloid and erythroid precursors. Blood 1996; 88:134a.

496A. Garcia-Sanchez F, Pizzorno G, Crystal RG, Krause DS, Cooperberg M, Deisseroth AB. Genetic chemosensitization to 5-fluorocytosine with cytosine deaminase adenoviral vector for purging of breast cancer cells from autologous hematopoietic stem cell transplants. Proceedings of the American Association for Cancer Research 1997; 38:437.

497A. Chung I, Crystal RG, Schwartz P, Pizzorno G, Deisseroth AB. Chemosensitization of human ovarian carcinoma by recombinant adenoviral vector containing tumor-specific cytosine deaminase transcription unit. Proceedings of the American Association for Cancer Research 1997; 38:380.

498A. Prayssac P, Erzuman SC, Danel C, Eissa NT, Crystal RG, Hervé P, Mazmanian M, Lemarchand P. Adenovirus-mediated transfer to the lungs of catalase and superoxide dismutase cDNAs prevents hyperoxia toxicity but not ischemia-reperfusion injury in rats. Am J Respir Crit Care 1997; 155: A265.

499A. Crystal RG. Gene therapy for cystic fibrosis: Where have we been and where are we going? Pediatric Pulmonology 1997; Suppl 14: 73.

500A. Hidaka C, Hannafin JA, Weiser L, Hackett NR, Warren RF, Crystal RG. Adenovirus transfection of articular chondrocytes and meniscal fibrochondrocytes in collagen gel three-dimensional culture. 44th Annual Orthopaedic Reseach Society, March 16-19, 1998, New Orleans, Louisiana.

501A. Hidaka C, Hackett NR, Leopold P, Bergelson JM, Finberg RW, Crystal RG. Transfection of chondrocytes with adenovirus encoding for the coxsackie/adenovirus receptor improves transfection with a subsequent adenovirus vector. 44th Annual Orthopaedic Reseach Society, March 16-19, 1998, New Orleans, Louisiana.

502A. Hahn RT, Mack CA, Patel SR, Ilercil A, Fishman D, Devereux RB, Crystal RG, Rosengart TK. Changes in cardiac shape in the ischemic porcine heart does not contribute to the improvement in myocardial function following adenovirus-mediated gene transfer of cDNA for vascular endothelial growth factor. J Am Coll Cardiol 1998;31:105A.

503A. Hirschowitz EA, Naama H , Evoy D, Lieberman M, Leonard S, Daly J, Crystal, RG. Regional adenovirus-mediated delivery of IL2 and IL12 cDNAs to the hepatic parenchyma to treat hepatic metastasis. J Invest Med 1997; 45:264A.

504A. Harvey BG, Hirschowitz EA, Sikand V, Kaner RJ, Lieberman M, Kazam E, Yankelevitz D, Henschke C, Daly J, Kovesdi I, Crystal RG. Different systemic humoral immune responses to adenovirus vectors in animals *vs* humans. J Invest Med 1997; 45:285A.

505A. Bezdicek P, Kim M-K, Worgall S, Park J-G, Prince A, Kovesdi , Schreiber AD, Crystal RG. Adenovirus vector transfer of FCγRIIA cDNA respiratory epithelium to augment clearance of *Pseudomonas aeruginosa.* Am J Respir Crit Care Med 1998; 157: A583.

506A. Harvey B-G, Worgall S, Foster T, Bialos B, Crystal RG. Local and systemic host responses of normal individuals to intradermal administration of an E1$^-$, E3$^-$ adenovirus gene transfer vector. Am J Respir Crit Care Med 1998; 157: A481.

507A. Kojima A, Hackett NR, Crystal RG. Use of adenovirus-mediated gene transfer of the human carboxylesterse cDNA to reverse CPT-11 resistance of lung cancer cells. Am J Respir Crit Care Med 1998: 157; A325.

508A.  Kaner RJ, Worgall S, Leopold PL, Finberg R, Bergelson J, Crystal RG. Human alveolar macrophages can express adenoviral vector transgenes, but expression is limited, in part, by low levels of the coxsackie-adenovirus receptor (CAR). Am J Respir Crit Care Med 1998; 157: A239.

509A.  Wisnivesky J, Leopold PL, Crystal RG. Adenovirus vector interaction with the nuclear envelope. Am J Respir Crit Care Med 1998; 157: A479.

510A.  Worgall S, Connor R, Kaner R, Leopold PL, Moore JP, Crystal RG. HIV-1 coreceptor expression and usage for HIV-1 infection of alveolar macrophages. Am J Respir Crit Care Med 1998; 157: A457.

511A.  Patel SR, Lee LY, Hackett NR, Mack CA, Polce DR, El-Sawy T, Hachamovitch R, Zanzonico P, Sanborn TA, Parikh M, Isom OW, Crystal RG and Rosengart TK. Focal angiogen therapy: regional analysis of genome distribution, transgene expression, and biological revascularization following intramyocardial delivery of an adenovirus vector coding cDNA for vascular endothelial growth factor 121. Ann Thorac Surg 1999 (submitted).

512A.  Garcia-Sanchez, Pizzorno G, Krause D, Cote R, Crystal RG, Brown R, Deisseroth A. Cytosine deaminase adenoviral vector/5-fluorocytosine system reduces breast cancer cells (BCC) in mixtures with hematopoietic cells by one million fold without damaging long term reconstituting hematopoietic stem cells (HSC).American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 189a.

513A.  Hackett NR, Lee LY, Polce DR, Silva I, O'Leary J, Williams M, Rosengart TK, Crystal RG. Quantitation of the efficiency and duration of gene therapy by Taqman real-time fluorescent PCR.American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 43a.

514A.  Harvey B-G, Worgall S, Ramirez M, Bialos B, Cho S, Dar K, Crystal RG. Host responses to intradermal administration of a first generation replication deficient adenovirus vector to normal individuals. American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 43a.

515A.  Hidaka C, Milano E, Leopold PL, Bergelson JM, Hackett NR, Finberg Rwm Wickham TJ, Kovesdi I, Roelvink, Warren RF, Crystal RG. CAR-dependent and CAR-independent pathways of adenovirus vector-mediated gene transfer. American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 85a.

516A.  Kaner RJ, Worgall S, Leopold PL, Stolze E, Milano E, Hidaka C, Ramalingam R, Hackett NR, Singh R, Bergelson J, Finberg R, Falck-Pedersen E, Crystal RG. Human

alveolar macrophages express adenovirus vector transgenes, limited, in part, by low coxsackie/adenovirus receptor levels.American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 54a.

517A.  Lee LY, Zhou X, Polce DR, El-Sawy T, Patel SR, Narumi K, Rosengart TK, Crystal RG. Glucocorticoid responsive promoter induced upregulation of platelet levels following adenovirus mediated transfer of the Thrombopoietin cDNA to the heart: Implications for cardiac gene therapy.American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 83a.

518A.  Leopold PL, Kreitzer G, Rempel S, Pfister KK, Crystal RG. Adenovirus translocation to the nucleus requires microtubules. American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 178a.

519A.  Miyazawa M, Ferris B, Rempel S, Worgall S, Hackett NR, Leopold PL, Falck-Pedersen E, Crystal RG. Ad7 fiber modulates intracellular trafficking of Ad5 capsid in a chimeric vector. American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 39a.

520A.  Ramalingam R, Rafii S, Worgall S, Crystal RG. E1$^-$E4$^+$ adenoviral gene transfer vectors promote survival of primary human endothelial cells. American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 113a.

521A.  Song W, Kong H-L, Carpenter H, Tong Y, Rafii S, Granstein R, Moore MAS, Crystal RG. Dendritic cells transduced with an adenoviral vector encoding a model tumor antigen induce long-term antigen-specific therapeutic antitumor immunity in tumor-bearing hosts. American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 141a.

522A.  Wisnivesky JP, Rempel S, Ramalingham R, Leopold PL, Crystal RG. Characterization of *in vitro* interaction between adenovirus and purified nuclei. American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 125a.

523A.  Worgall S, Singh R, Leopold PL, Kaner RJ, Hackett NR, Topf N, Moore MAS, Crystal RG. Selective expansion of alveolar macrophages *in vivo* by *ex vivo* adenovirus-mediated transfer of the murine GMCSF cDNA to, and transplantation of, modified macrophages to lungs of syngeneic mice. American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 125a.

524A.  Zhou X, Lee L, Polce D, Rosengart TK, Crystal RG. Comparison of transgene expression in rat heart mediated by adeno-associated virus and adenovirus vectors. American Society

of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 113a.

525A. Won JH, Garcia-Sanchez F, Nanakorn T, Krause D, Cooperberg M, Lin D, Brown R, Liang JC, Wang RY, Burtness B, Zelterman D, Pizzorno G, Crystal RG, Deissertoh A. Serum free (SF) conditions preservers reconstituting capability of hematopoietic cells (HC) and results in 1 million fold reduction of breast cancer cells (BCC) which contaminate HC when used with cytosine deaminase (CD) adenoviral vector (AV) and 5-fluorocytosine (5FC). International Society of Experimental Hematology, 1998 (submitted).

526A. Rosengart TK, Patel SR, Lee LY, Sanborn TA, Hachamovitch R, Kligfield PD, Hahn RT, Isom OW, Crystal RG. Safety of direct myocardial VEGF121 cDNA adenovirus-mediated angiogenesis gene therapy in conjunction with coronary bypass surgery. Circulation 1998; 98 (Suppl); I-321.

527A. Wang S, Naiyer A, Benraiss A, Crystal RG, Goldman SA. Isolation and purification of defined neural progenitor phenotypes using fluorescent transgenes driven by cell-specific promoters. American Society of Gene Therapy, 1st Annual Meeting, Seattle, Washington, May 28-31, 1998; Program and Abstracts: 102a.

528A. Harvey BG, Ramirez M, Worgall S, Bialos B, Crystal RG. Humoral anti-Ad5 immune responses after lung administration of first generation Ad vectors to normals and individuals with cystic fibrosis. Pediatr. Pulmonol. 1998 (In press)

529A. Leopold PL, Hidaka C, Quitoriano M, Worgall S, Singh R, Ferris B, Kaner RJ, Bergelson J, Finberg R, Crystal RG. Cell-type specific trafficking of adenovirus. Pediatr. Pulmonol. 1998 (in press)

530A. Wisnivesky JP, Leopold PL, Crystal RG. Comparison of adenovirus serotype 5 and serotype 2 *in vitro* binding to purified nuclei. Pediatr. Pulmonol. 1998 (in press)

531A. Zhou X, Crystal RG. Efficient expression of adeno-associated virus vector in the lung requires a cellular factor. Pediatr. Pulmonol. 1998 (in press)

532A. Leopold PL, Kreitzer G., Rempel S, Pfister KK, Rodriguez-Boulan E, Crystal RG. Subgroup C adenovirus utilizes microtubules and cytoplasmic dynein during intracellular translocation to the nucleus. American Society of Cell Biology (in press)

533A. Wisnivesky JP, Kaplan JB, McGinn T, Henschke C, Crystal RG. Prediction of positive culture for *Mycobacterium tuberculosis* in inpatients. Chest 1998; 114: 285S.

534A. Harvey B-G, Hackett NR, Crystal RG. Airway administration of first generation adenovirus vectors to normal individuals. Am J Respir Crit Care Med 1999; 159:A433

535A.  Wisnivesky JP, Leopold PL, Crystal RG. In vitro characterization of the adenovirus binding site on nuclear envelopes. Am J Respir Crit Care Med 1999; 159:A434

536A.  Landesberg LJ, Lee K, Rosengart TK, Crystal, RG. Regulation of angiogenesis during post-pneumonectomy compensatory lung growth in rats. Am J Respir Crit Care Med 1999; 159:A353

537A.  Miyazawa N, Leopold PL, Hackett NR, Crystal RG. Adenovirus serotype 7: the infection pathway of subgroup B adenovirus. Am J Respir Crit Care Med 1999; 159:A307

538A.  Kaner RJ, Ladetto JV, Singh R, Crystal RG. Lung overexpression of the vascular endo-thelial growth factor gene induces pulmonary edema. Am J Respir Crit Care Med 1999; 159:A216

539A.  Worgall S, Singh R, Crystal RG. Dendritic cell/*Pseudomonas* vaccine to protect against pulmonary *Pseudomonas* infection. Am J Respir Crit Care Med 1999; 159:A749

540A.  Fushimi T, Kojima A, Crystal RG. Adenovirus-mediated gene transfer of macrophage inflammatory protein $3\alpha$ to murine tumor induces antitumor immunity. Am J Respir Crit Care Med 1999; 159:A206

541A.  Kikuchi T, Crystal RG. Antitumor immunity induced by adenovirus vector-mediated transduction of CD40 ligand. Am J Respir Crit Care Med 1999; 159:A237

542A.  Ozawa H, Hackett N, Topf N, Crystal RG, Granstein, RD. Augmented anti-tumor immu-nity by immunization with epidermal cells infected with an adenovirus vector containing a cDNA for GM-CSF. The Society for Investigative Dermatology 1998; 110: 562.

543A.  Lee LY, Zhou X, Patel SR, Polce DR, Isom OW, Crystal RG, Rosengart TK. Prolonged transgene expression in the rat myocardium mediated by an adeno-associated viral vector: Implications for chronic cardiac therapy. Surgical Forum 1998; 49: 215-216.

544A.  Bonnyay DP, Leopold PL, Steinman RM, Crystal RG. Tropism modified adenoviral vectors enhance transgene delivery to dendritic cells. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 158A.

545A.  Fushimi T, Crystal RG. Adenovirus-mediated gene transfer of macrophage inflammatory protein $3\alpha$ to murine tumors induces antitumor immunity. American Society of Gene Therapy, Program of the 2[nd] Annual Meeting, Washington, DC, June 9-13, 1999, 22a.

546A.  Hackett NR, Lee LY, Silva I, El Sawy T, Polce D, Rosengart TK, Crystal RG. Biodistribution of adenovirus gene therapy vectors in pigs following myocardial adminis-tration by various routes. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 33a.

A51

547A.   Harvey BG, Hackett NR, Scott E, Crystal RG. Administration of an E1$^-$, E3$^-$ adenovirus vector to airway epithelial cells of normal individuals elicits minimal local host responses. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 155a.

548A.   Hidaka C, Quitoriano M, Attia E, Hannafin JA, Warren RF, Crystal RG. In vitro autologous chondrocyte transplantation using chondrocytes over expressing bone morphogenetic protein-7. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 213a.

549A.   Kaner RJ, Ladetto JV, Singh R, Crystal RG. Pulmonary edema following adenovirus-mediated gene transfer of the vascular endothelial growth factor gene to the lung. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 121a.

550A.   Kikuchi T, Crystal RG. Adenovirus vector-mediated modification of dendritic cells to express CD40 ligand elicits therapeutic immunity against murine tumors. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 29a.

551A.   Labow DM, Lee S, Ginsberg RJ, Crystal RG, Korst RJ. Gene therapy directed to regional lymph nodes. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 115a.

552A.   Lee LY, Zhou X, Yin X, Rosengart TK, Crystal RG. Regulation of myocardial gene expression following adeno-associated virus mediated gene transfer using a glucocorticoid responsive promotor. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 162a.

553A.   Lee LY, Hackett NR, Polce DR, El-Sawy T, Rosengart TK, Crystal RG. Targeting myocardial gene therapy: optimizing regional delivery of adenovirus vectors. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 181a.

554A.   Lee LY, Polce DR, El-Sawy T, Hackett NR, Rosengart TK, Crystal RG. Influence of pre-immunization with wild type adenovirus on adenovirus vector-mediated expression of the vascular endothelial growth factor 121 cDNA. American Society of Gene Therapy, American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 110a.

555A.   Miyazawa N, Leopold PL, Crystal RG. Adenovirus serotype 7 vector resides in a late endosomal compartment prior to escape to the cytosol. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 152a.

A52

556A.  Ramalingam R, Rafii S, Worgall S, Hackett NR, Crystal RG. Induction of endogenous genes following E1⁻ adenovirus gene transfer vector infection of primary human endothelial cells. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 15a.

557A.  Sato N, Leopold PL, Crystal RG. Acceleration of post-natal hair follicle growth and hair induced by localized, transient, enhanced expression of sonic hedgehog. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 165a.

558A.  Seidman MA, Worgall S, Hogan SM, Crystal RG, Leopold PL. Enhanced transgene delivery by adenovirus vectors in the presence of paclitaxel: potential mechanistic synergy between pharmaceutical and genetic therapies. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 150a.

559A.  Worgall S, Singh R, Worgall T, Crystal RG. Free cholesterol enhances adenoviral vector gene transfer to CAR-deficient cells in vitro. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 131a.

560A.  Worgall S, Ramalingam R, Anja Moldenhauer, Moore MAS, Rafii S, Crystal RG. E1⁻E4⁺ adenoviral gene transfer vectors downregulate CXCR4 expression on human endothelial cells. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 136a.

561A.  Zhou X, Yin X, Crystal RG. Regulation of transgene expression in the lung mediated by adeno-associated virus. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 183a.

562A.  Sanborn TA, Tarazona N, Deutsch E, Lee L, Hackett N, El-Sawy T, Crystal RG, Rosengart TK. Percutaneous endocardial gene therapy: in vivo gene transfer and expression. J Am Coll Cardiol 1999; 33: 818-3.

563A.  Rosengart TK, Lee LY, Sanborn TA, Hachamovich R, Szulc M, Kligfield PD, Hahn RT, Crystal RG, Isom OW. Biological Revascularization utilizing as adenovirus encoding for VEGF121 in patients with coronary artery disease: adjunct to bypass and sole therapy. American Surgical Association, 119th Annual Meeting, San Diego, CA, April 15-17, 1999.

564A.  Lee LY, Zhou X, Yin X, Polce DR, Isom OW, Crystal RG, Rosengart TK. Long term regulatable cardiac gene therapy with a "stealth" vector: adeno-associated virus with a glucocorticoid response elements promoter. The Western Thoracic Surgical Association, 25th Annual Meeting, Olympic Valley, CA, June 23-26, 1999.

A53

565A.  Rosengart, TK, Lee LY, Sanborn TA, Hachamovich R, Kligfield PD, Szulc M, Hackett N, Isom OW, Crystal RG. Direct myocardial adenovirus-mediated transfer of VEGF 121 cDNA via mini-thoracotomy as sole therapy for CAD: Assessment of clinical parameters for a new treatment modality. The Western Thoracic Surgical Association, 25th Annual Meeting, Olympic Valley, CA, June 23-26, 1999.

566A.  Harvey B, Hackett NR, Crystal RG. Persistence of the vector genome in bronchial epithelial cells of normal individuals following airway spray administration of an E1⁻E3⁻ adenovirus vector. Pediatr. Pulmonol. 1999; Suppl 19: 225.

567A.  Leopold PL, Hogan SM, Singh R, Seidman MA, Worgall S, Crystal RG. Enhanced gene transfer to mouse lung following administration of cell cycle inhibitors that affect microtubule dynamics. Pediatr. Pulmonol. 1999; Suppl 19: 258.

568A.  Worgall S, Singh R, Crystal RG. Dendritic cells pulsed with *Pseudomonas* protect against lethal pulmonary *Pseudomonas* infection in mice. Pediatr. Pulmonol. 1999; Suppl 19: 311.

569A.  Peng XY, Rutherford T, Schwartz P, Crystal RG, Chung I, Leavitt J, Anderson M, Pizzorno G, Deisseroth A. Adenoviral vectors carrying transgenes regulated by the L-plastin promoter exhibit high levels of expression in ovarian and breast cancer cells (both primary and established cell lines) whereas only very low levels of expression are detectable in primary mesothelial cells: Potential system for tumor selective cancer gene therapy of ovarian cancer. American Society of Gene Therapy, Program of the 2nd Annual Meeting, Washington, DC, June 9-13, 1999, 91a.

570A.  Lee LY, Polce DR, El-Sawy T, Hackett NR, Isom OW, Crystal RG, Rosengart TK. Adenovirus coding for VEGF121 induces angiogenesis despite the presence of anti-ad neutralizing antibodies in the immunized host. Circulation 1999: (in press)

571A.  Rosengart TK, Lee LY, Port JL, Hahn RT, Devereux RB, Finnin E, Isom OW, Crystal RG. Video assisted epicardial delivery of angiogenic gene therapy to the human myocardium utilizing an adenovirus vector encoding for VEGF121. Circulation 1999; 100 (Suppl 1): I- 312.

572A.  Crystal, Ronald G. Gene Therapy and Dendritic Cells. Sixth International Workshop on Langerhans Cells, New York, October 8-10, 1999.

573A.  Trevejo JM, Peng YF, Elkon KB, Crystal RG, Falck-Pederen E. A critical role for TNF-α in the humoral and cellular responses to intra-tracheal administration of adenovirus vectors. Pediatr. Pulmonol. 1999; Suppl 19: 228.

A54

574A. Lee LY, Polce DR, El-Sawy T, Hackett NR, Isom OW, Crystal, RG, Rosengart TK. Adenovirus coding for VEGF121 induces angiogenesis despite the presence of anti-Ad neutralizing antibodies in the immunized host. Circulation 1999; 100 (Suppl 1): I-312.

575A. Aliawadi M, Lee JM, Lee S, Crystal RG, Korst RJ. Adenovirus vector administration inhibits the progression of lymphatic metastasis of murine metastatic tumors. Mol Ther. 2000; 1: S264-265.

576A. Bailey CJ, Leopold PL, Crystal RG. Adenovirus capsid protein association with the nucleus. Mol.Ther 2000; 1; S25-26.

577A. Fushimi T, Quitoriano M, Hackett NR, Crystal RG. Adenovirus-mediated gene transfer of stromal cell-derived factor 1α to murine tumors induces antitumor immunity. Mol Ther 2000; 1: S153.

578A. Hamawy AH, Samy SA, Isom OW, Crystal RG, Rosengart TK, Myocardial administration of an adenovirus vector coding for the angiogenesis mediator vascular endothelial growth factor 121 helps to improve myocardial contractility in heart failure Mol Ther 2000; 1: S257.

579A. Harvey BG, Maroni J, O'Donoghue KA, Chu KW, Muscat JC, Pippo AL, Wright C, Hollmann C, Wisnivesky JP, Kessler P, Rasmussen H, Rosengart TK, Crystal RG, Safety of local delivery of low and intermediate dose adenovirus gene transfer vectors to individuals with a spectrum of comorbid conditions. Mol Ther 2000; 1; S24.

580A. Hidaka C, Goodrich LR, Quitoriano M, Tower-Toland B, Bent S, Warren RF, Nixon AJ, Crystal RG, Enhanced healing of articular cartilage defects in equine athletes with genetically modified chondrocytes expressing bone morophogenetic protein -7 Mol Ther 2000; 1; S37.

581A. van't Hof W, Crystal RG, Manipulation of the cytoplasmic and transmembrane domains of the coxsackie-adenovirus receptor (CAR) alters cell surface expression levels and adenovirus infection efficiency in CHO cells Mol Ther 2000; 1: S61.

582A. Kostarelos K, Singh R, Hogan S, Deo N, Leopold PL. Somasundaran P, Crystal RG, Engineering hybrid viral/non-viral gene therapy vectors by complexing adenovirus particles with cholesterol molecules Mol Ther 2000; 1: S244.

583A. Kianmanesh R, Kikuchi T, Koller A, Hackett NR, Crystal RG. Suppression of growth of established macroscopic tumors by intratumoral administration of dendritic cells and an adenovirus vector expressing TNFα Mol Ther 2000; 1: S265.June 6, 2000

A55

584A. Kikuchi T, Singh R, Worgall S, Crystal RG. Dendritic cells modified to express CD40 ligand elicit therapeutic immunity against bronchopulmonary infection with *Pseudomonas aeruginosa* Mol Ther 2000; 1: S218-219.

585A. Miyazawa N, Leopold PL, Crystal RG. Ad7 fiber mediates lysis of a late endosomal compartment Mol Ther 2000; S58.

586A. Rafii S, Ramachandran R, Choy M, Feuerhach FJ, Frey B, Naiyer AJ, Worgall S, Crystal RG. Infection of endothelium with E1⁻E4⁺, but not E1⁻E4⁻, adenovirus gene transfer vector enhances leukocyte adhesion and migration by modulation of ICAMI, VCAM1, CD34 and chemokone expression. Mol Ther 2000; 1: S201.

587A. Samy SJ, Hamawy AH, Lee LY, Polce DR, Isom OW, Crystal RG, Rosengart TK, Administration of an adenovirus vector coding for the vascular endothelial growth factor 121 in the non-ischemic state protects distal hindlimb perfusion following vascular occlusion Mol Ther 2000; 1: S201.

588A. Sato N, Leopold PL, Crystal R, Localized, transient, enhanced expression of sonic hedgehog induced acceleration of hair regrowth from chemotherapy-induced alopecia Mol Ther 2000; 1; S58.

589A. Vincent T, Hogan SM, Harvey BG, Leopold PL, Crystal RG, Quantitative, morphometric evaluation of anti-adenovirus neutralizing titer in human sera Mol Ther 2000; 1: S68.

590A. Lee LY, Rahman GF, Zhou X, Polce DR, Yin X, Hackett NR, Isom OW Crystal GR, Rosengart TK. Long term (>1 year) high level myocardial transgene expression with an adeno-associated virus. Amer. College of Cardiol. 2000; 35 (Suppl): 278.

591A. Hidaka C, Quitoriano M, Attia E, Hannafin J, Waren R, Crystal R. Increased matrix synthesis and matrix gene expression in chondrocytes over expression BMP-7. Transactions of the Orthopaedic Research Society, 46th Annual Meeting, March 11-19, 2000,Orlando Fl.

592A. Hidaka C, Ibarra C, Quitoriano M, Adenovirus-induced angiogenesis in tissue engineered meniscus. Transactions of the Orthopaedic research Society, 46th Annual Meeting March 11-19, 2000, Orlando, Fl

593A. Benrasis A, Lerner K, Chmielnicki E, Roh D, Hackett N, Crystal RG, Goldman SA, Intraventricular delivery of adenoviral BDNF induces neuronal recruitment from endogenous progenitor cells in the adult forebrain. Mol. Ther. 2000;1: S36-36.

594A. Zhang L, Peng XY, Sapi E, Kacinski B, Pizzorno G, Crystal R, Chung I, Rutherford T, Schwartz P, Deisseroth A. L-plastin promoter confers tumor specific gene expression and

A56

tumor specific conditional replication competency on adenoviral vectors. Mol. Ther. 2000;1: S141.

595A.  Lee LY, Rahman GF, Lee KT, El-Sawy T, Hackett NR, Isom OW, Crystal RG, Rosengart TK. Global perfusion vs regional administration strategies for myocardial gene therapy. J Amer Coll Cardio (Suppl) 2000; 35: 279.

596A.  Deutsch E, Tarazona N, Sanborn TA, Martin JL, Lee LY, Hackett N, El-Sawy T, Blanco I, Fromkin KR, Rosengart TK, Crystal RG. Percutaneous endocardial gene therapy: patterns of in vivo gene expression related to regional myocardial delivery. J Amer Coll Cardio (Suppl) 2000; 35: 6.

597A.  Sanborn TA, Hackett NR, Lee LY, Blanco I, Tarazona N, Deutsch E, Rosengart TK, Crystal RG. Regional intramyocardial vascular endothelial growth factor (VEGF) gene transfer and expression using a fluoroscopically guided catheter-based technique. J Amer Coll Cardio (Suppl) 2000; 35: 74.

598A.  Kikuchi T, Singh R, Worgall S, Crystal RG. Dendritic cells modified to express CD40 ligand elicit therapeutic immunity against bronchopulmonary infection with *Pseudomonas aeruginosa* .Am J Respir Crit Care Med. March 2000; 161:3, A130.

599A.  Kaner RJ, Crystal RG. Human epithelial lining fluid contains high concentration of vascular endothelial growth factors. Am J Respir Crit Care Med. March 2000; 161:3, A248.

600A.  Harvey BG, Ely S, Hackett NR, Crystal RG. Host responses to repeat airway administration of 1st generation adenovirus vectors to normal individuals. Am. J Respir Crit Care Med. March 2000; 161:3, A286

601A.  Landesberg LJ, Ramalingam R, Lee KJ, Rosengart TK, Crystal RG. Upregulation of transcription factor EGR-1 during early postpneumonectomy lung growth. Am J Respir Crit Care Med. March 2000; 161:3, A522.

602A.  Fushimi T, Quitoriano M, Hackett NR, Crystal RG. Adenovirus-mediacted gene transfer of stromal cell-derived factor 1α to murine tumor induces suppression of tumor growth. Am J Respir Crit Care Med. March 2000; 161:3, A677.

603A.  Hamaway AH, Samy SA, Lee LY, Polce DR, Isom OW, Crystal RG, Rosengart TK. Transmyocardial revascularization and administration of adenovirus encoding for VEGF121 act synergisticly to increase survival in an experimental animal model of severe myocardial ischemia. Surgical Forum of the American College of Surgeons, 2000; p110-111

A57

604A.  Schulick AH, Heller J, Kent C, Crystal RG. Adenovirus-mediated gene transfer into hypoxic cells. Surgical Forum of the American College of Surgeons, 2000; p384-385

605A.  Harvey BG, Kikuchi T, Crystal RG. Augmentation of host anti-tumor responses in individuals with lung cancer. Am J Respir Crit Care Med 2001; 163: 3:A529

606A.  Lee JM, Kikuchi T, Mahtabifard A, Yamada R, Crystal RG, Korst RJ. In vivo transfer of the macrophage derived chemokine (MDC) gene to established murine tumors inhibits tumor growth and induces a cytotoxic T-lymphocyte response (CTL). Am J Respir Crit Care Med 2001; 163: 3:A529

607A.  Rice JL, Connor R, Worgall S, Kaner R, Moore J, Crystal RG, Inhibition of HIV replication in alveolar macrophages by a modified adenovirus. Am J Respir Crit Care Med 2001; 163: 3:A285

608A.  Worgall S, Martushova K, Crystal RG. *Pseudomonas aeruginosa* induces rapid apoptosis in dendritic cells and alveolar macrophages. Am J Respir Crit Care Med 2001; 163: 3:A383

609A.  Harvey B, Rosengart TK, Crystal RG. Systemic IL-6 responses following airway administration of 1st generation adenovirus vectors to normals and to individuals with cystic fibrosis. Pediatric Pulmonol 2000; 20:231.

610A.  Kikuchi T, Worgall S, Singh R, Crystal RG. Dendritic cells modified to express CD40 ligand elicit therapeutic immunity against bronchopulmonary infection with *Pseudomonas Aeruginosa*. Pediatric Pulmonol 2000; 20:268

611A.  Leopold PL, Hogan SM, Vincent T, Harvey BG, Crystal RG. Rescue of neutralized adenoviral vectors via FC receptor interaction leads to gene expression. Pediatric Pulmonol 2000; 20:234

612A.  van't Hof W, Crystal RG. Regulation of the cell surface expression of the coxsackie-adenovirus receptor. Pediatric Pulmonol 2000; 20:235

613A.  Arteaga E, Leuttich K, Potvin, HC, Hackett NR, Crystal RG, Kaminsky SM. Monitoring the yield and purity of adenovirus vectors produced in 293 and 292ORF cells using real time PCR. Mol Ther. 2001; 3: S158

614A.  Apblett RL, Hackett NR, Crystal RG, Sondhi D. Optimizing time utilization in construction of multiple new adenovirus Gene Transfer Vectors. Mol Ther 2001; 3: S160

615A.  Bailey CJ, Leopold PL, Crystal RG. Adenovirus co-localizes with the microtubule organizing center in the absence of nuclei. Mol Ther 2001; 3: S6

A58

616A.  Dhanraj DD, Arteaga E, Spiegel ES, Kaminsky SM, Crystal RG. A closed system for the production and harvest of adenovirus vectors. Mol Ther 2001; 3: S159

617A.  Fushimi T, Crystal RG. Antitumor immunity induced by combined therapy of adenovirus-mediated gene transfer of macrophage inflammatory protein 3α and CD40 Ligand into murine tumors. Mol Ther 2001; 3: S145

618A.  Harvey BG,. Hackett NR, Rosengart TK, Crystal RG. Correlation of systemic IL-6 levels with the anti-Ad neutralizing antibody response following administration of 1st Generation Ad vectors to humans. Mol Ther 2001; 3; S8

619A.  Hidaka C, Goshi K, Rodriguez JC, Rawlins B, Boachie-Adjei O, Quitoriano MS, Crystal RG. Adenovirus-mediated transfer of the vascular endothelial growth factor gene to enhance spine fusion. Mol Ther 2001; 3: S283

620A.  Kobayashi H, Crystal RG. Vaccination against *Pneumocystis carinii* infection using immunization with autologous dendritic cells genetically modified to express CD40 ligand Mol Ther 2001; 3: S367

621A.  Korst RJ, Ailawadi M,. Lee JM, Lee S, Hackett N, Crystal RG. Adenovirus vector-mediated transfer of the vascular endothelial growth factor cDNA to healing abdominal fascia enhances vascularity and bursting strength in mice with normal and impaired wound healing. Mol Ther 2001; 3: S299.

622A.  Lee JM, Mahtabifard A, Kikuchi T, Yamada R, Crystal RG, Korst RJ. Adenovirus mediated gene transfer of macrophage derived chemokine to pre-existing murine tumors inhibits tumor growth independent of CD4+ T Lymphocytes. Mol Ther 2001; 3: S22

623A.  Lee JM, Mahtabifard A, Kianmanesh R, Kikuchi T, Yamada R, Crystal RG, Korst RJ Intratumoral administration of dendritic cells genetically modified to express the truncated p65 form of NF-κB to dendritic cells induces regression of established tumors. Mol Ther 2001; 3: S146

624A.  Lei D, Lande L, Crystal RG. Genetically modified dendritic cells with CD40L ligand cDNA and pulsed with antigen evokes sustained antigen specific humoral immunity and protects mice From lethal *Klebsiella* pneumonia. Mol Ther 2001; 3: S367

625A.  Leopold PL, Wendland RL, Vincent T, Harvey BG, Crystal RG. Complexes of adenovirus with anti-adenovirus neutralizing antibodies can be effective gene transfer vehicles to Fcγ receptor-bearing cells. Mol Ther 2001; 3: S168

626A.  Leopold PL, Thomas D, Yang H, Wendland RL, Ferris B, Wickham TJ, King CR, Suthanthiran M, Crystal RG. Adenovirus-mediated gene transfer to pancreatic islets is dominated by fiber-dependent interactions. Mol Ther 2001; 3: S219

A59

627A.  Leopold PL,. Wickham TJ, Singh R, Ferris B, King CR ,Crystal RG. Altered *in vivo* distribution in murine liver following intravenous administration of tropism-modified adenovirus gene transfer vectors. Mol Ther 2001; 3: S290

628A.  Leslie KA, Hackett NR, Crystal RG. Characterization of an adenovirus gene transfer vector producing multiple isoforms of human VEGF. Mol Ther 2001; 3: S154

629A.  Luettich K, Busch A, Worgall S, Gaasterland T, Crystal RG, Hackett NR. Microarray Analysis of gene expression in murine dendritic cells after infection by an adenovirus vector expressing CD40 ligand. Mol Ther 2001; 3: S371

630A.  Mae M, Crystal RG. Adenovirus-mediated gene transfer and expression of a truncated soluble form of the vascular endothelial growth factor receptor flt-1 suppress enhanced pulmonary metastasis during postpneumonectomy lung growth Mol Ther 2001; 3: S316

631A.  Potvin HC, Kaminsky SM, Hackett NR, Sanborn TA, Rosengart TK, Crystal RG. The stability of adenovirus delivered via a Biosense catheter. Mol Ther 2001; 3: S270

632A.  Singh R, Quitoriano MS,. Hackett NR, Rosengart TK, Crystal RG. Angiogenesis can be mediated *in vivo* by adenovirus vectors coding for mediators that specifically trigger only one of either of the VEGF tyrosine kinase receptors. Mol Ther 2001; 3: S270.

633A.  van't Hof W, Crystal RG. Targeting palmitylation sites on the cytoplasmic tail of the coxsackievirus and adenovirus Receptor (CAR) does not affect adenovirus-mediated gene transfer. Mol Ther 2001; 3: S369.

634A.  Worgall S, Martushova K, Crystal RG. Apoptosis Induced by *Pseudomonas aeruginosa* in antigen presenting cells is diminished by prior genetic modification with CD40 ligand. Mol Ther 2001; 3: S369

635A.  Walters R, van't Hof W, Yi SM, Crystal RG, Zabner J, Welsh MJ. Apical localization of the coxsackievirus and adenovirus receptor by GPI modification is sufficient for adenovirus-mediated gene transfer from the apical surface of human airway epithelia. Mol Ther 2001; 3: S289

636A.  Lande L, Worgall S, Martushova K, Lei, D, Crystal, RG. *Pseudomonas aeruginosa-derived* LPS acts as an effective antigen when used to prime CD40 ligand-modified dendritic cells, conferring protective immunity in a mouse model of lethal intrapulmonary pseudomonas infection Pedrita. Pulmol 2001;32:284

637A.  Lande L, Worgall S, Martushova K, Crystal RG. Immunization with dendritic cells genetically modified to express CD40 ligand and pulsed with *Pseudomonas aeruginosa* strains colonizing a cystic fibrosis patient at an early time point in the disease partially

A60

protects against pseudomonas strains from a later time point in the disease in a murine model of lethal pulmonary infection. Pediatric Pulmol 2001;32:285

638A.  Leopold PL,Vincent T, Wendland RL, Harvey BG, Crystal RG. IgG-independent inhibition of Ad-mediated gene transfer by human serum Pedriatic Pulmol 2001;32:246

639A.  Harvey BG, Hackett NR, Leopold PL, and Crystal RG. Sweat phenotype in individuals with cystic fibrosis following skin administration of a first generation adenovirus transfer vector coding the normal human CFTR CDNA. Pediatric Pulmonl 2001;32:246

640A.  van't Hof W, Kadnar M, and Crystal RG. Evaluation of basolateral sorting signals in the cytoplasmic tail of the coxsackievirus and adenovirus receptor (CAR) as targets for apical expression of CAR and optimization of adenovirus-mediated gene transfer to airway epithelial cells. Pediatric Pulmonol 2001;32:248

641A.  Worgall S, Leuttich K, Martushova K, Hackett NR, Crystal RG. Interaction of human alveolar macrophages with *Pseudomonas aeruginosa*. Pediatric Pulmonol 2001; 32: 272

642A.  Walters RW, van't Hof w, Yi SP, Schroth MK, Zabner J, Crystal RG, Welsh MJ. Apical localization of the coxsackievirus and adenovirus receptor by modification is sufficient for adenovirus-mediacted gene transfer from the apical surface of human airway epithelia. Pediatric Pulmonol 2001; 32: 248

644A.  Rajagopalan S, Trachtenberg JD, Olin JW, Mohler ER,Chartier K, Pak R, Rasmussen HR, Crystal RG. A Phase I Study of Intramuscular Administration of CI-1023 (AdGVVEGF121.10) in Patients with Peripheral Vascular Disease. Circ 2001(Suppl II); 104; 17; II-54

645A.  Harvey B-G, Hackett N, Singh R, Song Y, Lande L, Crystal RG. Adenovirus based human cytomegalovirus vaccine. Am J Respir Crit Care Med 2002; 165: A42

646A.  Kaner RJ, Michael E, Cieciuch AA, Luettich K, Moor J, Crystal RG. Inhibition of HIV-1 replication in human alveolar macrophages by a modified adenovirus occurs after HIV-1 reverse transcription. Am J Respir Crit Care Med 2002; 165: A637

647A.  Kaplan R, Hackett N, Heguy A, Luettich K, Harvey B-G, Crystal B-G. Microarray analysis of airway epithelial gene expression in cigarette smokers. Am J Respir Crit Care Med 2002; 165: A367

648A.  Kaplan R, Hackett NR, Heguy A, Luettich K, Harvey B-G, Crystal R. Smoking induced overexpression of the airway epithelial H19 gene is not associated with loss of imprinting. Am J Respir Crit Care Med 2002; 165: B26

649A.   Lande L, Worgall S, Crystal RG. Protection against *pseudomonas aeruginosa* pulmonary infection after immunization with Adp65RHD-modified, antigen-pulsed dendritic cells. Am J Respir Crit Care Med 2002; 165: A707

650A.   Lei TD, Lande L, Crystal RG. Dendritic Cells Modified With CD40 ligand gene and pulsed with antigens evoke specific immunity and protect mice from lethal bacterial pneumonia. Am J Respir Crit Care Med 2002; 165: A707

651A.   Bailey CJ, Crystal RG., Leopold PL, Adenovirus-microtubule organizing center interaction and delayed kinetics of adenovirus association with the nucleus following infection of endothelial cells. Mol Ther 2002; 5: S54-S55

652A.   Cheng K, Worgall S, Hackett NR, Crystal RG. CD40 ligand counteracts apoptosis induced by adenovirus in dendritic cells. Mol Ther 2002; 5: S259-260

653A.   De B, Mendez BS, Hackett NR, Kaminsky SM, Crystal RG. Adaptation of laboratory grade recombinant AAV production to manufacture of vector for human administration. Mol Ther 2002; 5: S50

654A.   Dhanraj D, Chung SH, Crystal RG, Kaminsky SM. Quantitative assessment of cell growth reagents for quality control purposes in a good manufacturing practice facility for viral gene therapy vector production. Mol Ther 2002; 5: S69-S70

655A.   Goshi K, Rawlins B, Boachie-Adjei O, Crystal RG, Hidaka C. Adenovirus encoding bone morphogenetic protein-7 enhances allograft spine fusion. Mol Ther 2002; 5: S18-S19

656A.   Harvey BG, Hackett NR, Singh R, Song Y, Lande L, Crystal RG. Induction of anti-human cytomegalovirus immunity with an adenovirus gene transfer vector coding for cytomegalovirus epitopes. Mol Ther 2002; 5: S258

657A.   Heguy A, Busch A, Chung SH, Kaminsky SM, Hackett NR, Crystal RG. Preparation and characterization of monocyte-derived human dendritic cells for vaccination of human donors after transfection by adenoviral gene therapy vectors. Mol Ther 2002; 5: S112

658A.   Kaner RJ, Michaels E, Rahaghi F, Cieciuch AA, Luettich K, Moore JP, Crystal RG. Adenovirus gene transfer vectors suppress HIV-1 replication in human alveolar macrophages due in part to inhibition of HIV-1 long terminal repeat transcription. Mol Ther 2002; 5: S257

659A.   Kaner RJ, Crystal RG. Lung permeability induced by adenovirus-mediated vascular endothelial growth factor (VEGF) gene transfer is mediated via direct endothelial activation by VEGF. Mol Ther 2002; 5: S357-S358

A62

660A. Kelkar SA, Pfister KK, Crystal RG, Leopold PL. Biochemical evidence for cytoplasmic dynein mediation of adenovirus-microtubule interaction. Mol Ther 2002; 5: S434

661A. Kobayashi H, Crystal RG. CD40L gene modified dendritic cell-based vaccination against *pneumocystis carinii.* Mol Ther 2002; 5: S261

662A. Kobayashi K, Crystal RG. Enhanced innate immunity against *Pneumocystis carinii* infection by adenovirus-mediated gene transfer of granulocyte-macrophage colony-stimulating factor to alveolar macrophages. Mol Ther 2002; 5: S259-S260

663A. Lande L, Worgall S, Tan Y, Crystal RG. Functional redundancy of immunomodulatory genes: potent protective immunity is induced against *Pseudomonas aeruginosa* through immunization with antigen-pulsed dendritic cells genetically modified with different immunomodulatory transgenes. Mol Ther 2002; 5: S155

664A. Lei TD, Lande L, Crystal RG. Dendritic cells modified with CD40 ligand gene and pulsed with different bacterial antigens evoke polyvalent, antigen-specific humoral immunity and protect mice from specific lethal bacterial pneumonia. Mol Ther 2002: 5: S797

665A. Nakayama K,.Hackett NR, Pergolizzi RG, Jiang Q, Crystal RG. Segmental gene delivery and *in vitro* assembly of functional expression cassettes by a novel trans-splicing method. Mol Ther 2002; 5: S138

666A. Pergolizzi RG, Hackett NR,. Lee JS, Lam M, Patel MN, Song YS, van't Hof W, Zheng C, Baum BJ, Singh RN, Crystal RG. Adenovirus vectors containing retrovirus LTRs mediate different patterns of *in vivo* gene expression than routine adenovirus vectors. Mol Ther 2002; 5: S57-S58

667A. Pergolizzi RG, Hackett NR, Lee JS, Lam M, Patel MN, Song YS, Zheng C, Baum BJ, Singh RN Crystal RG. Delivery and expression of Von Willebrand factor cDNAs via hybrid adenovirus-retrovirus vectors *in vitro* and *in vivo*. Mol Ther 2002; 5: S84

668A. Qiu JP, Mendez BS, Crystal RG, Hackett NR. Construction and verification of an Ad/AAV helper plasmid designed for manufacturing recombinant AAV vectors for human administration. Mol Ther 2002; 5: S47

669A. Rahman GF, Carbray J, Patejunas G, Kim DY, Ramchandran R, Retuerto MA, Crystal RG, Rosengart TK. Angiogenic therapy with adenoviral-mediated transfer of VEGF121 cDNA enhances myocardial perfusion in the non-ischemic state. Mol Ther 2002; 5: S355-S360

670A. Sondhi D, Mendez BS, Bergman BR, Lam1 M, Salvin E, Leopold PL, Hackett NR, Kaminsky SM, Peterson DA, Sladek, JR. Crystal RG. A corrective gene delivery strategy

A63

for the neurodegenerative lysosomal storage disease late infantile neuronal ceroid lipofuscinosis. Mol Ther 2002;5: S247 S248

671A.  Tahara M, Hackett NR, Pergolizzi RG, Crystal RG. *In vitro* trans-splicing-mediated CD40-ligand gene therapy for X-linked immunodeficiency. Mol Ther 2002;5: S394-S395

672A.  Trujillo M, Felix E, Crowder T, Hackett NR, Kaminsky SM, Crystal RG. Adaptation and scale up of laboratory grade plasmid production towards manufacture of plasmid for human use. Mol Ther 2002;5:S52

673A.  Vincent T, Wendland RL, Petterson R, Crystal RG, Leopold PL. Cytokine modulation of endothelial cell-surface Coxsackie adenovirus receptor (CAR) expression. Mol Ther 2002; 5: S357

674A.  Hattori K, Heissig B, Dias S, Hicklin DJ, Wu Y, Witte L, Zhu Z, Lyden D, Hendrikx PJ, Visser JWM, Crystal RG, Moore MAS, Rafii S. Activation of VEGF receptor-1 (VEGFR1, Flt-1) expressed on hematopoietic stem cells promotes cell motility and is essential for marrow reconstitution. Blood 2001; 98: 710-711A

675A.  Heissig B, Hattori K, Dias S, Lyden D, Crystal RG, Werb Z, Moore MAS, Rafii S. Matrix metalloproteinase-9 mediated release of stem cell active cytokines is essential for hematopoietic reconstitution and mobilization of stem cells. Blood 2001; 98: 831A

676A.  Hattori K, Dias S, Heissig B, Crystal RG, Zhu Z, Witte L, Hicklin D, Moore MAS, Rafii S. Inhibition of VEGFR-2 signaling pathway ameliorates VEGF-induced fatal complications in mice. Blood 2000; 96: 502A

677A.  Hattori K, Dias S, Heissig B, Crystal RG, Moore MAS, Rafii S. VEGF and angiogpoietin-1 stimulate post-natal hematopoiesis by mobilization and recruitment of vasculogenic and hematopoietic stem cells. Blood 2000; 96: 820-821A

678A.  Heissig B, Hattori K, Dias S, Crystal RG, Wood J, Moore MAS, Rafii S. In vivo inhibition of matrix metalloproteinases blocks chem-cytokine induced endothelial and hematopoietic stem cell mobilization. Blood 2000; 96: 539-540A

679A.  Hidaka C, Goshi K, Mannix Q, Boachie-Adjei O, Rawlins B, Crystal RG. Enhancement of spine fusion by adenovirus-mediated transfer of the vascular endothelial growth factor gene: A pilot study in rats. 47th Annual Meeting, Orthopaedic Research Society, San Francisco, CA, February 25-28, 2001

680A.  Goshi K, Hidaka C, Sarwahi V, Boachie-Adjei O, Rawlins BA, Crystal RG. Adenovirus encoding BMP-7 enhances spine fusion *in vivo* allograft model. North American Spine Society, Meeting of the Americas II, New York, NY, April 25-27, 2002

A64

681A.   Goshi K, Hidaka C, Sarwahi V, Boachie-Adjei O, Rawlins BA, Crystal RG. Adenovirus encoding BMP-7 enhances spine fusion *in vivo* allograft model. 14th ISOLA Study Group Meeting, Marina Del Ray, CA, January 11-12, 2002.

682A.   Goshi K, Rawlins BA, Boachie-Adjei O, Crystal RG. Hidaka C. Genetically modified marrow cells enhances spine fusion. 37th Annual Meeting Scoliosis Research Society. Seattle, WA, September, 19-22, 2002

683A.   Goshi K, Rawlins BA, Boachie-Adjei O, Crystal RG. Hidaka C. Genetically modified marrow cells enhances mechanical stability in rat spine fusion. 17th Annual Meeting North American Spine Society, Montreal, Canada, October 30 - November 2, 2002

684A.   Macapagal MC, Slowinska BS, Nimkarn S, De BP, Licholaf T, Marshall I, Hackett N, Crystal RG, New MI, Wilson RC. Gene therapy of 21-hydroxylase deficient mice utilizing an adeno-associated virus vector. The Endocrine Society's 84th Annual Meeting, San Francisco, CA, June 19-22, 2002

685A.   Harvey BG, Hackett NR, Crystal RG. Correlation between pre-existing systemic anti-adenovirus neutralizing antibody titers and lung airway epithelial cell gene transfer following adenovirus vector administration to human lung airways. Pediatric Pulmol 2002; Suppl 24: 251

686A.   Heguy A, Hackett N, Luettich K, Harvey B, Crystal RG. Assessment of gene expression profile in airway epithelium of normal and diseased humans. Pediatric Pulmol 2002; Suppl 24: 227

687A.   Lande L, Worgall S, Crystal RG. Dendritic cell-based immunization against *Burkholderia cepacia* pulmonary infection generates protective humoral immunity dependent on CD+ T cells. Pediatric Pulmol 2002; Suppl 24: 276-277

688A.   Worgall S, Luettich K, Martushova K, Lande L, Heguy A, Quadri L, Hackett N, Crystal RG. Rapid response of murine dendritic cells to *Pseudomonas aeruginosa* and its components. Pediatric Pulmol 2002; Suppl 24: 285-286

689A.   Schalch P, Patejunas G, Retuerto M, Sarateanu S, Kim D, Millbrandt J, Crystal RG, Rosengart TK. Homozygous deletion of early growth response (EGR) – 1 results in critical limb ischemia following vascular ligation but prevents lethality caused by vascular endothelial growth factor (VEGF) overexpression: evidence for a central role for EGR-1 in vascular homeostasis. Circulation 2003; Suppl 9 108: 112.

690A.   Kaplan R, Hackett N, Heguy A, O'Connor TP, Harvey BG, Crystal RG. Modulation of airway epithelial remodeling genes by cigarette smoke. Amer J Respir Crit Care Med 2003;167:A936

A65

691A. Harvey BG, Heguy A, Hackett NR, O'Connor, TP, Kaplan R, Lande L, Crystal RG. Pathogenesis of upper lobe predominance of lung cancer: airway epithelial cell genetic differences in upper lobe *vs* lower lobe in healthy smokers. Amer J Respir Crit Care Med 2003;167:A189

692A. Lande L, Crystal RG. Simultaneous immunization with antigen and CD40 Ligand elicits protective immunity against lethal intrapulmonary *Pseudomonas* infection independent of CD4+ T cells. Amer J Respir Crit Care Med 2003;167:A199

693A. Kaner R, Rahaghi F, Igonkin D, Kuhmann S, Moore J, Crystal R. Adenovirus gene transfer vectors inhibit HIV-1 replication in human alveolar macrophages at a post-reverse transcription step independent of Ad capsids. Amer J Respir Crit Care Med 2003; 167:A197

694A. Rahaghi F, Busch A, Igonkin D, Kuhmann S, Moore J, Crystal RG, Kaner RJ. Adenovirus gene transfer vector suppresses HIV-1 replication in immature human dendritic cells. Amer J Respir Crit Care Med 2003;167:A263

695A. Amano H, Hackett NR, Rosengart TK, Whitlock P, Ronald G. Crystal. Modification of VEGF splicing to express greater amounts of VEGF189 results in equipotent angiogenic gene therapy but a better safety profile. Mol Ther 2003;7:S241

696A. Bailey CJ, Crystal RG, Leopold PL. Unlike most cell types, translocation of the adenovirus genome to the nucleus of endothelial cells is not associated with nuclear localization of the adenovirus capsid Mol Ther 2003;7:S55

697A. De BP, Merritt R, Lam M, Hackett NR, Crystal RG. Delivery of 1-antitrypsin to the lung via adeno-associated virus vector-mediated gene transfer is more efficient by intrapleural delivery rather than skeletal muscle administration. Mol Ther 2003;7:S186

698A. Giannaris EL, De B, Grant A, Lam M, Peterson D, Sanders C, Sondhi D, Kaminsky SM, Crystal RG. Comparison of AAV serotypes 2 and 5 based vectors for corrective gene therapy for late infantile neuronal ceroid lipofuscinosis Mol Ther 2003;7:S89

699A. Kaner RJ, Rahaghi F, Igonkin D, Amalfitano A, Parks RJ, Moore JP, Crystal RG. Ad E2b, in part, mediates inhibition of HIV-1 replication in human monocytic cells. Mol Ther 2003;7:S264

700A. Kelkar SA, Crystal RG, Leopold PL. Adenovirus binding triggers activation of cytoplasmic dynein, the molecular motor that drives adenovirus translocation to the nucleus Mol Ther 2003;7:S5-S6

701A. Kobayashi H, Worgall S, Crystal RG. Enhancement of immune responses against soluble *P. carinii* antigens by co-administration of an adenovirus vector encoding the dendritic

A66

cells chemoattractant MIP-3α. Mol Ther 2003;7:S260

702A.  Kobayashi H, Tahara M, Worgall S, Rafii S, Ronald G. Crystal. Mobilization of
Hematopoietic Stem Cells and Progenitor Cells to Lung by Intratracheal Administration
of an Adenovirus Encoding Stromal Cell-derived Factor-1. Mol Ther 2003;7:S112

703A.  Lou H, Leopold PL, Crystal RG. A truncated form of sonic hedgehog lacking the choles-
terol modification exhibits *in vivo* biological activity and increased range of acceleration
of hair growth following adenovirus-mediated gene transfer Mol Ther 2003;7:S473

704A.  Merritt R, Yamada R, Leopold PL, Crystal RG, Korst RJ. Additive anti-tumor effects of
transfer with genes coding for anti-angiogenic proteins affecting different processes in
tumor angiogenesis. Mol Ther 2003;7:S136

705A.  Nakayama K, Pergolizzi, RG, Tan Y, Hackett NR, Crystal RG. Gene therapy-based
intracellular cytotoxicity using the shigatoxin 1a1 gene. Mol Ther 2003;7:S421

706A.  Pergolizzi RG, Ropper AE, Dragos R, Reid AC, Nakayama K, Silver RB, Hackett NR,
Menez A, Crystal RG. *In vivo trans*-splicing of 5' and 3' segments of pre-mRNA directed
by corresponding dna sequences delivered by gene transfer. Mol Ther 2003;7:S21

707A.  Schalch P, Rahman GF, Goldschmidt RA, Carbray J, Retuerto MA, Kim D, Esser K,
Crystal RG, Rosengart TK. Adenoviral mediated transfer of vascular endothelial growth
factor 121 improves exercise tolerance in the non-ischemic heart. Mol Ther 2003; 7:
S244-S245

708A.  Tahara M, Hackett NR, Pergolizzi RG, Crystal RG. *Trans*-splicing-mediated CD40-
ligand gene therapy correction of a murine model of X-linked immunodeficiency. Mol
Ther 2003;7:S154

709A.  Tan Y, Hackett NR, Lee J, Vintayen E, Crystal RG. Rapid protective immunity evoked
against anthrax lethal toxin following a single intramuscular administration of an
adenovirus-based vaccine coding for humanized protective antigen. Mol Ther
2003;7:S311

710A.  Vincent T, De B, Pettersson RF, Crystal RG, Leopold PL. Cytokine treatment leads to
decreased coxsackie adenovirus receptor (CAR) mRNA and decreased cell-associated car
protein in endothelial cells. Mol Ther 2003;7:S247

711A.  Whitlock PR, Hackett NR, Leopold PL, Rosengart TK, Crystal RG. A novel adenovirus
vector producing multiple isoforms of VEGF reverses hind limb ischemia in the mouse at
lower doses than equivalent vectors expressing only a single VEGF isoform. Mol Ther
2003;7:S330

A67

712A.   Worgall S, Busch A, Rivara M, Bonnyay D, Leopold P, Hackett N, Kovesdi I, Crystal RG. Adenovirus-vector modifications to increase infection of dendritic cells enhances transgene-specific cellular immune responses Mol Ther 2003;7:S260-S261

713A.   Zhang F, Hackett NR, Pergolizzi R, Cheng J, Crystal RG, Rafii S. Adenovirus E4 promotes selective endothelial cell survival via the Akt signaling pathway. Mol Ther 2003;7:S57

714A.   Zhang F, Hackett NR, Lam G, Shmelkov S, Pergolizzi R, Luo L, Cheng J, Edelberg J, Crystal RG, Rafii S. Green fluorescent protein selectively induces HSP70-mediated upregulation of COX-2 expression in endothelial cells. Mol Ther 2003;7:S243-S244

715A.   Zhu W, Goshi K, Ford B, Lieberman J, Rawlins B, Boachie-Adjei O, Crystal RG, Hidaka C. Combination gene therapy with different BMPs increases osteogenic potency *in vitro* and enhances spine fusion *in vivo*. Mol Ther 2003;7:S473

716A.   Harvey BG, Heguy A, O'Connor TP, Crystal RG. Upper lobe predominance of lung disease in individuals with cystic fibrosis: Expression profiling of airway epithelial cells in upper *vs* lower lobes. Pediatr Pulmonol 2003: Suppl 25: 245

717A.   Tertilt, C, Heguy, A, O'Connor T, Luettich K, Crystal RG, Worgall S. Response of CFTR mutant murine dendritic cells to *Pseudomonas aeruginosa*. Pediatr Pulmonol 2003: Suppl 25: 288

718A.   Zhu W, Arimizu J, Goshi K, Lieberman J, Rawlins B, Boachie-Adjei O, Crystal R, Hidaka, C. Expression of heterodimeric bone morphogenic protein by combination gene therapy increases in vitro osteogenic potency and enhances spine fusion. 38th Scoliosis Research Society Annual Meeting, September 11 - 13, 2003, Quebec, Canada

719A.   Anton M, Wittermann C, Haubner R, Lehner T, Simoes M, Reder S, Henke J, Erhardt W, Noll B, Hackett N, Crystal R, Schwaiger M, Bengel FM, Gänsbacher B. Initial evaluation of a vector coexpressing herpesviral thymidinekinase reporter gene (HSV1-tk) and VEGF for noninvasive imaging of transgene expression. European Society of Gene Therapy, 11th Annual Congress, November 14-17, 2003, Edinburgh, United Kingdom

720A.   Amano H, Hackett NR, Rosengart TK, Whitlock P, Crystal RG. A new genomic VEGF adenovirus vector expressing primarily VEGF189 induces angiogenesis and offers a better safety profile than vectors expression shorter VEGF isoforms. European Society of Gene Therapy, 11th Annual Congress, November 14-17, 2003, Edinburgh, United Kingdom

721A.   Rawlins B, Zhu W, Arimizu J, Ford E, Lieberman J, Boachie-Adjei O, Crystal R, Hidaka, C. Gene mediated fusion in vivo and osteoblastic differentiation in vitro is improved with heterodimeric BMP 2/7 compared with BMP2 or BMP7 homodimers. Cervical Spine

A68

Research Society 30th Annual Meeting, December 11 - 13, 2003, Scottsdale, AZ

722A.  Anton M, Wittermann C, Haubner R, Lehner T, Simoes MV, Reder S, Henke J, Erhardt W, Noll B, Hackett N, Crystal RG, Bengel FM. Initial evaluation of a vector coexpressing herpesviral thymidine kinase report gene (HSV1-tk) and VEGF for noninvasive imaging of transgene expression. Circulation 2003; Suppl 9 108: 405

723A.  Schalch P. Ramchandran R, Kim DY, Patejunas G, Retuerto MA, Milbrandt JD, Crystal RG, Rosengart TK. The early growth response-1 (EGR-1) gene is critical to reperfusion following acute vascular obstruction: results from a knockout mouse ischemia model. J Am Col Card. 2003; 41 (Suppl. A): 279A.

724A.  Zhu W, Arimizu J, Ford E, Lieberman J, Rawlins B, Boachie-Adjei O, Crystal R, Hidaka, C. Expression of heterodimeric bone morphogenetic protein 2/7 increases osteoblastic differentiation *in vitro* and enhances spine fusion *in vivo*. 50th Annual Meeting of the Orthopaedics Research Society, March 7 - 10, 2004 San Francisco, CA (accepted)

725A.  Sanchez FG, Pizzorno G, Crystal R, Deisseroth AB. Receptor dependent uptake of the cytosine deaminase adenovirus vector into breast cancer btu not hematopoietic cells for sensitization to 5 fluorocytosine induced cytotoxicity. Blood 1996; 88 : 1918*.

726A.  Harvey B-G, Heguy A, O'Connor TP, Hackett NR, Kaplan R, Crystal RG. Sampling dependent uncertainty in levels of gene expression in human airway epithelium. Amer J Respir Crit Care Med 2004;169:A53.

727A.  Kaner RJ, Crystal RG. Upregulation of nitric oxide synthase activity in the lung via gene transfer is not sufficient to cause pulmonary edema. Amer J Respir Crit Care Med 2004;169:A420.

728A.  Kaner RJ, Igonkin D, Amalfitano A, Crystal RG. Adenovirus preterminal protein gene mediates inhibition of HIV-1 replication in human alveolar macrophages. Amer J Respir Crit Care Med 2004;169:A474.

729A.  Kaplan R, Heguy A, O'Connor TP, Harvey B-G, Crystal RG. Modulation of alveolar macrophage gene expression by cigarette smoke. Amer J Respir Crit Care Med 2004;169:A819.

730A.  Worgall S, Rivera M, Krause A, Kovesdi I, Rovelink PW, Bruder JT, Wickham TJ, Crystal RG. Immunization with an adenovirus vector expressing *P. aeruginosa*. Amer J Respir Crit Care Med 2004;169:A473.

731A.  Ware LB, Kaner R, Crystal R, Shane R, Triveldi N, McAuley D, Matthay MA. Vascular endothelial growth factor (VEGF) levels in the alveolar compartment do no distinguish between patients with pulmonary edema from inflammatory and non-inflammatory cells.

A69

Amer J Respir Crit Care Med 2004; 169;A157.

732A.  Amano H, Hackett NR, Shido K, Tejada R, Avegilla S, Rafii S, Crystal RG. Regional angiogenesis mediated by platelet-derived VEGF in response to thrombopoietin gene transfer. Mol Ther 2004;9:S75-S76

733A.  Boyer JL, Krause A, Qiu J, Hackett NR, Kobinger GP, Zhi Y, Wilson JM, Crystal RG. Anti-SARS humoral and cellular immunity evoked by an adenovirus vector expressing spike glycoprotein from SARS coronavirus. Mol Ther 2004;9:S210

734A.  Chiuchiolo M, Shea B, Boyer JL, Hackett NR, Crystal RG. Genetic vaccination against *Yersinia pestis* using recombinant adenovirus vectors expressing the v antigen. Mol Ther 2004;9:S215

735A.  De BP, Wasif N, Hackett NR, Gao G, Wilson JM, Crystal RG. Therapeutic levels for $\alpha$1-antitrypsin following intrapleural administration of a non-human primate serotype rh10 AAV vector expressing α1-antitrypsin. Mol Ther 2004;9:S128

736A.  Hackett NR, Redmond, Jr DE, Sondhi D, Giannaris EL, Vassallo E, Kaminsky SM, Crystal RG. Safety of administration of $AAV2_{CU}hCLN2$, a candidate treatment for late infantile neuronal lipofuscinosis to the brain of rats and non-human primates. Mol Ther 2004;9:S165

737A.  Hashimoto M, Boyer JL, Hackett NR, Wilson JM, Crystal RG. Induction of protective immunity to anthrax lethal toxin with a chimpanzee adenovirus-based vaccine carrier in the presence of pre-existing anti-human adenovirus immunity. Mol Ther 2004;9:S389.

738A.  Kaner RJ, Santiago F, Igonkin D, Schaack J, Amalfitano A, Crystal RG. Ad DNA poly-merase and preterminal protein (pTP) genes each mediate inhibition of HIV-1 replication in human alveolar macrophages. Mol Ther 2004;9:S204-S205

739A.  Kasuya K, Boyer JL, Tan Y, Alipui DO, Hackett NR, Crystal RG. Passive immunotherapy for anthrax mediated by an adenovirus expressing anti-protective antigen single chain antibody. Mol Ther 2004;9S142

740A.  Kelkar S, Crystal RG, Leopold PL. Cytoplasmic dynein-dependent adeno-associated virus interaction with microtubules. Mol Ther 2004;9:S287

741A.  Nakayama K, Pergolizzi RG, Crystal RG. Intracellular shigatoxin 1A1 delivered by adenovirus-mediated segmental *trans*-splicing causes apototic cell death *in vitro* and *in vivo*. Mol Ther 2004;9:S253

742A.  Pergolizzi RG, Dragos R, Ropper A, Meneza A, Crystal RG. Development of a genetic vaccine conferring protective immunity against α-cobratoxin following a single adminis-

A70

tration of an adenovirus vector encoding a modified, non-toxic cobratoxin variant. Mol Ther 2004;9:S143

743A.  Pergolizzi RG, Dragos R, Nakayama K, Wagner D, Crystal RG. Overcoming the size limitations of gene transfer vectors: Using segmental trans-splicing to deliver the coding sequence of Von Willebrand factor. Mol Ther 2004;9:S61

744A.  Saitoh H, Heguy A, O'Connor TP, Harvey BG, Leopold PL, Hackett NR, Cieciuch A, Crystal RG. Adenovirus-mediated delivery of ADAM10, a novel candidate gene for COPD, results in emphysematous changes in the mouse lung. Mol Ther 2004;9:S185

745A.  Sondhi S, Petersom DA, Giannaris EL, Vassallo E, Hackett NR, Sanders CT, Bjugstad KB, Sladek JRR, Crystal RG. Long term expression of TPP-I in rat brain following administration of AAV2$_{cu}$hCLN2, a candidate gene therapy treatment for late infantile neuronal ceroid lipofuscinosis. Mol Ther 2004;9:S406

746A.  Tahara M, Pergolizzi RG, Crystal RG .Trans-splicing correction of CD40 ligand deficiency resulting in naturally regulated correction of a murine model of hyper IgM X-linked immunodeficiency. Mol Ther 2004;9:S271

747A.  Tan Y, Boyer JL, Hackett NR, Crystal RG. Effective boosting of protective immunity via repeated intramuscular administration of a human adenovirus-based anthrax vaccine. Mol Ther 2004;9:S214

748A.  Tertilt C, Worgall S, Rivara MC, Crystal RG. Co-administration of an adenovirus encoding the B cell stimulating factor BAFF with heat-inactivated *Pseudomonas aeruginosa* leads to increased anti-pseudomonal humoral immunity. Mol Ther 2004;9:S210

749A.  Worgall S, Rivara M, Krause A, Hackett N, Rovelink PW, Bruder JT, Wickham TJ, Kovesdi I, Crystal RG. Protection against pulmonary infection with *P. aeruginosa* following immunization with an adenovirus vector expressing a *P. aeruginosa* OprF epitope. Mol Ther 2004;9:S261

750A.  Zhu W, Boachie-Adjei O, Rawlins B, Crystal RG, Hidaka C. A BMP2/7 fusion gene enhances osteoblastic differentiation in mesenchymal cells. Mol Ther 2004;9:S338

751A.  Roy S, Hogan RJ, Gao G, Zhi Y, Figueredo J, Rowe T, Bell P, Kobinger GP, Wivel NA, Crystal RG, Boyer J, Voss TG, Wilson JM. Simian adenovirus as vaccines for emerging infections. Walter Reed Army Institute of Research. Tenth National Symposium: Basic Aspects of Vaccines. April 28 - 30, 2004, Bethesda, Maryland.

752A.  Boyer JL, Howard J, Hackett NR, Pergolizzi RG, Wilson JM, Crystal RG. Persistent expression of single chain antibodies mediated by AAV5 and AAVrh.10 vectors. Mol Ther 2005; 11:S331

A71

753A.  Boyer JL, Niven TB, Hackett NR, Crystal RG. Protective immunity against anthrax lethal toxin in mice immunized with an ad-based vaccine vector expressing lethal factor. Mol Ther 2005;11:S26-27

754A.  Chiuchiolo M, Boyer J, Niven T, Krause A, Hackett NR, Crystal RG. Protective immunity against *Yersinia pestis* in mice immunized with an Ad-based vaccine vector expressing the *Y. pestis* F1 and V antigens. Mol Ther 2005;11:S27

755A.  De BP, Heguy A, Hackett NR, Lee J, Gao G, Wilson JM, Crystal RG. Non-human primate serotype rh.10 AAV directed therapeutic serum levels of α1-antitrypsin following intrapleural administration in mice with pre-existing immunity to AAV. Mol Ther 2005;11:S136

756A.  De BP, Heguy A, Hackett NR, Gao G, Wilson Jm, Crystal RG. Impact of sex on serum α1-antitrypsin levels following intrapleural and intravenous administration of AAVrh.10 vectors to mice. Mol Ther 2005;11:S197

757A.  Gelbman BD, Heguy A, Connor TP, Zabner J, Crystal RG. Adenovirus-mediated gene transfer demonstrates that pirin, a transcription factor up-regulated in the bronchial epithelium by cigarette smoke, mediates bronchial epithelial cell apoptosis. Mol Ther 2005;11:S316

758A.  Hackett NR, Sondhi D Kaminsky SM, Worgall S, Arkin LA, Hollmann CA, Shungu DC, Mao X, Dyke JP, Heier L, Souweidane M, Kaplitt M, Crystal RG. Development of non-invasive imaging strategies to assess the impact of gene therapy: phenotypic assessment of the neurodegenerative CNS disorder late infantile neuronal ceroid lipofuscinosis using magnetic resonance spectroscopy. Mol Ther 2005;11:S3

759A.  Harvey B-G, De B, Ayala J, Hackett NR, Heguy A, Crystal RG. Safety and immunological responses following intrapleural administration of an AAV5 vector encoding human α1-antitrypsin to non-human primates. Mol Ther 2005;11:S143

760A.  Kaner RJ Santiago F, Crystal RG. E1⁻ adenovirus gene transfer vectors inhibit HIV-1 replication in human alveolar macrophages. Mol Ther 2005; 11:S384

761A.  Kelkar SA, De B, Hackett NR, Gao G, PhD; Wilson JM, Crystal RG, Leopold PL. Adeno-associated virus capsids from divergent AAV clades and subgroup C adenovirus capsids share a common microtubule-binding mechanism relevant to virus trafficking. Mol Ther 2005;11:S329-330

762A.  Krause A, Worgall S, Joh JH, Hackett NR, Roelvink PW, Bruder JT, Wickham JT, Kovesdi I, Crystal RG. Antigen epitopes expressed in different adenovirus capsid proteins induce different levels of epitope-specific immunity. Mol Ther 2005;11:S419

A72

763A. Lou H, Panteleyev A, Christiano AM, Crystal RG, Leopold PL. Adenovirus-mediated expression of sonic hedgehog increases the number of CD34+ cells in the epidermal stem cell niche in hair follicles. Mol Mol Ther 2005;11:S433

764A. Passini MA, Sondh D, Dodge JC, Bu J, Yang W, Hackett NR, Kaminsky SM, El-Banna M, Mao Q, Davidson BL, Sleat DE, Lobel P, Crystal RG , Stewart GR. AAV2- and AAV5-mediated CNS delivery of human cCLN2 reduces lysosomal storage in a mouse model of late infantile neuronal ceroid lipofuscinosis. Mol Ther 2005;11:S166

765A. Pergolizzi RG, Guang J, Chan D, Wagner D, Lenting P, Crystal RG. Correction of a murine model of Von Willebrand disease by gene transfer. Mol Ther 2005;11:S310

766A. Sondhi D, Peterson DA, Vassallo E, Sanders CT Stratton JA, Hackett NR Gao G, Wilson JM, Crystal RG. Quantitative comparison of AAV serotypes aAAV2, AAV5, and AAVrh.10 efficiency for CNS gene therapy following intracranial gene delivery. Mol Ther 2005;11:S255

767A. Worgall S, Qiu JP, Krause A, Kim KH, Hackett NR, Roelvink PW, Bruder JT, Wickham TJ, Kovesdi I, Crystal RG. Immunization with an adenovirus vector expressing a *P. aeruginosa* OprF epitope in the capsid enables boosting of anti-epitope immune responses and protects against pulmonary infection with *P. aeruginosa*. Mol Ther 2005; 11:S376-376-377

768A. Cheng J, Zhang F, Lam G, Jin D, Vincent L, Hackett NR, Wang S, Young LM, Hempstead B, Crystal RG, Rafii S. Adenovirus vector E4 gene regulates connexin 40 and 43 expression in endothelial cells via PKA and PI3K single pathways. Mol Ther 2005;11:S59

769A. Gelbman B, Heguy A, Leopld Pl, O'Connor T, Zabner J, Crystal R. Exposure to cigarette smoke upregulates pirin gene expression in airway epithelium and leads to epithelial cell apoptosis. Proc Am Thorac Soc 2005; 2:A803

770A. Harvey BG, O'Connor TP, Heguy A, Kuettich K, Cieciuch A, Crystal RG. Pathogenesis of COPD: genetic profiling of small and large lung airway epithelial cells in phenotypically normal smokers and non-smokers. Proc Am Thorac Soc 2005; 2:A731

771A. Kaner RJ, Santiago F, Crystl RG. Adenovirus vectors inhibit endogenous HIV-1 replication in human alveolar macrophages. Proc Am Thorac Soc 2005; 2:A454

772A. Kaner RJ, Zhang L, Toussaint L, Crystal RG. Endothelial nitric oxide synthase is not required for lung edema in response to acute overexpression of vascular endothelial growth factor. Proc Am Thorac Soc 2005; 2:A836

A73

**Abstracts 2006 - present**

773A.   Boyer JL, Kasuya K, Howard J, Hackett NR, Wilson J, Crystal RG. Rapid and long-term protection against anthrax lethal toxin. Mol Ther 2006; 13:S423.

774A.   Chiuchiolo MJ, Krause A, Crystal RG, Boyer JL. Long-term protection afforded by a single administration of an ad-based anti-*Y. pestis* vaccine against a lethal respiratory challenge with *y. pestis*. Mol Ther 2006; 13:S423.

775A.   De BP, Hackett NR, Qiu JP, Boyer JL, Wilson J, Crystal RG. Induction of persistent passive immunity against anthrax toxin by an adeno-associated virus type rh10 vector expressing anti-protective antigen antibody. Mol Ther 2006; 13:S236.

776A.   Hübner RH, Kiuru M, Krause A, Rivella S, Pergolizzi RG, Crystal RG. Lentivirus transduction of murine embryonic stem cells with truncated human low-affinity nerve growth factor permits efficient purification of genetically modified cells without loss of stem cell characteristics. Mol Ther 2006; 13:S130.

777A.   Jung J, Kim J, Pergolizzi RG, RG Crystal. Suicide gene-mediated conditional ablation of tumors derived from transplanted embryonic stem cells. Mol Ther 2006; 13:S172.

778A.   Krause A, Joh J, Gess A, Lou G, Crystal RG, Worgall S. increased number of lung CD34+ SCA-1+ putative stem cells mediated by adenovirus overexpression by sonic hedgehog in the respiratory tract of adult mice. Mol Ther 2006: 13:S38.

779A.   O'Connor TP, Hackett NR, Pergolizzi RG, Sondhi D, Boyer JL, Kaminsky SM, Crystal RG. Identification and control of bacterial contamination in an academic good manufacturing practice facility. Mol Ther 2006: 13:S120.

780A.   Sondhi D, Hackett NR, Peterson DA, Vassallo E, Stratton JA, Travis K, O'Connor TP, Wilson Crystal RG. Improvement of behavior and mortality following CNS administration of AAVrh.10hCLN2 to CLN2 -/- mice, a model LINCL (Batten disease) a fatal childhood neurological disorder. Mol Ther 2006; 13:S343.

781A.   Traube C, Heguy A, Bishnu B, Krause A, Wilson JM, Crystal RG, Worgall S. Genetic delivery of an anti-RSV antibody protects against pulmonary infection with RSV in mice. Mol Ther 2006; 13:S301.

782A.   Carolan B, Heguy A, Harvey B-G, Crystal RG. Cigarette smoking induces overexpression of neuroendocrine specific genes in the human small and large airway epithelium. Proc Am Thorac Soc 2006: A861

783A.   Gelbman BG, Heguy A, Leopold PL, Harvey B-G, Crystal RG. Identification of novel genes contributing to the cilia-related transcriptome in the human airway epithelium. Proc

Am Thorac Soc 2006: A425

784A.  Harvey B-G, Heguy A, Tilley A, Gelbman B, Awdankiewicz A, Jamieson D, Crystal RG. Smoking induced gene expression changes in small lung airway epithelium of healthy smokers and individuals with COPD. Proc Am Thorac Soc 2006: A619

785A.  Kaner RJ, Heguy A, Santiago F, Jamieson D, Awdankiewicz A, Harvey B-G, Crystal RG. Role of up-regulated alveolar macrophage gene expression in accelerated emphysema in HIV-1 positive smokers. Proc Am Thorac Soc 2006: A477

786A.  Parnia S, Heguy A, Carolan B, Harvey B-G, Crystal RG. Modulation of human airway epithelial mucin gene expression in response to injury. Proc Am Thorac Soc 2006: A817

787A.  Tilley AE, Harvey B-G, Heguy A, Hackett NR, Crystal RG. Upregulation of the Notch pathway of epithelial differentiation in the airway epithelium in COPD. Proc Am Thorac Soc 2006: A631

788A.  Worgall S, Krause A, Joh J, Kim KH, Crystal RG. Immunization with an dendritic-cell-targeted adenovirus vector expressing the RSV F protein gene enhances protective immunity against RSV. Proc Am Thorac Soc 2006: A413

789A.  Hübner RH, Kiuru M, Krause A, Rivella A, Pergolizzi RG, Crystal RG. Highly efficient magnetic-bead purification of murine embryonic stem cells after lentivirus transduction of truncated human low-affinity nerve growth factor. The 4th ISSCR Annual Meeting, Toronto, Ontario, Canada, June 29 - July 1, 2006.

790A.  Jung J, Kim J, Pergolizzi RG, Crystal, RG. Highly efficient magnetic-bead purification of murine embryonic stem cells after lentivirus transduction of truncated human low-affinity nerve growth factor. The 4th ISSCR Annual Meeting, Toronto, Ontario, Canada, June 29 - July 1, 2006.

791A.  Kiuru M, Hübner R, Leopold P, Pergolizzi RG, Crysta RG. Local host tissue response to teratoma formation after esc transplantation. The 4th ISSCR Annual Meeting, Toronto, Ontario, Canada, June 29 - July 1, 2006.

792A.  Xu XL, Pergolizzi RG, Hackett NR, Leopold PG, Crystal RG. Transplantation of hepatocytes derived from differentiated embryonic stem cells to hepatectomized recipients without teratoma formation. The 4th ISSCR Annual Meeting, Toronto, Ontario, Canada, June 29 - July 1, 2006.

793A.  Allangawi M, Sattar H, Chouchane L , Al-Mohammed A, Ibrahim W, Raza T , Hamza, Badii R, Creed J, Maayah A, Gohar A, Hassan S, Al-Barwani A, Raman T, Dolgalev I, Heguy A, Hackett NR , Harvey B-G, O'Connor TP , Crystal RG. Dominant effect of smoking on airway epithelium gene expression profiles among individuals of European,

A75

African, South Asian and Arabian ancestry. Proc Am Thorac Soc 2007; A822

794A.  Ammous Z, Hackett NR , Heguy A, O'Connor TP , Harvey B-G, Crystal RG. Variability in gene expression levels in small airway epithelium of cigarette smokers. Proc Am Thorac Soc 2007; 175: A822

795A.  Carolan B, Heguy, Harvey B-G , Crystal RG. Decreased expression of the defense mole-cule intelectin 1 in human small airway epithelium in response to cigarette smoking. Proc Am Thorac Soc 2007; 175: A772

796A.  Feldman MB, Heguy A, Harvey B-G, Crystal RG. Discordant alterations of expression of antimicrobial-encoding genes in the small airway epithelium in healthy smokers and smokers with COPD. Proc Am Thorac Soc 2007; 175: A475

797A.  Harvey B-G, Heguy A, Dolgalev I, Raman T, Santilli A, Vanni H, Kazeros A, Crystal RG. Ancestral differences in the small airway epithelium gene expression response to the insult of cigarette smoking. Proc Am Thorac Soc 2007; 175: A821

798A.  Harvey B-G, Heguy A, Hackett NR, Crystal RG. Resistence of the small airway epithe-lium to smoking: differences in small airway epithelium gene expression in healthy individuals with high pack-yr history vs individuals with an early COPD phenotype with low pack-yr history. Proc Am Thorac Soc 2007; A571

799A.  Heguy A, Harvey B-G, Raman T , Dolgalev I, Cox K, Hackett NR, Crystal RG. Resistence of the small airway epithelium to smoking: differences in small airway epithe-lium gene expression in healthy individuals with high pack-yr history vs individuals with an early COPD phenotype with low pack-yr history. Proc Am Thorac Soc 2007; 175: A658

800A.  Hubner RH , Kiuru M, Krause A, Leopold PL, Crystal RG. $\alpha$1-antitrypsin PiZ transgenic mice exhibit defects in glycogen storage and energy metabolism. Proc Am Thorac Soc 2007; 175: A742

801A.  Kaner RJ, Fajman K, Santiago V, Heguy A, Crystal RG. Selective upregulation of metalloprotease gene expression in alveolar macrophages from HIV-1+ smokers with early emphysema. Proc Am Thorac Soc 2007;175: A248

802A.  Kazeros A, Heguy A, Harvey B-G , Carolan B, Vanni H, Crystal RG. Overexpression of the apoptotic cell removal receptor, MERTK, in human alveolar macrophages of cigarette smokers. Proc Am Thorac Soc 2007; 175: A184

803A.  Krause A, Joh J, Hubner R, Gess A, Lou H, Crystal RG, Worgall S. Increased number of local CD34+ SCA-1+ putative stem cells in the respiratory tract of mice following lung injury and overexpression of sonic hedgehog. Proc Am Thorac Soc 2007;175: A762

804A.  Lian J, Leopold PL, Harvey B-G, Crystal RG. Healthy smokers and smokers with COPD exhibit shortened airway cilia. Proc Am Thorac Soc 2007; 175: A887

805A.  Tilley AE, Harvey B-G, Heguy A, Hackett NR, Crystal RG. Dysregulation of the notch pathway of epithelial differentiation in the small airway epithelium in COPD. Proc Am Thorac Soc 2007; 175: A499

806A.  Vanni H, Heguy A, Harvey B-G, Carolan B, Kazeros A, Crystal RG. Cigarette smoking induces overexpression of a fat depleting gene AZGP-1 in the human airway epithelium. Proc Am Thorac Soc 2007; 175: A821

807A.  Hackett NR, O'Connor TP, Salit J, Raman T, Dolgalev I, Crystal RG. Association of gene expression levels in small airway epithelium with genotype for adjacent SNPs. The American Society of of Human Genetics. 2007: In press

808A.  O'Connor TP, Harvey B-G, Wang W, Clark A, Mezey J,  Schweitzer P, Salit J, Dolgalev I, Raman T, Hackett NR, Crystal RG. Genetic associations of ancestral differences in the small airway epithelium gene expression response to cigarette smoking.  The American Society of of Human Genetics. 2007: In press

809A.  Fraser JF, Souweidane MM, Kaplitt MG, Placantonakis D, Heier L, Kaminsky S, Arkin L, Sondhi D, Hackett NR, Kosofsky B, Crystal RG. Surgical targeting and focal implantation of gene therapy for global neurologic disease - operative technique and nuances. 2006 Congress of Neurological Surgeons Annual Meeting, Chicago, Illinois, October 7 - 12, 2006.

810A.  Boyer JL, Park S, Chiuchiolo M ,Senina  S, Jacobs WR , Steinman RM, Do Y, Park G, Rose JK, Galan JK, Palese P, Perlin D, Crystal RG. Comparison of the efficacy of a six genetic anti-plaque vaccine candidates against a lethal respiratory tract challenge with *Yersinia pestis*. Mol Ther 2007; 15: S289

811A.  De BP, Boyer JL, Hackett NR, Qiu JP, Wilson  JM, Crystal RG. Induction of both rapid and persistent passive immunity against anthrax toxin by co-administration of adenovirus and adeno-associated virus type rh.10 vectors expressing anti-protective antigen antibody. Mol Ther 2007; 15: S290

812A.  Hackett NR, Schwartz JD, Vanni H, Hubner RH, O'Connor TP, Crystal RG . Chronic expression of AZGP1 following AAVrh.10-mediated gene transfer limits weight gain in mice on high fat diets. Mol Ther 2007; 15: S374

813A.  Jung J, Pierre F, Crystal RG. Suicide gene-mediated conditional removal of CNS tumors-derived from CNS transplanted embryonic stem cells. Mol Ther 2007; 15: S110

814A.  Kiuru M, Hidaka C, Hubner RH, Krause A, Leopold PL, Crystal RG. Adenovirus-medi-

ated systemic overexpression of sonic hedgehog results in expansion of diaphyseal trabecular bone with associated increase in the hematopoietic stem cell niche. Mol Ther 2007; 15: S92

815A.  Krause A, Joh, Gess A , Hubner RH , Xu V, Lou H, Leopold  PL ,Crystal RG, Worgall S. Increased proliferation and self renewal capacity of CD34+ Sca-1+ putative stem cells in the lung by adenovirus-mediated overexpression of sonic hedgehog. Mol Ther 2007; 15: S424

816A.  Liu F, Boyer JL, Hackett NR, De  BP, Crystal RG. Segmental trans-splicing of the C57Bl/6 murine Von Willebrand factor pre-MRNA to facilitate packaging into gene transfer vectors. Mol Ther 2007; 15: S251

817A.  Lou HH, Schwartz JD, Hackett NR, Harvey BG, Leopold PL, Crystal RG. Detection of CFTR activity in individual epithelial cells following adenovirus-mediated delivery of a cDNA encoding yellow fluorescent protein. Mol Ther 2007; 15: S40

818A.  Sofer-Podesta C, Boyer JL, Crystal RG. Adenovirus-mediated delivery of a *Y. pestis* V antigen variant with reduced immunomodulatory properties elicits comparable serum anti-v antigen IgG titers to adenovirus-mediated delivery of wild-type V antigen. Mol Ther 2007; 15: S61

819A.  Sondhi D, Hackett NR, Ronda J, Baad M, Crystal RG. Impact of age of treatment on AAVrh.10hCLN2-mediated amelioration of symptoms in CLN2 knockout mouse model of late infantile neuronal ceroid lipofuscinosis. Mol Ther 2007; 15: S287

820A.  Song Y, Lou HH, Ang J, Boyer JL, Leopold PL, Crystal RG. Correction of CFTR func-tion by segmental *trans*-splicing. Mol Ther 2007; 15: S162

821A.  Wang G, Qiu JP, Boyer JL, Hackett NR, Crystal RG. Expression of biologically active anti-HER2 antibody from an AAV Gene transfer vector. Mol Ther 2007; 15: S229

822A.  Wang R, Crystal RG, Hackett NR. Use of gene transfer to identify cell and tissue specific splicing factors that dictate alternative splicing of the human VEGF gene. Mol Ther 2007; 15: S135

823A.  Watanabe M, Boyer  JL, Hackett  JL, Qiu  JL, Crystal, RG. Genetic delivery of avastin, an anti-VEGF monoclonal antibody, suppresses human tumor growth *in vivo*. Mol Ther 2007; 15: S224

824A.  Williams VJ, Wei DS, O'Connor TP, Sondhi D, Hackett NR, Crystal RG. Refinement of laboratory protocols for AAVrh.10 production into production batch records suitable for production of clinical grade vector. Mol Ther 2007; 15: S119

A78

825A.   Merchant S, Harden C, Crystal RG, Worgall S, Solomon G, Labar DR, Hackett N, Kaplitt M, Sondhi D, Souweidane M, Kosofsky BE. EEG in Children with Late Infantile Neuronal Ceroid Lipofuscinosis (LINCL) Pre- and Post-Gene Therapy with AAV2CUhCLN2. Annual Meetings of the American Epilepsy Society and Canadian League Against Epilepsy. 1st North American Regional Epilepsy Congress, San Diego, CA, December 1 - 5, 2006

826A.   Dyke JP, Voss HU, Sondhi D, Hackett NR, Worgall S, Heier LA, Kosofsky BE, Ulug AM, Shungu DC, Mao X, Crystal RG, Ballon D. Assessing disease severity in late infantile neuronal ceroid lipofuscinosis using quantitative magnetic resonance diffusion-weighted imaging. International Society of Magnetic Resonance in Medicine Fifteenth Scientific Meeting, Berlin, Germany, May 19 - 25, 2007. p.2223.

827A.   Amoroso NE , O'Connor TP, Salit J , Crystal RG. Effect of gender on small airway epithelium responses to cigarette smoking: does sex matter? Am J Respir Crit Care Med 2008; submitted

828A.   Boyer JL , Sofer-Podesta C, Ang J, Crystal RC. Adenovirus-mediated delivery of an anti-V antigen monoclonal antibody protects mice against a lethal *Yersinia pestis* challenge. Am J Respir Crit Care Med 2008; submitted

829A.   Butler MW, Wang R, Hackett NR, Salit J, Strulovici Y, Hubner RH, Crystal RG. Genomic variation modulates matrix metalloproteinase-1 gene expression in human small airway epithelium of healthy smokers and nonsmokers. Am J Respir Crit Care Med 2008; submitted

830A.   Carolan BJ, O'Connor TP, Strulovici Y, Crystal RG. Disparate gene expression responses of human small airway epithelium *vs* autologous alveolar macrophages to the oxidant stress of cigarette smoking. Am J Respir Crit Care Med 2008; submitted

831A.   Chouchane L, Sattar H, Knani J, Allangawi M, Al-Mohammed A, Ibrahim W, Raza T, Hamza M, Al-Mulla A, Al-Merri M., Al-Hashemi AA, Al-Nesf MA, Geraghty J, Mathew R, Maayah A, Gohar A, Babi MA, O'Connor TP, Crystal RG. Genetic variation in tumor necrosis factor- is highly associated with asthma in Arab populations. Am J Respir Crit Care Med 2008; submitte

832A.   Gudi K, Tilley AE, Kaner RJ, Crystal RG. Comparison of early emphysema in HIV positive and HIV negative populations. Proc Am Thorac Soc 2008; submitted

833A.   Hackett NR, O'Connor TP, Strulovici Y, Salit  J, R.G. Crystal. Genetic determination of protease / antiprotease gene expression levels in small airway epithelium. Am J Respir Crit Care Med 2008; submitted

834A.   Harvey B-G, O'Connor TP, Salit  J, Raman T, Crystal RG. Differences in gene expression

of upper *vs* lower lobe small airway epithelium in individuals with an early emphysema phenotype and predominant upper lobe emphysema. Am J Respir Crit Care Med 2008; submitted

835A.  Hassan I, O'Connor TP, Harvey B-G, J. Salit, MS1 and R.G. Crystal, MD1. Differences in the gene expression of the small airway epithelium in symptomatic vs asymptomatic smokers with normal lung function. Am J Respir Crit Care Med 2008; submitted

836A.  Hassan I, Harvey B-G, O'Connor TP, Salit J, Crystal RG. Effect of aging on small airway epithelium gene expression in healthy nonsmokers.  Am J Respir Crit Care Med 2008; submitted

837A.  Hubner RH, Schwartz J, Butler MW, Strulovici Y, Salit J, Hackett NR, Crystal RG. Genetic control of glutamate cysteine ligase modifier subunit expression in airway epithe-lium. Am J Respir Crit Care Med 2008; submitted

838A.  Ibrahim W, Sattar H, Al-Mulla A, Allangawi M, Al-Merri M, Al-Mohammed A, Hamza M, Raza T, Al-Hashemi AA, Al-Nesf  MA,X, Chouchane V, Geraghty J, Mathew R, Maayah A, Gohar A, Babi MS, Pereira N, Salit J, Raman T, Hackett NR, Harvey B-G, O'Connor TP, Crystal RG. Differences in expression of cytochrome P450 enzymes in the large airway epithelium among individuals of South Asian, African and European ances-try. Am J Respir Crit Care Med 2008; submitted

839A.  Kaner RJ, Santiago F, Crystal RG. Active matrix metalloproteinases and urokinase in alveolar macrophages and epithelial lining fluid of HIV-1+ smokers with emphysema Am J Respir Crit Care Med 2008; submitted

840A.  Kazeros A, O'Connor TP, Hackett NR, Strulovici Y, Raman T, Tilley AE, Crystal RG. Variability of the *in vivo* transcription response of alveolar macrophages among healthy cigarette smokers. Am J Respir Crit Care Med 2008; submitted

841A.  Krause A, Gess A, Kim N, Joh J, Hubner RH, Crystal RG, Worgall S. CD34+ Sca-1+ putative stem cells persist in the respiratory tract following intratracheal administration. Am J Respir Crit Care Med 2008; submitted

842A.  O'Mahony  MJ, O'Connor TP, Strulovici Y, Raman T, Crystal RG. Differences in expres-sion of the oxidant-related genes in the small *vs* large airway epithelium. Am J Respir Crit Care Med 2008; submitted

843A.  Pereira N, Chouchane L, Sattar H, Allangawi M, Al-Mohammed A, Ibrahim W, Raza T, Hamza M, Al-Mulla A, Al-Merri M, Al-Hashemi AA, Al- Nesf MA, Geraghty J, Mathew R, Maayah A, Gohar A, Hackett NR, O'Connor TP, Crystal RG. Prevalence of the cytochrome P450 CYP2C9*2 allele in the Qatari population, an allele associated with slow metabolism of warfarin. Am J Respir Crit Care Med 2008; submitted

A80

844A.  Raman T, O'Connor TP, Hackett NR, Wang W, Harvey, B-G, Crystal RG. Establishment of quality control criteria to minimize experimental variability in microarray assessment of human airway epithelial gene expression. Am J Respir Crit Care Med 2008; submitted

845A.  Shaykhiev R, Crystal RG. Alveolar macrophages of healthy smokers exhibit an unusual transcriptional pattern of M2-polarized macrophages. Am J Respir Crit Care Med 2008; submitted

846A.  Song Y, Lou HH, Boyer JL, Limberis M, Vandenberghe LH, Leopold PL, Wilson JM, Crystal RG. Correction of CFTR function by segmental trans-splicing with mediated by adeno-associated virus 6.2, Am J Respir Crit Care Med 2008; submitted

847A.  Strulovici Y, Hackett  NR, Salit J, Crystal RG. Impact of copy number variation polymorphisms on gene expression profile in small airway epithelium. Am J Respir Crit Care Med 2008; submitted

848A.  Tilley AE, O'Connor TP, Hackett NR, Zhou XK, Strulovici Y, Raman T, Crystal RG. Variability of the small airway epithelium gene expression in response to cigarette smoke among the healthy population and individuals with COPD. Am J Respir Crit Care Med 2008; submitted

849A.  Turetz M, O'Connor TP, Strulovici Y, Harvey B-G, Vanni H, Tilley AE, Crystal RG. Smoking-induced changes in the biologic phenotype of the human tracheal epithelium assessed with a rapid, office-based procedure. Am J Respir Crit Care Med 2008; submitted

850A.  Vanni H, Carolan BJ, O'Connor TP, Strulovici Y, Crystal RG. Cytochrome P450 gene expression in small airway epithelium of healthy smokers compared to healthy nonsmokers. Am J Respir Crit Care Med 2008; submitted

851A.  Vanni H, O'Connor TP, Strulovici Y, Harvey B-G, Tilley AE, Turetz M, Crystal RG. Comparison of Oxidant-related Gene Expression in Tracheal and Bronchial Epithelium in Healthy Smokers. Am J Respir Crit Care Med 2008; submitted

B1

## BOOKS

B1.  Crystal RG, ed: The Biochemical Basis of Pulmonary Function. Marcel Dekker, New York; 1976

B2.  Crystal RG, West JB, editors-in-chief, Barnes F, Weibel ER, Cherniack NS, associate editors. The Lung. Scientific Foundations. Raven Press, New York; 1991.

B3.  Crystal RG, West JB, eds. Lung Injury. Raven Press, New York; 1992.

B4.  Crystal RG. ed: Alpha 1-Antitrypsin Deficiency. Marcel Dekker, New York; 1996.

B5.  Crystal RG, West JB, Weibel ER, Barnes PJ, eds. The Lung: Scientific Foundations. Second Edition. Lippincott-Raven Publishers, Philadelphia; 1997.

OP1

## OTHER PUBLICATIONS

OP1.  Crystal RG. Alpha 1-Antitrypsin - The Key to Emphysema. In: Berstein E, ed., 1984 Medical and Health Annual. Encyclopedia Britannica. Chicago, Illinois 1984; 271-275.

OP2.  Crystal RG. Living with asbestos. In: Bernstein E, ed., 1986 Medical and Health Annual. Encyclopedia Britannica. Chicago, Illinois 1985; 52-69.

OP3.  Crystal RG. Chronic Obstructive Pulmonary Disease. In: Lenfant C., ed. Forty Years of Achievement in Heart, Lung, and Blood Research. Publication of the National Heart, Lung, and Blood Institute. September 1987.

OP4.  Crystal RG. Gene Therapy. In: The Spirit of Voluntarism: A legacy of commitment and contribution. Proceedings of the United States Pharmacopeial Convention, Washington, D.C., March 9-12, 1995.

OP5.  Crystal RG. Gene Therapy for Cystic Fibrosis: Lessons Learned and Hurdles to Success. Highlights: Selected Proceedings from the Ninth Annual American Cystic Fibrosis Conference. October 1995; 1-2. Cystic Fibrosis Foundation, Bethesda, MD.

11/16/07
rev. 12/19/95

# Exhibit 3 to Exhibit A

Ronald G. Crystal, M.D.
Testimonies
2003-2008

*Turner* v. *Chevron*, No. BC256293, 2003 WL 23205771 (Cal. Super. Dec. 19, 2003).

*Miller* v. *Janota*, No. 03-05-0217, (appeal denied 857 N.E. 2d 673 (Table) (Sept. 27, 2006)).

*Giaimo* v. *St. Barnabas HealthCare Sys.*, No. 1006-04, 2006 WL 4325791 (N.J. Super. L. 2006).

*Long* v. *Howard Univ.*, No. 02-1374, 2006 WL 1780820 (D.D.C. 2006) (participation by affidavit).

*Novo Nordisk* v. *Pfizer*, No. 06-cv-5819 (S.D.N.Y. filed Aug. 1, 2006) (settled).

# Exhibit 4 to Exhibit A

Case 1:06-cv-01896-CKK     Document 35-4     Filed 06/18/2008     Page 1 of 11

US 20020124852A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2002/0124852 A1

Gonda et al. (43) **Pub. Date:** **Sep. 12, 2002**

(54) **METHOD OF TREATING DIABETES MELLITUS IN A PATIENT**

(76) Inventors: **Igor Gonda**, San Francisco, CA (US); **Reid M. Rubsamen**, Oakland, CA (US); **Stephen J. Farr**, Orinda, CA (US)

Correspondence Address:
**BOZICEVIC, FIELD & FRANCIS LLP**
**200 MIDDLEFIELD RD**
**SUITE 200**
**MENLO PARK, CA 94025 (US)**

(21) Appl. No.: 09/848,774

(22) Filed: **May 3, 2001**

**Related U.S. Application Data**

(60) Continuation of application No. 09/686,212, filed on Oct. 10, 2000, now abandoned, which is a continuation of application No. 09/378,638, filed on Aug. 20, 1999, now Pat. No. 6,167,880, which is a division of application No. 09/160,909, filed on Sep. 25, 1998, now Pat. No. 5,941,240, which is a continuation of application No. 08/846,243, filed on Apr. 25, 1997, now Pat. No. 5,884,620, which is a continuation-in-part of application No. 08/754,423, filed on Nov. 22, 1996, now Pat. No. 5,743,250, which is a continuation-in-part of application No. 08/549,343, filed on Oct. 27, 1995, now Pat. No. 5,915,378, which is a continuation-in-part of application No. 08/331,056, filed on Oct. 28, 1994, now Pat. No. 5,672,581, which is a continuation-in-part of application No. 08/011,281, filed on Jan. 29, 1993, now Pat. No. 5,364,838.

**Publication Classification**

(51) Int. Cl.$^7$ ..................... A61M 11/00; A61M 15/00;
A61M 16/10; A61B 19/00
(52) U.S. Cl. ............... 128/898; 128/203.12; 128/200.14

(57) **ABSTRACT**

Dosages of inhaled insulin are controlled within a narrow range by controlling the total volume of air inhaled by a patient. By repeatedly delivering aerosolized insulin with the same total inhaled volume of air, the amount of insulin delivered to the patient each time is consistent. A device for delivering insulin by inhalation is disclosed which device comprises a means for measuring inhaled volume and for halting inhalation at a pre-determined point. The device also comprises an adjustable means for applying various amounts of force to a container of formulation to expel different amounts of drug from the container based on the force applied.





FIG. 1

FIG. 2

FIG. 3

Patent Application Publication    Sep. 12, 2002    Sheet 2 of 9    US 2002/0124852 A1



FIG. 4



FIG. 5

FIG. 6

Patent Application Publication    Sep. 12, 2002    Sheet 4 of 9    US 2002/0124852 A1



**FIG. 7**



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 12**



**FIG. 13**

US 2002/0124852 A1

Sep. 12, 2002

1

# METHOD OF TREATING DIABETES MELLITUS IN A PATIENT

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation of application Ser. No. 09/686,212, filed Oct. 10, 2000, which is a continuation of application Ser. No. 09/378,638, filed Aug. 20, 1999, issued as U.S. Pat. No. 6,167,880 on Jan. 2, 2001 which is a divisional of application Ser. No. 09/160,909, filed Sep. 25, 1998 and issued as U.S. Pat. No. 5,941,240 on Aug. 24, 1999, which is a continuation of application Ser. No. 08/846,243 filed Apr. 25, 1997 and issued as U.S. Pat. No. 5,884,620 on Mar. 23, 1999, which is a continuation-in-part of application Ser. No. 08/754,423 filed Nov. 22, 1996 and issued as U.S. Pat. No. 5,743,250 on Apr. 28, 1998, which is a continuation-in-part of application Ser. No. 08/549,343, filed on Oct. 27, 1995 and issued as U.S. Pat. No. 5,915,378 on Jun. 29, 1999, which is a continuation-in-part of application Ser. No. 08/331,056, filed on Oct. 28, 1994 and issued as U.S. Pat. No. 5,672,581 on Sep. 30, 1997, which is a continuation-in-part of application Ser. No. 08/011,281, filed on Jan. 29, 1993 and issued as U.S. Pat No. 5,364,838 on Nov. 15, 1994, each of which is incorporated herein by reference and to which is claimed priority under 35 USC §120.

## FIELD OF THE INVENTION

[0002] This invention relates generally to a method of, aerosolized drug delivery. More specifically, this invention relates to controlling total inhaled volume to control the dosage of intrapulmonary delivery of insulin alone or in combination with other treatment methodologies which are combined to significantly reduce or eliminate the need for administering insulin by injection.

## BACKGROUND OF THE INVENTION

[0003] Diabetes Mellitus is a disease affecting approximately 7.5 million people in the United States. The underlying cause of this disease is diminished or absent insulin production by the Islets of Langerhans in the pancreas. Of the 7.5 million diagnosed diabetics in the United States, approximately one-third are treated using insulin replacement therapy. Those patients receiving insulin typically self-administer one or more doses of the drug per day by subcutaneous injection. Insulin is a polypeptide with a nominal molecular weight of 6,000 Daltons. Insulin has traditionally been produced by processing pig and cow pancreas to allow isolation of the natural product. More recently, recombinant technology has made it possible to produce human insulin in vitro. It is the currently common practice in the United States to institute the use of recombinant human insulin in all of those patients beginning insulin therapy.

[0004] It is known that most proteins are rapidly degraded in the acidic environment of the GI tract. Since insulin is a protein which is readily degraded in the GI tract, those in need of the administration of insulin administer the drug by subcutaneous injection (SC). No satisfactory method of orally administering insulin has been developed. The lack of such an oral delivery formulation for insulin creates a problem in that the administration of drugs by injection can be both psychologically and physically painful.

[0005] In an effort to provide for a non-invasive means for administering insulin, and thereby eliminate the need for hypodermic syringes, aerosolized insulin formulations have been theorized. Aerosolized insulin formulations have been shown to produce insulin blood levels in man when these aerosols are introduced onto nasal or pulmonary membrane. Moses et al. [Diabetes, Vol. 32, November 1983] demonstrated that a hypoglycemic response could be produced following nasal administration of 0.5 units/kg. Significant inter-subject variability was noted, and the nasal insulin formulation included unconjugated bile salts to promote nasal membrane penetration of the drug. Salzman et al. [New England Journal of Medicine, Vol. 312, No. 17] demonstrated that an intranasal aerosolized insulin formulation containing a non-ionic detergent membrane penetration enhancer was effective in producing a hypoglycemic response in diabetic volunteers. Their work demonstrated that nasal irritation was present in varying degrees among the patients studied. In that diabetes is a chronic disease which must be continuously treated by the administration of insulin and in that mucosal irritation tends to increase with repeated exposures to the membrane penetration enhancers, efforts at developing a non-invasive means of administering insulin via nasal administration have not been commercialized.

[0006] In 1971, Wigley et al. [Diabetes, Vol 20, No. 8] demonstrated that a hypoglycemic response could be observed in patients inhaling an aqueous formulation of insulin into the lung. Radio-immuno assay techniques demonstrated that approximately 10 percent of the inhaled insulin was recovered in the blood of the subjects. Because the surface area of membranes available to absorb insulin is much greater in the lung than in the nose, no membrane penetration enhancers are required for delivery of insulin to the lungs by inhalation. The inefficiency of delivery seen by Wigley was greatly improved in 1979 by Yoshida et al. [Journal of Pharmaceutical Sciences, Vol. 68, No. 5] who showed that almost 40 percent of insulin delivered directly into the trachea of rabbits was absorbed into the bloodstream via the respiratory tract. Both Wigley and Yoshida showed that insulin delivered by inhalation could be seen in the bloodstream for two or more hours following inhalation.

[0007] Aerosolized insulin therefore can be effectively given if the aerosol is appropriately delivered into the lung. In a review article, Dieter Kohler [Lung, supplement pp. 677-684] remarked in 1990 that multiple studies have shown that aerosolized insulin can be delivered into and absorbed from the lung with an expected absorption half-life of 15-25 minutes. However, he comments that "the poor reproducibility of the inhaled dose [of insulin] was always the reason for terminating these experiments." This is an important point in that the lack of precise reproducibility with respect to the administration of insulin is critical. The problems associated with the inefficient administration of insulin cannot be compensated for by administering excess amounts of the drug in that the accidental administration of too much insulin could be fatal.

[0008] Effective use of an appropriate nebulizer can achieve high efficiency in delivering insulin to human subjects. Laube et al. [Journal of Aerosol Medicine, Vol. 4, No. 3, 1991] have shown that aerosolized insulin delivered from a jet nebulizer with a mass median aerodynamic diameter of 1.12 microns, inhaled via a holding chamber at a slow

2

inspiratory flow rate of 17 liters/minute, produced an effective hypoglycemic response in test subjects at a dose of 0.2 units/kg. Colthorpe et al. [Pharmaceutical Research, Vol. 9, No. 6, 1992] have shown that aerosolized insulin given peripherally into the lung of rabbits produces a bioavailability of over 50 percent in contrast to 5.6 percent bioavailability seen for liquid insulin dripped onto the central airways. Colthorpe's work supports the contention that aerosolized insulin must be delivered peripherally into the lung for maximum efficiency and that inadvertent central deposition of inhaled aerosolized insulin will produce an effect ten times lower than that desired. Variations in dosing of 10-fold are clearly unacceptable with respect to the administration of most drugs, and in particular, with respect to the administration of insulin.

[0009]    The present invention endeavors to provide a non-invasive methodology for controlling the dosage of aerosolized insulin delivered to a patient.

## SUMMARY OF THE INVENTION

[0010]    The dosage of aerosolized insulin delivered to a patient's circulatory system is controlled by measuring and controlling the total volume of air inhaled by the patient.

[0011]    Specifically, repeated aerosolized doses of insulin containing formulation are administered to a patient while (1) measuring the total inhaled volume of air and (2) using the measurements to obtain the same inhaled volume with each delivery. The same inhaled volume can be obtained with each delivery by measuring the inhalation volume and stopping inhalation (e.g., by a mechanical means such as a trap door type valve) after a pre-determined volume is inhaled. To add to the repeatability of dosing it is preferable to measure and control the volume of air exhaled prior to inhalation for a delivery event. It is also preferable to measure the patient's inspiratory flow rate and volume and to repeatedly release each aerosolized dose to the patient at the same inspiratory flow rate and volume.

[0012]    Insulin formulations are preferably aerosolized and administered via hand-held, self-contained units which are automatically actuated at the same release point in a patient's inspiratory flow cycle. The release point is automatically determined either mechanically or, more preferably calculated by a microprocessor which receives data from a sensor making it possible to determine inspiratory flow rate and inspiratory volume. The device can measure, provide information to the patient and as such consistently control the total inhaled volume for each release of aerosol. Preferably the device is loaded with a cassette comprised of an outer housing which holds a package of individual disposable collapsible containers of an insulin containing formulation for systemic delivery. Actuation of the device forces insulin formulation through a porous membrane of the container which membrane has pores having a diameter in the range of about 0.25 to 3.0 microns, preferably 0.5 to 1.5 microns. The device includes a means allowing for adjustments in the amount of force provided so that different amounts of formulation are forced from the container based on different amounts of force applied. The porous membrane is positioned in alignment with a surface of a channel through which a patient inhales air. The flow profile of air moving through the channel is such that the flow at the surface of the channel is less than the flow rate at the center

of the channel. The membrane is designed so that it outwardly protrudes at all times or is made flexible so that when an insulin formulation is forced against and through the membrane the flexible membrane protrudes outward beyond the flow boundary layer of the channel into faster moving air. Because the membrane protrudes into the faster moving of the channel the particles of aerosol formed are less likely to collide allowing for the formation of a burst of fine aerosol mist with uniform particle size.

[0013]    The dose of insulin to be delivered to the patient varies with a number of factors—most importantly the patient's blood glucose level. Thus, the device can deliver all or any proportional amount of the formulation present in the container which can be obtained by adjusting the amount of force applied to the container. If only part of the contents are aerosolized the remainder can be aerosolized at a later time.

[0014]    Smaller particle sizes are preferred to obtain systemic delivery of insulin. Thus, in one embodiment, after the aerosolized mist is released into the channel while energy is actively added to the particles (by heating the surrounding air) in an amount sufficient to evaporate carrier and thereby reduce particle size. The air drawn into the device can be actively heated by moving the air through a heating material which material is pre-heated prior to the beginning of a patient's inhalation. The amount of energy added can be adjusted depending on factors such as the desired particle size, the amount of the carrier to be evaporated, the water vapor content of the surrounding air and the composition of the carrier.

[0015]    To obtain systemic delivery it is desirable to get the aerosolized insulin formulation deeply into the lung. This is obtained, in part, by adjusting particle sizes. Particle diameter size is generally about one to three times the diameter of the pore from which the particle is extruded. Energy may be added in an amount sufficient to evaporate all or substantially all carrier and thereby provide particles of dry powdered insulin or highly concentrated insulin formulation to a patient which particles are uniform in size regardless of the surrounding humidity and smaller due to the evaporation of the carrier.

[0016]    In addition to adjusting particle size, systemic delivery of insulin obtained by releasing an aerosolized dose at a desired point in a patient's respiratory cycle. When providing systemic delivery it is important that the delivery be reproducible.

[0017]    Reproducible dosing of insulin to the patient is obtained by providing for (1) measuring total exhaled volume prior to dosing (2) controlling total exhaled volume (3) measuring total inhaled volume while dosing (4) controlling total inhaled volume while dosing (5) controlling particle size (6) automatic release of insulin formulation in response to a determined inspiratory flow rate; (7) measuring inspiratory volume; and (8) prompting the patient for a pre-determined inspiratory flow rate throughout inspiration. The method involves consistently measuring for, determining and/or calculating each of 1-8 for each drug release decision based on instantaneously (or real time) calculated, measured, set and/or determined parameters. To obtain repeatability in dosing the insulin formulation is repeatedly released at the same point for each of (1)-(8). To maximize the efficiency of the delivery of the insulin formulation the formulation is released each time (1) within range of 3.8 to

3

4.2 liters of total inhaled volume (2) at a measured inspiratory flow rate in the range of from about 0.1 to about 2.0 liters/second; and (3) at a measured inspiratory volume in the range of about 0.1 to about 1.5 liters for the firing point.

[0018]　A primary object is to provide a method of controlling the consistency of dosing insulin delivered by inhalation particularly by measuring and controlling the total volume of air inhaled with each inhaling of insulin.

[0019]　Another object is to control the consistency of dosing insulin by inhaling by repeatedly controlling a variety of parameters within a given range.

[0020]　Another object is to provide a method of delivering insulin which is sufficiently consistent so as to eliminate, at least in part, the need for injecting insulin.

[0021]　Another object of the invention is to combine insulin delivery therapies with monitoring technologies so as to maintain tight control over the serum glucose level of a patient suffering from diabetes mellitus.

[0022]　Another object of the invention is to provide a device which allows for the intrapulmonary delivery of controlled amounts of insulin based on the particular needs of the diabetic patient including serum glucose levels and insulin sensitivity.

[0023]　Another object of the invention is to provide a means for treating diabetes mellitus which involves supplementing insulin administration using an intrapulmonary delivery means in combination with injections of insulin and/or oral hypoglycemic agents such as sulfonylureas.

[0024]　An advantage of the present invention is that the methodology allows the administration of smaller doses of insulin by a convenient and painless route, thus decreasing the probability of insulin overdosing and increasing the probability of safely maintaining desired serum glucose levels.

[0025]　Another advantage of the present invention is that the methodology and device can be readily used in public without the disturbing effects associated with publicly administering a drug by injection.

[0026]　A feature of the present invention is that the device can be programmed for the patient to use the method while taking into account the particular needs of individual patients.

[0027]　Another feature is that the device can be individually programmed based on the lung volume of the particular patient being treated.

[0028]　Another feature of the device of the present invention is that it may be programmed to provide variable dosing so that different doses are delivered to the patient at different times of the day coordinated with meals and/or other factors important to maintain proper serum glucose levels with the particular patient.

[0029]　Another feature of the invention is that the portable, hand-held inhalation device of the invention can be used in combination with a portable device for measuring serum glucose levels in order to closely monitor and titrate dosing based on actual glucose levels.

[0030]　Yet another feature of the invention is that the microprocessor of the delivery device can be programmed to

prevent overdosing by preventing the valve from being opened more than a given number of times within a given period of time.

[0031]　An object of the invention is to provide a container which holds an aerosolizable formulation of insulin which container comprises a porous membrane which protrudes outward in a stationary state or on the application of force forming a convex surface when drug formulation is forced against and through the membrane.

[0032]　Another object is to provide a method for creating an aerosol of insulin formulation which comprises drawing air over a surface of a porous membrane in a channel and forcing formulation against the membrane so as to protrude the membrane through a flow boundary layer into faster moving air of the channel.

[0033]　Another object is to provide a device which coaches patients to consistently administer doses of insulin in a manner which consistently administer the same amount of insulin to the circulatory system.

[0034]　Another object of the invention is to adjust particle size by adding energy to the particles in an amount sufficient to evaporate carrier and reduce total particle size.

[0035]　Another object is to provide a drug delivery device which includes a desiccator for drying air in a manner so as to remove water vapor and thereby provide consistent particle sizes even when the surrounding humidity varies.

[0036]　Another object is to provide a device for the delivery of aerosols which measures humidity via a solid state hygrometer.

[0037]　A feature of the invention is that drug can be dispersed or dissolved in a liquid carrier such as water and dispersed to a patient as dry or substantially dry particles.

[0038]　Another advantage is that the size of the particles delivered will be independent of the surrounding humidity.

[0039]　Another advantage is that the insulin can be stored in a dry state until just prior to delivery.

[0040]　These and other objects, advantages and features of the present invention will become apparent to those persons skilled in the art upon reading the details of the structure of the device, formulation of compositions and methods of use, as more fully set forth below.

BRIEF DESCRIPTION OF THE FIGURES

[0041]　FIG. 1 is a cross-sectional view of a container of the invention;

[0042]　FIG. 2 is a cross-sectional view of a preferred embodiment of a container of the invention;

[0043]　FIG. 3 is a cross-sectional view of the container of FIG. 2 in use in a channel of a drug delivery device;

[0044]　FIG. 4 is a plan view of a drug delivery device of the invention;

[0045]　FIG. 5 is a graph plotting the density of water vapor in air versus temperature;

[0046]　FIG. 6 is a graph plotting the density of ethanol vapor in air versus temperature;

US 2002/0124852 A1

4

[0047]    FIG. 7 is a perspective view of the package of the invention;

[0048]    FIG. 8 is a perspective view of a container of the invention;

[0049]    FIG. 9 is a graph showing a plot of time vs. change in plasma glucose for three different means of administration;

[0050]    FIG. 10 is a graph showing a plot of serum insulin levels vs. time for three different means of administration;

[0051]    FIG. 11 is a graph showing a focused area of the graph of FIG. 10;

[0052]    FIG. 12 is a bar graph showing the percent bioeffectiveness of insulin inhalation compared to subcutaneous injection over times; and

[0053]    FIG. 13 is a schematic view of a dual compartment insulin formulation container.

## DETAILED DESCRIPTION OF THE INVENTION

[0054]    Before the present method of delivering aerosolized insulin to treat diabetes mellitus and devices, containers and formulations used in the treatment are described, it is to be understood that this invention is not limited to the particular methodology, containers, devices and formulations described, as such methods, devices and formulations may, of course, vary. It is also to be understood that the terminology used herein is for the purpose of describing particular embodiments only, and is not intended to limit the scope of the present invention which will be limited only by the appended claims.

[0055]    It must be noted that as used herein and in the appended claims, the singular forms "a,""and," and "the" include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "a formulation" includes mixtures of different formulations, reference to "an analog" refers to one or mixtures of insulin analogs, and reference to "the method of treatment" includes reference to equivalent steps and methods known to those skilled in the art, and so forth.

[0056]    Unless defined otherwise, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this invention belongs. Although any methods, devices and materials similar or equivalent to those described herein can be used in the practice or testing of the invention, the preferred methods, devices and materials are now described. All publications mentioned herein are incorporated herein by reference for the purpose of describing and disclosing devices, formulations and methodologies which are described in the publication and which might be used in connection with the presently described invention.

[0057]    The publications discussed herein are provided solely for their disclosure prior to the filing date of the present application. Nothing herein is to be construed as an admission that the present invention is not entitled to antedate such publication by virtue of prior invention. Further, the publication dates indicated here may be different from the actual date of publication.

[0058]    Definitions

[0059]    The term "insulin" shall be interpreted to encompass natural extracted human insulin, recombinantly produced human insulin, insulin extracted from bovine and/or porcine sources, recombinantly produced porcine and bovine insulin and mixtures of any of these insulin products. The term is intended to encompass the polypeptide normally used in the treatment of diabetics in a substantially purified form but encompasses the use of the term in its commercially available pharmaceutical form which includes additional excipients. The insulin is preferably recombinantly produced and may be dehydrated (completely dried) or in solution.

[0060]    The term "insulin analog" is intended to encompass any form of "insulin" or defined above including forms wherein one or more of the amino acids within the polypeptide chain has been replaced with an alternative amino acid and/or wherein one or more of the amino acids has been deleted or wherein one or more additional amino acids has been added to the polypeptide chain. In general, the "insulin analogs" of the present invention include "super insulin analogs" wherein the ability of the insulin analog to affect serum glucose levels is substantially enhanced as compared with conventional insulin as well as hepatoselective insulin analogs which are more active in the liver than in adipose tissue. Analogs include insulin-like compounds used for the same general purpose as insulin such as insulin lispro i.e., compounds which are administered to reduce blood glucose levels.

[0061]    The term "acceptable serum glucose level" is intended to mean a glucose level above 50 mg/dl and below 300 mg/dl more preferably 80 mg/dl to 200 mg/dl and most preferably about 100 mg/dl. It will be understood by those skilled in the art that levels of about 50 mg/dl are considered low and that levels of about 300 mg/dl are considered high, although acceptable in the sense that these levels are generally not fatal. It is an important aspect of the invention to maintain more acceptable levels which are above the low of 50 mg/dl and below the high of 300 mg/dl with it being more acceptable to deliver doses of insulin so as to keep the patient as close as possible to about 100 mg/dl.

[0062]    The term "dosing event" shall be interpreted to mean the administration of insulin and/or an insulin analog to a patient in need thereof by the intrapulmonary route of administration which event may encompass one or more releases of insulin formulation from an insulin dispensing device (from one or more containers) over a period of time of 15 minutes or less, preferably 10 minutes or less, and more preferably 5 minutes or less, during which period one or more inhalations are made by the patient and one or more doses of insulin are released and inhaled. A dosing event shall involve the administration of insulin to the patient in an amount of about 1 unit to about 30 units in a single dosing event which may involve the release of from about 1 to about 300 units of insulin from the device.

[0063]    The term "measuring" describes an event whereby either or both the inspiratory flow rate and inspiratory volume of the patient is measured. The measurement may be used to judge the extent of any breathing maneuver such as a maximum inhalation maneuver or an inhale-exhale maneuver and/or in order to determine an optional point in the inspiratory cycle at which to release aerosolized insulin formulation. Measuring meaning determining not control-

5

ling an amount. Measuring inspiratory flow during and after any drug delivery is used to coach a patient and after and after measuring it is desirable to record inspiratory flow rate and volume before, during and after the release of drug. Such reading makes it possible to determine if insulin formulation was properly delivered to the patient. A microprocessor or other device can calculate volume based on a measured flow rate. When either flow rate or volume becomes known in any manner it can be said to have been determined.

[0064] The term "substantially the same" is intended to mean that efforts are made to obtain the same volume amount but error will take place and result in the volumes being slightly different but substantially the same. Error on the order of .+-0.20% or more preferably .+-0.10% may take place in practice.

[0065] The term "monoitoring" event shall mean measuring lung functions such as inspiratory flow, inspiratory flow rate, and/or inspiratory volume so that a patient's lung function as defined herein, can be evaluated before and/or after drug delivery thereby making it possible to evaluate the effect, if any, of insulin delivery on the patient's lung function.

[0066] The term "inspiratory flow rate" shall mean a value of air flow rate measured, calculated and/or determined based on the speed of the air passing a given point in a measuring device assuming atmospheric pressure .+-0.5% and a temperature in the range of about 10.degree. C. to 40.degree. C.

[0067] The term "inspiratory flow" shall be interpreted to mean a value of air flow calculated based on the speed of the air passing a given point along with the volume of the air that has passed that point with the volume calculation being based on integration of the flow rate data and assuming atmospheric pressure, .+-0.5% and a temperature in the range of about 10.degree. C. to about 40.degree. C.

[0068] The term "inspiratory volume" shall mean a determined, calculated and/or measured volume of air passing a given point into the lungs of a patient assuming atmospheric pressure .+-0.5% and a temperature in the range of 10.degree. C. to 40.degree. C.

[0069] The term "inhaling maximally" shall mean that the patient makes a maximal effort to inhale air into the lungs.

[0070] The terms "exhaling the forced vital capacity" and "exhaling maximally" are used interchangeably herein and shall mean making a maximal effort to exhale all air from the lungs, preferably exhaling all air in the lungs but for the residual volume.

[0071] The term "inhale-exhale" maneuver shall mean inhaling maximally followed by exhaling maximally. After inhaling maximally the patient can hold the inhaled air for any desired period of time before exhaling maximally or exhale maximally immediately following the maximal inhale.

[0072] The term "inspiratory flow profile" shall be interpreted to mean data calculated in one or more events measuring inspiratory flow and cumulative volume, which profile can be used to determine a point within a patient's inspiratory cycle which is preferred for the release of drug to be delivered to a patient. The point within the inspiratory

cycle where drug is released may be based on a point within the inspiratory cycle likely to result in the maximum delivery of drug and based and/or on a point in the cycle most likely to result in the delivery of a reproducible amount of drug to the patient at each release of drug. Repeatability of the amount delivered is the primary criterion and maximizing the amount delivered is an important but secondary criterion. Thus, a large number of different drug release points might be selected and provide for repeatability in dosing provided the selected point is again selected for subsequent releases. To insure maximum drug delivery the point is selected within given parameters.

[0073] The term "therapeutic index" refers to the therapeutic index of a drug defined as $LD_{50}/ED_{50}$. The $LD_{50}$ (lethal dose, 50%) is defined as the dose of a drug which kills 50% of the tested animals, and the $ED_{50}$ is defined as the effective dose of the drug for 50% of the individuals treated. Drugs with a therapeutic index near unity (i.e. $LD_{50}/ED_{50}$ is approximately equal to 1) achieve their therapeutic effect at doses very close to the toxic level and as such have a narrow therapeutic window, i.e. a narrow dose range over which they may be administered.

[0074] The term "liquid formulation" is used herein to describe any pharmaceutically active insulin, analog thereof, or other drug for treating diabetes mellitus by itself or with a pharmaceutically acceptable carrier in flowable liquid form and preferably having a viscosity and other characteristics such that the formulation is aerosolized into particles which are inhaled into the lungs of a patient after the formulation is moved through a porous membrane of the invention. Such formulations are preferably solutions, e.g. aqueous solutions, ethanolic solutions, aqueous/ethanolic solutions, saline solutions and colloidal suspensions. Formulations can be solutions or suspensions of drug in any fluid including fluids in the form of a low boiling point propellant.

[0075] The term "formulation" is used to encompass the term "liquid formulation" and to further include dry powders of insulin with or without excipient materials.

[0076] The term "substantially" dry shall mean insulin in a container or in particles of an aerosol which contain less than 10% free water, ethanol or other liquid carrier based on total weight and preferably contains no detectable free liquid carrier.

[0077] The terms "lung function" and "pulmonary function" are used interchangeably and shall be interpreted to mean physically measurable operations of a lung including but not limited to (1) inspiratory and (2) expiratory flow rates as well as (3) lung volume. Methods of quantitatively determining pulmonary function are used to measure lung function. Methods of measuring pulmonary function most commonly employed in clinical practice involve timed measurement of inspiratory and expiratory maneuvers to measure specific parameters. For example, forced vital capacity (FVC) measures the total volume in liters exhaled by a patient forcefully from a deep initial inspiration. This parameter, when evaluated in conjunction with the forced expired volume in one second ($FEV_1$), allows bronchoconstriction to be quantitatively evaluated. A problem with forced vital capacity determination is that the forced vital capacity maneuver (i.e. forced exhalation from maximum inspiration to maximum expiration) is largely technique dependent. In

US 2002/0124852 A1

Sep. 12, 2002

other words, a given patient may produce different FVC values during a sequence of consecutive FVC maneuvers. The FEP 25-75 or forced expiratory flow determined over the mid-portion of a forced exhalation maneuver tends to be less technique dependent than the FVC. Similarly, the FEV$_1$ tends to be less technique dependent than FVC. In addition to measuring volumes of exhaled air as indices of pulmonary function, the flow in liters per minute measured over differing portions of the expiratory cycle can be useful in determining the status of a patient's pulmonary function. In particular, the peak expiratory flow, taken as the highest air flow rate in liters per minute during a forced maximal exhalation, is well correlated with overall pulmonary function in a patient with asthma and other respiratory diseases. The present invention carries out treatment by administering drug in a drug delivery event and monitoring lung function in a monitoring event. A series of such events may be carried out and repeated over time.

[0078] The term "velocity of the drug" or "velocity of particles" shall mean the average speed of particles of respiratory drug formulation moving from a release point such as a porous membrane or a valve to a patient's mouth. In a preferred embodiment the velocity of the particles is zero or substantially zero in the absence of flow created by patient inhalation.

[0079] The term "bulk flow rate" shall mean the average velocity at which air moves through a channel considering that the flow rate is at a maximum in the center of the channel and at a minimum at the inner surface of the channel.

[0080] The term "flow boundary layer" shall mean a set of points defining a layer above the inner surface of a channel through which air flows wherein the air flow rate below the boundary layer is substantially below the bulk flow rate, e.g., 50% or less than the bulk flow rate.

[0081] The term "carrier" shall mean a liquid, flowable, pharmaceutically acceptable excipient material which insulin is suspended in or more preferably dissolved in. Useful carriers do not adversely interact with the insulin and have properties which allow for the formation of aerosolized particles preferably particles having a diameter in the range of 0.5 to 3.0 microns when a formulation comprising the carrier and respiratory drug is forced through pores having a diameter of 0.25 to 3.0 microns. Preferred carriers include water, ethanol and mixtures thereof. Other carriers can be used provided that they can be formulated to create a suitable aerosol and do not adversely effect the insulin or human lung tissue.

[0082] Each of the parameters discussed above is measured during quantitative spirometry. A patient's individual performance can be compared against his personal best data, individual indices can be compared with each other for an individual patient (e.g. FEV$_1$ divided by FVC, producing a dimensionless index useful in assessing the severity of acute asthma symptoms), or each of these indices can be compared against an expected value. Expected values for indices derived from quantitative spirometry are calculated as a function of the patient's sex, height, weight and age. For instance, standards exist for the calculation of expected indices and these are frequently reported along with the actual parameters derived for an individual patient during a monitoring event such as a quantitative spirometry test.

[0083] General Methodology

[0084] Diabetes mellitus is generally treated by the injection of insulin. The present invention endeavors to reduce or eliminate the need for injected insulin by consistently providing a controlled amount of aerosolized insulin to the patient's circulatory system. Insulin containing formulations can be aerosolized in a variety of different ways and thereafter inhaled into the lungs. When insulin is deposited on mucus membranes of the respiratory tract and particularly in the peripheral areas of the lung it is later absorbed into the circulatory system. Once in the circulatory system insulin has the effect of reducing the blood glucose level of the patient. For the patient's overall health it is desirable to maintain a moderate glucose level.

[0085] The present invention aids in maintaining the blood glucose at the desired level in a number of ways. First, most patients wish to avoid injections and as such are more likely to frequently administer insulin by inhalation than by injection. This is maybe due to both an aversion to insulin injections due to pain and social discomfort in some situations. The more frequently insulin is administered the tighter the control of glucose levels that can be obtained. However, when insulin is delivered by inhalation dosing can be inconsistent. Inconsistencies in the dosing of insulin can be a serious matter in that failure to provide sufficient insulin may cause the glucose level to rise to a dangerously high level. Further, if too much insulin is delivered the patient's glucose level may drop to a dangerously low level. Because of the need for consistency in dosing and inconsistent results obtained with dosing by inhalation patients administer insulin by injection. The present invention addresses factors which result in inconsistent dosing by inhalation and thereby provides a method for consistent dosing of insulin by inhalation.

[0086] The primary factor addressed by the present invention relating to the consistency of dosing insulin by inhalation is the total air volume inhaled by the patient. To address this factor the methodology of the present invention instructs the patient or uses a device which measures inspiratory flow and inspiratory volume. When the patient uses the device and is instructed to exhale to the maximal extent possible. After doing such the patient inhales with the device measuring the rate of inspiration as well as the volume inspired. The device will automatically fire a dose of aerosolized insulin formulation when a desired rate and volume has been obtained. That firing point will be repeated each time the patient delivers insulin. However, per the present invention the patient is instructed to continue inhalation to a given point after the firing point releases the aerosolized insulin. The given point is preferably the maximum amount of inhalation the patient can achieve. By maximizing the amount of inhalation the efficiency of the drug delivery will be improved. However, if the patient merely inhales the same volume for each drug delivery event, the dosing will be consistent and consistency of dosing is more important than maximizing the efficiency of delivery. For both purposes of simplicity and efficiency of dosing it is preferred that the patient inhale after the release of insulin until the patient inhales maximally.

[0087] To maximize the consistency in dosing of insulin by inhalation, a number of actors should simultaneously and repeatedly be taken into consideration using a device which

7

measures inspiratory flow and inspiratory volume. Maximizing the repeatability of dosing is achieved by: (1) instructing the patient to exhale maximally prior to dosing; (2) instructing the patient to inhale at a moderate rate (preferably in the range of about 0.1 to 2 liters per second); (3) automatically firing the dose of aerosolized insulin at a predetermined point (relative to both the rate of inspiration and the volume inspired and preferably at a rate of 0.1 to 2 liters per second and in a volume in the range of 0.15 to 1.5 liters); (4) instructing the patient to continue inhalation after the aerosolized dosage is released wherein the inhalation is continued to a desired point where it is halted mechanically or preferably continued to the maximum point of inhalation; (5) controlling the particle size within the range of about 1.0 to about 3.0 microns in diameter.

[0088]    Each time insulin is delivered to the patient by inhalation the insulin is released at the same point with respect to inspiratory flow rate and inspiratory volume. Further, the patient is instructed to perform the maneuvers with respect to completely exhaling prior to delivery and completely inhaling during and after delivery by using a particle size of a given diameter and repeating all parameters with respect to delivery and breathing maneuvers a high degree of repeatability in dosing can be obtained. After delivery it is preferable to perform a coached inhale-exhale maneuver which is described in detail within U.S. Pat. No. 5,743,250 issued Apr. 28, 1998 which is incorporated herein by reference. This maneuver will increase the rate at which insulin deposited in the lung enters the circulatory system. This is important in that it is desirable to make sure that any insulin delivered is having an effect in the circulatory system prior to delivering more insulin. The inhale-exhale maneuver is useful in avoiding overdosing.

[0089]    Calibration

[0090]    It is important to calibrate the device for obtaining consistent delivery. The calibration can be carried out with respect to a plurality of different parameters. In connection with the present invention it is important to calibrate by instructing the patient to exhale maximally and inhale maximally a number of times. This allows the device to determine the patient's total lung volume or total available lung volume which is the lung volume minus the residual amount which remains in the lung after exhaling maximally. After measuring the patient's total lung volume the device can be set to provide a signal to the patient indicating that the patient has achieved a complete exhale and/or has achieved a complete inhale maneuver. The signal can be provided by sound, light or a series of lights or a combination of light and sound. For example the device can be set to provide a green light when the patient is inhaling at a desired rate with a light turning red if the patient drops below or goes above a desired rate.

[0091]    A patient using the device withdraws air from a mouthpiece and the inspiratory rate of the patient is measured as is cumulative respiratory volume one or more times in a monitoring event which determines a preferred point in an inhalation cycle for the release of a dose of insulin. Inspiratory flow is measured and recorded in one or more monitoring events for a given patient in order to develop an inspiratory flow profile for the patient. The recorded information is analyzed by the microprocessor in order to deduce a preferred point within the patient's respiratory cycle for

the release of insulin with the preferred point being calculated based on the most likely point to result in a reproducible delivery event. The monitoring device continually sends information to the microprocessor, and when the microprocessor determines that the optimal point in the respiratory cycle is reached, the microprocessor actuates the opening of the valve allowing release of insulin. Accordingly, drug is always delivered at a pre-programmed place in the respiratory flow profile of the particular patient which is selected specifically to maximize reproducibility of drug delivery and peripheral dispersion of the drug. It is pointed out that the device of the present invention can be used to, and actually does, improve the efficiency of drug delivery. However, this is not the critical feature. The critical feature is the enhanced rate at which insulin is brought into the circulatory system and the reproducibility of the release of a tightly controlled amount of drug at a particular point in the inspiratory cycle so as to assure the delivery of a controlled and repeatable amount of drug to the lungs of each individual patient and allow further insulin to be absorbed more quickly if needed.

[0092]    Each release of aerosolized formulation is preferable proceeded by a monitoring event. The monitoring event may include recalibration which takes into consideration any changes in the condition of the patient. For example, different bronchial conditions including athsma can affect lung volume and certain medications can affect the patient's ability to carry out certain breathing maneuvers. Accordingly, in preferred embodiments of the invention monitoring and recalibration is carried out frequently, e.g., once a day or prior to each dosing event.

[0093]    Factors for Repeatable Dosing

[0094]    In order to consistently deliver the same amount of aerosolized insulin to the patient's circulatory system with each release of aerosol it is important to take a number of factors into consideration simultaneously. Specifically, it is preferable to set various parameters at a given point and to repeatedly deliver drug to the patient at the same set parameters. The parameters may be set to improve efficiency of delivery. However, it is most important that the parameters remain set so that repeatable dosing is obtained. In order to obtain maximum repeatability of dosing it is desirable to:

[0095]    (1) instruct the patient to completely exhale prior to delivery and then to inhale according to pre-programmed parameters (e.g., inhale until inhalation is mechanically halted or inhale maximally) with inhalation continuing after drug is delivered;

[0096]    (2) release drug at a point within a patient's inspiratory flow rate inside a range of about 0.10 to about 2.0 liter/second preferably about 0.2 to about 1.8 liters per sec. and more preferably 0.15 to 1.7 liters per sec; and within a patient's inspiratory volume of about 0.15 to about 2.0 liters preferably 0.15 to 0.8 liters and more preferably 0.15 to about 0.4 liters;

[0097]    (3) set the particle size for systemic delivery in a range of about 0.5 to 6 microns and more preferably 0.5 to about 3 microns;

[0098]    (4) set the concentration of the drug in the carrier in the range of from about 0.01% to about 12.5%

8

[0099]    (5) add heat to the air in an amount of about 20 Joules to about 100 Joules and preferably 20 Joules to about 50 Joules per 10 .mu.l of formulation;

[0100]    (6) adjust the relative volume of air added by patient inhalation per 10 .mu.l of formulation at about 100 ml to 2 l and preferably about 200 ml to 1 liter for evaporation and without evaporation 50-750 ml preferably 200-400 ml;

[0101]    (7) vibrate the porous membrane at a rate of from 575 to 17,000 kilohertz;

[0102]    (8) adjust the pore size to a range of about 0.25 to about 6.0 microns in diameter preferably 0.5 to 3 microns and more preferably 1-2 microns;

[0103]    (9) set the viscosity of the formulation to a range of from about 25% to 1,000% of the viscosity of water;

[0104]    (10) use extrusion pressure in a range of about 50 to 800 psi and preferably 100 to 750 psi;

[0105]    (11) carry out at an ambient temperature to 15.degree. C. to 30.degree. C. and ambient pressure between 1 atmosphere and 75% of 1 atmosphere;

[0106]    (12) adjust the ratio of liquid carriers to each other to be consistent;

[0107]    (13) use a desiccator to maximize removal of water vapor from air;

[0108]    (14) adjust the shape of the pore opening to be circular in diameter and a conical in cross-section with the ratio of the diameter of the small to large end of the cone being about ½ to ½₀, and the shape of the porous membrane to an elongated oval;

[0109]    (15) adjust the thickness of the membrane to 5 to 200 microns; preferably 10-50 microns;

[0110]    (16) use a membrane having a convex shape or use a flexible membrane that protrudes outward in a convex shape beyond the flow boundary layer when formulation is forced through it; and

[0111]    (17) the firing point to be at substantially the same point at each release for the parameters (1-16), i.e., each release of drug is at substantially the same point so as to obtain repeatability of dosing.

[0112]    Amount of Insulin Dose

[0113]    There is considerable variability wit respect to the amount of insulin which is delivered to a patient when the insulin is being administered by injection. Patients requiring the administration of injectable insulin use commercial insulin which is prepared in concentrations of 100 units per milliliter, although higher concentrations up to about 500 units per milliliter can be obtained. It is preferable to use the more highly concentrated insulin in connection with the present invention. If insulin containing 500 units of insulin per milliliter is used and a patient is administering 5 units, then the patient will only need to administer 0.01 milliliters of the concentrated insulin to the lungs of the patient to achieve the desired dose.

[0114]    The symptoms of diabetes can be readily controlled with the administration of insulin. However, it is extremely difficult, and probably impossible, to normalize the blood sugar throughout a 24-hour period utilizing traditional insulin therapy given as one or two injections per day. It is possible to more closely approach normalized blood sugar levels with the present invention. Improvements are obtained by smaller, more frequent dosing and by timing dosing relative to meals, exercise and sleep.

[0115]    The precise amount of insulin administered to a patient varies considerably depending upon the degree of the disease and the size of the patient. A normal-weight adult may be started on about a 15-20 units a day in that the estimated daily insulin production rate in non-diabetic subjects of normal size is approximately 25 units per day. It is preferable to administer approximately the same quantity of insulin for several days before changing the dosing regime except with hypoglycemic patients for which the dose should be immediately decreased unless a clearly evident nonrecurrent cause of hypoglycemia (such as not eating, i.e., missing a typical meal) is present. In general, the changes should not be more than five to ten units per day. It is typical to administer about two-thirds of the total insulin daily dosage before breakfast and administer the remainder before supper. When the total dosage reaches 50 or 60 units per day, a plurality of smaller doses are often required since peak action of insulin appears to be dose related, i.e., a low dose may exhibit maximal activity earlier and disappear sooner than a large dose. All patients, are generally instructed to reduce insulin dosage by about 5 to 10 units per day when extra activity is anticipated. In a similar manner, a small amount of extra insulin may be taken before a meal that contains extra calories or food which is not generally eaten by the diabetic patient. The inhalation device of the present invention is particularly useful with respect to providing such small amounts of additional insulin.

[0116]    Several types of insulin formulations are commercially available. When larger doses of insulin must be administered at a single point in time, it may be preferable to administer intermediate or long-acting insulin formulations. Such formulations release some insulin immediately and provide a more sustained release of the remainder of the insulin over time. Such formulations are described further below in the "Insulin Containing Formulations" section.

[0117]    When administering insulin using the inhalation device of the present invention, the entire dosing event can involve the administration of anywhere from one to 25 units, but more preferably involves the administration of approximately five to ten units. The entire dosing event may involve several inhalations by the patient with each of the inhalations being provided with multiple bursts of insulin from the device. For example, the device can be programmed so as to release enough insulin so that approximately one unit of insulin is delivered to the patient per inhalation or 0.33 units of insulin per burst with three bursts being delivered per inhalation. If ten units are to be delivered, the ten units are delivered by releasing 33 bursts in ten different inhalations. Such a dosing event should take about 1-2 minutes to deliver 10 units of insulin. Since only small amounts are delivered with each burst and with each inhalation, even a complete failure to deliver insulin with a given inhalation or burst is not of great significance and will not seriously disturb the reproducibility of the dosing event. Further, since relatively small amounts are delivered with each inhalation and/or burst, the patient can safely administer an additional unit or two of insulin without fear of overdosing.

9

[0118] There is a differential between the amount of insulin actually released from the device and the amount of insulin actually delivered to the patient. The present device is two to ten times more efficient than conventional inhalation devices (i.e., MDIs or metered dose inhalers) which have an efficiency as low as 10% meaning that as little as 10% of the released insulin may actually reach the circulatory system of the patient. The efficiency of the delivery will vary somewhat from patient to patient and should be taken into account when programming the device for the release of insulin.

[0119] One of the difficulties with aerosolized delivery of insulin is that the patient and/or the caregiver cannot determine precisely how much insulin has entered the circulatory system. Accordingly, if the patient has been dosed with what is believed to be an adequate amount of aerosolized insulin and the glucose level remains high one might assume that the aerosolized dose was not properly delivered. For example, the insulin might have been improperly delivered against the patient's mouth surfaces or throat where it will not be absorbed into the circulatory system. However, it may be that the insulin is properly delivered to the lung (e.g., provided on the outer peripheral areas of the lung) but has not yet migrated into the circulatory system. The inhale-exhale maneuver described above provides a mechanism for more quickly bringing the insulin deposited on lung tissue into the circulatory system. Specifically, the patient inhales maximally and then exhales maximally.

[0120] Obese patients are generally somewhat less sensitive to insulin and must be provided with higher doses of insulin in order to achieve the same effect as normal weight patients. Dosing characteristics based on insulin sensitivity are known to those skilled in the art and are taken into consideration with respect to the administration of injectable insulin. The present invention makes it possible to vary dosing over time if insulin sensitivity changes and/or if user compliance and/or lung efficiency changes over time.

[0121] Based on the above, it will be understood that the dosing or amount of insulin actually released from the device can be changed based on the most immediately prior monitoring event wherein the inspiratory flow of a patient's inhalation is measured. The amount of insulin released can also be varied based on factors such as timing and timing is, in general, connected to meal times, sleep times and, to a certain extent, exercise times. Although all or, any of these, events can be used to change the amount of insulin released from the device and thus the amount of insulin delivered to the patient, ultimately, the amount released and delivered to the patient is based on the patient's serum glucose levels. It is important to maintain a patient's serum glucose levels within acceptable levels (greater than 60 mg/dl and less than 125 mg/100 ml and most preferably to maintain those levels at about 80 mg/100 ml.

[0122] Variations in doses are calculated by monitoring serum glucose levels in response to known amounts of insulin released from the device. If the response in decreasing serum glucose level is higher than with previous readings, then the dosage is decreased. If the response in decreasing serum glucose level is lower than with previous readings, then the dosing amount is increased. The increases and decreases are gradual and are preferably based on averages (of 10 or more readings of glucose levels after 10 or more dosing events) and not a single dosing event and monitoring event with respect to serum glucose levels. The present invention can record dosing events and serum glucose levels over time, calculate averages and deduce preferred changes in administration of insulin.

[0123] As another feature of the invention, the device can be programmed so as to prevent the administration of more than a given amount of insulin within a given period of time. For example, if the patient normally requires 25 units per day of insulin, the microprocessor of the inhalation device can be programmed to prevent further release of the valve after 35 units has been administered within a given day. Setting a slightly higher limit would allow for the patient to administer additional insulin, if needed, due to larger than normal meals and/or account for misdelivery of insulin such as due to coughing or sneezing during an attempted delivery.

[0124] The ability to prevent overdosing is a characteristic of the device due to the ability of the device to monitor the amount of insulin released and calculate the approximate amount of insulin delivered to the patient based on monitoring given events such as airflow rate and serum glucose levels. The ability of the present device to prevent overdosing is not merely a monitoring system which prevents further manual actuation of a button. As indicated above, the device used in connection with the present invention is not manually actuated, but is fired in response to an electrical signal received from a microprocessor. Applicant's device does not allow for the release of insulin merely by the manual actuation of a button to fire a burst of insulin into the air.

[0125] The microprocessor can be designed so as to allow for an override feature which would allow for the administration of additional insulin. The override feature could be actuated in an emergency situation. Alternatively, the override feature could be actuated when the device is electronically connected with a serum glucose level monitoring device which determines that serum glucose levels increase to dangerously high levels.

[0126] The microprocessor will preferably include a timing device. The timing device can be electrically connected with visual display signals as well as audio alarm signals. Using the timing device, the microprocessor can be programmed so as to allow for a visual or audio signal to be sent when the patient would be normally expected to administer insulin. In addition to indicating the time of administration (preferably by audio signal), the device can indicate the amount of insulin which should be administered by providing a visual display. For example, the audio alarm could sound alerting the patient that insulin should be administered. At the same time, the visual display could indicate "five units" as the amount of insulin to be administered. At this point, a monitoring event could take place. After completion of the monitoring event, administration would proceed and the visual display would continually indicate the remaining amount of insulin which should be administered. After the predetermined dose of five units had been administered, the visual display would indicate that the dosing event had ended. If the patient did not complete the dosing event by administering the stated amount of insulin, the patient would be reminded of such by the initiation of another audio signal, followed by a visual display instructing the patient to continue administration.

US 2002/0124852 A1

Sep. 12, 2002

10

[0127] In connection with the delivery of insulin different amounts of insulin are required by the patient depending upon the patient's glucose level. Because the amount of insulin required can vary considerably it is necessary to provide a system which can deliver a wide variety of different amounts of insulin. This could be done by varying the amount of insulin contained within the container package. However, such would require producing a large number of different containers. Accordingly, the present invention includes the concept of delivering only a portion of the insulin present within a container. This can be done by adjusting the amount of force applied to the container when the formulation is forced from the container through the porous membrane. By adjusting the amount of force applied, formulation of an amount of anywhere from 100% to 1% of the formulation could be forced from the package in incremental amounts of 1%, 10%, 25% or any desired percentage amount.

[0128] Additional information regarding dosing with insulin via injection can be found within Harrison's—Principles of Internal Medicine (most recent edition) published by McGraw Hill Book Company, New York, incorporated herein by reference to disclose conventional information regarding dosing insulin via injection.

[0129] Drug Delivery with Disposable Container

[0130] FIG. 1 is a cross-sectional view of a container 1 of the invention which is shaped by a collapsible wall 2. The container 1 has an opening covered by a flexible porous membrane 3 which is covered by a removable layer 4. The membrane 3 may be rigid and protrude upward in a convex configuration away from the formulation 5. When the layer 4 is removed the wall 2 can be collapsed thereby forcing the insulin formulation 5 against the flexible porous membrane 3 which will then protrude outward in a convex shape.

[0131] FIG. 2 is a cross-sectional view of a more preferred embodiment of a container 1 of the invention. The container may be in any configuration but is generally cylindrical and formed out of a single layer of material which forms the collapsible wall 2. The container 1 includes an opening which leads to an open channel 6 which channel 6 includes an abutment 7 which is broken upon the application of force created by formulation 5 being forced from the container. When the abutment 7 is broken the formulation 5 flows to an area adjacent to the flexible porous membrane 3 and is prevented from flowing further in the channel 6 by a non-breakable abutment 8.

[0132] FIG. 3 is a cross-sectional view of the container 1 of FIG. 2 in use. The wall 2 is being crushed by a mechanical component such as the piston 9 shown in FIG. 3. The piston may be driven by a spring, compressed gas, or a motor connected to gears which translate the electric motor's circle motion to linear motion. The formulation 5 is forced into the open channel 6 (breaking the abutment 7 shown in FIG. 2) and against and through the membrane 3 causing the membrane 3 to protrude outward into a convex configuration as shown in FIG. 3.

[0133] The piston 9 has been forced against the container wall 2 after a patient 10 begins inhalation in the direction of the arrow "I". The patient 10 inhales through the mouth from a tubular channel 11. The velocity of the air moving through the flow path 29 of the channel 11 can be measured across

the diameter of the channel to determine a flow profile 12, i.e., the air flowing through the channel 11 has a higher velocity further away from the inner surface of the channel. The air velocity right next to the inner surface of the channel 11 (i.e., infinitely close to the surface) is very slow (i.e., approaches zero). A flow boundary layer 13 defines a set of points below which (in a direction from the channel center toward the inner surface of the channel) the flow of air is substantially below the bulk flow rate i.e., 50% or less than the bulk flow rate.

[0134] To allow air to flow freely through the channel 11 the upper surface of the flexible porous membrane 3 is substantially flush with (i.e., in substantially the same plane as) the inner surface of the channel 11. Thus, if the membrane 3 remained in place when the formulation 5 move through the pores the formulation would be released into the slow moving or substantially "dead air" below the boundary layer 13. However, the membrane 3 protrudes outward through the boundary layer 13 into the faster moving air. This is desirable in that it aids in avoiding the coagulation of particles. More specifically, when formulation exits the pores the formulation naturally forms spherical particles. Those particles slow down due to the frictional resistance created by the air through which the particles must travel. The particles existing behind them can face reduced air friction because the preceding particle have moved the air aside. Thus later released particles catch up with and merge into the earlier released particles. This can cause a chain reaction resulting in the formation of large particles which can not be readily inhaled into the lung—e.g., the formation of particles having a diameter of more than about 12.0 microns.

[0135] A plan view of a simple embodiment of a drug delivery device 40 of the present invention is shown within FIG. 4. The device 40 is loaded and operates with a plurality of interconnected disposable containers 1 which form a package 46. Before describing the details of the individual components of the device 40, a general description of the device and its operation is in order.

[0136] As shown in FIG. 4 the spring 22 applies force to the container which forces the formulation out of the porous membrane. It is possible to compress the spring 22 to various different degrees. With each degree of compression relating to a different amount of force which will be applied to the container. By applying different amounts of force to the container, a different volume of formulation is forced from the container. This makes it possible to vary the amount of aerosolized insulin delivered to the patient over a wide range without providing a large number of different containers. The amount of force applied to the container could also be varied in different ways. For example, a cam could be made to rotate against the container to force the formulation from the container. If the cam were rotated only partially then only a portion of the contents of the container would be expelled and aerosolized. Other means for regulating the amount of formulation forced from the container will become apparent to those skilled in the art upon reading this disclosure.

[0137] Conventional metered dose inhalers and nebulizers suffer from a number of disadvantages. These disadvantages result in the inability to use these devices to repeatedly deliver the same amount of drug to a patient. The disadvan-

US 2002/0124852 A1
Sep. 12, 2002

11

tages are due, in part, to the inability to control particle size—especially when the device is used in diverse environments with greatly different humidity conditions or when differing amounts of drug are delivered into a fixed amount of air or similar quantities of drug are delivered into differing amounts of air. By adding sufficient energy to the particles to evaporate any carrier particle size is reduced to a uniform minimum and, any humidity variations do not affect particle variability. Further the drug dispensing device of the present invention preferably includes electronic and/or mechanical components which eliminate direct user actuation of drug release. More specifically, the device preferably includes a means for measuring inspiratory flow rate and inspiratory volume and sending an electrical signal as a result of the simultaneous measurement of both (so that drug can be released at the same point each time) and also preferably includes a microprocessor which is programmed to receive, process, analyze and store the electrical signal of the means for measuring flow and upon receipt of signal values within appropriate limits sending an actuation signal to the mechanical means which causes drug to be extruded from the pores of the porous membrane.

[0138] The device **40** shown in **FIG. 4** is loaded with a disposable package **46**. To use the device **40** a patient (see **FIG. 3**) inhales air from the mouthpiece **30**. The air drawn in through the opening **38** (and optionally the desiccator **41**) flows through the flow path **29** of the channel **11**. The disposable package **46** is comprised of a plurality of disposable containers **1**. Each container **1** includes a drug formulation **5** and is covered by the porous membrane **3**. An air-heating mechanism **14** located in the flow path **29**. The air heating mechanism **14** is preferably positioned such that all or only a portion of the air flowing through the path **29** will pass by the heater, e.g., flow vent flaps can direct any desired portion of air through the heater **14**. The heat is preferably turned on for 30 sec or less prior to inhalation and turned off after drug delivery to conserve power.

[0139] The device **40** is a hand-held, portable device which is comprised of (a) a device for holding a disposable package with at least one but preferably a number of drug containers, and (b) a mechanical mechanism for forcing the contents of a container (on the package) through a porous membrane. The device preferably further includes (c) a heating mechanism for adding energy to the air flow into which particles are released, (d) a monitor for analyzing the inspiratory flow of a patient, (e) a switch for automatically releasing or firing the mechanical means after the inspiratory flow rate and/or volume reaches a predetermined point (f) a means for measuring ambient temperature and humidity and (g) a source of power e.g., conventional batteries.

[0140] The device for holding the disposable package may be nothing more than a narrow opening created between two outwardly extending bars **42** and **82** or may include additional components such as one or more wheels, sprockets or rollers notably mounted on the end(s) of such bars. The rollers may be spring mounted so as to provide constant pressure against the surface(s) of the package. The device may also include a transport mechanism which may include providing drive power to the roller(s) so that when they are rotated, they move the package from one container to the next. The power source **43** driving the roller(s) is programmed via the microprocessor **26** to rotate the rollers only enough to move the package **39** from one container **1** to the

next. In order to use the device **40**, the device **40** must be "loaded," i.e. connected to a package **39** which includes drug dosage units having liquid, flowable formulations of pharmaceutically active insulin therein. The entire device **40** is self-contained, light weight (less than 1 kg preferably less than 0.5 kg loaded) and portable. The power source **43** is preferably in the form of standard alkaline batteries. Two 9 volt batteries could supply the heat required to heat the air which contacts the particles by about 20.degree. C. for about 100 doses (see **FIGS. 5 and 6** re energy required)

[0141] The formulation is preferably heated after the formulation has been forced through the pores of the membrane **3** and aerosolized i.e., energy is preferably added by heating the surrounding air by means of the air-heating mechanism **14** positioned anywhere within the flow path **29**. The amount of energy added by the formulation heating mechanism **45** or air-heating mechanism **5** is controlled by the microprocessor **26** based on the amount of formulation in the container **1** and other factors such as the concentration of the insulin in the formulation and surrounding humidity. A hygrometer **50** and thermometer **51** are electrically connected to the microprocessor **26** allowing the amount of heat to be added to be adjusted based on ambient humidity and temperature.

[0142] The carrier may be chosen to provide for greater solubility of insulin in the carrier to obtain a high concentration of insulin and thus require less energy to obtain evaporation of the carrier. Droplets having a diameter of 6.3 microns can be formed and subjected to evaporation to obtain a particle of one micron in diameter. In the respiratory tract this one micron particle would be expected to grow to a 3 micron particle due to moisture added from the high humidity environment of the respiratory tract.

[0143]    Energy for Evaporation

[0144] **FIG. 5** is a graph which can be used in calculating the amount of energy needed to control the size of delivered droplets by controlling the amount of evaporation of carrier from the aerosolized droplets. The graph of **FIG. 5** contains two types of information, the density of evaporated water vs. temperature and relative humidity, and the cooling of the air as the water evaporates. The four lines that show a rapid increase with temperature portray the density of water vapor in air, at 25, 50, 75, and 100% relative humidity. The 100% relative humidity curve represents the maximum number of milligrams of water that can be evaporated per liter of air. The diagonal lines show the temperature change of the air as the water droplets evaporate (hereafter called the air mass trajectory curves). As the evaporation proceeds, the density and temperature will change by moving parallel to these curves. To calculate these curves, air density of 1.185 grams/liter, air specific heat of 0.2401 calories/gram, and water latent heat of vaporization of 0.583 cal/mg were assumed. These values imply that a liter of air will cool 2 celsius degrees for every milligram of water evaporated, i.e. evaporating 10 micro-liters will cool a liter of air 20 celsius degrees.

[0145] **FIG. 5** can be used to calculate the amount of preheating needed to evaporate all or substantially all of the carrier in the aerosolized particles. As an example, assume the initial ambient conditions are 25.degree. C. and 50% relative humidity. Further, assume that one wants to evaporate 10 .mu.l (10 mgs) of water from an aqueous drug

12

solution. Finally, assume the final relative humidity is 75%. Under these conditions the aqueous carrier would not evaporate completely. More specifically, the final particles would contain approximately equal amounts of drug and water. To calculate the amount of energy to add for this delivery refer to **FIG. 5**. Locate the point corresponding to 25.degree. C. and 50% relative humidity. Move up by 10 milligrams, the amount of water to be evaporated. Now move to the left until the 75% RH curve is crossed. This occurs at about 29.degree. C. These conditions (75% RH and 29.degree. C.) represent the condition of the air as delivered to the patient. However, still more energy must be added to make up for the cooling of the air as the water evaporates. To calculate this amount of heat, move parallel to the air mass trajectory curves (downward and to the right) until the initial ambient water vapor density is reached, at approximately 47.degree. C. Thus, sufficient heat to warm the air by 22.degree. C. must be added to achieve near complete evaporation.

[0146] **FIG. 6** includes similar information with respect to ethanol which can be used in a similar manner. **FIG. 5** shows the density of water vapor in air at 25, 50 and 75.degree. C. and 100% saturation with the air mass trajectory during evaporation also shown. The same is shown in **FIG. 6** for the density of ethanol in air.

[0147] The evaporation and growth rates of aqueous droplets is a function of their initial diameter, the amount of drug dissolved therein (concentration) and the ambient relative humidity. The determining factor is whether the water vapor concentration at the surface of the droplet is higher or lower than that of the surrounding air. Because the relative humidity at the surface of a particle (i.e. droplet of aerosolized formulation) is close to 100% for all the low concentration formulations, a five micron droplet will evaporate to a 1 micron dry particle in 0% humidity in less than 20 ms. However, if a particle of drug 1 micron diameter is inhaled into the lungs (99.5% humidity) it can grow to about 3 microns in diameter in approximately one second by accumulating water from the humid lung environment.

[0148] Desiccator

[0149] The opening **38** may have a desiccator **41** positioned therein which desiccator includes a material which removes water vapor from air being drawn into the flow path **29**. By reducing or more preferably eliminating water vapor from the air any water in particles of formulation can be more efficiently evaporated. Further, the particles delivered to the patient will have a smaller and more uniform size whether or not energy is added to cause evaporation of water from the particles of the formulation.

[0150] The device may include a mouth piece **30** at the end of the flow path **29**. The patient inhales from the mouth piece **30** which causes an inspiratory flow to be measured by flow sensor **31** within the flow path which path may be, and preferably is, in a non-linear flow-pressure relationship. This inspiratory flow causes an air flow transducer **37** to generate a signal. This signal is conveyed to a microprocessor which is able to convert, continuously, the signal from the transducer **37** in the inspiratory flow path **29** to a flow rate in liters per minute. The microprocessor **26** can further integrate this continuous air flow rate signal into a representation of cumulative inspiratory volume. At an appropriate point in the inspiratory cycle, the microprocessor can send a signal to send power from the power source **43** to the air-heating

mechanism **14** which uses information from the hygrometer **50**, thermometer **51** and particle size and amount of formulation. The microprocessor also sends a signal to an actuator which causes the mechanical means (e.g., the piston **24**) to force drug from a container of the package into the inspiratory flow path **29** of the device and ultimately into the patient's lungs. After being released, the drug and carrier will pass through a porous membrane **3** to aerosolize the formulation and thereafter enter the lungs of the patient.

[0151] When the formulation **5** includes water as all or part of the carrier it is also desirable to include a desiccator **41** within the flow path **29**. The desiccator **41** is preferably located at the initial opening **38** but maybe located elsewhere in the flow path **29** prior to a point in the flow path when the formulation is fired into the flow path in the form of aerosolized particles. By drawing air through the desiccator **41** water vapor within the air is removed in part or completely. Therefore, only dried air is drawn into the remainder of a flow path. Since the air is completely dried water carrier within the aerosolized particles will more readily evaporate. This decreases the energy needs with respect to the heating devices **14**. The desiccator material can be any compound which absorbs water vapor from air. For example, it may be a compound selected from the group consisting of $P_2O_5$, $Mg(ClO_4)$, KOH, $H_2SO_4$, NaOH, CaO, $CaCl_2$, $ZnCl_2$, and $CaSO_4$.

[0152] Convex/Flexible Porous Membrane

[0153] As shown in **FIG. 3** the convex shape that the flexible membrane **3** takes on during use plays an important role. The membrane may be rigid and convex such as the rigid convex membrane **80** shown in **FIG. 8**. Alternatively, formulation **5** is forced from the container **1** by force applied from a source such as the piston or plate **24** causing the formulation **5** to press against a flexible membrane **3** causing it to convex outward beyond the plan of the resting surface of the membrane **3** and beyond the plan of the inner surface of the channel **11** which is aligned with the surface or membrane **3** when the container **1** is in a drug release position. The convex shape of the membrane **3** is shown in **FIG. 3**. The convex upward distortion of the membrane is important because it positions the pores of the membrane beyond the boundary layer **13** (shown in **FIG. 3**) into faster moving air of the channel **29**. A number of containers may be connected together to form a package **46** as is shown in **FIG. 7**. The package **8** is in the form of an elongated tape but can be in any configuration, e.g., circular, square, rectangular, etc.

[0154] When pores of the membrane **3** are positioned beyond the boundary layer into the faster moving air of the channel advantages are obtained. Specifically, the (1) formulation exiting the pores is moved to an air stream where it can be readily carried to the patient and (2) the particles formed do not exit into slow moving or "dead" air and thus do not rapidly decelerate to a degree such that particles behind them catch up with, collide into and merge with the particle. Particle collisions are not desirable because they (a) result in particles which are too large and cannot be efficiently inhaled into the lung; and (b) result in an aerosol with diverse and unpredictable particle sizes. Either or both (a) and (b) can result in erratic dosing.

[0155] The air-heating mechanism **14** heats the surrounding air within the flow path **29**. This causes carrier in the

formulation to be evaporated more readily. If sufficient heat is added the only material reaching the patient is the substantially dry insulin drug.

[0156] The methodology of the present invention could be carried out with a device that obtains power from a plug-in source. However, the device is preferably a self-contained, hand-held device which is battery powered. Heating mechanisms of various types can be used. For example, see the heating mechanism in the self-contained, portable sealer for plastic colostomy bags in French patent 2,673,142 which is incorporated herein by reference. A portable heater is also taught in European patent applications 0,430,566 A2 for a "Flavor delivering article" and 0,358,002 for "Smoking articles utilizing electric energy," both of which are incorporated herein by reference to disclose and describe heating components powered by batteries.

[0157] Supplemental Treatment Methodology

[0158] Patients suffering from diabetes mellitus may be treated solely with insulin as indicated above. However, it is possible to treat such patients with a combination of insulin and other drugs such as sulfonylureas which act primarily by stimulating release of insulin from the beta cells in the pancreas. These drugs have the ability of increasing the number of insulin receptors in target tissues and enhance insulin-mediated glucose disposal. Some specific sulfonylurea drugs which can be used in connection with the present invention include acetohexamide administered in an amount of about 500 to 1,500 mg per day; chlorpropamide, administered in an amount of about 50 to 750 mg per day; tolazamide, administered in an amount of about 0.1 to 1 gram per day; tolbutamide, administered in an amount of about 0.5 to 3 grams per day; glipzide administered in an amount of about 2.5 to 40 mg per day and glyburide administered in an amount of about 1.25 to 20 mg per day.

[0159] In patients who are producing some insulin, the sulfonylurea drugs may be sufficient to treat the symptoms. Other patients can use a combination of the drugs while administering insulin, while still others require only the administration of insulin. The present invention is beneficial to each type of patient. Further, the present invention allows means for eliminating the need for some patients to take insulin by injection. The patients can be provided with oral doses of sulfonylureas in amounts similar to those indicated above while administering small amounts of insulin via the intrapulmonary route using the device of the present invention. In accordance with one method of the invention, the patient is administered a sulfonylurea drug orally and that treatment is supplemented with insulin administration in relatively small amounts, e.g., five to ten units per dosing event with two to three dosing events per day. Alternatively, the patient is primarily treated by the administration of insulin via the intrapulmonary route and that treatment is supplemented by the oral administration of sulfonylureas of the type described above.

[0160] Based on the above, it will be understood by those skilled in the art that a plurality of different treatments and means of administration can be used to treat a single patient. For example, a patient can be simultaneously treated with insulin by injection, insulin via intrapulmonary administration in accordance with the present invention, and sulfonylurea drugs, which are orally administered. Benefits can be obtained by the oral administration of sulfonylurea drugs in

that the insulin is naturally released by the patient in a fashion in accordance with real needs related to serum glucose levels. This natural insulin is supplemented by smaller doses provided by intrapulmonary administration in accordance with the present invention. Should such prove to be ineffective for whatever reason, such as breathing difficulties, such could be supplemented by administration via injection.

[0161] Drug Delivery Device

[0162] The device preferably includes a means for recording a characterization of the inspiratory flow profile for the patient which is possible by including a microprocessor 26 in combination with a read/write memory means and a flow measurement transducer. By using such devices, it is possible to change the firing threshold at any time in response to an analysis of the patient's inspiratory flow profile, and it is also possible to record drug dosing events over time. In a particularly preferred embodiment the characterization of the inspiratory flow can be recorded onto a recording means on the disposable package.

[0163] FIG. 4 shows a cross-sectional plan view of a hand held, self-contained, portable, breath-actuated inhaler device 40 of the present invention. The device 40 is shown with a holder 20 having cylindrical side walls and a hand grip 21. The holder 20 is "loaded" in that it includes a container 1. A plurality of containers 1 (2 or more) are preferably linked together to form a package 46.

[0164] The embodiment shown in FIG. 4 is a simple version of the invention. The device 40 may be manually actuated and loaded. More specifically, the spring 22 may be compressed by the user until it is forced down below the actuation mechanism 23. When the user pushes the actuation mechanism 23 the spring 22 is released and the mechanical means in the form of a plate 24 is forced upward against a wall 2 of a container 1. Alternatively, a rotating cam (not shown) may be turned by an electric motor to crush the container 1 and force the contents 5 out via a membrane 3. The amount of force applied (and rate of force applied by adjusting the length of piston stroke) can be adjusted to expel all of the contents or, in certain situations, only a portion of the contents e.g., 25%. When the container 1 is compressed its contents are forced out through the membrane 3 and aerosolized and the container and membrane are discarded—not reused. Two additional containers 1 shown to the left are unused. The device of FIG. 4 would not require the use of low boiling point propellants such as low boiling point fluorocarbons. Numerous additional features and advantages of the present invention can be obtained by utilizing the monitoring and electronic components described below.

[0165] It is important to note that a variety of devices can be used in order to carry out the methodology of the present invention. However, the device must be capable of aerosolizing a drug formulation in a container and preferably does such by forcing formulation through a porous membrane with the release point based on pre-programmed criteria which may be mechanically set or electronically set via criteria readable by the microprocessor 26. The details of the microprocessor 26 and the details of other drug delivery devices which include a microprocessor and pressure transducer of the type used in connection with the present invention are described and disclosed within U.S. Pat. No.

14

5,404,871, issued Apr. 11, 1995, entitled "Delivery of Aerosol Medications for Inspiration" which patent is incorporated in its entirety herein by reference, and it is specifically incorporated in order to describe and disclose the microprocessor and program technology used therewith. The pre-programmed information is contained within a nonvolatile memory which can be modified via an external device. In another embodiment, this pre-programmed information is contained within a "read only" memory which can be unplugged from the device and replaced with another memory unit containing different programming information. In yet another embodiment, microprocessor **26**, containing read only memory which in turn contains the pre-programmed information, is plugged into the device. For each of these three embodiments, changing the programming of the memory device readable by microprocessor **26** will radically change the behavior of the device by causing microprocessor **26** to be programmed in a different manner. This is done to accommodate different drugs for different types of treatment.

[0166] Microprocessor **26** sends signals via electrical connection **27** to electrical actuation device **28** which actuates the means **23** which fires the mechanical plate **24** forcing drug formulation in a container **1** to be aerosolized so that an amount of aerosolized drug is delivered into the inspiratory flow path **29** when the flexible membrane **3** protrudes outward through the flow boundary layer. A signal is also sent to the heater **14** to add heat energy to the air in the flow path **29**. The device **28** can be a solenoid, motor, or any device for converting electrical to mechanical energy. Further, microprocessor **26** keeps a record of all drug dosing times and amounts using a read/write non-volatile memory which is in turn readable by an external device. Alternatively, the device records the information onto an electronic or magnetic strip on the package **1**. The recorded information can be read later by the care-giver to determine the effectiveness of the treatment. In order to allow for ease of use, it is possible to surround the inspiratory flow path **29** with a mouth piece **30**.

[0167] The electrical actuation means **28** is in electrical connection with the flow sensor **31** which is capable of measuring a flow rate of about 0 to about 800 liters per minute. It should be noted that inhalation flow rates are less than exhalation rates, e.g. max for inhalation 200 lpm and 800 lpm for exhalation. A variety of different types of flow sensors may be used as per U.S. Pat. No. 5,394,866, issued Mar. 7, 1995, U.S. Pat. No. 5,404,871, issued Apr. 11, 1995 and U.S. Pat. No. 5,450,336, issued Sep. 12, 1995, which are incorporated herein by reference. The flow sensor **31** includes screens **32**, **33** and **34** which are positioned approximately ¼" apart from each other but may be comprised of a single screen or include a non-linear flow path. It is preferable to include the desiccator **41** at a point prior to the screens **32**, **33** and **34** in the flow path so that the elimination of water vapor is considered in any measurement.

[0168] As shown in FIG. 4 the flow sensor **31** is made up of a number of components including the transducer **37** and the individual screens **32**, **33** and **34**. Information from sensor **31** is conveyed via the connecting line **39** to the microprocessor **26**. In order to carry out the inhale-exhale maneuver of the invention it is preferable to use the sensor **31** in connection with the microprocessor **26** which can signal the patient that a maximal inhale maneuver and a

maximal exhale maneuver has been correctly accomplished. The signal can be an audio signal, visual signal, or both. For example, the device can issue a sound when the device has sensed that a maximal inhale maneuver has been accomplished or flash a green light. If the inhale maneuver was not sensed to be a maximal maneuver the sound will not actuate and the light will not go on or will be a red light. The same is true with respect to the exhale maneuver. The device can be individually set for each patient in that each patient will have a different lung volume and rate at which that lung volume can be inhaled and exhaled. Preferably, the device is individually set by the caregiver. However, devices may be preset for individuals which are judged to have lung volumes of particular sizes e.g., 3 liters, 4 liters, 5 liters, 6 liters in total lung volume. The device can be used to (1) coach a patient to correctly perform the inhale-exhale maneuver, (2) deliver drug or (3) both (1) and (2).

[0169] Tubes **35** and **36** open to the area between the screens **32**, **33** and **34** with the tubes **35** and **36** being connected to a conventional differential pressure transducer **37**. Another transducer designed to measure outflow through the opening **38** is also preferably included or the flow sensor **31** is designed so that the same components can measure inflow and outflow. When the user draws air through inspiratory flow path **29**, air is passed through the screens **32**, **33** and **34** and the air flow can be measured by the differential air pressure transducer **37**. Alternatively, other means to measure pressure differential related to air flow, such as a conventional measuring device in the air way, may be used. The flow sensor **31** is in connection with the electrical actuation means **28** (via the connector **39** to the processor **26**), and when a threshold value of air flow is reached (as determined by the processor **26**), the electrical actuation means **28** fires the release of a mechanical means **23** releasing the plate **24** which forces the release of formulation from a container **1** so that a controlled amount of insulin is delivered to the patient. The microprocessor **26** is optionally connected to an optionally present vibrating device **45** which may be activated.

[0170] Vibration Device

[0171] The vibration device **45** creates ultrasonic vibrations which are preferably at right angles to the plane of the membrane **3**. The device **45** may be in the form of a piezoelectric ceramic crystal or other suitable vibration mechanism. A vibrating device **45** in the form of a piezoelectric crystal may be connected to the porous membrane by means of an attenuator horn or acoustic conduction mechanism, which when correctly matched with the piezoelectric crystal frequency, efficiently transmits ultrasonic oscillations of the piezoelectric crystal to the resonance cavity and the porous polycarbonate membrane and if sized correctly permits the ultrasonic energy to be focused in a polycarbonate membrane **3** allowing for maximum use of the energy towards aerosolizing the liquid formulation **5**. The size and shape of the attenuator horn is not of particular important. It is preferred to maintain a relatively small size in that the device is hand held. The components are chosen based on the particular material used as the porous material, the particular formulation used and with consideration of the velocity of ultrasonic waves through the membrane to achieve a harmonic relationship at the frequency being used.

[0172] A high frequency signal generator drives the piezoelectric crystal. This generator is capable of producing a

signal having a frequency of from about 575 kilohertz (Khz) to about 32,000 kilohertz, preferably 1,000 to 17,000 kilohertz, more preferably 2,000 to 4,000 kilohertz. The power output required depends upon the amount of liquid being nebulized per unit of time and the area and porosity of the membrane (generally comprised of a polymeric plastic-like material) used for producing the drug dosage unit and/or the efficiency of the connection.

[0173]   Vibration is applied while the formulation 5 is being forced from the pores of the polycarbonate membrane 3. The formulation can be aerosolized with only vibration i.e., without applying pressure. Alternatively, when vibration is applied in certain conditions the pressure required for forcing the liquid out can be varied depending on the liquid, the size of the pores and the shape of the pores but is generally in the range of about 50 to 600 psi, preferably 100 to 500 psi and may be achieved by using a piston, roller, bellows, a blast of forced compressed gas, or other suitable device. The vibration frequency used and the pressure applied can be varied depending on the viscosity of the liquid being forced out and the diameter and length of the openings or pores.

[0174]   It is desirable to force formulation through the porous membrane with a relatively low pressure e.g., pressure less than 500 psi in that lower pressure reduces the chance of breaking the membrane during the release of formulation and makes it possible to make a thinner membrane. The thinner membranes make it easier to make small holes in that the holes or pores of the membrane are created using a focussed LASER. It is possible to reduce the pressure further by making the holes conical in cross-section. A LASER with a conical focus is used to burn holes through the membrane. The larger diameter of the conical shape is positioned next to the formulation and the smaller diameter opening is the opening through which the formulation ultimately flows. The ratio of the smaller opening to the diameter of the larger opening is in the range of about 1:2 to about 1:20 i.e., the larger opening is between 2 and 20 times the diameter of the smaller opening. By creating conical openings wherein the smaller end of the cone has a diameter of less than 6 microns it is possible to produce particles which have a diameter of less than 12 microns and it is also possible to force the formulation through the pores using a pressure of less than 500 psi. The small end of the conical opening preferably has a diameter of less than 3 microns for systemic delivery and less than 5 microns for pulmonary delivery and the pressure used for forcing formulation through the pores is preferable less than 350 psi.

[0175]   When small aerosolized particles are forced into the air, the particles encounter substantial frictional resistance. This may cause particles to slow down more quickly than desired and may result in particles colliding into each other and combining, which is undesirable with respect to maintaining the preferred particle size distribution within the aerosol. In order to aid in avoiding the particle collision problem, it is possible to include a means by which air flow and the flexible membrane 3 prevent collisions. Specifically, the patient inhales thereby creating an air flow toward the patient over the protruding membrane 3. The air flow carries the formed particles along and aids in preventing their collision with each other. The shape of the container opening, the shape of the membrane covering that opening, as well as the positioning and angling of the flow of air through

the channel 11 relative to the direction of formulation exiting the pores of the membrane 3 can be designed to aid in preventing particle collision. It is desirable to shape the opening and matching membrane so as to minimize the distance between any edge of the opening and the center of the opening. Accordingly, it is not desirable to form a circular opening which would maximize the distance between the outer edges of the circle and the center of the circle, whereas it is desirable to form an elongated narrow rectangular opening covered by a rigid membrane 80 as shown in FIG. 8. Using such a configuration makes it possible to better utilize the air flow relative to all of the particles of formulation being forced form the pores of the membrane 3. When a circular opening is used, particles which are towards the center of the circle may not be carried along by the air being drawn over the membrane 3 and will collide with each other. The elongated rectangle could be formed in a circle, thereby providing an annular opening and air could be forced outward from the outer and inner edges of the circle formed. Further details regarding such are described in U.S. patent application Ser. No. 08/247,012, filed May 20, 1994 which is incorporated herein by reference to disclose and describe such.

[0176]   Operation of the Device 40

[0177]   The device of FIG. 4 shows all of the components present within the single, hand-held, portable breath actuated device, e.g. the microprocessor 26 and flow sensor 31 used to provide the electronic breath actuated release of drug. The device of FIG. 4 includes a holding means and mechanical means and preferably operates electronically, i.e. the actuation means is preferably not directly released by the user. The patient inhales through inspiratory flow path 29 which can form a mouth piece 30. Air enters the device via the opening 38. The inhaling is carried out in order to obtain a metering event using the differential pressure transducer 37. Further, when the inspiratory flow meets a threshold of a pre-programmed criteria, the microprocessor 26 sends a signal to an actuator release electrical mechanism 28 which actuates the mechanical means 23, thereby releasing a spring 22 and plate 24 or equivalent thereof, forcing aerosolized formulation into the channel 11, and out of the membrane 3 into the flow path 29 where the air surrounding the particles is optionally heated by the air heater 14. Further details regarding microprocessors 26 of FIG. 4 are described within U.S. Pat. No. 5,394,866, issued Mar. 7, 1995, entitled "An automatic Aerosol Medication Delivery System and Methods", which is incorporated herein by reference in its entirety and specifically incorporated in order to describe and disclose flow measurements, the microprocessor and program technology used therewith.

[0178]   Microprocessor 26 of FIG. 4 includes an external non-volatile read/write memory subsystem, peripheral devices to support this memory system, reset circuit, a clock oscillator, a data acquisition subsystem and a visual annunciator subsystem. The discrete components are conventional parts which have input and output pins configured in a conventional manner with the connections being made in accordance with instructions provided by the device manufacturers. The microprocessor used in connection with the device of the invention is designed and programmed specifically so as to provide controlled and repeatable amounts of insulin to a patient upon actuation. The microprocessor must have sufficient capacity to make calculations in real

US 2002/0124852 A1

Sep. 12, 2002

time. Adjustments can be made in the program so that when the patient's inspiratory flow profile is changed such is taken into consideration. This can be done by allowing the patient to inhale through the device as a test (monitoring event) in order to measure air flow with preferred drug delivery points determined based on the results of several inhalations by each particular patient. This process can be readily repeated when the inspiratory flow profile is changed for whatever reason. When the patient's lung function has decreased the program will automatically back down in terms of the threshold levels required for release of drug. This "back down" function insures drug delivery to a patient in need but with impaired lung function. Determination of optimal drug delivery points in the inspiratory flow can be done at each dosing event, daily, weekly, or with the replacement of a new cellular array in the device.

[0179] The microprocessor **26** of the present invention, along with its associated peripheral devices, can be programmed so as to prevent triggering the actuation mechanism **28** more than a given number of times within a given period of time. This feature makes it possible to prevent overdosing the patient. The overdose prevention feature can be particularly designed with each individual patient in mind or designed with particular groups of patients in mind. For example, the microprocessor can be programmed so as to prevent the release of more than approximately 30 units of insulin per day when the patient is normally dosed with approximately 25 units of insulin drug per day. The device can be designed to switch off this lock-out function so that insulin can be delivered in an emergency situation.

[0180] The device can be used as a sensor alone. More specifically, the insulin can be inhaled from a separate device such as from a dry powder inhaler. Thereafter, the sensor portion of the device is made use of in order to perform the inhale-exhale maneuver of the invention. The inhale-exhale maneuver of the invention can be performed a plurality of times at different timed intervals after the delivery of aerosolized insulin. The inhale-exhale maneuver can be carried out at anytime after delivery as needed by the patient to reduce glucose levels. In one embodiment the inhale-exhale maneuver is performed at **20** minutes and again at 40 minutes after aerosolized delivery of insulin. However, the maneuver can be performed at 1 minute intervals, 5 minute intervals, 10 minute intervals, 20 minute intervals, or 30 minute intervals after delivery of an aerosolized dose of insulin.

[0181] The microprocessor **26** of the invention can be connected to external devices permitting external information to be transferred into the microprocessor of the invention and stored within the non-volatile read/write memory available to the microprocessor. The microprocessor of the invention can then change its drug delivery behavior based on this information transferred from external devices. All of the features of the invention may be provided in a portable, programmable, battery-powered, hand-held device for patient use which has a size which compares favorably with existing metered dose inhaler devices.

[0182] The microprocessor **26** of the present invention is programmed so as to allow for monitoring and recording data from the inspiratory flow monitor without delivering drug. This is done in order to characterize the patient's inspiratory flow profile in a given number of monitoring events, which monitoring events preferably occur prior to dosing events. After carrying out a monitoring event, the preferred point within the inspiratory cycle for drug delivery can be calculated. This calculated point is a function of measured inspiratory flow rate as well as calculated cumulative inspiratory flow volume. This information is stored and used to allow activation of the electronic actuation means when the inhalation cycle is repeated during the dosing event.

[0183] Treatment via Insulin Analogs

[0184] The methodologies of the present invention can be carried out using any type of insulin, although they are preferably carried out using recombinantly produced human insulin. Insulin extracted from animal sources such as bovine or porcine sources can be used. More recently, insulin analogs have been developed. More specifically, novel peptides have been developed wherein the amino acid sequence of the peptides is substantially the same as the amino acid sequence of naturally occurring human insulin but for small changes substituting one amino acid for another. These small changes can have important physiological effects with respect to the treatment of diabetes.

[0185] Other general types of insulin analogs are presently used. One type of new analog is sold by Lilly under the name insulin lispro and this analog is absorbed faster after subcutaneous injection. Another type of insulin analog is referred to as superactive insulin. In general, superactive insulin has increased activity over natural human insulin. Accordingly, such insulin can be administered in substantially smaller amounts while obtaining substantially the same effect with respect to reducing serum glucose levels. Another general type of analog is referred to as hepatospecific insulin. Heptatospecific insulin analogs are more active in the liver than in adipose tissue and offer several advantages over currently available insulin therapy. Hepatospecific analogs provide preferential hepatic uptake during peripheral subcutaneous administration, thereby mimicking, more closely, the metabolic balance between the liver and the peripheral tissues. Obtaining the correct metabolic balance is an important part of proper treatment of diabetics and administration via the intrapulmonary route should provide advantages over intermuscular injection with respect to obtaining such a balance. It may be desirable to include mixtures of conventional insulin with insulin lispro or with insulin which is hepatospecific and/or with superactive insulin analogs. Hepatospecific analogs are disclosed and described within published PCT application WO90/12814, published Nov. 1, 1990, which application is incorporated herein by reference for its disclosure of such hepatospecific insulin analogs and in order to disclose other information cited within the other publications referred to within WO90/12814.

[0186] U.S. patent application Ser. No. 074,558 discloses a superactive human insulin analog, [10-Aspartic Acid-B] human insulin, which has increased activity over natural human insulin. Specifically, [10-Aspartic Acid-B] human insulin was determined to be 4 to 5 times more potent than natural insulins. U.S. patent application Ser. No. 273,957 and International Application Serial No. PCT/US88/02289 disclose other superactive insulin analogs, despentapeptide (B26-B30)-[Asp$^{B10}$, Tyr$^{B25}$-$\alpha$-carboxamide] human insulin, (B26-B30)-[Glu$^{B10}$, Tyr$^{B25}$-$\alpha$-carboxamide] human insulin,

and further insulin analogs of the formula des(B26-B30)-[X,$^{B10}$, Tyr$^{B25}$-α-carboxamide] human insulin, in which X is a residue substituted at position 10 of the B chain. These insulin analogs have potencies anywhere from 11 to 20 times that of natural human insulin. All of the above-described insulin analogs involve amino acid substitutions along the A or B chains of natural human insulin, which increase the potency of the compound or change other properties of the compound.

[0187]    Other than insulin lispro, the insulin analogs are not presently used for the treatment of patients on a commercial scale. However, insulin lispro and other insulin analogs being developed could be used with the present invention in that the present invention can be used to provide variable dosing in response to currently measured serum glucose levels. Further, since many insulin analogs are more potent than conventional insulin, their delivery via the intrapulmonary route is particularly convenient.

[0188]    Method of Administration

[0189]    The effect on repeatability of dosing due to the total inhaled volume is dramatically shown within FIGS. 9, 10, and 11.

[0190]    Specifically, FIG. 9 shows that the glucose plasma response after administration by inhalation closely tracts that of subcutaneous administration. The graph shows administration when a high volume (H) of air is inhaled and when a low volume (L) of air is inhaled. The data shown in FIGS. 9, 10, and 11 was data resulting from administration to five healthy male volunteers with the high volume inhalation representing an inhalation of approximately 4 liters and the low volume inhalation representing an inhalation of approximately 1.8 liters. As shown in FIG. 9 there are some differences between the plasma glucose response obtained between the inhalation delivery depending on whether the patient fully inhaled (high volume inhalation) as compared to only a partial inhalation (low volume inhalation). The serum insulin profile shown within FIG. 10 also demonstrates a difference between the effect obtained depending on whether the inhalation was complete (high volume) or partial (low volume). The different effect obtained between high and low volume in total inhaled volume is more dramatically shown over the shorter time period of FIG. 11.

[0191]    The difference between the serum insulin profile obtained depends on whether the patient delivers a high volume maneuver or a low volume maneuver when inhaling insulin. Understanding that this difference exists and accounting for such is important in order to obtain repeatable doses. Using the present invention it is possible to measure the total volume of air inhaled. The patient is instructed specifically to inhale maximally, i.e., continue inhaling to the maximum extent after drug is administered. The patient will always be on the high volume curve and the amount of insulin being delivered to the patient can be readily determined. It is also possible to instruct the patient to inhale to a given point above which the device is set to prevent further inhalation. This would place the patient on the low volume curve as per the figures. Although this would be less efficient the repeatability of dosing could be obtained.

[0192]    Another advantage of the present invention is dramatically shown within FIG. 12. Specifically, as shown within FIG. 12 when inhalation is used for insulin delivery the amount of insulin available to the patient actually exceeds that of subcutaneous administration during the first ten minutes. Thus, if the patient needs insulin quickly administering such by inhalation is very effective. As shown within FIG. 12 the bioeffectiveness of the inhaled delivery is less than that of subcutaneous administration after ten minutes and continually less thereafter.

[0193]    The method of the invention involves the release of a liquid, flowable insulin formulation from individual disposable containers which may be interconnected in a package. This is desirable in that the liquid, flowable drug is packaged under a sterile environment and therefore does not require and preferably does not include additional materials such as antifungal, bacteriostatics, and preservatives which would normally be required in a liquid formulation if the formulation was to be opened, exposed to air, closed and later used again. A new container and membrane are used for each release of drug. Thus, the membrane and container are disposable thereby preventing clogging of pores which takes place with reuse. In order to prevent clogging it is preferable to use a prefilter. The prefilter has a much higher porosity than the porous membrane nozzle but includes a much smaller hole. Thus, the prefilter will filter out any particles within the formulation but allow the formulation to move freely through the filter. A container with a prefilter included therein is disclosed within U.S. patent application Ser. No. 08/804,041 filed Feb. 24, 1997 which application is incorporated herein by reference to disclose containers and specifically the prefilter used in connection with such containers. When administering drug using the inhalation device of the present invention, the entire dosing event can involve the administration of anywhere from 10 .mu.l to 10 ml of drug formulation, but more preferably involves the administration of approximately 50 .mu.l to 1,000 .mu.l of drug formulation. Very small amounts of drug (e.g., nanogram amounts) may be dissolved or dispersed within a pharmaceutically acceptable, liquid, excipient material to provide a liquid, flowable formulation which can be readily aerosolized. The container will include the formulation having insulin therein in an amount of about 0.5 unit to 5 units, more preferably about 1 unit. The large variation in the amounts which might be delivered are due to different delivery efficiencies for different devices, formulations and different patients needs.

[0194]    The entire dosing event may involve several inhalations by the patient with each of the inhalations being provided with drug from the device. For example, the device can be programmed so as to release the contents of a single container or to move from one container to the next on a package of interconnected containers. Delivering smaller amounts from several containers can have advantages. Since only small amounts are delivered from each container and with each inhalation, even a complete failure to deliver drug with a given inhalation is not of great significance and will not seriously disturb the reproducibility of the dosing event. Further, since relatively small amounts are delivered with each inhalation, the patient can safely administer a few additional units of insulin without fear of overdosing.

[0195]    In addition to drug potency and delivery efficiency, drug sensitivity must be taken into consideration. The present invention makes it possible to vary dosing over time if sensitivity changes and/or if user compliance and/or lung efficiency changes over time.

[0196] Based on the above, it will be understood that the dosing or amount of insulin actually released from the device can be changed based on the most immediately prior monitoring event wherein the inspiratory flow of a patient's inhalation is measured.

[0197] One of the important features and advantages of the present invention is that the microprocessor can be programmed to take a number of different criteria into consideration with respect to dosing times. For example, the microprocessor can be programmed so as to include a minimum time interval between doses i.e. after a given delivery another dose cannot be delivered until a given period of time has passed. Secondly, the timing of the device can be programmed so that it is not possible to exceed the administration of a set maximum amount of drug within a given time. For example, the device could be programmed to prevent dispersing more than ten units of insulin within one hour for a patient with low insulin requirements, or more for a patient requiring a large dose of insulin. More importantly, the device can be programmed to take both criteria into consideration. Thus, the device can be programmed to include a minimum time interval between doses and a maximum amount of drug to be released within a given time period. For example, the microprocessor could be programmed to allow the release of a maximum of ten units of insulin during an hour which could only be released in amounts of one unit with each release being separated by a minimum of five minutes.

[0198] The dosing program can be designed with some flexibility. For example, if the patient normally requires 25 units per day of insulin, the microprocessor can be programmed to provide a warning after 25 units have been administered within a given day and to continue the warning thereafter to alert the user of possible overdoses. By providing a warning and not a lock-out, the device allows for the patient to administer additional insulin, if needed, due to a decreased lung function, a different diet, and/or account for misdelivery of insulin such as due to coughing or sneezing during an attempted delivery.

[0199] The ability to prevent overdosing is a characteristic of the device due to the ability of the device to monitor the amount of insulin released and calculate the approximate amount of insulin delivered to the patient based on monitoring a variety of lung function parameters. The ability of the present device to prevent overdosing is not merely a monitoring system which prevents further manual actuation of a button. As indicated above, the device used in connection with the present invention is not manually actuated, but is fired in response to an electrical signal received from a microprocessor (which received data from a monitoring device such as a device which monitors inspiratory flow) and allows the actuation of the device upon achieving an optimal point in a inspiratory cycle. When using the present invention, each actuation of the device will administer drug to the patient in that the device is fired in response to patient inhalation. More specifically, the preferred embodiment of the device does not allow for the release of insulin merely by the manual actuation of a button to fire a burst of insulin into the air or a container.

[0200] A variety of different embodiments of the dispersion device of the invention are contemplated. In accordance with one embodiment it is necessary to carry out manual cocking of the device. This means that energy is stored such as by retracting a spring so that, for example, a piston can be positioned below the drug containing container. In a similar manner a piston connected to a spring can be withdrawn so that when it is released it will force air through the air dispersion vents. Automatic cocking of forced storing systems for both the drug formulation and the air flow may be separate or in one unit. Further, one may be manual whereas the other may be done automatically. In accordance with one embodiment the device is cocked manually but fired automatically and electronically based on monitoring the patients inspiratory flow. The formulation may be physically moved through the porous membrane in a variety of different ways. Formulation may be forced through the membrane by a piston or, without applying force to the formulation, the membrane being vibrated at frequencies sufficient to create an aerosol. A combination of forced extrusion and vibration could be used. As indicated above, the amount of force applied can be varied such as by cocking the spring to a greater extent to apply greater force. Applying less force will cause the piston to expel only a portion of the container contents through the porous membrane.

[0201] The microprocessor 26 of the present invention preferably includes a timing device. The timing device can be electrically connected with visual display signals as well as audio alarm signals. Although insulin is generally administered as needed the timing device and microprocessor can be programmed so as to allow for a visual or audio signal to be sent to the patient at times when the patient would be normally expected to administer insulin. In addition to indicating the time of administration (preferably by audio signal), the device can indicate the amount of insulin which should be administered by providing a visual display. For example, the audio alarm could sound alerting the patient that insulin should be administered. At the same time, the visual display could indicate "one dosage unit" as the amount of drug (number of containers) to be administered. At this point, a monitoring event could take place. After completion of the monitoring event, administration would proceed and the visual display would continually indicate the remaining amount of insulin which should be administered. After the predetermined dose (indicated number of containers) had been administered, the visual display would indicate that the dosing event had ended. If the patient did not complete the dosing event by administering the stated amount of drug, the patient would be reminded of such by the initiation of another audio signal, followed by a visual display instructing the patient to continue administration.

[0202] Additional information regarding dosing insulin can be found within Harrison's—Principles of Internal Medicine (most recent edition) and the Drug Evaluation Manual, 1993 (AMA—Division of Drugs and Toxicology), both of which are published by McGraw Hill Book Company, New York, incorporated herein by reference to disclose conventional information regarding dosing of insulin.

[0203] Repeatable Dosing

[0204] The device 40 schematically shown within FIG. 4 can be specifically operated as follows. A container 1 is loaded into the device 6. The device is then armed meaning that the piston such as the spring-loaded piston 24 is cocked (i.e., the spring is compressed to a ready position. (The container 1 can be squeezed by a cam rotated by an electric

19

motor). If applicable another piston (not shown) used to compress the liquid formulation in a dual container system is cocked. Further, a container **1** of the package is moved into position and any cover is stripped off of the porous membrane **3**. Thereafter, the patient withdraws air from the mouthpiece **30** and the patient's inhalation profile is developed using the microprocessor **26**. After the inhalation profile is determined, the microprocessor calculates a point within the inhalation profile at which the drug should be released in order to maximize repeatability of the dosing, e.g. by plotting a curve of breath velocity versus time and determining the point on the curve most likely to provide repeatability of dosing. However, in order to carry out methodology in accordance with the present invention it is not necessary to plot any curve of breath velocity versus time. The device can be set so that the dose will be repeatedly released at approximately the same point with respect to inspiratory flow rate and inspiratory volume. If the device repeatedly fires at the same inspiratory flow rate and inspiratory volume each time the patient will receive substantially the same dose to the lung. Both criteria must be measured and used for firing to obtain repeatability.

[0205]    The microprocessor of the present invention can be programmed to release drug based on all or any of the following parameters:

   [0206]    (1) The device should be programmed to measure total exhaled and inhaled volume of the patient. After determining the patient's total lung volume the device should be set to signal the patient to continue inhaling to the same extent with each drug delivery and preferably they should be signaled to continue inhaling to the maximum extent in order to achieve both maximum efficiency and repeatability of dosage. It is noted that efficiency is sacrificed to some extent to ensure maximum repeatability of dosing.

   [0207]    (2) Delivery should be at an inspiratory flow rate inside a range of about 0.10 to about 2.0 liters per second (efficiency can be obtained by delivering at a flow rate in a range of 0.2 to about 1.8 liters per second and more preferably 0.15 to 1.7 liters per second). Repeatability of the delivery is obtained by releasing at substantially the same inspiratory flow rate at each drug release. Simultaneously, delivery should be at a point within a patient's inspiratory volume of about 0.05 to about 2.0 liters (further efficiency of delivery can be obtained by delivering within a range of 0.15 to 0.8 liters and more preferably 0.15 to about 0.4 liters). Repeatability of delivery is obtained by delivering at the same inspiratory volume at each release of drug. For the present invention it should be noted that the total inhaled volume is different from the volume set for the firing point. As indicated here the drug should be released to the patient when the volume is preferably in a range of 0.15 to about 0.4 liters. However, after the drug is released at this volume point the patient should continue to inhale to a maximum extent, e.g., inhaled a total of about 4 liters in order to improve efficiency and repeatability of dosage.

   [0208]    (3) Delivery is improved by providing a system which creates particles for systemic delivery

wherein the particles are in the range of about 0.5 to about 12.0 microns, preferably 0.5 to 6 microns and more preferably 0.5 to about 3 microns.

[0209]    (4) It is desirable to have obtained a concentration of the drug in the carrier in the range of from about 0.01 to about 12.5% preferably 0.1 to 10%. By maintaining the concentration of drug to carrier in this range it is possible to create particles which are somewhat larger than would be desirable for delivery but to reduce those particles in size by evaporation of carrier.

[0210]    (5) Air drawn into the flow path of the aerosolized particles can be heated by adding energy to each 10 .mu.l of formulation in an amount of about 20 Joules to 100 Joules, more preferably 20 Joules to 50 Joules. The heated air aids in reducing the effect of humidity and evaporates carrier away from the particles thereby providing smaller particles for inhalation.

[0211]    (6) Air is added to the aerosolized formulation by the patient drawing air into the aerosolized mist in an amount of about 50 milliliters to 2 liters per 10 microliters of aerosol formulation.

[0212]    (7) Vibration may be created on the porous membrane in an amount 575 to 32,000, preferably 1,000 to 17,000 and more preferably 2,000 to 4,200 kilohertz.

[0213]    (8) The pore size of a membrane is regulated within a range of 0.25 to about 6.0 microns, preferably 0.5 to 3 microns and more preferably 1 to 2 microns. This size refers to the diameter of the pore through which the formulation exits the membrane. The diameter of the opening into which the formulation flows may be 2 to 20 times that size in diameter thereby providing a conical configuration.

[0214]    (9) The viscosity of the formulation and the membrane porosity affect the amount of pressure which needs to be applied to force the formulation through the pores over a given period of time and the viscosity should be within the range of 25% to 1,000% the viscosity of water.

[0215]    (10) The extrusion pressure is regulated within a range of 50 to 600 psi more preferably 100 to 750 psi. Lower pressures may be obtained by using the conical configuration for the pore size.

[0216]    (11) The microprocessor should also be provided information regarding the ambient temperature and atmospheric pressure. The temperature is preferably close to room temperature i.e., within a range of 15.degree. C. to 30.degree. C. An atmospheric pressure is generally 1 atmosphere or slightly lower at higher altitudes, e.g., about 75% of 1 atmosphere.

[0217]    (12) To provide for consistency in dosing the ratio of the carrier to drug should be maintained constant and more highly concentrated insulin formulation are more desirable.

[0218]    (13) A desiccator is preferably used to remove water vapor from air drawn into the flow path by the patient.

20

[0219]    (14) The pores are preferably placed in the porous membrane in an elongated oval or elongated rectangular configuration. By configuring the pores in this manner and drawing air perpendicularly over the narrower dimension of the configuration it is possible to reduce the amount of collisions between particles and thereby avoid particles collision resulting in accumulation.

[0220]    (15) The thickness of the membrane is preferably regulated in the range of 5 to 200 microns or more preferably 10 to 50 microns. Thinner membranes are useful in that less pressure is required to force formulation through the membrane. The membrane has a tensile strength of 5,000 to 20,000, preferably 8,000 to 16,000 and more preferably 14,000 to 16,000 psi.

[0221]    (16) The membrane is configured so as to have a convex configuration which protrudes into faster moving air created by the patient's inhalation or is designed to be flexible so that it will assume a convex configuration when formulation is forced through the membrane.

[0222]    (17) After the microprocessor is provided information with respect to above parameters or measurements a drug release point is chosen the microprocessor will continually return to substantially the same firing point at each drug delivery so as to obtain repeatability of dosing.

[0223]    After drug has been delivered it is possible to discontinue any readings with respect to flow and/or volume. However, it is preferable to continue readings with respect to both criteria after drug has been released. By continuing the readings the adequacy of this patient's particular drug delivery maneuver can be determined. All of the events are recorded by the microprocessor. The recorded information can be provided to the caregiver for analysis. For example, the caregiver can determine if the patient correctly carried out the inhalation maneuver in order to correctly delivery drug and can determine if the patient's inhalation profile is effected by the drug.

[0224]    Monitoring Diabetic Control

[0225]    All methods of treating diabetes involve measuring glucose levels in some manner. Such measurements are necessary in order to titrate proper dosing and avoid the over-administration of insulin which can result in fatal hypoglycemia. Measurements of urine glucose alone are insufficient to assess diabetic control and bring mean plasma glucose values into a near normal range since the during will be free of glucose when the plasma concentration is relatively normal. For this reason, "home glucose monitoring" is used in those patients treated by continuous subcutaneous insulin infusion (CSII) or multiple subcutaneous injection (MSI) techniques. Such monitoring requires capillary blood which can be obtained in a substantially painless manner using a small spring-triggered device referred to as Autolet.TM. produced by Ulstr Scientific Incorporated which device is equipped with small disposable lancelets. The amount of glucose is analyzed using chemically impregnated strips which are read in a commercially available reflectance meter. One commercially available strip is referred to as Chemstrip bG (produced by Bio-Dynamics).

The Chemstrip Bg can provide satisfactory values by visual inspection utilizing a dual-color scale, thus eliminating the need for a reflectance meter. Frequent measurement of the plasma glucose (a fairly standard program utilizes seven or eight assays over a 24-hour period) allows a reasonable assessment of mean plasma glucose levels during the day and guides adjustment of insulin dosage.

[0226]    The methodology of the present invention is preferably utilized in combination with a closely controlled means of monitoring serum glucose levels. More specifically, the drug delivery device of the invention is used to administer doses of insulin via the intrapulmonary route. The doses may be administered in somewhat smaller amounts than are generally administered by injection. The amount of insulin administered can be readily adjusted in that smaller amounts are generally administered using the intrapulmonary delivery methodology of the present invention.

[0227]    After an aerosolized dose of insulin has been produced and inhaled into the patient's lungs the inhale-exhale maneuver can be performed at any time. Performing the maneuver provides advantages in that it increases the rate at which the insulin enters the circulatory system and thereby makes it possible to more accurately control the amount of additional insulin the patient might need in order to properly adjust the glucose level. If the maneuver is to be performed a greater amount of time must pass until the patient is sure that sufficient insulin has not already been absorbed. Regardless of the manner by which the insulin is administered i.e., by injection or inhalation there is some lag time between the administration of a dose of insulin and its effect on the serum glucose level. Thus, regardless of the means of administration and even when the inhale-exhale maneuver is performed some time must be allowed to pass for the glucose level to decrease prior to the administration of additional insulin in order to avoid overdosing. The use of the inhale-exhale maneuver decreases the "lag" time which is already decreased due to intrapulmonary administration as compared to subcutaneous injections. Further, as indicated above, the microprocessor can be programmed to prevent overdoses.

[0228]    During the day, as insulin is administered, serum glucose levels are frequently monitored. The amount of insulin administered can be dosed based on the monitored serum glucose levels, i.e., as glucose levels increase, the amount of insulin can be increased, and as glucose levels are seen to decrease, the dosing of insulin can be decreased.

[0229]    Based on the information disclosed herein in combination with what is known about insulin dosing and serum glucose levels, computer readable programs can be readily developed which can be used in connection with the insulin delivery device of the present invention. More specifically, the microprocessor can be programmed so as to deliver precise doses of insulin which correspond to the particular needs of the patient based on seru glucose monitoring information which is supplied to the microprocessor of the device of the invention. Further, the dosing information contained within the microprocessor of the device of the invention can be fed to a separate computer and/or serum glucose monitoring device (preferably portable) in order to calculate the best treatment and dosing schedule for the particular patient.

[0230]  Insulin Containing Formulations

[0231]  A variety of different insulin containing formulations can be used with the present invention. The active ingredient within such formulations is insulin which is preferably recombinantly produced human insulin but, as indicated above, may include insulin extracted from animal sources. Further, the insulin which has been recombinantly produced. Although the insulin and/or analog is generally present by itself as the sole active ingredient, the insulin may be present with an additional active ingredient such as a sulfonylurea. However, such sulfonylureas are generally administered separately in order to more closely control dosing and serum glucose levels.

[0232]  The present invention provides a great deal of flexibility with respect to the types of insulin to be administered. For example, a container can include insulin by itself or insulin in combination with an insulin analog of any type or combinations of different insulin analogs. Further, a package can be created wherein individual containers include different formulations wherein the formulations are designed to achieve a particular effect e.g., fast acting insulin or quick and careful monitoring can determine the preferred insulin dosing protocol to be followed for the particular patient.

[0233]  Regardless of the active ingredient, there are several basic types of insulin formulations which can be used in connection with the present invention. All of the formulations include insulin, preferably with a pharmaceutically acceptable carrier suitable for intrapulmonary administration.

[0234]  The insulin may be provided as a dry powder by itself, and in accordance with another formulation, the insulin or active ingredient is provided in a solution formulation. The dry powder could be directly inhaled by allowing inhalation only at the same measured inspiratory flow rate and inspiratory volume for each delivery. However, the powder is preferably dissolved in an aqueous solvent to create a solution which is moved through a porous membrane to create an aerosol for inhalation.

[0235]  Any formulation which makes it possible to produce aerosolized forms of insulin which can be inhaled and delivered to a patient via the intrapulmonary route can be used in connection with the present invention. Specific information regarding formulations (which can be used in connection with aerosolized delivery services) are described within Remington's Pharmaceutical Sciences, A. R. Gennaro editor (latest edition) Mack Publishing Company. Regarding insulin formulations, it is also useful to note Sciarra et al. [Journal of Pharmaceutical Sciences, Vol. 65, No. 4, 1979].

[0236]  The insulin is preferably included in a solution such as the type of solution which is made commercially available for injection and/or other solutions which are more acceptable for intrapulmonary delivery. When preparing preferred formulations of the invention which provide for the insulin, excipient and solvent, any pharmaceutically acceptable excipient may be used provided it is not toxic in the respiratory tract.

[0237]  Formulations include insulin dry powder by itself and/or with an excipient. When such a formulation is used, it may be used in combination with a gas propellant which

gas propellant is released over a predetermined amount of dried powder which is forced into the air and inhaled by the patient. It is also possible to design the device so that a predetermined amount of dry powder is placed behind a gate. The gate is opened in the same manner as the valve is released so that the same inspiratory flow rate and inspiratory volume is repeatedly obtained. Thereafter, the dry powder is inhaled by the patient and the insulin is delivered. When a solution is used the device of FIG. 4 is used to create an aerosolized form of the solution which can be inhaled by the patient.

[0238]  Formulations of the invention can include liposomes containing insulin in combination with an amount of alveolar surfactant protein effective to enhance the transport of the liposomes across the pulmonary surface and into the circulatory system of the patient. Such liposomes and formulations containing such are disclosed within U.S. Pat. No. 5,006,343, issued Apr. 9, 1991, which is incorporated herein by reference to disclose liposomes and formulations of liposomes used in intrapulmonary delivery. The formulations and methodology disclosed in U.S. Pat. No. 5,006,343 can be adapted for the application of insulin and included within the delivery device of the present invention in order to provide for effective treatments of diabetic patients.

[0239]  The terms "insulin" and "insulin analog" have been defined above. With respect to both terms, applicant points out that a variety of commercial insulin formulations are available. Rapidly acting preparations are always indicated in diabetic emergencies and in CSII and MSI programs. Intermediate preparations are used in conventional and MSI regimens. It is not possible to delineate precisely the biologic responses to the various preparations because peak effects and duration vary from patient to patient and depend not only on route of administration but on dose. The various insulins are available as rapid (regular, semilente), intermediate (NPH, lente, globin), and long-acing (PZI, ultralente) preparations, although not all manufacturers offer all varieties. Lente and NPH insulin are used in most conventional therapy and are roughly equivalent in biologic effects, although lente appears to be slightly more immunogenic and to mix less well with regular insulin than does NPH.

[0240]  The methodology of the invention may be carried out using a portable, hand-held, battery-powered device which uses a microprocessor component as disclosed in U.S. Pat. No. 5,404,871, issued Apr. 11, 1995 and U.S. Pat. No. 5,450,336, issued Sep. 12, 1995 both of which are incorporated herein by reference. In accordance with another system the methodology of the invention could be carried out using the device, dosage units and system disclosed in U.S. Ser. No. 94/05825 with modifications as described herein. Insulin (which is preferably recombinant insulin) is included in an aqueous formulation which is aerosolized by moving the formulation through a flexible porous membrane. Alternatively, the methodology of the invention could be carried out using a mechanical (non-electronic) device. Those skilled in the art recognized that various components can be mechanical set to actuate at a given inspiratory flow rate (e.g. a spring biased valve) and at a given volume (e.g. a spinable flywheel which rotates a given amount per a given volume).

[0241]  The insulin which is released to the patient may be in a variety of different forms. For example, the insulin may be an aqueous solution of drug, i.e., drug dissolved in water

22

and formed into small particles to create an aerosol which is delivered to the patient. Alternatively, the drug may be in a solution or a suspension wherein a low-boiling point propellant is used as a carrier fluid. In yet another embodiment the insulin may be in the form of a dry powder which is intermixed with an airflow in order to provided for delivery of drug to the patient. Regardless of the type of drug or the form of the drug formulation, it is preferable to create drug particles having a size in the range of about 0.5 to 12 microns. By creating drug particles which have a relatively narrow range of size, it is possible to further increase the efficiency of the drug delivery system and improve the repeatability of the dosing. Thus, it is preferable that the particles not only have a size in the range of 0.5 to 12 microns but that the mean particle size be within a narrow range so that 80% or more of the particles being delivered to a patient have a particle diameter which is within .+–0.20% of the average particle size, preferably .+–0.10% and more preferably .+–0.5% of the average particle size.

[0242]    The velocity at which the aerosolized drug is released to the patient is also important in terms of obtaining a high degree of repeatability in dosing and providing for a high percentage of drug being delivered to the patient's lungs. Most preferably, the drug is released from a container in a direction which is normal to the patient's airflow. Accordingly, the drug in a container **1** as shown in **FIG. 3** may be released directly upward so that its flow is at a 90.degree. angle with respect to the patient's inspiratory flow which is directly horizontal. After being released, the drug velocity decreases and the drug particles remain suspended for a sufficient period of time to allow the patient's inspiration to draw the drug into the patient's lungs. The velocity of drug released in the direction from the drug release point to the patient may match the patient's inspiratory flow rate but is preferably slower that the patient's inspiratory flow rate and is most preferably about zero. The velocity may be slightly negative, i.e., in a direction away from the patient. The velocity may range from −2.0 liters/sec to 2.0 liters/sec and is preferably zero. It is not desirable to project the drug toward the patient at a rate above the speed of the patient's breath as such may result in drug being deposited on the back of the patient's throat. Thus, the drug release speed should be equal to or less than the breath speed. The actual speed of release can vary depending on factors such as the particle size, the particle composition and the distance between the point of release and the patient. The velocity is preferably such that the particles will (due to air resistance) slow to zero velocity after traveling a distance of about 2 centimeters or less. In general, the shorter the distance required to slow the particles to zero velocity the better.

[0243]    An aerosol may be created by forcing drug through pores of a membrane which pores have a size in the range of about 0.25 to 6 microns preferably 0.5 to 3.0 microns. When the pores have this size the particles which escape through the pores to create the aerosol will have a diameter about twice the diameter of the pore opening from which the formulation exists. However, the particle size can be substantially reduced by adding heat to the air around the particles and cause evaporation of carrier. Drug particles may be released with an air flow intended to keep the particles within this size range. The creation of small particles may be facilitated by the use of the vibration device which provides a vibration frequency in the range of about

800 to about 4000 kilohertz. Those skilled in the art will recognize that some adjustments can be made in the parameters such as the size of the pores from which drug is released, vibration frequency and amplitude, pressure, and other parameters based on the concentration, density, viscosity and surface tension of the formulation keeping in mind that the object is to provide aerosolized particles having a diameter in the range of about 0.5 to 12 microns.

[0244]    The drug formulation may be a low viscosity liquid formulation. The viscosity of the drug by itself or in combination with a carrier is not of particular importance except to note that the formulation must have characteristics such that it can be forced out of openings of the flexible or convex membrane to form an aerosol, e.g., using 20 to 400 psi to form an aerosol preferably having a particle size in the range of about 0.5 to 6.0 microns.

[0245]    Drug may be stored in and/or released from a container of any desired size. In most cases the size of the container is not directly related to the amount of drug being delivered in that most formulations include relatively large amounts of excipient material e.g. water or a saline solution. Accordingly, a given size container could include a wide range of different doses by varying drug concentration.

[0246]    Drug containers may include indices which may be electronic and may be connected to a power source such as a battery. When the indices are in the form of visually perceivable numbers, letters or any type of symbol capable of conveying information to the patient. Alternatively, the indices may be connected to a power source such as a battery when the indices are in the form of magnetically, optically or electronically recorded information which can be read by a drug dispensing device which in turn provides visual or audio information to the user. The indices can be designed for any desired purpose but in general provides specific information relating to the day and/or time which the drug within a container should be administered to the patient. Such indices may record, store and transfer information to a drug dispensing device regarding the number of doses remaining in the container. The containers may include labeling which can be in any format and could include days of the month or other symbols or numbers in any variation or language.

[0247]    In addition to disclosing specific information regarding the day and time for drug delivery the indices could provide more detailed information such as the amount of insulin dispensed from each container which might be particularly useful if the containers included different amounts of insulin. Further, magnetic, optical and/or electronic indices could have new information recorded onto them which information could be placed there by the drug dispensing device. For example, a magnetic recording means could receive information from the drug dispensing device indicating the precise time which the insulin was actually administered to the patient. In addition to recording the time of delivery the device could monitor the expected efficacy of the delivery based on factors such as the inspiratory flow rate which occurred following the initial release of insulin. The information recorded could then be read by a separate device, interpreted by the care-give and used to determine the usefulness of the present treatment methodology. For example, if the glucose levels of the patient did not appear to be responding well but the recorded informa-

23

tion indicating that the patient had taken the drug at the wrong time or that the patient had misdelivered drug by changing inspiratory flow rate after initial release it might be determined that further education in patient use of the device was needed but that the present dosing methodology might well be useful. However, if the recordings indicated that the patient had delivered the aerosolized insulin using the proper techniques and still not obtained the correct results (e.g. acceptable glucose levels) another dosing methodology might be recommended. The method of treating Diabetes Mellitus may be carried out using a hand-held, portable device comprised of (a) a device for holding a disposable package comprised of at least one but preferably a number of drug containers, (b) a propellant or a mechanical mechanism for moving the contents of a container through a porous membrane (c) a monitor for analyzing the inspiratory flow, rate and volume of a patient, and (d) a switch for automatically releasing or firing the mechanical means after the inspiratory flow and/or volume reaches a threshold level. The device may also include a transport mechanism to more the package from one container to the next with each container and its porous membrane being disposed of after use. The entire device is self-contained, light weight (less than 1 kg preferably less than 0.5 kg loaded) and portable.

[0248]    The device may include a mouth piece at the end of the flow path, and the patient inhales from the mouth piece which causes an inspiratory flow to be measured within the flow path which path may be in a non-linear flow-pressure relationship. This inspiratory flow causes an air flow transducer to generate a signal. This signal is conveyed to a microprocessor which is able to convert, continuously, the signal from the transducer in the inspiratory flow path to a flow rate in liters per minute. The microprocessor can further integrate this continuous air flow rate signal into a representation of cumulative inspiratory volume. At an appropriate point in the inspiratory cycle, the microprocessor can send a signal to an actuation means (and/or a vibration device below the resonance cavity). when the actuation means is signaled, it causes the mechanical means (by pressure and/or vibration) to move drug from a container on the package into the inspiratory flow path of the device and ultimately into the patient's lungs. After being released, the drug and carrier will pass through a porous membrane, which can be vibrated to aerosolize the formulation and thereafter the lungs of the patient.

[0249]    The device preferably includes a means for recording a characterization of the inspiratory flow profile for the patient which is possible by including a microprocessor in combination with a read/write memory means and a flow measurement transducer. By using such devices, it is possible to change the firing threshold at any time in response to an analysis of the patient's inspiratory flow profile, and it is also possible to record drug dosing events over time. In a particularly preferred embodiment the characterization of the inspiratory flow can be recorded onto a recording means on the disposable package.

[0250]    The details of a drug delivery device which includes a microprocessor and pressure transducer of the type which may be used in connection with the present invention are described and disclosed within U.S. Pat. No. 5,404,871, issued Apr. 11, 1995 and U.S. Pat. No. 5,450,336, issued Sep. 12, 1995 incorporated in their entirety herein by reference, and specifically incorporated in order to describe and disclose the microprocessor and program technology used therewith. The pre-programmed information is contained within a nonvolatile memory which can be modified via an external device. In another embodiment, this pre-programmed information is contained within a "read only" memory which can be unplugged from the device and replaced with another memory unit containing different programming information. In yet another embodiment, a microprocessor, containing read only memory which in turn contains the pre-programmed information, is plugged into the device. For each of these embodiments, changing the programming of the memory device readable by a microprocessor will radically change the behavior of the device by causing the microprocessor to be programmed in a different manner. This is done to accommodate different insulin formulation and for different types of treatment, e.g., patients with different types of diabetes.

[0251]    After dosing a patient with insulin it is desirable to measure glucose (invasively or non-invasively) and make adjustments as needed to obtain the desired glucose level. In accordance with all methods the patient does not push a botton to release drug. The drug is released automatically by signals from the microprocessor using measurements obtained.

[0252]    The doses administered are based on an assumption that when interpulmonary delivery methodology is used the efficiency of the delivery is at a known percent amount, e.g., 20% to 50% or more approximately and adjustments in the amount released in order to take into account the efficiency of the device. The differential between the amount of insulin actually released from the device and the amount actually delivered to the patient varies due to a number of factors. In general, devices used with the present invention can have an efficiency as low as 10% and as high as 50% or more meaning that as little as 10% of the released insulin may actually reach the circulatory system of the patient and as much as 50% or more might be delivered. The efficiency of the delivery will vary somewhat from patient to patient and must be taken into account when programming the device for the release of insulin. In general, a conventional metered (propellant-driven) dose inhaling device is about 10% efficient.

[0253]    One of the important features and advantages of the present invention is that the microprocessor can be programmed to take a variety of different criteria into consideration with respect to dosing times. Specifically, the microprocessor can be programmed so as to include a minimum time interval between doses i.e. after a given delivery another dose cannot be delivered until a given period of time has passed. Secondly, the timing of the device can be programmed so that it is not possible to exceed the administration of a set maximum amount of insulin within a given time. For example, the device could be programmed to prevent dispersing more than 5 units of insulin within one hour. More importantly, the device can be programmed to take both criteria into consideration. Thus, the device can be programmed to include a minimum time interval between doses and a maximum amount of insulin to be released within a given time period. For example, the microprocessor could be programmed to allow the release of a maximum of 5 units of insulin during an hour which could only be released in amounts of 1 unit with each release being separated by a minimum of five minutes.

US 2002/0124852 A1

24

Sep. 12, 2002

[0254]  Additional information regarding dosing with insulin via injection can be found within Harrison's—Principles of Internal Medicine (most recent edition) published by McGraw Hill Book Company, New York, incorporated herein by reference to disclose conventional information regarding dosing insulin via injection.

[0255]  Another feature of the device is that it may be programmed to not release drug if it does not receive a signal transmitted to it by a transmitter worn by the intended user. Such a system improves the security of the device and prevents misuse by unauthorized users such as children.

[0256]  The microprocessor of the invention can be connected to external devices permitting external information to be transferred into the microprocessor of the invention and stored within the non-volatile read/write memory available to the microprocessor. The microprocessor of the invention can then change its drug delivery behavior based on this information transferred from external devices such as a glucose monitoring device. All of the features of the invention are provided in a portable, programmable, battery-powered, hand-held device for patient use which has a size which compares favorably with existing metered dose inhaler devices.

[0257]  Different mechanisms will be necessary in order to deliver different formulations, such as a dry powder without any propellant. A device could be readily designed so as to provide for the mechanical movement of a predetermined amount of dry powder to a given area. The dry powder would be concealed by a gate, which gate would be opened in the same manner described above, i.e., it would be opened when a predetermined flow rate level and cumulative volume have been achieved based on an earlier monitoring event. Patient inhalation or other source of energy such as from compressed gas or a mechanical device would then cause the dry powder to form a dry dust cloud and be inhaled.

[0258]  In addition to monitoring glucose levels in order to determine proper insulin dosing, the microprocessor of the present invention is programmed so as to allow for monitoring and recording data from the inspiratory flow monitor without delivering drug. This is done in order to characterize the patient's inspiratory flow profile in a given number of monitoring events, which monitoring events preferably occur prior to dosing events. After carrying out a monitoring event, the preferred point within the inspiratory cycle for drug delivery can be calculated. This calculated point is a function of measured inspiratory flow rate as well as calculated cumulative inspiratory flow volume. This information is stored and used to allow activation of the valve when the inhalation cycle is repeated during the dosing event. Those skilled in the art will also readily recognize that different mechanisms will be necessary in order to deliver different formulations, such as a dry powder without any propellant. A device could be radially designed so as to provide for the mechanical movement of a predetermined amount of dry powder to a given area. The dry powder would be concealed by a gate, which gate would be opened in the same manner described above, i.e., it would be opened when a predetermined flow rate level and cumulative volume have been achieved based on an earlier monitoring event. Patient inhalation would then cause the dry powder to form a dry dust cloud and be inhaled. Dry powder can also be aero-

solized by compressed gas, and a solution can be aerosolized by a compressed gas released in a similar manner and then inhaled.

[0259]  Dual Compartment Container

[0260]  The dual compartment container 70 of FIG. 13 includes a first container 71 and a second container 72. The containers 71 and 72 are in fluid connection with each other but the fluid connection is interrupted by a membrane 73 which membrane can be ruptured by the application of pressure (preferably in an amount of about 50 psi or less). A device such as the component 74 forces against the bottom of the container 72 and forces the contents 75 (which is liquid) against the membrane 73 which is then ruptured. The liquid 75 then enters the container 71 and mixes with the dry powder insulin 76 present with the container 71. The container 71 may include missing components 77 and 78. These components may be vibrating devices, ultrasonic devices or other suitable mechanisms allowing for the mixing of the liquid with the dry insulin. When the mixing is completed the component 79 is forced against the container 71 forcing the insulin formulation present therein into the chamber 80. Once the formulation is in the chamber 80 it is there under pressure and can be moved through the flexible membrane 81 by the application of that pressure and/or by the use of a vibrating device 82. The formulation is moved through the membrane 81 only after removal of the cover sheet 83.

[0261]  The membrane 81 may be permanently convexed or may be flexible and convex outward when the formulation is forced through the membrane and will operate as per the container described in FIGS. 1-4 above. The membrane 81 includes pores having a diameter in the range of about 0.25 micron to about 6 microns and a pore density in the range of $1 \times 10^4$ to about $1 \times 10^8$ pores per square centimeter. The porous membrane 81 is preferably comprised of a material having a density in the range of about 0.25 to 3.0 mg/cm$^2$, more preferably about 1.7 mg/cm$^2$ and a thickness of about 2 to about 20 microns, more preferably 8 to 12 microns. The liquid 75 present in the container 72 is preferably capable of dissolving completely dissolved within the container 71 prior to being forced into the chamber 80. Dissolving the insulin makes it easier to move the insulin through the pores of the membrane 81 and create a fine mist aerosol. Keeping the dried insulin apart from the liquid makes it possible to maintain a longer shelf life.

[0262]  The instant invention is shown herein in what is considered to be the most practical and preferred embodiments. It is recognized, however, that departures may be made therefrom which are within the scope of the invention and that obvious modifications will occur to one skilled in the art upon reading this disclosure.

32. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) supplying a predetermined amount of insulin to a hand held device, said predetermined amount being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) contacting said insulin with a compressed gas to form a cloud in said hand held device, said cloud comprising a repeatable amount of insulin, said repeatable amount

US 2002/0124852 A1

25

Sep. 12, 2002

being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein an amount of said insulin in said cloud effective, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient is absorbed into the bloodstream of said patient.

**33.** A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) supplying a predetermined amount of insulin to a hand held device, said predetermined amount being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) contacting said insulin with a compressed gas to form a cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein an amount of insulin in said cloud effective, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient is absorbed into the bloodstream of said patient.

**34.** A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) mechanically supplying a predetermined amount of insulin to a given area of a hand held device, said predetermined amount being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) aerosolizing said insulin with a compressed gas to form a cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein an amount of insulin in said cloud effective, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient is absorbed into the bloodstream of said patient.

**35.** A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) supplying a predetermined amount of insulin in the form of a dry powder to a hand held device, said predetermined amount being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) contacting said insulin with a compressed gas to form a cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein an amount of insulin in said cloud effective, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient is absorbed into the bloodstream of said patient.

**36.** A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) mechanically supplying a predetermined amount of insulin in the form of a dry powder to a given area of a hand held device, said predetermined amount being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) aerosolizing said insulin with a compressed gas to form a cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being in excess of that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein an amount of insulin in said cloud effective, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient is absorbed into the bloodstream of said patient.

**37.** A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) supplying a predetermined amount of insulin in the form of a dry powder to a hand held device, said predetermined amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in the blood of said patient;

(b) contacting said insulin with a compressed gas to form a dry cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in the blood of said patient; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein an amount of insulin in said cloud effective, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient is absorbed into the bloodstream of said patient.

**38.** A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

26

(a) mechanically supplying a predetermined amount of insulin in the form of a dry powder to a given area of a hand held device, said predetermined amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) aerosolizing said insulin with a compressed gas to form a dry cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in the blood of said patient; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein an amount of insulin in said cloud effective, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient is absorbed into the bloodstream of said patient.

**39**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) supplying a predetermined amount of insulin in the form of a dry powder to a hand held device, said predetermined amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) contacting said insulin with a compressed gas to form a dry cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in the blood of said patient; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein 1 to 30 units of insulin are absorbed into the bloodstream of said patient.

**40**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) mechanically supplying a predetermined amount of insulin in the form of a dry powder to a given area of a hand held device, said predetermined amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) aerosolizing said insulin with a compressed gas to form a dry cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in the blood of said patient; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said insulin cloud to the lungs of said patient, wherein 1 to 30 units of insulin are absorbed into the bloodstream of said patient.

**41**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) supplying a predetermined amount of insulin in the form of a dry powder to a hand held device, said predetermined amount being 2 to 300 units of insulin;

(b) contacting said insulin with a compressed gas to form a dry cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being 2 to 300 units of insulin; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient; wherein 1 to 30 units of insulin are repeatably absorbed into the bloodstream of said patient.

**42**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) mechanically supplying a predetermined amount of insulin in the form of a dry powder to a given area of a hand held device, said predetermined amount being 2 to 300 units of insulin;

(b) aerosolizing said insulin with a compressed gas to form a dry cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being 2 to 300 units of insulin; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient; wherein 1 to 30 units of insulin are repeatably absorbed into the bloodstream of said patient.

**43**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) determining the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level;

(b) aerosolizing, in a hand held device, a predetermined amount of insulin in excess of said required amount of insulin with a compressed gas to form a cloud in said hand held device, said cloud comprising a repeatable amount of insulin in excess of said required amount of insulin; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said insulin cloud to the lungs of said patient, wherein said required amount of insulin is absorbed into the bloodstream of said patient.

**44**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) determining the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable blood glucose level;

(b) aerosolizing, in a hand held device, a predetermined amount of insulin in excess of said required amount of insulin with a compressed gas to form a cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin in excess of said required amount of insulin; and

27

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein said required amount of insulin is absorbed into the bloodstream of said patient.

**45**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) determining the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level;

(b) aerosolizing, in a hand held device, a predetermined amount of insulin 2 to 10 times said required amount of insulin with a compressed gas to form a dry cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being 2 to 10 times said required amount of insulin; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein said required amount of insulin is absorbed into the bloodstream of said patient.

**46**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) determining the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level, said required amount being 1-30 units;

(b) aerosolizing, in a hand held device, a predetermined amount of a dry powder comprising insulin, said predetermined amount being 2 to 10 times said required amount of insulin, with a compressed gas to form a dry cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being 2 to 10 times said required amount of insulin; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said cloud to the lungs of said patient, wherein from 1 to 30 units of insulin are absorbed into the bloodstream of said patient.

**47**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) determining the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level, said required amount being from 1-30 units;

(b) aerosolizing, in said hand held device, a predetermined amount of insulin in the form of a dry powder, said predetermined amount being from 2 to 300 units of insulin, with a compressed gas to form a dry cloud in said hand held device, said cloud comprising a repeatable and controlled amount of insulin, said repeatable and controlled amount being from 2 to 300 units of insulin; and

(c) inhaling said cloud at an inspiratory flow rate and volume adapted to deliver a portion of said insulin cloud to the lungs of said patient; wherein from 1 to 30 units of insulin are repeatably absorbed into the bloodstream of said patient.

**48**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) aerosolizing, in a hand held device, a first predetermined amount of insulin, which is in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level, with a compressed gas to form a first cloud in said hand held device, said first cloud comprising a first repeatable and controlled amount of insulin which is in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level;

(b) inhaling said first cloud at an inspiratory flow rate and volume adapted to deliver a portion of said first cloud to the lungs of said patient, wherein insulin is absorbed into the bloodstream of said patient; and

(c) repeating (a) and (b) with a second predetermined amount of insulin which is the same as or different from said first predetermined amount and is in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level and a second repeatable and controlled amount of insulin which is the same as or different from said first repeatable and controlled amount and is in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level.

**49**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) aerosolizing, in a hand held device, a first predetermined amount of insulin in the form of a dry powder with a compressed gas to form a first cloud in said hand held device, said first predetermined amount being an amount in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level, said first cloud comprising a first repeatable and controlled amount of insulin which is in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level;

(b) inhaling said first cloud at an inspiratory flow rate and volume adapted to deliver a portion of said first cloud to the lungs of said patient, wherein insulin is absorbed into the bloodstream of said patient; and

(c) repeating (a) and (b) with a second predetermined amount of insulin which is the same as or different from said first predetermined amount and is in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level and a second repeatable and controlled amount of insulin which is the same as or different from said first repeatable and controlled amount and is in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level.

**50**. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) aerosolizing, in a hand held device, a first predetermined amount of insulin in the form of a dry powder, said first predetermined amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient, with a compressed gas to form a first dry

28

cloud in said hand held device, said first cloud comprising a first repeatable and controlled amount of insulin which is 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) inhaling said first cloud at an inspiratory flow rate and volume adapted to deliver a portion of said first cloud to the lungs of said patient, wherein insulin is absorbed into the bloodstream of said patient;

(c) repeating (a) and (b) with a second predetermined amount of insulin which is the same as or different from said first predetermined amount and is in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level and a second repeatable and controlled amount of insulin which is the same as or different from said first repeatable and controlled amount and is in excess of the amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level.

51. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) aerosolizing, in a hand held device, a first predetermined amount of insulin in the form of a dry powder, said first predetermined amount being 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient, with a compressed gas to form a first dry cloud in said hand held device, said first cloud comprising a first repeatable and controlled amount of insulin which is 2 to 10 times that amount required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level in said patient;

(b) inhaling said first cloud at an inspiratory flow rate and volume adapted to deliver a portion of said first cloud

to the lungs of said patient, wherein 1 to 30 units of insulin are absorbed into the bloodstream of said patient;

(c) repeating (a) and (b) with a second predetermined amount of insulin which is the same as or different from said first predetermined amount and is 2 to 10 times that amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level and a second repeatable and controlled amount of insulin which is the same as or different from said first repeatable and controlled amount and is 2 to 10 times that amount of insulin required, in the bloodstream of said patient, to produce or maintain an acceptable serum glucose level.

52. A method of treating diabetes mellitus in a patient in need thereof, said method comprising:

(a) aerosolizing, in a hand held device, a first predetermined amount of insulin in the form of a dry powder, said first predetermined amount being 2 to 300 units of insulin, with a compressed gas to form a first dry cloud in said hand held device, said first cloud comprising a first repeatable and controlled amount of insulin being 2 to 300 units of insulin;

(b) inhaling said first cloud at an inspiratory flow rate and volume adapted to deliver a portion of said first cloud to the lungs of said patient; wherein from 1 to 30 units of insulin are repeatably absorbed into the bloodstream of said patient;

(c) repeating (a) and (b) with a second predetermined amount which is the same as or different from said first predetermined amount and is 2 to 300 units of insulin and a second repeatable and controlled amount which is the same as or different from said first repeatable and controlled amount and is 2 to 300 units of insulin.

* * * * *

# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NOVO NORDISK A/S | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 06-1896 (CKK) |
| | ) | |
| JON W. DUDAS | ) | |
| Under Secretary of Commerce for | ) | |
| Intellectual Property and | ) | |
| Director of the United States Patent | ) | |
| & Trademark Office, | ) | |
| | ) | |
| Defendant. | ) | |

## EXPERT WITNESS REPORT OF PROFESSOR MYRNA B. DOLOVICH

**I.    QUALIFICATIONS**

1.    My name is Myrna B. Dolovich.  I am an Associate Clinical Professor in the Departments of Medicine and Radiology, Faculty of Health Sciences, McMaster University.  I also head the Firestone Research Aerosol Laboratory, Faculty of Health Sciences, in the Department of Medicine at St. Joseph's Healthcare, one of five teaching hospitals associated with McMaster University.

2.    I earned a Bachelor of Electrical Engineering degree from McGill University, Montreal, Quebec, in 1963.  In 1968 I was received into the Association of Professional Engineers of Ontario, Canada.

3.    I am a member of numerous professional organizations, including the American Thoracic Society, the German Association for Aerosol Research (GaeF), and the International Society for Aerosols in Medicine (ISAM).  I served on the Board of Directors of ISAM from

1995-1999, and again from 2001-2005. In addition, I currently serve on the Editorial Boards for the Journal of the ISAM, the Journal of Aerosols in Medicine, and the Journal of Pediatric Asthma, Allergy and Immunology. I am also Chair of the TC-Z264 Drug Related Standards Section of the Canadian Standards Association (CSA) Healthcare Technology Program, which develops standards for medical devices and treatments.

4.     In 2006 I received the Thomas T. Mercer Joint Prize. Sponsored by the American Association for Aerosol Research and ISAM, the Thomas T. Mercer Joint Prize recognizes achievement of excellence in the field of medical aerosols and inhalable materials.

5.     I have authored and co-authored numerous peer-reviewed publications in the field of inhalation therapy, including publications on drug delivery devices, lung dose and deposition, the effects of particle size on drug delivery, and dose targeting for dry powder inhalers.

6.     Further details of my education and professional experience, as well as a list of the publications that I authored or co-authored, are set forth in my *Curriculum Vitae*, which is attached to this report as Exhibit 1. I have not provided expert testimony at trial or by deposition in the last four years.

7.     I have been retained by the U.S. Patent and Trademark Office ("USPTO") on behalf of the Defendant in this lawsuit. I am being compensated by the USPTO for my work in connection with this lawsuit at a rate of $250/hour. My compensation is not contingent on the contents of this report or any particular outcome in this lawsuit.

8.     In formulating my opinion, I have considered my professional experience and knowledge, as well as the following documents:

(a)     Expert Report of Dr. Ronald G. Crystal ("Crystal Rep.")

2

and the exhibits attached thereto;

(b)     U.S. Patent Application No. 09/848,774, as published,
        (Crystal Rep., Exhibit 4 );

(c)     The claims on appeal (Crystal Rep., Exhibit 5);

(d)     The Decision on Appeal from the Board of Patent Appeals
        and Interferences ("Board") (Crystal Rep., Exhibit 6);

(e)     International Patent Publication No. WO 90/07351 to
        Schenk et al. ("Schenk") (Crystal Rep., Exhibit 7);

(f)     U.S. Patent No. 5,192,548 to Velasquez et al.
        ("Velasquez") (Crystal Rep., Exhibit 8);

(g)     Harrison's Principles of Internal Medicine, Ch. 337
        "Diabetes Mellitus" at pp. 1986-87 (Kurt Isselbacher et al.
        eds., 13th ed. 1994) ("Harrison") (Crystal Rep., Exhibit 9);

(h)     U.S. Patent No. 5,320,094 to Laube et al. ("Laube")
        (Exhibit 2 hereto);

(i)     Laube et al., Preliminary Study of the Efficacy of Insulin
        Aerosol Delivered by Oral Inhalation in Diabetic Patients,
        JAMA Apr. 28, 1993; 269:2106-2109;

(j)     Patton et al., Pulmonary delivery of peptides and proteins
        for systemic action, Advanced Drug Delivery Reviews, 8
        (1992) 179-196;

(k)     Patton, et al., Aerosol Insulin – A Brief Review,
        Respiratory Drug Delivery IV, 1994, 65-74;

(l)     Olson et al., Pressure drop and fluid flow regime of air
        inspired into the human lung, Journal of Applied
        Physiology, Vol. 28, No. 4, April 1970, 482-494;

(m)     Klonoff, Inhaled Insulin, Diabetes Technology &
        Therapeutics, Vol. 1, No. 3, 1999, 307-313;

(n)     Dolovich, Lung Dose, Distribution, and Clinical Response
        to Therapeutic Aerosols, Aerosol Science and Technology

3

18:230-240 (1993);

(o)     Farr et al., AERx–Development of a Novel Liquid Aerosol
        Delivery System: Concept to Clinic, Respiratory Drug
        Delivery V, 1996, 175-182;

(p)     Farr et al., Technical Development of AERx Diabetes
        Management System: Essential Characteristics for Diabetes
        Treatment with Pulmonary Insulin, Respiratory Drug
        Delivery VIII, 2002, 51-59;

(q)     Dolovich et al., Optimal Delivery of Aerosols from
        Metered Dose Inhalers, Chest, Vol. 80, 6 Dec. 1981
        Supplement, 911-915;

(r)     Farr et al., Comparison of in Vitro and in Vivo Efficiencies
        of a Novel Unit-dose Liquid Aerosol Generator and a
        Pressurized Metered Dose Inhaler, International Journal of
        Pharmaceutics 198 (2000) 63-70;

(s)     Chen et al., Hypoglycemic efficacy of pulmonary delivered
        insulin dry powder aerosol in rats, Acta Pharmacol Sin
        2002 May: 23 (5): 467-470;

(t)     Harvey et al., Airway epithelial CFTR mRNA Expression
        in Cystic Fibrosis Patients after Repetitive Administration
        of a Recombinant Adenovirus, The Journal of Clinical
        Investigation, Nov. 1999, Vol. 104, No. 9, 1245-1255;

(u)     Cipolla et al., Coarse Spray Delivery to a Localized Region
        of the Pulmonary Airways for Gene Therapy; Human Gene
        Therapy 11:361-271 (Jan. 20, 2000);

(v)     Sangwan et al., Aerosolized Protein Delivery in Asthma:
        Gamma Camera Analysis of Regional Deposition and
        Perfusion, Journal of Aerosol Medicine, Vol. 14, No. 2,
        2001, 185-195;

(w)     Komada et al., Intratracheal delivery of peptide and protein
        agents: Absorption from solution and dry powder by rat
        lung, Journal of Pharmaceutical Sciences, Vol. 83, Issue 6,
        1994, pp. 863-867;

4

(x)    Parameswaran et al., Clinical models to compare the safety and efficacy of inhaled coricosteriods in patients with asthma, Can Respir J Vol. 10, no. 1, Jan./Feb. 2003, 27-34.

(y)    Laube, Treating Diabetes with Aerosolized Insulin, Chest, 120/3, Sept. 2001 Suppl., 99S-106S;

(z)    Nathan, Counterpoint: No Time to Inhale: Arguments Against Inhaled Insulin in 2007, Diabetes Care, Vol. 20, No. 2, Feb. 2007, 442-3;

(aa)    Swedish Patent No. 453,566;

(bb)    U.S. Patent No. 4,907,583 to Wetterlin et al.;

(cc)    U.S. Patent No. 4,926,852 to Zoltan et al.;

(dd)    U.S. Patent No. 5,755,221 to Bisgaard;

(ee)    Laube et al., Proving the Efficacy of Insulin Delivered Through the Lungs as an Aerosol, Journal of Biopharmaceutical Sciences, Vol. 3, [1/2], 163-169.

## II.    BACKGROUND

9.    I understand that this lawsuit involves an application for a U.S. patent that claims various methods of administering aerosolized dry insulin powder to the lungs for absorption into the bloodstream, for the purpose of treating diabetes mellitus ("diabetes"). I further understand that the issue to be decided by the Court is whether these claims, numbered 22, 23, 25, 26, 31 and 35 are patentable under the U.S. Patent Statute.

Claim 22 reads as follows:

A method for treating diabetes mellitus in a patient comprising the steps of:

a.    supplying a predetermined amount of dry insulin powder to an inhalation device;

5

    b.    releasing a pressurized gas over the predetermined amount of dry insulin powder to create an aerosolized suspension comprising powder suspended in air, wherein the aerosolized suspension contains an amount of insulin that is 2-10 times higher than the amount needed to be absorbed in the bloodstream of the patient; and

    c.    inhaling the aerosolized suspension at a flow rate and volume sufficient to allow the patient to absorb in the bloodstream a controlled dose of insulin that comprises between 1-50 units of insulin.

Crystal Rep., Exh. 5, p. 11 of 13.

10.    I understand that Novo Nordisk has asserted that the claims at issue were invented no later than January 29, 1993. I also understand that it is important to this litigation to ascertain what was known, as of January 29, 1993, about the administration of medicines, and in particular insulin, to the bloodstream via inhalation into the lungs.

11.    By January 29, 1993 I had extensive experience in the administration of medicines in aerosolized form into the lungs. More specifically, from 1978 to 1993, I was the Associate Director of the Barnett Aerosol Research Laboratory at St. Joseph's Hospital, McMaster University, Hamilton, Ontario. During this same time period, I published several peer-reviewed papers discussing my research in the administration of medicines in aerosolized form into the lungs, for example, Dolovich M., The Relevance of Aerosol Particle Size to Clinical Response, J. Biopharm. Sci. 1992; 3 (1/2), 139-145; Dolovich, M., Lung Dose, Distribution and Clinical Response to the Therapeutic Aerosols, Aerosol Sci. Technol 1993, 18:230-240. I also became a member of the Editorial Board for the Journal of Aerosol Medicine in 1990, a position I still presently hold.

## III.    STATEMENT OF OPINION

6

12.    I have been asked to respond to Dr. Crystal's statement in his report that "Schenk describes oral inhalers which are used for inhaling powdered or particulate medical product into the bronchi, to treat diseases of the lungs, such as asthma" and that Schenk's devices "are not designed to deliver medication to the alveoli to provide systemic treatment." Crystal Rep., ¶¶ 35-36, p. 11.

13.    I disagree that the Schenk devices would not be suitable for delivering medication to the alveoli to provide systemic treatment. First, any device that is designed to treat asthma necessarily is designed to deliver medication to the peripheral areas of the lung, since to be effective, asthma medication must reach both the central airways and the peripheral airways. Once medication reaches the peripheral airways it may be deposited on peripheral airway surfaces and effect treatment. All or a portion thereof may be absorbed into the bloodstream. Remaining particles suspended in the airstream can be carried further into the lungs, including to the alveoli. Second, the Schenk devices are designed to deliver drug to the peripheral airways by optimizing two main factors affecting such delivery: the speed at which the particles exit the device and the distribution of particle sizes within the aerosol cloud. With respect to particle speed, Schenk is designed such that particles are slowed before exit in a "mixing chamber." In doing so, the Schenk devices allow the patient to inhale the medicine normally to promote particle delivery into the peripheral airways. Schenk at 2-3. Further, the Schenk devices increase the number of respirable particles available in the aerosol cloud for inhalation. With respect to particle size, the Schenk devices deliver particles of less than 7 μm in size, Schenk at 1, which is consistent with the particle size that Dr. Crystal stated would be suitable for deposition in the alveoli (up to 6 μm). Crystal Rep. ¶ 25, p. 8.

7

14.    I have been further asked to respond to the statement in Dr. Crystal's report that "all of the drugs Velasquez identifies, except insulin, are simpler and much smaller molecules than insulin, and none except insulin is a protein," and "[b]ecause of the great differences between insulin and the other listed drugs, and the different properties of their molecules, one of ordinary skill would not expect that the Velasquez sheet material could reproducibly deliver sufficient amounts of insulin to treat diabetes." Crystal Rep., ¶ 37, pp. 11-12.

15.    While I agree that the molecular weight of insulin is greater than some drugs used to treat asthma and other respiratory diseases, I disagree that one of ordinary skill in the art would not expect the Velasquez sheet material to reproducibly deliver sufficient amounts of insulin to treat diabetes merely because of the molecular differences between insulin and the other drugs identified by Velasquez. If particles are of the same aerosol aerodynamic size, one of skill would assume commonalities of behavior in the way the particles are handled by the lung. For example, Laube *et al.* used data derived from the inhalation of a surrogate radio-labeled aerosol of sulfur colloid to infer the deposition of an insulin formulation using the same inhalation device. Laube, col. 6, line 50 - col. 7, line 25. Further, it was known as of January 29, 1993 that at least a portion of the insulin particles inhaled into the lungs would be absorbed into the bloodstream. See Laube.

16.    I have been asked to respond to Dr. Crystal's opinion, expressed in paragraphs 53 and 54 of his Expert Report ("Crystal Rep.") that "a person of ordinary skill in the art could not experiment with insulin powder, suggested in Velasquez and used in conjunction with the inhaler taught in Schenk, to determine the claimed '2-10' range or to lower or control glucose levels." Crystal Rep., ¶ 54, p. 17. I disagree. A person of ordinary skill in the art, as Dr. Crystal defines

8

it, would certainly be familiar with methods for determining dose in existence by January 29,

1993, and would have the laboratory skills to implement those methods. See, e.g., Laube. In

doing so, a person of ordinary skill in the art could safely expose humans to inhalable insulin and

thereby determine both the 2-10 range and how to adjust the dose to lower or control glucose

levels to treat diabetes.

17.    I also disagree with Dr. Crystal's statement that "injectable dosing as taught in

Harrison has no relevance to, and cannot be applied to, inhalable insulin." Crystal Rep., ¶ 54,

p. 17. For example, the doses administered by subcutaneous injection that are discussed in

Harrison, or some fraction thereof, would suggest a starting point for the administration of

inhalable insulin. Indeed, that is precisely what Dr. Beth Laube did in her study of inhalable

insulin. See Laube, col. 3, lines 10-21; col. 5, lines 60-65.

_____
Myrna B. Dolovich

February 4, 2008

9

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I caused one copy of the foregoing Expert Witness Report to be mailed by Federal Express to:

> Susan K. Nash
> Sullivan & Cromwell, LLP.
> 1701 Pennsylvania Avenue, N.W.
> Suite 800
> Washington, D.C.  20006

> TAWANA A. HAWKINS
> Paralegal Specialist
> P.O. Box 15667
> Arlington, VA  22215
> 571-272-9035

# Exhibit 1 to Exhibit B

# CURRICULUM VITAE

**Name**                      MYRNA B.  **D O L O V I C H**

**Home Address**              391 Queen Street S
                              Hamilton, Ontario
                              Canada  L8P 3T8

                              Tel:     (905) 522 - 4761
                              Fax:    (905) 526 - 1214

**Business Address**          Firestone Research Aerosol Laboratory
                              Department of Medicine,
                              St Joseph's Hospital
                              50 Charlton Ave East,
                              Juravinski Innovation Tower, Room T2135
                              Hamilton, Ontario  L8N 4A6
                              Canada

                              Tel:  (905) 522 - 1155, ext. 33597 (office), ext. 32799 (lab)
                              Fax:  (905) 521 - 6183
                              e-mail:  mdolovic@mcmaster.ca

**Citizenship**               Canadian

**Education**                 1963 - Bachelor of Engineering (Electrical)
                              McGill University, Montreal, Quebec

                              1968 - Association of Professional Engineers of Ontario

**Areas of Interest**

            Aerodynamics of the lung
            Aerosol delivery devices
            Aerosol delivery to the respiratory tract (lung, nasal)
            Aerosols - Characteristics, production, behaviour in the lung
            Bioequivalence of pharmaceutical aerosols
            Effects of therapeutic aerosols on the respiratory tract
            Epithelial Function; ciliary function, structure, mucociliary clearance
            Pulmonary Nuclear Medicine - 2D (Planar) and 3D (PET,CT) Imaging of the Lung
            Pulmonary physiology
            Respiratory therapy
            Standards for *In Vitro/In Vivo* measurements of pharmaceutical aerosols
            Structure/Function of the lung

1

**Employment History/Academic Appointments**

1998 to date - Associate Clinical Professor, Department of Radiology,
Faculty of Health Sciences, McMaster University, Hamilton, Ontario

1997 to date - Head, Firestone Research Aerosol Laboratory,
Faculty of Health Sciences, St Joseph's Healthcare, McMaster University, Hamilton,
Ontario

1994 to date - Associate Clinical Professor, Department of Medicine,
Faculty of Health Sciences, McMaster University, Hamilton, Ontario

1989 to date - Special Professional Staff, Department of Medicine,
St. Joseph's Hospital, McMaster University, Hamilton, Ontario

1988 - 1993 - Assistant Clinical Professor, Department of Medicine,
Faculty of Health Sciences, McMaster University, Hamilton, Ontario

1982 -1988 - Lecturer (Part-time), Department of Medicine,
Faculty of Health Sciences, McMaster University, Hamilton, Ontario

1978 - 1993 - Associate Director, Barnett Aerosol Research Laboratory,
St. Joseph's Hospital, McMaster University, Hamilton Ontario

1968 to date - Special Professional Staff, Department of Nuclear Medicine,
St. Joseph's Healthcare, McMaster University, Hamilton, Ontario

1968 to date - Professional Assistant, Department of Medicine,
McMaster University, Hamilton, Ontario

1963 – 1965 Research Assistant, CardioRespiratory Department,
McGill University, Montreal, Quebec

**Consultancies**

| | |
|---|---|
| 1988 | Trudell Medical Co. Ltd. |
| 1990 | Monaghan Medical Corp. |
| 1993 - 1996 | Dura Pharmaceuticals. |
| 1993 | Forest Laboratories |
| 1994 | Muro Pharmaceuticals |
| 1995 | Searle |
| 1996 | Health Canada - Reviewer for Dry Powder Inhaler S/NDS (1996) |
| 1997 | 3M Pharmaceuticals |
| 1997 | AeroGen,CA |
| 1998 | GlaxoSmithKline International |
| 2000 | Schering/Key |
| 2001 | Delex Inc |
| 2001 - 2002 | Aventis |
| 2002 | Richardson Ventures Inc |
| 2002 | GenPharm |
| 2004- | Topigen Pharmaceutical Inc |
| 2004 | Wyeth Pharmaceuticals |
| 2004 | MAP Pharmaceuticals |

2

| | |
|---|---|
| 2005 | Pfizer Inc |
| 2005 | Novartis Inc |
| 2006 | Ventaira Pharmaceuticals Inc |
| 2006 | Medihale Ltd, Israel |
| 2007 | YM Bioscience |

**Academic Awards and Honors**

Thomas T. Mercer Joint Prize, Recipient 2006

Sponsored by American Association for Aerosol Research (AAAR) and the International Society for Aerosols in Medicine (ISAM). The Thomas T. Mercer Joint Prize recognizes achievement of excellence in the field of medical aerosols and inhalable materials. The award consists of a U.S. $5,000 cash prize and a plaque.

**Professional Organization Memberships**

Association of Professional Engineers of Ontario
American Thoracic Society (ATS)
American Association for Aerosol Research (AAAR)
International Society for Aerosols in Medicine (ISAM)
      Board Of Directors 1995 - 1999; 2001 - 2005
German Association for Aerosol Research (GaeF)
Ontario Thoracic Society
Canadian Society for Allergy and Clinical Immunology
Canadian Lung Association/Canadian Thoracic Society
Ontario Thoracic Society

**Professional Committees/Editorial Boards**

Committee to Draft Guidelines for the *in vivo* Evaluation of Generic Metered Dose
      Inhalers (MDIs), Health Protection Branch (HPB), January - February 1990.
Editorial Board, J Aerosol Medicine, June 1990 to date
Health-Related Aerosols Working Group, American Association for Aerosol Research,
      1991
Chair, Aerosol Bioequivalence Committee, McMaster University, 1994 to date
Board of Directors, International Society for Aerosols in Medicine (ISAM)1995 - 1999;
      2001 - 2005
Nominating Committee for Officers and Board of Directors , American Association for
      Aerosol Research, 1997
Co-chair, American College of Chest Physicians/American College of Allergy and
      Immunology (ACCP /ACAI) Joint Task Force on Guidelines for Aerosolized
      Medication/Devices, 1996-2005
AAACI Committee on Assessment of Ozone-Depleting Agents (CFCs), 1997
OTS Block Term Grant Committee, McMaster University, 1998 - 2000.
Faculty Member, Graduate Programmes in Health Sciences, McMaster University
Editorial Board, Pediatric Asthma, Allergy and Immunology, 2001 to date
Chair, Canadian Standards Association (CSA), TC-Z264 Drug Related Standards 2003 to
      date; TSC-Z264.1 Inhalant Aerosol Drug Delivery Systems, 1997 to date

Chair, Canadian Advisory Committee (CAC) and Head of Delegation, Canada to ISO/TC 84: Devices for administration of medicinal products and intravascular catheters 2003 to date

Member, International Standards Organization (ISO), TC121/SC2, 2005 to date

Member, FIRH Research Cabinet, McMaster University SJHH Hamilton, 2001 to date

Member, Father Sean O'Sullivan Research Centre (FSORC), St. Joseph's Healthcare, Hamilton, 2002 to date

Faculty Member, Graduate Programmes in BioMedical Engineering, McMaster University

Member, Brain Body Institute/ Imaging Research Center, Operations and Review Committee, Steering Committee, McMaster University, SJHH, Hamilton, 2003 to date

Member, Pre-Clinical and Translational Imaging Facility, McMaster University, Operations & Steering Committee, Communication and User's Group, 2004 to date

Member, Brain-Body Institute, St Joseph's Hospital, McMaster University

Member, Radiation Safety Committee, St Joseph's Healthcare, Hamilton

Member, Health Canada Advisory Committee Scientific Advisory Committee – Respiratory and Allergy Therapies (SAC-RT), 2006 to date

Member, Medical Committee of The Asthma Society of Canada, 2007 to date

**Journal Referee/Peer-Reviewer**

Allergy
American Journal Respiratory & Critical Care Medicine
Canadian Journal of Clinical Pharmacology
Canadian Journal of Physiology and Pharmacology
Canadian Respiratory Journal
Chest
Clinical Respiratory Physiology
European J Pharmaceutical Sciences
European Respiratory Journal
J Computed Assisted Tomography
Journal Allergy Clinical Immunology
Journal of Aerosols in Medicine
Journal of Applied Physiology
Pediatric Asthma, Allergy & Immunology
Pediatric Pulmonology
Proceedings of the American Thoracic Society
Respiratory Care
Thorax

**External Grant/Awards Reviewer**

Alberta Lung Association
Asthma Foundation of Western Australia Research Program, 2005
Canadian Cystic Fibrosis Foundation
Canadian Institutes of Health Research (CIHR), Grant Reviewer, 2002
External Opponent for Ph.D. Thesis Defence, Candidate Eva Bondesson Faculty of Medicine, University of Lund, Sweden, January 2006
Father Sean O'Sullivan Research Center, St. Joseph's Hospital, Hamilton, Ontario
Medical Research Council
National Sciences and Engineering Research Council of Canada (NSERC), re: E.W.R. Steacie Memorial Fellowships

National Sciences and Engineering Research Council of Canada (NSERC), re:  Zhu and
    Lewis application 2007 Pulmonary Delivery of Surfactant for Treatment of Lung
    Diseases
Ontario Thoracic Society
Research Institute, Ottawa General Hospital, Ottawa, Ontario
Royal Society of Canada (RSC), re:  Letter of Support for University of Alberta's
    nomination of Prof. W. Finlay to RSC, 2007
Sir Mortimer Davis Research Institute, Jewish General Hospital, Montreal, Quebec
U.S. National Institutes of Heath (NIH) Respiratory and Applied Physiology (RAP) Study
    Section, Grant Application Review Meeting, Bethesda, Maryland, USA, February
    1987
University of Western Australia, External Reviewer Ph.D. Thesis, 2000


**Research Funding 1991 to date**

1. 1991  PSI $55,000. Comparison of Lung Deposition in Ventilated Patients from MDI with Aerovent and Aerochamber MV22 Unit.  Co-investigators: Drs. H. Fuller (principal), M. Newhouse.

2. 1991  Glaxo Inc. $177,352.  ETT/Catheter Aerosol Delivery System for MDI Aerosols to Intubated Patients.  Co-Investigators:  Drs. J. Lerman, H. Fuller, M. Newhouse.

3. 1992  Ontario Thoracic Society Block Term Grant $9,730.  Powder Labelling Project and Partial Support for Pharmacy Graduate Student.

4. 1992  Fujisawa Pharmaceutical Co. $18,000.  Characterization of Pentamidine MDI with 2 Add-on Devices.

5. 1992  Forest Laboratories $7,710.  Characterization of MDI Delivery System.

6. 1993  Ministry of Colleges and Universities:  University Research Incentive Fund (URIF) Grant $75,000.  In Vitro Testing of New Designs of Aerosol MDI Drug Delivery Devices.

7. 1994  Schering Plough Inc. MDI $62,644.  Feasibility of Radiolabelling Vanceril.

8. Zeneca Pharmaceuticals ~$15,000.  Beclovent/Becloforte/Becotide with/without Chronolog.

9. Dey Laboratories, CA, $98,000US.  Dey SCG vs. Fisons SCG.

10. Dura Pharmaceuticals $37,000US.  Radiolabelling of Albuterol for Dryhaler.

11. 1994 – 1995 OTS Grant $10,000.  Characteristics of MDI Aerosols.

12. Zeneca Pharmaceuticals US amount.  Tilade +/- Chronolog.

13. Monaghan Medical $4,400.  Ellipse vs. Aerochamber.

14. Astra Pharma Canada .$32,500. Radiolabelling of Budesonide Nasal Formulation.

15. 1995  Dura Pharmaceuticals $69,000.  Lung Deposition from Dryhaler in Normals:  Comparison of High vs. Low Inhalation Flowrates.

16. 1995  Orion OY $2,000.  Catheter Delivery of Beclomed MDI in Ventilated Rabbits.

5

17. 1996 - 1997  Connaught-Pasteur Laboratories $28,300.  Nasal Delivery of Iscom Vaccine.

18. 1996 – 1997  Ontario Thoracic Society Block Term Grant $4,800.  PET Studies with Aerosolized FDG.

19. 1996 – 2001  SPARx Grant, Cystic Fibrosis Foundation ~$56,000/yr.  Aerosolized Cationic CFTR Liposomes.  (With 6 Other Investigators).

20. 1997 – 1998  3M Corp.  ~$125,000.  Lung Deposition of Radiolabelled HFA-BDP MDI in Asthmatics.

21. 1997 – 1998  Ontario Thoracic Society Block Term Grant $5,000.  Development of a Radiolabelled Nicotine Inhaler.

22. 1998  Monaghan Medical Corp. $17,000.  Response to Salmeterol with/without the Aerochamber.

23. 1998 – 1999  Trudell Medical Group. $43,000.  In Vitro and In Vivo Evaluation of a New Breath-Actuated Jet Nebulizer Design.

24. 1998  Father Sean O'Sullivan Research Center, St. Joseph's Hospital, Hamilton, Ontario $6,000.  Marking Activated Macrophages with Tc99m-J001x in Asthma:  A Preliminary *In vitro* Study.  Investigators: J. Belda, F.E. Hargreave, M. Dolovich.

25. 1998  Ontario Thoracic Society Block Term Grant $6,000.  The Steroid Sparing Effect of Lidocaine Metered Dose Inhaler in Prednisone Dependent Asthma.  Investigators: L. Jayaram, F.E. Hargreave, M. Dolovich, G. Gleich.

26. 1999 – 2000  Sepracor Inc., $100,000.  Deposition and Absorption of Inhaled [11]C-Albuterol Enantiomers in Asthma.  Investigators: M. Dolovich, J. Valliant, R. Chirakal, C. Nahmias, G. Coates.

27. 1999- 2000  Schering Plough Research Institute $66,000US.  Development of a Radiolabelled Formulation of Mometasone Fuomate.

28. 2001  3M Canada $150,000.  In vitro and In vivo Delivery of HFA BDP in Infants with Bronchopulmonary Dysplasia.  Investigators:  M. Dolovich, H. Kirpalani, M. Dunn.

29. 2001  Ontario Thoracic Society $33,200.  Inhaled Lidocaine:  Efficacy in Prednisone-dependent Asthma.  Investigators:  FE Hargreave, M. Dolovich.

30. 2001  NIH/ACRN $15,000.  Aerosol Characterization of Corticosteroid Formulations Used in DICE/MICE Clinical Trials.

31. 1998  CFI St Joseph's Hospital Group Award Project #1018 for Firestone Institute Respiratory Health PET Scanner $18M Pathobiology, Clinical Investigation and Health Impact of Airway Inflammation.  Dolovich $250,000 in laboratory equipment; $3.5M PET scanner.

32. 2001  Sepracor Inc, USA. $100,000US.  Deposition and Kinetics of Inhaled 11C-Enatiomers of Salbutamol:  Synthesis of Radiolabelled Compound.  Investigators:  M. Dolovich, J. Valliant.

33. 2001  Pfizer US $950,000.  Deposition and Pharmacokinetics of 18F-Insulin in Type II Diabetes in an Animal Model.  Investigators:  M. Dolovich, H. Gerstein, J. Valliant.

34. 2002  GlaxoSmithKline $160,000.  Deposition and Pharmacokinetics of 11C-salmeterol pMDI in Asthma.  Investigators:  M. Dolovich, J. Valliant, G. Coates.

35. 2002  3M Canada $110,000.  Effect on Lung Ventilation of HFA-Beclomethasone dipropionate (QVAR) Therapy in Asthma measured by PET.  Investigators:  M. Dolovich, F.E. Hargreave, A. Wilson, G. Coates, K. Gulenchyn.

36. 2002  Aerogen Inc. 2003 OTS Block Term Grant $267,000 for Scintigraphy Study of the Delivery Efficiency of the AeroDose™ 5.7 Metered Dose Liquid Inhaler:  Effect of Nebulizer Formulation, Aerosol Particle Size and Breathing Pattern.

37. 2003  OTS Bolck Term Grant $10,000 for Analysis of Nasal Ciliary Beat Frequency and Waveform Pattern using High Speed Imaging Digital Camera and Software.

38. 2003  Father Sean O'Sullivan Research Centre, St. Joseph's Healthcare $9,937.  The Safety of Inhaling Phenol-containing Drug Formulations.  Principal Investigator:  Andreas Freitag M.D.; Associate Investigators:  R. Labiris Ph.D., F. Hargreave M.D., M. Dolovich P.Eng., A. Efthimiadis M.L.T.

39. OTS Block Term Grant $9,220.  Pilot Study:  The Safety of Inhaled Preservatives in the Parenteral Formulation of Tobramycin.  Principal Investigators: A. Freitag M.D. and R. Labiris Ph.D.; Co-Investigators: F. Hargreave M.D., M. Dolovich P.Eng., A. Efthimiadis M.L.T.

40. 2003  OTS Block Term Grant $7,000.  Pilot Study:  Regional lung inflammation in COPD using [18]Fluorodeoxyglucose and Positron Emission Tomography (PET).  Principal Investigator: M. Dolovich, P.Eng.; Co-Investigators:  R. Labiris Ph.D., F. Hargreave M.D.

41. 2004  FIRH/GSK Internal Research Award $207,793.  Detection of Regional Lung Inflammation in COPD using 18Fluorodeoxyglucose and Positron Emission Tomography (PET).  Principal Investigator:  M. Dolovich P.Eng.  Co-Investigators: R. Labiris Ph.D., G. Cox M.D., K. Gulenchyn, M.D.

42. Date  MAP Pharma Inc, USA $132,400US.  *In Vitro* Characterization of the Nebulization of NCD Budesonide Compared with Pulmicort Respules.  Principal Investigator:  M. Dolovich P.Eng.

43. 2004  $94,000.  Preparation and Validation of Radiolabelled HFA Ciclesonide.  Principal Investigator:  M. Dolovich P.Eng.

44. 2004  OTS Block Term Grant $7,044.  Development and Validation of 3-Dimensional Lung Imaging Analysis Programs for the PET and Micro-SPECT/CT.  Principal Investigator:  M. Dolovich P.Eng.  Co Investigator:  T. Farncombe Ph.D.

45. 2005  OTS Block Term Grant.  Hyperpolarized [3]He Magnetic Resonance Imaging of Lung.  Principal Investigator:  M. Nosewothy Ph.D.; Co-investigators:  S. Obruchkov, M. Dolovich P.Eng.

46. 2005  AstraZeneca  $51,313 (to my section).  Functional Genomics in an *Ex Vivo* Lung Slice Model.  Principal investigators:  L. Janssen (FIRH), M. Dolovich (FIRH), W. Koopman (Astra Zeneca).

47. 2006  GlaxoSmithKline $156,000.  Measurement of Lung Ventilation in COPD Using HHe-3:  Correlation with Disease Severity.  Principal Investigator: M. Dolovich P.Eng.; Co-investigators:  M. Noseworthy Ph.D., G. Cox, MB FRCPC FRCPI.

7

48. 2007  OTS Block Term Grant $5,600.  Function and Structure of Human Ciliated Bronchial Epithelial Cells.  Investigators:  M. Dolovich P.Eng., A. Yaghi.

49. 2007  OTS Block Term Grant $4,700.  The Direct Effect of Hyperosmolar Agents on Ciliary Function of Human Bronchial Epithelial Cells.  Investigators:  M. Dolovich, A. Yaghi.

**Product Development**

Involved in the design, characterization and validation of the Aerochamber™, a valved holding chamber (spacer) device for pMDIs and used worldwide by patients with respiratory disease.  Manufactured and marketed by Trudell Medical Group in London, Ont., Canada and other companies.  The Aerochamber™ is the recognized market leader world-wide for pMDI spacer devices.

Involved in the design and validation of the UltraVent Aerosol Delivery System, which provides a gas-like aerosol for measuring ventilation. Marketed for V/Q scanning world-wide by Mallinckrodt Medical Inc., St. Louis, MO, USA.

1996 and 2000: Reviewer for Health Canada submissions/NDS for dry powder inhalers; Consultant and protocol reviewer for Gardner, Carton and Douglas, Washington DC, Legal Counsel for IPAC-T1and IPAC-T2, the international consortium of pharmaceutical companies developing, manufacturing and distributing the new non-CFC metered dose inhaler formulations used in the treatment of asthma.

2000: Spiros™ DPI Technology Review and Development Program (for FDA approval), Dura Pharmaceuticals, USA.

2003 served on the review committee of the Helmholtz Research Institutes of Germany assessing performance of their various respiratory and immunology programs.

2005 Evaluation/Review of Operation and Use of Foradil Certihaler (Novartis USA) for FDA protocol approval.

**Lifetime Publications**

***Peer-Reviewed Books***

1. Aerosols in Medicine: Principles, Diagnosis and Therapies.  F. Moren, M.T. Newhouse, M.B. Dolovich.  Elsevier Science Publishers, 1985.

2. Aerosols in Medicine: Principles, Diagnosis and Therapy.  2nd edition, eds. F. Moren, M.B. Dolovich, M. Newhouse, S. Newman.  Elsevier Science Publishers, 1993.

***Contributions to Peer-Reviewed Books***

1. Clearance of RISA Aerosol from the Human Lung.  F.J. Wright, D.L. Hopkins, L.N. Hughes, G.K. Ingham, M.B. Dolovich and M.T. Newhouse.  In:  Airway Dynamics, Physiology and Pharmacology, A. Bouhuys, C. C. Thomas (eds.), Springfield, pp. 313-317, 1970.

2. Mucociliary Clearance in Children with Cystic Fibrosis.  M. Newhouse, J. Sanchis, M. Dolovich, C. Rossman, W. Wilson.  In:  Fundamental Problems of Cystic Fibrosis and Related Diseases.  J.A. Mangos, R.C. Talamo (eds.), IBM Corp., N.Y., pp. 319-334.

3. Aerosols: Disposition and Methods of Administration. M. Dolovich, G. Ryan, F.E. Hargreave, M. Newhouse. In:  Allergy:  Principles and Practice, Chapter 21.  E. Middleton, C. Reed, E. Ellis (eds.), C.V. Mosby Co., 2nd edition, 1983.

4. Assessment of Mucus Transport in the Respiratory Tract by Radio-Isotopic Techniques.  M. Dolovich, M. Newhouse.  In:  Pulmonary Nuclear Medicine, Chapter 10, M. Loken (ed.), Elsevier, pp. 175-196, 1986.

5. Aerosols:  Generation, Methods of Administration and Therapeutic Applications in Asthma.  M.B. Dolovich, M.T. Newhouse.  In:  Allergy: Principles and Practice, Chapter 25, Middleton E Jr., Reed CE, Ellis EF, Adkinson NF Jr., Yunginger JW (eds.), C.V. Mosby Co., 3rd edition, 1988.

6. Aerosol Therapy in Children: Principles and Clinical Relevance.  M. Newhouse, M. Dolovich.  In: Basic Mechanisms of Pediatric Respiratory Disease, Chapter 29.  V. Chernick, R.B. Mellins (eds.), pp. 409-417, 1991.

7. Factors Which Influence the Response to Histamine and Methacholine.  P. O'Byrne, M.B. Dolovich.  In:  Bronchial Provocation Testing, Chapter 5.  J. Fish, F.E. Hargreave (eds.), Marcel Dekker, Inc., (in press).

8. Aerosols in Diagnosis:  Ventilation, Airway Penetrance, Airway Reactivity, Epithelial Permeability and Mucociliary Transport.  M.B. Dolovich, D.W. Cockcroft, G. Coates. In:  Aerosols in Medicine: Principles, Diagnosis and Therapy, F. Moren, M. Dolovich. M. Newhouse, S. Newman (eds.). Elsevier Science Publishers, 2nd Edition, 1993.

9. Aerosols: Generation, Methods of Administration and Therapeutic Applications in Asthma.  M.B. Dolovich, M.T. Newhouse.  In:  Allergy: Principles and Practice, Chapter 28, E. Middleton Jr., C.E. Reed CE, E.F. Ellis, N.F. Adkinson Jr., J.W. Yunginger, W.W. Busse (eds), C.V. Mosby Co., 4th edition, pp. 712-739, 1993.

10. Inhalation Technique and Inhalation Devices.  M.B. Dolovich.  In:  Lung Biology in Health and Disease, Chapter 10, Beta2-Agonists in Asthma Treatment, R. Pauwels, P. O'Byrne (eds.), Marcel Dekker, Inc., New York, pp. 229-255, 1997.

11. Aerosols.  M.B. Dolovich.  In: Asthma, Chapter 93.  P.J. Barnes, M.M. Grunstein, A.R. Leff, A.J. Woolcock (eds.), Lippincott-Raven, Philadelphia, PA, pp. 1349-1366, 1997.

12. Drug Delivery Devices and Propellants.  M.B. Dolovich and C. Leach.  In:  Asthma & Rhinitis, Chapter 112.  W. Busse, S. Holgate (eds.), Blackwell Science, UK, 2nd Edition, pp. 1719-1731, 2000.

13. *In Vivo* Measurements of Lung Dose.  M.L. Everard, M. Dolovich.  In:  Lung Biology in Health and Disease Series ,vol. 162, Chapter 6, Drug Delivery to the Lung.  H. Bisgaard, C. O'Callaghan, G. Smaldone (eds.).  Marcel Dekker, Inc. New York, pp. 173-209, 2001.

14. Delivery of Aerosols to Children:  Devices and Inhalation Techniques.  M.B. Dolovich, M.L. Everard.  In:  Pediatric Asthma: An International Perspective, Chapter 17.  C. Naspitz, S. Szefler, D. Tinkelman, J. Warner (eds.).  Martin Dunitz Publishers, London, UK, pp. 327-346, 2001.

15. Aerosol Delivery Devices and Airways/Lung Deposition.  M.B. Dolovich.  In: Lung Biology in

9

Health and Disease Series, vol. 163, Chapter 8, Inhaled Steroids in Asthma:  Optimizing Effects in the Airways.  R.S. Schleimer, P. O'Byrne, S. Szefler, R. Brattsand (eds.).  Marcel Dekker, Inc., New York, pp. 169-211, 2002.

16. Practical Aspects of Imaging Techniques Employed to Study Aerosol Deposition and Clearance.  M. Dolovich.  In:  Pharmaceutical Inhalation Aerosol Technology, Chapter 6.  A.J. Hickey (ed.).  Marcel Dekker, Inc. NY, 2nd Edition, pp. 171-213, 2004.

17. Choosing the Right Delivery Device.  M. Dolovich.  In: Childhood Asthma, Chapter 16.  A. Szefler and S. Pedersen (eds.).  Taylor & Francis, New York, pp. 373-401, 2006.

18. Aerosols as Drug Carriers.  N.R. Labiris, A.P. Bosco, M.B. Dolovich.  In:  Nanoparticles, Chapter 17. V. Torchilin (ed.), 2006.

19. Aerosols and Aerosol Delivery Devices.  M. Dolovich.  In: Middleton's Allergy, Chapter 41.  N.F. Adkinson, Jr, W.W. Busse, B.S. Bochner, S.T. Holgate, F.E.R. Simons, R.F. Lemanske, Jr, 7th Edition, 2008, (in press).


***Peer-Reviewed Journal Articles***

1. Regional Distribution of Inspired Gas in the Lung.  Milic-Emili J, Henderson JAM., M.B. Dolovich, Trop D, Kaneko K.  J Appl Physiol 1966; 21: 749-759.

2. Regional Distribution of Ventilation and Perfusion as a Function of Body Position.  K. Kaneko, J. Milic-Emili, M.B. Dolovich, A. Dawson and D.V. Bates.  J Appl Physiol  1966; 21: 767-777.

3. Steady State Measurements of Regional Ventilation to Perfusion Ratios in Normal Man.  N.R. Anthonisen, M.B. Dolovich and D.V. Bates.  J Clin Invest 1966; 45: 1349-1356.

4. Recent Experimental and Clinical Experience in Studies of Regional Lung Function.  D.V. Bates, K. Kaneko, J.A.M. Henderson, J. Milic-Emili, N.R. Anthonisen, R.Dolfuss and M.B. Dolovich.  Scand J Respir Disease 1966; 15(Suppl 62):15-29.

5. Regional Distribution and Lung Clearance Mechanisms in Smokers and Non-Smokers.  J. Sanchis, M. Dolovich, R. Chalmers, M.T. Newhouse.  Proc. Aspen (XIII) Conference on Research in Emphysema.  Chest 1971; 59: 25-26.

6. Regional Lung Deposition and Clearance Mechanisms in Smokers and Non-Smokers.  J. Sanchis, M. Dolovich, R. Chalmers, M.T. Newhouse.  Inhaled Particles and Vapours III Unwin (Publisher) London, W.H. Walton, editor, Vol. I, pg. 183-191, 1972.

7. Quantitation of Regional Aerosol Clearance in the Normal Lung.  J. Sanchis, M. Dolovich, R. Chalmers, M.T. Newhouse.  J Appl Physiol 1972; 33:757-762.

8. Pulmonary Mucociliary Clearance in Cystic Fibrosis.  J Sanchis, M. Dolovich, C. Rossman, W. Wilson, M. Newhouse.  N Engl J Med 1973;  288:651-654.

9. Lung Clearance in Patients with Airways Obstruction.  J. Sanchis, M. Dolovich, C. Rossman, M. Newhouse.  Bull Physio-Path Respir 1973; 9:325-335.

10. Effect of Sulphur Dioxide on Tracheobronchial Clearance in Man.  R.K. Wolff, M. Dolovich, C.M. Rossman and M.T. Newhouse.  Arch Environ Health  1975; 30(II): 521-527.

11. Aerosol Penetrance: A Sensitive Index of Peripheral Airways Obstruction.  Dolovich M,  Sanchis J, Rossman C, Newhouse MT. J Appl Physiol 1976; 40(3): 468-471.

12. Evaluation of Bronchial Clearance after Inhalation of Radioactive Material.  Sanchis J, Dolovich M, Rossman C,  Newhouse M.  NSERM, 18-19, January 1974, Vol. 29, pp. 79-88.

13. Pulmonary Aerosol Deposition in Chronic Bronchitis:  IPPB Versus Quiet Breathing.  M. Dolovich, D. Killian, R. Wolff, G. Obminski, M. Newhouse.  Am Rev Respir Dis  1977; 115(3): 397-402.

14. Cystic Fibrosis-Related Inhibition of Mucociliary Clearance In Vivo in Man.  C. Rossman, J. Dolovich, M. Dolovich, W. Wilson, M.T. Newhouse.  J Pediatrics  1977; 90(4): 579-584.

15. Effects of Exercise and Eucapnic Hyperventilation in Bronchial Clearance in Man.R.K. Wolff, M. Dolovich, G. Obminski and M.T.Newhouse.  J Appl Physiol  1977; 43(1):46-50.

16. Mucus Secretions and Cystic Fibrosis.  Impairment of Mucociliary Clearance in Cystic Fibrosis. C. Rossman, J. Dolovich, M. Dolovich, W. Wilson M. Newhouse.  Mod Probl Pediat 1977; 19:140-198. (Karger, Basel, Switzerland)

17. Aerosol Therapy with Sch1000. Short-term Mucociliary Clearance in Normal and Bronchitic Subjects and Toxicology in Normal Subjects.  R. Ruffin, R. Wolff, M. Dolovich, C. Rossman, J. Fitzgerald and M. Newhouse.  Chest 1978; 73(4):501-506.

18. Effect of Threshold Limit Value Levels of SO2 and H2SO4 on Bronchial Clearance in Exercising Man. R.K.Wolff, M. Dolovich, G. Obminski, and M.T. Newhouse.  Arch Env Health 1978; 33(1): 24-32.

19. The Effect of Preferential Deposition of Histamine in the Human Airway.  Ruffin RE, M.B. Dolovich, Wolff RK, Newhouse MT.  Am Rev Respir Dis  1978; 117(3):485-592.

20. Effects of Postural Drainage, Exercise, and Cough on Mucociliary Clearance in Chronic Bronchitis.  F.A. Oldenburg, Jr., M. Dolovich, J. Montgomery, M. Newhouse.  Am Rev Respir Dis 1979; 120(4): 739-749.

21. Standardization of Inhalation Provocation Tests: Two Techniques of Aerosol Generation and Inhalation Compared.  G. Ryan, M. Dolovich, RS Roberts,PA Frith,FE Hargreave, MT Newhouse. Am Rev Respir Dis. 1981; 123(2): 195-199.

22. Standardization of Inhalation Provocation Tests:  Influence of Nebulizer Output, Particle size and Method of Inhalation.  G. Ryan, M. Dolovich, G. Obminski, D. Cockcroft, E. Juniper, F. Hargreave, M. Newhouse. J Allergy Clin Immunol, 1981;  67(2): 156-161.

23. Optimal Delivery of Aerosol from Metered Dose Inhalers.  Dolovich M, R.E. Ruffin R, Roberts R, Newhouse.M. Chest 1981; 80S: 911-15.

24. Aerosol Penetration to the Lungs:  Influence on Airway Response.  Dolovich M, Ryan G, Newhouse M.  Chest 1981; 80S: 834-6.

25. Preferential Deposition of Inhaled Isoproterenal and Propranolol in Asthmatic Patients.  Ruffin R, Dolovich M, Oldenburg FA, Jr., Newhouse M.  Chest 1981; 80S: 904-7.

26. Design and Characteristics of a Portable Breath-Actuated Particle Size Selective Medical Aerosol Inhaler.  D. Corr, M. Dolovich , D. McCormack, R. Ruffin, G. Obminski, M. Newhouse.  J Aerosol Sci, 1982; 13: 1-7.

27. Clinical Evaluation of the Aerochamber: A Simple Demand Inhalation MDI Aerosol Delivery Device.  Dolovich M, Ruffin R, Corr D, Newhouse M.  Chest 1983; 84:36-41.

28. Ventilationsszintigraphie der Lunge mit 99mTc-DTPA over mit 99mTc-Schwefelkolloid?  D. Kohler, G. Coates. M. Dolovich, M. Newhouse, H. Matthys.  Nucl Med 1983; 22:115-119.

29. Konnen radioaktive Aerosole die radioaktiven Edelgase bie der Ventilation-Szintigraphie der Lunge ersetzer?  D. Kohler, M. Dolovich, G. Coates, M. Newhouse, H. Matthys.  Atemw-Lungenkrkh 1983; 9:265-270.

30. Bronchodilator Drug Administration.  Newhouse M, M.B. Dolovich.  Letter re Tobin et al.   Am Rev Respir Dis 1983; 127:527-529.

31. Letter re Toogood et al. "Use of Spacers to Facilitate Inhaled Corticosteroid Treatment of Asthma.  Am Rev Respir Dis 1984; 130: 950.

32. Lung Epithelial Permeability in Normals, Asthmatics and Smokers: Relation to Non-specific Airway Responsiveness.  P.M. O'Bryne, M. Dolovich, R. Dirks, R.S. Roberts, M. Newhouse.  J Appl Physiol: Respirat Environ Exercise Physiol 1984; 57:77-84.

33. Aerosol Therapy of Bronchial Asthma.  Newhouse MT, Dolovich M. Asian Pacific Journal of Allergy and Immunology. 1985; 3:99-103.

34. Ventilation Scanning with Technetium Labelled Aerosols: DTPA or Sulphide Colloid?  G. Coates, Dolovich M, Koehler D, Newhouse M.  Clin Nucl Med 1985; 10:835-838.

35. The Use of Radioactive Aerosols in the Diagnosis of Lung Disease.G. Coates, M.B. Dolovich, Chamberlain MJ, Biello DR, Lavender JP.  Annals CRMCC.  1985; 18:344-346.

36. Aerosol Delivery to the Rabbit Lung with an Infant Ventilator.  Flavin M, MacDonald M, Dolovich M, G. Coates, O'Brodovich H.  Pediatric Pulmonology.  1986; 2:35-9.

37. Letter "re Konig: Optimal Use of Metered Dose Inhalers".  Chest 1986; 89:469.

38. Control of Asthma by Aerosols.  Newhouse M, Dolovich M.  N Engl J Med 1986; 315:870-874.

39. Aerosol Therapy of Reversible Airflow Obstruction: Concepts and Clinical Applications.  Newhouse M, Dolovich M.  Chest 1987;91:585-645.

40. Aerosol Therapy of Asthma: Principles and Applications.  Newhouse M, Dolovich M.  Respiration 1986; 50 (Suppl 2):123-130.

41. Letter re: Reservoir Aerosol Delivery Systems.  Clin Pharm; 5:198-199.

42. Methodologic Consideration in Mucociliary Clearance and Lung Epithelial Absorption Measurements.  Dolovich, M. Jordana, M. Newhouse, M.  Eur J Nucl Med 1987;13:545-52.

43. Evaluation of Lung Epithelial Permeability.  M. Newhouse, M. Jordana, M. Dolovich.  Eur J Nucl Med 1987;13:558-62.

44. Lung Epithelial Permeability in Sarcoidosis.  M. Jordana, M. Dolovich, M. Newhouse.  Sarcoidosis 1987; 4:116-121.

45. Lung Clearance of 99mTc-DTPA in Patients With Acute Lung Injury and Pulmonary Edema.  G. Coates, O'Brodovich H, Dolovich M.  J Thorac Imag 1988; 3:21-27.

46. Solute Movement across the Alveolar Capillary Membrane after Intratracheal Bleomycin in Rats. Jordana M, Dolovich M, Irving L, Tomioka M, Befus D, Gauldie J, Newhouse M.  Am Rev Respir Dis 1988; 138:96-100.

47. Antigen-induced lung solute clearance in rats is dependent on capsaicin-sensitive nerves.  Sestini P, Dolovich M, Vancheri C, Stead RH, Marshall JS, Gauldie J, Bienenstock J.  Am Rev Resp Dis 1989; 139:401-406

48. Reliable salbutamol administration in 6 to 36 month old children by means of a metered dose inhaler and aerochamber with mask.  W.T. Conner, M.B. Dolovich, R.A. Frame, M.T. Newhouse. Pediatr Pulm 1989; 6:263-267.

49. Physical principles underlying aerosol therapy.  Dolovich M.  J Aerosol Medicine 1989; 2:171-186.

50. Pressurized aerosols vs jet aerosol delivery to mechanically  ventilated patients: comparison of dose to the lungs.  Fuller H, M.B. Dolovich, Posmituck G, Wong-Pack W, Newhouse MT.  Amer Rev Respir Dis 1990; 141:440-44.

51. Letter to the Editor: Replacing CFC aerosols with powders.   Dolovich M, Ramsdale EH. CMAJ 1990; 142:1036.

52. Letter to the Editor: The use of reservoir devices for the simultaneous delivery of two metered-dose inhalers.  Newhouse MT, M.B. Dolovich. JACI 1991;87:599.

53. Clinical Aspects of Aerosol Physics.  Dolovich M. Respiratory Care 1991; 36: 931-938.

54. Measurement of particle size characteristics of metered dose inhaler (MDI) aerosols.  Dolovich M. Consensus Seminars on Issues of Aerosol Therapy, Davos, Switzerland April 1991.  J Aerosol Med 1991; 4:251-264.

55. The relevance of aerosol particle size to clinical response.  Dolovich M.  J Biopharm Sci 1992;3(1/2);139-145.

56. Ciliary function, cell viability and in vitro effect of ribavirin on nasal epithelial cells from patients with acute rhinorrhea.  Dolovich M, Mahoney J, Chambers C, Newhouse M, Chernesky M.  Chest 1992;102:284-287.

57. Aerosol Delivery During Mechanical Ventilation: A Predictive In-Vitro Lung Model.  Fuller HD, Dolovich M, Chambers C, Newhouse MT. J Aerosol Med 1992; 5:251-259.

58. Letter to the Editor: Re:Salbutamol aerosol delivery in man with the Rondo spacer.  Newhouse MT, M.B. Dolovich. Acta Therapeutica 1992;18:102-105.

59. Lung dose, distribution and clinical response to therapeutic aerosols.  Dolovich M.  Aerosol Sci Technol 1993; 18:230-240.

60. Delivery efficiency and particle size characteristics of pressurized metered dose inhaler aerosols delivered through narrow catheters.  Taylor RH, Lerman J, Chambers C, Dolovich M.  Chest 1993;103:920-924.

61. Letter to the Editor: An Inappropriate Device for Aerosol Studies.  M.B. Dolovich.  Respiratory Care, 1993; 38:409-412.

62. NHLBI Workshop Summary: Assessment of Lung Function and Dysfunction in Studies of Infants and Children.  Berberich, MA and Committee.  Am Rev Respir Dis 1993; 148:1105-1108.

63. Efficiency of bronchodilator aerosol delivery to the lungs from metered dose inhaler via four different actuator devices in mechanically ventilated patients.  Fuller H, M.B. Dolovich, Turpie FH, Newhouse MT.  Chest, 1994;105:214-18.

64. Dose effect relationship of beta-agonists, fenotoral and salbutamol.  Newhouse M, Dolovich M, Kazim MA.  Chest 1994;105:1738-1742.

65. Definition of airway composition with gamma camera images.  Martonos TB, Yang Y, Dolovich M.  J Thoracic Imaging 1994; 9:188-197.

66. Aerosols as diagnostic tools.  Anderson PJ, M.B. Dolovich.  J Aerosol Med, 1994;7:77-88.

67. Optimization of a column liquid chromatographic procedure for the determination of plasma salbutamol concentration.  Gupta RN, Fuller H, Dolovich M.  J Chromatography B 1994;654:205-211.

68. Salbutamol metered dose aerosol induces epithelial airway lesions in intubated rabbits.  Spahr-Schopfer IA, Lerman J, Cutz E, Newhouse MT, Dolovich, M.  Am J Respir Crit Care Med 1994; 150: 790-4.

69. Chest position and pulmonary deposition of surfactant in surfactant-depleted rabbits.  Broadbent R, Fok TF, Dolovich M, Watts J, G. Coates, Kirpalani H.  Arch Dis Child 1995;72:F84-F89.

70. Characterization of medical aerosols: physical and clinical requirements for new inhalers.  Dolovich M. Aerosol Sci Technol 1995; 22: 392-399.

71. Influence of inhalation technique on response and compliance.  Dolovich M.  Eur Respir Rev 1995;5:166-9.

72. Metered-dose inhaler salbutamol-induced tracheal epithelial lesions in intubated rabbits: effects of the site of administration and time.  Shorten GD, Dolovich M, Lerman J, Cutz E.  Chest 1995;108:1668-1672.

73. Measurement of the particle size and dosing characteristics of a radiolabelled albuterol-sulphate lactose blend used in the SPIROS[7] dry powder inhaler.  Dolovich M, Rhem R, Rashid F, G. Coates, Hill M, Bowen B. Respiratory Drug Delivery V, Interpharm Press, 1996,  p332-335.

74. Dose targeting for dry powder inhalers.  Hill M, Vaughan L, Dolovich M.  Respiratory Drug Delivery V,  Interpharm Press, 1996, p197-208.

75. *In Vitro* Measurements of Delivery of Medications from MDIs and Spacer Devices.  Dolovich M.  Proceedings of *In Vitro/In Vivo* Standards of Measurement for MDIs Workshop, Atlanta GE. J Aerosol Medicine 1996; 9(Suppl 1): S49-S58.

76. Efficiency of aerosol medication delivery from a metered dose inhaler versus jet nebulizer in infants with bronchopulmonary dysplasia.  Fok TF, Monkman S, Dolovich M, Gray S, G. Coates, Paes B, Rashid F, Newhouse MT,  Kirpalani H.  Pediatr Pulmonol 1996;21:301-309.

77. Delivery of aerosol by metered dose inhaler to paralysed and non-paralysed rabbits.  Fok TF, Al-Essa M, Monkman S, Dolovich M, Girard L, G. Coates, Kirpalani H.  Crit Care Med 1997;25:140-144.

78. Changing delivery methods for obstructive lung diseases.  Dolovich M. Current Opinion in Pulmonary Medicine 1997;3(3):177-189.

79. Pulmonary deposition of salbutamol aerosol delivered by metered dose inhaler, jet nebulizer and ultrasonic nebulizer in mechanically ventilated rabbits.  Fok TF, Alessa M, Monkman S, Dolovich M, Girard L, G. Coates, Kirpalani H. Pediatr Res 1997; 42:721-727.

80. Computer simulations of lung morphologies within planar gamma images.  Martonen T, Yang Y, Dolovich M, Guan X. Nucl Med Comm 1997; 18:861-869.

81. Rationale for spacer use.  Dolovich M.  Pediatr Pulmonol 1997; Suppl 16:184-185.

82. Impact of Oropharyngeal Deposition on Inhaled Dose.  M.B. Dolovich and Rhem R.  ISAM Focus Symposium on Aerosol Standards. J Aerosol Med 1998;11 Suppl 1: S112-S115.

83. Nebulization of surfactants in an animal model of neonatal respiratory distress.  Fok TF, Al-Essa M, Dolovich M, Rashid F, Kirpalani H. Arch Dis Child Fetal Neonatal Ed 1998; 78:F3-F9.

84. Effect of continuous lateral rotational therapy on lung mucus transport in mechanically ventilated patients.  Dolovich M, Churchill E, Mazza M, Powles P.  J Crit Care Med 1998; 13:119-125.

85. Estimation of Pulmonary Deposition of Aerosol using Gamma Scintigraphy.  Fok TF, Al-Essa M, Kirpalani H, Monkman S, Bowen B, G. Coates, Dolovich M.  J Aerosol Med 1999; 12:9-15.

86. A randomized controlled trial on the effects of inhaled corticosteroids on airways inflammation in adult cigarette smokers. Cox G, Whitehead L, Dolovich M, Jordana M, Gauldie J, Newhouse MT. Chest 1999; 115:1271-1277.

87. Randomised controlled study of early use of inhaled corticosteroid in preterm infants with respiratory distress syndrome.  Fok TF, Lam K, Dolovich M, Ng PC, Wong W, Cheung KL, So KW.  Arch Dis Child Fetal Neonatal Ed. 1999;80:F203-F208.

88. New delivery systems and propellants.  Dolovich M.  Can Respir J 1999;6:290-295.

89. New propellant-free technologies under investigation.  Dolovich M.  J Aerosol Med 1999;12 Suppl 1: S9-S17.

90. Nicotine Microaerosol Inhaler. Andrus P, Rhem R, Rosenfeld J, Dolovich M.  Can Resp J 1999 6(6):509-512.

91. Foreword to DIA Proceedings on CFC to HFA pMDI Transition.  J Allergy Clin. Immunol. 1999;104:S216.

92. Estimating the particle size characteristics of therapeutic aerosols.  Dolovich M, Smaldone GC.  J Aerosol Med 1999;12: 215-216.

93. Unleashing the PET: 3D imaging of  the lung.  Dolovich M, Nahmias C, G. Coates.  In: Proceedings of Respiratory Drug Delivery VII. Eds Byron P, Dalby R, Farr SJ. Serentec Press, N.C. 2000;  P215-230.

94. Emitted doses of salbutamol pressurized metered-dose inhaler from five different plastic spacer devices.  Dubus JC,  Dolovich M.  Fundam Clin Pharmacol 2000; 14: 219-224.

95. Safety and efficacy of metered dose inhaler delivery of salbutamol in the intubated rabbit. Shorten G, Dolovich M, Kuang A, Rhem R, Gouda B, Monkman S, Cutz E, Lerman J.  Crit Care Med 2000;28: 1055-1058.

96. Influence of inspiratory flow rate, particle size and airway caliber on aerosolized drug delivery to the lung.  Dolovich M.  Respir Care 2000; 45(6):597-608.

97. Lung models: strengths and limitations.  Martonen T, Musante CJ, Segal RA, Schroeter JD, Hwang D, Dolovich M, Burton R, Spencer RM, Fleming J.  Respir Care 2000; 45(6):712-736.

98. Consensus statement:  aerosols and delivery devices.  Dolovich M, MacIntyre NR, Anderson PJ, Camargo CA Jr, Chew N, Cole CH *et al.*  Respir Care 2000; 45(6)589-596.

99. Measuring total and regional lung deposition using inhaled radiotracers.  Dolovich M.B. J Aerosol Medicine 2001; 14 Supplement 1: S-35- S-44.

100. Dubus JC, Rhem R, Dolovich M. Delivery of HFA and CFC salbutamol from spacer devices used in infancy.   Int'l J Pharmaceu 2001;222:101-108.

101. Dubus JC, Rhem R, Monkman S, Dolovich M. In vitro and in vivo delivery of salbutamol metered-dose inhaler administered via small volume spacer devices.  Pediatr Res 2001;50:384-389.

102. Aerosols and devices. M.B. Dolovich, Fink JB.  Respir Care Clin N Am. 2001 Jun;7(2):131-173.

103. Belda J, Hussack P, Dolovich M, Efthimiadis A, Hargreave FE. Sputum induction: effect of nebulizer output and inhalation time on cell counts and fluid-phase measures. Clin Exp Allergy 2001; 11:1740-4.

104. Therapeutic equivalence of three metered-dose inhalers containing salbutamol (Albuterol) in protecting against methacholine-induced bronchoconstriction in children with asthma.  Mallol J, Aguirre V, Rhem R, Rodriguez J, Dolovich M.  Pediatr Pulmonol. 2001;32(6):447-52.

105. Significant variability in response to inhaled corticosteroids for  persistent asthma.  Szefler SJ, Martin RJ,  King TS,  Boushey HA, Cherniack RM, Chinchilli VM,  Craig TJ,  Dolovich M, Drazen, JM *et al.*  J Allergy Clin Immunol 2002;109:410-418.

106. Distribution of intranasal instillations in mice: effects of volume, time, body position, and anesthesia.  Southam DS, Dolovich M, O'Byrne PM, Inman MD.  Am J Physiol Lung Cell Mol Physiol. 2002;282:L833-9.

107. Systemic effect comparisons of six inhaled corticosteroid preparations.  Martin RM, Szefler SJ, Chinchilli VM, Kraft M, M.B. Dolovich, Boushey HA, Cherniack RM *et al.*  Amer J Resp Crit Care Med 2002;165:1377-1383.

108. Assessing Nebulizer Performance.  Dolovich M.  Respir Care 2002; 47:1290-1301.

109. Clinical models to compare the safety and efficacy of inhaled corticosteroids in patients with asthma.  Parameswaran K, Leigh R, O'Byrne PM, Kelly MM, Goldsmith CH, Hargreave FE, Dolovich M. Can Respir J. 2003 Jan-Feb;10 :27-34.

**110.** Emission Tomography and [$^{18}$F]fluorodeoxyglucose: An Indicator of Lung Inflammation in Cystic Fibrosis?  Labiris NR, Nahmias C, Freitag AP, Thompson ML, M.B. Dolovich. Positron  ERJ 2003; 21:848-54.

111. Pulmonary Drug Delivery Part I: Physiological factors affecting therapeutic effectiveness of aerosolized medications.  Labiris, RN, M.B. Dolovich.  Br J Clin Pharmacol 2003;56:588-599.

112. Pulmonary Drug Delivery Part II: The role of inhalant delivery devices and drug formulations in therapeutic effectiveness of aerosolized medications.  Labiris, RN, M.B. Dolovich.  Br J Clin Pharmacol 2003; 56:600-612.

113. Canadian Standards Association (CSA) Standard CAN/CSA/Z264.1-02:2002 A New Voluntary Standard for Spacers and Holding Chambers Used With Pressurized Metered Dose Inhalers (pMDIs).  M.B. Dolovich and Mitchell JP.  Can Respir J 2004;11(7):489-495.

114. In My Opinion—Interview with the Expert.  Dolovich, M.  Pediatric Asthma, Allergy & Immunology, 2004; 17(4): 292-300.

115. Imaging Drug Delivery and Drug Responses in the Lung.  M.B. Dolovich and Labiris NR.  Proc Am Thorac Soc 2004;1:339-337.

116. Device Selection and Outcomes of Aerosol Therapies:  American College of Chest Physicians /American College of Asthma, Allergy and Immunology Evidence-Based Guidelines.  Dolovich M, Ahrens R, Hess D, Anderson P, Dhand R, Rau J, Smaldone GC, Guyatt G.  Chest 2005;127: 335-371.

117. Canadian Pediatric Asthma Consensus guidelines, 2003 (updated to December 2004): Introduction.  Becker A, Berube D, Chad Z, Dolovich M, Ducharme F, D'Urzo T, Ernst P, Ferguson A, Gillespie C, Kapur S, Kovesi T, Lyttle B, Mazer B, Montgomery M, Pedersen S, Pianosi P, Reisman JJ, Sears M, Simons E, Spier S, Thivierge R, Watson W, Zimmerman B; Canadian Network For Asthma Care; Canadian Thoracic Society. CMAJ. 2005 Sep 13;173(6 Suppl):S12-4.

118. *In Vitro* Estimations of *In Vivo* Jet Nebulizer Efficiency Using Actual and Simulated Tidal Breathing Patterns.  Bosco AP, Rhem R, M.B. Dolovich.  J Aerosol Med 2005 18(4):427-38.

119. Guenther KJ, Yoganathan S, Garofalo R, Kawabata T, Strack T, Labiris R, Dolovich M, Chirakal R, Valliant JF. Synthesis and in Vitro Evaluation of (18)F- and (19)F-Labeled Insulin: A New Radiotracer for PET-based Molecular Imaging Studies. J Med Chem. 2006 Feb 23;49(4):1466-1474.

120. Anti-inflammatory effects of once daily low dose inhaled ciclesonide in mild to moderate asthmatic patients.  Wilson AM, Duong M, Pratt B, Dolovich M, O'Byrne PM.  Allergy 2006;61(5):537-42.

121. Positron Emission Tomography versus Positron Emission Tomography – Computed Tomography: Tools for Imaging the Lung.  M.B. Dolovich, Schuster DP.  Proc Amer Thoracic Soc 2007; 4(4): 328-333.


*Peer-Reviewed Journal Abstracts*

1. Aerosol Penetrance (AeP): A Sensitive Index of Peripheral Airways Obstruction.  Federation Proceedings.  Vol. 33, No. 3, April 1974.  Abstract #899, pg. 365.

2. Effect of Cystic Fibrosis Serum on Nasal Mucociliary Clearance.  C.M. Rossman, M.B. Dolovich, J. Dolovich, W.M. Wilson, M.T. Newhouse.  Pediatric Research  Vol. 8, No. 4: 469, 1974.

3. Evaluation of Bronchial Clearance after Inhalation of Radioactive Material.  J. Sanchis, M. Dolovich, M. Newhouse.  Bull Physiol Path Respir 10(2):224, 1974.

4. Effect of SO2 on Human Tracheobronchial Clearance.  R.K. Wolff, M. Dolovich, C. Rossman and M.T. Newhouse. Federation Proceedings  Vol. 34, No. 3, Abstract #951, pg. 387, April 1975.

5. Effect of IPPB on Lung Deposition of a Labelled Aerosol in Patients with Chronic Bronchitis.  M. Dolovich, D. Killian, R.K. Wolff, M. Newhouse.  Am Rev Respir Dis III (6): 943, 1975.

6. Evidence of an Effect of Cystic Fibrosis Serum on Mucociliary Clearance in Man. C. Rossman, J. Dolovich, M. Dolovich, M. Newhouse, W. Wilson.  Clinical Research 23: 648a, 1975.

7. Effects of Hyperventilation and Exercise on Bronchial Clearance in Man. R.K. Wolff, M. Dolovich, G. Obminski, M. Newhouse.  Federation Proceedings. Vol. 34, No. 3, March 1, 1976.  Abstract #2176, 601.

8. Sulphur Dioxide and Sulphuric Acid Mist - Effects on Bronchial Clearance in Man.  R.K. Wolff, M. Dolovich, G. Obminski, M. Newhouse. Abstract.  4th International Conference in Medical Physics, Ottawa, Canada.  July 25-30, 1976.

9. Ipratropium Bromide (Sch1000) - Toxicology and Effect on Mucociliary Clearance in Man.  R. Ruffin, R. Wolff, C. Rossman, M. Dolovich, J. Fitzgerald, M. Newhouse. Clinical Research (1976) Vol. XXIV, No. 5, 652(a).

10. Effects of Postural Drainage, Exercise and Cough on Mucus Transport in Chronic Bronchitis.  M. Dolovich, F. Oldenburg, Jr., J. Montgomery, M. Newhouse.  CSCI, Feb. 1979, Montreal, Clinical Research 26: 37A, 1978.

11. Cystic Fibrosis Mucociliary Inhibitor (CFMI):  In Vivo Effect in Man.  C. Rossman, J. Dolovich, M. Dolovich, W. Wilson, M. Newhouse. Am Rev Respir Dis 119(4), Part 2: 281, 1979.

12. Effect of Purified Cystic Fibrosis Mucociliary Inhibitor (CFMI) on Nasal Mucociliary Transport in Man.  C. Rossman, J. Dolovich, M. Dolovich, W. Wilson, M. Newhouse.  CF Club, 1979, Atlanta, Georgia.

13. Standardization of Inhalation Tests.  Influence of Method of Aerosol Generation and Inhalation.  M. Dolovich, G Obminski, DW Cockcroft, FE Hargreave, MT Newhouse.  Am Acad Allergy, New Orleans, March 1979 (J Allergy Clin Immunol).

14. Development and Preliminary Clinical Trial of a Portable, Particle Size-Selective, Demand Aerosol Inhalation Device.  D. Corr, M. Dolovich, D. McCormack, R. Ruffin, G. Obminski, M. Newhouse.  GAF Conference, Germany, Oct. 1979.

15. Allergen-Induced Increase in Nonallergic Airway Responsiveness to Histamine.  A. Cartier, P.A. Frith, M.B. Dolovich, M. Morris, J.L.C. Morse, M.T. Newhouse, F.E. Hargreave.  J Allergy Clin Immunol  1980, 65(3): 207  Abstract #141.

16. Bronchial Provocation Tests:  Evaluation of Two Techniques of Aerosol Inhalation.  G. Ryan, M.B. Dolovich, P.A. Frith, E.F. Juniper, F.E. Hargreave, M.T. Newhouse.  J Allergy Clin Immunol 1980; 65(3):206  Abstract #140.

17. Preferential Deposition of Allergen: Influence on Severity and Pattern of Response. P.A. Frith, M.B. Dolovich, G. Ryan, M.T. Newhouse, F.E. Hargreave. J Allergy Clin Immunol 1980; 65(3): 208 Abstract #146.

18. The Aerochamber: A New Demand-Inhalation Device for Delivery of Aerosolized Drugs. D. Corr, M. Dolovich, D. McCormack, R. Ruffin, G. Obminski, M. Newhouse. Am Rev Respir Dis 121(4) Part 2:123, 1980.

19. Therapeutic Aerosol Delivery in Ventilator System. I. Fraser, A. Duvall, M. Dolovich, M. Newhouse. Am Rev Respir Dis 123(4) Part 2: 107, 1981.

20. Comparison of Submicronic Aerosol Inhalation and Radioactive Gas for Ventilation Studies. M. Dolovich, G. Coates, M. Newhouse. Am Rev Respir Dis 1982; 125(4) Part 2:87.

21. Lung Epithelial Permeability after Histamine Challenge. P. O'Byrne, M. Dolovich, A. Duvall, M. Newhouse. Am Rev Respir Dis 1982; 125 (4) Part 2: 280.

22. Lung Epithelial Permeability in Normal Subjects, Asthmatics and Smokers. M. Dolovich, P. O'Byrne, R. Dirks, M.Newhouse. Chest 1982; 82:253.

23. Rapidly Changing Appearance of Deposited Submicronic 99mTc- DTPA Aerosol in Smokers' Lungs. D. Kohler, G. Coates, M. Dolovich, M. Newhouse. Radiology 1982.

24. A Comparison Between Submicronic Aerosol and Xenon-127 for Ventilation Images. G. Coates, M. Dolovich, M. Newhouse. J Nucl Med 1983; 24: P113.

25. Rapidly Changing Appearance of Deposited Submicronic 99mDTPA Aerosol in Smokers' Lungs. G. Coates, M. Dolovich, D. Kohler, M. Newhouse. J Nucl Med 1983; 24: P113.

26. Evaluation of Pulmonary Epithelial Permeability with Submicronic 99mTc-DTPA Aerosol. G. Coates, M. Dolovich, M. Newhouse. Radiology 1983; 149 (P):243, Abstract #707.

27. Atrovent Aerosol Inhalation in Asthmatic Adults: A Dose Response Study. M. Dolovich, G. Jordana, F. Vickerson, F. Kazim, M. Newhouse. J Allergy and Clin Immunol, Vol. 72, Part 2, 1984, p130.

28. Assessment of the Delivery of Aerosolized Medication to the Intubated Ventilated Rabbit. M. Flavin, G. Coates, M. MacDonald, M. Dolovich, H. O'Brodovich. Am Rev Respir Dis 1984; 129:A223.

29. Lung Epithelial Permeability Changes in Rats after Exposure to Bleomycin. M. Dolovich, M. Jordana, T. Goto, C. Chambers, J. Gauldie, M. Newhouse. Am Rev Respir Dis 1985; 131(Part 2): A312.

30. Salbutamol Administration for Children under Three by Means of a Mask/Aerochamber Unit. W.T. Conner, M. Dolovich, R. Frame, M. Newhouse. J Clin Invest Med 1985; 8:A179.

31. *In vitro* Infection of Nasal Epithelial Cells with Rhino Virus and Anti-Viral Affect of Ribavirin. J.B. Mahoney, M.A. Chernesky, M. Dolovich, M. Newhouse, R.K. Lee. 53rd Conjoint Meeting on Infectious Diseases July 1985.

32. High Frequency Chest Wall Oscillation (HFCWD) Physiotherapy in Asymptomatic smokers. M. Dolovich, C. Chambers, J.F. Chrome, D. Gross, M. Newhouse. The Physiologist 1985; 28:373.

33. Relative Sensitivity of Submicronic Aerosol Ventilation Scintigraphy and Spirometry in Detection of Methacholine Induced Bronchospasm in Normal Subjects. Lowey J, G. Coates, Dolovich M, O'Brodovich H.  Am Rev Respir Dis  1986; 133 (Part 2):A42.

34. Lung Epithelial Permeability in Patients with Interstitial Lung Disease: Indicator of Parenchymal Lung Injury?  Dolovich M, Jordana M, Chambers C, Irving I, Newhouse M.   Am Rev Respir Dis 1986; 133(Part 2):A18.

35. Lung Epithelial Permeability in Sarcoidosis.  M. Newhouse, M. Jordana, M. Dolovich.  Sarcoidosis 1986; 3:119.

36. Lung Epithelial Permeability (LEP) Changes after a Second Intratracheal (ITT) Instillation of Bleomycin.  M. Jordana, M. Dolovich, L. Irving, C. Chambers, J. Gauldie, M. Newhouse.  Sarcoidosis 1986; 3:186.

37. A Physiological Evaluation of Five Makes of Nebulizer.  Can PD20 be used to standardize results of aerosol propagation tests?  E.F. Juniper, J.E. White, M.M. Morris, M. Dolovich, F.E. Hargreave. SEPCR Meeting, Paris, France 1986.

38. Inflammatory Lung Changes Following Nippostrongylus Brasiliensis Infection. L. Irving, M. Jordana, M. Dolovich, J. Gauldie, M. Newhouse.  6th International Congress of Immunology, Toronto, Canada 1986.

39. The Inflammatory Response of the Lungs to Different Dose of  Intratracheal Bleomycin. C. McSharry, L. Irving, M. Dolovich, P. Sestini, M. Jordana, J. Gauldie.  Canadian Society for Immunology, 1987.

40. Pulmonary clearance of DPTA is not altered in rats given  Monocrotaline.  O. Matsubara, K. L. Suyama, M. Dolovich, C. Chambers, J. M. Kay.  Federation Proceedings Abstract. 3950; 46:994, 1987.

41. Muco-Ciliary Function in Patients Following Single Lung or  Lung/Heart Transplantation.  M. Dolovich, C. Rossman, C. Chambers, R.F. Grossman, M. Newhouse.  The Toronto Lung Transplant Group, J.R. Maurer.  Am Rev Respir Dis 1987; Vol 135:A363.

42. Reproducibility of the 99mTc - DTPA Lung Clearance Technique in Forty Normal Young Men.  G. Coates, M. Dolovich, H.M. O'Brodovich, M.T. Newhouse.  Am Rev Respir Dis 1987; Vol 135: A215.

43. Variability of Nebulizer Output During Standard Methods of  Inhalation Challenge.  G. Rosati, M. Dolovich, E.H. Ramsdale.  JACI 1987;79:251.

44. Mast cell involvement in the enhanced inflammatory changes following a second dose of intratracheal bleomycin in the rat. Cox G, Irving L, Jordana M, Gauldie J, Dolovich M, Newhouse M.  Am Rev Resp Dis 1988 (Part 2); 137:44.

45. Role of capsaicin-sensitive nerves in the control of lung epithelial permeability after allergen challenge in sensitized rats.  Sestini P, Dolovich M, Vancheri C, Stead RH, Marshall JS, Bienenstock J, Newhouse M.  Am Rev Resp Dis 1988 (Part 2); 137:376.

46. Influence of inspiratory flow rate on the response to terbutaline sulphate inhaled by the Turbuhaler.  Dolovich M, Vanzieleghem M, Heidinger KG, Newhouse MT.  Am Rev Resp Dis 1988 (Part 2); 137:433.

47. A comparison of aerosol deposition in the lung from Aerochamber vs nebulizer in patients receiving mechanical ventilation.  Fuller H, Dolovich M, Posmituck G, Wong-Pack W, Newhouse M.  Am Rev Resp Dis 1988 (Part 2); 137:60.

48. Physical Principles Underlying Aerosol Therapy.  Dolovich M.  J Aerosol Med 1988; 1:157-8.

49. Potential Role of Mast Cell Products in Lung Permeability Changes After a Second Dose of Bleomycin in the Rat.  Cox G, Irving L, Jordana M, Gauldie J, Dolovich M, Newhouse M.  7th European Congress on Diseases of the Chest, Dublin, Ireland 1988.

50. Influence of Inspiratory Flow Rate (VI) on the Response to Terbutaline (T) Inhaler via the Turbuhaler (TH).  Dolovich M, Vanzieleghem M, Hidinger K-G, Newhouse M.  NER Allergy Proc 1988; 4:380.

51. Capsaicin pre-treatment prevents the early development of increased solute clearance following a second dose of bleomycin in the rat.  G. Cox, C. McSharry, M. Dolovich, M. Jordana, J. Gauldie. Am Rev Respir Dis  1989;139:A239.

52. Aerosol delivery to the lung through an open tube spacer:  importance of inhalation technique. M.B. Dolovich, C. Chambers, L. Gerrard, M. Newhouse.  Am Rev Respir Dis  1989;139:A144.

53. A technique to deliver an accurate volume of nebulized aerosol for oral inhalation.  D. Pace, M. Molle, R, Zelasko, M.B. Dolovich. Am Rev Respir Dis  1989;139:A597.

54. A comparison of aerosol deposition in the lung from metered  dose inhaler (MDI) via three devices in patients receiving mechanical ventilation.  M. Dolovich, H. Fuller, G. Posmituck, W. Wong-Pack, M. Newhouse.  Clin Invest Med 1989; 12:B18

55. Characterization of 3 systems used to deliver pentamidine(P) aerosol. Dolovich M, Chambers C, Crossley J, Newhouse MT.  Amer Rev Respir Dis 1990: 141 (Part 2); A153.

56. Aerosol deposition as a measure of bronchoconstriction.  Richards R, Chambers C, Hargreave FE, M.B. Dolovich. Amer Rev Respir Dis 1990; 141 (Part 2): A732.

57. Aerosol deposition to the lungs by MDI in ventilated patients: ET tubes vs tracheostomy. Fuller H, Dolovich M, Turpie F, Posmituk G, Wong-Pack W, Newhouse M.  Chest 1990;98:27S.

58. Distribution of drug and label in radiolabelled procaterol MDI aerosol. Dolovich M, Chambers C, Gerrard L, Newhouse MT.  J Aerosol Med 1991;4(Suppl 1):8.

59. Comparative efficiency of aerosol deposition to the lung from 4 devices used with a metered dose inhaler (MDI) in mechanically ventilated (MV) patients.  Fuller H, M.B. Dolovich, Turpie F, Posmituck G, Newhouse M. J Aerosol Med 1991;4 (Suppl 1):8.

60. Measurement of particle size characteristics of metered dose inhaler (MDI) aerosols. M.B. Dolovich. J Aerosol Med 1991;4 (Suppl 1):39.

61. Effects of high dose salbutamol aerosol on lung histology in rabbits.  Spahr-Schopfer IA, Lerman J, Cutz E, Dolovich M.  Anesthesiology 1991; 75(Suppl 3A):A980.

62. Intrapulmonary effects of inhaled glutathione liposomes.  Dolovich M, Chambers C, Shek P, Newhouse M.  Am Rev Respir Dis 1992; 145(Part 2); A799.

63. Clinical applications and comparisons of dose and distribution from therapeutic aerosol delivery systems. Dolovich M. American Association of Aerosol Research Annual Meeting, Michigan, October 1991. Abstract Book p.374.

64. Airway mucosal damage induced by high dose aerosol in rabbits. Spahr-Schopfer IA, Lerman J, Cutz E, Dolovich M. Am Rev Respir Dis 1992; 145(part 2); A364.

65. Albuterol Dose from Four MDI Add-on Devices. Dolovich M, Chambers C, Mazza M, Newhouse MT. Proceedings of the Eleventh Annual Meeting American Association for Aerosol Research, San Francisco CA, Oct 12-16,1992.

66. High dose Ventolin MDI induces epithelial lesions in the tracheo-bronchial tree in a rabbit model. Spahr-Schopfer IA, Lerman J, Cutz E, Dolovich M. IARS Annual Meeting, Mar 1993. Anesth Analg 1993;76:S413.

67. Lung lesions induced by metered dose inhaler Ventolin: a dose-response study in rabbits. Spahr-Schopfer IA, Lerman J, Cutz E, Dolovich M. IARS Annual Meeting, March 1993. Anesth Analg 1993;76:S414.

68. Pentamidine aerosol delivered from 3 MDI add-on devices: Comparison of available dose and particle size characteristics. Dolovich M, Chambers C, Mazza M, Newhouse M. Am Rev Respir Dis 1993;147(Part 2):A1004.

69. Albuterol dose available from four MDI add-on devices. Dolovich M, Chambers C, Mazza M, Newhouse M. Am Rev Respir Dis 1993; 147(Part 2):A996.

70. Comparison of the response to salbutamol and terbutaline sulphate administered by MDI or DPI in asthmatic subjects. Dolovich M, Churchill E, Newhouse M. Am Rev Respir Dis 1993; 147(part 2):A58.

71. Effect of holding chamber volume on MDI albuterol dose delivered in vitro through an endotracheal tube at low tidal volumes. Campbell R, Dolovich M, Chambers C, Newhouse M. Am Rev Respir Dis 1993; 147(Part 2):A267.

72. Dose effect of beta agonists fenoterol(F) and salbutamol(S). Newhouse M, Dolovich M, Keller E. Am Rev Respir Dis 1993; 147(Part 2):A57.

73. Evaluation of performance of Hudson Updraft II jet nebulizers. Schmid G, Newhouse P, Dolovich M, Newhouse M. Am Rev Respir Dis 1993; 147(part 2):A996.

74. Chest position and pulmonary deposition of synthetic surfactant in surfactant-depleted rabbits. Fok TF, Broadbent R, Dolovich M, Watts J, G. Coates, Kirpalani H. Can Pediat Soc June, 1993.

75. Standards for *In Vitro/In Vivo* Measurements of MDI characteristics. Dolovich M, Smaldone G. J Aerosol Med 1993;6(Suppl):103.

76. Aerosol delivery to ventilated patients. Dolovich M. J Aerosol Med 1993; 6(Suppl):92.

77. Development and evaluation of a method of labelling dry powder drugs for inhalation with technetium-99m. Cinquina T, Newhouse M, Dolovich M, Bowen BM. Proceedings of Fine Particle Society Annual Meeting, August, 1993, Chicago, Illinois.

78. Characterization of medical aerosols: physical and clinical requirements for new inhalers. Dolovich M.  American Association for Aerosol Research Proceedings 12th Annual Meeting, 1993, page 313.

79. Induction of sputum using inhaled hypertonic saline with different nebulizers.  Popov T, Punthakee Z, Kolendowicz R, Dolovich M, Hargreave FE.  J Allergy Clin Immunol 1994;93:(Part2):168.

80. Effect of a pause prior to inhaling a MDI aerosol on drug availability through an open tube spacer. Dolovich M, Chambers C.  J Allergy Clin Immunol 1994;93:(Part2):169.

81. Effect of kinetic therapy on lung mucus transport in mechanically ventilated patients.  Dolovich M, Rushbrook J, Churchill E, Mazza M, Powles ACP.  Amer Resp J Crit Care Med 1994;149(Part2):A1041.

82. A comparison of eight methods for delivering aerosol to intubated animals.  Dolovich M, Chua HL, Chambers C, Lerman J, Newhouse M.  Amer J Resp Crit Care Med 1994; 149(part 2):A1038.

83. A labelling technique for the investigation of dry powder aerosol drug delivery systems.  Cinquina T, Newhouse M, Dolovich M, Bowen B.  Amer J Resp Crit Care Med 1994; 149(Part2):A908.

84. Comparison of metered dose inhaler (MDI) and jet nebulizer (JN) in delivering salbutamol (Salb) aerosol to infants with bronchopulmonary dysplasia (BPD).  Fok TF, M.B. Dolovich, Newhouse MT, Gray S, G. Coates, Monkman S, Paes B, Kirpalani H.  Amer J Resp Crit Care Med 1994;149(Part 2)A546.

85. Delivery of exogenous surfactant(S) to surfactant-depleted rabbits by ultrasonic(U) and jet(J) nebulizer.  Fok TF, Al-Essa MM, Monckman S, M.B. Dolovich, G. Coates, Bowen B, Kirpalani H. Pediatric Research 1994;35(4) Abstr 1979.

86. Does metered dose inhaler aerosol salbutamol delivered proximal to the endotracheal tube, induce tracheal lesions in rabbits?  Shorten G, Cutz E, Lerman J, Dolovich M.  Canadian J Anaesthesia 1994;41:A-26-A.

87. *In Vitro* Characterization of Vanceril(V) Aerosol from the Microspacer (MS). M.Dolovich, R. Rhem, E. Summers. JACI 1995;95(Part 2):A356,229.

88. Validation of radiolabelling technique for Vanceril MDI.  Dolovich M, Girard L, Summers E, Rhem R.  Amer J Resp Crit Care Med 1995; 151(Part 2): A60.

89. Delivery of metered dose inhaler aerosols to paralysed and non-paralysed ventilated rabbits.  Fok TF, Al-Essa, Monkman S, Dolovich M, Girard L, G. Coates, Kirpalani H.  Amer J RespCrit Care Med 1995; 151(Part 2): A746.

90. Efficiency and safety of metered dose inhaler salbutamol delivery to the lungs in the intubated rabbit.  Shorten GD, Dolovich M, Rhem R, Lerman J, Cuta E.  Amer J RespCrit Care Med 1995; 151(Part 2): A269.

91. Comparison of 7 Inlet Stages for Sizing Aerosols. M. Dolovich, R. Rhem J Aerosol Med 1995; 8:125: P183.

92. Relationship between infant weight and lung deposition of aerosol.  Dolovich M,Fok TF, Monkman S, Gray  S, Rashid F, Paes B, Newhouse M, Kirpalani H. Eur Resp J 1995; 8(Suppl 19):201S.

93. Comparison of performance of aluminum with plastic holding chambers with four drugs used in inhalation therapy.  M.B. Dolovich, Mitchell JP,Nagel M.  Eur Resp J 1995; 8(Suppl 19) 360S.

94. Lung deposition of albuterol sulphate from the Dura Dryhaler in normal adults.  Dolovich M, Rhem R, Rashid F, Bowen B, G. Coates, Hill M. Amer J Resp Crit Care Med 1996; 153:A62.

95. A randomized controlled trial of inhaled steroid therapy on measures of airway inflammation in adult smokers.  Cox G, Whitehead L, Dolovich M, Jordana J, Gauldie J, Newhouse M.  Amer J Resp Crit Care Med 1996; 153: A126.

96. Measurement of the particle size and dosing characteristics of a radiolabelled albuterol-sulphate lactose blend used in the SPIROS[7] dry powder inhaler.  Dolovich M, Rhem R, Rashid F, G. Coates, Hill M, Bowen B.  Respiratory Drug Delivery V, Interpharm Press, 1996,  p332-335.

97. Dose targeting for dry powder inhalers. Hill M, Vaughan L, Dolovich M.  Respiratory Drug Delivery V, Interpharm Press, 1996, p197-208.

98. Rationale for spacer use in children.  Dolovich M.  Proc 2nd International Congress on Pediatric Pulmonology, Nice, France, 1996, p 227-228.

99. Does the Chronolog actuator affect the emitted dose and aerosol characteristics of Tilade MDI? Dolovich M, Rhem R.  P1295 Eur Respir J 1996;9(Suppl 23): 205S.

100.   Dolovich M, Fok TF, AlEssa M, Monkman S, Bowen B, G. Coates, Kirpalani H. Independent estimate of pulmonary deposition of aerosol using gamma scintigraphy. Eur Respir J 1996;(Suppl 23):279S.

101.   Delivery of beclomethasone dipropionate (BDP) as a function of number of breaths at low tidal volume in two small volume holding chambers for pediatric use.  Mitchell J, Nagel M, Dolovich M. P2691.Eur Respir J 1996;9(Suppl 23): 433S.

102.   Equivalence of generic and innovator sodium cromoglycate nebulizer solutions.  Dolovich M, Rhem R.  Amer J Resp Crit Care Med 1997;155 (Part 2):A668.

103.   Protective effect of generic salbutamols on responsiveness to methacholine in asthmatic children.  Mallol J, Aguirre V, Figueroa L, Dolovich M.  International Pediatric Respiratory Congress, Sydney, Australia, March 1997.

104.   Measuring particle size distributions of nebulized aerosols.  Dolovich M.  J Aerosol Med 1997; 10:89.

105.   Improving aerosol delivery: spacers/holding chambers.  Dolovich M.  J Aerosol Med 1997;10:166-167.

106.   Aerosol delivery to mechanically ventilated patients: MDI vs. nebulizer.  Dolovich M.  J Aerosol Med 1997; 10: 165.

107.   Delivery Characteristics of 3 Nebulizers with 3 Sodium Cromoglycate Solutions.  Dolovich M, Rhem R.  J Aerosol Med 1997;10:267.

108.   Small Differences in Inspiratory Flow Rate (IFR) and Aerosol Particle Size Can Influence Upper and Lower Respiratory Tract Deposition.  Dolovich M, Rhem R.  J Aerosol Med 1997;10:238.

109.   Characterization of aerosolized cationic lipid/plasmid expression cassettes for delivery to the lung.  Kwong WTJ, Otulakowski G, Rhem R, Steer B, Bowen B, Tanswell AK, O'Brodovich H, G. Coates, Dolovich M.  Amer J Resp Crit Care Med 1998; 157: A133.

110.   3D imaging of the lung: pet scanning and aerosols.  Dolovich M, Inman M, Wahl L, Nahmias C, Hargreave F, G. Coates.  Amer J Resp Crit Care Med 1998;157:A78.

111.   Preparation of microaggregated human serum albumin labelled with $^{99m}$Tc to enable in vivo evaluation of suspension aerosols.  Cheung D, Bowen B, Rashid F, Rhem R, Dolovich M.  Amer J Resp Crit Care Med 1998;157:A638.

112.   Lung deposition of radiolabeled Ventolin[7] administered via several small spacers to intubated spontaneously breathing rabbits.  Dubus JC, Rhem R, Dolovich M.  Amer J Resp Crit Care Med 1998;157:A638.

113.   Use of dynamic spiral CT to evaluate vocal chord geometry: inspiratory flow rate (IFR) changes using two different dry powder inhalers for asthma. Schemmer DC, Coblentz CL, Rhem R, M.B. Dolovich.  Proceedings Canadian Radiological Association Annual Meeting, June 1998, Halifax NS.

114.   In vitro characterization of salbutamol generic MDIs:  delivery via small spacers.  Dubus JC, Rhem R, Dolovich M.  Eur Resp J 1998;12(Suppl 28):65S.

115.   Induced sputum:  comparison of effect of high and low nebulizer output and duration of inhalation on cell counts.  Belda J, Hussack P, Efthimiadis A, Dolovich M, Hargreave FE.  JACI 1999; 103 (Part 2):Abstract 176:S46.

116.   In vitro deposition of HFA vs CFC-beclomethasone (BDP) MDI at low tidal volumes.  Bowser L, Rhem R, Dolovich M.  AJRCCM 1999; 159(Part 2): A151.

117.   Simulating aerosol delivery: effect of particle size, tidal volume and inspiratory flow rate.  Dolovich M, R. Rhem R, Kwong J.  AJRCCM 1999;159(Part 2):A615.

118.   Positron emission tomographic PET) imaging of the lung in cystic fibrosis: 3D assessment of the distribution of inhaled therapy.  Dolovich M, Nahmias C,Thompson M, Yuki S., Frietag A., G. Coates.  AJRCCM 1999; 159(Part 2): A687.

119.   Use of dynamic spiral CT to evaluate vocal chord geometry during inhalation from two different DPIs.  Schemmer DC, Coblentz CL, Rhem R, Dolovich, MB.  AJRCCM 1999; 159(Part 2): A120.

120.   Aerosol Delivery to Children: What to Use, How to Choose.  Dolovich M.  Pediatr Pulmon 1999 Suppl 18:79-82.

121.   In Vitro delivery of CFC and HFA salbutamol via small spacer devices.  JC Dubus, R Rhem, M. Dolovich.  Pediatr Pulmon 1999 Suppl 18:233.

122.   Comparison of effect of time of inhalation and nebulizer output on cell counts.  Belda J, Hussack P, Efthimiadis A, Dolovich M, Hargreave FE.  AJRCCM 1999; 59(Part 2): A848.

123.   In Vitro Characterization of Two BDP HFA pMDIs.  Dolovich M, Rhem R.  J Aerosol Med 1999;12:112.

124.   A standard for the testing of spacers and holding chambers - in vitro testing requirements.  Mitchell JP, M.B. Dolovich.  J Aerosol Med 1999; 12:134.

25

125.  Serevent administration by MDI alone versus MDI plus Aerochamber.  M.B. Dolovich, Clelland L, Rhem R, G. Coates.  J.ERJ 1999 ;14(Suppl 30): 61S,P473.

126.  *In Vitro* Comparison of a BDP HFA pMDI with CFC Beclovent.  Dolovich M, Rhem R.  ERJ 1999;14(Suppl 30): 197S, P1364.

127.  Marking activated macrophages with Tc99m-J001X in asthma: a preliminary *in vitro* study.  Belda J, Rhem R, Rashid F, Hargreave FE, Dolovich M., ERJ 1999 ;14(Suppl 30): 386S,2571.

128.  *In vitro* comparison of 2 strengths of Beclazone, a  beclo-methasone dipropionate (BDP) HFA 134 pMDI,with CFC Beclovent and Becloforte.  Dolovich M, Rhem R.  AJRCCM 2000;161(3Part2):A33.

129.  Lung deposition of coarse CFC vs fine HFA pMDI aerosols of beclomethasone dipropionate (BDP) in asthma.  M.B. Dolovich, Rhem R, Gerrard L, G. Coates.  AJRCCM 2000;161 (3Part 2):A33.

130.  Imaging airway inflammation in obstructive respiratory diseases using J001X scintigraphy. A preliminary *in vitro* study.  Belda J, Rhem R, Rashid F, Hargreave FE, Dolovich M.  AJRCCM 2000;161 (3Part 2):A574.

131.  Defining and quantitating peripheral lung deposition using  radiolabelled tracers and 2D imaging.  M.B. Dolovich, Rhem R and G. Coates.  Eur Resp J 2000; 16(Supplment 31):62S, P560.

132.  Lung deposition >50% consistently demonstrated for HFA-beclomethasone dipropionate (bdp) extrafine aerosol. M.B. Dolovich, Conway JH, Le Soeuf P, Leach CL. ACAAI 2001;86::83 Abstract 46 .

133.  Modelling drug output of nebulized cationic lipid:plasmid complexes based on simulated breathing patterns.  Dolovich M, MistryJ, Rhem R.  AJRCCMJ 2001; 163(Part 2):A565.

134.  Distribution of intranasally administered substances in the respiratory and digestive tracts of mice.  Southam DS,  Dolovich M, O'Byrne PM, Inman MD.  AJRCCMJ 2001; 163(Part 2):A925.

135.  Lidocaine via hydrofluorocarbon (hfc) metered dose inhaler (mdi) in asthma:  a new method of delivery. pilot data.  Jayaram L, Goodwin S, Rhem R, Gleich G, Hargreave FE, Dolovich M  AJRCCMJ 2001; 163(Part 2):A860.

136.  Positron emission tomography using 18Fluorodeoxyglucose (18FDG) uptake as an indicator of lung inflammation in cystic fibrosis.  Labiris R, Dolovich M, Freitag A, Hargreave F, Nahmias C, Thompson M, Holbrook A, MacLeod S.  Pediatr Pulmonol 2001;Suppl 22: 273.

137.  Predicting in vivo aerosol delivery using simulated breathing patterns.  Bosco AP, Rhem R, Dolovich M.  JACI 2002;109 (Part 1):S244;A742.

138.  Pulmonary deposition of HFA beclomethasone dipropionate (BDP) MDI in a neonatal animal lung model.  Bowser L, Rhem R, Monkman S, Kirpalani  H, Dolovich M.  AJRCCM 2002; 165:A646.

139.  Is aerosol delivery more efficient using breath-actuated nebulization?  Bosco AP, Rhem R, M.B. Dolovich.  AJRCCM 2002;165: A192.

26

140.   Defining lung regions for the purpose of calculating deposition to the small airways.  Dolovich M, Rhem R, Kish S, Saab C.  AJRCCM 2002; 165:A190.

141.   [18]Fluorodeoxyglucose ([18]FDG) uptake with positron emission tomography (PET) as a measurement of lung inflammation in cystic fibrosis (CF).  Labiris R, Nahmias C, Freitag A, Dolovich M.  AJRCCM 2002;165:A282.

142.   Sputum neutrophils take up radiolabelled fluorodeoxyglucose (FDG) analogue.  Ripandelli L, Radford, K, Labiris  R, M. Dolovich, M, Cox G.  AJRCCM 2002;165:A282.

143.   Lidocaine hydrofluorocarbon (HFA) 134a metered dose inhaler (MDI) in prednisone dependent asthma.  Duong M, Morris M, Wilson AM, M.B. Dolovich, Hargreave FE.  AJRCCM 2003; Part 2 A

144.   Characterization of a liposomal powder for inhalation.  Dolovich, MB, Rhem R, Rashid F, Shek, PN.  AJRCCM 2003; Part 2 A.

145.   Impact of tidal breathing on fine particle aerosol delivery to the mouth over nebulization time.  Bosco A, Rhem RG,  M.B. Dolovich.  J Aerosol Med 2003;16(2): 227, Abstract 149.

146.   Rationale for standardizing in vitro aerosol delivery measurements using simulated human breathing patterns.  Bosco A, Rhem RG,  M.B. Dolovich.  J Aerosol Med 2003;16(2):225, Abstract 150.

147.   18 Fluorodeoxyglucose ([18]FDG) using positron emission tomography (PET): a measure of lung inflammation in cystic fibrosis.  Labiris R, Nahmias C, Freitag A, Dolovich M.  J Aerosol Med 2003;16(2):198, Abstract 48.

148.   Does Inhalation of Preservatives from IV Tobramycin Preparations cause Airway Inflammation?  Labiris NR,  Freitag AP, Pratt B, Efthimiadis A, Hargreave FE, M.B. Dolovich.  Am J Resp Care Crit Med 2004 169(7):A307.

149.   A highly versatile and regioselective strategy for radiolabeling insulin.  Guenther KJ, Schaffer P, Yoganathan S, Chirakal R, Dolovich M, Zubieta J, Banerjee SR, Levadala MK, Babich JW, Valliant JF. J Nucl Med 2004; 45: 211P, Abstract 600.

150.   Improved Aerosolization of Suspensions Using Electronic Micropump Technology Compared to Conventional Pneumatic Nebulization.  Bosco AP, Dolovich M.  Chest 2004;126(4Suppl):816S.

151.   Does Particle Size Influence Distribution of Inhaled Therapy in the Presence of Airways Obstruction:  a 3D PET study of the Lung in Cystic Fibrosis.  Dolovich M, Rhem R, Guo X, Labiris R, Thabane L.  AJRCCM,2005;v2,A377.

152.   Aerosolization of Aqueous Corticosteroid Suspensions Using Electronic Micropump Technology Compared to Pneumatic Jet Nebulization.  Bosco AP, Dolovich M.  AJRCCM 2005; v2 A378.

153.   Does Electronic Micropump Technology Reduce Nebulizer Drug Loss For Aqueous Corticosteroid Suspensions Compared To Solutions?  Bosco AP, Dolovich M.  AJRCCM 2005; v2,A378.

154.   An assessment of the anti-inflammatory properties of low-dose ciclesonide in asthmatic patients.  Wilson AM, Duong M, Pratt B, Dolovich M, O'Byrne PM.  AJRCCM 2005; v2, A677.

155.   Canadian Standards Association Standard Z264.1-02:2002:  A new voluntary standard for spacers-holding chambers used with pMDIs. M.B. Dolovich, Mitchell JP.  ISAM 2005.

156.   Improving delivery efficiency of aqueous corticosteroid suspensions using electronic micropump technology.  Bosco AP, Dolovich M.  ISAM 2005.

157.   Validation of Radiolabeled Insulin Powder for Exubera® Studies.  Labiris R, Garofalo R, Kawabata T, Sadrzadeh N, Guenther T, Valliant J, Strack T, Dolovich M.  ADA 2005

158.   Lung deposition of QVAR (HFA134a-BDP) in newborn infants with Bronchopulmonary Dysplasia (BPD).  Dolovich M, Millar D,Sterling L, Rhem R, Bosco AP, Kirpalani H.  Chest 2005;128(4, Suppl):351S.

159.   Defining 3D Regions of Interest in PET Lung Images Using a Shell-Generating Segmentation Process.  M.B. Dolovich, Yuki S, Rhem R.  PATS 2006 A705.

160.   The Effects of Sampling Delay and Pretreatment Condition on the Performance of Several Small-Volume, Valved Holding Chambers.  Lauricella S and Dolovich M.  J Aerosol Medicine 2007;20 (Suppl 1):202, P124.


### Peer-Reviewed Articles Submitted for Publication

#### Abstracts

1.   American Thoracic Society, Toronto, ON, Canada (MAY 16-21, 2008) A Yaghi and M. Dolovich. Investigating the Function of Epithelial Cell Cilia Using High Speed Digital Imaging (submitted).

2.   American Thoracic Society, Toronto, ON, Canada (MAY 16-21, 2008) A Yaghi, C Cox, and M. Dolovich. Ciliary Beat Frequency (CBF) of Nasal Epithelial Cell Cilia is Depressed in Subjects with Chronic Obstructive Pulmonary Disease (COPD) (submitted).

3.   American Thoracic Society, Toronto, ON, Canada (MAY 16-21, 2008) M. Dolovich and S Lauricella. The Influence of Inhalation Delay and Detergent Pretreatment on Non-Electrostatic (NE) and Non-Conducting (NC) Valved Holding Chamber (VHC) Delivery Efficiencies with a Suspension HFA pMDI Aerosol. (submitted).

#### Articles

None pending.


### Proceedings of Meetings - Peer Reviewed

1.   Effect of Sulphur Dioxide on Clearance in man at Rest and on Exercise.  R.K. Wolff, M. Dolovich, G. Obminski and M.T. Newhouse.  Inhaled Particles and Vapours.  W.H. Walton, editor, IV,  pg. 321-330, 1976.

2.   Inhibition of Mucociliary Clearance by Cystic Fibrosis Serum in Man.  C. Rossman, J. Dolovich, M. Dolovich, W. Wilson,  M. Newhouse.  Proceedings of the VIIth International Cystic Fibrosis Congress, Paris, May 1976  111-119.

3.   Influence of Allergen Deposition Site in Airway Responses.  F. Hargreave, P. Frith, M. Dolovich, J. Morse, M. Newhouse.  In: Sadoul P, Milic-Emili J, Simonsson B.G., Clark T.J.H. eds.  Small Airways in Health and Disease.  Amsterdam: Exerpta Medica, 1979; 143-151.

4.  Allergen-induced Airway Responses and Relationships with Non-specific Reactivity.  F. Hargreave, P.A. Frith, M. Dolovich, A. Cartier, G. Ryan, E. Juniper, J. Dolovich, M. Newhouse. In: Airway Reactivity, ed. F.E. Hargreave, Astra Pharmaceuticals Ltd., Canada, 1980, pg 216-222.

5.  Clinical Significance of Non-Specific Airway Reactivity.  F. Hargreave, Astra Pharmaceuticals Ltd. Canada, 1980, 216-222.

6.  Clinical Aspects of Aerosol Diagnostics:  Use of Aerosols to Evaluate Airway Calibre, Reactivity, Bronchodilator Therapy and Ventilation.  In: Hauck H, ed.  International Symposium of Deposition and Clearance of Aerosols in the Human Lung.  M. Newhouse, M. Dolovich.  Bad Gleichenberg, Austria, May 1981.

7.  A comparison of submicronic technetium aerosol with xenon 127 for ventilation studies.  G. Coates, Dolovich M, Newhouse M.  Proceedings of 3rd World Congress of Nuclear Medicine and Biology, Paris, France: Pergamon Press, 1982; II: 2014-2020.

8.  Lung deposition of aerosols: methods and assessment.  Dolovich M.B.  In: Proceedings of International Workshop in Metered Dose Inhalers. Cantrakon, Quebec 1983; Astra Pharmaceuticals.  1985; 27-37.

9.  Technical factors influencing response to challenge aerosols.  M.B. Dolovich.  In: Hargreave FE, Woolcock AJ, eds.  Airway Responsiveness: measurement and interpretation. Mississauga: Astra Pharmaceuticals Canada Ltd. 1985; 9-21.

10. Measurement of secretion and fluid clearance from the lung.  M.B. Dolovich.  In: Proceedings of 40th Annual Conference on Engineering in Medicine and Biology. 1987.

11. Therapeutic aerosol delivery systems.  M.B. Dolovich.  In: Glucocorticoids and Mechanisms of Asthma.  Eds. Malo J,  Hargreave FE, Hogg J, Toogood J. Exerpta Medica  1989; p54-64.

12. Aerosol Therapy in the Newborn.  M.Silverman.  Report of a Workshop.  Arch Dis Child 1990; 65: 906-908.

13. Clinical Aspects of Aerosol Physics.  M.B. Dolovich.  Respiratory Care 1991; 36: 931-938.

14. Measurement of particle size characteristics of metered dose inhaler (MDI) aerosols.  M. Dolovich.  Consensus Seminars on Issues of Aerosol Therapy, Davos, Switzerland April 1991. J Aerosol Med 1991; 4:251-264.

15. Lung dose, distribution and clinical response to therapeutic aerosols.  M. Dolovich.  Aerosol Sci Technol 1993; 18:230-240.

16. *In vitro* measurements of delivered doses from MDIs and add-on devices.  M. Dolovich.  J Aerosol Med 1993;6:140-141.

17. Physical Basis of Aerosol Therapy.  Dolovich M.  Catalonian Journal of Pediatric Immunology and Allergy 1994;13:5-14.

18. Characterization of Medical Aerosols: Physical and Clinical Requirements for New Inhalers. Dolovich M.  Aerosol Sci Technol 1995; 22: 392-399.

19. Influence of inhalation technique on response and compliance.  Dolovich M.  Eur Respir Rev 1995;5:166-9.

20. *In Vitro* Measurements of Delivery of Medications from MDIs and Spacer Devices.  Dolovich M. Proceedings of *In Vitro/In Vivo* Standards of Measurement for MDIs Workshop, Atlanta GE. J Aerosol Medicine 1996; 9(Suppl 1): S49-S58.

21. Editorial: Standards for *In vitro/in vivo* measurements of MDIs.  Dolovich M.  Proceedings of *In Vitro/In Vivo* Standards of Measurement for MDIs Workshop, Atlanta GE.  J Aerosol Medicine1996; 9(Suppl 1):S1-S2.

22. Measuring particle size distributions of nebulized aerosols.  Dolovich M.  ISAM Focus Symposium: Aerosol Therapy with Small Volume Nebulizers: Laboratory to Bedside.  J Aerosol Med 1997; 10: 89.

23. Improving aerosol delivery: spacers/holding chambers.  Dolovich M.  Aerosol Therapy Update: An ducational symposium presenting the latest information on aerosol therapy.  The Johns Hopkins Asthma and Allergy Center Nov 22,1996. J Aerosol Med 1997;10:166-167.

24. Aerosol delivery to mechanically ventilated patients:  MDI vs nebulizer.  Dolovich M.  Aerosol Therapy Update:  An educational symposium presenting the latest information on aerosol therapy. The Johns Hopkins Asthma and Allergy Center Nov 22,1996.  J Aerosol Med 1997; 10: 165.

25. Current status on our understanding of the physics of aerosol delivery.  Dolovich M.  American Respiratory Care Foundation Consensus Conference:  Aerosols and Delivery Devices Sept. 24 - 26, 1999 Respiratory Care 2000.


**Meetings/Conferences Chaired/Organized**

Co-Chair, Session on Drug Delivery of Aerosols, 8th Congress of International Society for Aerosols in Medicine (ISAM), Davos, Switzerland, April 1991

Co-Chair, Session on Pharmaceutical Aerosols, Eleventh Annual Meeting American Association for Aerosol Research, San Francisco, California, USA, Oct. 12 - 16, 1992

Organizer and Co-Chair, International Society for Aerosols in Medicine (ISAM), North American Chapter/McMaster University, Metered Dose Inhaler (MDI) Workshop: Standards for *In Vitro/In Vivo* Measurements, Atlanta, Georgia, USA, Nov. 20 - 22, 1992

Organizer and Chair for ISAM Satellite Symposium: Delivery of Metered Dose Inhaler (MDI) Aerosols to the Lung: Planning for the Future. 9th Congress of International Society for Aerosols in Medicine, Germany. Mar. 30 - April 4,1993

Rapporteur: Poster Symposium, Aerosols as Diagnostic Tools, 9th Congress of International Society for Aerosols in Medicine, Germany. Mar. 30 - April 4, 1993

Member of Advisory Committee to the U.S. FDA discussing Bioequivalence Testing for Generic Metered Dose Inhaler (MDI) Suspension Aerosols, Rockville, Marylance, USA, Sept. 6,1993

Program Committee, Drug Information Association (DIA) Workshop:  Metered Dose Inhalers (MDI) MDIs in the New Millennium, Workshop on regulatory issues of efficacy, safety and quality with metered dose inhalers (MDIs) drug dosage forms, Toronto, Canada, Oct. 18 - 19, 1993

Organizer and Chair, Drug Information Association (DIA) meeting on Spacers Devices: From Bench to Bedside, Boston, Massachusetts, USA, March 27 - 28,1995

Co-Chair, Poster Discussion: Towards therapy with CFC-free metered dose inhalers. European Respiratory Society Annual Meeting, Stockholm Sweden Sept 7 - 11,

1996

Organizer and Chair, Drug Information Association (DIA) meeting on Dry Powder Inhaler Devices. Washington, DC, USA, January 13 - 14, 1997

Organizer and Chair, Drug Information Association (DIA) meeting on Transition MDIs: CFC to HFA , Washington, DC, USA, December 7 - 8, 1998

Moderator, Workshop on Transition to HFAs, American Academy of Allergy, Asthma and Immunology, Annual Meeting, Orlando, FL, USA, March 1999

Chair, 'Understanding Lung Deposition', Glaxo Wellcome Satellite Symposium 12th International Congress International Society for Aerosols in Medicine (ISAM), Vienna, Austria, June12 - 17, 1999

Co-Chair, American Association of Respiratory Care Consensus Conference on Aerosols and Delivery Devices. Bermuda, Sept. 2 - 26,1999.

Chair, Therapeutic Products Programme, Health Canada  International Workshop on Relative Potency of Inhaled Corticosteroids, May 11, 2000, Toronto, Ontario

Organizer and Co-Chair, ISAM Workshop: Issues in Imaging, ISAM 2003 Congress, Baltimore, MD, USA, June 2003

Canadian Asthma Consensus Meeting for Pediatric Asthma Guidelines: Use of Delivery Devices for Children, June 28 - 29, 2003 Montreal, Quebec

**Presentations:  Invited - Peer Reviewed and Not Peer Reviewed**

1.  Presentation at Regional Respiratory Rounds, St. Joseph's Hospital, October 1987. Aerosols: Characteristics and Behaviour in the lung

2.  Instruction in aerosol delivery techniques, permeability and ventilation techniques to Nuclear Medicine Staff, St. Joseph's Hospital, respiratory residents, respiratory therapists

3.  St. Joseph's Hospital Nuclear Medicine Work Rounds: "Lung Permeability Measurements - Technique and Interpretation", March 1988

4.  1989 - McMaster University:  Role of the Tutor in Small Group Learning Workshop

5.  Organizing Committee:  Health Related Aerosols Working Group, American Association for Aerosol Research Annual Meeting, Oct. 1993

6.  Principles of Aerosols and Nebulizer, McMaster University, Regional Respiratory Resident Rounds, Dec. 6, 1994

7.  Aerosol Delivery Devices for Asthma, Allergy/Immunology Rounds, McMaster University, Jan. 13, 1995

8.  Pediatric Aspects of Aerosol Delivery to the Lung. Pediatric Grand Rounds, Health Sciences Center, University of Alberta, Edmonton, April 5 - 6, 1995

9.  Nebulizers for Therapy:  Principles and Practice. Current Views in Allergy and Immunology, 17th Annual Correspondence Course presented by the School of Medicine, Medical College of Georgia in cooperation with the American Academy of Allergy and Immunology, June 1995

10. Aerosols, McMaster University Regional Respiratory Resident Rounds, Jan. 9, 1996

11. Improving Aerosol Delivery:  Spacers/Holding Chambers, Aerosol Therapy Update:  An Educational Symposium at Johns Hopkins University School of Hygiene and Public Health, Baltimore, MD, USA, Nov. 22, 1996

12. Aerosol Delivery to Mechanically Ventilated Patients:  Metered Dose Inhalers (MDIs) vs. Nebulizer, Aerosol Therapy Update:  An Educational Symposium at Johns Hopkins University School of Hygiene and Public Health, Baltimore, MD, USA, Nov. 22, 1996

13. Dry Powder Devices, McMaster University Regional Respiratory Resident Rounds, April 29, 1997

14. Oakville-Trafalgar Hospital: Respiratory Rounds, New Delivery Devices, Feb. 10, 1998

15. Novel Imaging Methods for the Respiratory Tract, McMaster University Regional Respiratory, Research Rounds, Feb. 24, 1998

16. Salbutamol HFA Metered Dose Inhalers - Properties and Performance, McMaster University, Regional Respiratory Research Rounds, March 24, 1998

17. Academic Half-Day. McMaster University Medical School, Unit 2. Inhaled Therapy: Delivery and Devices, April 8, 1998

18. Neonatal Seminars:  McMaster University Medical School,  Aerosol Delivery to the Neonate, Sept. 11, 1998

19. CFC to HFA Transition pMDIs, McMaster University Regional Respiratory Research Rounds, Nov. 24, 1998

20. Tobacco Substitution:  Can You Smoke Your Metered Dose Inhaler? McMaster University Regional Respiratory Research Rounds, March 9, 1999

21. Lung Deposition of Aerosols:  How to Measure and Compare Aerosol Delivery Devices, Ottawa Pneumo Club, Ottawa, Ontario, Sept. 15,1999

22. Aerosol Therapy:  Hitting the Target. Teleconferences for Respiratory Physicians (repeated 7 times), sponsored by the National Jewish Hospital with an educational grant from Forest Laboratories, Denver, CO, USA, Aug. – Sept., 1999

23. Preparation of HFA Literature Base for Environment Canada Website, October 1999

24. Pressurized Metered Dose Inhalers, New Propellants and Accessory Devices:  American College of Chest Physicians Postgraduate Course on Aerosols in Medicine, ACCP 2000, San Francisco, CA, USA, Oct. 2000

25. Inhaler Devices for Children, Breakfast Seminar, Annual Meeting AAAAI, New Orleans, LA, USA, March 2001

26. Drug Delivery Devices for Asthma Therapy:  An Update, Allergy Immunology Rounds MUMC April 27, 2001

27. Delivering Drugs to the Lung:  Can we target the small airway?, Meakins-Christie Beer Rounds, Meakins-Christie Laboratories, McGill University, Montreal, Quebec, June 5, 2001

28. Unleashing the PET: 3D Imaging of the Lung, Regional Respiratory Research Rounds, St Joseph's Hospital, June 12, 2001

29. CFC Free MDIs and Alternative Inhalers:  Choices for Respiratory Therapy, Hamilton Health Sciences Respiratory Therapy Educational Retreat, Burlington, Ontario, Nov. 8, 2001

30. 3D Imaging with aerosols:  Detecting Functional Changes in the Lung Part I. Regional Respiratory Research Rounds, St Joseph's Hospital, April 30, 2002

31. Review Panel for Helmholtz Association, Programme for Environment Related Diseases, Bonn, Germany, Aug. 26 - 27, 2002

32. Breakfast Seminar, American Academy Allergy, Asthma and Clinical Immunology 60th Annual Meeting, Optimizing Delivery of Inhaled Steroids to Asthmatics, CME, Denver, CO, USA, March 8, 2003

33. Allied Health Annual Meeting Symposium, Inhalation Devices for Asthma:  How do they Compare, AAAAI CME, Denver, CO, USA, March 7, 2003

34. CME Dinner Symposium, Optimizing ICS Therapies:  From Suspension to Solution, ATS 2003, Seattle, WA, USA, May 2003

35. Asthma Delivery Devices, Current Views in Allergy and Immunology, 25th Annual Correspondence Course presented by the School of Medicine, Medical College of Georgia in cooperation with the American Academy of Allergy and Immunology, CME, May 2003

36. Nuclear Medicine Research Rounds, Hamilton Health Sciences Drug Delivery to the Lung, Sept. 23, 2004

37. Presentation at Regional Respiratory Rounds, St. Joseph's Healthcare, March 1, 2005

38. Device Selection and Outcomes of Aerosol Therapy:  ACCP/ACAAI Evidence-Based Guidelines, Aerosolterapia con nebulizzatori: presente e prospettive.  Italian Association of Hospital Pneumologists (AIPO), Siena, Italy June 30, 2005

**Presentations at Professional Meetings**

*Invited – Peer-Reviewed*

1. Aerosol Penetrance (AeP):  A Sensitive Index of Peripheral Airways Obstruction.  FASEB, Atlantic City, April 1974.

2. Effect of IPPB on Lung Deposition of a Labelled Aerosol in Patients with Chronic Bronchitis. Combined American Thoracic Society - Canadian Thoracic Society Meeting, Montreal, May, 1975.

3. Inhalation Challenge Tests:  Evaluation of Techniques of Aerosol Delivery.  Canadian Thoracic Society Meeting, June 1976, Vancouver, British Columbia.

4.  Use of Tracer Particulates in Studies of the Lungs Defence Mechanisms.  Particulates in Health: Biophysical Problems and Tools for their Solutions, Environmental Seminars, McMaster University, March 17, 1977.

5.  Effect of Exercise, Postural Drainage and Cough on Mucus Transport and Chronic Bronchitis, Lake Ontario Gas Club, SUNY, Buffalo, Nov. 21, 1978.

6.  Effects of Postural Drainage, Exercise and Cough on Mucus Transport in Chronic Bronchitis, Canadian Society for Clinical Investigations, Montreal, Feb. 1979.

7.  The Aerochamber: A New Demand-Inhalation Device for Delivery of Aerosolized Drugs. American Thoracic Society/Canadian Thoracic Society Annual Meeting, Washington, DC, May 18 - 21, 1980.

8.  Bronchial Provocation Tests: Evaluation of Two Techniques of  Aerosol Inhalation for Bronchial Challenge Tests.  Canadian Thoracic Society, 79th Annual Meeting, June 25 - 27, 1979, Toronto, Ontario.

9.  Airway Permeability in Asthmatic and Normal Subjects.  Seminar Day, McMaster University Medical Centre, Dec. 9, 1981.

10. Influence of Aerosol Penetration in the Lung on Bronchial Response. Workshop on Lung Mucociliary Clearance and Deposition of Therapeutic Aerosols, Miami, FL, USA, Feb. 15 - 17, 1981.

11. Factors Determining Deposition of Pressurized Aerosol Solutions.  Workshop on Lung Mucociliary Clearance and Deposition of Therapeutic Aerosols, Miami, FL, USA, Feb. 15 - 17, 1981.

12. Effect of Ozone and Sulphur Dioxide on Lung Mucociliary Transport.  Workshop for the Development of Research Plans for Clinical Studies of Inhaled Pollutants, sponsored by US Environmental Protection Agency, Kiwai Island, South Carolina, March 5 - 8, 1981.

13. Standardization of Inhalation Tests:  Two Techniques of Aerosol Generation and Inhalation Compared.  Working Group on Bronchial Reactivity, European Physiological Society, Goteburg, Sweden, June 2, 1981.

14. Lung Epithelial Permeability after Histamine Challenge.  Ontario Thoracic Society, Toronto, Ontario, Oct. 24, 1981.

15. Advantage of Submicronic Aerosol Inhalation Over Radioactive Gas for Ventilation.  Ontario Thoracic Society, Toronto, Ontario, Oct. 24, 1981.

16. Aerosol Therapy by Mechanical Ventilators, Symposium on Aerosol Therapy, American Thoracic Society Scientific Assembly on Clinical Problems.  American Thoracic Annual Meeting, May 15 - 18, 1982, Los Angeles, California.

17. Lung Epithelial Permeability in Normal Subjects, Asthmatics and Smokers.  XIV World Congress on Disease of the Chest, Toronto, Ontario, Oct. 10 - 15, 1982.

18. Aerosol Administration and Deposition.  Canadian Society of Pulmonary and Cardiovascular Technologists Annual Educational Seminar, Toronto, Ontario, Oct. 14, 1982.

19. Technical Factors which Influence Response to Aerosols.  Workshop on Measurement of Bronchial Responsiveness, June 15-17, 1983, Cantrakon/Mont Ste Marie, Quebec.  Sponsored by Astra Pharmaceuticals, Canada, Ltd.

20. Production and Characterization of Aerosols for Use in the Lung.  Symposium on Nuclear Medicine, Royal College of Physicians and Surgeons Annual Meeting, Sept. 22, 1983, Calgary, Alberta.

21. *21.     Review of Deposition Study Techniques.  International Workshop on Metered Dose Inhalers, October 17-18, 1983, Cantrakon/Mont Ste Marie, Quebec.  Sponsored by Astra Pharmaceuticals, Canada, Ltd.

22. Atrovent Aerosol Inhalation in Asthmatic Adults: A Dose Response Study.  40th Annual Meeting of the American Academy of Allergy and Immunology.  March 1984, Chicago, Il.

23. Methodologic Aspects of Mucociliary Clearance and Epithelial  Permeability.  International Symposium of Nuclear Medicine in Diseases of the Lung to date Status and Future, Vienna, Austria, August 1986.

24. Aerosols in the Diagnosis of Pulmonary Disorders. Gordon Conference in Aerobiology, Aug. 10 - 14, 1987.  New London, New Hampshire.

25. Measurement of secretion and fluid clearance from the lung.  40th Annual Conference on Engineering in Medicine and Biology, Niagara Falls, N.Y., Sept, 10 - 13, 1987.

26. Physical Principles Underlying Aerosol Therapy.  7th International Congress on Aerosols in Medicine, Rochester, New York, Sept. 25 - 29, 1988.

27. Therapeutic Aerosol Drug Delivery: Systems in Reversible Airflow Obstruction.  International Symposium on Glucocorticoid Steroids and Mechanisms of Asthma: Clinical and Experimental Aspects.  Nov. 18 - 19 1988, Toronto, Canada.

28. The Delivery of Medications to the Lung.  Manitoba Thoracic Society.  February 9, 1989, Winnipeg, Manitoba.

29. Drug Delivery to the Lungs I. Specialist Meeting of The Aerosol Society.  Ware, England Oct 31,1989.

30. Aerosol Therapy In The Newborn.Workshop held at Royal Post-graduate Medical School, Hammersmith Hospital, London,UK.  Dec 7-8,1989.

31. Aerosol Delivery Devices and Deposition. presented at the 22nd Annual Respiratory Care Seminar:New York State Society for Respiratory Care - Central New York Chapter, Syracuse, N.Y. June 8,1990.

32. Clinical Aspects of Aerosol Physics. Presented at the American Association for Respiratory Care: Consensus Conference on Aerosol Delivery. Jan. 10 - 12,1991, Mexico.

33. Measurement of Particle Size Characteristics of Metered Dose Inhaler (MDI) Aerosols. 8th Congress of ISAM, Davos, Switzerland, April 14 - 17, 1991.

34. Aerosol Drug Delivery in Ventilated Patients ATS Symposium/Aerosol Drug Delivery Systems, ATS Annual Meeting, Miami, FL,1992.

35. The relevance of aerosol particle size to clinical response. Respiratory Drug Delivery III, School of Pharmacy, Virginia Commonwealth University, Williamsburg, VA, USA, May 17 - 22,1992.

36. Clinical Applications of Aerosols. Symposium on Pharmaceutical Aerosols, Fine Particle Society Annual Meeting. Las Vegas, Nevada, USA, July 13 - 17,1992.

37. Nuclear Scans. NIH Division of Lung Diseases Workshop on Assessment of Lung Function and Dysfunction in Studies of Infants and Children. Bethesda, MD, USA, Sept. 15-16,1992.

38. Aerosol Deposition in Intubated Patients. NIH Division of Lung Diseases Workshop on Assessment of Lung Function and Dysfunction in Studies of Infants and Children. Bethesda, Md. Sept. 15 - 16,1992.

39. Albuterol Dose from Four MDI Add-on Devices. Eleventh Annual Meeting American Association for Aerosol Research, San Francisco, CA, Oct. 12 - 16,1992.

40. Delivery of Aerosols to Mechanically Ventilated Patients. Visiting Pulmonary Scholar Program, Duke University Medical Center, Burroughs-Wellcome Co., Research Triangle Park, NC, USA, Nov. 4,1992.

41. Aerosol Deposition as a Predictor of Clinical Response. Visiting Pulmonary Scholar Program, Duke University Medical Center, EPA-Environmental Protection Agency/CIIT-Chemical Industry Institute of Toxicology, Research Triangle Park, NC, USA, Nov. 5,1992.

42. *In Vitro* Measurements of Delivered Doses from MDIs and Add-On Devices. MDI Standards for *In Vitro/In Vivo* Measurements, ISAM MDI Workshop, Atlanta, GE., Nov. 21 - 23,1992.

43. Clinical aspects and new perspectives of aerosol delivery systems. Spanish Society of Pneumonology and Thoracic Surgery Annual Meeting, Ribadavia (Orense), Spain, Feb. 5, 1993.

44. Delivery Systems for Inhaled Corticosteroids. Respiratory Specialists Meeting: Therapeutic Options in the Treatment of Asthma - The Controversial Issues, Feb. 27, 1993 Melbourne, Australia.

45. The disposition of inhaled drugs in bronchial asthma. Interasma '93, Jerusalem, Israel, Oct. 24 - 29, 1993.

46. Delivery of salbutamol aerosol to intubated rabbits: comparison of devices. International Neonatal/Infant Conference, Boston MA. May 21,1994.

47. *In Vitro/In Vivo* Characteristics of MDI Delivery Systems. 25th Annual Meeting of the Fine Particle Society, July 25-28,1994.

48. Quaeritur II: Inhalation Technique and Compliance, London, UK Nov 4,1994.

49. Physical Basis of Aerosol Therapy. Catalonian Society of Allergy and Clinical Immunology, Barcelona, Spain. Nov 25-26, 1994.

50. Characteristics of MDI Aerosol. Ontario Lung Association Annual Meeting, Toronto, Ont. Feb. 10,1995.

51. Spacer Devices-Design. DIA meeting on Spacer Devices: From Bench to Bedside. Boston, MA, USA, March 27-28, 1995.

52. Spacers and Aerosol Delivery Systems. 18th International Conference on Pediatric/Adult Allergy and Clinical Immunology.  Toronto, Ontario, Canada July 21-23, 1995.

53. Lung Deposition:  How valuable is its' role in documenting and assessing potential effect? Delivering Pharmaceuticals to Young Children (<6 years) with Respiratory Disease. Milan, Italy Nov 2-3,1995.

54. Inhalation Technique and Inhalation Devices. Beta-*2* Agonists in Asthma Treatment: New perspectives on old principles. Seville, Spain Dec. 1 - 2,1995.

55. Spacer devices: delivery systems for pMDI  aerosols. Advances in Inhalation Therapy. National Heart and Lung Institute, London, UK. Feb 22 - 23, 1996.

56. Rationale for spacers in children. Symposium on Aerosol Treatment of Young Children from Metered Dose Inhalers. CIIP'96, Nice France June 2 - 6,1996.

57. ERS Annual Meeting, Stockholm, Sweden Sept. 8 - 11, 1996.

58. Factors Affecting *In Vivo* Measurements of Lung Deposition. Annual Meeting, American Association for Aerosol Research, Orlando, FL, Oct .14 - 18, 1996.

59. Impact of Oropharyngeal Deposition on Inhaled Dose. I SAM Focus Symposium: Towards Meaningful Laboratory Tests fro Evaluation of Pharmaceutical Aerosols.  Puerto Rico Jan. 29 – 31, 1997.

60. Spacer Devices: what should be standardized? Canadian Standards Association (CSA) Toronto January 21, 1997.

61. Spacers: Performance and Design - *A Variation on a Theme.* Advances in Inhalation Therapy. National Heart and Lung Institute, London, UK.  Feb. 10 – 11, 1997.

62. Spacers and Aerosol Delivery Devices. International Conference on Pediatric/Adult Allergy and Clinical Immunology. Toronto, Ontario, Canada, Aug, 1, 1997.

63. Liposomes Aerosols for Gene Transfer. 11th Annual North American Cystic Fibrosis Conference, Nashville, TN, USA, Oct. 23 - 26,1997.

64. The MDI and Beyond: Recent Developments in Delivery Systems for Inhaled Corticosteroids. AAAAI  54th Annual Meeting. New Corticosteroids for Asthma: Moving into the 21st Century. Scientific Workshop, March 16, 1998, Washington, DC.

65. New propellants and delivery systems  (1/5 Keynote Lectures). Canadian Guidelines on the Treatment of Asthma. Niagara-on-the-Lake, May 3-5,1998.

66. Aerosol Delivery to Children: What to Use, How to Choose. CIIP, Monaco, France, June 1998.

67. New Delivery Systems: What Will Replace CFCs? Asthma Therapy Symposium, American College of Chest Physicians Annual Meeting Nov. 8 - 12, 1998 Toronto, Ont.

68. American Association of Physician Assistants Annual Meeting, May 1999, Atlanta, GA, USA.

69. New propellant-free technologies under investigation. Boehringer-Ingelheim Satellite Symposium on New Advances in Propellant-free Inhaled Drug Delivery, 12th International Congress of ISAM, Vienna, Austria June 12 - 17,1999.

70. Current status on our undertanding of the physics of aerosolized delivery. American Respiratory Care foundation Consensus Conference:  Aerosols and Delivery Devices, Sept. 24 - 26,1999, Bermuda.

71. The Evolution of Drug Delivery: A Review. ACAACI Symposium Chicago, IL, USA, Nov. 11,1999.

72. New Inhaler Technology - Banning of CFC's. Better Breathing Conference2000 - Family Practice Physicians Program. Jan 29,2000 Toronto ON.

73. Dolovich M. Inspiratory Flow Rate: Definition and Implications for Drug Therapy.  Lunch Symposium: Technology and Treatment: Managing Asthma in the New Millenium.  56th Annual Meeting AAAAI, San Diego, CA, March 4 - 8, 2000.

74. Dolovich M. Options to CFC Inhalers. Scientific Workshop: What's New About Non-CFC Inhalers? 56th Annual Meeting AAAAI, San Diego, CA, March 4 - 8, 2000.

75. Current Issues in Choosing Inhaler Devices. Respiratory Update 2000, Montreal, Quebec. March 24, 2000.

76. Inhaler Devices. Toronto East Respiratory Journal Club.  Toronto, May 23, 2000.

77. TPP, Health Canada Inhaled Corticosteroids Workshop.  Scintigraphic Studies Status: Dose Deposited versus Dose Inhaled: Influence on Response.  May 12, 2000, Toronto, ON.

78. Dolovich M. Unleashing the PET: 3D Imaging of the lung. Respiratory Drug Delivery 7, Tampa FL May 14 - 18, 2000.

79. CSA Spacer Standard.  Management Forum, UK, Nov. 13 - 14, 2000.

80. CME Video, Monograph : Reaching the Target: New Developments in Inhalation Therapy for Asthma. Current Communications Company /Medical Broadcasting 2001.

81. Inhalation Therapy and Devices: Breakfast Seminar, AAAAI Annual Meeting, March 16 - 21, 2001.

82. Small Airways in Asthma: A Roundtable Discussion. CME Program,/Supplement.  National Jewish  Hospital, Denver CO March 30, 2001.

83. From Re-Formulation to Re-Engineering to Re-Evaluation.  World Asthma Meeting, ATS July 2001Chicago, IL.

84. From rationale to re-formulation to re-evaluation: optimizing inhaled corticosteroid performance. Canadian Society for Allergy and Clinical Immunology Annual Meeting, Oct. 26 - 28, 2001, Banff, Alberta.

85. Targeting All Areas of Inflammation. CME Symposium. American College of Allergy Clinical Immunology. Nov. 15, 2001, Orlando Florida.

86. Influence of Lung Anatomy, Physiology, Pathology and Therapeutic Aerosol Characteristics on Pulmonary Drug Delivery and Response. Practical Approaches to Pulmonary and Nasal Drug Delivery. Paris, France, Jan. 24 - 25, 2002.

87. Optimizing Inhaled Steroid Therapy in Young Children. Lunch Seminar 2525 with P Eggelston, MD. AAAAI 58th Annual Meeting, New York March 2, 2002.

88. Inhalation Devices for Asthma: How do they compare. Lunch Seminar 3522. AAAAI 58th Annual Meeting, New York March 3, 2002.

89. Linking Distal Disease with Clinical Outcomes. ATS May 2002 Atlanta GE. Forest Labs Dinner Symposium.

90. Advances in our Knowledge of Airway Deposition of Inhaled Therapy in Patients with Asthma. EAACI June 2002  Naples Italy.

91. Assessing Nebulizer Performance. American Respiratory Care Foundation Meeting on Emerging Nebulizer Technologies. Montreal, Quebec, June 2002.

92. The Suspension is Over:  New Solutions for the Treatment of Asthma. M. Dolovich Optimizing ICS Therapies: From Suspension to Solution CME Evening Postgraduate Seminar, AAAAI Denver, CO, March 2003.

93. From Suspension to Solution:  Targeting the Distal Airway. CME Evening Postgraduate Seminar. 99th International Conference of the American Thoracic Society, May 20, 2003.

94. Aerosol Delivery Systems and Aerosol Deposition in Asthma.  Bram Rose Eastern Allergy Conference, Canadian Allergy, Asthma and Immunology Foundation.  June 6 - 8, 2003.

95. Basics of Aerosol Delivery. International Society for Aerosols in Medicine Congress, June 13 - 18, 2003, Baltimore, MD, USA.

96. Defining the Lung and Regions of Interest. Issues in Imaging Workshop. International Society for Aerosols in Medicine Congress, June 13 - 18, 2003, Baltimore, MD, USA.

97. Pediatric Delivery Devices/Canadian Pediatric Asthma Consensus Conference: Pediatric asthma guidelines 2003.  June 28 - 29, Montreal, Quebec.

98. Chilean Society of Respiratory Diseases, Winter Meeting, Santiago, Chile August 2-3,2003. i) Factors that influence the penetration and deposition of medical aerosols in the human lung. ii) Bioequivalence of MDI generic aerosols. iii) Measuring particle size and released dose for therapeutic aerosols. iv) Advances in aerosol therapy.

99. Enhancing Corticosteroid Passage Through the Airways. CME Postgraduate Seminar ACCP Annual Meeting, Orlando, FL, USA, Oct. 21, 2003.

100.   Optimizing ICS Therapies: From Solution to Suspension. CME Postgraduate Evening Symposium ACAAI Annual Meeting, New Orleans, LA, USA, Nov. 11,2003.

101.   Imaging Drug Delivery and Drug Responses in the Lung. Transatlantic Airway Conference Jan. 21 - 23, 2004, Lucerne Switzerland.

102.   Dolovich M. Recent Advances in Delivery Systems for Corticosteroids. The 27th Annual International Conference on Pediatric/Adult Allergy & Clinical Immunology. July 23 - 25, 2004, Toronto ON.

103.   Dolovich M. Presentation as part of a Panel Discussion:  The Evidence Background and Methodology for the Aerosol Guidelines Project/Device Selection and Outcomes of Aerosol Therapy: The Evidence, the Recommendations, the Implementation.  CHEST 2004 Seattle, WA, Oct. 23 - 29, 2004.

104. ISAM – International Society for Aerosols in Medicine: Imaging Workshop on PET; PET Techniques and Applications in Respiratory Medicine. Perth Australia March 13 – 18, 2005.

105. American Thoracic Society Annual Meeting: Post-graduate Course 26: *In Vitro* and *In Vivo* Methods for Measuring Aerosols and Aerosol Drug Delivery. May 21, 2005.

106. Cystic Fibrosis Foundation, Washington, DC, Sept. 7 - 8, 2005 Imaging Endpoints for Cystic Fibrosis Clinical Trials Workshop: PET/CT.


### *Invited – Not Peer-Reviewed*

1. Deposition of Aerosols in the Lung. Medical Staff Meeting, St. Joseph's Hospital, Oct. 12, 1976.

2. Mucociliary Transport in Patients with Chronic Bronchitis, Respiratory Care Educational Updates, York-Toronto Lung Association, Oct. 19, 1978.

3. Current Research in the Use of Metered Dose Inhalers. Canadian Society of Respiratory Technologists, 1983 Educational Forum, July 18 -2 2, 1983, Niagara Falls, Ontario, Canada.

4. Factors Influencing Aerosol Deposition in the Lung. University of Toronto School of Pharmacy -- Pharmacy Workshop, St. Joseph's Hospital, Hamilton, Ontario, June 1984.

5. 3rd International Society of Radiologists and Radiological Technicians (ISSRT) Conference of the Americas Nuclear Medicine Program. Oct. 1 - 3, 1987 Toronto, Ont. Interstitial lung diseases in nuclear medicine - a general overview.

6. Production of Aerosols in Ventilation Lung Scanning - Technical Considerations. Mallinckrodt Pulmonary Nuclear Medicine Symposium May 20, 1988, Vancouver, B.C.

7. Inhaled Additives and Their Pulmonary Effects. Symposium on Trends in Inhalation Therapy. Satellite Symposium of 13th International Congress of Allergology and Clinical Immunology, Oct. 16 – 21, 1988, Montreux, Switzerland.

8. Therapeutic Aerosol Delivery Systems. Symposium on Glucocorticoids and Mechanisms of Asthma: Clinical and Experimental Aspects. Nov. 18 - 20, 1988, Toronto, Canada.

9. Particle Size Deposition from Nebulizers and Aerosol Canisters. Presented at the 4th Annual Meeting of Canadian Association of Cardio-Pulmonary Technologists, Sept. 4 - 8, 1989, Hamilton, Canada.

10. The Administration of Inhaled Medication. Update on Respiratory Medicine, sponsored by Nova Scotia Lung Association. Sept. 29 - 30, 1989, Halifax, Nova Scotia.

11. Principles of Aerosol Delivery Systems. American College Allergy Immunology 46th Annual Meeting. Nov. 11-15, 1989, Orlando, Florida.

12. Delivery of Aerosolized Medications to ICU Patients on Mechanical Ventilators. Presentation to adult and pediatric pulmonologists, University of Florida. Nov. 13, 1989, Gainsville, Florida.

13. Inhaled Additives and Their Pulmonary Effects. `New Dimensions in Inhalation Therapy'. Toronto,Ont., May 4,1990.

14. Aerosol Delivery Devices. Oct 25,1990, Juntendo University, School of Medicine, Dept Respiratory Medicine, Tokyo, Japan.

15. Aerosol Dynamics and Physics. 15th Annual Conference Georgia - South Carolina Society for Respiratory Care, Jekyll Island, Georgia. May 29 - 31, 1991.

16. Clinical Aspects of Aerosol Physics. 12th Annual Symposium New York State Society for Respiratory Care. Lake George, NY, USA, Sept. 11 - 13,1991.

17. Clinical Aspects of Aerosol Physics. 18th Annual Meeting of the Korean Society of Allergology, Seoul, Korea, Nov. 29, 1991.

18. Aerosol Delivery Devices.  Tennessee Society for Respiratory Care, Chattanooga, TN, USA, May 1992.

19. Aerosol Delivery Devices and their Application in Respiratory Care. Texas Society of Respiratory Care, San Antonio, TX, USA, July 16,1992.

20. Clinical Aspects of Aerosols and Future Developments.  College of Medicine of Barcelona Meeting on Asthma, Barcelona, Spain, Feb. 9, 1993.

21. Optimal Delivery of Inhaled Medication. Asthma Therapy and Management Issues for General Practice, Australia - Melbourne, March 1, 1993; Adelaide, March 2, 1993; Toowoomba, March 3, 1993; Gold Coast, March 4,1993.

22. Delivery of Aerosols for Therapy.  Annual Arbesman Lecture, The Buffalo Allergy Society, Amherst, NY, USA, May 13, 1993.

23. Aerosol Delivery Devices: Fact, Fiction and the Future. Searle Research and Development. Skokie, IL, USA, June 2,1994.

24. Delivery of Inhalant Medication.  Fisons Symposium on Asthma, Aug. 6,1994.

25. Pharmaceutical Aspects of Drug Delivery to the Lung.Wyeth-Ayerst Pharmaceutical Sciences Symposium, Plattsburgh, NY, USA, Oct. 11,1994.

26. Factors Determining Deposition in the Airways. 3M Symposium:Guidelines for Achieving Minimal Effective Dose with Inhaled Steroids - Impact of Improved Delivery to the Airways. Stockholm, Sweden, Sept. 6,1996.

27. Nebulized Pulmicort and Nebulizers: Which way forward?  An Astra Draco Workshop.  Jan. 26 – 27, 1997, Horsham, UK.

28. Government of Canada HFA Transition Policy Discussion Group. Ottawa, Canada, Dec. 3, 1997.

29. Drug Delivery Systems. Allergy Update 1998. Ontario College of Allergy, April 4,1998. Toronto, Ontario, June 1998.  Drug Delivery Devices.  Niagara-on-the-Lake, Ont. Glaxo Wellcome Inc sponsored.

30. Inhalers and Asthma: New Developments. A Day in Asthma Management, Oct. 7, 1998, Waterloo, Ont. Glaxo Wellcome Inc sponsored.

31. Drug Delivery Devices for Asthma Therapy. Niagara Peninsula Pharmacists Association. Nov. 19, 1998. Sponsored by HMR Canada.

32. An Academic Looks at Portable Inhaler Technology. Management Forum 7th Annual Conference on Portable Inhalers. Nov 26 - 27, 1998 London UK.

33. A Look at the Ever-Evolving Landscape of Delivery Devices in Asthma. Asthma into the Next Millennium:  A Look at the Role of Formoterol. Denver, CO, USA, Jan. 15 - 17, 1999.

34. Imaging Techniques - Past, Present and Future. VIII International Respiratory Forum, Royal College of Surgeons, UK.  Feb. 8, 1999.

35. Update on SPARX II Research. Canadian Cystic Fibrosis Foundation Ontario Provincial Association Meeting, Hamilton, ON, Nov. 6,1999.

36. Inhaler Devices. Toronto East Respiratory Journal Club.  May 23, 2000.

37. The Mechanics of Drug Delivery: A Device Overview. Schering/ Key Dry Powder Inhaler Advisory Board Meeting . July 28 - 30, 2000. New York, NY.

38. Dry Powder Inhalers: Drug Delivery and Lung Deposition. Schering-Key Pharmaceuticals Regional Consultants Meeting Dec. 1 - 3, 2000 Phoenix, AZ

39. Designing the Finest Aerosol.  QVAR Inhalation Aerosol Regional Meeting.  Pittsburgh, PA March 10, 2001.

40. Delivery Devices  for Asthma Treatments: An Update. 121st OMA Annual Meeting.  Toronto, ON April 26, 2001.

41. Spatial and other factors influencing particle and medication delivery to the lung.  EAACI, Berlin Germany May 13, 2001.

42. Measuring Drug Delivery to the Lung: Can We Target the Small airways? Presented at The Role of the Small Airways in Asthma: New Concepts in Pathophysiology and Treatment. June 30-July 1, 2001. Magog, Quebec.  3M Canada sponsored symposium.

43. Targeting the small airways with inhaled corticosteroids. 3M Symposium.  Deerhurst, ON, September 2001.

44. Trends in Inhalation Delivery Systems. Aventis Pharma. Device Network Training Session. Bridgewater Site, NJ, USA, Nov. 5, 2002.

45. Delivering Inhaled Corticosteroid Aerosols to the Distal Airway: Does Formulation Matter? Elliot Middleton Memorial Lecture: Buffalo Allergy Society, Nov. 20, 2003.

46. The Respiratory Leadership Institute, Innovation Update:The Firestone Institute for Respiratory Health. Out of the Black Box: Imaging Drug Delivery and Drug Responses in the Lung, Toronto, ON, Nov. 6,2004

**Patents (pending)**

Use of Radiolabeled Insulin to Diagnose Functional Abnormalities Arising from Complications of Diabetes in Human and Animal Models.  Filed U.S. Application, 2005. Inventors:  H. Gerstein, R. Labiris, M. Dolovich, K. Gulenchyn.

**Supervisorships**

1. Tony Cinquina (Masters), Graduate Student Supervisory Committee, University of Toronto, School of Pharmacy, 1991 - 1994

2. Anren Kuang (Visiting Researcher from China), Rabbit Deposition Study, 1995 - 1996

3. Jennie Kwong (Masters), Graduate Student Supervisory Committee, Dept Medical Sciences, University of Toronto, 1995 - 1997

4. Doris Cheung (Masters), University of Toronto, Faculty of Pharmacy, 1996 - 1997

5. Dr. Jean-Christophe Dubus (Pediatric Chest Physician from Marseille France), June 15 – Sept. 15, 1997

6. Dr. Drew Schemmer (Radiology Resident), Yr 1 Project:  Vocal Chord Geometry During Inhalation from DPIs, 1997 - 1998

7. Laurel Bowser, Thesis Project, McMaster University, Hons Pharmacology and Biology Programme, May - Sept 1998

8. Dr. Jose Belda (Respiratory Research Fellow), Quantitation of Macrophage Activity in Sputum Using $^{99m}$Tc-J001X, April 1998 - October 1999

9. Shingo Yuki (3rd year Systems Engineering Co-op Student), Numerical Analysis of PET Scans, Waterloo University, Sept. – Dec. 1998

10. David Southam (Summer Student), 4th year Thesis project:  Nasal Delivery of Drugs to Mice. May – Sept. 1999, Hons Pharmacology and Biology Programme, Jan. - April 2000

11. Renee Labiris (Ph.D.), University of Toronto, Program in Pharmacology, 2000 - 2001

12. Jyoti Mistry, 4th year Thesis Project, McMaster University, Hons Pharmacology and Biology Programme, Sept. – Dec. 1999

13. Andrew Bosco, 4th year Thesis Project, McMaster University, Hons Pharmacology and Biology Programme, Jan-April 2001; Co-op Work Term, May – Dec. 2001

14. Renee Labiris (Post-doctoral Fellow), Jan. 2002 – Dec. 2004

15. Rohini Naipaul (3rd year B Pharm. summer student project), University of Toronto, May – Aug. 2002

16. Andrew Bosco, (B Sc Hons), Pharm. Biol. Master's Program, Sept. 2002 - 2005

17. Amit Ahuja (B Pharm. Master's Program), Pre-clinical Characterization of PET nebulizer using 18FDG, University of New Mexico, Dec. 2003

18. Kandice Mah (2nd yr B Health Science), Research Rotation, McMaster University, May 2003 - Aug. 2003

19. Helen Guo (M.Sc. Math), summer student project, McMaster University, June 2004 – Sept. 2004

20. Sergei Obruchsi (M.Sc. in Medical Physics and Applied Radiation Sciences), [1]H Nuclear Magnetic Resonance Imaging of the Human Lung, McMaster University, 2004; Ph.D. Committee, 2006 - 2010

21. Sam Lauricella (Co-op student), McMaster University, Pharmacology & Biology Program, May – Sept. 2005, January - April 2006; Sept - Dec 2006; Thesis Project May 1-Aug. 31, 2006

22. Todd Galloway (B.Sc., Master's Health Science), Physiology & Pharmacology Area, McMaster University, 2005

23. Dr Asma Yaghi (Post-Doctoral Fellow), McMaster University, Dept Medicine, 2006 - 2008

24. McMaster University Engineering & Management Course 5B03 'Client' and resource for Team 23. Topic: Children's Inhalers

**Letters for Academic Promotion**

1997    Dr Gerry Smaldone, SUNY at Stoney Brook, NY, USA (to Professor)

1997    Peter Byron, Ph.D., Professor, Department Pharmacy and Pharmaceutics, Virginia Commonwealth University, nomination for the University's Scholarly Excellence Award

2000    Dr Paula Anderson, University of Arkansas for Medical Sciences (to Professor)

**Civic Committees**

1978 – 1983    Hamilton Wentworth Lung Association Board of Management
1981 – 1983    Chairman, Health Prevention Committee, Hamilton Wentworth Lung Association

# Exhibit 2 to Exhibit B



US005320094A

## United States Patent [19]

Laube et al.

| | |
|---|---|
| [11] | Patent Number: **5,320,094** |
| [45] | Date of Patent: **Jun. 14, 1994** |

[54] **METHOD OF ADMINISTERING INSULIN**

[75] Inventors: **Beth L. Laube**, Baltimore, Md.; **G. Kenneth Adams, III**, Bloomfield, N.J.; **Angeliki Georgopoulos**, Minneapolis, Minn.

[73] Assignee: **The Johns Hopkins University**, Baltimore, Md.

[21] Appl. No.: **819,234**

[22] Filed: **Jan. 10, 1992**

[51] Int. Cl.5 ..................... A61M 15/00; A61M 16/10; A61M 11/00; A62B 7/00

[52] U.S. Cl. ........................... 128/203.12; 128/200.24; 128/200.14; 128/200.21; 128/200.23

[58] Field of Search ..................... 128/200.14, 200.24, 128/203.12, 200.23, 200.21

[56]                **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,788,784 | 4/1967 | Birch et al. . |
| 2,944,546 | 7/1960 | Ziherl et al. ................... 128/205.17 |
| 4,119,097 | 10/1978 | Spector . |
| 4,484,577 | 11/1984 | Sackner et al. ............... 128/203.28 |
| 4,534,343 | 8/1985 | Nowacki et al. ............... 128/200.23 |
| 4,612,929 | 9/1986 | Boiarski et al. ............... 128/200.21 |
| 4,624,251 | 11/1986 | Miller ........................ 128/200.14 |
| 4,635,627 | 1/1987 | Gam ......................... 128/200.14 |
| 4,677,975 | 7/1987 | Edgar et al. ................. 128/203.12 |
| 4,790,305 | 12/1988 | Zoltan ...................... 128/200.23 |
| 4,796,614 | 1/1989 | Nowacki et al. ............... 128/200.14 |
| 4,829,996 | 5/1989 | Noakes et al. ............... 128/200.14 |
| 4,929,852 | 5/1990 | Zoltan et al. ................ 128/200.23 |
| 5,027,806 | 7/1991 | Zoltan et al. ................ 128/200.21 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0933216 | 12/1947 | France . |
| 1524904 | 11/1989 | U.S.S.R. ..................... 128/200.24 |

2110543  6/1983  United Kingdom ........... 128/200.23

### OTHER PUBLICATIONS

Harrison & Cantab; Insulin in Alcoholic Solution by the Mouth; The British Medical Journal; Dec. 22, 1923 pp. 1204–1205.

Shichiri et al; Increased Intestinal Absorbtion of Insulin in a Micellar Solution; Water–in–Oil–in–Water Insulin Micelles; First Department of Medicine; Oct. 20, 1977; pp. 175–183.

Newman et al; Deposition of Pressurised Aerosols in the Human Respiratory Tract; Department of Medical Physics; 1981; pp. 52–55.

Wigley, et al–Insulin Across Respiratory Mucosae by Aerosol Delivery–Diabetes, vol. 20, No. 8, Aug., 1971, pp. 552–556.

Elliott et al–Parental Absorption of Insulin from the Lung in Diabetic Children–Aust. Paediatr. J. (1987), pp. 293–297.

*Primary Examiner*—Edgar S. Burr
*Assistant Examiner*—Kimberly L. Asher
*Attorney, Agent, or Firm*—Cushman, Darby & Cushman

[57]                **ABSTRACT**

A method of delivering a protein, in particular insulin, to the lungs. The method is characterized in that an aerosolized mist of small particles is produced in an associated medicament delivery chamber, the distance from the chamber to the patient's mouth is set to slow the speed of aerosol particles entering the mouth and the flow rate through the chamber is regulated to a low rate of less than about 30 liters per minute. It has been found that administering insulin in accordance with the invention may advantageously produce a penetration of medication into the lungs of about 90%.

**3 Claims, 3 Drawing Sheets**





F I G. IA (PRIOR ART)

(PRIOR ART)
F I G. IB

F I G. 2
(PRIOR ART)



F I G. 2B (PRIOR ART)

F I G. 2C

(PRIOR ART)

F I G. 3

(PRIOR ART)



F I G. 4A

(PRIOR ART)

F I G. 4B

(PRIOR ART)

F I G. 5A (PRIOR ART)

F I G. 5B

(PRIOR ART)

5,320,094

1

# METHOD OF ADMINISTERING INSULIN

## BACKGROUND OF THE INVENTION

The physical discomfort associated with subcutaneous injection of insulin causes many type II diabetic patients to refuse insulin therapy entirely, while type I patients may refuse intensive treatment. A number of investigators have explored various alternative routes of administration of insulin in the hope of developing a substitute for injection.

Harrison and Cantab, "Insulin in Alcoholic Solution by Mouth", *Br Med J*, pp. 1204–1205 (1923), and Shichiri et al, "Increased Intestinal Absorption of Insulin in a Micellar Solution: water-in-oil-in-water insulin micelles", *Acta Diabetol Lat*, 15:175–183 (1978), examined the effect of delivering insulin enterically on blood glucose levels in humans and rabbits, respectively. Harrison et al. found that oral administration in alcohol would be too uncertain and too expensive to be of little therapeutic value in treating diabetics. Similarly, Shichiri et al. showed that the possibility of insulin absorption in a micellar form was impractical, since a reduction in blood glucose was only accomplished through intrajejunal administration and the required dose was 25–50 times that of an intramuscular dose.

Yamasaki et al, "The Effectiveness of Rectal Administration of Insulin Suppository in Normal and Diabetic Subjects", *Diabetes Care*, 4:454–458 (1981), tested the effectiveness of insulin administration by rectal suppository in normal and non-insulin-dependent non-obese diabetic subjects. They found that a dose 10 times the subcutaneous dose was necessary to lower blood glucose levels significantly, and some subjects complained of abdominal discomfort or a feeling of rectal urgency.

N. F. Fisher, "The Absorption of Insulin from the Intestine, Vagina, and Scrotal sac", *Am J Physiol*, 67:65–71 (1923), found that blood glucose levels in dogs were only temporarily reduced when insulin was administered through fistulae into the intestine or through vaginal administration. He found that scrotal administration of insulin resulted in a more sustained lowering of blood glucose in rabbits than with the other two routes of administration. However, this method of insulin delivery required injection into the scrotal sac and was not recommended for treatment of human diabetic patients.

Moses et al., "Insulin Administered Intranasally as an Insulin-bile salt Aerosol. Effectiveness and Reproducibility in Normal and Diabetic Subjects", *Diabetes* 32:1040–1047 (1983) reported that insulin administered intranasally as a bile-salt aerosol was effective in lowering blood glucose levels in diabetic subjects. Nevertheless, the amount of insulin absorbed through the nasal mucosa was approximately 10% of the dose delivered by intravenous injection and 2.5 times the subcutaneous dose was required to lower blood glucose. In addition, subjects reported nasal irritation and nasal congestion following administration, probably due to the presence of the bile acid.

Because of lower serum absorption and/or local irritation, none of these alternative routes of administration have been developed to replace insulin injection in the treatment of diabetes.

Creasia et al., "Efficacy of Inhaled Insulin: Effect of Adjuvant",*FASEB J*. 2: A537 (1988), and Almer et al. "Insulin Inhalation—at last a break-through", Diabetes Research and Clinical Practice, XIII Congress of the

2

International Diabetes Federation: Sydney, Australia, S163 (1988), demonstrated that insulin aerosol delivered through the rat lung was effective in lowering serum glucose. Wigley et al., "Insulin Across Respiratory Mucosae by Aerosol Delivery", *Diabetes*, 20:552–556 (1971), and Elliott et al., "Parenteral Absorption of Insulin from the lung in Diabetic Children", *Aust Pediatr J*. 23:293–297 (1987), showed that insulin delivered to the human lung as an aerosol crosses the respiratory mucosa and retains biologic activity, since plasma insulin levels increased after insulin inhalation and blood glucose levels were lowered. Nevertheless, only one patient in the Wigley study achieved a normal blood glucose level following insulin inhalation, and none of the patients in the Elliott study responded with lowering of the blood glucose to within the normal range. The authors concluded that variable and inefficient absorption of insulin across the lung mucosa could account for their results. The dose of insulin available for inhalation at the mouth and the distribution of the available dose within the respiratory tract were not quantified in either study.

All U.S. patents and publications referred to herein are hereby incorporated by reference.

## SUMMARY OF THE INVENTION

The inventors have discovered that it is possible to administer insulin as an orally inhaled aerosolized medication. An aerosol mist of small particles is produced in a medication delivery chamber. The distance from the chamber to the inhalation mouthpiece is set to slow the speed of aerosol particles entering the mouth and the respiratory flow rate is regulated at low rates. This combination of features are produced by providing an inhalation spacer and means for regulating the flow rate into the patient's mouth to a rate of below about 30 liters per minute. It has been found that administering insulin in accordance with the invention may advantageously produce a penetration of medication into the lungs of about 90%.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a perspective view of the mouthpiece which may be advantageously used in accordance with the method of the invention;

FIG. 1B is a cross-sectional view of the mouthpiece of FIG. 1A;

FIG. 2A is a view of the rigid chamber which may be advantageously used in accordance with the method of the invention;

FIG. 2B is a cross-sectional view of the chamber of FIG. 2A;

FIG. 2C is a detailed elevational view of the apertures in the end of the rigid chamber;

FIG. 3 is a perspective view of the assembled device;

FIG. 4A is a cross-sectional view of an alternate device which may be advantageously used in accordance with the method of the invention;

FIG. 4B is an elevational view of the end of the chamber of FIG. 4A;

FIG. 5A is an elevational view of another alternate device which may be advantageously used in accordance with the method of the invention; and

FIG. 5B shows the device of FIG. 5A in its collapsed configuration.

5,320,094

3

## DETAILED DESCRIPTION OF THE PRESENTLY PREFERRED EXEMPLARY EMBODIMENTS

The present inventors hypothesized that another explanation for the poor response to insulin delivered to the lungs as an aerosol in the above-noted previous studies by Wigley et al and Elliott et al was an inadequate dose of insulin, as the result of loss of drug in the delivery system and/or in the oropharynx. In experiments described below, the inventors used an aerosol delivery system that maximized deposition within the lungs. The inventors then determined the number of actuations and inhalations necessary to administer a mean dose of approximately 0.2 U/kg body weight (BW) of aerosolized insulin to the mouth using this delivery system, and monitored the plasma glucose response in normal subjects and non-insulin dependent diabetic (NIDDM) subjects. They chose to deliver 0.2 U/kg body weight (BW) because this is the dose given by subcutaneous administration.

In accordance with the currently preferred method, a particular medication delivery system, described in U.S. Pat. No. 4,926,852, is used to achieve the low flow rate which the inventors have discovered is critical to the effective delivery of insulin, in particular, to the lungs. The preferred device is illustrated in FIGS. 1–5. The device includes a medication chamber for receiving a protein, or the like, an outlet aperture through which the material is withdrawn and flow rate limiting orifices.

A mouthpiece is preferably coupled to the outlet aperture. Such mouthpiece is to space the users mouth from the chamber. One such mouthpiece is shown in FIGS. 1A and 1B. The proximal end 12 of the mouthpiece 10 is shaped to be accommodated in the mouth of the patient. In the preferred embodiment, a standard aerosol medication is administered from a metered dose inhaler 14 which is mounted to a coupling 16, which is designed to accommodate metered dose inhalers. Passage 18 directs the aerosol from the metered dose inhaler 14 out through the distal end of the mouthpiece. The distal end of the mouthpiece also has keys 20a and 20b, for example, which allow the mouthpiece 10 to be attached to the rigid chamber 30.

As shown in FIG. 2A, a rigid chamber 30 which may be expandable and collapsible as described below, preferably has cut outs 32 which allow chamber 30 to be rigidly attached via keys 20A and 20B to the mouthpiece 10 (FIG. 3). Outlet aperture 34 allows the contents of metered dose inhaler 14 to be directed into chamber 30. End wall 33 of chamber 30 opposite end 31 has a plurality of small, rate limiting orifices 36a–i defined therethrough as can be seen in FIGS. 2B and 2C. In the preferred embodiment nine orifices, each about 0.020 inches in diameter are used. Depending on the age and health of the patient, orifices can be covered in any suitable manner, one at a time, until the volumetric flow rate for the patient is below 30 liters per minute. The covered orifices may be permanently sealed for a particular patient.

FIGS. 4A and 4B show an alternate embodiment of the invention. A rigid chamber 50, is provided having a proximal end 52, and a distal end 54, and a main body 58 therebetween. The proximal end 52 has an aperture 56, which is sized to accept standard disposable mouthpieces currently in use with hospital nebulizers. The body of the device 58 also has an opening 62 of a size

4

suitable for coupling to an external source of aerosolized medication thereto. A means for closing the opening is further provided in accordance with the present invention. If the external source of aerosolized medication is retained in the opening, then that container will close the opening. In the alternative, the opening can be closed after delivery of medicament to the chamber. The means for closing is shown schematically by phantom box 57 and may be any conventional means for closing such as, for example, a piece of tape or a one-way valve structure. As yet a further alternative, the medicament can be delivered into the chamber through aperture 56. The distal end of the device 54, having a multiplicity of flow restricting orifices 60a–i (FIG. 4B).

Another alternate embodiment of the invention is shown in FIGS. 5A and 5B. The rigid chamber in this embodiment is collapsible, thereby making the invention more portable, and less noticeable when carried. Many patients, especially pediatric patients are embarrassed by their need to take medication, and this embodiment minimizes size and obtrusiveness. In FIG. 5A, the device is shown in its extended form, ready for use. The largest component piece, a truncated cone segment 70, has rate limiting orifices shown as 86a, 86i, and 86e. Other similar offices are provided but not shown in particular.

Truncated cone segments 70–78, nest inside one another and are thereby collapsible. Segment 78 also preferably has a circular flange 79, the diameter of which is at least the size of the small diameter of the largest piece 70. With this arrangement the pieces cannot inadvertently fall apart. A mouthpiece 80 is provided with a flared end sized to fit inside piece 78, and with an opening of sufficient diameter to allow a patient to inhale therethrough in an unrestricted manner. In the alternative the unit can be adapted to receive a mouthpiece or the mouthpiece of FIG. 1. The medicament can be delivered through mouthpiece 80, through an aperture in the chamber wall (not shown) or through the mouthpiece 10 if used therewith.

In the Examples which appear below, regular U-500 pork insulin (Eli Lilly) was aerosolized by a jet nebulizer (Raindrop: Puritan Bennett) connected to a compressed air source set at 30 psi. The timing of each aerosol actuation was controlled by a Rosenthal-French dosimeter and lasted for one second. In order to minimize oropharyngeal deposition of the insulin, aerosol was delivered into a holding chamber of the type described above which served as an extension device between the subject's mouth and the nebulizer. The distance between the subject's mouth and the nebulizer reduced aerosol velocity and, thus, impaction of particles in the mouth. Inspiratory flow rate at the time of aerosol inhalation was regulated to less than 30 and, preferably about 17 liters/minute by rate limiting orifices of the type described above. During inhalation, patients inspired from residual volume to total lung capacity.

Insulin units available to the mouth per inhalation from the delivery system were quantified prior to the beginning of the studies with human subjects. Insulin aerosol was generated during six consecutive actuations from 2 ml of U-500 pork insulin solution as described above into the holding chamber. After the sixth actuation, aerosol was inhaled from the holding chamber through a mouthpiece. Extraction of insulin from absolute filters attached to the mouthpiece indicated that $1.36\pm0.23$ U was available for inhalation at the mouth

5,320,094

**5**

following six actuations. To administer a dose of 0.2 U/kg body weight pork insulin to the mouth, subjects inhaled 6–13 times from the holding chamber, depending on their body weights. Each inhalation was proceeded by six actuations of the nebulizer.

As is illustrated by the Examples, a mean dose of approximately 0.2 U/kg BW of aerosolized insulin, delivered to the mouth for inhalation, effectively lowered blood glucose levels in the normal subjects and shifted blood glucose levels of five of the six NIDDM subjects to within the normal range (4.20–6.44 System International (SI) units). In the sixth subject (No. 8), the blood glucose level was lowered to 6.78 SI units, nearly within the normal range. A much smaller decrease in blood glucose levels was observed in three NIDDM subjects (Nos. 6–8) who inhaled saline aerosol (placebo) during another visit. These results indicate that the findings were not due to fasting per se. Variability in the magnitude of the glucose response between subjects was directly related to the dose of insulin deposited in the lungs, when the insulin dose was calculated on a per kilogram basis.

The results observed are in contrast to those reported by Wigley et al. and Elliott et al., who found that only one diabetic patient in the two studies combined achieved a normal blood glucose level after inhaling insulin. Those authors indicated that they delivered 240 U (0.5 ml of U 500/ml) and 50 U (50 breaths×2 ul/breath of U 500/ml) insulin, respectively, and concluded that variable and inefficient absorption of insulin across the lung mucosa could account for their poor results. These doses of insulin were estimated either from running the nebulizer dry of solution, or by determinations of weight loss in the nebulizer after each administration. Yet, it has been shown by Newman et al., "Deposition of Pressurized Aerosols in the Human Respiratory Tract", *Thorax*, 36: 52–55 (1981), using radioaerosol imaging techniques, that when pressurized aerosols are delivered directly into the mouth, only 10% of the inhaled fraction deposits beyond the oropharynx. The losses occur primarily because of impaction, resulting from high aerosol velocity and high inspiratory flow rate. In addition, in the study by Eliott et al., it is likely that most of the 50 U of insulin were lost in the holding chamber and testing of the delivery system. Because of these losses, the does delivered to the lungs in both studies was probably inadequate for normalization of blood glucose levels.

In contrast, in the present invention, a delivery system is utilized that adds distance between the patient's mouth and the aerosol generator, thereby decreasing aerosol velocity and impaction of particles at the mouth. More importantly, the present invention regulates inspiratory flow to a low flow rate of about 30 l/m or less and preferably as low as 17 l/m. The fraction of aerosol that deposits within the lungs is then quantified using, for example, gamma camera imaging technology. In particular, the present inventors calculated that a mean of 89.8±5% of the inhaled dose was actually deposited in the lungs. With a dose of 0.2 U/kg BW of insulin available at the mouth for inhalation, the deposited dose of insulin was similar to that given by subcutaneous administration, which probably accounts for the shift of blood glucose levels of the NIDDM subjects into the normal range.

The exact pharmacokinetics of insulin delivered through the lungs are not clear. The results of the Examples shown below illustrate that insulin absorption

**6**

across the lung mucosa was more rapid than following subcutaneous administration, with serum insulin levels peaking at 35±31 minutes. With the exception of subjects 6 and 8, peak plasma insulin levels occurred within the first forty minutes after inhalation. Yet, blood levels did not return to baseline by the time the experiment was concluded in seven of the study subjects after a dose of approximately 0.2 U/kg BW of insulin. These findings may indicate both a fast and a slow component of insulin release across the lung mucosa. Variability in the kinetics of absorption of insulin across the lung mucosa was observed between individuals, but there did not appear to be any difference in absorption between the two normal subjects and the six NIDDM subjects. In addition, the drop in plasma glucose occurred in every subject and correlated closely to the insulin dose in a curvilinear relationship.

Aerosolized insulin administration was very well tolerated by the normal and NIDDM subjects, and there was a lack of any signs or symptoms, including adrenergic symptoms.

The present invention allows for the administration of a dose of 0.2 U/kg BW of aerosolized insulin that is deposited predominantly within the lungs and is well-tolerated. Administration of insulin in this manner, effectively lowered blood glucose levels in normal subjects and shifted blood glucose levels of NIDDM subjects to within the normal range. The glucose response to the dose of insulin administered as an aerosol was predictable when the dose was calculated on a per kilogram basis, and there did not appear to be significant variability between normal subjects and NIDDM subjects in absorption of insulin across the lung mucosa. These findings suggest a potentially new approach for controlling plasma sugar in human subjects.

The present invention can be illustrated by the use of the following non-limiting examples:

### EXAMPLE I

#### Aerosol Delivery of Insulin to Subjects

The goal was to deliver between 0.1 and 0.2 U/kg BW pork insulin to the mouth for inhalation in these experiments. To accomplish this dosing regime, volunteers inhaled 5–13 times from the holding chamber. Each inhalation was preceded by six actuations of the nebulizer.

The precise protocol utilized for delivery of the insulin was as follows:

Two normal volunteers aged 39 and 44 years, respectively (subjects Nos. 1 and 2, Table 1), and six NIDDM volunteers aged 35–62 years (subjects Nos. 3–8, Table 1, shown below) participated in these studies. During a screening visit, subjects underwent routine spirometry testing and a diffusing capacity test (DLCO), in order to quantify their pulmonary functions. On the screening day, subjects also underwent a gamma camera imaging procedure in order to determine percent aerosol deposited within the lungs, using the holding chamber and nebulizer as described above. Subjects first inhaled one breath of a radioaerosol, generated from a 0.9% saline solution containing 8–12 millicuries of technetium 99-m sulfur colloid by the above delivery system, through an absolute filter. Activity detected on this filter was used to quantify the dose of radioactivity available per inspiration at the mouth. Then, subjects inhaled one to two breaths without the filter. After each inhalation, they exhaled into another absolute filter to collect the ex-

5,320,094

**7**

haled fraction. The total amount of radioaerosol delivered to the mouth did not exceed 60 microcuries (uCi), which resulted in a radiation absorbed lung dose <22.5 mrads.

Immediately following radioaerosol inhalation, patients were scanned with a large field of view GE STARCAM camera for ten minute imaging of the anterior chest and oropharynx. Images were acquired and processed in a 256×256 picture element matrix using a GE STARCAM computer. Activity (counts per minute) detected on the exhalation filter, within the oropharynx, and within the stomach (activity which could only have originated from aerosol deposited in the mouth) were expressed as a percent of the inhaled fraction and added together. The difference between this total and 100% was determined to be the percent of aerosol deposited below the larynx.

Insulin aerosol was later generated and delivered by the same type of nebulizer and holding chamber used to generate and deliver the radioaerosol. Inspiratory flow was also regulated at the same low rates. Because the delivery system and flow rates were the same, it was assumed that the fraction of insulin aerosol deposited within the lungs was the same as that of the radioaerosol.

None of the subjects had a history of asthma or other lung diseases and all were nonsmokers. No one was on or had ever been on insulin treatment. Subjects 3, 4 and 6 were medicated with Glyburide 10 mg/day, 15 mg/day, and 5 mg/day, respectively. Subject No. 5 was treated with Diabinese 750 mg/day. Subject No. 7 was medicated with Glyburide 20 mg/day and Subject No. 8 was unmedicated. Insulin administration was carried out in a fasting state. Patients were off oral Glyburide for 2 days and off Diabinese for 4 days, prior to inhaling insulin. During the study, blood samples were collected every 5 minutes for 60 minutes and every 10 minutes, thereafter, for up to 200 minutes from an indwelling venous line in order to measure blood glucose and insulin levels. Blood samples were assessed at the time of collection for glucose levels with a glucose meter (Accuchek). Determinations of plasma glucose levels were also obtained from photometric reaction with glucose hexokinase using an Hitachi 736 and 737 chemical analyzer (Boehringer Mannheim Diagnostics). The reference range for fasting adults using this technique and equipment is 3.92–6.44 SI units. Serum insulin levels were determined by antibody-coated tube RIA kits as described above. The expected range of values for normals in the fasting state, as provided by Diagnostics Products Corp., is 18–210 SI units. An IV saline solution was running, 50% glucose was available in case the blood glucose level decreased rapidly, and a diabetologist was present during the study. Normal subjects inhaled approximately a 0.1 U/kg BW dose and a 0.2 U/kg BW dose of insulin on two different occasions.

**8**

NIDDM subjects inhaled approximately a 0.2 U/kg BW dose of insulin once. Three NIDDM subjects (Nos. 6–8 ) inhaled saline aerosol (placebo) delivered using the same protocol as insulin aerosol, in order to determine percent decrease in blood glucose during the fasting period. Studies were performed in the Johns Hopkins Outpatient Clinical Research Center. All patients who participated in these experiments gave informed consent to a written description of the study, which was approved by the Institutional Review Board.

When averaging decreases in blood glucose levels the data were normalized in terms of percent change from baseline. When averaging increases in blood insulin levels, the geometric mean (base log₁₀) was determined after the data were normalized by logarithmic transformation. Mean values for blood glucose levels, blood insulin levels, and average time to peak insulin levels or maximum decrease in glucose levels include data following the second dose of insulin for subjects No. 1 and 2 and the single dose for subjects Nos. 3–8. A Spearman-rank correlation test was used to determine the relationship between maximum percent decrease in glucose and the dose of inhaled insulin.

All subjects demonstrated normal pulmonary functions and DLCO measurements. Gamma camera scans of the respiratory tract indicated that deposition of the radioaerosol was maximized in the lungs of each of these subjects. The fraction of aerosol deposited below the larynx ranged from 82.4 to 96.0% of the inhaled dose. Mean (±s.d.) deposition was 89.8±5.0% of the inhaled fraction. A mean of 4.2±2.9% was exhaled.

The dose of insulin that was delivered to the mouth, for each of the normal subjects and NIDDM subjects as determined from the filter experiments described above, was calculated in terms of body weight and is shown in Table 2, below. Subjects inspired regular U-500 pork insulin in doses that ranged from 0.09 U/kg BW to 0.23 U/kg BW. Mean insulin dose was 0.21±0.01 U/kg BW.

### TABLE 1

| Subject Number | Age (years) | Height (meters) | Weight (kg) | Sex | Medications |
|---|---|---|---|---|---|
| NORMAL SUBJECTS | | | | | |
| 1 | 39 | 1.90 | 86.62 | M | — |
| 2 | 44 | 1.66 | 64.40 | F | — |
| NIDDM SUBJECTS | | | | | |
| 3 | 42 | 1.80 | 78.68 | M | Glyburide 10 mg/day |
| 4 | 43 | 1.79 | 70.75 | M | Glyburide 15 mg/day |
| 5 | 62 | 1.55 | 57.14 | F | Diabinese 750 mg/day |
| 6 | 47 | 1.79 | 87.08 | M | Glyburide 5 mg/day |
| 7 | 35 | 1.68 | 54.40 | M | Glyburide 20 mg/day |
| 8 | 53 | 1.83 | 90.30 | M | — |
| x̄ = | 46 | 1.75 | 73.7 | | |
| s.d = | 8 | 0.11 | 14.1 | | |

### TABLE 2

| Subject Number | Baseline Insulin Level (SI units) | log | Insulin Dose Delivered by MDS (u/kgBW) | Peak Insulin Level (SI units) | log | Time to Peak Insulin Level (minutes) |
|---|---|---|---|---|---|---|
| NORMAL SUBJECTS | | | | | | |
| 1 (first dose) | 54* | 1.7324* | 0.09* | 138* | 2.1399* | 10* |
| 1 (second dose) | 66* | 1.8195 | 0.19 | 216 | 2.3345 | 35 |
| 2 (first dose) | 60* | 1.7782* | 0.11* | 300* | 2.4771* | 5 |
| 2 (second dose) | 87 | 1.9395 | 0.21 | 216 | 2.3345 | 5 |
| NIDDM SUBJECTS | | | | | | |
| 3 | 150 | 2.1761 | 0.21 | 588 | 2.7694 | 5 |
| 4 | 72 | 1.8573 | 0.21 | 198 | 2.2967 | 15 |
| 5 | 81 | 1.9085 | 0.21 | 204 | 2.3096 | 40 |

5,320,094

9          10

TABLE 2-continued

| Subject Number | Baseline Insulin Level (SI units) | log | Insulin Dose Delivered by MDS* (u/kgBW) | Peak Insulin Level (SI units) | log | Time to Peak Insulin Level (minutes) |
|---|---|---|---|---|---|---|
| 6 | 75 | 1.8751 | 0.20 | 246 | 2.3909 | 52 |
| 7 | 48 | 1.6812 | 0.20 | 114 | 2.0569 | 25 |
| 8 | 42 | 1.6232 | 0.20 | 564 | 2.7513 | 100 |
| . | | | | | | |
| x = | geometric mean = 72 | 1.8601 | 0.21 | geometric mean = 254 | 2.4055 | 35 |
| s.d. = | | 0.1684 | 0.01 | | 0.2405 | 31 |

*Not included in mean calculations
MDS = Medication Delivery System

## EXAMPLE II

### Comparison of Blood Insulin Levels Prior and Subsequent to Insulin Inhalation

After the protocol described in Example I was carried out, a comparison was made between the level of insulin found in the blood before and after aerosol administration of the insulin. (Table 2)

In particular, the average fasting blood insulin level for normal subject No. 1 was 54 and 66 SI units for study days 1 and 2, and for subject No. 2 was 60 and 87 SI units on the two study days, respectively. Baseline levels for the six NIDDM subjects were 150, 72, 81, 75, 48 and 42 SI units respectively. The geometric mean fasting insulin level for the eight subjects was 72 SI units.

Insulin levels for subject No. 1 peaked at 138 and 216 SI units after inhaling 0.09 and 0.19 U/kg BW of insulin, respectively. Insulin levels for subject No. 2 peaked at 300 and 216 SI units after inhaling 0.11 and 0.21 U/kg BW of insulin, respectively. Peak insulin levels for the NIDDM subjects were 588, 198, 204, 246, 114 and 564 SI units after inhaling 0.21, 0.23, 0.21, 0.20, 0.20 and 0.20 U/kg BW of insulin, respectively. Blood insulin levels peaked between five and one hundred minutes post inhalation. The average time to peak insulin level was 35±31 minutes. After insulin inhalation, the geometric mean blood insulin level for the eight subjects rose to 254 SI units.

It should also be noted that insulin aerosol was well-tolerated. No adverse symptoms from the respiratory tract were reported or signs observed. Moreover, none of the subjects had adrenergic, hypoglycemic symptoms following insulin administration. Only one normal subject complained of being hungry.

## EXAMPLE III

### Comparison of Blood Glucose Levels Prior and Subsequent to Insulin Inhalation

After the method described in Example I was performed, a comparison of blood glucose levels prior and subsequent to the aerosol administration of the insulin was undertaken.

The average fasting blood glucose levels for normal subject No. 1 was 4.70 SI units on both study days, and for subject No. 2 was 3.95 and 4.34 SI units on study days one and two, respectively. The baseline levels for the six NIDDM subjects were 10.58, 16.58, 12.12, 9.27, 13.94 and 13.30, respectively.

Glucose levels for normal subject No. 1 decreased to 4.09 and 3.08 SI units after inhaling 0.09 and 0.19 U/kg BW of aerosolized insulin, respectively. Glucose levels for normal subject No. 2 decreased to 3.14 and 2.24 SI units after inhaling 0.11 and 0.21 U/kg BW of insulin, respectively. Glucose levels for the NIDDM subjects decreased to 6.05, 4.82, 5.71, 4.26, 5.49, and 6.78 SI units after inhaling 0.21, 0.23, 0.21, 0.20, 0.20 and 0.20 U/kg BW of insulin, respectively. The time to 10% decrease in plasma glucose averaged 36±15 minutes (Table 3, shown below). The maximum effect of inhaled insulin on glucose levels in both normal and NIDDM subjects occurred slowly over a variable time period ranging from 40 to 200 minutes. The average time to maximum decrease in blood glucose was 138±46 minutes. Maximum decrease in glucose from baseline for all subjects is shown in Table 3, and ranged from 13 to 71%. Mean decrease was 52±10%:41±10% for the normals subjects and 55±10% for the NIDDM subjects, following the administration of 0.2 U/kg BW of insulin.

Maximum percent decrease in glucose was significantly correlated with the dose of inhaled insulin, calculated on a per kilogram basis ($r_S$=0.68; p<0.05).

TABLE 3

| Subject Number | Maximum Decrease in Glucose (% of Baseline) | Time to 10% Decrease in Glucose (Minutes) | Time to Lowest Glucose Level (Minutes) |
|---|---|---|---|
| NORMAL SUBJECTS | | | |
| 1 (first dose) | 13* | 35* | 80* |
| 1 (second dose) | 34 | 50 | 140 |
| 2 (first dose) | 20* | 5* | 40* |
| 2 (second dose) | 48 | 15 | 40 |
| NIDDM SUBJECTS | | | |
| 3 | 43 | 30 | 150 |
| 4 | 71 | 30 | 160 |
| 5 | 53 | 40 | 200 |
| 6 | 54 | 42 | 140 |
| 7 | 61 | 20 | 120 |
| 8 | 49 | 60 | 150 |
| . | | | |
| x = | 52 | 36 | 138 |

5,320,094

11                                                                          12

TABLE 3-continued

| Subject Number | Maximum Decrease in Glucose (% of Baseline) | Time to 10% Decrease in Glucose (Minutes) | Time to Lowest Glucose Level (Minutes) |
|---|---|---|---|
| ad = | 11 | 15 | 46 |

*Not included in mean calculations

## EXAMPLE IV

Blood Glucose Levels Subsequent to Saline Inhalation

As a control, several subjects were administered saline (placebo) in aerosol form rather than insulin. Fasting blood glucose levels were 16.35, 17.70 and 12.01 SI units, respectively. Glucose levels decreased to 15.57, 13.89 and 10.70 SI units after saline inhalation. These decreases represented a 5, 22 and 11% change in blood glucose levels from baseline, respectively. Percent decrease in blood glucose was substantially greater following insulin inhalation, with 54, 61 and 49%, respectively.

While the invention has been described in connection with what is presently considered to be the most practical and preferred embodiment, it is to be understood that the invention is not limited to the disclosed embodiment, but, on the contrary, is intended to cover various modifications and equivalent arrangements included within the spirit and scope of the appended claims.

What is claimed is:

1. A method for delivering insulin for absorption via the lungs of a patient, comprising the steps of:

determining a therapeutically effective amount of said insulin, consistent with the body weight and condition of the patient;

determining an effective number of inhalations required by a patient for inspiration of said therapeutically effective amount of insulin;

providing an inhaler device having a chamber for receiving aerosolized insulin to be inhaled and means for selectively restricting gas flow into said chamber;

providing aerosolized insulin at a regulated inspiratory flow rate of below 30 liters/minute;

delivering a mean dose of aerosolized insulin comprising said therapeutically effective amount of insulin to the patient for inspiration;

inhaling said mean does of aerosolized insulin from said inhaler device at said regulated inspiratory flow rate, said regulated inspiratory flow being selected to maximize the amount of aerosolized insulin deposited for absorption via the lungs into the bloodstream of the patient, whereby a therapeutically effective amount of said insulin, consistent with the body weight and condition of the patient, is inhaled and absorbed into the bloodstream of the patient.

2. The method of claim 1, wherein said flow rate is 17 liters/min.

3. The method of claim 1, wherein the patient's mouth is positioned in fluid communication with the chamber at a present distance from the chamber.

* * * * *

# Exhibit C

Myrna B. Dolovich                    February 12, 2008
                    Alexandria, VA

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - X

NOVO NORDISK A/S                 :

        Plaintiff,               :

    v.                           : Case No.:

JON W. DUDAS,                    : 06-1896 (CKK)

Under Secretary of Commerce for  : Judge Colleen

Intellectual Property and        :   Kollar-Kotelly

Director of the United States    :   ECP

Patent & Trademark Office,       :

        Defendant.               :

- - - - - - - - - - - - - - - X

                Alexandria, Virginia

                Tuesday, February 12, 2008


        Deposition of MYRNA B. DOLOVICH, called for
examination by counsel for the Plaintiff in the
above-entitled matter, pursuant to notice, the witness
being duly sworn by CARLA L. ANDREWS, a Notary Public
in and for the Commonwealth of Virginia, taken at the
offices of the U.S. Patent and Trademark Office, 600
Dulany Street, Alexandria 22314, at 8:10 a.m., Tuesday,
February 12, 2008, and the proceedings being taken down
by Stenotype by CARLA L. ANDREWS and transcribed under
her direction.

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                    February 12, 2008
Alexandria, VA

Page 2

1  APPEARANCES:
2  On behalf of the Plaintiff:
3      MARGARET PFEIFFER, ESQ.
4      SUSAN KAUFMANN NASH, ESQ.
5      Sullivan & Cromwell, LLP
6      1701 Pennsylvania Avenue, N.W.
7      Suite 700
8      Washington, D.C. 20006
9      (202) 956-7055
10
11     JAMES T. WILLIAMS, ESQ.
12     Sullivan & Cromwell, LLP
13     125 Broad Street
14     New York, New York 10004-2498
15     (212) 558-3130
16
17     SAMUEL S. WOODLEY, ESQ.
18     Darby & Darby
19     7 World Trade Center
20     250 Greenwich Street
21     New York, New York 10007-0042
22     (212) 527-7700

Page 3

1  APPEARANCES (Continued):
2  On behalf of the Defendant:
3      BENJAMIN WOOD, ESQ.
4      MARY KELLY, ESQ.
5      FRANCIS LYNCH, ESQ.
6      United States Patent and Trademark Office
7      Office of the Solicitor
8      600 Dulany Street, Madison West, 8D21
9      Alexandria, Virginia 22314
10     (571) 272-8734
11
12     BLANCHE L. BRUCE, ESQ.
13     United States Attorney's Office
14     555 4th Street, N.W.
15     Washington, D.C. 20530
16     (202) 307-6078
17  ALSO PRESENT:
18     MARC BEGAN, Novo Nordisk, Inc.
19
20
21
22

Page 4

1              C-O-N-T-E-N-T-S
2  WITNESS          EXAMINATION BY COUNSEL FOR
3  MYRNA B. DOLOVICH           PLAINTIFF
4  By Ms. Pfeiffer       5
5          E-X-H-I-B-I-T-S
6                  IDENT.
7  Dolovich Exhibit No. 1......................... 6
8  Dolovich Exhibit No. 2......................... 10
9  Dolovich Exhibit No. 3......................... 66
10 Dolovich Exhibit No. 4......................... 96
11 Dolovich Exhibit No. 5......................... 122
12 Dolovich Exhibit No. 6......................... 138
13 Dolovich Exhibit No. 7......................... 158
14 Dolovich Exhibit No. 8......................... 165
15 Dolovich Exhibit No. 9......................... 180
16 Dolovich Exhibit No. 10..................... 185
17 Dolovich Exhibit No. 11..................... 199
18 Dolovich Exhibit No. 12..................... 218
19 Dolovich Exhibit No. 13..................... 228
20
21
22

Page 5

1          P-R-O-C-E-E-D-I-N-G-S
2      Thereupon,
3          MYRNA B. DOLOVICH
4  was called as a witness and, after being duly sworn by
5  the notary, was examined and testified as follows:
6      EXAMINATION BY COUNSEL FOR THE PLAINTIFF
7      BY MS. PFEIFFER:
8      Q   Good morning, Ms. Dolovich.  I am Margaret
9  Pfeiffer, as I said, when I introduced myself before we
10 went on the record.  And I am going to be asking you
11 questions today.  I know that you have already spoken
12 with the lawyers from the PTO about the process of a
13 deposition.  So I think the only preliminary thing I
14 would like to say to you is to ask you, you know, if
15 there is any reason that you can't give full and
16 complete testimony today?
17     A   Not that I can think of.
18         MS. PFEIFFER:  I would like to begin by
19 asking the court reporter to mark whatever the next
20 exhibit is.  Do you want to do these consecutively or
21 by witness?
22         MR. WOOD:  It might make more sense to do it

2 (Pages 2 to 5)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

---

Page 6

1  by witness because I believe we marked the Crystal
2  exhibits as Crystal.
3         MS. PFEIFFER:  So we will do this as Dolovich
4  Exhibit No. 1.
5         (Dolovich Exhibit No. 1, marked for
6  identification.)
7         BY MS. PFEIFFER:
8     Q   Ms. Dolovich, you have obviously reviewed the
9  document that has been marked as Dolovich Exhibit 1.
10 Did you author that Exhibit 1?
11    A   I reviewed it.  Yeah, I had discussions with
12 the lawyers for the Patent Office.  They based this
13 document on our discussions.  I reviewed what they
14 drafted and made changes, and that's what you see here.
15    Q   Does this Dolovich Exhibit 1 set forth all of
16 the opinions that you have formed with respect to this
17 lawsuit?
18    A   I believe it does.
19    Q   Are there any opinions that you have with
20 respect to this lawsuit that are not set out in that
21 exhibit?  And please take your time to look at it.
22    A   Yeah.  No, I believe that I have responded to

---

Page 7

1  the points raised by Dr. Crystal.
2     Q   And you have no other views to express with
3  respect to those points?
4     A   I can't say that I don't have any views
5  beyond this.  But as far as the expert report goes,
6  this is what I have presented.
7     Q   Are all of the reasons for your opinions that
8  are set forth in Exhibit 1, are all of those reasons
9  expressed in Exhibit 1?
10    A   I believe they are.
11    Q   And there are no other reasons that you have
12 for holding the opinions set forth in Exhibit 1?
13    A   Well, I am not sure what you mean by how
14 broad a discussion you would like.
15    Q   Well, what I am trying to make certain is
16 that you are not going to change your mind or have
17 another view.  I want to know if there is anything that
18 you have as an opinion or a reason for holding that
19 opinion that sitting here this morning you know about
20 and is not set out in that report?
21    A   I don't believe so.
22    Q   Okay.  Why don't we just start, then, with

---

Page 8

1  going through the report.  And I would like to focus on
2  paragraph number eight.  You said that you considered
3  your professional experience and knowledge as well as
4  the following documents.
5         Are there any documents, other than the ones
6  listed in paragraph eight, that you considered in
7  forming your opinion?
8     A   I believe there is a paper that I referred to
9  that's listed in paragraph 11.  That's not -- I don't
10 believe that's in the list.
11    Q   Okay.  And that was The Relevance of Aerosol
12 Particle Size?
13    A   That's correct.
14    Q   Anything else.
15    A   I don't think so.
16    Q   And when you say that you considered your
17 professional experience and knowledge, what do you mean
18 by that?
19    A   I have worked in the aerosol field for quite
20 a number of years and gained some experience and
21 knowledge of that field.  And that was what I am
22 referring to.

---

Page 9

1     Q   So that experience and knowledge in these
2  itemized documents, plus the article that you had
3  written on relevance -- I can't remember the exact
4  title --
5     A   Yeah, that's correct.
6     Q   -- in paragraph 11, are the only things that
7  you took into account in forming your opinion; is that
8  correct?
9     A   Yes.
10    Q   And there is nothing else that you can think
11 of sitting here today?
12    A   I say no for the moment.
13    Q   Did you consider the file history of the '281
14 application, do you recall?
15    A   What is '281?
16    Q   It is another related patent.
17    A   Is it on this?
18    Q   It is not on that list.
19    A   And whose patent was that?
20    Q   It is a Novo patent.
21    A   Do you have a copy?
22    Q   I don't.

3  (Pages 6 to 9)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                          Alexandria, VA

Page 10

1      MR. WOOD:  Can I just -- we referred to that
2  as the earliest application, so she probably isn't
3  familiar with the actual number.  But please go ahead
4  and show that to her.
5      MS. PFEIFFER:  Sure.  I ask the court
6  reporter to mark this as Exhibit 2.
7      (Dolovich Exhibit No. 2, marked for
8  identification.)
9      THE WITNESS:  I am not going to go through
10 it, believe me.
11     BY MS. PFEIFFER:
12  Q    And there is a lot of it.
13  A    It seems to be a lot.  Okay.  So I believe I
14 had, that's right.  So I have seen this.
15  Q    Okay.
16  A    Not this whole thing, though.
17  Q    Could you identify the pages that you have
18 seen?
19  A    Well --
20  Q    You know, let's not do this on the record.
21 Maybe when we have a break, you can go through.  And we
22 will give you some yellow stickies, and we can figure

Page 11

1  out what those pages are.  Save that.
2      And when you say that you reviewed
3  Dr. Crystal's expert report, you included in that the
4  attachments in that report as well?
5  A    I had his expert report.
6  Q    Right.
7  A    And I had whatever documents were listed here
8  from the Patent Office.  So by attachments --
9  Q    Do you remember whether attached to
10 Dr. Crystal's report there were additional documents --
11 the Schenk patent, the Velasquez patent, Harrison?
12  A    Yes, those three.
13  Q    And you reviewed all of those.  Looking at
14 paragraph nine of your report, the first sentence.  I
15 will just read it, for the record, so that maybe it
16 will make sense when we read it all later.  It says, I
17 understand that this lawsuit involves an application
18 for a U.S. patent that claims various methods with
19 administering aerosolized dry insulin powder to the
20 lungs for absorption into the bloodstream for the
21 purpose of treating diabetes mellitus in diabetes.
22      Did I read that correctly?

Page 12

1  A    Yes.
2  Q    How did you form that understanding?
3  A    By reading the various documents, his expert
4  report, the Patent Office summary of whatever claims.
5  Q    Would it help if you refer to the documents
6  that are listed in paragraph eight, or do you remember
7  specifically what you read that led you to that
8  understanding?
9  A    I think they are listed here.  They would be
10 A, which is his expert report; C, claims on appeal --
11 decision on appeal.
12  Q    The decision of the board?
13  A    Uh-huh.
14  Q    Okay.
15  A    And the discussions.
16  Q    I am sorry?
17  A    And some discussion with the Patent Office.
18  Q    And what was that discussion with the Patent
19 Office?
20  A    I don't remember exactly.  But it was a
21 discussion of his expert report and what the reason for
22 them asking me to review certain documents.

Page 13

1  Q    Okay.  Tell me as much as you can remember
2  about the substance of that discussion.
3  A    We were talking discussion in December, maybe
4  January -- beginning of January.  I could not recall.
5  I can't recall the exact discussion -- what the exact
6  discussion was.
7  Q    Just give me the substance of it.  I know you
8  can't be exact.
9  A    No, no, no.  Well, I was asked to review and
10 comment on some of these documents for the purposes of
11 looking at the claims.
12  Q    Of looking at the claims?
13  A    Or not looking at the claims; just trying to
14 help, I guess, sort out the claims and the basis for
15 the claims.
16  Q    At the time that you had this discussion, had
17 you already been retained by the Patent Office to be an
18 expert?
19     MR. WOOD:  Objection to form.
20     THE WITNESS:  I can't recall when that
21 happened.  I mean, I have -- I had an early discussion
22 in December and then discussions in January.

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 14 | Page 16 |
|---|---|

**Page 14**

         BY MS. PFEIFFER:
1
2     Q   In December can you tell me what that
3   discussion was and how it came about?
4     A   Well, how it came about?  It was a phone
5   call.
6     Q   Okay.  And that phone call was from whom?
7     A   Most likely it was from Ben from the Patent
8   Office.
9     Q   Had you ever met him before?
10    A   No.
11    Q   And he introduced himself to you?
12    A   Yes, he did.
13    Q   And what did he say to you?
14    A   I can't recall his exact words.  I imagine
15  the phone rang in my office, I picked it up, and he
16  said, This is Ben Woods from the U.S. Patent Office
17  calling to ask whether I would be -- I assume this is
18  how the conversation went -- would be interested and
19  willing to review these documents for the Patent
20  Office.
21    Q   And did he say for what purpose?
22    A   I can't recall precisely.  I imagine he did.

**Page 16**

1     Q   Why were you doing it?
2     A   Why was I doing it?  To discuss claims that
3   were presented and the background that would either
4   substantiate them or not.
5     Q   And when you refer to claims, do you mean the
6   claims in the application for the patent?
7     A   The claims that were listed here.
8     Q   When you say "here," what are you referring
9   to?
10    A   In paragraph nine is what we are discussing,
11  I believe.
12    Q   So the numbered Claims 22, 23, 25, 26, 31,
13  and 35?
14    A   Uh-huh.
15    Q   And that was -- what were you reviewing those
16  claims for?
17        MR. WOOD:  Objection to form.
18        BY MS. PFEIFFER:
19    Q   What was the purpose of reviewing the claims?
20    A   To see whether they had any basis, I imagine.
21    Q   What do you mean by basis?
22    A   Well, to see whether they were justified in

| Page 15 | Page 17 |
|---|---|

**Page 15**

1     Q   Okay.  And that was the extent of that
2   conversation?
3     A   Possibly.  I don't remember, to be honest.
4     Q   That's all you remember, though?
5     A   No.
6     Q   And did you agree to review some documents?
7     A   Yes, I did.
8     Q   And did you do so?
9     A   Yes, I did.
10    Q   And when was the next time that you spoke to
11  the Patent Office?
12    A   Most likely in January.  I can't recall the
13  exact dates.
14    Q   And the next time you spoke, though, was
15  after you had reviewed the documents they had sent you?
16    A   Probably I had looked what they were and I
17  glanced through them but not reviewed them in detail.
18    Q   And when you reviewed the documents, what did
19  you understand to be the purpose for your review of
20  them?
21    A   And what do you mean by purpose for my
22  review?

**Page 17**

1   making those claims.
2     Q   Okay.  What do you mean by justified?
3     A   Whether they were correct, whether they had
4   the evidence, so to speak, in the medical literature
5   for stating what they stated.
6     Q   Okay.  The second sentence in paragraph nine
7   says, I further understand that the issue to be decided
8   by the Court is whether these claims, numbered 22, 23,
9   25, 26, 31 and 35, are patentable under the U.S. Patent
10  statute.
11        Did I read that correctly?
12    A   Uh-huh.
13    Q   What do you mean by patentable?
14    A   Whether they -- you want a definition of
15  patentable?
16    Q   No.  I want to know what you meant when you
17  either wrote or agreed that that was a correct
18  statement?
19    A   In my view, if something is unique, I guess,
20  and someone is filing for a patent on those ideas.
21    Q   And is that what the Patent Office asked you
22  to do, to form an opinion as to whether those claims

                    Alderson Reporting Company
                        1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                February 12, 2008
                        Alexandria, VA

---

Page 18

1  were patentable?
2      A   Well, the Court has to decide whether the
3  claims are patentable, not me.
4      Q   Okay.  But you did not decide whether, in
5  your view, the claims were patentable.  Is that what
6  you are saying?
7      A   Are you asking me to judge on what the Court
8  would say?
9      Q   No.  I am asking you whether you formed your
10  own views as to whether those claims were patentable.
11      A   I formed my own views as to whether those
12  claims were unique and novel.
13      Q   And what do you mean by unique and novel?
14      A   Well, unique usually is defined as something
15  that is different, has not been described before.  It
16  is specific to a certain method.  If I were -- I guess
17  if I was reviewing a paper for a publication, for
18  example, and someone claims a unique method of treating
19  or doing something, it would have to be different.  It
20  would have to be novel.
21      Q   Have you had any experience in applying for
22  patents?

---

Page 19

1      A   Yes.
2      Q   And have you ever applied for a patent in the
3  United States?
4      A   Yes, I have.  Not directly, not myself, but
5  with a colleague.
6      Q   And did you work on the patent application
7  for the United States patent with your colleague?
8      A   No, I did not.
9      Q   Do you have any understanding of what the
10  standards for patentability are in the United States?
11      A   Are you asking me do I know what the Patent
12  Office would consider as what would be allowed?
13      Q   That's one part of the question, yeah.  That
14  would be fine if you answered that.
15      A   I would say just in general.
16      Q   And what do you understand in general?
17      A   That if you describe something that is novel
18  and unique perhaps, then you might have reason for
19  expecting a patent on that idea.
20      Q   And when you use the word novel, do you use
21  it in the answer you just give me in the same sense
22  that you used it in your earlier answer?

---

Page 20

1      MR. WOOD:  Objection to form.
2      MS. PFEIFFER:  Can I have the court reporter
3  read back your earlier answer for you, if that would
4  make it easier.
5      (The record was read back as follows:
6      "A: Well, unique usually is defined as
7      something that is different, has not been
8      described before.  It is specific to a
9      certain method.  If I were -- I guess if I
10      was reviewing a paper for a publication, for
11      example, and someone claims a unique method
12      of treating or doing something, it would
13      have to be different.  It would have to be
14      novel.")
15      BY MS. PFEIFFER:
16      Q   So what do you mean by novel when you use
17  that word with respect to patentability?
18      A   Well, I would in my experience view something
19  novel as being new, being different.
20      Q   Is your experience related to obtaining the
21  U.S. patent?
22      A   No.

---

Page 21

1      Q   So you are just using it in a general sense
2  as your understanding as a researcher; is that correct?
3      A   That's correct.
4      Q   And the same for unique -- your use of the
5  word unique in connection with patentability?
6      A   Yes.
7      Q   So that's based on your understanding as a
8  researcher and not anything specific to the patent
9  process; is that right?
10      A   That's right.
11      Q   And just so I am clear, the understanding
12  that you express in the second sentence in paragraph
13  nine was an understanding that was communicated to you
14  by the lawyers for the Patent Office; is that correct?
15      MR. WOOD:  Objection to form.
16      THE WITNESS:  I think that the gist of the
17  sentence was written based on my understanding.
18      BY MS. PFEIFFER:
19      Q   What was the source of that understanding?
20      A   What do you mean the source?
21      Q   What was the basis for it?
22      A   Well --

---

6  (Pages 18 to 21)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 22 |
| --- |

1    Q   How did you come to form that understanding?
2   What was the information that was available to you on
3   which that was based?
4        MR. WOOD:  Objection to form.
5        THE WITNESS:  The information is given in
6   that sentence and then on the documents that were
7   supplied.
8        BY MS. PFEIFFER:
9    Q   Just so I understand, then, you are saying
10  that your understanding about what the issue to be
11  decided by the Court was, was derived by you from
12  having read the materials that you enumerated in
13  paragraph eight, plus the '281 wrapper and the
14  Relevance article; is that correct?
15   A   That would be correct.
16   Q   So no one at the Patent Office or from the
17  Patent Office told you that the issue to be decided by
18  the Court was whether the Claims 22, 23, 25, 26, 31,
19  and 35 are patentable; is that correct?
20   A   I would have to agree, yes.
21   Q   And who wrote the sentence that we have just
22  been talking about?

| Page 23 |
| --- |

1    A   Well, I believe that it was written by the
2   lawyers.  And I -- in a draft, as I said earlier.  And
3   I reviewed it and made changes.
4    Q   Okay.  Do you recall whether you made any
5   changes to that particular sentence?
6    A   Not at this point.
7    Q   You had said that you spoke to the PTO
8   lawyers in December and then again in January.  The
9   first call, as I remember, was just to ask whether you
10  might be interested in being an expert for them; is
11  that correct?
12   A   That's correct.
13   Q   And in January what conversation did you have
14  with them -- the first -- did you speak more than once
15  in January?
16   A   Yes.
17   Q   What about the first conversation that you
18  had with them in January?  What was that about?
19   A   I honestly can't remember.  It would have
20  been a follow-up to the first phone call.  Once I had
21  agreed to be an expert witness or whatever it is
22  called, then the process began.

| Page 24 |
| --- |

1    Q   When did you agree to be an expert witness?
2    A   Probably in January.
3    Q   The first call that you had in January?
4    A   I don't remember for sure.
5    Q   What information did you exchange with the
6   PTO in your phone calls in order to prepare Exhibit 1?
7    A   They sent the relevant documents.
8    Q   Did you, yourself, come up with any documents
9   that you thought were relevant to forming your opinion
10  or did everything come to you from the PTO?
11   A   No.  I supplied the literature from the
12  medical field.
13   Q   Can you tell me what you supplied?
14   A   Well, we can go through the list.
15   Q   We are referring now to paragraph eight,
16  right?
17   A   We are referring to page three, yes.  So J --
18  I, J, probably K, L.
19   Q   I am sorry.  I couldn't hear you.
20   A   L.  I am just reading off the number.
21   Q   I, J, L?
22   A   Probably K as well.

| Page 25 |
| --- |

1    Q   Okay.
2    A   M, N, although I believe that the Patent
3   Office had M already.  O, P, Q, R, S, T, U, V, W, X,
4   Y.  That's it.  And then I believe that on either the
5   Velasquez or the Schenk patent there was reference to
6   the Swedish patent, the Wetterlin patent.
7    Q   And so you suggested that you review those?
8    A   Uh-huh.  And then the last article.
9    Q   And the Laube article?
10   A   Uh-huh.
11   Q   Had you identified all of these articles by
12  the beginning of January when you spoke to the PTO?
13   A   No.
14   Q   When did you do that?
15   A   Through the month of January as I was reading
16  the literature.
17   Q   So would it be fair to say that the process
18  that you used was that once you told the PTO you would
19  be an expert, that you went back through the literature
20  and decided what you should review and what you
21  believed would be relevant to forming your opinion?
22   A   I reviewed the documents supplied by the

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
Alexandria, VA

Page 26

1  Patent Office.
2      Q    And what were those documents?
3      A    Those documents were the other ones that I
4  just did not read off.
5      Q    That's fine.
6      A    And in reviewing those documents, I went into
7  the literature to refresh my memory about what findings
8  were that had been published.
9      Q    Okay.  And were you looking for findings in a
10 particular time frame?
11     A    The discussion of insulin in the literature
12 started quite early.  And so I went back to papers that
13 were pre-1990, some of them.  And so let's say past
14 that.
15     Q    Were you looking for literature that was
16 prior to January 29, 1993?
17     A    Yes, as well as the --
18     Q    I am sorry.  I lost that.
19     A    As well as literature that was published
20 after that.
21     Q    In 1993 or before January 28, 1993, were you
22 familiar with the literature about aerosolized insulin?

Page 27

1      A    No, I can't say that I was familiar with it.
2      Q    When did you first become familiar with that
3  literature?
4      A    Over the last several years, I would think.
5      Q    Since 2005?
6      A    Well, possibly before then.
7      Q    2002?
8      A    It could be, uh-huh.  I can't be specific.
9      Q    What was the first time that you became aware
10 of research involving aerosolized insulin?
11     A    Prior to 1993?
12     Q    It was prior to 1993.
13     A    Yes.
14     Q    In what context did you become aware of it?
15     A    Through meetings.
16     Q    And what did you learn at those meetings?
17     A    That one could produce an aerosol of insulin.
18     Q    Anything else?
19     A    And inhale it.
20     Q    Anything else?
21     A    Get it into the lung.
22     Q    Anything else?

Page 28

1      A    And measure response.
2      Q    Anything else?
3      A    Publish your findings.
4      Q    Anything else?
5      A    Present your findings.
6      Q    And you learned this in the context of papers
7  that were presented?
8      A    Yes.
9      Q    Did you ever discuss --
10        (Medical emergency in the deposition.  A
11 recess was held.)
12        BY MS. PFEIFFER:
13     Q    Ms. Dolovich, during the break, did you
14 discuss any of the substance of this deposition with
15 any of the PTO lawyers?
16     A    No, I did not.
17     Q    I think you were telling me about your having
18 learned about aerosolized insulin prior to January 29,
19 1993; is that right?
20     A    That's correct.
21     Q    And you said you had had some presenting
22 paper presented at conferences.  Did you have any other

Page 29

1  knowledge of aerosolized insulin prior to January 29,
2  1993?
3      A    Well, as I mentioned earlier, I heard about
4  inhaled insulin at meetings.
5      Q    Yes.
6      A    And that would have occurred in 1992 or 1991
7  when I was at a meeting.
8      Q    What meeting were you at then?
9      A    Drug-delivery meeting.
10     Q    And where did that take place?
11     A    That took place -- it may have been Richmond,
12 Virginia.  I can't remember for sure.
13     Q    Do you remember who spoke at that conference
14 on aerosolized insulin?
15     A    Yes, I do.
16     Q    Who was it?
17     A    Beth Laube.
18     Q    Did you speak with Dr. Laube about her
19 presentation at that meeting?
20     A    That was 1992.  And I honestly can't recall.
21 I may have, but likely I did not.
22     Q    Do you know Dr. Laube?

8  (Pages 26 to 29)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                          February 12, 2008
                        Alexandria, VA

| Page 30 | Page 32 |
|---|---|

**Page 30**

1    A    Yes, I do.
2    Q    And have you known her for a long time?
3    A    Yes, I have.
4    Q    Have you ever discussed with her prior to
5    January 29, 1993, her research into the use of
6    aerosolized insulin?
7    A    I can't say that I have.
8    Q    Who else spoke at that conference in 1992?
9    A    I did.
10    Q    And what did you speak on?
11    A    I spoke on the relevance of aerosolized
12    particle size.
13    Q    So that was the paper that you gave at that?
14    A    That's correct.
15    Q    Who else?  Do you remember who spoke at that
16    conference?
17    A    I have to get the table of contents from the
18    publication, but most likely Peter Byron.
19    Q    And what did he speak on?
20    A    You know, drug delivery.  I would have to
21    look at the table of contents to honestly be able to
22    remember.

**Page 31**

1    Q    Anyone else that you remember speaking?
2    A    Again, I need to go back.  There probably
3    were about maybe a dozen papers in the proceedings.
4    Q    And the only two that you remember are
5    Dr. Laube's and your own?
6    A    At this point, yeah.
7    Q    And why is it that you remember Dr. Laube's
8    paper as we sit here today?
9    A    Because I just do.  I mean, when you look in
10    the literature, you are referred back to publications.
11    And I knew that I had spoken at that meeting.  And when
12    I perused the proceedings, her paper was either before
13    or after mine.
14    Q    So looking at the proceedings in connection
15    with your preparation for being an expert witness
16    caused you to recall that you had heard Dr. Laube
17    deliver her paper at the conference in 1992; is that
18    correct?
19    A    Yes.  In a broad sense, uh-huh.
20    Q    And before you reviewed the literature in
21    connection with your being an expert witness, say, in
22    November of 2007, did you have any recollection of

**Page 32**

1    Dr. Laube's delivering the paper in 1992?
2    A    Why November 2007?
3    Q    Because it was before you reviewed the
4    literature.
5    A    For this?
6    Q    For this assignment, right.
7    A    I didn't review any literature in November
8    2007 for this assignment.
9    Q    I know that.  That was before your review of
10    the literature.  So my question is, before you reviewed
11    the literature, did you have any independent
12    recollection of Dr. Laube's presentation in 1992?
13    A    No.
14    Q    Do you have any other recollection of
15    information that you had about the use of aerosolized
16    insulin in the period before January 1, 1993?
17    A    Can you repeat the question?
18    Q    Yeah.  My question is, other than Dr. Laube's
19    paper, do you have any other recollection of having
20    heard about the use of aerosolized insulin prior to
21    that January 29, 1993 date?
22    A    Not that I can recall specifically.

**Page 33**

1    Q    Anything you can recall generally?
2    A    Well, I had written a number of review papers
3    on drug delivery -- aerosol drug delivery.  And you
4    always mention new entities.  And so diseases that are
5    being treated are being projected to be treated by
6    aerosolized medications.  And diabetes would be on the
7    list.
8    Q    In the period before January 29, 1993, would
9    diabetes have been on the list of projected diseases to
10    be treated by aerosol?
11    MR. WOOD:  Objection to form.
12    THE WITNESS:  It certainly would have been
13    raised as a possibility.
14    BY MS. PFEIFFER:
15    Q    And why is that?
16    A    Why wouldn't it be?
17    Q    When was the first time that you had any
18    personal experience in dealing with aerosolized
19    insulin?
20    MR. WOOD:  Objection to form.
21    THE WITNESS:  Probably in 2003, 2004.
22    BY MS. PFEIFFER:

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                February 12, 2008
                        Alexandria, VA

Page 34

1    Q    And what was that experience?
2    A    That was being an investigator in an animal
3  study looking at inhaled insulin.
4    Q    Were you doing it -- were you looking at
5  inhaled insulin?  Is that what you said?  I'm sorry.
6  You trailed off at the end, and I didn't hear you
7  clearly.
8    A    It was -- it was gearing up, so to speak,
9  preparing to develop inhaled insulin.
10   Q    And was that something that you were going to
11 develop in your lab?
12   A    Not me -- well, as a group.
13   Q    And who else was in the group?
14   A    There was a chemist.
15   Q    And the name of the chemist?
16   A    Dr. John Vallient.
17   Q    And who else?
18   A    A post-doc fellow.
19   Q    Who was?
20   A    Dr. Renee Labaris.
21   Q    Okay.
22   A    And I had number of research assistants.

Page 35

1    Q    And --
2    A    As did Dr. Vallient.
3    Q    Were there any medical doctors on that team?
4    A    There were, yes.
5    Q    And who were they?
6    A    Dr. Karen Gulenchyn.
7    Q    Can you spell that name, for the court
8  reporter?
9    A    G-u-l-e-n-c-h-y-n.  And Dr. Hertzel Gerstein.
10   Q    I'm sorry.
11   A    Dr. Hertzel Gerstein.
12   Q    I think she may need some help with that,
13 too.
14   A    G-e-r-s-t-e-i-n.
15   Q    I certainly needed help with it.  Thank you.
16 Could I ask you just to speak a little louder?
17   A    Sure.
18   Q    I am having trouble hearing.  Anyone else on
19 the team?
20   A    Dr. Vallient had a Ph.D student.
21   Q    And do you know the name of that student?
22   A    Katrina Guenther.

Page 36

1    Q    G-u-n-t-h-e-r?
2    A    G-u-e-n-t-h-e-r.
3    Q    Anyone else?
4    A    I am trying to remember the names of the
5  people on the publication.  I would have to look at the
6  CV.  Maybe Dr. Chirakal, C-h-i-r-a-k-a-l.
7    Q    And what publication came out of that
8  research?
9    A    That publication was a method for providing a
10 PET tracer insulin.
11   Q    Is that one of the documents that you
12 reviewed and considered in connection with forming your
13 opinion?
14   A    No.
15   Q    Why not?
16   A    Because it is a chemistry paper.
17   Q    What was your role on the team?
18   A    I was the principal investigator of the
19 study.
20   Q    And what did that entail?
21   A    That entailed developing protocols with my
22 team and carrying out a study.

Page 37

1    Q    What do you mean by developing protocols?
2    A    Writing a document that describes what the
3  methods were going to be, background information,
4  methods for exposing the animal model to the tracer,
5  and then quantitating.
6    Q    So this was not a human study?
7    A    This was not a human study.
8    Q    Did you use live animals?
9    A    Yes.
10   Q    Lab rats?
11   A    No.  They were dogs.
12   Q    Is the protocol that you developed set out in
13 the paper?
14   A    No.  That was published?
15   Q    Yes.
16   A    No.
17   Q    What did your protocol involve?
18   A    It involves some background information.
19   Q    What background information?
20   A    On, I guess, the use of insulin.  I can't
21 remember the details.
22   Q    Right.  Just --

10  (Pages 34 to 37)

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                              February 12, 2008
                        Alexandria, VA

| Page 38 | Page 40 |
|---|---|

Page 38

1    A   This is 2002.
2    Q   -- give me the best recollection you have.
3    A   So when you write a protocol for a research
4  study, you give a background as to what the nature of
5  the question is.  You would outline the methods that
6  you were going to use to test your question, the
7  methods that would be used to handle the information,
8  and your conclusions.  That would be in a publication.
9        So in a protocol, it would just be the
10  methods of exposure, how you are going to -- what
11  measurements you are going to obtain during your
12  research protocol, research experiments.
13    Q   And what were the methods that you developed
14  for your team to follow in performing the research?
15    A   Well, first of all, they were developed as a
16  group.  The methods of preparing the dog.
17    Q   And did you have input on that?
18    A   Not specifically.  That came through the
19  central animal facility in discussions with
20  Dr. Labaris.
21    Q   And what was the next thing?
22    A   Exposure of the animal to the aerosol.

Page 39

1    Q   And did you have input into that?
2    A   In a general sense.
3    Q   And what was that general sense?  What was
4  that general contribution?
5    A   How we were going to interface with the dog
6  to be able to -- a dog that's anesthetized.  And so you
7  need to be able to deliver your tracer which, in this
8  case, would have been a PET aerosol of insulin.  And
9  PET -- it is not referred to as the dog, but it refers
10  to the method of detection and the tracer that was
11  developed.
12    Q   Positron Emission Tomography?
13    A   Oh, yes, indeed.
14    Q   What tracer did you use?
15    A   F-18.
16    Q   And what's that?
17    A   Fluoride.
18    Q   Is that a common tracer used with many
19  different medicines or was it peculiar to insulin?
20        MR. WOOD:  Objection to form.
21        THE WITNESS:  It is the most commonly used
22  PET tracer, and it is attached to a number of

Page 40

1  compounds.
2        BY MS. PFEIFFER:
3    Q   So it, itself, is a radioactive compound?
4    A   Material.
5    Q   Material.  Which you can use with any number
6  of other compounds; is that correct?
7    A   Yeah.  And don't ask me to name them but,
8  yes.
9    Q   Can you use them with complex molecules?
10        MR. WOOD:  Objection to form.
11        THE WITNESS:  Dr. Vallient was able to do so.
12        BY MS. PFEIFFER:
13    Q   So you consider insulin to be a complex
14  molecule?
15    A   In terms of being able to label something, I
16  would say that it was complex in that any molecule
17  potentially could be complex.
18    Q   Well, is it more complex than something
19  which, for instance, is not a protein?
20        MR. WOOD:  Objection to form.
21        THE WITNESS:  I can't comment on that.
22        BY MS. PFEIFFER:

Page 41

1    Q   So who made the decision to use that
2  particular tracer?  Was that you?
3    A   No.  That was Dr. Vallient.
4    Q   So what was the next -- what contribution did
5  you make to the determination about how to administer
6  insulin to the animal for this experiment?
7    A   The protocol for imaging and handling the
8  data.
9    Q   And can you explain to me what that protocol
10  was?
11    A   It was a description of how we would image
12  the dog.
13    Q   And how did you propose to do that?
14    A   We had a one-hour dynamic scan followed by
15  two hours of whole body imaging -- static imaging.
16    Q   And that was, again, using PET?
17    A   Yes.
18    Q   And how did you go about doing that scanning?
19    A   The protocol was entered into the scanner
20  computer by the physicist, and the technologist pushed
21  the button and the scan started.
22    Q   Okay.  And what did you contribute to that

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                          Alexandria, VA

| Page 42 | Page 44 |
|---|---|

Page 42

1   process specifically?
2      A   We had discussions about the timing of the
3   protocol.
4      Q   What do you mean by timing of the protocol?
5      A   When to start.
6      Q   Okay.
7      A   How to frame.
8      Q   Anything else?
9      A   How long to acquire a static image.
10     Q   Anything else?
11     A   I can't recall, but that's basically what it
12  is.
13     Q   Do you remember when you started -- when you
14  recommended starting the imaging?
15     A   The date that I recommended?
16     Q   No.  You said that the first thing that you
17  said that you contributed was when it should start.
18     A   Right.
19     Q   When the image should start.  So what was --
20     A   When the button should be pushed is what you
21  are asking?
22     Q   Yes.  When did that happen within the process

Page 43

1   is my first question?
2      A   A minute before we gave the tracer.
3      Q   How did you determine when the button should
4   be pushed?
5      A   The computer was set up to start.  We were --
6   the people who were going to be delivering the tracer
7   were in position.  The piece of equipment was set up.
8   And when everybody was ready, the technologist was told
9   to push the button.
10     Q   And you told them to do that?
11     A   I did or Dr. Labaris.
12     Q   Why did you select that point in the process
13  to begin the imaging?
14     A   So you could see the arrival of your tracer
15  in the scan.
16     Q   And was it you who made the decision that it
17  should be -- the button should be pushed at that point
18  in the process, or did you discuss that with your
19  colleagues?
20         MR. WOOD:  Objection to form.
21         THE WITNESS:  I think I described to you what
22  happened.  You know, people need to get in position.

Page 44

1   You know that you are going to be exposing the animal
2   to your tracer.  And so when you want to see it arrive
3   at your target, so to speak, and you want to make sure
4   that you are going to be able to do that, then you get
5   everything set up ready to go.  You say start and then
6   at one minute you deliver your tracer.  You already
7   established a one minute of imaging nothing, so to
8   speak, in order to capture that event.
9          BY MS. PFEIFFER:
10     Q   So you have a baseline for what happens next?
11     A   Something like that, yeah.
12     Q   Is that just normal practice in imaging
13  anything that you are trying to?
14     A   It is a process that one would consider.  It
15  is not necessary for everything.
16     Q   What else might you do rather than start
17  before the administration of the material you were
18  trying to track?
19     A   You would start after you administered it.
20     Q   Are there any other options?
21     A   You could start during, but that would be not
22  as useful.

Page 45

1      Q   Why not?
2      A   As starting -- well, in our view, we want to,
3   as I say, capture the event in real time.
4      Q   And was that your decision?
5      A   I can't say it was mine alone.  We have had a
6   group of investigators, specifically myself and
7   Dr. Labaris, who discussed how we should image the
8   dog.  And that was our decision.
9      Q   So was there anything else that was your
10  responsibility other than the three things that you
11  mentioned to me earlier -- when to start, how to frame,
12  and how long to acquire data?
13     A   No.
14     Q   What was the goal in performing this
15  experiment?
16     A   The goal was to look at the deposition and
17  uptake of F-18 insulin.
18     Q   What do you mean by deposition?
19     A   Where it was deposited in the lung and other
20  organs.
21     Q   So you looked at other organs and not just
22  the lungs?

12  (Pages 42 to 45)

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

Page 46

1    A   Well, it is part of the imaging information.
2  You get information.
3    Q   Because it passes through the system?
4    A   And your scanner is over that part of the
5  anatomy.
6    Q   And what do you mean by uptake?
7    A   Measurement of your tracer in the blood and
8  disappearance from your target organ.
9    Q   From?
10   A   Your target organ.
11   Q   And the target organ in this case was the
12 lung?
13   A   Yes.
14   Q   Why did you want to perform such a test with
15 insulin?
16   A   Nobody has done -- nobody has imaged where
17 insulin goes in the body.  This was an opportunity to
18 do that.
19   Q   Has anyone done such studies since 2002, I
20 think you said is when this one was?
21   A   Well, we started in 2002.  We haven't even
22 finished.  But nobody -- well, no, I shouldn't say

Page 47

1  that.  There has been studies using, I think, I-124
2  or -- I-124, I think.
3    Q   I'm sorry.  Using?
4    A   I-124.  Yeah, I-124.
5    Q   Is that a form of iodine?
6    A   Yes.  It is another tracer.
7    Q   Are the results different if you use
8  different types of tracers?
9        MR. WOOD:  Objection to form.
10       THE WITNESS:  It can be.
11       BY MS. PFEIFFER:
12   Q   And what difference does it make what tracer
13 you use?
14   A   Well, it all depends on how successful your
15 labeling is of your chemical.  So if you have a tracer
16 on your chemical that is not firmly bound to the
17 chemical, then you can give it to an animal, to a
18 human.  And there may not be -- the bond, because it is
19 not a firm bond, could separate from the chemical.  And
20 you would be imaging your tracer without the chemical.
21   Q   I see.  So you would know what happened to
22 the tracer, but you wouldn't know what happened to the

Page 48

1  chemical?
2    A   That's correct.
3    Q   Is there any other research that you have
4  done with respect to insulin -- aerosolized insulin?
5    A   No.
6    Q   Have you done any research with respect to
7  non-aerosolized insulin?
8    A   No.
9    Q   Do you have any experience in the use of
10 subcutaneous injections of insulin?
11   A   Not outside of the study that I just
12 described to you.
13   Q   Have you had any other exposure to insulin
14 treatment than the study that you described?
15       MR. WOOD:  Objection to form.
16       THE WITNESS:  No, not firsthand.  I have read
17 papers, but I haven't had hands-on experience.
18       BY MS. PFEIFFER:
19   Q   And were those papers that you read in
20 connection with the studies that we just talked about?
21   A   They were papers that I read at the time.  We
22 were developing our protocols for the animal study and,

Page 49

1  then again, for this.
2    Q   For this being the expert witness?
3    A   Yes.
4    Q   And the time when you were preparing the
5  protocol, was that also 2002?
6    A   Yes, 2002, 2003.
7    Q   What was the role that the medical doctor
8  played in the study?
9    A   We did the study in nuclear medicine.  She is
10 the director of Nuclear Medicine.  And so it was her
11 responsibility -- it is her responsibility for what
12 transpires in her department.  And as we were intending
13 to do a human study following the study she, again, was
14 part of the team.
15   Q   What was the significance in terms of her
16 role of the fact that you were intending to do a human
17 study following the animal study?
18       MR. WOOD:  Objection to form.
19       THE WITNESS:  As I said, her experience is
20 in nuclear medicine.  She is knowledgeable in tracer
21 imaging obviously and has an understanding of disease
22 mechanisms.

                                    13  (Pages 46 to 49)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

|  | Page 50 |
|---|---|

BY MS. PFEIFFER:

1    BY MS. PFEIFFER:
2    Q   Does she also have knowledge regarding the
3  treatment of humans with insulin?
4    A   She would have to speak for herself.  I
5  imagine as a physician she would have some knowledge.
6  But her specialty is nuclear medicine.
7    Q   Have you done human studies?
8    A   No.
9    Q   Do you still intend to do them?
10   A   I wish I could say yes, but we are not.  And
11 for obvious reasons.
12   Q   What is the obvious reasons?
13   A   Because the drugs are no longer available.
14   Q   Is this a study that was being done for
15 Pfizer, then --
16   A   Yes.
17   Q   -- in connection with Exubra?
18   A   Uh-huh.
19   Q   And since they have taken Exubra off the
20 market, they have ceased funding the studies?
21   A   That's correct.
22   Q   What is the focus of your research generally,

|  | Page 51 |
|---|---|

1  not just with respect to insulin?
2    MR. WOOD:  Objection to form.
3    THE WITNESS:  My research has focused on
4  delivering drugs to the lung; imaging drugs that are
5  delivered to the lung; in some instances, looking at
6  clinical response.
7    BY MS. PFEIFFER:
8    Q   What do you mean by clinical response?
9    A   Your response to a drug that has been given
10 by inhalation.
11   Q   And you are looking at the response within
12 the lung; is that correct?
13   A   No.  When you talk about response, it is a
14 clinical outcome.  So we would measure your pulmonary
15 function in response to, say, a bronchodilator.  There
16 are other outcomes that one can look at in response to
17 a drug.  So if I used one of those drugs, then
18 potentially we would build in a clinical arm.
19   Q   Have you in any of these studies looked at
20 whether the material delivered to the drug has any
21 systemic effect outside the pulmonary system?
22   MR. WOOD:  Objection to form.

|  | Page 52 |
|---|---|

1    THE WITNESS:  What do you mean by that?  Can
2  you better define what you are asking?
3    BY MS. PFEIFFER:
4    Q   Perhaps.  I don't know whether I can, but I
5  will try.
6    A   Okay.
7    Q   My question really is whether your research
8  is focused on the use of medicines within the pulmonary
9  system as opposed to using the pulmonary system as a
10 conduit for treatment of other parts of the body?
11   A   Mostly the former.
12   Q   What have you done that's focused on the
13 latter?
14   A   Just -- I guess, mainly it would be insulin
15 work.
16   Q   Anything else that you can think of?
17   A   I am trying to remember outside the lung.
18 And I can't say that I initiated another like study.
19   Q   Have you worked on any similar study, whether
20 you initiated it or not?
21   MR. WOOD:  Objection to form.
22   THE WITNESS:  I would have to say no.

|  | Page 53 |
|---|---|

1    BY MS. PFEIFFER:
2    Q   Going back to the preparation of your report,
3  who were the people at the PTO that you dealt with?
4    A   Ben Wood -- Woods -- and then later Mary
5  Kelly and Fran.  I am missing Fran's last name.  Sorry.
6    Q   When did you first deal with Mary?
7    A   Oh, probably mid-January.  I truly can't
8  remember.
9    Q   And with Fran?
10   A   Late January or February.  We are in February
11 now, yeah.
12   Q   Do you know what each person's role was in
13 the drafting of the report that you have submitted?
14   A   Just as -- no, I can't say I can define their
15 roles.
16   Q   Do you know who was the principal
17 draftsperson?
18   A   No, I don't.
19   Q   When did you first receive a draft of the
20 opinion?
21   A   Probably in the last two or three weeks.
22 Yeah, probably three weeks ago.

14  (Pages 50 to 53)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                          Alexandria, VA

| Page 54 | Page 56 |
|---|---|

**Page 54**

1    Q    Something like the 20th of January?
2    A    It could be.  I can't specifically say what
3  day.
4    Q    And prior to that, you had telephone
5  discussions with the PTO people?
6    A    Yes.
7    Q    With all of them?
8    A    Sometimes.
9    Q    We had talked about the first call that you
10  had in December and then a call in the beginning of
11  January?
12    A    Uh-huh.
13    Q    In the call in the beginning of January, how
14  long did that last?
15    A    I truly don't know.  It would have been
16  anywhere from 10 minutes, 30 minutes perhaps.  I cannot
17  remember.
18    Q    What was the focus of that conversation?
19    A    Well, if it was the first call after
20  December, it was to inquire as to whether I would be
21  the expert witness.
22    Q    Anything else?

**Page 55**

1    A    No, I don't remember.  But I can't recall.
2    Q    Okay.  And do you recall who that call was
3  with?
4    A    That would have been Ben.
5    Q    And no one else?
6    A    I am assuming nobody else.
7    Q    At that time, did you have a conversation
8  with him about what your views were regarding the
9  opinion?
10    A    Again, I don't remember.  I would not have
11  seen the documents at that point.
12    Q    So you received --
13    A    I don't believe.
14    Q    So you received the documents after the
15  January --
16    A    I think so.
17    Q    -- the January proposition?
18    A    Yeah.
19    Q    And how long was it before you had another
20  conversation with somebody from the PTO?
21    A    I don't remember.  I could guesstimate a
22  week, but I really don't know.  I don't have a log in

**Page 56**

1  front of me.
2    Q    Do you have a record of those calls?
3    A    Some of them I do.
4        MS. PFEIFFER:  I think we would like to see
5  those.  And we can deal with that off line.
6        BY MS. PFEIFFER:
7    Q    The next call -- I am just going to say the
8  second of January call.
9    A    The second of January, I think was --
10    Q    Just the second January call?
11    A    Oh, second January call.
12    Q    The second of January, I think, was a
13  Wednesday, but I won't swear to it.
14        MR. WOOD:  I am going to object as to form.
15        BY MS. PFEIFFER:
16    Q    So in the second January call, who was on the
17  line?
18    A    Again, I can't specifically say.  It was
19  Ben.  I don't know if anybody else was on it.  I don't
20  believe so, but I don't remember.
21    Q    How long did that call last?
22    A    Again, I don't remember.  You know, it would

**Page 57**

1  have been a call, as I said a few minutes ago, to firm
2  up my decision to whether I was going to participate or
3  not.
4    Q    Okay.
5    A    It would be my recollection.
6    Q    All right.  And after that call, which I am
7  going to, for purposes of the next question, I will
8  refer to as the first January call, which is when he
9  called you and you said, Yes, I am willing to be an
10  expert.  Then there was a second call in January?
11    A    Uh-huh.
12    Q    And you can't remember whether that was a
13  week or something less later, but there was definitely
14  a second one, right?
15    A    Yes.
16    Q    And in that one, Ben also called you?
17    A    I believe so.
18    Q    And what did you discuss in that call?
19    A    I guess more of the same.  Maybe I had
20  received some documents by then.  I don't remember.
21    Q    Do you recall discussing with him your views
22  about the documents that you had read?

                                    15  (Pages 54 to 57)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
Alexandria, VA

| Page 58 | Page 60 |
|---|---|

**Page 58**

1    A  I imagine if I had received them and read
2  them, we would have started a discussion about them.
3    Q  But you don't remember?
4    A  I don't remember specific details such as you
5  are asking.
6    Q  Can you tell me generally what was said in
7  that conversation?
8      MR. WOOD:  Objection as to form.
9      THE WITNESS:  Can I remember generally what
10  was said in the telephone conversation in the first
11  week of January?
12      BY MS. PFEIFFER:
13    Q  Well, or the second time you spoke with Ben
14  in January specifically?
15    A  I can't recall specific questions.  I can
16  only tell you that if I had documents and had read some
17  documents, we would have discussed -- started to
18  discuss the content.
19    Q  Okay.  At some time you did begin to discuss
20  the content of the expert report; is that right?
21    A  I believe we would have, yes.
22    Q  Do you recall when that occurred in January?

**Page 59**

1    A  I can't give you a specific date and time.
2    Q  I don't need a specific date.  I just need a
3  general concept of whether it was the beginning,
4  middle, or end of January?
5    A  It was somewhere between the second of
6  January and the 31st of January.  And if you are asking
7  me to state whether it was in the first week, second
8  week, third week, fourth week, I can't say.  I know
9  that it was one of the documents that I had to read.
10  And I may have started reading it immediately or I may
11  have started reading the others first.
12    Q  What document are you referring to?
13    A  The expert report from Dr. Crystal and then
14  the Schenk patent and the Velasquez patent.
15    Q  And Harrison?
16    A  And Harrison, uh-huh.
17    Q  So you don't remember when you received them;
18  is that correct?
19    A  Well, I received them in January.  It would
20  have been early in January.  And given the time span to
21  prepare and the other things that I do, I would have
22  had to start looking at documents early in the month.

**Page 60**

1    Q  And do you recall by what time generally in
2  January you had completed reading all of the materials
3  the PTO sent you?
4    A  Well, I would have to say certainly by the
5  end of January.
6    Q  When did you see the first draft of your
7  expert report?
8      MR. WOOD:  Objection as to form.
9      THE WITNESS:  It would have been shortly
10  after that.
11      BY MS. PFEIFFER:
12    Q  Shortly after the end of January?
13    A  If that's when I finished reading the
14  documents and the report was drafted, that's the time.
15  You know, we are talking about a span of six weeks.
16  And in that six weeks, I received documents, I read
17  documents, I commented on documents.  I received a
18  draft; I commented on the draft.  I changed the draft,
19  the draft was sent back, the draft was finalized, end
20  of story.
21    Q  What comments did you give on the documents
22  you reviewed?

**Page 61**

1    A  The documents or my draft of this report?
2    Q  The documents.  You said that you commented
3  on the documents.
4    A  Well, the Schenk patent.
5    Q  What were the comments on the Schenk patent?
6    A  I read them.  I understood what they were
7  about and discussed the nature of those two patents.
8    Q  Was there more than one Schenk patent that
9  you reviewed?
10    A  No, there was only one Schenk patent.  Are
11  there more?
12    Q  I would just like to focus on Schenk.  You
13  said patents, plural.  And so I was just clarifying
14  that you had seen only one Schenk patent.
15    A  Yeah, one Schenk patent and one Velasquez
16  patent.
17    Q  Focusing on Schenk, what views did you form
18  about Schenk that you communicated to the PTO?
19    A  The Schenk patent describes a design --
20  designs for an inhaler that would deliver a powder.
21  Incorporated in the design was a means of dispensing
22  the powder into a chamber.

16  (Pages 58 to 61)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich

February 12, 2008

Alexandria, VA

---

**Page 62**

1  Q   Anything else that you remember about it?
2  A   Oh, you had four figures, each one describing
3  a slightly different means of operating the inhaler and
4  slightly different design of his mixing chamber.
5  Q   Anything else about Schenk that you recall?
6  A   In his description of his designs?
7  Q   Anything that you recall?
8  A   Well, he had a description of causing powder
9  to flow into the chamber.
10  Q   Do you recall how he did that?
11  A   He had four design different ways.  One was a
12  spring-loaded mechanism for pulling that initiated the
13  process, I believe.  Powder flowed from the reservoir
14  through a narrow orifice.  It was accelerated because
15  of that and into the mixing chamber.
16  Q   Anything else you remember about Schenk?
17  A   I believe he made a statement that the powder
18  was dispensed into a mixing chamber.  The respirable
19  fraction was increased.  I think that's what his words
20  were.
21  Q   What does that mean -- the respirable
22  fraction was increased?

**Page 63**

1  A   It means a fraction of particles that are
2  useful for effective treatment were increased.
3  Q   What makes particles useful for effective
4  treatment?
5  A   They have to get into the lung is the first
6  requirement.
7  Q   Any particular place in the lungs?
8  A   Well, they have to get into a point in the
9  lung where the receptors are for that particular drug
10  category.
11  Q   Anything else that makes particles useful for
12  effective treatment?
13  A   Well, once they get into the lung, they have
14  to be able to reach the site of action, which is where
15  the receptors lie.  And if they are drugs for treating
16  respiratory diseases, they do their job, so to speak.
17  Q   And was the Schenk device designed for
18  delivering drugs to treat respiratory diseases?
19  MR. WOOD:  Objection to form.
20  THE WITNESS:  It was a device that used a
21  powder inhaler to deliver powders for treatment.
22  BY MS. PFEIFFER:

**Page 64**

1  Q   For treatment of what?
2  A   I believe he had a list of possibilities.
3  Some of them were for respiratory diseases.  I think he
4  mentioned insulin, but maybe that's the other patent.
5  I think that's the other patent.
6  Q   You read Schenk?
7  A   Uh-huh.
8  Q   And did it deal with treating anything that
9  was not a respiratory disease?
10  MR. WOOD:  Objection to form.
11  THE WITNESS:  Schenk's patent dealt with a
12  design of a powder inhaler to dispense powder that was
13  within a size range considered to be able to target the
14  lung.
15  BY MS. PFEIFFER:
16  Q   And what is that size range?
17  A   It would be less than seven microns of that
18  order -- less than six microns.  It depends on the time
19  of the information that was known at that time and
20  potentially his experimental work.
21  Q   What do you mean it depends on the time of
22  information that was known at that time?

**Page 65**

1  A   Well, as everything -- as information evolves
2  over time within a field of discipline, you have better
3  information, better technology for doing what you do.
4  And so at one time the respirable fraction, which is
5  where you are heading, was defined in one way.  And
6  then over time and with understanding, that range
7  changed.
8  Q   What do you consider to be the respirable
9  fraction in terms of size?
10  A   Particles that are below five micrometers.
11  Q   And that definition appears in a number of
12  your published articles, doesn't it?
13  A   That's correct.
14  Q   And in one of them, you said sometimes below
15  six microns, I believe; is that correct?
16  MR. WOOD:  Objection as to form.
17  THE WITNESS:  It is possible.  Which paper
18  are you referring to?
19  MS. PFEIFFER:  Oh, wow.  Now I have to find
20  it.
21  THE WITNESS:  I could give you a test.
22  MS. PFEIFFER:  I ask the court reporter to

17 (Pages 62 to 65)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 66 |
|---|

1  mark this as Exhibit 3.
2      (Dolovich Exhibit No. 3, marked for
3  identification.)
4          BY MS. PFEIFFER:
5      Q   You started looking at what the court
6  reporter has marked as Exhibit 3.  If you would turn to
7  page 601, the first full --
8      A   The first full paragraph?
9      Q   Right.  And then the last sentence of that.
10 Would you mind reading that into the record?
11     A   The fraction of the aerosol containing
12 particles, less than five micrometers, sometimes
13 defined as less than six micrometers in diameter is
14 termed the fine particle or respirable fraction (FPF),
15 and has been used more widely recently to describe the
16 quality of the aerosol and its potential for delivery
17 to the lower respiratory tract.
18     Q   This article was published in Respiratory
19 Care in June of 2000; is that correct?
20     A   That's correct.
21     Q   When did you author it?
22     A   It would have been in 2000.

| Page 67 |
|---|

1      Q   And was that a correct statement at the time
2  of your publication?
3      A   I believe so.
4      Q   And is it a correct statement now?
5      A   I believe so.
6      Q   What do you mean by lower respiratory tract
7  in this sentence that you read into the record?
8      A   It would be anything below the main stem
9  bronchi.
10     Q   I am sorry.
11     A   Anything distal to the main stem bronchi.
12     Q   Does that include the alveoli?
13     A   Yes, it does.  It can, uh-huh.
14     Q   Do you know of any other definition of
15 respiratory fraction in the lung that you gave in
16 Exhibit 3 that we have just discussed?
17     A   The -- I do.
18     Q   And what is that?
19     A   At one time, the FDA used 5.8 as the upper
20 limit.
21     Q   Any other definitions of respirable fraction
22 that you are aware of?

| Page 68 |
|---|

1      A   No.  I think this is a general definition.
2      Q   You are aware of the meaning of respirable
3  fraction because that's a concept that you use in your
4  own work; is that correct?
5      A   That's correct.
6      Q   And you have used it for some time?
7      A   That's correct.
8      Q   We were talking about Schenk.  And you said
9  that the respirable fraction was increased.  How did
10 Schenk increase the respirable fraction?
11     A   He -- if I recall, I don't think he had a
12 specific set of measurements in his patent.  But he
13 claimed that by decanting powder into the mixing
14 chamber, his respirable fraction would be increased.
15     Q   And what's the result of increasing the
16 respirable fraction of the powder?
17         MR. WOOD:  Objection as to form.
18         THE WITNESS:  What do you mean by result?
19         BY MS. PFEIFFER:
20     Q   What happens?
21     A   What happens?
22     Q   What happens?

| Page 69 |
|---|

1      A   You would have more particles within that
2  size range.
3          MR. WOOD:  Counsel, whenever you have a
4  chance, we have been going for about an hour.
5          MS. PFEIFFER:  Okay.  I would just like to
6  finish up this line.
7          MR. WOOD:  Sure.
8          BY MS. PFEIFFER:
9      Q   Okay.  So in terms of -- we were talking
10 about Schenk.  And I think the question I actually
11 asked -- and this was good because I understand what
12 you think about Schenk.  My focus was what was it that
13 you told Ben about your views about Schenk?
14     A   In terms of his design of a powder inhaler?
15     Q   In terms of anything.  You were -- we started
16 this by talking about what you discussed with the PTO.
17 And I would like to know what you expressed to the PTO
18 as the -- about Schenk -- what you thought was relevant
19 to your opinion?
20     A   I thought that the design of his inhaler was
21 clever and that he utilized principles that allowed a
22 patient to inhale a slower-moving powder, which would

18  (Pages 66 to 69)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                    Alexandria, VA

| Page 70 | Page 72 |
|---|---|
| 1  be good. | 1  I -- why wouldn't he just use -- |
| 2      Q   Why is that good? | 2          BY MS. PFEIFFER: |
| 3      A   That is good because -- have you ever taken | 3      Q   I don't understand.  You thought it was |
| 4  drugs by inhalation? | 4  clever that he accelerated the powder and then slowed |
| 5      Q   I have. | 5  it down. |
| 6      A   Good.  So you have an understanding of what's | 6      A   Well, it slows down by virtue of physics. |
| 7  involved, I believe.  Then -- and that patients who may | 7      Q   Yes.  But he constructed a device that would |
| 8  have difficulty inhaling at a certain flow rate in | 8  cause that to happen? |
| 9  order to get their drugs out of the inhaler, they are | 9      A   Yep. |
| 10  best served by not necessarily inhaling rapidly but can | 10     Q   And my question is, why is that any clever |
| 11  deal with getting sufficient drug into the lung by | 11  than simply sending the powder more slowly directly |
| 12  inhaling slowly.  And that's one of the features of | 12  into the patient's mouth in your view?  I mean, I am |
| 13  this device. | 13  asking you for your -- |
| 14     Q   Okay.  What else about the device did you | 14     A   There are not many powder inhalers that are |
| 15  discuss with Ben or any of the other PTO lawyers? | 15  designed to do that -- the very thing that you are |
| 16     A   That the device could produce an aerosol -- a | 16  thinking is an alternative. |
| 17  powder aerosol -- | 17     Q   And do you know why not? |
| 18     Q   Anything else? | 18     A   It is not an easy thing to do. |
| 19     A   I can't remember. | 19     Q   You also said that you discussed the |
| 20     Q   What was it that you considered clever about | 20  Velasquez patent with the PTO.  What did you discuss |
| 21  the design? | 21  about Velasquez? |
| 22     A   That he used a restricted orifice to | 22     A   Again, the concepts. |

| Page 71 | Page 73 |
|---|---|
| 1  accelerate his powder into a zero flow. | 1      Q   And what concepts? |
| 2      Q   And if you want a slower flow coming into the | 2      A   That he had a means of providing a multiunit |
| 3  patients -- into the patient, what's clever about | 3  dose capability for powder inhalers. |
| 4  accelerating the flow? | 4      Q   And Schenk did not do that? |
| 5      A   That it was -- I believe at that time he used | 5      A   Schenk's device is a reservoir device. |
| 6  that concept where it wasn't used prior to that is my | 6      Q   What else did you discuss with the PTO about |
| 7  understanding. | 7  Velasquez? |
| 8      Q   What was useful about that concept? | 8      A   We discussed the discussion in the patent, |
| 9          MR. WOOD:  Objection as to form. | 9  the description that Velasquez had provided. |
| 10         THE WITNESS:  I don't know if it was useful | 10     Q   What about that description in particular did |
| 11  in the sense that it was effective.  But it was a use | 11  you discuss? |
| 12  of a physics principle that allowed you to create a | 12     A   Well, Velasquez describes the effect of |
| 13  pressure drop across a tube that would accelerate the | 13  dimple depth on powder release and the properties of |
| 14  powder through that restriction -- that orifice -- into | 14  that powder. |
| 15  a larger chamber where it would then slow down. | 15     Q   And do you remember what he said about the |
| 16         BY MS. PFEIFFER: | 16  effect of dimple depth, if I can say that, on powder |
| 17     Q   But why would you want to accelerate the | 17  release? |
| 18  powder and then slow it down?  Why not just send it | 18         MR. WOOD:  Objection as to form. |
| 19  slowly through directly to the patient without a | 19         THE WITNESS:  Well, he describes how changing |
| 20  holding chamber? | 20  the depth of those dimples provided quantity powder and |
| 21         MR. WOOD:  Objection as to form. | 21  the respirable part of that powder, if I recall |
| 22         THE WITNESS:  Say that again.  Why wouldn't | 22  correctly.  I have not looked at that patent for a |

                                              19  (Pages 70 to 73)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                        February 12, 2008
                        Alexandria, VA

Page 74

1  couple of weeks now.
2       BY MS. PFEIFFER:
3       Q   And what did you think was significant about
4  that aspect of Velasquez?
5           MR. WOOD:  Objection as to form.
6           THE WITNESS:  The significance of the depth
7  of the dimple?
8           BY MS. PFEIFFER:
9       Q   Yes, and its relation to the resulting
10  powder.
11      A   I thought he was doing his homework in the
12  sense that he had measurements to show -- you know,
13  that would be a question one would expect to be asked
14  if you are going to provide a form that contains your
15  powder.  Do you make it one micrometer in depth?  Do
16  you make it 10 micrometers in depth?  How much powder
17  can it get into that dimple?  Do I get it all out when
18  it is used for delivering a drug?
19         So those are typical questions one would
20  expect to have information for.
21      Q   Did you express any views about what you
22  thought the relevance of Velasquez was to the claims in

Page 75

1  the patent that you had listed in paragraph nine that
2  we discussed earlier?
3       A   I don't remember what I said in paragraph
4  nine.
5       Q   In paragraph nine -- you should look at it.
6  It is your opinion.  It is in Exhibit 1.  And I am
7  referring to the second sentence where you listed a
8  number of claims.  My question is, did you discuss with
9  the PTO your views about the relevance of Velasquez to
10  those claims?
11          MR. WOOD:  Objection as to form.
12          THE WITNESS:  I can only assume that I did.
13          BY MS. PFEIFFER:
14      Q   Do you have any recollection of having done
15  so?
16      A   Yeah.
17      Q   Can you tell me generally what you expressed
18  as your views?
19      A   Well, as I have just said to you, that he
20  provided information about his design of a multiunit
21  dose, mechanism for containing powder, that he was
22  describing the parameters of how much powder would be

Page 76

1  released and the quality of that powder in terms of ITS
2  aerosol properties.  And I believe he listed a number
3  of drugs that it would work with, if I am not getting
4  the two patents confused, and that the quantity of
5  powder that would be placed in those dimples could
6  vary.
7       Q   Did you think that that was significant in
8  relation to the question the PTO had asked you to opine
9  on?
10          MR. WOOD:  Objection as to form.
11          THE WITNESS:  You are talking about Claim B,
12  22B, or whatever we are talking about.
13          BY MS. PFEIFFER:
14      Q   Whatever the question was that you were asked
15  to opine on.  Did you consider that aspect of Velasquez
16  to be relevant to it?
17      A   Uh-huh.
18          MR. WOOD:  Objection to form.
19          BY MS. PFEIFFER:
20      Q   And in what respect did you consider it to be
21  significant?
22      A   Well, he was demonstrating that he had a

Page 77

1  means of dispensing powder -- quantity of powder, that
2  the quantity of powder could be varied, and that the
3  quality of the powder could be in respirable range.
4       Q   What did Velasquez say about the respirable
5  range?
6       A   He would have used the definition much like
7  everybody else at that time.  Less than seven, less
8  than six, something in that order.
9       Q   Well, less than seven -- we were talking
10  about the fact that the definition was less than five
11  or maybe six.  Do you know of any other definitions of
12  respirable fraction as being as high as seven, other
13  than the reference that we just talked about in Schenk?
14          MR. WOOD:  Objection as to form.
15          THE WITNESS:  Not that I am aware of.
16          BY MS. PFEIFFER:
17      Q   Did you discuss Harrison with the PTO in your
18  call on January?
19      A   I don't think I dwelled on Harrison in
20  January.
21      Q   Did you dwell on Harrison at any time in your
22  conversations with the PTO?

                                    20  (Pages 74 to 77)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                        February 12, 2008
                    Alexandria, VA

| Page 78 |
| --- |

1    A   Just very briefly.
2    Q   What did you have to say about Harrison?
3    A   Harrison, as you know, describes a method for
4    treating diabetes that is the standard method -- the
5    subcutaneous injections of insulin and the units that
6    are used.  And don't ask me what they are.  But provide
7    a starting point if anybody is going to consider
8    delivering insulin in an alternative way.
9    Q   What do you mean by starting point?
10   A   Well, when you treat somebody is my
11   understanding, you assess their disease.  And you
12   prescribe a dose that you feel or the physician
13   feels -- and I don't treat patients -- would be useful
14   for effecting a positive outcome.
15   Q   And what's that understanding based on?
16   A   Starting dose?
17   Q   Your understanding of how a physician goes
18   about coming up with a possible dose.
19   A   Well, I'm not treating patients.  But in my
20   understanding, you assess the patient, you measure
21   certain clinical outcomes from experience.  The
22   physician would be able to interpret those outcomes and

| Page 79 |
| --- |

1    select a dose of a drug that would be effective.  He
2    would select that dose -- he or she would select that
3    dose.  And I am assuming you give it a trial run.  You
4    make more measurements.
5        If it is too low, you can have an opportunity
6    to increase it.  If it is too high, then one could
7    assume there might be some clinical outcomes that would
8    indicate that the dose is too high -- a side effect
9    perhaps.  And you titrate.  In other words, you titrate
10   the dose to maintain control of the disease for that
11   particular patient.  That is the format that is
12   followed extensively, for example, when treating
13   asthma.
14   Q   And how do you know that?
15   A   I have had enough contact with physicians who
16   treat asthma.  I read some of that literature.
17   Q   And what have you learned from your contact
18   with physicians who treat asthma?
19   A   What have I --
20   Q   Learned from your contact with physicians who
21   treat asthma about that topic.
22   A   That approach is a useful approach.  It is a

| Page 80 |
| --- |

1    patient -- it can be a patient-specific approach.  And
2    it is a careful and accepted way of treating a disease
3    like asthma.
4    Q   Have you had similar conversations with
5    physicians who treat patients with diabetes?
6    A   No, I haven't.
7    Q   Do you understand that treatment of diabetes
8    is different from treating asthma?
9    A   Yes, I do.
10   Q   And do you understand that there is a much
11   narrower range of permissible dosage of insulin than
12   there is of typical asthma medicines?
13   A   Yes.
14   Q   And do you understand that by administering
15   too much insulin to the patient that the patient can
16   die?
17   A   Yes.
18   Q   And if you don't give them enough that they
19   can die?
20   A   Uh-huh.
21   Q   If you give a patient too much asthma
22   medicine, are they likely to die?

| Page 81 |
| --- |

1    A   I suppose that could be an outcome, but it is
2    not as acute an outcome.
3    Q   Are you aware of any treatment of asthma
4    that's resulted in the death of the patient because of
5    an overdose of asthma medicine?
6    A   Maybe an underdose.
7    Q   And is that frequent?
8    A   It depends on how good your physicians are in
9    your area and whether that patient is seeking treatment
10   or not.
11   Q   But are you aware of that having happened
12   in -- first, have you talked to any physicians who have
13   reported to you that they have had patients die from
14   underdosing of asthma medicine?
15   A   I have not had specific conversations.
16   Q   Have you had general conversations?
17   A   No, I can't say that I have.
18   Q   Have you heard about it in the literature?
19   A   I have an understanding on one level of the
20   role of effective treatment in asthma.
21   Q   And that is?
22   A   That you treat to control symptoms.

                              21  (Pages 78 to 81)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 82 | Page 84 |
|---|---|

**Page 82**

1    Q    All right.  Are you aware of any reports in
2    the literature of patients having died from being
3    underdosed with asthma medicine?
4        A    I can't say that I have made it a point of
5    finding that literature.  There could be case reports.
6        Q    But you are not aware of anything?
7        A    No, I haven't looked.
8        Q    I am really just asking you what you are
9    aware of it right now as we sit here.
10      A    So I am not aware of those.
11          MS. PFEIFFER:  I think we can break now.  I
12   would just like to make it very short because we do
13   have a lot of time pressures to finish.
14          THE WITNESS:  Yeah.  And I have plan to
15   catch.
16          MS. PFEIFFER:  That's the time pressure to
17   finish that I had in mind.
18          (A recess was held.)
19          BY MS. PFEIFFER:
20      Q    Ms. Dolovich, before we broke you had been
21   explaining to me some of the aspects of the Schenk
22   device that you considered to be clever.  And one of

**Page 83**

1    them, I believe, was the decanting of the powder into
2    the mixing chamber; is that correct?
3        A    The means of doing that, yes.
4        Q    And what did you mean by decanting powder
5    into the mixing chamber?
6        A    Moving the powder from the reservoir to the
7    unit dose container and then through the orifice into
8    the mixing chamber.
9        Q    So that was the same point that you had
10   described -- the acceleration of the powder -- and then
11   moving into the mixing chamber where it slowed down?
12      A    The acceleration occurs at the orifice.
13      Q    Right.  And was that part of the decanting
14   that you found to be clever is my question?
15      A    Yeah, I would say that.
16      Q    When you were talking about the idea of
17   titrating a dose of medicine, is it possible to do that
18   if the dose that you give is not reproducible?
19          MR. WOOD:  Objection as to form.
20          THE WITNESS:  Not reproducible from where?
21          BY MS. PFEIFFER:
22      Q    By the administering physician or the

**Page 84**

1    patient; simply not reproducible.  If you don't know
2    how much the dose is when you give it, can you then
3    engage in the titration exercise that you have
4    described?
5          MR. WOOD:  Objection as to form.
6          THE WITNESS:  I would have to say not being a
7    physician that if you are going to prescribe a
8    treatment in a certain way, that you would -- there
9    would be information to support the dispensing of that
10   dose from whatever.  So if you draw up a certain volume
11   of fluid into a syringe from the vial, you would be
12   relying, so to speak, on information from the syringe
13   manufacturer that the line on the syringe was one ML
14   and not 1.5 ML.
15          For example, you know, you would not, I would
16   think, prescribe a dose that a patient would need to be
17   given without some confidence in knowing what your
18   delivery system or your method of drawing up that
19   dose.  You would have that information.
20          BY MS. PFEIFFER:
21      Q    If you are filling a syringe and we can trust
22   the syringe manufacturer, the dose is reproducible,

**Page 85**

1    isn't it, each time?
2        A    You would expect it to be reproducible.
3        Q    You would just fill it to the same line every
4    time?
5        A    You would be filling a syringe to that line.
6        Q    And as long as the information on the syringe
7    was accurate, you would be giving the same dose every
8    time?
9          MR. WOOD:  Objection as to form.
10          THE WITNESS:  You would be drawing up the
11   same dose every time.
12          BY MS. PFEIFFER:
13      Q    You would be drawing up the same dose.  And
14   that dose would be reproducible because you could draw
15   it up to the same line on each syringe every time; is
16   that right?
17          MR. WOOD:  Objection as to form.
18          THE WITNESS:  You would have that
19   expectation.  You would have the expectation that
20   whatever you were drawing from was also giving you the
21   accurate concentration.
22          BY MS. PFEIFFER:

22  (Pages 82 to 85)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
Alexandria, VA

Page 86

1    Q   So in order to have a reproducible dose, you
2  have to know both the amount of the drug and the
3  concentration of the drug.  Is that what you are
4  saying?
5    A   You would have to first know that your source
6  was giving you a concentration that was stated on the
7  label and that your means of decanting that dose was
8  accurate so that you got an accurate volume of whatever
9  it is you were drawing up.
10   Q   So the answer to my question is yes?
11   A   I would think so, yes.
12   Q   In terms of going back to Harrison, the
13 subcutaneous injection described in Harrison that you
14 described before we broke, does that rely on the
15 process that you just described where you have a known
16 quantity of drug and you are filling the syringe to a
17 known level?
18       MR. WOOD:  Objection to form.
19       THE WITNESS:  Harrison, in my understanding
20 of those few pages, describes a method of treating
21 patients with diabetes using subcutaneous
22 administration.  And he provides a couple of tables as

Page 87

1  guidance for physicians.
2        BY MS. PFEIFFER:
3    Q   And if you are treating something by
4  subcutaneous injection, how are you delivering the
5  drug?
6    A   Well, the patient is drawing up an aliquot of
7  insulin into a syringe and injecting it.
8    Q   And so --
9    A   The patient is filling a pump or maybe these
10 pumps are pre-filled and dispensing an aliquot from the
11 pump.
12   Q   And that filling up, in the case of the
13 syringe, is reproducible in the same fashion that we
14 talked about before.  You fill it to a given line each
15 time?
16   A   One would expect so.
17   Q   And the same is true for a pump; is that
18 right?
19   A   I would expect so.  I don't have firsthand
20 knowledge of the pumps.
21   Q   Does Harrison tell you how you obtain a
22 reproducible dose of inhalable insulin?

Page 88

1        MR. WOOD:  Objection as to form.
2        THE WITNESS:  Harrison discusses a 1994, I
3  think is the version that I was given, means of
4  treating insulin by subcutaneous injection.
5        BY MS. PFEIFFER:
6    Q   He doesn't discuss inhalable insulin, does
7  he?
8    A   Nobody was using inhalable insulin in 1994 in
9  my understanding.  So it would not be in there.
10   Q   Okay.
11   A   If I am forgetting, he might have mentioned
12 it, but I don't believe so.
13   Q   You don't remember having read that in
14 Harrison, do you?
15   A   Not in Harrison, no.
16   Q   All right.  I return to Exhibit 1, which is
17 your expert statement?
18   A   Uh-huh.
19   Q   Looking at paragraph one -- and I think we
20 have covered this, but I just want to make sure I
21 didn't miss anything or if I misunderstand anything.
22 As of January 29, 1993, what medicines in aerosolized

Page 89

1  form had you had experience with?
2    A   Drugs for treating asthma.
3    Q   And those were all medicines that are
4  expected to be effective at receptor sites in the lung;
5  is that correct?
6    A   One would hope so, yes.
7    Q   That's their purpose, right?
8    A   Yes, it is the purpose.  That is the outcome
9  that is desired, let's say.
10   Q   Right.  And to the extent that the drugs have
11 an effect outside the receptor sites, are those
12 referred to as side effects?
13       MR. WOOD:  Objection as to form.
14       THE WITNESS:  No.
15       BY MS. PFEIFFER:
16   Q   No?  What's a side effect from an asthma
17 drug?
18   A   A side effect from an asthma drug could be
19 thin skinning, thinning of your skin.  It could be
20 bruising.  It could be tremors.
21   Q   And what causes the side effects?
22   A   Usually too much drug.

23  (Pages 86 to 89)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich
February 12, 2008
Alexandria, VA

Page 90

1    Q    And it has that effect from its residence
2    within the lung?
3    A    It goes -- yes, it starts out that way.  You
4    have to get the drug into the lung.  And then from the
5    lung, it goes elsewhere.
6    Q    So some of it may go outside the lung?
7    A    That's what you mean by outside the receptor
8    site.
9    Q    Right?  Is that right?
10   A    Yes.  I mean, the drug is absorbed and
11   excreted.
12   Q    But it is not intended -- when it is
13   administered, it is intended to act in the lung; is
14   that correct?
15   A    That is -- yes.
16   Q    And is it also intended to minimize the
17   amount that actually leaves the lung and enters the
18   bloodstream?
19   A    What do you mean by is it intended to
20   minimize?
21   Q    Is it the goal to have a minimum amount of
22   whatever is breathed into the lung leave the lung by

Page 91

1    the bloodstream?
2    MR. WOOD:  Objection as to form.
3    THE WITNESS:   No.  The intention is to give
4    the minimum amount of drugs to control symptoms.
5    BY MS. PFEIFFER:
6    Q    And why do you want to give the minimum
7    amount of drugs to control the symptoms?
8    A    Because if you give more than you need, then
9    you could get side effects.
10   Q    Looking at paragraph 12 of your opinion, I am
11   just going to read it again so that the record --
12   someone reading the record will know what we are
13   talking about.  And it says, I have been asked to
14   respond to Dr. Crystal's statement in his report that
15   quote, Schenk describes oral inhalers, which are used
16   for inhaling powdered or particulate medical product
17   into the bronchi, to treat diseases of the lung, such
18   as that, closed quote, and that Schenk's devices,
19   quote, are not designed to deliver medication to the
20   alveoli to provide systemic treatment, closed quote.
21   Did I read that correctly?
22   A    Yes.

Page 92

1    Q    Who asked you to respond to those two
2    statements?
3    A    Well, in reading Dr. Crystal's report, he
4    made those statements.  I discussed those statements
5    with the Patent Office and felt it would be important
6    to comment on them.
7    Q    Who thought it was important for you to
8    comment?
9    A    I would have to say it was the Patent Office
10   and myself.
11   Q    Why did you think it was important for you to
12   comment on those statements?
13   A    Because the statements, I feel, are not
14   correct.
15   Q    So did you believe that it was important to
16   comment on all of the statements that Dr. Crystal made
17   that you believed were not correct?
18   A    I think the important ones probably at this
19   point, I would have to say, are the ones that were
20   important to the argument.
21   Q    Which argument?
22   A    Or to this application and the reason we are

Page 93

1    here today.
2    Q    Can you be more specific about what it was
3    important to in your view?
4    MR. WOOD:  Objection to form.
5    THE WITNESS:  What was what?
6    BY MS. PFEIFFER:
7    Q    What the statements were important to you.
8    Can you be more specific about that?
9    A    Well, there are two of them here.  And there
10   are several -- a couple of others in my expert report.
11   Q    So is it correct, then, that all of the
12   statements in Dr. Crystal's report that you considered
13   to be both important and incorrect are addressed in
14   your opinion?
15   A    I think that was the intention.
16   Q    Are you aware that that intention was not
17   fulfilled?
18   A    I am not aware.  But I would have to go back
19   through his expert report again.
20   Q    Before you signed this report, did you reread
21   his report and your report and determine that all of
22   the important matters had been included?

24  (Pages 90 to 93)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                          Alexandria, VA

|  |
|---|

Page 94

1    A   I believe so, yes.
2    Q   And sitting here today, you are not aware of
3  any important errors in Dr. Crystal's report which are
4  not addressed in your opinion?
5    A   I would have to say, yes, I am not aware.
6    Q   And, again, what is the statement that quote,
7  Schenk describes oral inhalers, which are used for
8  inhaling powdered or particulate medical product into
9  the bronchi, to treat diseases of the lungs, such as
10  asthma.
11        Why is that statement important in your view?
12    A   I think that was the preamble to the second
13  half that Schenk's devices are not designed to deliver
14  medication to the alveoli to provide systemic
15  treatment.
16    Q   So the first statement you don't consider to
17  be an important statement?
18    MR. WOOD:  Objection to form.
19    THE WITNESS:   It described his patent.
20    BY MS. PFEIFFER:
21    Q   And do you think it is an accurate
22  description of his patent?

Page 95

1    A   Yes.
2    Q   Okay.  So the focus is really on this second
3  quoted part?
4    A   Uh-huh.
5    Q   That Schenk's device are not designed to
6  deliver medicine to the alveoli to provide systemic
7  treatment; is that correct?
8    MR. WOOD:  Objection as to form.
9    THE WITNESS:  Yes, the way he has phrased it.
10    BY MS. PFEIFFER:
11    Q   And what about its -- do you think that's not
12  a correct statement?
13    A   That's what I felt, yes.
14    Q   Can you show me where in Schenk he describes
15  his device as designed to deliver medication to the
16  alveoli to provide systemic treatment?
17    A   I don't believe Schenk uses those words in
18  his patent.  Those are Dr. Crystal's words.
19    Q   I understand these particular ones.  But I am
20  asking ask you if you can show me where Schenk
21  indicates that his device was designed to deliver
22  medication to the alveoli for systemic treatment as

Page 96

1  opposed to treatment of asthma and at receptor sites in
2  the lung?
3    MR. WOOD:  Objection as to form.
4    THE WITNESS:  I think that the concepts in
5  Schenk don't preclude that.  He mentions insulin as a
6  possible product to be used in his inhaler.  And the
7  property's powder released from his inhaler are such
8  that they could be viewed as providing delivery to the
9  alveoli surface.
10    MS. PFEIFFER:  Can we mark Schenk?
11    (Dolovich Exhibit No. 4, marked for
12  identification.)
13    BY MS. PFEIFFER:
14    Q   I am showing you what has been marked as
15  Exhibit 4.  First of all, can you find for me where it
16  is that Schenk mentions insulin as a drug that can be
17  delivered using his claim device?
18    A   I don't see where he mentioned specifically
19  insulin is what you asked me to --
20    Q   It is, yeah.
21    A   Uh-huh.
22    Q   Also, you also talked about the properties of

Page 97

1  the powder from Schenk.  What are the factors that
2  affect particle size?
3    A   Of a powder?
4    Q   Yes.
5    A   How finely it is milled is one thing; what
6  the charge properties are; the dispensing device; the
7  flow rate used to decant the powder from the device.
8  Those are a few things.
9    Q   What about the shape of the particle?
10    A   Shape could influence size.  By shape do you
11  mean the surface characteristics -- physical
12  characteristics?
13    Q   I believe in one of your articles you were
14  talking about a needlelike --
15    A   Uh-huh.
16    Q   -- particle; is that right?
17    A   Yeah.
18    Q   And whether they are round or what shape they
19  have?
20    A   Yeah, density.
21    Q   Are there other properties?  What about
22  hydrophilicity or phobicity?  Is that a factor?

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                February 12, 2008
Alexandria, VA

Page 98

1    A   That could affect how it is handled.
2    Q   Do you know what the properties of insulin
3  are?
4    A   I know some of them.
5    Q   What are the ones you know?
6    A   I know the molecular weight of insulin.
7    Q   Does that affect particle size?
8    A   It affects the number of molecules that are
9  potentially available within a particle.
10   Q   And is the molecular weight of insulin lower
11 than asthma drugs -- the molecular weight of asthma
12 drugs?
13   A   I don't believe so.
14   Q   Is it higher?
15   A   It is higher, uh-huh.
16   Q   What other properties?
17   A   There is the density, the charge on the
18 particles, the degree to which it is milled.
19   Q   All right.  Do you believe that if you put
20 insulin into Schenk it would produce powder having the
21 same particle range as asthma medicine put into Schenk?
22       MR. WOOD:  Objection as to form.

Page 99

1        THE WITNESS:  It is possible.
2        BY MS. PFEIFFER:
3    Q   Do you know whether that would happen as a
4  result?
5    A   The Schenk patent was filed in 1990.  I have
6  had no hands-on experience with this prototype
7  inhaler.  So I, myself, have not used it as a test
8  inhaler for insulin.
9    Q   Okay.  So the answer to my question is no?
10   A   No -- yes, it is.  My answer would be no,
11 but, yes, to your question.
12   Q   Okay.  Can we go to paragraph 13.  In the
13 first sentence -- again, I am just going to read this
14 into the record so it will be easier to follow.  Quote,
15 I disagree that the Schenk devices would not be
16 suitable for delivering medication to the alveoli to
17 provide systemic treatment.  Is that correct?
18   A   Uh-huh.
19   Q   Dr. Crystal doesn't say that the Schenk
20 devices were not suitable but that they were not
21 designed to deliver.  Isn't that correct?
22       MR. WOOD:  Objection as to form.

Page 100

1        THE WITNESS:  That's in paragraph 12, yes.
2        BY MS. PFEIFFER:
3    Q   Do you believe there is a difference between
4  not being designed and not being suitable?
5    A   I think in this context, no.
6    Q   You don't think it makes any difference
7  whether a device might incidentally or sometimes be
8  able to provide something to the alveoli and whether a
9  device was designed to accomplish delivery to the
10 alveoli?
11   A   Well, that's --
12       MR. WOOD:  Can I have the question read back,
13 please?
14       (The record was read back as follows:
15       "Q: You don't think it makes any difference
16       whether a device might incidentally or
17       sometimes be able to provide something to
18       the alveoli and whether a device was
19       designed to accomplish delivery to the
20       alveoli?")
21       MR. WOOD:  Object as to form.
22       THE WITNESS:  So what would you like me to

Page 101

1  answer?
2        BY MS. PFEIFFER:
3    Q   Whether the answer is.
4    A   No, your question is a long question.  You
5  essentially are asking me to --
6    Q   I'm asking whether there is a difference
7  between the two --
8    A   Differentiate between purpose built inhaler?
9    Q   Yes.
10   A   Versus one that is a generic inhaler --
11 generic in the sense that one could put in different
12 types of powders and expect to get powder out?
13   Q   No, I don't think that's what I am asking.  I
14 am asking whether -- let me take it back a couple of
15 steps.  When you are treating asthma, where are the
16 receptors that you are targeting in the lung?
17   A   They are throughout the lung.
18   Q   Tell me where.
19   A   Well, there are receptors in the large
20 airways.
21   Q   And what did you mean by large airways?
22   A   The large airways are the first airways that

26  (Pages 98 to 101)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

Page 102

1    are encountered.
2        Q    And do they have a name?
3        A    They have the name stem bronchi.
4        Q    Okay.
5        A    And then you go from there through 23
6    generations of airway.  Each of those generations have
7    a designation.  They get smaller.  They get more
8    numerous.  They all lead to the alveolar surface.
9        Q    Are there receptors for asthma medicines
10   located in the alveoli?
11       A    I think they would be on the airway.
12       Q    So they would be in the bronchioles, so to
13   speak?
14       A    Yes, bronchioles.
15       Q    But not in the alveoli?
16       A    I don't believe so.
17       Q    Are you aware of any -- do you know of any
18   receptors for asthma medicine that are located in the
19   alveoli?
20       A    I do not know.  But that's not to say that
21   there aren't.  I am just not aware of that literature.
22       Q    You have spent a lot of your life dealing

Page 103

1    with inhalation of asthma medicines for treatment of
2    asthma; is that right?
3        A    I have spent my career looking at drug
4    delivery devices, assessing their properties in vitro,
5    using those devices with a radio tracer, and imaging
6    the distribution of the radioactive material in the
7    lung.
8        Q    And what's the purpose for that work?
9        A    The purpose for that work is to assess the
10   efficiency of the devices for providing a useful
11   product, useful therapeutic aerosol; for assessing the
12   distribution and deposition within the lung of that
13   aerosol; and, in some cases, look at the clinical
14   response outcomes to that aerosol.
15       Q    Okay.  So what makes an aerosol a useful
16   therapeutic aerosol in terms of treating asthma?
17       A    One, it gets into the lung.  It gets into the
18   lung in sufficient quantity and is distributed to the
19   site where the receptors might be.
20       Q    So it is important to you in doing your work
21   to know where the receptor sites are; is that correct?
22       A    It is useful for me to know that, yes.

Page 104

1        Q    If you don't know where the receptor sites
2    are, how can you have any certainty that the drug that
3    you are following is distributed and deposited in the
4    places where it is useful therapeutically?
5        A    There are clinical outcome measures that one
6    can obtain to say that your drug is effecting a
7    response.  When you image the lung, you are not dealing
8    with a tool that has the resolution to be able to say I
9    am in generations 10 versus generations 21.  So that
10   you take your imaging data and you define regions over
11   the lung, as I have done and as you have read, that are
12   weighted towards the peripheral areas of the lung
13   versus the central areas of the lung.
14       Q    And the reason that you have done that work
15   is what?
16       A    To be able to look at the distribution of a
17   drug within the lung in patients versus normal healthy
18   volunteers to see if there is a difference, to see if
19   there is a difference in disease, and difference
20   between severities of disease.
21       Q    And so it is not -- you don't really care
22   where it ends up in the lung, then.  You don't care

Page 105

1    whether the delivery device is capable of delivering
2    the asthma drug to the appropriate receptor sites?
3            MR. WOOD:  Objection.
4            BY MS. PFEIFFER:
5        Q    Is that what you are saying?
6        A    No, I am not saying that at all.
7            MR. WOOD:  Wait until I finish.  It will just
8    make the record clear.
9            BY MS. PFEIFFER:
10       Q    Can you tell from the data that you get back
11   where the receptor sites are?
12       A    Not specifically, no.
13       Q    Can you tell where the drug is at the
14   receptor sites?
15       A    No, you cannot.
16       Q    We started these questions by my asking about
17   the difference between a device that's designed to
18   deliver medication to the alveoli and a device that's
19   designed to deliver asthma medicine for treatment to
20   receptor sites in the lung.  And you agree that Schenk
21   is designed for the latter; is that correct?
22           MR. WOOD:  Objection as to form.

                                    27  (Pages 102 to 105)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

<table>
<tr><td>

Page 106

1    THE WITNESS: Schenk designed a powder
2  inhaler that produces powder that is expected, given
3  its properties, to be inhaled and deposited within the
4  lung.
5    BY MS. PFEIFFER:
6    Q   And for treatment of asthma; is that right?
7    A   He doesn't specify.
8    Q   The second sentence of paragraph 13 says,
9  First, any device that is designed to treat asthma
10 necessarily is designed to deliver medication to the
11 peripheral areas of the lung, since to be effective,
12 asthma medication must reach both the central airways
13 and the peripheral airways.
14    Did I read that correct?
15    A   Yes, you read that correctly.
16    Q   What do you mean by peripheral airways of the
17 lung?
18    A   Airways that are distal to the large airways.
19    Q   Do you include in that the alveoli?
20    A   No.  By definition, airways are different
21 from alveoli.
22    Q   Okay.  So any time you use airways, you are

</td><td>

Page 108

1    Q   Does gas exchange take place in the alveolar
2  structures that you defined?
3    A   Yes.
4    Q   And how long has that been known?
5    MR. WOOD:  Objection as to form.
6    THE WITNESS:  As long as, I guess, throughout
7  the ages, history of medicine.  I would have to go into
8  a history of medicine book to find out if it was
9  Lepartier or Quepartier or somebody else, Harvey, who
10 made that observation.
11    BY MS. PFEIFFER:
12    Q   Who determined that the -- what do you call
13 the alveoli structure beginning from 20 to 23 that gas
14 exchange takes place in those structures?
15    A   I didn't say gas exchange takes place in
16 generations 20 to 23.  I said the alveoli start to
17 appear.
18    Q   My question was whether gas exchange took
19 place in those alveolar structures that appear in 20
20 through 23?
21    A   I would say that, possibly.  Certainly gas
22 exchange take place at the alveolar surface where there

</td></tr>
<tr><td>

Page 107

1  not talking about alveoli; is that correct?
2    A   That is correct on one level.  There are
3  airways that contain alveoli leading into the alveoli
4  surface.  Development begins proximal to the alveoli
5  surface.
6    Q   You are going to have to explain that to me.
7  I didn't understand it.
8    A   The development of the lung -- the lung
9  consists of a branching system of airways.  There are
10 23 generations leading from your trachea out to the
11 alveoli surface area -- 23.  At the alveoli surface,
12 you are into what is called the gas-exchanging region
13 of the lung.
14    Before that, in the few generations of
15 airways -- I would say 20, 21, 22, 23 -- the alveoli
16 are starting to appear.  They are not fully -- those
17 airways are not only airway surface, but they do
18 contain several alveolar structures.  And then as you
19 proceed -- let's say that starts at generation 20 --
20 19, 20.  As you proceed through the generations, more
21 and more of those alveoli appear.  And then you are out
22 into the full gas-exchanging region of the lung.

</td><td>

Page 109

1  are no airways.
2    Q   And I am asking whether it takes place in
3  what you call the alveolar structures that occur before
4  the alveoli --
5    A   It is possible.
6    Q   But you don't know?
7    A   I would not say specifically.
8    Q   Do you know?
9    A   No.
10    Q   Okay.  Looking at this, you say, To be
11 effective, asthma medication must reach both the
12 central airways and the peripheral airways.  And,
13 again, we are talking about, not the alveoli, but the
14 central and peripheral airways, as you have just
15 defined; is that correct?
16    A   Uh-huh.
17    Q   So this sentence does not mean that any
18 device that's designed to treat asthma necessarily is a
19 design to deliver medication to the alveoli; is that
20 correct?
21    A   No.  I said that to be effective, asthma
22 medication must reach both the central and peripheral

</td></tr>
</table>

                                    28  (Pages 106 to 109)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                          Alexandria, VA

Page 110

1    airways.
2        Q    Yes.  But it doesn't have to reach the
3    alveoli to be effective; is that correct?
4        A    It doesn't have to reach the gas-exchanging
5    region of the lung to be effective.
6        Q    And the gas-exchanging region of the lung is
7    the alveoli, right?
8        A    The alveolar surface.  So we are talking
9    about that portion of the lung that allows you to
10   breathe.
11       Q    Well, so is there a difference, then, between
12   alveoli, as that term is used, and alveolar surface as
13   you just used it?
14       A    The alveolar portion of the lung, which I
15   have said alveolar surface, represents a large surface
16   for gas exchange and for uptake of drugs into the
17   blood -- one surface for uptake of drugs into the
18   blood.
19       Q    But my question was, are you making a
20   distinction between alveoli and the alveolar surface?
21       A    Not really.
22       Q    Okay.  So I can use alveoli, and we will

Page 111

1    understand that it means the same thing as the alveolar
2    surface?
3        A    I suppose so.
4        Q    The terminology is common as we move forward?
5        A    Okay.  Well, let's just assume it is the
6    same, uh-huh.
7        Q    Now, the next sentence of paragraph 13 says,
8    Once medication reaches the peripheral airways, it may
9    be deposited on peripheral airway surfaces and effect
10   treatment.
11           Have I read that correctly?
12       A    Yes, you have, uh-huh.
13       Q    What may it affect treatment of?
14       A    Well, if we are talking about an asthma
15   medication, it can cause a further bronchodilation of
16   the airway allowing you to breathe more normally.  You
17   would be able to measure that with a clinical tool.
18       Q    So in the case of an asthma medication, it
19   would affect treatment of asthma; is that correct?
20       A    Uh-huh.
21       Q    What other treatments do you know of that are
22   affected by the deposition of a medication on a

Page 112

1    peripheral airway surface?
2            MR. WOOD:  Objection as to form.
3            THE WITNESS:  Well, there are a number of
4    asthma medications, but we are moving beyond that.  You
5    are asking me other types of diseases that may be
6    treated by deposition of a product on a peripheral
7    airway?
8            BY MS. PFEIFFER:
9        Q    I guess in the first instance I am asking you
10   whether when you wrote this sentence you intended it to
11   apply to anything other than asthma medication?
12       A    Well, given the previous sentence, I
13   mentioned asthma medications.  And then I say, "once
14   medication reaches."  So it is really a continuation of
15   that thought process.
16       Q    Well, what medications, other than asthma
17   medications, did you have in mind in writing that
18   sentence?
19       A    Well, there are medications that could be
20   absorbed from the peripheral airways that treat alpha-1
21   antitrypsin, treat systemic sclerosis.
22       Q    I am sorry.  I couldn't understand the last

Page 113

1    word.
2        A    Systemic sclerosis.
3        Q    Did you have any other medications in mind?
4        A    At the moment I don't.
5        Q    Okay.  And how do you know that alpha-1
6    antitrypsin can affect treatment by deposition on the
7    peripheral airway surfaces?
8        A    Well, there has been a number of
9    investigations looking at that drug.  As you know,
10   Dr. Crystal was involved in a number of them.  And,
11   again, the theory was to get an aerosol that is fine
12   enough to be able to be deposited in the peripheral
13   airways of the lung potentially in the alveoli.  But as
14   I have not followed that literature extensively, then I
15   don't know what the philosophy is today.
16       Q    So is it correct, then, that you don't know
17   whether the alpha-1 antitrypsin was able to affect
18   treatment as reported in these studies because it was
19   deposited in the peripheral airways or because as
20   opposed to its being deposited in the alveoli?
21           MR. WOOD:  Objection as to form.
22           THE WITNESS:  I have not followed that

29 (Pages 110 to 113)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 114 | Page 116 |
|---|---|
| 1  literature. | 1    Q   Let's focus on systemic sclerosis. |
| 2        BY MS. PFEIFFER: | 2    A   So if your disease is a systemic disease, |
| 3    Q   So the answer is no? | 3  which that is, then you would not anticipate receptors |
| 4    A   The answer is no. | 4  for that drug in the lung.  You would want to use the |
| 5    Q   What about systemic -- treatment of systemic | 5  lung as part of your delivery system to get the drug |
| 6  sclerosis?  What drugs are used for that? | 6  into the systemic circulation, thereby treating the |
| 7    A   Ilaprost. | 7  disease from that side. |
| 8    Q   I'm sorry? | 8    Q   And as the drug stops in the peripheral |
| 9    A   Ilaprost. | 9  airways, how can it be delivered to the blood? |
| 10    Q   And how do you know that Ilaprost can be used | 10    A   Why are you saying does it stop there? |
| 11  to effect treatment of systemic sclerosis because it is | 11    Q   Because I want to focus on what you wrote, |
| 12  deposited in the peripheral airway surfaces? | 12  which was that deposition in the peripheral airway |
| 13    A   There is some literature that says that we -- | 13  surfaces is sufficient to affect treatment.  And we are |
| 14  that it is useful to get that drug into the peripheral | 14  talking about systemic treatment, so I want to stop at |
| 15  part of the lung where the surface for absorption is | 15  that point. |
| 16  high.  And so you get it into the systemic circulation. | 16    A   Now we are talking about asthma medication. |
| 17    Q   Again, does that literature distinguish | 17    Q   Okay.  So you were not suggesting that |
| 18  between deposition and the peripheral airways and | 18  deposition on the peripheral airways alone would be |
| 19  deposition in the alveoli? | 19  able to affect systemic treatment; is that right? |
| 20    A   I don't know whether it has been measured as | 20        MR. WOOD:  Objection as to form. |
| 21  much -- | 21        THE WITNESS:  No.  The concept is that you |
| 22    Q   So you don't know whether -- | 22  are delivering a drug to an airway surface where the |

| Page 115 | Page 117 |
|---|---|
| 1    A   -- using imaging to be able to make that | 1  likelihood of, in some cases, targeting the receptor |
| 2  statement. | 2  are high or you are targeting a large airway surface |
| 3    Q   So the answer is, you don't know whether it | 3  that allows your drug to be taken up into the |
| 4  is effective because it reaches the peripheral airways; | 4  circulation. |
| 5  is that correct? | 5        BY MS. PFEIFFER: |
| 6    A   No.  The peripheral airway surface is huge. | 6    Q   So how do the peripheral airway surfaces |
| 7  And it is not as great as the alveolar surface.  So | 7  perform uptake of a drug into the system? |
| 8  your surface for absorbing drugs into the systemic | 8    A   Well, there are two ways.  You can go through |
| 9  circulation for treatment of whatever disease is being | 9  the cells of the airway or you can go between the cells |
| 10  assessed is better achieved by getting drugs into the | 10  of the airway. |
| 11  systemic circulation and that your opportunity for | 11    Q   And are there studies that show that |
| 12  doing that is greater if you target the peripheral | 12  occurring -- |
| 13  airway. | 13    A   Yes. |
| 14    Q   Is it greater if you target the peripheral | 14    Q   -- that you are familiar with? |
| 15  airway as opposed to targeting the alveoli? | 15    A   There is literature. |
| 16    A   I don't know if one can make that statement. | 16    Q   Have you ever done any work in that area |
| 17  And I don't think anybody has distinguished between | 17  yourself? |
| 18  those two. | 18    A   No, I haven't. |
| 19    Q   If a drug is deposited in the peripheral | 19    Q   The next sentence says, Remaining particles |
| 20  airway surfaces and there is no receptor site there, | 20  suspended in the airstream can be carried further into |
| 21  how can the drug be effective in providing treatment? | 21  the lungs, including to the alveoli. |
| 22    A   It depends what disease you are treating. | 22        What remaining particles did you have in |

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                    February 12, 2008
                    Alexandria, VA

Page 118

1  mind?
2      A    When you have an aerosol, you are dealing
3  with a range of particle sizes within that aerosol.
4  And as we have learned from all of these documents,
5  there is a definition of respirable aerosol.  So
6  respirable aerosol contains -- it contains a range of
7  particles of varying sizes.  The lung, by nature of its
8  design, it acts as a filter.  And large particles are
9  filtered out in the larger airways.  And as you
10 breathe, your -- as your breath travels through the
11 lung, particles reign out depending on their properties
12 in different parts of the lung.
13         There are particles that reach the last
14 remaining generations of airway that remain suspended
15 in the airstream.  And you have occurring at that
16 point for those particles -- and they have to be quite
17 small.  They are then diffused.  They are moved into
18 the residual air of your lung by diffusion and they
19 remain there.  And from there, they can hit a surface,
20 land, get caught up in material lining that surface.
21 And the process of taking them across into the
22 bloodstream begins.

Page 119

1      Q    How small do the particles have to be?
2      A    They can be anywhere from three microns to
3  point 003.
4      Q    If they are one micron or less, don't they
5  behave just like a gas?
6      A    They behave -- they are gas-like.
7      Q    So why aren't they expelled when you exhale?
8      A    Because they are not a gas.  They are
9  gas-like.
10     Q    And in order for this process that you
11 described to happen, those particles cannot have
12 deposited anywhere else in the lung; is that correct?
13     A    That's correct.
14     Q    Because if they were deposited, they would
15 end up getting cleaned out by the movements of air?
16         MR. WOOD:  Objection as to form.
17         THE WITNESS:  That's one of the processes,
18 yes.
19         BY MS. PFEIFFER:
20     Q    But in any event, they would not end up in --
21 do you know how many of those remaining particles,
22 then, could get carried to the alveoli?

Page 120

1      A    Percentage?
2      Q    Or any other measure.
3      A    It depends on your aerosol.
4      Q    You are aware of studies about how much of
5  aerosol that is emitted from an inhaler even gets to
6  the orolarynx, right, or below the larynx, let's say?
7      A    Uh-huh.
8      Q    And what percentage is that?
9          MR. WOOD:  Objection as to form.
10         THE WITNESS:  Again, it depends on your
11 inhaler -- inhaler design.  In general, the maximum
12 percentage of the dose that passes the lips and gets
13 into the lung has been measured at 57 percent.
14         BY MS. PFEIFFER:
15     Q    And where in the lung does that get to that
16 much?
17     A    It gets below the larynx past the main stem
18 bronchi into the lung.  That is a total deposition
19 result.
20     Q    In the sentence when you say "it can be,"
21 does that mean that it is?
22     A    Where are you reading?

Page 121

1      Q    The sentence that says, "can be carried."
2      A    If it gets at that point in the breath
3  pattern where there is an opportunity for those fine
4  particles to be pulled into the residual air into the
5  alveoli bodies, then one can say it can be, uh-huh.
6      Q    Is there any way that you know to predict
7  whether any of the remaining particles suspended in the
8  airways will be carried further into the lungs,
9  including the alveoli?
10     A    If you have characterized your aerosol and
11 know the numbers of particles at that low end, one
12 could make some predictions as to the likelihood of
13 your aerosol being delivered to the deep lung.
14     Q    How would you do that?
15     A    How would I do what?
16     Q    Make such a calculation.
17     A    You can measure the properties of your
18 aerosol using certain equipment.
19     Q    And what do you measure besides the particle
20 size?
21     A    You can assay the portion of it containing
22 the drug.  But, typically, you measure the particle

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 122 | Page 124 |
|---|---|

**Page 122**

1  size and the distribution of those sizes within an
2  aerosol.
3      Q   Is it true that particles containing drugs
4  tend to be larger than other particles?
5          MR. WOOD:  Objection as to form.
6          THE WITNESS:  Not necessarily.
7          BY MS. PFEIFFER:
8      Q   Have you ever written anything to that
9  effect?
10     A   That what?  That particles of drug are larger
11 than other particles?
12     Q   Yes, that they tend to be larger.
13     A   I don't believe so.  If you could point me to
14 a statement, then I would have to read it.
15         MS. PFEIFFER:  We will do that right after
16 lunch.  So I think we should break now, and we will
17 back in half an hour.
18         (A lunch recess was held.)
19         MS. PFEIFFER:  Ms. Dolovich, I would like to
20 show you an article that I am going to ask the court
21 reporter to mark as Exhibit 5.
22         (Dolovich Exhibit No. 5, marked for

**Page 123**

1  identification.)
2          BY MS. PFEIFFER:
3      Q   This is an article that you wrote and that
4  was published, I believe, in 1989; is that correct?
5      A   That's correct, uh-huh.
6      Q   And I would like to direct your attention to
7  page 172, the last sentence on that page that carries
8  over to page 173.
9      A   Uh-huh.
10     Q   I am going to, again, for the record, read
11 it.  Because of their volume, larger particles
12 contribute more to the mass of an aerosol and, hence,
13 the bulk of the drug administered as an aerosol will be
14 contained in the larger droplets.
15         Did I read that correctly?
16     A   You read it correctly, uh-huh.
17     Q   Does that refresh your recollection that you
18 stated in at least one of your writings that drugs are
19 in larger particles rather than in small particles?
20         MR. WOOD:  Objection as to form.
21         THE WITNESS:  I wouldn't have interpreted it
22 that way.

**Page 124**

1          BY MS. PFEIFFER:
2      Q   How do you interpret it?
3      A   A larger droplet or powder particle has a
4  larger volume.  You apply these standard equations to
5  calculate volume, which is four thirds high RQ.  Then a
6  larger droplet, which is a liquid droplet of a
7  solution, would contain more drug than a smaller
8  droplet.
9      Q   So this statement, then, wouldn't be true if
10 it were powder instead of a liquid aerosol?
11     A   No.  If it was powder, you would do the
12 translation from the powder diameter -- diameter of the
13 particle powder -- and make the same calculation.
14     Q   So if we were talking about powder, is it
15 correct that more of the drug is in larger particles of
16 the powder than is in smaller particles of the powder?
17     A   This would be true.
18     Q   Okay.  Could I ask you to look at the first
19 page, the first paragraph?
20     A   Uh-huh.
21     Q   And there are several advantages to using
22 aerosols compared to other forms of therapy.  Aerosols

**Page 125**

1  are relatively easy to administer, are effective in
2  much lower doses than required for oral or systemic
3  administration, and the response for EG,
4  bronchodilators can be rapid.  In addition, systemic
5  absorption may be minimal, thus fielding few side
6  effects.
7          Did I read that correctly?
8      A   You read that correctly.
9      Q   So in 1989, then, was it your understanding
10 that asthma drugs administered by inhalation had little
11 systemic absorption of the drug?
12     A   I said may be minimal.
13     Q   What do you mean by may be?
14     A   Well, it could be minimal or it could not be
15 minimal.
16     Q   So you didn't mean to convey any information
17 one way or the other about that particular phenomenon?
18         MR. WOOD:  Objection as to form.
19         THE WITNESS:  No.  Just that it may be
20 minimal.
21         BY MS. PFEIFFER:
22     Q   Well, you aren't saying it is positively

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                              February 12, 2008
                        Alexandria, VA

Page 126

1  minimal. But what was the point of adding that
2  sentence if you didn't wish to suggest to the reader
3  that systemic absorption may be minimal, that is, that
4  some proportion of that will be minimal?
5          MR. WOOD: Objection as to form.
6          BY MS. PFEIFFER:
7      Q  Okay. Strike that. What did you mean to
8  convey to the reader by that sentence?
9      A  I was saying that when you administer an
10  aerosol of a drug that is typically given as an oral
11  formulation, an oral administration, that you require
12  less lower doses as an aerosol than as another form of
13  drug and that the absorption may be minimal. And if it
14  is minimal, side effects are less because of that. If
15  the absorption is high, then it is possible that you would
16  get more side effects.
17     Q  So you didn't mean to suggest to the reader
18  that a benefit of aerosol therapy was minimal systemic
19  absorption?
20         MR. WOOD: Objection as to form.
21         THE WITNESS: I think the implication could
22  be viewed -- I mean, it could be viewed in that way.

Page 127

1  The fact that the use of aerosol medications at that
2  time leading up to that time was not as widespread as
3  it has become and that one could anticipate because of
4  the advantage of delivering a lower dose as an aerosol
5  would be that the side effects would be fewer. The
6  scale, I guess, of the side effect profile could be
7  less.
8          BY MS. PFEIFFER:
9      Q  But this sentence doesn't refer to the lower
10  dose, does it? It says, Systemic absorption may be
11  minimal.
12     A  It says, effective in much lower doses.
13     Q  That's in one sentence. And the next
14  sentence says, "In addition," that is, something that
15  wasn't dealt with in the preceding sentence, "is that
16  systemic absorption might be minimal." So that's
17  separate from the size of the dose, isn't it?
18         MR. WOOD: Objection as to form.
19         THE WITNESS: It is a sentence that continues
20  on. And if you were reading this as someone looking
21  for information about aerosols, you would take away
22  from it that you need less drug administered as an

Page 128

1  aerosol. The absorption profile may be minimal, more
2  minimal than from an oral form and, therefore, your
3  side effect profile would be different. You wouldn't
4  be -- I wouldn't be saying specifically systemic
5  absorption is minimal; therefore, side effects are
6  fewer. If you are trying to understand how side
7  effects possibly can arise, you would know that they
8  are dose related. And the less you give, the less you
9  would anticipate a side effect occurring to the same
10  degree as the higher dosage form.
11     Q  When you are administering medication by
12  aerosol, does a larger dose given mean that a larger
13  dose will be absorbed?
14     A  It could. That could follow, uh-huh.
15     Q  Does it follow?
16     A  In terms of quantity, if you give one unit of
17  your drug, for example, 100 micrograms of Albuterol for
18  treating asthma, you would get a certain percentage of
19  that being absorbed. If you gave 200, you would expect
20  the dose response curve to increase and reflect the
21  increase in dose given.
22     Q  What do you mean by absorbed in the example

Page 129

1  that you just gave me?
2      A  Absorbed into the bloodstream from the lung
3  and picked up in a blood sample.
4      Q  But referring, again, to your sentence on
5  page 172 over to the top of 173.
6      A  Okay.
7      Q  You can increase the dose, and the bulk of
8  the drug administered will be in the larger droplets.
9  So how does that translate into a larger dose absorbed?
10         MR. WOOD: Objection as to form.
11         THE WITNESS: If you are following that
12  approach, then you would then be changing the
13  characteristics of your aerosol so that you are giving
14  only larger droplets. And, therefore, you would expect
15  a number of things to happen. If they are larger, they
16  may not get into the lung. If they get into the lung
17  and they are larger, then they would carry more drug to
18  wherever they are deposited in the lung or you would
19  use the same aerosol and double the amount given. That
20  would increase your dose.
21     Q  And of larger particles, let's say, at the
22  upper end of the respirable range or above, say, .7

                              33 (Pages 126 to 129)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                February 12, 2008
                        Alexandria, VA

| Page 130 | Page 132 |
|---|---|

Page 130

1  microns, where do most of those get deposited in the
2  lung?
3          MR. WOOD: Objection as to form.
4          THE WITNESS: Larger particles end up in the
5  mouth. They end up in the trachea. They end up in the
6  main stem bronchi, maybe the next generation, next
7  generation. They reign out in the lung depending on
8  their properties, depending on the properties of the
9  air flow into the lung, and the nature of your
10  airways.
11          So you have a number of possibilities to give
12  a patient a larger dose. And that is -- as I just
13  outlined, you can increase the reservoir dose. You can
14  tailor your aerosol so that only large particles or
15  large droplets that are given you slice off the low
16  end. But then you run the risk that those particles
17  will not get into the lung. You can change delivery
18  systems.
19          BY MS. PFEIFFER:
20      Q    And what characteristics of the particles
21  were you referring to as affecting the deposition?
22      A    Their size, their velocity are important, the

Page 131

1  nature of the airway.
2      Q    What about the charge?
3      A    Charge can play a role, not a huge role.
4      Q    And referring you back to the first page of
5  this article again, the sentence that picks up after I
6  previously stopped says, However, irrespective of the
7  system used, the efficiency of delivery of aerosol to
8  the lung is relatively low. It is generally less than
9  20 percent of the prescribed dose.
10      A    Uh-huh.
11      Q    Do you still believe that that's correct?
12      A    Well, I think the technology has moved on.
13  And there are inhalers that can give you more than
14  20 percent prescribed dose.
15      Q    In 1999 was 20 percent not a very high
16  percentage to describe as reaching the lung?
17      A    That was the top end of what was known.
18      Q    During the break, did you have any
19  discussions with the PTO lawyers about your testimony?
20      A    No, I did not.
21      Q    Would you mind referring again to Exhibit 4,
22  the Schenk patent. Page one, line four says -- again,

Page 132

1  I will read it into the record for clarity. Medical
2  treatment of bronchial asthma and other diseases may be
3  performed in different ways.
4      A    Sorry. I thought page one was the front
5  page.
6      Q    Yeah. I am sorry. It is the first numbered
7  page, which is the second physical page.
8      A    And what line are you reading from?
9      Q    I am on line four. Medical treatment of
10  bronchial asthma and other diseases.
11          MR. WOOD: She is on the wrong page.
12          THE WITNESS: This is number four.
13          MR. WOOD: It's the fourth page, but it has
14  the number one at the top.
15          THE WITNESS: First page, fourth line?
16          BY MS. PFEIFFER:
17      Q    Fourth line, Medical treatment of bronchial
18  asthma and other diseases may be performed in different
19  ways. Do you see that sentence?
20      A    Yes, I do.
21      Q    Have I read it correctly?
22      A    Yes, you have.

Page 133

1      Q    Does that refresh your recollection that
2  Schenk does, in fact, discuss bronchial asthma?
3      A    Yes.
4          MR. WOOD: Objection as to form.
5          BY MS. PFEIFFER:
6      Q    If you look at the next to the last sentence
7  in the last sentence of that paragraph, the next to
8  last sentence, Thus, only particles having a diameter
9  of less than seven microns have a chance to penetrate
10  completely into the bronchial tubes.
11          Have I read that correctly?
12      A    Yes, you have.
13      Q    And bronchial tube does not refer to the
14  alveoli, does it?
15      A    It would not, no.
16      Q    The next sentence says, Particles having such
17  a small size that they may be deposited in the
18  bronchial tree by aspiration are called respirable
19  particles. Is that correct?
20      A    That is correct.
21      Q    So Schenk does not define less than seven
22  microns as being respirable particles; is that correct?

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 134 | Page 136 |
|---|---|

Page 134

1    MR. WOOD: Objection as to form.
2    THE WITNESS: No. He is saying that
3 particles less than seven have a chance to penetrate
4 completely into the bronchial tubes, ergo, the lung.
5 They are respirable.
6    BY MS. PFEIFFER:
7    Q   That's not how he defines it, is it?
8    A   Well --
9    MR. WOOD: Objection as to the form.
10    THE WITNESS: Does he have a definition of
11 respirable fraction that is different than that?
12    BY MS. PFEIFFER:
13    Q   Does he specifically refer to less than seven
14 microns as being a respirable particle?
15    A   Well, in his sentence after that, Particles
16 having such a small size -- such a small size, which is
17 seven micrometers, may be deposited in the bronchial
18 tree by aspiration are called respirable particles.
19    Q   So that's how you read having such a small
20 size?
21    A   Yes.
22    Q   Okay. Returning to your expert report,

Page 135

1 Exhibit 1, I believe that we left off at the sentence
2 that begins, Second, the Schenk devices are designed to
3 deliver the drug to the peripheral airways by
4 optimizing two main factors affecting such delivery.
5 The speed at which the particles exit the device and
6 the distribution of particle sizes within the aerosol
7 cloud.
8    Did I read that correctly?
9    A   Yes, you did.
10    Q   So you are saying that Schenk is designed to
11 deliver drugs to the peripheral airways?
12    A   Uh-huh.
13    Q   Is that correct?
14    A   Uh-huh.
15    Q   Not to the alveoli?
16    A   Peripheral airways. As I said earlier, in
17 the very peripheral airways, the alveoli start to
18 appear. So, yes.
19    Q   Yes. Okay. Thank you. Looking at the last
20 sentence of paragraph 13, which says, With respect to
21 particle size, the Schenk devices deliver particles at
22 less than seven microns in size, which is Schenk at

Page 136

1 one, which is consistent with the particle size that
2 Dr. Crystal stated would be suitable for deposition in
3 the alveoli (up to six microns).
4    Did I read that correctly?
5    A   Yes, you did.
6    Q   Would you show me where in Schenk it says
7 that the Schenk devices deliver particles of less than
8 seven microns? Can you show me where he said that?
9    MR. WOOD: Objection as to form.
10    THE WITNESS: You are asking me to look for a
11 sentence where he says he --
12    BY MS. PFEIFFER:
13    Q   Well, you cite page one, but I don't see that
14 Schenk says that. So I am asking you to show me where
15 it is because I don't find it there myself.
16    MR. WOOD: Objection as to form.
17    THE WITNESS: He doesn't say specifically on
18 page one that he has measured that his device delivers
19 particles of less than seven. However, on page three,
20 the paragraph starting above line 19 -- 21 -- "that
21 with his design a drastic increase in the proposition
22 of respirable particles dispersed in the gas or air

Page 137

1 flow" -- yeah, that his design led to a drastic
2 increase in the proportion of respirable particles
3 disbursed in the gas or air flow. And that's
4 independent of the patient's ability to inhale from the
5 inhaler.
6    So if he is making a statement that he has
7 caused a drastic increase in proportion of respirable
8 particles, one would -- at least I would assume that he
9 had made some measurements to be able to make that
10 statement.
11    Q   There is a difference between delivering
12 particles and creating them, isn't there?
13    MR. WOOD: Objection as to form.
14    THE WITNESS: You have to create them first
15 in order to deliver them. And one would expect from
16 his design that having increased the load of these
17 particles that the patient would be able to inhale
18 them.
19    BY MS. PFEIFFER:
20    Q   So you are assuming because he creates more
21 respirable particles that respirable particles are
22 delivered. That's your assumption?

35  (Pages 134 to 137)

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                February 12, 2008
                        Alexandria, VA

---

Page 138

1    A   They are available for inhalation.
2    Q   It says delivered.  I am asking --
3    A   Yeah, yes.  If they are there for the taking,
4  you would expect them to be inhaled and delivered to
5  the lung.
6    Q   And when you say here, "The Schenk device has
7  delivered particles," where did you mean they were
8  delivered to?
9    A   They would be delivered to the lung.
10   Q   Where in the lung?
11   A   Where respirable particles are typically
12 delivered.
13   Q   And that depends on the factors that we
14 discussed earlier?
15   A   Yes.
16       MS. PFEIFFER:  I would like to ask the court
17 reporter to mark as the next exhibit, which is six,
18 another article on which you are an author, Aerosols in
19 Medicine, Principles, Diagnosis, and Therapy, dated
20 1993.
21       (Dolovich Exhibit No. 6, marked for
22 identification.)

---

Page 139

1        BY MS. PFEIFFER:
2    Q   Sorry.  I have just been reminded that this
3  is a book that you were an editor of.
4    A   That's correct.
5    Q   And the article is one that you authored as
6  the first author; is that correct?
7    A   That's correct.
8    Q   I would like to direct you to page 207 of
9  that article, Exhibit 6.  The second sentence says,
10 Because of the gross inefficiency of aerosol delivery
11 systems due mainly to the efficient aerodynamic
12 filtration of the airways, only approximately 3 to 15
13 percent of the nebulized drug reaches the lower
14 respiratory tract.
15       Did I read that correctly?
16   A   Uh-huh.
17   Q   Is that a correct statement?  Was it a
18 correct statement when it was made?
19   A   It probably was a correct statement.  It is
20 reflective of what typically happens.
21   Q   And what typically happened in 1993?
22   A   We had devices that were delivering drugs up

---

Page 140

1  to -- between 3 and 15 percent of their payload.
2    Q   Do you know when in 1993 this was written --
3  this article?
4    A   This article is from the second edition of
5  this book, so it would have been written in 1993.
6    Q   But you don't know when in 1993?
7    A   No, I don't know exactly when.  It takes a
8  while to write a chapter as it does to write an
9  article -- a review article.
10   Q   I can imagine.  And then the fourth sentence
11 in that same paragraph on 207 states, Thus, there is
12 considerable difference between the aerosol generated
13 and its bioavailability.
14       Did I read that correctly?
15   A   Uh-huh.
16   Q   What do you mean by bioavailability?
17   A   It is availability of the drug at its target
18 site.
19   Q   At its target site?
20   A   Uh-huh.
21   Q   So if we are talking about an asthma drug,
22 bioavailability would be measured, say, in the bronchia

---

Page 141

1  wherever the receptor site is for that particular drug?
2        MR. WOOD:  Objection as to form.
3        THE WITNESS:  Well, you would obviously want
4  to touch those receptors.  And the bioavailability or
5  the success would be demonstrated by a pharmacokinetic
6  measurement.
7        BY MS. PFEIFFER:
8    Q   Does that mean that just delivering it to the
9  receptor site is not a measure of bioavailability?
10   A   It depends on the interpretation.  It depends
11 on your target organ.  It depends on what you want to
12 accomplish with therapy.  I am not a pharmacologist, so
13 I wouldn't be able to describe what happens at a
14 receptor site other than, you know, from a clinical
15 measurement whether you have been successful or not.
16   Q   So I just want to make sure I understand this
17 statement.  So we generate an aerosol that contains a
18 certain dosage of a drug?
19   A   Uh-huh.
20   Q   But there is a considerable difference
21 between that and its bioavailability, you say; is that
22 correct?

36  (Pages 138 to 141)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                          Alexandria, VA

Page 142

1    A    It can be, yes.
2    Q    You say there is?
3    A    Uh-huh.
4    Q    You don't say can be?
5    A    Uh-huh.
6    Q    And we have discussed earlier that "can" and
7   "is" mean something different?
8    A    Uh-huh.
9    Q    So this is a positive statement, right?
10   A    Uh-huh.
11        MR. WOOD:  Objection as to form.
12        BY MS. PFEIFFER:
13   Q    So my further question is, if the aerosol or
14  part of the aerosol actually reaches a site, then we
15  still don't know whether that drug is absorbed and
16  useful; is that correct?
17   A    That -- yes, that could be right.
18   Q    And that's true even if the site at which the
19  drug is supposed to act is a receptor site within the
20  lung?
21        MR. WOOD:  Objection as to form.
22        THE WITNESS:  You are saying that when it

Page 143

1   reaches the receptor site within the lung, we are not
2   sure --
3        BY MS. PFEIFFER:
4    Q    Whether it is going to be effective?
5    A    Yes.
6    Q    We don't know that it is going to be
7   bioavailable?
8    A    Uh-huh.
9    Q    What's a hygroscopic growth of a particle?
10  What does that refer to?
11   A    It means taking up of water so that the
12  particle grows in size.
13   Q    And does that occur when aerosols are
14  inhaled?
15   A    Yes, it does.
16   Q    So is it the case that even though the
17  aerosol may deliver particles within a respirable
18  fraction that the particles are no longer respirable by
19  the time they get below the larynx?
20   A    It could be.
21   Q    Could it be or does that commonly happen?
22   A    It depends what formulation you are working

Page 144

1   with.
2    Q    The formulation of a drug?
3    A    Uh-huh.
4    Q    Does it also depend on the drug itself?
5    A    It can depend on the drug itself.
6    Q    Do you know whether insulin is more subject
7   to hygroscopic growth when it is administered as an
8   aerosol than a broncho -- well, let's say Albuterol?
9    A    I have not measured its growth.
10   Q    So you don't know?
11   A    No.
12   Q    And the larger the particles even though
13  within a respirable range, is it the case that that
14  particle is more likely to become non-respirable by the
15  time it gets below the larynx due to the hygroscopic
16  growth?
17   A    Possibly.
18   Q    So if it is seven microns, it is more likely
19  to be non-respirable than if it starts at two microns.
20  Is that the case?
21        MR. WOOD:  Objection as to form.
22        THE WITNESS:  If one knew the rate of growth

Page 145

1   of the particle itself, then one could make that
2   statement.
3        BY MS. PFEIFFER:
4    Q    You could calculate it if you knew the --
5    A    You could calculate it.  You could measure
6   it.
7    Q    Okay.  And what are the properties of the
8   particle that affect how much hygroscopic growth it's
9   susceptible to?
10   A    Well, one of the factors that I would be
11  familiar with would be the initial diameter.
12   Q    Anything else?
13   A    Whether it would be deposited in the main
14  stem bronchi or within the lung.  But mainly the
15  starting diameter and whether it was picking up water
16  by condensation, which would be on the surface of the
17  particle, or actually growing because it is absorbing
18  water.
19   Q    And it would be absorbing water from the
20  mouth and larynx and the whole respiratory system?
21   A    Well, the humidity inside your lung is a
22  100 percent.

37 (Pages 142 to 145)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 146 | Page 148 |
|---|---|
| 1   Q   That's a lot. | 1   Q   And how do you know that? |
| 2   A   So that there is a lot of water there. | 2   A   By, one, imaging; two, taking blood samples. |
| 3   Q   I had no idea.  All right.  Let's turn to | 3   Q   How do you know that from taking blood |
| 4 Exhibit 1, paragraph 14 -- I am sorry.  Can I direct | 4 samples that anything which is absorbed into the |
| 5 you back to 13?  I apologize.  The fourth sentence | 5 bloodstream came from the peripheral airways? |
| 6 states, All or a portion thereof may be absorbed into | 6   A   You would be hard pressed given the tools you |
| 7 the bloodstream. | 7 have to work with to say it is from a location in the |
| 8     Do you see that? | 8 peripheral airways.  You are asking me to separate |
| 9   A   Uh-huh, yep. | 9 where in the peripheral airways or just peripheral |
| 10   Q   Can you tell me of any studies that you have | 10 versus central versus alveoli? |
| 11 done that shows that all of the medication deposited on | 11   Q   The latter. |
| 12 peripheral airway surfaces is absorbed into the | 12   A   Peripheral versus central? |
| 13 bloodstream? | 13   Q   Well, let's cut to the chase.  Let's make it |
| 14   A   I would have to know actually that they were | 14 peripheral versus alveoli. |
| 15 on peripheral airway surfaces and where before I could | 15   A   You would not know whether it was definitely |
| 16 answer your question. | 16 coming from peripheral or definitely coming from |
| 17   Q   Well, do you know of any studies that would | 17 alveoli.  You might have a better chance at making that |
| 18 support the statement that all of a medication | 18 distinction the finer your aerosol particle. |
| 19 deposited on peripheral airway surfaces is absorbed | 19   Q   From imaging, have you done studies that show |
| 20 into the bloodstream? | 20 that all of the aerosol that's being studied is |
| 21   A   Well, if you are dealing with a salt, a good | 21 absorbed into the bloodstream? |
| 22 portion of it gets absorbed fairly rapidly. | 22   A   I have done imaging studies, which shows that |

| Page 147 | Page 149 |
|---|---|
| 1   Q   Into the bloodstream? | 1 aerosol gets to the distal lung.  I can't say that in |
| 2   A   That's correct. | 2 every case I have taken blood samples. |
| 3   Q   And when it is deposited into the peripheral | 3   Q   It is not the question that I asked. |
| 4 airways -- | 4   A   No, but you are asking if I.  You used the |
| 5   A   Yes. | 5 word I, meaning me -- |
| 6   Q   -- and is not in the alveoli? | 6   Q   Yes. |
| 7   A   In the distal lung, which would be peripheral | 7   A   -- have done studies whereby I can say that |
| 8 airways and alveoli. | 8 aerosol is deposited in the peripheral airways and |
| 9   Q   But I am concentrating on what you said here, | 9 taken up in the blood. |
| 10 which is the peripheral airways, because we have | 10   Q   Well, that's not really the question that I |
| 11 already established that this does not refer to the | 11 asked. |
| 12 alveoli.  So I am asking you for any studies or science | 12   A   So perhaps you could define the question |
| 13 or publications that you know of that supports the | 13 better. |
| 14 proposition that all of a medication deposited in the | 14     MS. PFEIFFER:  Could you read it back? |
| 15 peripheral airway surfaces is absorbed into the | 15     (The record was read back as follows: |
| 16 bloodstream? | 16     "Q: From imaging, have you done studies that |
| 17     MR. WOOD:  Objection as to form. | 17     show that all of the aerosol that's being |
| 18     THE WITNESS:  I would have to review, again, | 18     studied is absorbed into the bloodstream?") |
| 19 some literature.  But I would have made that statement | 19     THE WITNESS:  In my experience you cannot be |
| 20 knowing that aerosols are absorbed into the bloodstream | 20 so specific.  But I would have to say that I have not |
| 21 from peripheral airways. | 21 done a study where aerosol is deposited on the |
| 22     BY MS. PFEIFFER: | 22 peripheral airways and all of it is taken up |

38 (Pages 146 to 149)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                          Alexandria, VA

| Page 150 | Page 152 |
|---|---|

Page 150

1  systemically.
2      BY MS. PFEIFFER:
3    Q   Have you read or are you familiar with
4  anything in the literature that shows that aerosol
5  that's deposited on the peripheral airways, all of that
6  aerosol is absorbed into the bloodstream?
7      MR. WOOD:  Objection as to form.
8      THE WITNESS:  I can't say whether those terms
9  were used in that all -- you are using the word.  You
10  are asking for a 100 percent.
11      BY MS. PFEIFFER:
12    Q   Is that not what you meant by the use of the
13  word all in your expert opinion?
14    A   All or a portion thereof may be absorbed,
15  yeah.
16    Q   So I am asking you really for what's your
17  basis for the science for making that statement?
18    A   Well, then, I -- in my view, that would be
19  considered opinion based on literature.
20    Q   Based on what literature?
21    A   That I have read that I was familiar with.
22    Q   And the literature that you have read and are

Page 151

1  familiar with and relied on in this opinion is stated
2  to be the articles in that opinion?
3    A   Uh-huh.
4    Q   So you are telling me that there --
5      MR. WOOD:  Objection.
6      BY MS. PFEIFFER:
7    Q   -- that in those references, there is support
8  for this statement?
9      THE WITNESS:  Objection as to form.
10      MS. PFEIFFER:  Excuse me.  I haven't
11  finished.
12      BY MS. PFEIFFER:
13    Q   You are telling me that that's the support
14  for this statement; is that correct?
15      MR. WOOD:  Objection as to form.
16      THE WITNESS:  Yes.
17      BY MS. PFEIFFER:
18    Q   I am asking you for support for the all.  You
19  understand that?
20    A   Yes, I do understand that.
21    Q   So is it your sworn testimony that in those
22  references that you have cited in your opinion, there

Page 152

1  is support for the statement that all of a medication
2  deposited on peripheral airway surfaces may be absorbed
3  into the bloodstream?
4      MR. WOOD:  Objection as to form.
5      THE WITNESS:  I use the word may.
6      BY MS. PFEIFFER:
7    Q   You say "all may."
8    A   All or a portion may.
9    Q   I am not focusing on the portion.  I am
10  focusing on all.
11    A   I understand that.  I understand that.  So
12  all in that statement refers to medication depositing
13  on the peripheral airway surfaces.  So that medication
14  that is deposited on that peripheral airway surface may
15  be absorbed into the bloodstream.
16    Q   All of it?
17    A   May be.
18    Q   All of it may be?
19    A   All of it may be or a portion thereof.
20    Q   I am not asking you about a portion.  Please
21  answer my question or unfortunately we are going to
22  have trouble with our timing here.  And that would be

Page 153

1  very unfortunate.
2      MR. WOOD:  Objection.
3    Q   So please answer my question?
4      MR. WOOD:  Objection as to form.  Asked and
5  answered.
6      MS. PFEIFFER:  It hasn't been answered.  And
7  I would like to have it answered.
8      THE WITNESS:  Well, I believe that I have
9  given you an answer for that -- for your question.  And
10  I can't do -- you know, I am not going to be able to
11  split the hairs that you are asking me to split.  So
12  that--
13    Q   How can it be splitting the hairs to ask you
14  whether all of the medication deposited on the
15  peripheral airways may be absorbed into the
16  bloodstream?
17    A   All of the medication deposited on a
18  peripheral airway may be absorbed into the bloodstream.
19    Q   Right.
20    A   That is correct.
21    Q   That's correct.  And what's your support for
22  that.  It is not in any work you have done.  We know

39 (Pages 150 to 153)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

---

Page 154

1  that?
2      A   Uh-huh.
3      Q   So where is it?
4          MR. WOOD:  Objection as to form.
5          THE WITNESS:  It would be in one of the
6  papers that are listed in this document.
7      Q   And that's your sworn testimony?
8      A   That's what I believe.
9      Q   I am asking if that's your sworn testimony?
10     A   Well, what's the difference?
11     Q   Well, you are swearing to tell the truth?
12     A   Yes, I am telling the truth.
13     Q   All right.  And do you intend to say in this
14 sentence that all of the medication deposited on
15 peripheral airway surfaces is absorbed into the
16 bloodstream?
17         MR. WOOD:  Objection as to form.  Asked and
18 answered.
19         THE WITNESS:  I have said may be absorbed.
20         BY MS. PFEIFFER:
21     Q   I am asking you a different question.  Would
22 you answer it?

---

Page 155

1      A   Ask me the question again.
2      Q   The question is, do you intend by the
3  statement we have been talking about that the reader
4  understand that medication deposited on peripheral
5  airway surfaces, all of that medication is absorbed
6  into the bloodstream?
7          MR. WOOD:  Objection as to form.  Asked and
8  answered.
9          THE WITNESS:  I use the word may because I
10 would not be able to guarantee that it is absorbed.
11 One can't be so -- what's the word?  Not firm, but I
12 use the word may, because you cannot be sure or certain
13 that it is absorbed.
14         BY MS. PFEIFFER:
15     Q   If you can't be certain that it is absorbed,
16 how can you be certain that it may be absorbed?
17     A   Because I believe there is evidence to show
18 that drug particles that are delivered to the
19 peripheral airways appear in the blood.  The drug
20 appears in the blood.
21     Q   All of it?
22     A   I didn't say all of it.  I said that aerosols

---

Page 156

1  delivered to the peripheral airways can be picked up in
2  a blood sample, in a urine sample.
3      Q   You also just told me that you didn't know
4  where that came from, whether it came from the alveoli
5  or whether it came from the peripheral airways, didn't
6  you?
7      A   If you can tell me -- if you, in your reading
8  of these documents, can tell me that it is specifically
9  on the peripheral airway or specifically in the
10 alveoli, then I would invite you to come into my
11 laboratory.
12     Q   So the answer to my question is no?
13         MR. WOOD:  Objection.
14         THE WITNESS:  I don't believe so.  You know,
15 I think if you read the literature, nobody in the field
16 can say specifically the site of absorption is only on
17 peripheral airways or only on alveoli surfaces or only
18 in central airways.  Absorption take place throughout
19 the lung.
20         BY MS. PFEIFFER:
21     Q   Absorption into the bloodstream?
22     A   Into the bloodstream takes place throughout

---

Page 157

1  the lung.
2      Q   Are you familiar with David C. Klonoff, who
3  is a doctor?
4      A   I know the name.
5      Q   He is a clinical professor of Medicine at the
6  University of California, San Francisco.
7      A   Uh-huh.
8      Q   Have you ever encountered him in any of your
9  meetings and workshops and seminars?
10     A   I have not.
11     Q   You have not?
12     A   No.
13     Q   Are you familiar with his work?
14     A   I am familiar with some of his work.
15     Q   Would you recognize him as having any
16 expertise?
17     A   Yes, I would.
18     Q   And what would that expertise be?
19     A   In diabetes.
20         MS. PFEIFFER:  I would like the reporter to
21 mark as Exhibit No. 7, an article by David C. Klonoff,
22 K-l-o-n-o-f-f, M.D., entitled Inhaled Insulin, an

---

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

Page 158

1  article from the Diabetes Technology and Therapeutics
2  Journal, Volume One, No. 3, 1999.
3       (Dolovich Exhibit No. 7, marked for
4  identification.)
5       BY MS. PFEIFFER:
6    Q   I direct you to the third sentence under the
7  abstract.
8    A   Uh-huh.
9    Q   That sentence says, The lung airways contain
10 bronchial tubes, which are impermeable to insulin and
11 alveoli, from which insulin can be absorbed into the
12 circulation.  Do you see that?
13   A   Uh-huh.
14   Q   What do you understand Dr. Klonoff to mean by
15 impermeable to insulin?
16       MR. WOOD:  Objection as to form.
17       THE WITNESS:  That it is, in his opinion, if
18 you put insulin on the bronchi, they will not be taken
19 up into the bloodstream.
20       BY MS. PFEIFFER:
21   Q   And this is one of the articles that you
22 relied on --

Page 159

1    A   Uh-huh.
2    Q   -- for your opinion, isn't it?
3        MR. WOOD:  Objection as to form.
4        THE WITNESS:  It doesn't mean to say that I
5  agree with that statement.
6        BY MS. PFEIFFER:
7    Q   Have you done work with insulin that would
8  cause you to give you a basis to disagree with that
9  statement?
10   A   I can only refer to this preliminary work in
11 dogs.
12   Q   And has the work given you a basis to
13 disagree with this statement?
14   A   Yes.
15   Q   So you are telling me now that your research
16 has, in fact, demonstrated that the bronchial tubes can
17 take up insulin.  Is that what you are telling me?
18       MR. WOOD:  Objection as to form.
19       THE WITNESS:  I am saying that based on
20 preliminary experiments where we deposit a tracer of
21 insulin and detect both the tracer and the insulin in
22 blood samples that, based on what I can see on the

Page 160

1  image as to where the insulin has deposited in the
2  lung, that it is deposited throughout the lung.
3       BY MS. PFEIFFER:
4    Q   Including the alveoli?
5    A   Possibly.  I don't know for sure, because --
6    Q   So you don't really know where it is in the
7  lung?
8    A   No.
9        MR. WOOD:  Objection as to form.
10       THE WITNESS:  No.  Dr. Klonoff made the
11 statement in the introduction in the abstract.  And he
12 makes it in the body of his review.  He does not
13 reference that statement of being impermeable to
14 insulin.  If you go into the literature and read a
15 paper, say, by Dr. Patton, John Patton, he might say
16 something entirely different in terms of absorption of
17 insulin from airway surfaces or throughout the lung --
18 the epithelial surface of the lung.
19       And there are -- so there are different
20 opinions.  Dr. Klonoff's is one of them.  Dr. Patton's
21 is another.  And I am not saying that I referred to the
22 statement of Klonoff's in my expert testimony.

Page 161

1        BY MS. PFEIFFER:
2    Q   Again, I ask you the question.  What in your
3  research supports the proposition that absorption of
4  insulin takes place through the bronchial tubes?
5        MR. WOOD:  Objection as to form.
6        THE WITNESS:  I have pilot data that shows me
7  an image of F-18 insulin in the dog lung that may not
8  have reached the outer boundary of the lung where
9  peripheral airways are and alveoli space is.  I can't
10 say for certain that there is absorption only from
11 alveoli.  I cannot say for certain that there is
12 absorption only from peripheral airway.  I can say
13 there is absorption from the lung.  And I am able to
14 pick up the tracers in the blood samples.  And it has
15 to get into the blood from somewhere.
16       BY MS. PFEIFFER:
17   Q   But you can't tell me whether it comes from
18 the alveoli or the bronchial tubes?
19       MR. WOOD:  Objection as to form.
20       THE WITNESS:  I cannot say at this time.
21       BY MS. PFEIFFER:
22   Q   And you can't tell me any other support for

                                    41  (Pages 158 to 161)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

Page 162

1  the statement that all of the medication on the
2  peripheral airways is absorbed into the bloodstream?
3      A   Yeah.  I did not make the statement that you
4  are making now.  I said all or a portion thereof may be
5  absorbed.  I didn't say is; I said may.  So you are --
6      Q   So you are not willing to say that all of it
7  is in any -- even once --
8          MR. WOOD:  Objection as to form.
9          BY MS. PFEIFFER:
10     Q   -- that all of it is; is that right?
11     A   That is correct.  That is a leap of faith
12 that I am not prepared to make.
13     Q   Okay.  Let's go to 14.
14     A   Good.
15         MS. PFEIFFER:  Do you need a break now?
16         THE WITNESS:  No.  I will wait until you are
17 done with this one.
18         BY MS. PFEIFFER:
19     Q   Paragraph 14 says, I have been further asked
20 to respond to the statement in Dr. Crystal's report
21 that all of the drugs Velasquez identifies, except
22 insulin, are simpler and much smaller molecules than

Page 163

1  insulin and none, except insulin is a protein, closed
2  quote.  And, quote, because of the great differences
3  between insulin and the other listed drugs, and the
4  different properties of their molecules, one of
5  ordinary skill would not expect that the Velasquez
6  sheet material could reproducibly deliver sufficient
7  amounts of insulin to treat diabetes, closed quote.
8          Did I read that correctly?
9      A   Yes, you did.
10     Q   And that's the other thing that you have been
11 asked to -- the second thing --
12     A   Uh-huh.
13     Q   -- in your opinion you have been asked to
14 address?
15         MR. WOOD:  Objection as to form.
16         BY MS. PFEIFFER:
17     Q   And whose idea was it to address this
18 particular part of Dr. Crystal's report?
19     A   I imagine it was based on discussions of his
20 report.
21     Q   So was it your idea?
22         MR. WOOD:  Objection as to form.

Page 164

1          THE WITNESS:  I can say that it was mine
2  specifically.
3          BY MS. PFEIFFER:
4      Q   Can you say whether it was the PTO's idea for
5  you to address that?
6      A   I can't say specifically.
7      Q   You just can't remember whose idea it was?
8      A   Well, it was a collective decision, I
9  imagine.
10     Q   Your statement here in paragraph 15 beginning
11 on the second line -- and, again, I read it into the
12 record.  Quote, I disagree that one of ordinary skill
13 in the art would not expect the Velasquez sheet
14 material to reproducibly deliver sufficient amounts of
15 insulin to treat diabetes merely because of the
16 molecular differences between insulin and the other
17 drugs identified by Velasquez, closed quote.
18         Is that correct?
19     A   Uh-huh.
20     Q   Why did you say "merely because"?
21     A   I believe that he makes a point about the
22 molecular weight.

Page 165

1      Q   Is that the only point that he makes?
2          MR. WOOD:  Objection as to form.
3          THE WITNESS:  Dr. Crystal?
4          BY MS. PFEIFFER:
5      Q   Yes.
6      A   I would have to look at Dr. Crystal's report.
7      Q   Let's do that.
8          MS. PFEIFFER: Exhibit No. 8.
9          (Dolovich Exhibit No. 8, marked for
10 identification.)
11         BY MS. PFEIFFER:
12     Q   Directing you to paragraph 37 --
13     A   Uh-huh.
14     Q   And my question is, does Dr. Crystal rely
15 merely on the molecular differences between insulin and
16 the other drugs identified by Velasquez?
17         MR. WOOD:  Objection as to form.
18         THE WITNESS:  Well, he says, All of the drugs
19 Velasquez identifies, except insulin, are simpler and
20 much smaller molecules and none, except insulin, is a
21 protein.  So it goes on to say, Because of the great
22 differences between insulin and other listed drugs,

                              42  (Pages 162 to 165)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                              February 12, 2008
                        Alexandria, VA

Page 166

1   different properties of their molecules, one of
2   ordinary skill would not expect that the Velasquez
3   sheet material, yeah, could reproducibly deliver
4   sufficient amounts of insulin to treat diabetes.
5        So he concentrates on the molecular size.  He
6   doesn't say the great differences between -- he doesn't
7   identify great differences.
8     Q   So that's the reason that you focused on the
9   molecular differences?
10    A   Well, he mentions simpler and much smaller
11  molecules.
12    Q   The next sentence says, If particles are the
13  same aerosol aerodynamic size, one of skill would
14  assume commonalities of behavior in the way the
15  particles are handled by the lung.
16        What do you mean by if the particles are the
17  same aerosol aerodynamic size?  Are you referring to a
18  monodispersed aerosol?
19        MR. WOOD:  Objection as to form.
20        THE WITNESS:  No, I am not.
21        BY MS. PFEIFFER:
22    Q   So what are you referring to?

Page 167

1     A   I am referring to the characterization of the
2   aerosol through a method that employs a measurement of
3   aerodynamic size.  So if you have Aerosol A and Aerosol
4   B and you use the same piece of equipment to define the
5   aerosol or characterize the aerosol in terms of
6   aerodynamic size and they are the same, then one could
7   anticipate or assume that they would behave similarly
8   in the lung in terms of getting into the lung.
9     Q   Is that what handled by means?
10    A   Handled by, yeah.
11    Q   Getting into the lung?
12    A   Well, deposited into the lung.
13    Q   Deposited in the lung.  And the aerosol not
14  being monodispersed; it is polydispersed.  It has a
15  range of many sizes.
16    A   Uh-huh.
17    Q   So how do you compare them for purposes of
18  assuming the commonalities?
19    A   You have a piece of equipment that classifies
20  the aerosol in terms of size.
21    Q   Of a range of sizes?
22    A   You use a piece of equipment that classifies

Page 168

1   an aerosol in terms of size.  It can be a simple twin
2   stage impinger, which gives you one cutoff so that your
3   aerosol either falls above or below that size.  It can
4   have eight stages.  It can be 10 stages.  Whatever you
5   use, the number -- each stage of your collection system
6   collects particles between a high and a low size in
7   terms of diameter of that particle -- aerodynamic
8   diameter.
9        So it is a standard method used for
10  classifying aerosols.  And you get your information
11  from that collection system.  And you can determine by
12  plotting the data what the overall behavior is in terms
13  of its in vitro characteristics.
14    Q   Which in vitro characteristics?
15    A   Your in vitro characteristics means your
16  differentiation on the bench using a piece of equipment
17  of your aerosol into the different sizes.
18    Q   So you are talking about you can classify it
19  by size?
20    A   Uh-huh.
21    Q   That's it?
22    A   Or by number or by surface area.  It depends

Page 169

1   what you apply.
2     Q   So does this sentence mean, then, that if you
3   choose a particular aerosol or particle size, then it
4   doesn't matter what it is a particle of?  It will be
5   deposited in the lung in the same way.  Is that what
6   you are saying?
7        MR. WOOD:  Objection as to form.
8        THE WITNESS:  The statement says that
9   particles that have similar or same characteristics are
10  likely to be deposited in a similar way in the lung.
11        BY MS. PFEIFFER:
12    Q   And the characteristic that you identified
13  when I asked you about it was size; is that correct?
14    A   Yes.
15    Q   Is there anything else, any other
16  characteristics?
17    A   Well, that's -- for in vitro measurement.
18    Q   I am really asking you what you mean.
19    A   Well, I am talking about --
20        MR. WOOD:  Objection as to form.
21        THE WITNESS:  I am talking about an in vitro
22  measurement of your aerosol cloud.  You make this

                                    43  (Pages 166 to 169)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 170 | Page 172 |
|---|---|

Page 170

1   measurement, you get a number -- multiple numbers. And
2   you can use information from modelers, for example, to
3   say my aerosol is going to deposit in the lung in this
4   way.
5        BY MS. PFEIFFER:
6    Q   And what are the variables that dictate that?
7        MR. WOOD: Objection as to form.
8        THE WITNESS: Of the in vitro measurement?
9        BY MS. PFEIFFER:
10   Q   Of the characteristics that lead to the
11  deposition that you were just taking about.
12       MR. WOOD: Same objection.
13       THE WITNESS: One of them is your median size
14  in terms of mass, your geometric standard deviation of
15  that measurement.
16       BY MS. PFEIFFER:
17   Q   Which is also related to the size of the
18  particle, right?
19   A   It is a measurement of the standard deviation
20  of the median diameter.
21   Q   And, therefore, size?
22       MR. WOOD: Objection as to form.

Page 171

1        THE WITNESS: Right. But it is a
2   non-dimensional parameter variable.
3        BY MS. PFEIFFER:
4    Q   Okay. What else?
5    A   And then you quote the respirable -- the
6   fraction that's within the respirable range.
7    Q   Which is, again, defined by size?
8    A   Uh-huh.
9    Q   Mass median and diameter?
10   A   Uh-huh, yes.
11   Q   So what you are saying is if two particles
12  are the same size, they will be deposited in the lung
13  in the same way?
14       MR. WOOD: Objection.
15       BY MS. PFEIFFER:
16   Q   Is that what that sentence says?
17       MR. WOOD: Object as to form.
18       THE WITNESS: Yes, deposited in the lung.
19       BY MS. PFEIFFER:
20   Q   And there were no other characteristics of
21  the particles that affect the way that they are
22  deposited in the lung; is that correct?

Page 172

1        MR. WOOD: Objection as to form.
2        THE WITNESS: No. There are -- you go from
3   an in vitro measurement to giving it to your subject,
4   your patient. And there you have the way it is inhaled
5   and the nature of the disease.
6        BY MS. PFEIFFER:
7    Q   What about molecular attributes, such as the
8   charge of the particle?
9        MR. WOOD: Objection as to form.
10       THE WITNESS: What about them?
11       BY MS. PFEIFFER:
12   Q   Does that not affect how it is deposited in
13  the lung?
14   A   A charge can affect how it is deposited in the
15  lung. You are -- we talked earlier about humidity.
16  And in a humid environment, charge becomes less
17  important.
18   Q   That has to do with the hydrophilicity or
19  hydrophobicity of the particle; is that right?
20   A   Uh-huh.
21   Q   What about the shape of the particle? I
22  think we already talked about that, that that matters

Page 173

1   as well based on your earlier writings when we were
2   talking about Schenk?
3        MR. WOOD: Objection as to form.
4        THE WITNESS: When you measure a particle in
5   terms of its aerodynamic size, shape and density are
6   taken into a consideration. And so the number that you
7   get is, in a sense, normalized for those properties.
8        BY MS. PFEIFFER:
9    Q   So are you saying that if you have one
10  particle, which is actually aspherical, and another
11  particle, which is I think you used in one of your
12  writings needlelike, they will still deposit in the
13  lung in the same way if they had the same mass median
14  diameter?
15       MR. WOOD: Objection as to form.
16       THE WITNESS: One could interpret it that
17  way, yes.
18       BY MS. PFEIFFER:
19   Q   Are there any other aspects of the particle,
20  any other characteristics of the particle that affect
21  the way it is deposited in the lung?
22   A   Well, in terms of deposition mechanisms, size

                                    44  (Pages 170 to 173)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                February 12, 2008
                        Alexandria, VA

Page 174

1  is really the most important.
2      Q   Your next sentence says, For example, Laube,
3  et al., used data derived from the inhalation of a
4  surrogate radial-labelled aerosol sulfur colloid to
5  infer the deposition of an insulin formulation using
6  the same inhalation device.
7      A   Uh-huh.
8      Q   Did I read that correctly?
9      A   Yes, you did.
10        MS. PFEIFFER:  Can we mark this exhibit?
11        MR. WOOD:  Counsel, we have been going almost
12  an hour and a half, so whenever you come to a stopping
13  point.
14        MS. PFEIFFER:  This won't go on too much
15  longer, I hope.  But how do I know?  It depends on how
16  much we have to talk about.
17        MS. KELLY:   There's not a question right
18  now.
19        MS. PFEIFFER:  Not in the middle of a
20  question, please.  Thank you.
21        MS. KELLY:  There's not a question pending.
22        MR. WOOD:  Well, before we start getting into

Page 175

1  Laube.
2        MS. KELLY:  It has been an hour and a half.
3        MS. PFEIFFER:  I would like to wait just a
4  few more minutes, please.
5        BY MS. PFEIFFER:
6      Q   You have cited column six, line 50; column
7  seven, line 25.  What do you mean by it was a surrogate
8  radial-labelled sulfur colloid.  What does that mean?
9      A   The word surrogate?
10     Q   Yes.
11     A   It means a substitute or the use of aerosol
12  that would mimic, for example, what you were trying to
13  do.
14     Q   So is this different from the process that
15  you described that you used where you add a tracer to a
16  particular drug, or is it the same process?
17        MR. WOOD:  Objection as to form.
18        THE WITNESS:  What do you mean the same
19  process?
20        BY MS. PFEIFFER:
21     Q   You described to me earlier that what you do
22  in following these is you attach a tracer, some

Page 176

1  radioactive material, to the drug that hits the
2  direction you are trying to determine when you are
3  doing research and that you used a tracer so that you
4  can follow the drug.  When you refer to a surrogate
5  radial-labelled aerosol sulfur colloid, does that mean
6  that there was actually no insulin attached to the
7  sulfur collide, or is this the same kind of technique
8  that you used?
9        MR. WOOD:  Objection as to form.
10        THE WITNESS:  No.  In a lot of these
11  experiments, there was no insulin in that set of
12  measurements that she did.
13        BY MS. PFEIFFER:
14     Q   Is that standard practice?
15        MR. WOOD:  Objection as to form.
16        THE WITNESS:  It would be a method utilized
17  to allow you to make a statement about your delivery
18  system about how much you potentially could get into
19  the lung.
20        BY MS. PFEIFFER:
21     Q   What characteristics does the surrogate need
22  to have in order for you to validly infer the behavior

Page 177

1  of the drug that it's using it as a surrogate for?
2      A   It would have to release an aerosol that has
3  the same aerosol characteristics as your aerosol of
4  interest.  So she used -- Laube used the same aerosol
5  delivery system for her sulfur colloid in saline as she
6  did when she delivered her insulin to her subjects.
7      Q   And what are those characteristics?
8      A   The particle size; distribution of the
9  aerosol would give -- would be the same or similar
10  enough.
11     Q   So you are looking for an aerosol with the
12  same respirable fraction as the insulin.  Is that what
13  you are saying?
14        MR. WOOD:  Objection as to form.
15        THE WITNESS:  The same -- one could hope that
16  it gives you the same respirable fraction and expect
17  that it would expect that it would give you the
18  same median diameter.
19        BY MS. PFEIFFER:
20     Q   And then the last thing I want to ask you
21  about before we break is the last sentence which says,
22  Further, it was known as of January 29, 1993, that at

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 178 |
| --- |

1  least a portion of the insulin particles inhaled into
2  the lungs would be absorbed into the bloodstream.
3       And I ask you after the break to show me
4  where in Laube that exists.  But right now I just want
5  to ask you how much.
6    A   You mean a portion.  You want me to define a
7  portion?
8    Q   Yeah.  What portion would be absorbed?  What
9  was known?
10   A   I would have to --
11      MR. WOOD:  Objection as to form.
12      THE WITNESS:  I would have to look at her
13  data to remember that number.
14  BY MS. PFEIFFER:
15   Q   And that's the only study that you are aware
16  of that deals with this issue as we sit here today?
17      MR. WOOD:  Objection as to form.
18      THE WITNESS:   Which issue are we talking
19  about?
20      BY MS. PFEIFFER:
21   Q   The issue of at least a portion of the
22  insulin particles inhaled into the lungs being absorbed

| Page 179 |
| --- |

1  into the bloodstream.
2    A   I think there were some earlier animal
3  studies that I quoted in my list or that would have
4  been reviewed in a review article to indicate that
5  giving insulin by inhalation or into the lung would
6  cause or allow one to measure a signal in the blood.
7    Q   Measure what in the blood?
8    A   A signal -- insulin signal in the blood.
9    Q   Does Laube provide a way to determine what
10  portion of the insulin particles inhaled into the lungs
11  would be absorbed into the bloodstream?
12   A   Laube provides an estimate of the total lung
13  deposition from her system, which she determined from
14  her sulfur colloid measurements.  And then she applies
15  that percentage, is my understanding, to her
16  experiments with insulin in the same nebulizer.  And
17  she measures blood levels following the delivery.
18   Q   And do you know whether that gave her a
19  reproducible amount of insulin surrogate in the
20  bloodstream?
21      MR. WOOD:  Objection as to form.
22      THE WITNESS:  There would be no surrogate for

| Page 180 |
| --- |

1  insulin in the bloodstream.
2      BY MS. PFEIFFER:
3    Q   So you are telling me that sulfur colloid
4  doesn't end up in the bloodstream?
5    A   That's correct.
6    Q   So all that she knows about the sulfur
7  colloid is where it is deposited in the lungs and not
8  how much of it ends up in the bloodstream?
9    A   Unless she took the blood levels and fed them
10  into a model to allow her to estimate that
11  information.  And I don't know about that.
12      MS. PFEIFFER:  All right.  I think we can
13  break now.  Thank you.
14      (A recess was held.)
15      (Dolovich Exhibit No. 9, marked for
16  identification.)
17      BY MS. PFEIFFER:
18   Q   Ms. Dolovich, before we broke, we were
19  talking about the last sentence of paragraph 15 of your
20  report, which is Exhibit 1.  Can you show me where in
21  the Laube reference there is support for the statement
22  that at least a portion of insulin particles inhaled

| Page 181 |
| --- |

1  into the lungs would be absorbed into the bloodstream?
2    A   It is either in this patent or it is in
3  the --
4    Q   This patent being Exhibit 9?
5    A   Uh-huh, yes.  Let me just see if it is here.
6  So she describes the method in column seven and then
7  going over into column eight.  And she says around line
8  16, "Mean values for blood glucose levels, blood
9  insulin levels, and average time to peak were
10  obtained."  And then she -- in Table 2, it straddles
11  columns nine and ten.  She is referring to peak insulin
12  level in standard units -- international units.  And
13  then she has examples of -- compares the blood insulin
14  levels prior and subsequent to insulin inhalation.
15   Q   Can you determine from the information in
16  Laube what portion was absorbed into the bloodstream?
17   A   Laube did two things prior to administering
18  her insulin to her subjects.  The first thing she did
19  was she characterized her nebulizer in terms of her
20  surrogate.  Actually, that might be the second thing.
21      The first thing she did was she had each
22  subject inhale insulin from that system through an

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

Page 182

1  absolute filter.  And so she gauged what they would
2  inhale over the specified inhalation protocol and what
3  percentage of the loaded dose in the nebulizer they
4  would inhale into the mouth.  So she had an idea of the
5  efficiency of delivery from what was loaded to what was
6  available to the mouth.  And that's the term the
7  emitted dose.
8        Then she used her tech sulfur colloid to
9  estimate what percentage would get into the lung,
10  again, using each of those subjects.  And so she could
11  have said, I have 40 percent of my dose on filter.  Of
12  that 40 percent, say, 20 percent would be deposited in
13  the lung.  So that would be 8 percent of the payload,
14  .4 times .2.  And then she gave her insulin, according
15  to a specific protocol for each subject, and then
16  measured blood levels.
17        So I don't know whether she took the emitted
18  dose time the deposition fraction and said, This is a
19  percentage that I got into the lung and this is what I
20  picked up in the blood.  I don't know whether she said,
21  This is what is absorbed.
22     Q   So the answer is, you can't tell from Laube

Page 183

1  what portion that was inhaled was absorbed?
2        MR. WOOD:  Objection as to form.
3        THE WITNESS:  I can only tell what portion
4  was inhaled and deposited.  And then there is always
5  the possibility, not by myself, but of her then taking
6  her blood levels and translating that into what was
7  absorbed.
8        BY MS. PFEIFFER:
9     Q   But, again, from this reference you don't
10  know that?
11     A   No, no, unless I reread it and could see
12  where she did that.  But I don't think she did.
13     Q   And you have focused paragraph 15 on
14  depositing insulin in the lung; is that correct?
15        MR. WOOD:  Objection as to form.
16        THE WITNESS:  Well, in the last sentence of
17  that paragraph, I make the statement that a portion of
18  the insulin particles inhaled into the lungs would be
19  absorbed into the bloodstream, as she demonstrated.  So
20  that would be deposition and absorption.
21        BY MS. PFEIFFER:
22     Q   And those two things are different; is that

Page 184

1  right?
2     A   Well, they are two separate processes.
3     Q   And they result in different amounts of
4  insulin being available in the bloodstream and into the
5  lungs?
6        MR. WOOD:  Objection as to form.
7        THE WITNESS:  How would you make that
8  statement?
9        BY MS. PFEIFFER:
10     Q   I am asking you.  If you deposit a certain
11  amount of insulin in the lungs, the same amount of
12  insulin doesn't show up in the bloodstream, does it?
13     A   I don't know.  I am not saying that it
14  would.  I am not saying that it wouldn't.  I am saying
15  I don't have the data to say that it would be so black
16  and white.
17     Q   And so you don't know what portion of the
18  insulin would show up in the bloodstream?
19        MR. WOOD:  Objection as to form.
20        THE WITNESS:  I have not made those
21  calculations based on her data.
22        BY MS. PFEIFFER:

Page 185

1     Q   The answer is no?
2     A   Based on Laube's data.
3     Q   The answer is no?
4        MR. WOOD:  Objection as to form.
5        THE WITNESS:  The answer is no.
6        BY MS. PFEIFFER:
7     Q   The answer is no.
8     A   Yes.
9     Q   When you shake your head, the court reporter
10  can't take your answer.  She is a genius in most ways,
11  but not that way.
12     A   So the answer would be no.
13        MS. PFEIFFER:  I am going to ask her to mark
14  as Exhibit 10 an article by Laube.
15        (Dolovich Exhibit No. 10, marked for
16  identification.)
17        BY MS. PFEIFFER:
18     Q   It is entitled Proving the Efficacy of
19  Insulin Delivered Through the Lungs as an Aerosol.
20     A   Uh-huh.
21     Q   I would like to direct you to page 168, which
22  is the next to last page of the article.  The last

47 (Pages 182 to 185)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                          February 12, 2008
                         Alexandria, VA

| Page 186 | Page 188 |
|---|---|

Page 186

1  paragraph says, Additional studies are necessary to
2  prove the efficacy of insulin delivered through the
3  lungs as an aerosol.  The next step should be to
4  determine the effective dose of aerosolized insulin to
5  normalized blood glucose levels after a meal and to
6  investigate whether the effectiveness of the dose and
7  covering meals of similar glycemic potential varies
8  throughout the day.  Questions concerning the safety of
9  chronic administration of aerosolized insulin through
10 the lungs also needs to be answered.  The
11 reproducibility of the glucose response during periods
12 of fasting and after meals is unknown.
13     Did I read that correctly?
14  A   Uh-huh.
15  Q   What do you understand her to mean by the
16 reproducibility of the glucose response during the
17 periods of fasting and after meals is unknown?
18     MR. WOOD:  Objection as to form.
19     THE WITNESS:  I think that when you are --
20 well, first of all, what she is seeing, that the
21 reproducibility of the response when a person is
22 fasting versus when they have eaten was not known at

Page 187

1  that time for inhaled insulin.
2      BY MS. PFEIFFER:
3   Q   As well as the reproducibility of the
4  response after eating.  Is that not correct?
5   A   And after meals.
6   Q   She says both of those.  So this was early
7  days.  This was in 1992?
8   A   Early days for making -- for developing this
9  means of treating diabetes with inhaled insulin.  So as
10 with subcu, a lot of things were unknown and then
11 worked out.  And my interpretation of her sentence, she
12 is just saying that more information is needed.
13  Q   To be able to reproduce the glucose response?
14     MR. WOOD:  Objection as to form.
15     THE WITNESS:  More measurements are required
16 to assure one that the glucose response would be
17 reproducible, given same patient, given same dose,
18 given the same status, all of those things.
19     BY MS. PFEIFFER:
20  Q   Okay.  If you skip down one sentence in that
21 same lead-over paragraph on top of page 169 it says,
22 Furthermore, the site of absorption (i.e., alveoli,

Page 188

1  small airways, or lymphatics needs to be identified).
2      Did I read that correctly?
3   A   Yes, you did.
4   Q   And how do you understand that statement?
5   A   That it had -- well, there was no information
6  to say specifically where the site of absorption was.
7  In other words, was it all from the alveoli surface;
8  all from the small airways; combination of the two;
9  what percentage on each surface.
10  Q   And what does the reference to lymphatics
11 mean?
12     MR. WOOD:  Objection as to form.
13     THE WITNESS:  That's a drainage system in the
14 body that takes fluid away.  And that can -- particles
15 can be picked up by the lymphatic circulation once they
16 get out of the airway.
17     BY MS. PFEIFFER:
18  Q   So out of the bloodstream?
19  A   Or out into the alveoli, uh-huh.
20  Q   Then the next sentence says, Finally, it is
21 not known if the insulin that is inhaled is the
22 effective agent in lowering plasma glucose or if the

Page 189

1  effect is the result of a metabolite created during the
2  absorption process.
3      Did I read that correctly?
4   A   Yes, you did.
5   Q   Do you have a present understanding of what
6  that sentence means?
7   A   I have a general understanding.
8   Q   Can you tell me what it is?
9   A   That she is understanding that there are
10 metabolites of insulin that are produced from the
11 insulin molecule and whether it is those that, in fact,
12 are effective in lowering glucose as opposed to the
13 insulin molecule itself.
14  Q   All right.  Can you refer now to paragraph 16
15 of your opinion?  Oh, I am sorry.  I did it again.  In
16 15 where you say, "I disagree that one of ordinary
17 skill in the art would not expect the Velasquez sheet
18 material to reproducibly deliver sufficient amounts of
19 insulin to treat diabetes merely because of the
20 molecular differences between insulin and the other
21 drugs identified by Velasquez," what did you mean by
22 one of ordinary skill in the art?

                                        48  (Pages 186 to 189)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                          Alexandria, VA

| Page 190 |
|---|
| 1   A  I think the Dr. Crystal has a definition for |
| 2  one of ordinary skill in his report.  And so I read |
| 3  that definition and used it in that context. |
| 4   Q  So you mean the same thing that Dr. Crystal |
| 5  meant? |
| 6   A  I believe so, yes. |
| 7   Q  All right.  Looking at 16 then, again, you |
| 8  say what you are responding to.  It says, I have been |
| 9  asked to respond to Dr. Crystal's opinion expressed in |
| 10  paragraphs 53 and 54 of his expert report that quote, a |
| 11  person of ordinary skill in the art could not |
| 12  experiment with insulin powder suggested in Velasquez |
| 13  and used in conjunction with the inhaler taught in |
| 14  Schenk, to determine the claimed, single quote, 2-10, |
| 15  closed single quote, range or to lower or control |
| 16  glucose levels, closed quote. |
| 17       Did I read that correctly? |
| 18   A  Uh-huh. |
| 19   Q  And then you say that you disagree with that |
| 20  statement; is that correct? |
| 21   A  That's what it says, yes. |
| 22   Q  And do you, sitting here today, continue to |

| Page 191 |
|---|
| 1  disagree with that statement? |
| 2   A  Yes, I do. |
| 3   Q  The next sentence in paragraph 16 says, A |
| 4  person of ordinary skill in the art, as Dr. Crystal |
| 5  defines it, would certainly be familiar with methods |
| 6  for determining dose in existence by January 29, 1993, |
| 7  and would have the laboratory skills to implement those |
| 8  methods. |
| 9       Did I read that correctly? |
| 10   A  Yes, you did. |
| 11   Q  What methods were you referring to? |
| 12   A  Methods of being able to characterize an |
| 13  aerosol, such as I described earlier using a cascading |
| 14  factor, methods for capturing the emitted dose. |
| 15   Q  Sorry.  Did you say for capturing the emitted |
| 16  dose? |
| 17   A  Yes. |
| 18   Q  Anything else? |
| 19   A  Those were the -- and methods for assaying |
| 20  drugs. |
| 21   Q  What do you mean by assaying drugs? |
| 22   A  Measuring the drug quantity.  So each drug |

| Page 192 |
|---|
| 1  has a wavelength at which it will absorb light, for |
| 2  example.  And you use that approach through a machine |
| 3  called a spectrophotometer, an ultraviolet light |
| 4  spectrophotometer.  And you get your sample, dissolve |
| 5  it, put it in a spectrophotometer.  And it measures |
| 6  quantity.  It measures concentration.  And you |
| 7  translate that concentration into an absolute quantity |
| 8  of the drug. |
| 9   Q  When you say an absolute quantity of the |
| 10  drug, do you mean the amount of drug that goes into the |
| 11  inhaler? |
| 12   A  The amount of drug that you have sampled. |
| 13   Q  Where have you sampled it from? |
| 14   A  You have sampled it into your impactor.  So |
| 15  it is sampled on different plates of the impactor, so |
| 16  to speak.  And those plates are washed off with |
| 17  solvent, and the drug assayed.  So that's one way of |
| 18  quantifying the amount of drug in each size range |
| 19  within your aerosol. |
| 20       And then if you captured the emitted dose, |
| 21  you would do the same thing.  You would wash your |
| 22  sampling tube with solvent.  You might have to dilute, |

| Page 193 |
|---|
| 1  but you would end up being able to measure a quantity |
| 2  of drug that would be what came out of the inhaler when |
| 3  it was dispensed -- the dose was dispensed. |
| 4   Q  Okay.  And how would those methods enable you |
| 5  to determine the dose? |
| 6       MR. WOOD:  Objection as to form. |
| 7       THE WITNESS:  I just described how. |
| 8       BY MS. PFEIFFER: |
| 9   Q  Is that the dose that needs to be given or |
| 10  the dose that was given? |
| 11       MR. WOOD:  Objection as to form. |
| 12       THE WITNESS:  It all depends what you are |
| 13  doing.  If you are looking at the in vitro properties |
| 14  of your delivery system with your drug in it, you would |
| 15  be measuring, you would be setting up the method on the |
| 16  bench in the laboratory, and collecting samples that |
| 17  would be indicative of your total dose and of the size |
| 18  fractions within the aerosol. |
| 19       If you recall, Dr. Laube used an absolute |
| 20  filter placed between the delivery system and the mouth |
| 21  of her subjects -- each subject.  They breathed the |
| 22  insulin, according to protocol she developed.  And she |

49 (Pages 190 to 193)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                February 12, 2008
                         Alexandria, VA

| Page 194 |
|---|

1    was able to assay the amount of insulin on her absolute
2    filter.  And that gave her an indication of how much
3    drug would be inhaled into the mouth.
4          BY MS. PFEIFFER:
5      Q    All right.  And then we had to go beyond that
6    to determine how much was deposited in the lung and
7    beyond that to determine how much, if any of that, was
8    absorbed into the bloodstream or otherwise affected the
9    glucose levels in the blood?
10     A    Right, correct.
11         MR. WOOD:  Objection as to form.
12         BY MS. PFEIFFER:
13     Q    So what's the -- that's what I am trying to
14   understand because, as I understand Dr. Crystal, he is
15   talking about using the Velasquez and Schenk to come up
16   with a range of drug dosage.  Is that how you
17   understood it?
18         MR. WOOD:  Objection as to form.
19         THE WITNESS:  I don't understand it that way.
20         BY MS. PFEIFFER:
21     Q    Well, why don't I just ask the question.
22   What do you think Dr. Crystal is saying in that portion

| Page 195 |
|---|

1    of his opinion that you quote in paragraph 16?
2      A    My interpretation of what Dr. Crystal is
3    saying is that a person of ordinary skill could not
4    experiment with insulin powder using a system, such as
5    described in Velasquez or in Schenk.  In other words, a
6    person of ordinary skill would not be able to go into
7    the laboratory with a pot of insulin powder and test
8    their inhaler or test their dose delivery system, their
9    dimple system with insulin.  That's what he is saying.
10     Q    That's your understanding?
11     A    Uh-huh.
12     Q    Why do you think he says, The experiment with
13   insulin powder suggested in Velasquez and used in
14   conjunction with the inhaler taught in Schenk.  How do
15   you understand that?
16         MR. WOOD:  Objection as to form.
17         THE WITNESS:  Velasquez describes a method of
18   providing multiple unit doses of powdered drug.  Schenk
19   describes several variations of a dry powder inhaler,
20   which can be filled.  It is a reservoir-type device
21   within a means of dipping into the reservoir to give
22   you a unit dose.  A unit dose is then carried through

| Page 196 |
|---|

1    the orifice.
2          I cannot claim to interpret what Ron Crystal
3    meant fully.  Was he saying that a scientist wouldn't
4    have the wherewithal to think I can deliver insulin
5    from my idea for an inhaler or my idea for a means of
6    providing multiple unit doses?  Is he saying -- is that
7    what he is saying?
8      Q    I am trying to understand what you understood
9    so I understand your response to it better.
10     A    Well, that's my understanding that he is
11   saying that a person of ordinary skill would not be
12   able to do that -- would not think of insulin as a
13   possibility, would not be able to do the measurements.
14   You know, that's -- I am using his words.
15     Q    What's your understanding of his words that I
16   am trying to understand myself so that I can better
17   understand your response?  And I guess, then, if
18   your -- so you are saying that a scientist having read
19   Velasquez and Schenk could go into the laboratory and
20   perform experiments using known protocols for testing
21   how much of an inhaled drug gets deposited into the
22   lungs.  You could do that with insulin?

| Page 197 |
|---|

1          MR. WOOD:  Objection as to form.
2          THE WITNESS:  I guess that's correct.  He --
3    there are in vitro measurements and there are in vivo
4    measurements.  And one can do either/or or both.
5          BY MS. PFEIFFER:
6      Q    You have addressed in your answer, I think,
7    only the in vitro measurement; is that right?
8          MR. WOOD:  Objection as to form.
9          THE WITNESS:  Yes, but I also mentioned
10   Dr. Laube, who I would define as a person of ordinary
11   skill, maybe even extraordinary skill.  And she
12   certainly was able to make in vitro and in vivo
13   measurements using insulin.
14         BY MS. PFEIFFER:
15     Q    Do you know whether Dr. Laube determined a
16   dosage that came within the 2 to 10 range of the
17   claims?
18     A    Dr. Laube determined the number of
19   inhalations each of her subjects would need to take
20   from her delivery system.  If you look at her data, she
21   mentions a range of inhalations between six and 13.  So
22   one subject might need six inhalations; another subject

                                    50  (Pages 194 to 197)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                            Alexandria, VA

| Page 198 | Page 200 |
|---|---|

Page 198

1  might need 13.  Another might need 8, 10, 11.  She
2  specifically measured the required dosage for each of
3  her subjects.
4        Now, she started out with a filled pot of
5  insulin at a standard concentration.  She did not
6  double that concentration, triple that concentration to
7  say that everybody would take the same number of
8  inhalations.  So she equalized the dose by varying the
9  number of inhalations subjects would need to take.
10       Now, one could approach it from the other way
11  and that you have your dose dimple, for example.  And
12  due to the inefficiencies of your delivery system, you
13  may need to put in twice as much powder or 10 times as
14  much powder in order to equalize the dose available at
15  the mouth.
16       So it is an approach.  Both approaches are
17  used to deliver what -- you try to deliver the same
18  dose of drug to your subjects.  You deliver at the
19  mouth, let's say.  And then from there, the patient
20  takes over.
21    Q   And where in Laube do you see a teaching of
22  the 2 to 10 range in the patent claims?  Maybe we

Page 199

1  should look at what those are.
2        MR. WOOD:  Objection as to form.
3        MS. PFEIFFER:  I am going to ask the court
4  reporter to have that marked as Exhibit 11.
5        (Dolovich Exhibit No. 11, marked for
6  identification.)
7        BY MS. PFEIFFER:
8    Q   Exhibit 11 is a document entitled Amendment
9  After Final.  Have you seen this document before,
10  Ms. Dolovich?
11    A   Yes, I have.
12    Q   And is this one of the things that you
13  reviewed in forming your opinion?
14    A   Yes.
15    Q   Directing your attention to Claim 22, which I
16  think is one that you actually quote in your opinion,
17  paragraph B refers to the 2 to 10 range.  Is that the
18  2 to 10 range that you also referred to in paragraph 16
19  of your opinion?
20    A   Uh-huh, yes.
21    Q   And the claim, then, is a method for treating
22  diabetes mellitus in a patient comprising steps of, A,

Page 200

1  supplying a predetermined amount of dry insulin powder
2  to an inhalation device; B, releasing a pressurized gas
3  over the predetermined amount of dry insulin powder to
4  create an aerosolized suspension comprising powder
5  suspended in air, wherein the aerosolized suspension
6  contains an amount of insulin that is 2 to 10 times
7  higher than the amount needed to be absorbed in the
8  bloodstream of the patient.
9        Did I read that correctly?
10    A   Uh-huh.
11    Q   For A and B?
12    A   Uh-huh.
13    Q   So can you explain to me how it is that using
14  the methods that you just described to me a person of
15  ordinary skill in the art would be able to determine
16  that the suspension you use to contain an amount of
17  insulin that is 2 to 10 times higher than the amount
18  needed to be absorbed in the bloodstream of the
19  patient?
20        MR. WOOD:  Objection as to form.
21        THE WITNESS:  Well, we are talking about the
22  inefficiency of the delivery system, number one, and

Page 201

1  the ability to normalize for that inefficiency by
2  loading it with different amounts of insulin and that
3  you might have a system that is 10 percent efficient or
4  a system that is 50 percent efficient.  But in order to
5  normalize so that the patient will have available to
6  them at the mouth a similar dose -- the same dose from
7  the delivery system, you would adjust the amount of
8  drug put in the system.
9    Q   But how would you -- how would you have
10  identified from the methods that you have described
11  that the desirable range was 2 to 10 times higher than
12  the amount need to be absorbed?
13        MR. WOOD:  Objection as to form.
14        THE WITNESS:  Well, as Velasquez did in his
15  patent in his designing of his system, he varied the
16  depth of the dimple containing the powder, I think, two
17  or threefold and measured the amount of drug released
18  from that dimple and the respirable portion of that
19  dose.
20        So let's say, for example, a company using
21  his method of providing multiunit doses decided to use
22  a dimple that was in the middle, the mid value, which I

51 (Pages 198 to 201)

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
Alexandria, VA

| Page 202 |
|---|

1  can't remember.  I think it is 28 micrometers in
2  depth.  So they would fill it with enough insulin to
3  get a dose out that would be useful for treatment.
4      Let's say another company decides to use a
5  similar method in their system but they are saying, I
6  am going to make the dimple 14 micrometers in depth for
7  whatever reason.  And, therefore, I would need a
8  different amount of insulin released in order to get
9  the same dose as my competitor.  That would be one
10  trail of thought that one could follow.
11      So what I am saying to you is that the 2 to
12  10 times higher is a range based on efficiency of
13  delivery from changes in the parameter in your design
14  and would not be -- it would be a way of taking into
15  account the inefficiency of a delivery system for
16  providing a useful aerosol.  And it would work for
17  insulin.  It would work for a bronchodilator.
18      BY MS. PFEIFFER:
19      Q    So it wouldn't matter what the actual drug
20  being delivered was?
21      MR. WOOD:  Objection as to form.
22      THE WITNESS:  That approach could be a

| Page 203 |
|---|

1  universal approach -- a generic approach.
2      BY MS. PFEIFFER:
3      Q    And that -- I guess I am still not
4  understanding how -- you are saying that -- how it gets
5  you to a 2 to 10 times higher -- a dose that's 2 to 10
6  times higher than the amount needed to be absorbed.
7  You are telling me that you are working from the
8  inefficiency of your delivery device.  And we know that
9  that goes to -- doesn't get into your lungs.
10      A    Uh-huh.
11      MR. WOOD:  Objection as to form.
12      BY MS. PFEIFFER:
13      Q    But we have also talked today about all of
14  the other complexities that it takes to get from being
15  deposited in your lungs into your bloodstream.
16      A    Uh-huh.
17      Q    And I believe we just saw in Laube that she
18  couldn't tell you exactly how much.  She didn't have a
19  reproducible way of getting insulin into the lung?
20      MR. WOOD:  Objection as to form.
21      THE WITNESS:  No, she doesn't say that.
22  Where does she say that she doesn't have a reproducible

| Page 204 |
|---|

1  way of getting into the lung?
2      BY MS. PFEIFFER:
3      Q    Well, if we can look back into Exhibit 10 at
4  the very bottom of 168 to 169, she says, The
5  reproducibility of the glucose response during periods
6  of fasting and after meals is unknown.
7      A    Uh-huh.
8      Q    So that method doesn't tell you how much
9  glucose you are going to have in the blood.  Is that
10  not correct?
11      MR. WOOD:  Objection as to form.
12      THE WITNESS:  When you are providing a method
13  for delivering a drug aerosol to the lung -- and
14  insulin is a drug that needs a lot of information about
15  it -- you want to repeat the measurements on an
16  individual a number of times -- three times, four
17  times, 10 times.  You have a statistical means of
18  determining what would give you valid information.
19      Her experiments were done once in each
20  individual -- actually, twice in two people with a
21  different quantity.  And so she did not take the same
22  individual, expose them five times to the same aerosol

| Page 205 |
|---|

1  to get a mean and standard deviation of their response
2  while fasting and while eating.  And so that's what she
3  is referring to.  In 1962 when this paper was
4  written --
5      BY MS. PFEIFFER:
6      Q    It is 1992.
7      A    Sorry.  1992.  She had not collected that
8  data.  So you would, as an investigator, as a drug
9  company, as a reviewer at the FDA not approve of a
10  system without data on reproducibility.  And in vitro
11  reproducibility would be one aspect.  And in vivo
12  reproducibility with real live people would be
13  another.  So she is just commenting that we need that
14  data.  We need data on reproducibility under different
15  scenarios for the diabetic patient to produce
16  information that would be acceptable on many levels.
17      Q    And you would need such information in order
18  to be able to treat a diabetic; is that right?
19      MR. WOOD:  Objection as to form.
20      THE WITNESS:  That would be the end product,
21  sure -- the end reason.  You know, a physician treating
22  a patient with inhaled insulin would want to know that

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                           February 12, 2008
                        Alexandria, VA

| Page 206 |
|---|

1  information.
2      BY MS. PFEIFFER:
3      Q   So you couldn't treat a patient with diabetes
4  without knowing that you could give a reproducible dose
5  to that patient; is that correct?
6      MR. WOOD:  Objection as to form.
7      THE WITNESS:  You wouldn't treat a patient
8  with inhaled insulin without, one, knowing that the
9  system will reproducibly give you the dose; and, two,
10 that the patient responds under the same set of
11 conditions would be reproducible.
12     BY MS. PFEIFFER:
13     Q   Okay.  So the -- what's your understanding of
14 the function of the 2 to 10 limitation in Claim 22?
15     MR. WOOD:  Objection as to form.
16     THE WITNESS:  My understanding is that it is
17 a way of normalizing the dose administered.
18     BY MS. PFEIFFER:
19     Q   What do you mean by normalizing?
20     A   Equalizing or understanding that one system
21 would give you -- if one system has an efficiency of
22 10 percent, if one system as an efficiency of

| Page 207 |
|---|

1  50 percent, that in order to have this situation where
2  both are delivering to the mouth the same amount of
3  drug, you would need to adjust the amount put into the
4  system.
5      Q   But looking at it that way, that just means
6  that you would get a certain amount into the mouth;
7  isn't that correct?
8      A   Uh-huh, yep.
9      Q   What does that tell you about how much of
10 that is going to be absorbed into the bloodstream of
11 the patient as required by Claim 22?
12     MR. WOOD:  Objection as to form.
13     THE WITNESS:  Well, let's say that you have
14 System A and System B.  And you have adjusted the
15 amount so that what comes out of the system that would
16 be inhaled into the mouth is the same.  And you are
17 dealing with the same person.  So you would anticipate
18 or expect that having given the same amount of drug
19 from System A and System B that it would be inhaled,
20 deposited in the same way, and absorbed into the
21 bloodstream in the same percentage.  So that you are
22 dealing -- you are, I will say normalizing again,

| Page 208 |
|---|

1  because that is the term that's used, what you are
2  administering to the patient.
3          You are not saying that if I had System A and
4  System B and I didn't adjust for the inefficiency of
5  the delivery system that I am going to get the same
6  amount into the bloodstream.  I am not saying that at
7  all.  I am saying that once you provide the same dose
8  to the mouth -- same patient, same conditions -- you
9  would expect the response to be the same.
10     Q   The next sentence in here of paragraph 16 of
11 your opinion says, In doing so, a person of ordinary
12 skill in the art could safely expose humans to
13 inhalable insulin and thereby determine both the 2 to
14 10 range and how to adjust the dose to lower or control
15 glucose levels to treat diabetes.
16     A   Uh-huh.
17     Q   Can you explain what you mean in that
18 sentence?
19     A   Well, let's take Laube as an example.  And
20 she determined what the individual dose would be for
21 each of her subjects from her delivery system.  And
22 that dose varied in order to give her what she wanted a

| Page 209 |
|---|

1  certain level of dosage to be administered.  And so she
2  used the number of breaths from her system to be able
3  to do that.
4          And so she was able to take her system and
5  expose patients to insulin and got measurements of the
6  deposition and amounts absorbed in the blood -- at
7  least plasma levels -- to show that the drug was
8  getting from the lung into the blood.
9      Q   Have you, yourself, ever determined a dose to
10 be given to a diabetic -- a dose of insulin?
11     A   No, I haven't.
12     Q   So you have never actually used any of these
13 methods that were in existence by January 29, 1993, in
14 your laboratory skills to come up with a dose of
15 insulin per patient?
16     MR. WOOD:  Objection as to form.
17     THE WITNESS:  I wasn't working with insulin
18 in 1992 or whenever it was you just mentioned.
19     BY MS. PFEIFFER:
20     Q   January 29, 1993?
21     A   Yeah.
22     Q   And you haven't done so since?

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 210 | Page 212 |
|---|---|
| 1    A    No.  We have -- as I said, we have an ongoing | 1   question is, no, you have not determined dosage? |
| 2   dog study using inhaled insulin. | 2        MR. WOOD:  Objection as to form. |
| 3    Q    And have you come up with a dose to treat the | 3        THE WITNESS:  I have not determined clinical |
| 4   dogs to maintain particular glucose levels in their | 4   dosage for treatment. |
| 5   blood as a result of having done those experiments? | 5        BY MS. PFEIFFER: |
| 6    A    We are not treating the dogs.  We are giving | 6    Q    Okay.  Do you know the type of persons to |
| 7   the dogs an insulin tracer measuring insulin levels in | 7   whom Laube administered insulin in the experiment that |
| 8   the blood and measuring glucose levels. | 8   is embodied in her patent and in Exhibit 10? |
| 9    Q    So the answer is you haven't determined a | 9        MR. WOOD:  Objection as to form. |
| 10   dose you would use with dogs or humans; is that right? | 10        THE WITNESS:  She had two normal subjects, |
| 11        MR. WOOD:  Objection to form. | 11   and she had six subjects with non-insulin dependent |
| 12        THE WITNESS:  Not with dogs. | 12   diabetes. |
| 13        BY MS. PFEIFFER: | 13        BY MS. PFEIFFER: |
| 14    Q    Or humans? | 14    Q    So each of those subjects produced their own |
| 15    A    Well, we haven't progressed to the human | 15   insulin; is that correct? |
| 16   study. | 16    A    Produced their own insulin? |
| 17    Q    So the answer is no? | 17    Q    Yes. |
| 18        MR. WOOD:  Objection as to form. | 18    A    You mean naturally? |
| 19        THE WITNESS:  No. | 19    Q    Naturally in biological ways? |
| 20        BY MS. PFEIFFER: | 20    A    Yes. |
| 21    Q    Have you used these laboratory methods and | 21    Q    So did Laube isolate from the glucose levels |
| 22   skills to determine a proper dose for any other drug | 22   that she tested insulin that was produced naturally by |

| Page 211 | Page 213 |
|---|---|
| 1   for humans? | 1   the patient and insulin that may have come from the |
| 2        MR. WOOD:  Objection to form. | 2   inhalation? |
| 3        THE WITNESS:  It wouldn't be my place to | 3        MR. WOOD:  Objection as to form. |
| 4   determine a dose for treatment.  It would be my -- my | 4        THE WITNESS:  I don't know.  I don't know. |
| 5   laboratory could measure efficiency of the delivery of | 5        BY MS. PFEIFFER: |
| 6   different delivery devices, the way drugs -- how much | 6    Q    And she doesn't address that issue in her |
| 7   of a drug is deposited into a lung; whether it is | 7   patent, does she? |
| 8   deposited in the central airways versus the very | 8        MR. WOOD:  Objection as to form. |
| 9   peripheral parts of the lung that I can see; sometimes | 9        THE WITNESS:  I don't think she does.  She |
| 10   clinical response. | 10   does not. |
| 11        So I would not be asked to determine a dose | 11        BY MS. PFEIFFER: |
| 12   for treatment.  I would be asked to comment on | 12    Q    And going back to paragraph 16, how would the |
| 13   efficiencies of delivery of System A versus System B. | 13   use of the methods and laboratory skills that you |
| 14   And, therefore, if you had a system that was twice as | 14   identify enable a person of ordinary skill to safely |
| 15   efficient, then one would say you could put in half the | 15   expose humans to inhalable insulin? |
| 16   dosage you would in another system in order to get the | 16        MR. WOOD:  Can I have the question read |
| 17   same amount. | 17   back? |
| 18        BY MS. PFEIFFER: | 18        (The record was read back as follows: |
| 19    Q    In order to get the same amount of the drug | 19        "Q: And going back to paragraph 16, how would |
| 20   delivered -- | 20        the use of the methods and laboratory skills |
| 21    A    To the mouth, yes. | 21        that you identify enable a person of ordinary |
| 22    Q    -- to the mouth.  So the answer to my prior | 22        skill to safely expose humans to inhalable |

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
Alexandria, VA

| Page 214 |
|---|

1      insulin?")
2          MR. WOOD: Objection as to form. Asked and
3      answered.
4          THE WITNESS: Well, I think that, as I said
5      earlier, Laube would be definitely a person of ordinary
6      skill, maybe extraordinary skill. She did her
7      homework, so to speak. She had physicians as part of
8      her research team. They had approvals to administer
9      insulin by the inhaled route as preliminary
10     investigations. And she did her experiment.
11         BY MS. PFEIFFER:
12     Q    And did she come up with a safe dosage of
13     insulin for treating people with diabetes?
14     A    That was not her point at that time to come
15     up with a safe dose for treating diabetes. She came up
16     with a dose that was comparable to -- I think she lists
17     in her patent a certain number of units per kilogram
18     that had been used clinically. And she was doing
19     experiments to show that if she could administer that
20     level of dosage of insulin, then she would be able to
21     detect it in the blood of her subjects and thereby
22     saying she was able to deliver insulin, deposit it in

| Page 215 |
|---|

1      the lung, have whatever percentage of it absorbed, and
2      detect it in the blood.
3          Q    But you are referring to Laube as authority
4      for your statement that a person of ordinary skill
5      could safely expose humans to inhalable insulin thereby
6      determining both the 2 to 10 range of dosage and how to
7      adjust the dose to lower or control glucose levels to
8      treat diabetes, are you not?
9          MR. WOOD: Objection as to form.
10         THE WITNESS: Those are Dr. Crystal's words.
11         BY MS. PFEIFFER:
12     Q    Yes, but they are your words because you have
13     adopted them and said that a person of ordinary skill
14     could do that?
15     A    Uh-huh.
16     Q    And the only evidence that you are offering
17     me is Laube, who you say did not attempt to adjust the
18     dose to control glucose levels to treat diabetes?
19         MR. WOOD: Objection as to form.
20         THE WITNESS: I think if you read her patent,
21     she -- in fact, one of her statements in the patent was
22     that she wanted to be able to lower glucose levels and

| Page 216 |
|---|

1      she did.
2          BY MS. PFEIFFER:
3          Q    To treat diabetes?
4          A    Yes. I mean, but, no, it is a leap from a
5      laboratory set of experiments to saying treat. When
6      you say treat, she is not a physician. She is
7      providing information that would say inhaled insulin
8      could be a useful method for treating patients with
9      diabetes. It can be delivered to the lung. It can be
10     absorbed from the lung. It can be picked up in the
11     blood. It can lower glucose levels.
12     Q    Well, that has been known since 1925, hasn't
13     it?
14         MR. WOOD: Objection as to form.
15         THE WITNESS: Not by the inhaled route.
16         BY MS. PFEIFFER:
17     Q    It hasn't? You have never read Gonzway?
18         MR. WOOD: Objection as to form.
19         THE WITNESS: In 1925?
20         BY MS. PFEIFFER:
21     Q    Yes.
22     A    No, I have not.

| Page 217 |
|---|

1          Q    Are you aware of any medical ethics issues
2      that would arise from using the methods and laboratory
3      skills that you identified to determine dosing for
4      treatment of diabetes?
5          A    I suppose if one's laboratory didn't have
6      validated equipment, didn't have equipment that was
7      calibrated, your numbers could be wrong.
8          Q    And we talked earlier in the day about the
9      risks to the patient of getting the dose of insulin
10     wrong, right?
11     A    Uh-huh.
12     Q    Can you, since you have Laube in front of
13     you, tell me where in Laube you find information that
14     suggests the 2 to 10 range of Claim 22?
15     A    I think, as I said earlier, her approach to
16     taking into account inefficiencies of delivery of
17     variability of delivery to the mouth was to adjust the
18     number of doses given so that she would be exposing her
19     patients -- her subjects to the same dose of the
20     mouth.
21         Now, she -- the 2 to 10 range was given in
22     Velasquez, I believe.

55 (Pages 214 to 217)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                February 12, 2008
                        Alexandria, VA

| Page 218 | Page 220 |
|---|---|

Page 218

1    Q   Okay.  Well, let's look at Velasquez, and you
2  can show me where in Velasquez that's suggested.
3    A   I may be getting my patents mixed up.
4    Q   I am going to ask the court reporter to mark
5  Exhibit 12.
6        MR. WOOD:  Sometime before four, if we could
7  take a sub five-minute break.
8        MS. PFEIFFER:  If you want to do it now, this
9  would be a good time.  Take a quick break.
10       (A recess was held.)
11       (Dolovich Exhibit No. 12, marked for
12  identification.)
13       BY MS. PFEIFFER:
14   Q   I think we can go back on the record.  Ms.
15  Dolovich, if you wouldn't mind, I think before we left,
16  my request was that you look at Velasquez and show me
17  where in Velasquez there is support for the
18  2 to 10 range.
19   A   Velasquez talks in column five about
20  measurements that he has made on his prototype dosing
21  system.  So it is filling it with medication, depending
22  on the depth of his individual reservoirs of

Page 219

1  medication.  And he talks about the variable amount
2  released or retained on the sheet versus depression
3  depth.  And then he talks about respirable -- particles
4  in the aerodynamic diameter less than 6.4 and how that
5  varies with the depression depth.
6        So the amount retained on this sheet and the
7  amount versus depth of depression and the amount -- the
8  quality of that aerosol versus depth of depression.
9  And he comes up with a 5 to 15 percent variability for
10  the respirable size comparability.  It says, Two trends
11  result in the proportion of total medicament released,
12  and particles of respirable size remain generally
13  similar for the depression depth studied.  So based on
14  the amount of drugs, that is required in each of the
15  depressions of varying depth.
16       So if you take the numbers and translate them
17  into emitted dose, for example, and the percentage in
18  the respirable range, you come close to the 2 to 10.
19   Q   How do you do that?
20   A   Well, let's see.  You have got your first
21  depth of the 14 micrometers.  So 95 percent is retained
22  on the sheet material at 14 micrometers.  And I then

Page 220

1  interpreted that as being 5 percent released.
2    Q   Okay.
3    A   And of that 5 percent, 65 percent was in the
4  respirable range.
5    Q   Okay.
6    A   So that 5 percent of -- 65 percent of
7  5 percent gives you 3.75 -- I think that is correct --
8  percent.  And then you can do the same calculation,
9  say, for the -- he didn't give data for 45 micrometers
10  in depth.  He did give it for 37.  And so if you plot a
11  graph of the numbers, you might be able to interpolate
12  and get a value that you can use and do the same thing
13  and multiply that released times the respirable dose
14  fraction and get a number that would be indicative of
15  an upper range or range.
16   Q   Why would you do that?
17   A   Why would I do that?
18   Q   Why would you look at Velasquez and perform
19  the gyrations that you just performed?
20       MR. WOOD:  Objection as to form.
21       THE WITNESS:  Because you want to know the
22  variability and the dose available.  And that's, in my

Page 221

1  mind, the only way to do it.
2        BY MS. PFEIFFER:.
3    Q   The variability and the dose available?
4    A   Or the -- yes, the emitted dose.
5    Q   The dose available to what?  To the inhaler
6  or to the patient?
7    A   To the inhaler, if you were to incorporate
8  this as is into an inhaler.
9    Q   And why would you multiply the respirable
10  particle distribution times the amount of material
11  released?
12   A   To give you a dose.
13   Q   A dose of drug that's within the respirable
14  range?
15   A   Uh-huh.
16   Q   And you said that was 3 percent -- 3.75
17  percent.  I am very impressed you could do that in your
18  head, by the way.
19   A   Okay.
20   Q   And then going through each of the different
21  depths recited in Velasquez in the same way, you got
22  3.75 percent of the drug -- from 3.75 percent to what

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 222 | Page 224 |
|---|---|

Page 222

1  percent of the drug in the sheet material that was
2  available?
3      A    Yeah, there was another higher number.  I
4  just don't have it in my head at the moment.  But you
5  go through the same calculation.  You have got three
6  points, two of which overlap.  And then you take that
7  data, you can draw a graph, you can interpolate, and
8  come up with a number for the last one.  So it is a
9  means of just estimating what would be available if you
10 were to construct your dosing mechanism of depressions
11 that were 14 micrometers in depth or 37 micrometers in
12 depth.
13     Q    And what does that give you an estimate of?
14     A    It would give you an estimate of the
15 respirable dose.
16     Q    And how does that tell you how much you need
17 to administer if what's respirable ranges from
18 3.75 percent of the dose to -- I can't remember what
19 your top number was.
20     A    2.74 is not respirable range.  That is the
21 percentage of -- I mean, when you have talked before
22 about respirable range, you are talking micrometers.

Page 223

1      Q    Right.  But that's the percentage of the dose
2  that has particles within the respirable range; is that
3  right?
4      A    Uh-huh.  So he has stated that his respirable
5  range goes from 65 to 10 percent when he varies the
6  depth of his blister.
7      Q    Right.  And I am trying to understand how
8  that tells me that I need to use 2 to 10 times the
9  amount of insulin that I end up with in the
10 bloodstream?
11     A    Okay.  He is telling you that the efficiency
12 of delivery will vary depending on the final dimensions
13 of that dosing sheet.
14     Q    Yes.
15     A    And he is saying that that emitted dose goes
16 from 5 percent to 65 percent if he varies the depth
17 from 14 micrometers to 45 micrometers.  Of that
18 5 percent, 65 percent is in the respirable range.  And
19 of the 35 percent -- it doesn't give the portion, but
20 it could be less than 10 percent is in the respirable
21 range.
22     Q    Right.  And how do you translate that into a

Page 224

1  dose?
2      A    Well, dose is typically translated from
3  parameters such as this by multiplying the -- that's
4  the respirable dose.  The emitted dose times the
5  respirable fraction.  That gives you an idea of how
6  much of your drug, in fact, would be inhaled into the
7  lung.  It gives you your upper limit.
8      Q    And how does it tell you how much of it will
9  be absorbed into the bloodstream?
10     A    It doesn't.
11     Q    It doesn't.  So how does it tell you how much
12 drug you need to deliver to the inhaler relative to how
13 much drug is going to be in the bloodstream?
14         MR. WOOD:  Objection to form.
15         THE WITNESS:  You would need to do another
16 set of experiments using human subjects, taking this
17 delivery system, measuring the dose -- the emitted dose
18 at the mouth, deposition, and guesstimating or
19 estimating what percentage would get into the lung.
20         BY MS. PFEIFFER:
21     Q    And then from the lung into the bloodstream,
22 right?

Page 225

1      A    Well, as I said earlier, that's anybody's
2  guess at this point.  We are not saying that -- I am
3  not saying that I know what percentage of a drug
4  inhaled is actually picked up in the blood.  I am
5  saying only that drug inhaled and deposited in the lung
6  will appear in the blood in some portion of the
7  delivery dose.
8      Q    Will or may?
9          MR. WOOD:  Objection as to the form of the
10 question.
11         THE WITNESS:  It may.
12         BY MS. PFEIFFER:
13     Q    Did you review in connection with your
14 opinion the file wrapper for this application?
15         MR. WOOD:  Objection as to form.
16         THE WITNESS:  File wrapper for this
17 application?
18         BY MS. PFEIFFER:
19     Q    Did you review the complete file wrapper for
20 the application for the patent in this case?
21         MR. WOOD:  Objection to form.
22         THE WITNESS:  I don't believe I did.

57 (Pages 222 to 225)

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                        February 12, 2008
                        Alexandria, VA

| Page 226 | Page 228 |
|---|---|

Page 226

1        BY MS. PFEIFFER:
2     Q   Are you aware that the Patent Office relied
3  on Laube during the course of the prosecution of the
4  application?
5     A   No, I am not.
6     Q   And so you don't know that there was a
7  rejection of the claims, based on Laube, that was later
8  withdrawn by the examiner?
9        MR. WOOD:  Objection to the form of the
10 question.
11       THE WITNESS:  I can't -- no.
12       BY MS. PFEIFFER:
13    Q   All right.  Can we talk about paragraph 17.
14 And I think we may have already covered this in the
15 beginning when I asked you about Harrison.  But
16 paragraph 17 says, I also disagree with Dr. Crystal's
17 statement that quote, injectable dosing as taught in
18 Harrison has no relevance to and cannot be supplied to
19 inhalable insulin, closed quote.
20       Is that a correct reading?
21    A   Cannot be applied to.
22    Q   I'm sorry.  Applied to inhalable insulin,

Page 227

1  correct?
2     A   Yes.
3     Q   And then you go on to state, For example, the
4  doses administered by subcutaneous injection that are
5  discussed in Harrison, or some fraction thereof,, would
6  suggest a stating point for the administration of
7  inhalable insulin, closed quote.  Is that correct?
8     A   Yes, you read that correctly.
9     Q   Okay.  Now, what fraction of the doses
10 discussed in Harrison could be used as a starting point
11 for the administration of inhalable insulin?
12    A   Well, one would take the doses, the subcu
13 doses mentioned by Harrison.  And being a cautious
14 investigator, you would use a fraction.  This is a new
15 method of delivering a drug -- a novel method of
16 delivering insulin by aerosol.  Then you would want to
17 err on the side of caution.  So rather than give the
18 full dose, you would be better off to give a portion of
19 that dose so that you would not create a situation that
20 would be unpleasant.
21    Q   And do you know sitting here today what
22 fraction would be appropriate?

Page 228

1     A   Maybe 50 percent, maybe 25 percent.  You
2  would -- if I were going through this exercise, I might
3  start off at 25 percent, get some measurements, see
4  that it was not a problem, and then double the dose.
5  And if that was not a problem, then go to the full
6  dose, knowing all along what my clinical response
7  measurements would be -- my pharmacokinetic parameters.
8     Q   Once you selected your starting point, how
9  would you determine the final dose based on Harrison?
10       MR. WOOD:  Objection to the form of the
11 question.
12       THE WITNESS:  It wouldn't be -- it would be a
13 dose taken from Harrison using a fraction of that dose
14 and then applying it.
15       MS. PFEIFFER:  This is both terrifying and
16 suitable that the 13th edition of Harrison is going to
17 be our 13th exhibit.
18       (Dolovich Exhibit No. 13, marked for
19 identification.)
20       BY MS. PFEIFFER:
21    Q   Looking at Harrison, can you tell me whether
22 the doses administered by subcutaneous injections

Page 229

1  discussed in Harrison are the ones that you are
2  referring to in paragraph 17?
3     A   Well, he says on the left half column, last
4  paragraph in the middle, he is talking about
5  conventional insulin therapy.  He says, Adults of
6  normal weight may be started on 15 to 20 units a day in
7  order to maintain control.
8        So if you are taking -- I am just looking
9  where he refers to Table 337.6.  So he is identifying a
10 dose given by conventional therapy, one or two
11 injections a day of Lentay, our MPH insulin, with or
12 without the addition of small amounts of regular
13 insulin.  So one to two injections a day, 15 to 20
14 units a day.  And so one needs to go from units to
15 micrograms.
16    Q   And how would you do that?
17    A   There is a conversion factor that's used.  So
18 if one were to say, okay, let's see, 20 units a day for
19 a normal -- an adult of normal weight.  So if I were
20 saying I am going to see what happens with inhaled
21 insulin, I might start off at five units a day, five
22 units.  Administer that five units by aerosol.

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                              February 12, 2008
                    Alexandria, VA

Page 230

1    Q   How would you pick that number?
2    A   That would be a quarter.  You divide 20 by
3  four, you get five.  So if I were a cautious
4  investigator, then I might say I am going to start my
5  dose response curve at 25 percent of max.
6    Q   You are aware, though, that underdosing with
7  insulin is just as deadly as overdosing with insulin,
8  right?
9        MR. WOOD:  Objection as to form.
10        THE WITNESS:  Right.  But we are not doing
11  these experiments to treat at the time.  If you give a
12  subeffective dose to a patient, they are in your
13  experiment and then they are treated with their regular
14  dose.  It is not that you would ignore what the
15  requirements are for effective treatment.  But you
16  would use your new method giving a portion of the dose
17  to enable to get a response in that person.  And then
18  at the end of your measurements, the physician would
19  then most likely top it up, so to speak, for that
20  patient on that day.
21        BY MS. PFEIFFER:
22    Q   And so you think it is easier to do that as a

Page 231

1  corrective maneuver than to give a higher dose.  Is
2  that what you meant by being cautious?
3    A   Yes, I would do that.
4    Q   How would you determine what the dose was to
5  deliver that number of units -- five units?
6    A   Well, let's say I was using Laube's system or
7  not using Laube's system.  I would use a collection of
8  the emitted dose on an absolute filter with a patient
9  breathing on the system, knowing that I was putting
10  five units into the reservoir and then assaying what
11  was emitted with their breath pattern in terms of
12  insulin.
13    Q   And then what would you do?
14    A   Well, if I was following her protocol, I
15  would have given a tech colloid to see what percentage
16  my delivery drug was going to be deposited in the lung
17  and then give the insulin without the absolute filter.
18    Q   So you are talking about conducting another
19  experiment --
20    A   Uh-huh.
21    Q   -- to determine dosage, not treating someone
22  with inhalable insulin?

Page 232

1    A   Well, we are talking about collecting
2  information to support a method of inhaling insulin
3  that is different from the subcutaneous route.  And in
4  order to do that, you cannot just show up at the door,
5  so to speak, with an inhaler filled with insulin and
6  say, I am going to treat you with this.  That would be
7  foolish.  That would cause -- could cause all sorts of
8  problems.  You need to obtain a body of data that
9  characterizes that system that tests it in a number of
10  patients so that you can go out there and say, I have a
11  system that works; I can provide unit doses containing
12  X milligrams of insulin; I know what the efficiency of
13  delivery of my system is over X number of subjects; and
14  we have enough clinical data using that system to say
15  that it is workable.
16    Q   Are you aware --
17    A   And successful.
18    Q   I didn't realize you weren't finished.  Are
19  you aware of any literature prior to January 29, 1993,
20  that provides a dose for inhalable insulin?
21    A   There were a number of small animal studies
22  that I believe looked at doses that would lower the

Page 233

1  glucose level.
2    Q   In human beings?
3    A   I said animal studies.
4    Q   So not in human beings?
5    A   Well, I shouldn't say no.  I think there was
6  a study in Germany.
7    Q   And when was that?
8    A   I would have to find the reference -- Deidra
9  Kohler.
10    Q   And did that study -- do you know who
11  conducted the study?
12    A   I know the person, but I don't know the
13  detail.
14    Q   Do you know the name?
15    A   Yes.
16    Q   And who is it?
17    A   Deidra Kohler, K-o-h-l-e-r.
18    Q   And is he a recognized authority in the
19  field?
20    A   He is a good investigator.  I don't know --
21  he is a chest physician or an internist.
22    Q   And do you know whether he has done a lot of

Alderson Reporting Company
1-800-FOR-DEPO

28adf66a-437e-49da-b70b-f14976046527

Myrna B. Dolovich                                    February 12, 2008
                        Alexandria, VA

| Page 234 | Page 236 |
|---|---|

**Page 234**

1  research in diabetes?
2       MR. WOOD: Objection as to form.
3       THE WITNESS: I don't know. I haven't looked
4  at his CV.
5       BY MS. PFEIFFER:
6    Q   And it is your understanding that his work
7  came up with a dose for inhalable insulin to bring
8  levels of insulin within the normal range to be able to
9  treat a patient with diabetes?
10   A   I don't know that for sure. I would have to
11 get his publication.
12   Q   And is there any other literature that comes
13 to your mind as teaching treatment of diabetes through
14 inhalable insulin prior to January 29, 1993, in
15 prescribing dosages?
16   A   Those are two different things.
17   Q   No, it is part of the same thing.
18      MR. WOOD: Objection as to form.
19      MS. PFEIFFER: It's prescribing the dose for
20 treating patients with insulin.
21      MR. WOOD: Objection as to the form of the
22 question.

**Page 235**

1       BY MS. PFEIFFER:
2    Q   Inhaled insulin, yes.
3    A   Well, there is a study in 2002 in rats. But
4  you are asking for human studies.
5    Q   I was asking for human studies, and I was
6  also asking for ones prior to January 1 of 1993.
7    A   Well, there are none on my list of
8  publications, but I would need to look through the
9  reference lists of some of the papers to be able to
10 answer fully.
11      MS. PFEIFFER: Okay. Can I just have two
12 minutes to check and make sure there is nothing I have
13 forgotten, and then we can clean up and get you out of
14 here.
15      THE WITNESS: Sure.
16      (A brief recess was held.)
17      MS. PFEIFFER: I have no further questions.
18 I am sure you thought I would never say that. Thank
19 you very much for your patience.
20      MR. WOOD: We have no questions.
21      (At 5:45 p.m., the deposition was concluded.)
22

**Page 236**

1           AFFIDAVIT OF DEPONENT
2
3       I have read the foregoing deposition, which
4  contains a correct transcription of the answers given
5  by me to the questions therein recorded, except as to
6  errors which may be indicated on any attached errata
7  sheet.
8
9
              MYRNA B. DOLOVICH
10
11      Subscribed and sworn to before me this _____
12 day of_____, 20___, in _____.
13
14           Notary Public
15
16
17 My Commission Expires:
18 _____, 20___
19
20
21
22

                              60 (Pages 234 to 236)

28adf66a-437e-49da-b70b-f14976046527

# Exhibit D

ABDA | BUNDESVEREINIGUNG
DEUTSCHER
APOTHEKERVERBÄNDE

ARZNEIMITTELINFORMATIONSSTELLE

T E L E F A X — M E S S A G E

**An/To:**    Dr. John S. Patton

        Vice President of Research

        Inhale Therapeutic Systems

        Fax: 001-415-306-1420

**Von/From:** Dr. Martin Schulz

**Datum/Date:**        11/27/92

**Anzahl der Seiten (incl. Deckblatt)**
**Pages being transmitted (incl. Cover-Sheet):** _____3_____

**Anmerkungen/Remarks:**     Dear John:

Thank you very much for your Fax dated 11/23/92 concerning
the short paper on inhalation of insulin in German language.
Enclosed please find the translation. I apologize for my
English. The German language (in scientific papers) during
this particular time was some different from today. It was
very nice to meet you in San Antonio and I enjoyed this
famous Texan town. Hope to see you , e.g. in San Francisco.
Sincerely,

*Martin*

Deutsches Apothekerhaus · Beethovenplatz 1–3 · 6000 Frankfurt am Main I
P.O.Box I 5 01 08 · Tel. (069) 75 44-1  Telefax (069) 74 92 68 · Telex 414 304 · Btx *41111 *

die Flaschen $P_1$ und $P_2$ mit leinenen Tüchern, die mit Wasser von Zimmertemperatur durchtränkt sind, umwickelt. Das Wasser wird dann durch die Erwärmung verdunsten und dadurch wieder für eine automatisch eintretende, ungefähr entsprechende Abkühlung Sorge getragen; auch wird die Luft, ehe sie aus der eben gesenkten Flasche $P_1$ oder $P_2$ in das Spirometer zurückgedrängt wird, noch durch die in einem Wasserbad gestellte Flasche $W_1$ bzw. $W_2$ geleitet. Außerdem dienen diese Flaschen noch dazu, die Luft, die über der Kalilauge eines Teils ihres Wasserdampfes beraubt worden ist, wieder mit Wasserdampf zu sättigen.

Für weitere Details, sowie die genauen Dimensionen des Apparates sei auf die in Kürze erscheinende, ausführliche Mitteilung verwiesen. Wir sind jetzt damit beschäftigt, diesen Apparat mit anderen Methoden zur Bestimmung des menschlichen Gaswechsels zu vergleichen. Wir können aber jetzt schon aussagen, daß dieser Vergleich zu sehr befriedigenden Resultaten führt, *so daß wir unsere Methode tatsächlich als eine genaue, sehr einfache und schnell arbeitende Methode zur graphischen Bestimmung des Gesamtgaswechsels beim Menschen, ohne irgendwelche gasanalytische Maßnahme, empfehlen können.*

## ÜBER INHALATION VON INSULIN.

Von

Privatdozent Dr. M. GÄNSSLEN.

Aus der Medizinischen Klinik und Nervenklinik Tübingen.
(Vorstand: Prof. O. MÜLLER.)

Die gleichnamige Arbeit von HEUBNER, S. E. DE JONGH und E. LAQUEUR (Amsterdam) aus Jg. 3, Nr. 51, S. 2342 dieser Wochenschr. gibt mir Veranlassung, meine in derselben Richtung sich bewegenden Untersuchungen, deren Ergebnisse ich bereits vor Erscheinen der genannten Arbeit in der Sitzung des Naturwissenschaftlich-Ärztlichen Vereins vom 1. XII. 1924 an Hand von Blut- und Urinzuckerkurven einiger Patienten demonstriert habe (Protokoll dieser Sitzung erscheint auch in dieser Zeitschrift), ebenfalls zu veröffentlichen. Lieber hätte ich allerdings mit der Veröffentlichung meiner Untersuchungen, die ich ohne Kenntnis der Forschungen vorgenannter Autoren unternommen habe, gewartet, bis deren praktische Brauchbarkeit einwandfrei erwiesen gewesen wäre.

Bei meinem ersten Versuch handelte es sich um einen leichten, arteriosklerotischen Diabetiker, der nach Inhalation des gewöhnlichen käuflichen Insulins mit dem Stäubli-Inhalationsapparat bei gleichbleibender Kohlehydratbelastung eine deutliche Senkung des Blutzuckerspiegels zeigte und im Urin zuckerfrei wurde. Irgendwelche unangenehme Begleiterscheinungen hat er dabei nicht gehabt und nach Aussetzen der Inhalation ging der Blutzucker wieder in die Höhe. Es zeigte sich dabei gleich, daß die Verstäubung mit den üblichen Stäubli eine etwas umständliche Sache war und relativ lange Zeit in Anspruch nahm. Ich ging deshalb dazu über, kräftigere Inhalationsapparate in Anwendung zu bringen, um auch größere Mengen von Insulin einverleiben zu können. Sehr willkommen war mir dazu der von der Firma Kober jr., Chemnitz-Altendorf, hergestellte „Riviera-Mignon-Inhalator", mit dem ich dann folgende Versuche durchführte: Der Patient blieb im Laufe des Vormittags nüchtern oder bekam höchstens eine Tasse Bouillon. Gleich zu Beginn wurde der Blutzucker festgestellt und dann begann die Inhalation (30—50 Einheiten Insulin) in etwa halbstündigen Intervallen mit entsprechenden Blutzuckerbestimmungen. Mit dieser Versuchsanordnung ergaben sich folgende die Wirksamkeit des auf diese Weise verabreichten Insulins beweisende Blutzuckerkurven:

1. Herr D.:

| Zeit | | Blutzucker |
|---|---|---|
| vorher 8 Uhr 35 Min. | . . . . . . . . . . . . | 0.254 |
| Beginn der Inhalation. | | |
| 9 Uhr 35 Min. | . . . . . . . . . . . . | 0.245 |
| 10 „ 5 „ | . . . . . . . . . . . . | 0.195 |
| 10 „ 35 „ | . . . . . . . . . . . . | 0.184 |
| 11 „ 5 „ | . . . . . . . . . . . . | 0.192 |
| 11 „ 55 „ | . . . . . . . . . . . . | 0.177 |

2. Frl. F.:

| | | |
|---|---|---|
| vorher 8 Uhr 35 Min. | . . . . . . . . . . | 0.157 |
| Beginn der Inhalation. | | |
| 9 Uhr 30 Min. | . . . . . . . . . . . . | 0.173 |
| 10 „ 5 „ | . . . . . . . . . . . . | 0.167 |
| 10 „ 35 „ | . . . . . . . . . . . . | 0.160 |
| 11 „ 15 „ | . . . . . . . . . . . . | 0.157 |
| 11 „ 35 „ | . . . . . . . . . . . . | 0.151 |
| 12 „ 15 „ | . . . . . . . . . . . . | 0.148 |

3. Herr H.:

| | | |
|---|---|---|
| vorher 8 Uhr 30 Min. | . . . . . . . . . . | 0.211 |
| Beginn der Inhalation. | | |
| 9 Uhr 30 Min. | . . . . . . . . . . . . | 0.204 |
| 9 „ 45 „ | . . . . . . . . . . . . | 0.201 |
| 10 „ 30 „ | . . . . . . . . . . . . | 0.194 |
| 11 „ 5 „ | . . . . . . . . . . . . | 0.183 |
| 11 „ 30 „ | . . . . . . . . . . . . | 0.157 |
| 12 „ 5 „ | . . . . . . . . . . . . | 0.159 |

4. Herr W.:

| | | |
|---|---|---|
| vorher 8 Uhr 45 Min. | . . . . . . . . . . | 0.177 |
| Beginn der Inhalation. | | |
| 9 Uhr 45 Min. | . . . . . . . . . . . . | 0.173 |
| 10 „ 15 „ | . . . . . . . . . . . . | 0.169 |
| 10 „ 45 „ | . . . . . . . . . . . . | 0.163 |
| 11 „ 15 „ | . . . . . . . . . . . . | 0.157 |
| 11 „ 45 „ | . . . . . . . . . . . . | 0.150 |

5. Frau Sch.:

| | | |
|---|---|---|
| vorher 9 Uhr 35 Min. | . . . . . . . . . . | 0.188 |
| Beginn der Inhalation. | | |
| 10 Uhr — Min. | . . . . . . . . . . . . | 0.144 |
| 10 „ 30 „ | . . . . . . . . . . . . | 0.142 |
| 11 „ — „ | . . . . . . . . . . . . | 0.139 |
| 11 „ 30 „ | . . . . . . . . . . . . | 0.130 |
| 12 „ — „ | . . . . . . . . . . . . | 0.124 |

Bei der praktischen Durchführung dieser Methode in der Behandlung klagten einzelne Kranke über eintretende Appetitlosigkeit, die durch das dem Insulin zur Konservierung beigegebene Phenol verursacht wurde. Aus diesem Grunde wäre die Verwendung der nicht phenolisierten festen Insulinsubstanz notwendig, die ja ebenfalls bei allen größeren Firmen erhältlich ist und dann in jeder beliebigen Konzentration selbst herzustellen ist. Die höhere Konzentration bot den Vorteil, daß sie die Inhalationszeit, die für die Einverleibung einer bestimmten I.-Einheitenzahl notwendig war, wesentlich abkürzte.

Durch Einschaltung eines elektrischen Zerstäubers „Elektro-Atmos" (Silten-Berlin), einer technischen Neuerscheinung, oder einer Sauerstoffbombe, suchte ich die Wirksamkeit weiterhin zu erhöhen. Dabei ergab sich allerdings, daß der Betrieb deshalb weniger sparsam war, weil die während der Exspiration des Patienten erzeugten Insulindämpfe verloren gingen, wogegen bei dem kleinen Inhalationsapparat „Riviera Mignon" jeweils nur zur Zeit der Inspiration durch Druck auf den Gummiball Insulindämpfe erzeugt wurden. (Bei einem Vergleich mit der Injektionsmethode komme ich in meinen bisherigen Versuchen nicht entfernt zu dem hohen Index von 1 : 30, wie in der zitierten Arbeit angegeben ist). Ganz abgesehen davon wäre die Anwendung eines selbst zu betätigenden Inhalators von praktischer Brauchbarkeit für die Fortsetzung der Insulinbehandlung *zu Hause*; im Gegensatz zu der stoßweisen Wirkung der Injektionstherapie würde bei Verteilung der Inhalation über den ganzen Tag mehr die physiologische Wirkungsweise erreicht und die Gefahr einer hypoglykämischen Reaktion ausgeschaltet.

## ÜBER EINEN FALL VON „EINEIIGEN" ZWILLINGSSCHWESTERN MIT UNGLEICHER AUGENFARBE.

Zu den Bemerkungen von Cohen und Bauer in Jg. 3, Nr. 47, S. 2150 dies. Wochenschr.

Im Interesse der Klinik muß ich feststellen, daß sich die Angaben COHENS auf genaue Anamnesen und auf Photographien stützen und daß J. BAUER wohl kan Recht hat, diese Angaben als z. T. „falsch" zu bezeichnen, zumal er das Wesentliche an ihnen *nicht bestreitet*, sondern bestätigt, nämlich:

1. daß sich die Diagnose der Eineiigkeit nur auf die *Aussage der Mutter* stützt, die sich ihrerseits auf die Aussage eines Arztes beruft. Die Sicherheit dieser Aussagen läßt sich ermessen, wenn

## On the Inhalation of Insulin

by

Privatdozent Dr. M. Gänsslen

From the Departments of Medicine and Psychiatry, Tübingen

(Head: Prof. O. Müller)

The publication of HEUBNER, S.E. DE JONGH and E. LAQUEUR (Amsterdam), same title, Vol. 3, No. 51, page 2342, this Journal, obliges me to publish my own investigations concerning the same topic, which I have already presented during the symposium of Naturwissenschaftlich-Ärztlicher Verein ((natural) scientific and medicinal society), December 1, 1924, using blood glucose and urine glucose curves of some patients. However, I would prefer publishing these studies, carried out without knowledge of the studies done by the authors mentioned above, after the final evaluation of their practical relevance.

The first study was performed with a slightly arteriosclerotic diabetic patient. After inhalation of commercial available insulin via the Stäubli-inhaler under constant glucose (carbohydrate) loading, a significant reduction in blood glucose level was measured and urine was completely glucose-free. No adverse reactions were complained. After interruption of therapy blood glucose level increased again. However, the practicability of this inhaler was too time-expensive and complicate.

Thus, I changed the inhaler and used such apparatus which facilitates or enables the incorporation of higher insulin concentrations: "Riviera-Mignon-Inhalator" (R.-M.-Inhaler) (Kober Jr. Company, Chemnitz-Altendorf). The following experiments were performed using this inhaler. The patient remained fasting during the forenoon (a.m.) or received only a cup of clear soup. Blood glucose (fasting blood sugar) was determined immediately at the beginning and continuously every half hour from the

start of insulin inhalation (30-50 units insuline). Using this method the
following results were obtained:

1. Mr. D.:

| time | blood glucose |
|------|---------------|
| baseline 8:35 a.m. | 0.254 |
| start of inhalation | |
| 9:35 a.m. | 0.245 |

...

Some patients complained loss of appetite (probably) due to the content
of phenol as stabilizer of the insulin preparation. Thus, consequently
phenol-free insulin preparation, commercial available by bigger
pharmaceutical companies, was used. The availability of higher insulin
concentrations per inhalation reduces the whole inhalation time, as the
incorporation of certain units of insulin is accelerated.

Using an electronic inhaler, "Elektro-Atmos" (Silten-Berlin), I tried,
additionally, to increase the efficacy of the therapy. However, insulin
vapour produced during patient's expiration were irreversibly lost. Thus,
this inhaler was less economic compared to the "Riviera-Mignon" where
insulin vapour was exclusively produced during inspiration by pressing a
rubber ball. (Compared to the injection method I never reached the high
ratio (index) of 1:30, as stated in the paper cited above). Not to
mention the fact that a simple to handle inhaler would be useful for
continuing insulin therapy at home. The continuous inhalation during the
whole day represents a better and continuous physiological adaption of
blood glucose than the effects of intermittent single injections at
certain time points. Furthermore, the risk of hypoglycemic reactions
should be reduced.



First Human Aerosol Insulin Study
5 Patients, 1925

# Exhibit E

# Conference Proceedings

# Influence of Inspiratory Flow Rate, Particle Size, and Airway Caliber on Aerosolized Drug Delivery to the Lung

Myrna A Dolovich PEng

Introduction
Deposition Mechanisms: Inspiratory Flow Rate and Particle Size
Aerosol Delivery to the Lung
Sources for Obtaining Aerosol Deposition Information
Airway Caliber
Particle Size Distribution
Aerosol Deposition and Response: Influence of Inspiratory Flow Rate
  and Particle Size
Nebulizers
Modelling In Vivo Delivery of Aerosol
Summary

[Respir Care 2000;45(6):597–608] *Key words: particle size, inspiratory flow rate, scintigraphy, metered-dose inhaler, lung deposition, emitted dose, fine particle dose, drug targeting.*

## Introduction

The effect of various factors, such as aerosol size and density, inspiratory flow rate (IFR) and volume, and mean residence time in the lung, on the site of deposition in the lung have been studied extensively using both tracer and clinical aerosols.[1,2] These types of studies have provided a scientific basis for estimating drug delivery to the lung, site of action of drug within the lung, and drug dosage requirements. The advantage of quantitating deposition using imaging techniques following inhalation of a radiolabeled drug aerosol, performed in conjunction with pharmacodynamic and/or pharmacokinetic measurements in the same subject and carried out at the same time as the imaging studies, is obvious, and this would be the ideal approach in determining the response

to a therapy inhaled from a pressurized metered dose inhaler (pMDI), a dry powder inhaler (DPI), or a nebulizer.

Delivering aerosols to the lung is a combination of drug formulation, delivery system properties, the patient's inhalation technique, and the geometry of the airways. Fine particle low-velocity aerosols carry drug more deeply into the lung; hence removal of the drug from the lung by mucociliary clearance may be slower[3] and the absorption of the drug from airway surfaces into the systemic circulation, partly a function of surface area, may be increased, compared to drug deposited more proximally.[4-6] These differences can ultimately lead to improved clinical responses to the aerosolized therapy, but can also give rise to increased adverse effects. Developing aerosol delivery systems incorporating the two key factors, along with ease of use, portability, and patient compliance aids such as dose counters and integrated electronic management systems to track treatments and treatment schedules, drive the innovations in inhaler design and potentially provide novel drug delivery systems.

## Deposition Mechanisms: Inspiratory Flow Rate and Particle Size

Impaction, sedimentation, and diffusion are the main physical mechanisms governing deposition of inhaled drug

Myrna A Dolovich PEng is affiliated with the Department of Medicine, Faculty of Health Sciences, McMaster University, Hamilton, Ontario, Canada.

A version of this paper was presented by Dr Dolovich during the RESPIRATORY CARE Journal Consensus Conference, "Aerosols and Delivery Devices," held September 24–26, 1999 in Bermuda.

Correspondence: Myrna A Dolovich PEng, McMaster University, 1200 Main Street West, HSC 1V18, Hamilton, Ontario, Canada L8N 3Z5. E-mail: mdolovic@fhs.mcmaster.ca.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.


EXHIBIT
Dolovich 3
2-12-08

597

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER

Table 1.    Deposition: Factors and Effects

Aerosol size, air flow rate, airway caliber
Drug dose inhaled (quantity, quality)
   Site of deposition
   Lung absorption
   Clinical response

Table 2.    Scintigraphic Methods

Non-imaging
   NaI crystal detector
   Rectilinear scanner
Planar—2-dimensional
   Anger camera
   Rectilinear scanner
Tomography—3-dimensional
   SPECT (single photon emission computed tomography)
   PET (positron emission tomography)

particles and droplets.[7] Though particle diameter is the primary factor determining the relative contribution of each process to the total amount deposited, the IFR also plays an important role in influencing deposition efficiency, regional distribution of the aerosol within the lung, and portioning of the inhaled dose between the upper and lower respiratory tract (Table 1). Particle velocity (the rate at which particles travel through the airways) varies with both the IFR and airway diameter:

$$v = IFR/A, \text{ cm/s}$$

where $A$ = airway cross-sectional area, in $cm^2$ = $d^2/4$ and $d$ = airway diameter, in cm.

As IFR increases or airways narrow, air velocity and turbulence increase. This affects particle movement and increases deposition onto airway surfaces, particularly at airway bifurcations. Asymmetric velocity profiles have been observed on both inspiration and expiration, with secondary flows produced in subsequent airway generations.[8] These secondary, turbulent flows cause the maximum velocity of the incoming air to lie adjacent to the inner walls of the airway and close to the mucus layer, thus favouring deposition of particles along the airway wall. Deposition can occur during both inspiration and expiration, as demonstrated by Smaldone et al.[9]

**Aerosol Delivery to the Lung**

IFR can also influence the drug dose dispensed from an inhaler, the amount inhaled, the amount deposited in the oropharynx, the site of deposition in the lung, and, indirectly, the absorption of drug from the lung into the systemic circulation. A number of studies have shown that differences in the site of deposition of a drug can modulate the clinical response.[10–12] It is worth noting that the relative importance of the variables associated with the inhalation maneuver may differ for different drug delivery systems. For example, breath-actuated systems usually require higher IFRs than inhalation from a pMDI with spacer, so one should expect to see differences in bioavailability[13,14] related to the differences in dose inhaled and where the drug is deposited in the lung.[15]

**Sources for Obtaining Aerosol Deposition Information**

Information describing deposition in the lung can be obtained through computer modelling using theoretical calculations[16] or empirical models.[17,18] Experimental data are obtained using in vitro models, in vivo radioisotope studies, pharmacokinetic studies, and experiments measuring the recovery of inhaled boluses of tracer aerosols. Experimental studies have been performed in animal models and in humans, both normal healthy subjects and patients with varying severities of lung disease. Because of the interindividual variability in lung geometry, patterns of breathing, and the different methods used to obtain deposition data, models for predicting dose inhaled and deposited are still not fully predictive.

Table 2 lists scintigraphic methods to detect the distribution of an inhaled radiolabeled aerosol. These include both nonimaging and imaging techniques, the latter being either two-dimensional (planar) or three-dimensional (single photon emission computed tomography [SPECT] or positron emission tomography [PET]).[19] Both planar and SPECT employ relatively low-energy gamma emitters ([99m]technetium or [131]iodine), whereas PET uses high energy positron emitters and applies coincidence counting to detect two oppositely charged gamma rays of 511 kiloelectron volts.

The images obtained using two-dimensional or three-dimensional scintigraphic techniques provide a detailed visual picture of where drug deposits in the lung, and the calculation of inhaled dose using two-dimensional imaging is used in a number of laboratories. However, the lung is a three-dimensional structure, and with two-dimensional planar imaging the distribution of a radio-tracer can only be viewed in two dimensions. Indeed, the contribution from overlapping small airways in the hilar region can be considerable,[20] resulting in an overestimation of central airway deposition and, in some cases, also peripheral deposition. This source of error can be reduced by using three-dimensional techniques such as SPECT[21,22] and PET,[23] which allow a more accurate measurement of deposited dose within the lung. Other drawbacks in imaging a three-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER



Fig. 1. Projection views from a normal subject and a subject with cystic fibrosis acquired after inhaling aerosols of 4.5 $\mu$m and 1.5 $\mu$m MMAD. These views represent the cumulation of data from 120 individual images from the coronal plane of the PET scan and are similar to what would be represented by the two-dimensional gamma camera.

dimensional object in two dimensions include the resolution and an accurate correction for attenuation of the radioactivity by the chest wall. SPECT and PET overcome these issues. With PET in particular, the acquisition of the transmission scan immediately after the PET investigation and with the patient in the same position under the scanner provides much greater accuracy for correction of the data for attenuation. In addition, for each slice in each of the 3 planes, the emission scan is paired with its own transmission scan, allowing the outline of that lung slice to be applied precisely to locate the regional emission data. This also allows the correction for tissue attenuation of radioactivity to be applied specifically to each emission slice. There are a limited number of studies with inhaled SPECT and PET tracers published in the literature, using both nebulizers and DPIs to administer the PET tracers.[24–28]

Figure 1 shows projection views and Figure 2 shows a series of images (slices) taken from a PET study estimating deposition of 1.5 $\mu$m and 4.5 $\mu$m aerosols in normal subjects and in patients with cystic fibrosis. The projections are the summation of all slices in the coronal plane and would be similar to what would be acquired with the two-dimensional gamma camera. It can be seen that the detail provided in the coronal slices is lost in the projection view. The calculation of deposited dose from the two-dimensional image is based solely on the information from the projection view, whereas with PET and SPECT there is the additional ability to calculate dose per slice. For example, in the CF subject, it can be seen in Figure 2B that though there is considerable impaction of the fine aerosol, the very anterior and posterior areas of the right lung are ventilated. Regional analysis of deposition, calculated for each slice and plotted versus distance through the lung, is based on data from each slice defined by the lung geom-

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



Fig. 2. A sample of coronal slices. A: Images from normal subject (left column) and cystic fibrosis subject (right column), showing the detail of the distribution of the aerosol inhaled ¹⁸fluorodeoxyglucose generated by an Ultravent jet nebulizer (mass median aerodynamic diameter = 1.5 μm). B: Normal subject (left column) and cystic fibrosis subject (right column) showing the detail of the distribution of the aerosol inhaled ¹⁸fluorodeoxyglucose generated by the Pari LC Star jet nebulizer (mass median aerodynamic diameter = 4.5 μm). With this imaging system, the detail is greater than that available from two-dimensional imaging, allowing greater accuracy in measuring dose and regional distribution of inhaled drug.

etry and regions of interest for that slice, and thus provides greater accuracy in the calculation of dose. The other two planes available with three-dimensional imaging, the trans-axial (Fig. 3) and sagittal planes, similarly provide valuable information about dose deposited and site of deposition of aerosol.

### Airway Caliber

Regional distribution of aerosol in the lung is also influenced by the caliber of the airways (Fig. 4).[7,29–32] The degree of airway narrowing, whether due to inflammation, bronchoconstriction, or the presence of increased secretions, can have a profound effect on where aerosol particles deposit. This can be seen in Figure 2B, where the images from the cystic fibrosis patient are patchy, containing many hot spots of radioactivity deposited at points of airway narrowing in the lung. This is despite the inhalation of a fine (< 2 μm) aerosol. Whether the improvement in distribution compared to the images obtained with a 4.5

μm aerosol would be sufficient to effect a more favorable clinical outcome is not yet known.

In contrast, as shown in Figure 5, changes in airway caliber effected with inhalation of a bronchodilator will alter the pattern of deposition, with the aerosol penetrating to lung distal to the site of obstruction.[33]

### Particle Size Distribution

Methods for measuring the aerodynamic size distributions of aerosols used for inhaled therapy are well described in the literature and allow prediction of deposition efficiency and behaviour of the drug in the lung.[34,35] The estimation of deposition efficiency for these aerosols is usually based on the mass median aerodynamic diameter (MMAD), a statistical measure of the particle size distribution that characterizes the aerosol in terms of its mass (50% of the mass of the aerosol residing in particles less than the MMAD and 50% in particles greater than the MMAD) and the geometric standard deviation, although the latter is less

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER



| Apex | Mid | Base |

Fig. 3. Transaxial slices from the apex, middle, and base of lungs, showing the distribution of inhaled [18]fluorodeoxyglucose aerosol from a Pari LC Star jet nebulizer (mass median aerodynamic diameter = 4.5 $\mu$m) in a subject with cystic fibrosis.

predictive than the MMAD and other factors described below. In addition to obtaining these values from the mass-size distribution plot, the dose of drug available within defined size ranges can be determined from impactor/impinger sizing measurements, enabling a more precise prediction of drug delivery to various sites in the lung.

Both theoretical calculations and actual measurements have indicated that particles > 6 $\mu$m deposit in the oropharynx, particles between 2 $\mu$m and 6 $\mu$m deposit in the central airways, and particles < 2 $\mu$m deposit at more distal sites in the lung (the peripheral airways). If there is a percentage of particles within the aerosol that is finer than 1 $\mu$m, a portion will be exhaled or will be trapped in the residual air and eventually deposited on the respiratory bronchioles and perhaps on alveolar surfaces. The fraction of the aerosol containing particles < 5 $\mu$m (sometimes defined as < 6 $\mu$m) in diameter is termed the fine particle or respirable fraction (FPF), and has been used more widely recently to describe the quality of the aerosol and its potential for delivery to the lower respiratory tract.

The emitted dose (ED), the FPF, and fine particle dose (FPD = FPF × ED × 100%), the coarse particle fraction (CPF, percent of particles > 5 $\mu$m) and coarse particle dose (CPD = ED × CPF × 100%) of the dispensed aerosol are all affected by the flow of air drawn through the inhaler. An extra-fine particle fraction (EFPF) and extra-fine particle dose (EFPD) have been defined for those aerosols whose distributions contain a majority of particles < 1$\mu$m in diameter. All these fractions increase or decrease, depending on the in vitro test flow of the sizing system

used to measure the quality of the aerosol or the in vivo IFR used during a patient inhalation maneuver.[36-38] For example, a critical step in dispensing a dose from a passive DPI (ie, DPIs that require inspiratory effort from the patient to dispense the powder from the device) is the process of deaggregating the powder clump. This is a function of the energy applied to the powder (ie, the inspiratory effort exerted by the patient). Too weak an effort (low IFR) will not fully aerosolize the powder, resulting in a lower dispensed dose, less drug inhaled, and reduced response.[37,39] In addition, the powder cloud will behave as a large-particle aerosol, with a higher CPF (lower FPF).

Table 3 shows the difference in in vitro FPFs when sampled at high and low IFRs for several passive DPIs.[38] Data are also shown for the Ventolin pMDI used with the Volumatic spacer, to illustrate these changes for a pressurized aerosol in comparison to a powder. All the DPIs listed yield powder aerosols with increased FPFs and, hence, increased FPDs when inspiration is performed at the higher IFR. Deposition is maximal in the central airways because of the increased IFR. However, with the increased dose to the lung,[40] clinical efficacy is greater.[41] In contrast, the FPF for the finer pMDI aerosol dispensed from the spacer decreases, reflecting increased impaction of aerosol on the spacer valve and walls with the higher sampling flow. A number of studies, in both children and adults, have measured the effect of IFR on lung deposition and clinical response from pMDIs and DPIs; in general, results indicate flow-dependence in both deposition and response.[41,42]

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER



Fig. 4. Anterior scans for 13 critically ill but stable subjects receiving mechanical ventilation. Aerosol appears to be distributed more centrally in the subjects with chronic obstructive pulmonary disease. (#3, 9, 10, 12, 13) (From Reference 30, with permission.)

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



Fig. 5. Ventilation/perfusion (V/Q) scans from an asthmatic patient with acute shortness of breath, obtained (A) before bronchodilator therapy and (B) after bronchodilator therapy. The 4 views in the upper row of Figure 5A show that the deposition pattern is patchy because of airway narrowing and increased air flow turbulence. Matching decreases in perfusion can be seen in the views in the lower row of Figure 5A. In Figure 5B, ventilation and perfusion are more uniform following inhalation of bronchodilator.

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER

Table 3.   Comparison of Fine Particle Fractions of Salbutamol Delivered from Various Inhalers as a Percent of Label Claim

| Inhaler | Nominal Dose | FPF (% LC) at 28.3 L/m | FPF (% LC) at 60 L/m |
|---------|--------------|------------------------|----------------------|
| pMDI + Volumatic | 100 µg/puff | 68.9 ± 12.2 | 58.2 ± 6.6 |
| Diskus | 200 µg/blister | 23.3 ± 0.9 | 31.6 ± 0.9 |
| Diskhaler | 200 µg/blister | 20.4 ± 8.6 | 26.9 ± 5.7 |
| Turbuhaler | 100 µg/dose | 13.3 ± 1.6 | 27.6 ± 8.0 |
| Turbuhaler | 50 µg/dose | 9.7 ± 3.2 | 23.3 ± 3.0 |

FPF = fine particle fraction. LC = label claim. pMDI = pressurized metered-dose inhaler. All values are expressed as means ± standard deviation.

The ratios of FPDs to CPDs can also be used to compare aerosol formulations, as well as to assess the extent of changes to an aerosol by a delivery device (eg, pMDI with a spacer).[43–46] Table 4 shows the increase in FPD and decrease in CPD for hydrofluoroalkane (HFA)-134a-propelled beclomethasone dipropionate (QVAR), compared to the chlorofluorocarbon-propelled formulation of the same drug (Beclovent). The $F_f/F_c$ ratio (a comparative index of overall effectiveness for the two aerosol formulations) indicates a two-fold overall change in the quality of the aerosol, effected by the changes in propellant and redesigned canister hardware to accommodate this new formulation. A number of in vivo deposition studies have shown 3–10-fold higher deposition with QVAR than with Beclovent,[47,48] with a 2.5:1 improvement in clinical outcomes for the same prescribed drug dose.[49]

Table 4.   Comparison of Fine Particle Dose and Coarse Particle Dose Ratios for QVAR Hydrofluoroalkane-Propelled-Beclomethasone Dipropionate and Beclovent Chlorofluorocarbon-Propelled-Beclomethasone Dipropionate*

| F Ratio | QVAR | BV | QVAR/BV |
|---------|------|-----|---------|
| FPD Ratio (Ff) | 17.62 µg | 12.61 µg | 1.40 |
| CPD Ratio (Fc) | 23.39 µg | 33.91 µg | 0.69 |
| I (Ff/Fc) | 1.40 | 0.69 | 2.03 |

F Ratio = the fraction of the fine or coarse dose emitted from QVAR, compared to BV.
QVAR = 134a-propelled beclomethasone dipropionate.
BV = Beclovent chlorofluorocarbon-propelled-beclomethasone dipropionate.
FPD Ratio = fine particle dose ratio (the mass of the emitted dose contained in particles < 4.7 µm aerodynamic diameter for QVAR divided by that for BV).
Ff = fine fraction = FPD of QVAR divided by FPD of BV.
CPD Ratio = coarse particle dose ratio (the mass of the emitted dose contained in particles > 4.7 µm aerodynamic diameter for QVAR divided by that for BV).
Fc = coarse fraction = CPD of QVAR divided by CPD of BV.
I = Ff/Fc = comparative index of overall effectiveness for the 2 aerosol formulations.
*Calculated from Anderson Cascade Impactor data collected at 28.3 L/m.

Table 5.   Inspiratory Effort or Inspiratory Flow Rate and Inhaler Performance

Inspiratory Flow Rate Affects
  Particle size distribution: fine particle fraction, coarse particle fraction
  Dose dispensed
    Loss of drug in inhaler
    Fine particle dose, coarse particle dose
  Dose inhaled
    Oropharyngeal dose
  Lung dose
    Distribution of the inhaled dose in the lung
    Central vs peripheral deposition
  Clinical response

## Aerosol Deposition and Response: Influence of Inspiratory Flow Rate and Particle Size

The dose of aerosol deposited in the lung is a fraction of what is inhaled, and that inhaled dose is, in turn, a fraction of the nominal or "label claim" dose specified by the pharmaceutical company on the package. Estimates of inhaled doses are based on the FPF (percent of particles < 4.7 µm or < 5.8 µm in diameter) of the aerosol and the emitted or inhaled dose of drug from the delivery system. Drug deposition in the lung is reduced because of drug deposition in the device and in the oropharynx, which varies depending



Fig. 6. Dose deposition of [99m]technetium (Tc)-budesonide in the lung, oropharynx, and device, in a study with 8 adult asthmatics, comparing pressurized metered-dose inhaler (pMDI) with pMDI-with-Nebuhaler valved holding chamber (VHC) and with Turbuhaler. Greater lung deposition was obtained with the pMDI-with-Nebuhaler than with either the pMDI alone or the Turbuhaler, most likely because of the combination of the lower IFR used to inhale the aerosol (16 L/m with the pMDI-with-Nebuhaler, 28 L/m with the pMDI alone, 67 L/m with the Turbuhaler) and the finer aerosol particles available from the VHC. The coefficient of variation for the lung deposition measurement is also less with the pMDI-with-Nebuhaler (27%) than with the pMDI alone (42%) or with the Turbuhaler (40%), suggesting a more reproducible execution of the inhalation technique. (Adapted from data in Reference 51).

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



Fig. 7. Two-dimensional scan from a normal subject showing the distribution of [99m]technetium-DTPA albuterol sulphate powder inhaled at 15 L/m (upper row) and at 60 L/m (lower row) from the Spiros dry powder inhaler.[57] Deposition as a percent of the emitted dose was: lung 45.4% at 15 L/m and 36.3% at 60 L/m, oropharynx 19.6% at 15 L/m and 39.2% at 60 L/m. IFR = inspiratory flow rate.

on the IFR and particle size of the dispensed aerosol (Table 5 and Figure 6 ).[50,51] In addition, lung doses vary between infants, children, adults and geriatric patients, a function both of breathing pattern and oropharyngeal and airway geometry and, therefore, one might expect variable clinical response among various patient populations.[30, 51–53]

There is good evidence in the literature, particularly from a number of radiolabeled-particle deposition studies in normals and patients, confirming that peripheral lung deposition increases as inhaled aerosol particle size decreases and that central airway deposition increases with increased IFR and reduced airway caliber. What is less clear is whether utilizing therapeutic aerosols of specified size, inhaled at a specified flow to target specific receptor sites in the lung significantly influences clinical response.

As mentioned above, several studies using targeted therapy have been described in the literature.[10–12] Improved response may be due to an increased total dose of drug deposited or to changing the site of deposition of the dose.

More recently, Zanen et al demonstrated, in a series of studies, significant improvement in forced expiratory volume in the first second response in patients inhaling 2.8 $\mu$m MMAD monodisperse aerosols of drug (salbutamol sulphate or ipratropium bromide or fenoterol), compared to their inhaling equal doses generated as 1.5 $\mu$m or 5.0 $\mu$m aerosols.[54,55] Though the dose of drug administered was estimated to be equivalent to that portion of a pMDI that contained respirable drug (drug contained in particles < 5 $\mu$m), it was not possible to show an improved response to the monodisperse aerosol, compared to the

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER

Aerosol
  Small particle
  Low linear velocity

Increased lung deposition
Reduced oropharyngeal deposition
Improved therapeutic response

Fig. 8. Factors Promoting Successful Inhaled Therapy

pMDI.[56] However, if technological advances can produce devices that generate monodisperse aerosols, it may be possible to treat patients with lower doses of drug.

Radiolabelled-drug studies and clinical trials have demonstrated, in normals, asthmatics, and patients with chronic obstructive pulmonary disease, the benefit of inhaling pMDI aerosols at low IFRs. Reduced lung delivery and response has been shown to occur at IFRs exceeding 60 L/min, with increased distribution of the aerosol to the central airways and decreased distribution to the peripheral lung. The exception may be the inhalation of anticholinergic aerosols, since receptors for this class of drug are located more proximally in the lung. Figure 7 shows the effect of air flow on drug delivered. In this subject, the inhalation of a radiolabeled powder at 15 L/min produced much greater delivery to the lung and penetration of aerosol beyond the mid-lung region than inhalation at the higher air flow of 60 L/min.[57] Deposition is reduced at the high flow and is concentrated around the hilum, but is also more peripherally deposited with the lower IFR.

### Nebulizers

Inhalation of aerosol from standard and/or breath-actuated nebulizer designs is typically performed at low IFRs, usually with tidal breathing. However, if the patient is hyperventilating, the same principles apply as for the other delivery systems: more drug will be deposited in the mouth and on central airways at high IFRs. The reduced duty cycle (ratio of inspiratory time to total breathing cycle time) translates into less drug inhaled. For crying infants and children, it is recommended that traditional nebulizer therapy be given when the child is quiet or asleep.

Recent developments in nebulizer design, in particular the metered-dose liquid inhaler,[58] may incorporate features that help control breathing factors during inhalation.[59]

### Modelling In Vivo Delivery of Aerosol

Computerized breath simulators for assessing device performance are useful in estimating in vitro drug delivery to the mouth under various breathing conditions. The variables that can be tested with these systems are usually limited to tidal volume (10–1,000 mL) and inspiration-

expiration ratio. Changes to either of these factors alters the peak IFR of the simulated breath pattern. Increased delivery of dose dispensed from pMDIs with valved spacers, as well as from jet nebulizers, has been measured with increasing tidal volume and increasing IFR.[60,61] However, as numerous studies have demonstrated, the fate of this inhaled aerosol (deposition and distribution in the lung) is additionally affected by the IFR. Capturing actual breath patterns from patients to feed into the simulator should improve the accuracy of these dose estimations. In addition, it should be accepted practice when modelling drug delivery to the lung that the particle size characteristics of the aerosol be determined under the various conditions of air flow. This would improve the accuracy in estimating lung dose and site of deposition, not only for optimal IFRs, but also for those situations where the inhalation technique is less than ideal.

### Summary

A number of studies in the literature support the use of fine aerosols of drug, inhaled at low IFRs to target peripheral airways, with the objective of improving clinical responses to inhaled therapy (Fig. 8). Attempts have been made to separate response due to changes in total administered dose or the surface concentration of the dose from response due to changes in site of deposition—both are affected by the particle size of the aerosol, with IFR additionally influencing the latter.

The tools for measuring dose and distribution have improved over the last 10–15 years, and thus we should expect greater accuracy in these measurements for assessing drug delivery to the lung.[62] There are still issues, though, in producing radiolabeled $^{99m}$technetium aerosols that are precise markers for the pharmaceutical product being tested and in quantitating absolute doses deposited in the lung. PET isotopes may provide the means for directly labelling a drug and perhaps can offer an alternative for making these measurements in the future, but deposition measurements should not be used in isolation; protocols should incorporate clinical tests to provide parallel therapeutic data in response to inhalation of the drug by the various patient populations being studied.

### REFERENCES

1. Newman SP. Scintigraphic assessment of therapeutic aerosols. Crit Rev Ther Drug Carrier Syst 1993;10(1):65–109.
2. Dolovich M. Aerosols. In: Barnes PJ, Grunstein MM, Leff AR, Woolcock AJ, editors. Asthma. Philadelphia: Lippincott-Raven; 1997: 1349–1366.
3. Morrow PE, Yu CP. Models of aerosol behavior in airways and alveoli. In: Morén F, Dolovich MB, Newhouse MT, Newman SP, editors. Aerosols in medicine: principles, diagnosis and therapy. 2nd ed. Amsterdam: Elsevier; 1993: 157–193.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

4. Auty RM, Brown K, Neale MG, Snashall PD. Respiratory tract deposition of sodium cromoglycate is highly dependent upon technique of inhalation using the Spinhaler. Br J Dis Chest 1987;81(4): 371–380.

5. Newnham DM, Lipworth BJ. Nebuliser performance, pharmacokinetics, airways and systemic effects of salbutamol given via a novel nebuliser delivery system ("Ventstream"). Thorax 1994;49(8):762–770.

6. Wilson AM, Dempsey OJ, Coutie WJ, Sims EJ, Lipworth BJ. Importance of drug-device interaction in determining systemic effects of inhaled corticosteroids (letter). Lancet 1999;353(9170):2128.

7. Lippmann M. Regional deposition of particles in the human respiratory tract. In: Lee DHK, Falk HL, Murphy SD, editors. Handbook of physiology, Section 9. Reaction to environmental agents. Bethesda MD: American Physiological Society; 1977: 213–232.

8. Chang HK, Menon AS. Airflow dynamics in the human airways. In: Morén F, Dolovich MB, Newhouse MT, Newman SP, editors. Aerosols in medicine: principles, diagnosis and therapy, 2nd ed. Amsterdam: Elsevier; 1993: 85–116.

9. Smaldone GC, Messina MS. Flow limitation, cough, and patterns of aerosol deposition in humans. J Appl Physiol 1985;59(2):515–520.

10. Ruffin RE, Dolovich MB, Wolff RK, Newhouse MT. The effects of preferential deposition of histamine in the human airway. Am Rev Respir Dis 1978;117(3):485–492.

11. Johnson MA, Newman SP, Bloom R, Talaee N, Clarke SW. Delivery of albuterol and ipratropium bromide from two nebulizer systems in chronic stable asthma: efficacy and pulmonary deposition. Chest 1989;96(1):6–10.

12. Dolovich M, Ryan G, Newhouse MT. Aerosol penetration into the lung: influence on airway responses. Chest 1981;80(6 Suppl):834–836.

13. Dickens GR, Wermeling DP, Matheny CJ, John W, Abramowitz W, Sista SM, et al. Flunisolide administered via metered dose inhaler with and without a spacer device and following oral administration (abstract). J Allergy Clin Immunol 1999; 103 (1 Pt 2): Abstract 504.

14. Lipworth BJ, Clark DJ. Lung delivery of salbutamol given by breath activated pressurized aerosol and dry powder inhaler devices. Pulm Pharmacol Ther 1997;10(4):211–214.

15. Chrystyn H. Anatomy and physiology in delivery: can we define our targets? J Allergy 1999:54 Suppl 49:82–87.

16. Yu CP, Taulbee DB. A theory of predicting respiratory tract deposition of inhaled particles in man. Inhaled Part 1975:4 Pt 1:35–47.

17. Gerrity TR, Lee PS, Hass FJ, Marinelli A, Werner P, Lourenco RV. Calculated deposition of inhaled particles in the airway generations of normal subjects. J Appl Physiol 1979;47(4):867–873.

18. Gonda I. A semi-empirical model of aerosol deposition in the human respiratory tract for mouth inhalation. J Pharm Pharmacol 1981; 33(11):692–696.

19. Gonda I. Scintigraphic techniques for measuring in vivo deposition. J Aerosol Med 1996;9 Suppl 1:S59–S67.

20. Martonen TB. Yang Y, Dolovich M. Definition of airway composition within gamma camera images. J Thorac Imaging 1994;9(3): 188–197.

21. Phipps PR, Gonda I, Bailey DL, Borham P, Bautovich G, Anderson SD. Comparisons of planar and tomographic gamma scintigraphy to measure the penetration index of inhaled aerosols. Am Rev Respir Dis 1989;139(6):1516–1523.

22. Fleming JS, Hashish AH, Conway JH, Nassim MA, Holgate ST, Halson P, et al. Assessment of deposition of inhaled aerosol in the respiratory tract of man using three-dimensional multimodality imaging and mathematical modeling. J Aerosol Med 1996;9(3):317–327.

23. Rhodes CG, Hughes JMB. Pulmonary studies using positron emission tomography (review). Eur Respir J 1995;8(6):1001–1017.

24. Summers QA, Fleming JS, Dai Y, Perring S, Honeywell R, Gough KJ, et al. The pulmonary deposition of two aerosol preparations of nedocromil sodium delivered by MDI assessed by single photon emission computed tomography. J Aerosol Med 1996;9 Suppl 1:S93–S109.

25. Ojima F, Ido T, Takahashi T, Hatazawa J, Iro M, Sasaki H, et al. Preparation of a fine powder of 2-deoxy-2-[18F]fluoro-D-glucose suitable for inhalation to diagnose lung diseases by means of PET. Ann Nucl Med 1989;3(3):143–147.

26. Berridge MS, Heald DL. In vivo characterization of inhaled pharmaceuticals using quantitative positron emission tomography. J Clin Pharmacol 1999;Suppl:25S–29S.

27. Dolovich M, Nahmias C, Thompson M, Yuki S, Frietag A, Coates G. Positron emission tomographic (PET) imaging of the lung in cystic fibrosis: 3D assessment of the distribution of inhaled therapy (abstract). Am J Respir Crit Care Med 1999;159(4 Pt 2):A687.

28. Rahman S, Rhoades CG, Constantinou M, Waters S, Aigbirhio FI, Osman S, et al. Lung deposition of 18-F-fluticasone propionate in normal subjects using positron emission tomography therapy (abstract). Am J Respir Crit Care Med 2000;161(4 Pt 2):A177.

29. Dolovich MB, Sanchis J, Rossman C, Newhouse MT. Aerosol penetrance: a sensitive index of peripheral airways obstruction. J Appl Physiol 1976;40(3):468–471.

30. Dolovich M, Rushbrook J, Churchill E, Mazza M, Powles AC. Effect of continuous lateral rotational therapy on lung mucus transport in mechanically ventilated patients. J Crit Care 1998;13(3):119–125.

31. Ilowite JS, Gorvoy JD, Smaldone GC. Quantitative deposition of aerosolized gentamicin in cystic fibrosis. Am Rev Respir Dis 1987; 136(6):1445–1449.

32. Laube BL, Norman PS, Adams G 3rd. The effect of aerosol distribution on airway responsiveness to inhaled methacholine in patients with asthma. J Allergy Clin Immunol 1992;89(2):510–518.

33. Dolovich M, Nahmias C, Coates G. Unleashing the PET: 3D imaging of the lung. In: Byron P, Dalby R, Farr S, editors. Respiratory Drug Delivery VII. North Carolina: Serenta Publishers; (2000, in press).

34. Willeke K, Baron PA. Aerosol measurement: principles, techniques and applications. New York: Van Nostrand Reinhold; 1993.

35. Hallworth G. Particle size of therapeutic aerosols. In: Moren F, Dolovich M, Newhouse M, Newman S, editors. Aerosols in medicine: principles, diagnosis and therapy. Amsterdam: Elsevier; 1993: 351–374.

36. Meakin BJ, Ganderton D, Panza I, Ventura P. The effect of flow rate on drug delivery from the Pulvinal, a high- resistance dry powder inhaler. J Aerosol Med 1998;11(3):143–152.

37. Smith KJ, Chan HK, Brown KF. Influence of flow rate on aerosol particle size distributions from pressurized and breath-actuated inhalers. J Aerosol Med 1998;11(4):231–245.

38. Prime D, Grant AC, Slater AL, Woodhouse RN. A critical comparison of the dose delivery characteristics of four alternative inhalation devices delivering salbutamol: pressurized metered dose inhaler, Diskus inhaler, Diskhaler inhaler, and Turbuhaler inhaler. J Aerosol Med 1999;12(2):75–84.

39. Pedersen S, Hansen OR, Fuglsang G. Influence of inspiratory flow rate upon the effect of a Turbuhaler. Arch Dis Child 1990;65(3): 308–310.

40. Borgstrom L, Bondesson E, Moren F, Trofast E, Newman SP. Lung deposition of budesonide inhaled via Turbuhaler: a comparison with terbutaline sulphate in normal subjects. Eur Respir J 1994;7(1):69–73.

41. Borgstrom L, Derom E, Stahl E, Wahlin-Boll E, Pauwels R. The inhalation device influences lung deposition and bronchodilating effect of terbutaline. Am J Respir Crit Care Med 1996;153(5):1636–1640.

INSPIRATORY FLOW RATE, PARTICLE SIZE, AND AIRWAY CALIBER

42. Devadason SG, Everard ML, MacEarlan C, Roller C, Summers QA, Swift P, et al. Lung deposition from the Turbuhaler in children with cystic fibrosis. Eur Respir J 1997;10(9):2023–2028.

43. Dolovich M. Lung dose, distribution and clinical response to therapeutic aerosols. Aerosol Sci Technol 1993;18:230–240.

44. Mitchell JP, Dolovich MB. A standard for testing of spacers and holding chambers: in vitro testing parameters (abstract). J Aerosol Med 1999;12(2):134.

45. Dolovich M, Rhem R. In vitro characterization of two BDP HFA pMDIs (abstract). J Aerosol Med 1999;12(2):112.

46. Dolovich M, Rhem R. In vitro comparison of a BDP HFA pMDI with CFC Beclovent®. Eur Respir J 1999:14(Suppl 30):197S, P1364.

47. Leach CL, Davidson PJ, Boudreau RJ. Improved airway targeting with the CFC-free HFA-beclomethasone metered-dose inhaler compared with CFC- beclomethasone. Eur Respir J 1998;12(6):1346–1353.

48. Dolovich MB, Rhem R, Gerrard L, Coates G. Lung deposition of coarse CFC vs fine HFA pMDI aerosols of beclomethasone dipropionate (BDP) in asthma (abstract). Am J Respir Crit Care Med 2000;161 (4 Pt2):A62.

49. Busse WW, Brazinsky S, Jacobson K, Stricker W, Schmitt K, Vanden Burgt J, et al. Efficacy response of inhaled beclomethasone dipropionate in asthma is proportional to dose and is improved by formulation with a new propellant. J Allergy Clin Immunol 1999;104(6):1215–1222.

50. Dolovich M, Ruffin RE, Roberts R, Newhouse MT. Optimal delivery of aerosols from metered dose inhalers. Chest 1981;80(6 Suppl):911–915.

51. Thorsson L, Kenyon C, Newman SP, Borgstrom L. Lung deposition of budesonide in asthmatics: a comparison of different formulations. Int J Pharm 1998;168:119–121.

52. Fok TF, Monkman S, Dolovich M, Gray S, Coates G, Paes B, et al. Efficiency of aerosol medication delivery from a metered dose inhaler versus jet nebulizer in infants with bronchopulmonary dysplasia. Pediatr Pulmonol 1996:21(5):301–309.

53. Bisgaard H. Delivery of inhaled medication to children (review). J Asthma 1997;34(6):443–467.

54. Zanen P, Go LT, Lammers J-WJ. The optimal particle size for parasympathicolytic aerosols in mild asthmatics. Int J Pharm 1995;114(1):111–115.

55. Zanen P, Go LT, Lammers JW. Optimal particle size for beta 2 agonist and anticholinergic aerosols in patients with severe airflow obstruction. Thorax 1996;51(10):977–980.

56. Zanen P, Go LT, Lammers JW. The efficacy of a low-dose, monodisperse parasympathicolytic aerosol compared with a standard aerosol from a metered-dose inhaler. Eur J Clin Pharmacol 1998;54(1):27–30.

57. Dolovich M, Rhem R, Rashid F, Bowen B, Coates G, Hill M. Lung deposition of albuterol sulphate from the Dura Dryhaler on normal adults (abstract). Am J Respir Crit Care Med 1996;153(4 Pt 2):A62.

58. Dolovich M. New propellant-free technologies under investigation (review). J Aerosol Med 1999:12 Suppl 1:S9–S17.

59. Schuster J, Rubsamen R, Lloyd P, Lloyd J. The AERX aerosol delivery system. Pharm Res 1997:14(3):354–357.

60. Janssens HM, Krigsman AM, Verbraak AFM, Hop WCJ, de Jongste JC, Tiddens HAWM. Fine particle size improves lung deposition of inhaled steroids in infants: a study in an upper airway model (abstract). Am J Respir Crit Care Med 2000;161(4 Pt 2):A32.

61. Dolovich M, Rhem R, Kwong J. Simulating aerosol delivery: effect of particle size, tidal volume and inspiratory flow rate (abstract). Am J Respir Crit Care Med 1999;59(4 Pt 2):A615.

62. Everard M, Dolovich M. In vivo measurements of lung dose. In: Bisgaard H, O'Callaghan C, Smaldone G, editors. Lung biology in health and disease series New York: Marcel Dekker; (in press, 2000).

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Respiratory care
UP - General Collection
W1 RE248J
45, no. 6 (June 2000)
Received 07-14-2000

JUNE 2000

VOLUME 45

NUMBER 6

ISSN 0020-1324-RECACP



# RESPIRATORY CARE

A MONTHLY SCIENCE JOURNAL
45TH YEAR—ESTABLISHED 1956

**SPECIAL ISSUE**

CONSENSUS CONFERENCE ON AEROSOLS AND DELIVERY DEVICES

- Consensus Statement on Aerosols and Delivery Devices

- Influence of Inspiratory Flow Rate, Particle Size, and Airway Caliber on Aerosolized Drug Delivery to the Lung

- Nebulizers: Principles and Performance

- Metered Dose Inhalers, Dry Powder Inhalers, and Transitions

- Aerosol Delivery via Artificial Airways

- Neonatal and Pediatric Considerations in Aerosol Delivery

- Drug Properties Affecting Aerosol Behavior

- Aerosolized Antibiotics

- Aerosolized Medications for Altering Lung Surface Active Properties

- Experimental Macromolecular Aerosol Therapy

- Calculating Lung Delivery and Deposition

- Lung Models: Strengths and Limitations

- Assessment End Points for Inhaled Drug Delivery

- Assessing Costs of Aerosol Therapy

- Aerosolized Drugs: Current Regulatory Perspective

- A Clinician's Perspective on Aerosol Therapy



PROPERTY OF THE
NATIONAL
LIBRARY OF
MEDICINE

NOW IN Medline/MEDLINE

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# Exhibit F

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| NOVO NORDISK A/S ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 06-1896 (CKK) |
| ) | |
| JON W. DUDAS ) | |
| Under Secretary of Commerce for ) | |
| Intellectual Property and ) | |
| Director of the United States Patent ) | |
| & Trademark Office, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT USPTO'S SECOND SUPPLEMENTAL OBJECTIONS
## AND RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

Defendant Jon W. Dudas, Undersecretary of Commerce for Intellectual Property and

Director of the United States Patent and Trademark Office ("USPTO"), through his undersigned

counsel, and pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, provides his

objections and responses to the requests for admission ("Requests") of plaintiff Novo Nordisk

A/S ("Novo").

## GENERAL OBJECTIONS

1.      Discovery in this matter and Defendant's investigation of the subject matter of

this action are ongoing.  Accordingly, the following responses are given without prejudice to

Defendant's right to provide or produce evidence of any subsequently discovered facts, names, or

other items of information known to or within the possession, custody or control of Defendant

that it may later recall or discover in the exercise of reasonable diligence.  Defendant further

reserves the right to change, amend or supplement any or all of the matters contained in this

response as additional facts are ascertained and research is completed.

2.      Objections to each Request are made on an individual basis below.  Defendant expressly incorporates each of the General Objections into each specific response to the Interrogatories set forth below as if set forth in full therein.

3.      Defendant objects to the Requests, and their Definitions and Instructions, to the extent that they purport to impose on Defendant obligations that differ from or exceed those required by the Federal Rules of Civil Procedure.

4.      Defendant objects to the Requests to the extent that they seek information protected by the work-product immunity, attorney-client privilege, or any other privilege or restriction on discovery.

5.      Defendant objects to the Requests to the extent that they seek information that is publicly available and therefore obtainable from a more convenient, less burdensome and less expensive source.

6.      Defendant objects to the Requests to the extent that they are overbroad, unduly burdensome, oppressive or seek information that is beyond the possession, custody, or control of Defendant.

7.      Defendant objects to the Requests to the extent they require responses from the Examiner of the Patent Application, from the Board of Patent Appeals and Interferences, or from any other USPTO employee beyond that which is authorized by 37 C.F.R. § § 104.21 - .23 and the Manual of Patent Examining Procedure (MPEP) Chapter 1700.

Subject to the foregoing General Objections, Defendant responds to the Requests as follows:

2

## SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1**

The Record is complete and contains all documents or references to documents relating to the grounds of rejection of the claims of the Patent Application.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1**

Defendant objects to this Request as vague and ambiguous as the meaning of "complete," Defendant further objects to this Request as not likely to lead to the discovery of admissible evidence. Subject to the foregoing general and specific objections, Defendant admits that the Record contains the documents and/or references to the documents upon which the Examiner and the Board relied in rejecting the pending claims.

**REQUEST FOR ADMISSION NO. 2**

The USPTO will rely solely on the prior art and other references contained in the Record in this Action, and will not seek to introduce in this Action any evidence not in the Record.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2**

Defendant objects to this Request as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this Request in the event that additional information later becomes available. Subject to the foregoing general and specific objections, Defendant denies this Request.

**REQUEST FOR ADMISSION NO. 3**

The USPTO will rely solely on the theories contained in the Record in this Action.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3**

Defendant objects to this Request as vague and ambiguous as the meaning of "theories

contained in the Record." Defendant further objects to this request as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this Request in the event that additional information later becomes available. Subject to the foregoing general and specific objections, Defendant denies this Request.

**REQUEST FOR ADMISSION NO. 4**

Harrison's Principles of Internal Medicine, Kurt Isselbacher et al. eds.,13[th] Edition, Vol. 2, at 1986-87 (1994) ("Harrison"), teaches only three treatment regimes for diabetes mellitus: conventional insulin therapy through injection, multiple subcutaneous insulin injection technique, and continuous subcutaneous insulin infusion.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4**

Defendant objects to the pejorative term "only" in this Request. Subject to foregoing the general and specific objections, Defendant admits that Harrison teaches three treatment regimes for diabetes mellitus: conventional insulin therapy through injection, multiple subcutaneous insulin injection technique, and continuous subcutaneous insulin infusion.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 4**

Defendant objects to the pejorative term "only" in this Request. Subject to foregoing the general and specific objections, Defendant admits that Harrison discloses only three treatment regimes for diabetes mellitus: conventional insulin therapy through injection, multiple subcutaneous insulin injection technique, and continuous subcutaneous insulin infusion. Defendant does not comment on the existence of other treatment regimes for diabetes mellitus.

**REQUEST FOR ADMISSION NO. 5**

Harrison does not teach the administration of insulin through inhalation.

4

**RESPONSE TO REQUEST FOR ADMISSION NO. 5**

Admitted.

**REQUEST FOR ADMISSION NO. 6**

Harrison teaches away from the treatment of diabetes mellitus through the inhalation of insulin, stating that "[a]dministration of insulin by nasal insufflation, although attractive in principle, has not proved practical and is no longer under commercial development." (Harrison, at 1987.)

**RESPONSE TO REQUEST FOR ADMISSION NO. 6**

Defendant objects to this Request as vague and ambiguous.  Defendant further objects to this request as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this Request in the event that additional information later becomes available.  Subject to the foregoing general and specific objections, Defendant denies this Request.  The quoted passage refers to "nasal insufflation" rather than inhalation into the lungs.

**REQUEST FOR ADMISSION NO. 7**

The relevant prior art contains no specific protocol or guidelines for the administration of powdered insulin to the bloodstream via inhalation for the treatment of diabetes mellitus.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7**

Defendant objects to this Request as vague and ambiguous as to "relevant prior art" and "specific protocol or guidelines."  Defendant further objects to this request as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this Request in the event that additional information later becomes

available.  Defendant further objects to this Request as unlikely to lead to the discovery of admissible evidence, in that none of the pending claims recite a "protocol" or "guideline." Subject to the foregoing general and specific objections, Defendant denies this Request.

## FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 7 (MARCH 14, 2008)

Defendant objects to this Request as vague and ambiguous as to "relevant prior art" and "specific protocol or guidelines."  Defendant further objects to this Request as unlikely to lead to the discovery of admissible evidence, in that none of the pending claims recite a "protocol" or "guideline."  Subject to the foregoing general and specific objections, Defendant denies this Request.  Defendant refers Plaintiff to U.S. Patent No. 5,643,868; U.S. Patent No. 5,843,886; and U.S. Patent No. 5,763,396 as prior art that contains "specific protocols or guidelines for the administration of powdered insulin to the bloodstream via inhalation for the treatment of diabetes mellitus."

## REQUEST FOR ADMISSION NO. 8

Medicament that is inhaled is not fully absorbed through the alveoli in the lungs into the bloodstream.

## RESPONSE TO REQUEST FOR ADMISSION NO. 8

Defendant objects to this Request as overly broad and unduly burdensome, in that it is not limited to the relevant medicament: insulin.  Defendant further objects to this Request as vague and ambiguous.  Specifically, it is not clear whether the Request is asking Defendant to admit that medicament that is inhaled may not reach the alveoli, that medicament, once it reaches the alveoli, may not thereafter be absorbed into the bloodstream, or that medicament may be

absorbed into the bloodstream from a portion of the lungs other than the alveoli.  Defendant

further objects to this Request as premature; Defendant's investigation is continuing, discovery is

ongoing, and Defendant reserves the right to supplement its response to this Request in the event

that additional information later becomes available.  In light of these objections, Defendant

cannot respond to this Request.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 8**

Defendant objects to this Request as overly broad and unduly burdensome, in that it is not

limited to the relevant medicament: insulin.  Defendant further objects to this Request as vague

and ambiguous.  Defendant further objects to this Request as premature; Defendant's

investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement

its response to this Request in the event that additional information later becomes available.

Subject to the foregoing objections, Defendant admits that, when medicament is inhaled, a

portion of the medicament may not reach the alveoli.  Defendant further admits that, of the

medicament that does reach the alveoli, a portion of the medicament may not be absorbed into

the bloodstream.

**REQUEST FOR ADMISSION NO. 9**

Medicament that is inhaled is not necessarily absorbed through the alveoli in the lungs

into the bloodstream.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9**

Defendant objects to this Request as overly broad and unduly burdensome, in that it is not

limited to the relevant medicament: insulin.  Defendant further objects to this Request as vague

and ambiguous.  Specifically, it is not clear whether the Request is asking Defendant to admit

7

that medicament that is inhaled may not reach the alveoli; that medicament, once it reaches the

alveoli, may not thereafter be absorbed into the bloodstream; or that medicament may be

absorbed into the bloodstream from a portion of the lungs other than the alveoli.  Defendant

further objects to this Request as premature; Defendant's investigation is continuing, discovery is

ongoing, and Defendant reserves the right to supplement its response to this Request in the event

that additional information later becomes available.  In light of these objections, Defendant

cannot respond to this Request.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 9**

Defendant objects to this Request as overly broad and unduly burdensome, in that it is not

limited to the relevant medicament: insulin.  Defendant further objects to this Request as vague

and ambiguous.  Defendant further objects to this Request as premature; Defendant's

investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement

its response to this Request in the event that additional information later becomes available.

Subject to the foregoing objections, Defendant admits that, when medicament is inhaled, a

portion of the medicament may not reach the alveoli.  Defendant further admits that, of the

medicament that does reach the alveoli, a portion of the medicament may not be absorbed into

the bloodstream**.**

**REQUEST FOR ADMISSION NO. 10**

U.S. Letters Patent No. 5,192,548, Velasquez, et al., ("Velasquez") does not teach the

amount of insulin to be administered through inhalation to treat diabetes.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10**

Defendant objects to this Request as vague and ambiguous.  Specifically, it is not clear

whether the Request is asking Defendant to admit that Velasquez does not teach the use of
inhaled insulin to treat diabetes or provide experimental data showing inhaled insulin being used
to treat diabetes.  Subject to the foregoing general and specific objections, Defendant admits that
Velasquez teaches the use of insulin for "systemic treatment."  (*See* col.2, ll.29-32.)  Velasquez
also teaches that the device claimed in U.S. Letters Patent No. 5,192,548 "can carry 10 to 150   g
of medicament per cm$^2$" (at col.6., ll.19-25), and that the particle size of dry medicament may be
in the "range of 1 to 10   m" (at col.6, ll.44-45).

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 10**

Subject to Defendant's general objections, Defendant admits that Velasquez does not
teach specific dosages of insulin to be administered through inhalation to treat diabetes.

**REQUEST FOR ADMISSION NO. 11**

"Respirable fraction" is defined in Velasquez, col. 5, ll. 11-13, as the "percentage of drug
which is in particles of aerodynamic diameter of equal to or less than about 6.4μm."

**RESPONSE TO REQUEST FOR ADMISSION NO. 11**

Defendant admits that Velasquez contains the statement at col.5, ll.11-13 that the
"respirable fraction" is "the percentage of drug which is in particles of aerodynamic diameter of
equal to or less than about 6.4 μm."

**REQUEST FOR ADMISSION NO. 12**

Velasquez states that the respirable fraction of albuterol sulfate particles that become
aerosolized decreases as the depth of the depressions in the substrate increases, and sets out a
range of 65% of the particles that become respirable at a depth of 14 μm to 10% of the particles
that become respirable at a depth of 37 μm.

9

**RESPONSE TO REQUEST FOR ADMISSION NO. 12**

Defendant admits that Velasquez contains the statement that when "using albuterol sulfate with a mean particle size of 1.7 μm" (col.5, ll.2-3), "[t]he respirable fraction (*i.e.*, the percentage of drug which is in particles of aerodynamic diameter of equal to or less than about 6.4 μm) similarly decreases as the depression depth increases, this being about 65% at 14 μm, about 30% at 28 μm and about 10% at 37 μm" (col.5, ll.7-10).  Defendant does not comment on the respirable fraction for drugs other than albuterol sulfate.

**REQUEST FOR ADMISSION NO. 13**

Albuterol sulfate particles differ from insulin particles in size and chemical properties.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13**

Defendant objects to this Request as vague and ambiguous.  Specifically, the Request does not indicate which chemical properties are being considered.  Subject to the foregoing objections, Defendant admits that albuterol sulfate and insulin have different chemical compositions and different molecular weights.  With respect to differences in particle size, Defendant objects to this Request as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this Request in the event that additional information later becomes available.  In light of these objections, Defendant cannot respond to this Request.

**FIRST AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 13**

Defendant objects to this Request as vague and ambiguous.  Specifically, the Request does not indicate which chemical properties are being considered.  Subject to the foregoing objections, Defendant admits that albuterol sulfate and insulin have different chemical

compositions and different molecular weights. Defendant further admits that albuterol sulfate

and insulin likely differ in other chemical properties. With respect to differences in particle size,

Defendant objects to this Request as premature; Defendant's investigation is continuing,

discovery is ongoing, and Defendant reserves the right to supplement its response to this Request

in the event that additional information later becomes available. Subject to the foregoing general

and specific objections, Defendant denies that albuterol sulfate particles necessarily differ from

insulin in particle size.

**REQUEST FOR ADMISSION NO. 14**

Velasquez does not teach the absorption into the bloodstream of a controlled quantity of

medication via inhalation into the lungs.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14**

Defendant objects to this Request as vague and ambiguous. Specifically, the Request

does not indicate what is meant by "controlled quantity." Defendant further objects that the

question is overly broad. Subject to the foregoing general and specific objections, Defendant

admits that Velasquez does not disclose data obtained from experiments involving inhalation of

medicament into the lungs.

**REQUEST FOR ADMISSION NO. 15**

Velasquez does not teach the absorption of controlled or repeatable amounts of insulin

into the bloodstream of a patient that has inhaled insulin.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15**

Defendant objects to this Request as vague and ambiguous. Specifically, the Request

does not indicate what is meant by "controlled quantity" or "repeatable amounts." Defendant

11

further objects that the question is overly broad.  Subject to the foregoing general and specific

objections, Defendant admits that Velasquez does not disclose data obtained from experiments

involving inhalation of medicament into the lungs.

**REQUEST FOR ADMISSION NO. 16**

International Patent Publication WO 90/07351, Schenk, et al. ("Schenk"), is directed to

the treatment of bronchial asthma and other diseases of the lung by inhalation of medicament into

the bronchial tubes of the lungs, not by inhalation into the alveoli for absorption into the

bloodstream.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16**

Defendant objects to this Request as vague and ambiguous.  Specifically, it is not clear

whether the Request is asking Defendant to admit that Schenk does not teach inhaled

medicament being delivered to areas of the lung other than the bronchial tubes, inhaled

medicament being delivered to the alveoli, inhaled medicament being absorbed into the

bloodstream, or experimental data showing inhaled medicament being absorbed into the

bloodstream.  Defendant further objects that the question is overly broad.  Subject to the

foregoing general and specific objections, Defendant admits that Schenk contains the statement

that "[t]he most effective manner of administration is to let the patient inhale the medical product

directly into the bronchial tubes of the lungs" (at pg. 1).  Defendant also admits that Schenk

teaches that "respirable particles" of medicament are those particles of "such a small size that

they may be deposited in the bronchial tree by aspiration" (at pg. 1).

**REQUEST FOR ADMISSION NO. 17**

Schenk does not teach the absorption into the bloodstream of a controlled quantity of

medication via inhalation into the lungs.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17**

Defendant objects to this Request as vague and ambiguous. Specifically, the Request does not indicate what is meant by "controlled quantity." Defendant further objects that the question is overly broad. Subject to the foregoing general and specific objections, Defendant admits that Schenk does not disclose data obtained from experiments involving inhalation of medicament into the lungs.

**REQUEST FOR ADMISSION NO. 18**

Schenk does not teach the absorption of controlled or repeatable amounts of insulin into the bloodstream of a patient that has inhaled insulin.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18**

Defendant objects to this Request as vague and ambiguous. Specifically, the Request does not indicate what is meant by "controlled quantity" or "repeatable amounts." Defendant further objects that the question is overly broad. Subject to the foregoing general and specific objections, Defendant admits that Schenk does not disclose data obtained from experiments involving inhalation of medicament into the lungs.

Respectfully submitted,


____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

13

___/s/_____
BLANCHE BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

Date:   March 14, 2008                ATTORNEYS FOR DEFENDANT

OF COUNSEL:

Benjamin Wood
Mary L. Kelly
Associate Solicitors
U.S. Patent & Trademark Office

14

# Exhibit G

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NOVO NORDISK A/S | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 06-1896 (CKK) |
| | ) | |
| JON W. DUDAS | ) | |
| Under Secretary of Commerce for | ) | |
| Intellectual Property and | ) | |
| Director of the United States Patent | ) | |
| & Trademark Office, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT USPTO'S SECOND SUPPLEMENTAL
## OBJECTIONS AND RESPONSES TO PLAINTIFF'S INTERROGATORIES

Defendant Jon W. Dudas, Undersecretary of Commerce for Intellectual Property and

Director of the United States Patent and Trademark Office ("Defendant" or "USPTO"), through

his undersigned counsel, and pursuant to Rules 26 and 33 of the Federal Rules of Civil

Procedure, provides his objections and responses to the interrogatories of plaintiff Novo Nordisk

A/S ("Novo").

## GENERAL OBJECTIONS

1.      Discovery in this matter and Defendant's investigation of the subject matter of

this action are ongoing.  Accordingly, the following responses are given without prejudice to

Defendant's right to provide or produce evidence of any subsequently discovered facts, names, or

other items of information known to or within the possession, custody or control of Defendant

that it may later recall or discover in the exercise of reasonable diligence.  Defendant further

reserves the right to change, amend or supplement any or all of the matters contained in this

response as additional facts are ascertained and research is completed.

2.    Objections to each interrogatory are made on an individual basis below. Defendant expressly incorporates each of the General Objections into each specific response to the Interrogatories set forth below as if set forth in full therein.

3.    Defendant objects to the Interrogatories, and their Definitions and Instructions, to the extent that they purport to impose on Defendant obligations that differ from or exceed those required by the Federal Rules of Civil Procedure.

4.    Defendant objects to the Interrogatories to the extent that they seek information protected by the work-product immunity, attorney-client privilege, or any other privilege or restriction on discovery.

5.    Defendant objects to the Interrogatories to the extent that they seek information that is publicly available and therefore obtainable from a more convenient, less burdensome and less expensive source.

6.    Defendant objects to the Interrogatories to the extent that they are overbroad, unduly burdensome, oppressive or seek information that is beyond the possession, custody, or control of Defendant.

7.    Defendant objects to the Instructions to the extent they require responses from the Examiner of the Patent Application, from the Board of Patent Appeals and Interferences, or from any other USPTO employee beyond that which is authorized by 37 C.F.R. § § 104.21 - .23 and the Manual of Patent Examining Procedure (MPEP) Chapter 1700.

Subject to the foregoing General Objections, Defendant responds to the Interrogatories as follows:

2

## SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**

State the grounds upon which the Board relied in affirming the Examiner's final rejection of the claims in the Patent Application.

**RESPONSE TO INTERROGATORY NO. 1**

Defendant objects to this interrogatory as unduly burdensome, as it seeks information already in Plaintiff's possession. Subject to the foregoing specific and general objections, Defendant responds that the grounds upon with the Board relied in affirming the Examiner's final rejection of the claims in the Patent Application are set forth in the Board's Opinion, the Examiner's Answer, the Examiner's final rejection, and the prior art cited therein.

**INTERROGATORY NO. 2:**

Does the USPTO know of any documents, including prior art or other references, that are not included in the Record but that it believes are relevant to the patentability of the invention disclosed and claimed in the Patent Application?

**RESPONSE TO INTERROGATORY NO. 2**

Defendant objects to this Interrogatory as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this interrogatory in the event that additional information later becomes available. Defendant further objects to this Interrogatory as prematurely seeking expert opinion in advance of the date for the submission of Fed. R. Civ. P. 26(a)(2)(B) statements imposed by the Court. Defendant further objects to this Interrogatory as vague and ambiguous and as requiring Defendant to make a legal conclusion. Defendant further objects to this Interrogatory to the extent that it seeks

3

information already in Plaintiff's possession, custody, or control. Subject to the foregoing

specific and general objections, Defendant responds that it believes that there may be prior art

references not included in the Record that are relevant to the patentability of the pending claims.

**INTERROGATORY NO. 3:**

If the answer to Interrogatory No. 2 is "yes," identify such documents.

**RESPONSE TO INTERROGATORY NO. 3**

Defendant objects to this Interrogatory as premature; Defendant's investigation is

continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to

this interrogatory in the event that additional information later becomes available. Defendant

further objects to this Interrogatory as prematurely seeking expert opinion in advance of the date

for the submission of Fed. R. Civ. P. 26(a)(2)(B) statements imposed by the Court. Defendant

further objects to this Interrogatory as vague and ambiguous and as requiring Defendant to make

a legal conclusion. Defendant further objects to this Interrogatory as unduly burdensome to the

extent that it seeks information already in Plaintiff's possession, custody, or control. Subject to

the foregoing specific and general objections, Defendant refers Plaintiff to those documents

identified and produced at bates ranges NN-459 through NN-1163, NN-1329 through NN-1355;

NN-1371 through NN-1381; and NN-2091 through NN-3334.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3 (Feb. 19, 2008):**

Subject to the foregoing specific and general objections, and in addition to those

documents identified in Defendant's Response to Interrogatory No. 3, Defendant further refers

Plaintiff to those documents identified and produced at bates ranges NN-1357 though NN-1370;

NN-1382 through NN-2090; NN-3335 through NN 5099; and NN-5133 through 5812.

4

Defendant further refers Plaintiff to any correspondence from Novo to the USPTO in connection with the prosecution of applications related to the Patent Application.

**INTERROGATORY NO. 4:**

If the answer to Interrogatory No. 2 is "yes," state whether the USPTO has relied upon any such documents in the proceedings below and identify such documents.

**RESPONSE TO INTERROGATORY NO. 4**

Defendant objects to this Interrogatory as vague as the meaning of "USPTO has relied upon." Assuming that Plaintiff means documents relied upon by the Examiner in rejecting the pending claims, and by the Board in affirming the rejections of the pending claims, all documents so relied upon would necessarily be identified or included in the Record as Plaintiff has defined it.

**INTERROGATORY NO. 5:**

If the answer to Interrogatory No. 2 is "yes," identify any such documents that the USPTO will or may seek to introduce or rely upon in this Action.

**RESPONSE TO INTERROGATORY NO. 5**

Defendant objects to this Interrogatory as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this interrogatory in the event that additional information later becomes available. Defendant further objects to this Interrogatory as prematurely seeking expert opinion in advance of the date for the submission of Fed. R. Civ. P. 26(a)(2)(B) statements imposed by the Court. Defendant further objects to this Interrogatory as vague and ambiguous and as requiring Defendant to make a legal conclusion. Defendant further objects to this Interrogatory as unduly burdensome to the

5

extent that it seeks information already in Plaintiff's possession, custody or control.  Subject to the foregoing specific and general objections, Defendant refers Plaintiff to Defendant's response to Interrogatory No. 3.

### FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5 (Feb. 19, 2008)

Subjection to the foregoing general and specific objections, Defendant refers Plaintiff to Defendant's Response to Interrogatory No. 3 and to Defendant's First Supplemental Response to Interrogatory No. 3 (Feb. 19, 2008).

### INTERROGATORY NO. 6:

Identify any documents known to the USPTO, including any prior art or other references, that set out any protocol or guidelines for the administration of insulin for the treatment of diabetes mellitus by the inhalation of powdered insulin that the USPTO believes are prior art to this application or are otherwise relevant to the patentability of the claims of the Patent Application.

### RESPONSE TO INTERROGATORY NO. 6

Defendant objects to this Interrogatory as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this interrogatory in the event that additional information later becomes available.  Defendant further objects to this Interrogatory as prematurely seeking expert opinion in advance of the date for the submission of Fed. R. Civ. P. 26(a)(2)(B) statements imposed by the Court.  Defendant further objects to this Interrogatory as vague and ambiguous as to the meaning of "protocol" and "guidelines."  Defendant further objects to this Interrogatory as unlikely to lead to the discovery of admissible evidence, as none of the claims at issue recite a "protocol" or "guideline."

6

Defendant further objects to this Interrogatory as unduly burdensome to the extent that it seeks information already in Plaintiff's possession, custody, or control. Subject to the foregoing specific and general objections, Defendant refers Plaintiff to those documents identified in Defendant's response to Interrogatory No. 3 as relevant to the patentability of the pending claims, as well as the prior art cited by the Board and the Examiner in rejecting the pending claims.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6 (Feb. 19, 2008)**

Subjection to the foregoing general and specific objections, Defendant additionally refers Plaintiff to Defendant's First Supplemental Response to Interrogatory No. 3 (Feb. 19, 2008).

**INTERROGATORY NO. 7:**

Identify the source of and support for the statement in the Board's Decision that "[t]he fraction that will be absorbed [into the bloodstream] relative to the total amount inhaled is referred to in the art as the 'respirable fraction.'" (Board Decision at 4).

**RESPONSE TO INTERROGATORY NO. 7**

Defendant objects to the insertion of the parenthetical "[into the bloodstream]" into the Interrogatory. Subject to the foregoing objection, the Board's decision provides no citation for the statement: "[t]he fraction that will be absorbed relative to the total amount inhaled is referred to in the art as the 'respirable fraction.'"

**INTERROGATORY NO. 8:**

Identify the source of and support for the statement in the Board's Decision that "medicament that is inhaled is absorbed into the blood stream by the lungs." (Board Decision at 4.)

7

**RESPONSE TO INTERROGATORY NO. 8**

The Board's decision provides no citation for this statement. However, several prior art references taught that inhaled medicaments such as insulin are absorbed into the blood stream by the lungs. For example, Wigley *et al.*, Diabetes, 20(8) (1971), teach that inhaled insulin can be recovered in the blood of test subjects. Thus, it appears that it was known to a person of ordinary skill in the art that "medicament that is inhaled is absorbed into the blood stream by the lungs," including that insulin that is inhaled is absorbed into the blood stream by the lungs.

**INTERROGATORY NO. 9:**

Identify the source of and support for the statement in the Board's Decision that "the lowering of glucose levels to an acceptable level and controlling the glucose levels are both highly dependent upon the particular patient and a person of ordinary skill in the art would monitor the patient's vital statistics to achieve the desired result." (Board Decision, at 5.)

**RESPONSE TO INTERROGATORY NO. 9**

The Board's decision provides no citation for this statement. However, Harrison's Principles of Internal Medicine, 13th Ed.. Vol. 2, p.1986 (Harrison), which is one of the prior art references relied upon by the examiner and the Board in rejecting the claims on appeal, teaches that "[n]o single standard exists for patterns of administration of insulin, and treatment plans vary from physician to physician and with a given physician in different patients" (at p.1986). Harrison also teaches that factors (such as obesity, exercise, etc.) affect insulin dose, and that insulin doses "must be determined by trial and error" (at p.1986), and that "[m]ost insulin-requiring patients now monitor[,] control and alter therapy based on self-measurement of the capillary blood sugar . . . [S]uch measurements are necessary in all treatment schedules utilizing

8

variable insulin dosage" (at p.1987). Thus, it appears that it was known to a person of ordinary skill in the art that "the lowering of glucose levels to an acceptable level and controlling the glucose levels are both highly dependent upon the particular patient and a person of ordinary skill in the art would monitor the patient's vital statistics to achieve the desired result."

**INTERROGATORY NO. 10:**

Identify any Person that the USPTO will retain or has retained as an expert in this Action.

**RESPONSE TO INTERROGATORY NO. 10**

Defendant objects to this Interrogatory as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this interrogatory in the event that additional information later becomes available. Defendant further objects to this Interrogatory as seeking expert testimony in advance of the date for submission of Fed.R.Civ.P 26(a)(2)(B) statements imposed by the Court. Subject to the foregoing general and specific objections, Defendant responds that it has not yet retained any person as an expert in this Action.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10**

Subject to the foregoing general and specific objections, Defendant states that it is in the process of engaging Dr. Myrna B. Dolovich, Firestone Research Aerosol Laboratory, Department of Medicine, St. Joseph's Hospital, 50 Charlton Ave. East, Hamilton Ontario to provide expert testimony in this action.

**INTERROGATORY NO. 11:**

Identify any materials reviewed, relied upon, consulted, or otherwise used by any expert in connection with his or her expert report, expert statement or any opinions he or she has

9

formulated in connection with this Action.

**RESPONSE TO INTERROGATORY NO. 11**

Defendant objects to this Interrogatory as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this Interrogatory in the event that additional information later becomes available. Defendant further objects to this Interrogatory as seeking expert testimony in advance of the date for submission of Fed.R.Civ.P 26(a)(2)(B) statements imposed by the Court. Subject to the foregoing general and specific objections, Defendant responds that it has not yet retained any person as an expert in this Action.

**INTERROGATORY NO. 12:**

Identify any Person currently or formerly associated with the USPTO with substantive knowledge concerning the Record or this Action.

**RESPONSE TO INTERROGATORY NO. 12**

Defendant objects to this Interrogatory as not being likely to lead to the discovery of admissible evidence. Defendant further objects to this Interrogatory as seeking discovery from USPTO employees beyond that which is authorized by 37 C.F.R. §§ 104.21-.22 and MPEP Chapter 1700. Subject to the foregoing general and specific objections, Defendant identifies Aaron Lewis, Jennifer Bahr, Stuart Levy, and Anton Fetting.

**INTERROGATORY NO. 13:**

Identify any Person whom the USPTO intends to present as a witness at trial.

10

**RESPONSE TO INTERROGATORY NO. 13**

Defendant objects to this Interrogatory as premature; Defendant's investigation is continuing, discovery is ongoing, and Defendant reserves the right to supplement its response to this interrogatory in the event that additional information later becomes available.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13**

Subject to the foregoing general and specific objections, Defendant states that it is in the process of engaging Dr. Myrna B. Dolovich, Firestone Research Aerosol Laboratory, Department of Medicine, St. Joseph's Hospital, 50 Charlton Ave. East, Hamilton Ontario to provide expert testimony in this action.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13**
**(Feb. 19, 2008)**

Subject to the foregoing general and specific objections, Defendant identifies Prof. Myrna B. Dolovich, Firestone Research Aerosol Laboratory, Department of Medicine, St. Joseph's Hospital, 50 Charlton Ave. East, Hamilton Ontario to provide expert testimony in this action.

**INTERROGATORY NO. 14:**

State the basis of any denials in Defendant's responses to Plaintiff's Requests for Admission to Defendant.

**RESPONSE TO INTERROGATORY NO. 14**

Defendant objects to this Interrogatory as overly broad and unduly burdensome, in that it asks Defendant to repeat its Responses to Plaintiff's Requests for Admission. Subject to the foregoing general and specific objections, Defendant refers Plaintiff to Defendant's Response to Plaintiff's Requests for Admission.

11

I declare under penalty of perjury that the foregoing answers to interrogatories 3, 5, 6, 13

are true and correct based upon the information provided to me.

Executed on ___/ 9___ February, 2008

_Mary L. Kelly_

Respectfully submitted,

___/s/_____

JEFFREY A. TAYLOR, D.C. BAR # 498610

United States Attorney

___/s/_____

RUDOLPH CONTRERAS, D.C. BAR # 434122

Assistant United States Attorney

___/s/_____

BLANCHE BRUCE, D.C. BAR # 960245

Assistant United States Attorney

12

555 Fourth Street, N.W., Room E-4417

Washington, D.C. 20530

(202) 514-9150 (telephone)

(202) 514-8780 (facsimile)


Date: _____ ATTORNEYS FOR DEFENDANT


OF COUNSEL:


Benjamin Wood

Mary L. Kelly

Associate Solicitors

U.S. Patent & Trademark Office


13

# Exhibit H

US005643868A

## United States Patent [19]

### Weiner et al.

[11] Patent Number: 5,643,868

[45] Date of Patent: Jul. 1, 1997

[54] **METHOD OF TREATING OR PREVENTING TYPE 1 DIABETES BY ORAL ADMINISTRATION OF INSULIN**

[75] Inventors: **Howard L. Weiner**, Brookline; **George Eisenbarth**, Wellesley; **David Allen Hafler**, West Newton; **Zhengyi Zhang**, Walden, all of Mass.

[73] Assignee: **Autoimmune, Inc.**, Lexington, Mass.

[21] Appl. No.: **472,016**

[22] Filed: **Jun. 6, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 235,121, Apr. 28, 1994, abandoned, which is a continuation of Ser. No. 70,020, May 28, 1993, abandoned, which is a continuation of Ser. No. 896,484, Jun. 2, 1992, abandoned, which is a continuation of Ser. No. 595,468, Oct. 10, 1990, abandoned.

[51] Int. Cl.[6] .......................... A61K 38/20; A61K 39/00; C07K 14/62

[52] U.S. Cl. .................... 514/3; 530/303; 424/184.1

[58] Field of Search .......................... 514/3; 530/303; 424/184.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,561,444 | 2/1971 | Boucher . |
| 3,594,476 | 7/1971 | Merrill . |
| 3,703,173 | 11/1972 | Dixon et al. . |
| 4,309,404 | 1/1982 | DeNeale et al. . |
| 4,309,406 | 1/1982 | Guley et al. . |
| 4,362,719 | 12/1982 | Cavazza ........................ 424/178 |
| 4,529,589 | 7/1985 | Davydov et al. ................ 424/81 |
| 4,556,552 | 12/1985 | Porter et al. . |
| 4,579,730 | 4/1986 | Kidron ........................ 424/19 |
| 4,598,065 | 7/1986 | Lundt et al. . |
| 4,608,364 | 8/1986 | Grau ........................ 514/4 |
| 4,624,251 | 11/1986 | Miller . |
| 4,635,627 | 1/1987 | Gam . |
| 4,659,696 | 4/1987 | Hirai et al. . |
| 4,704,295 | 11/1987 | Porter et al. . |
| 4,789,660 | 12/1988 | Enever et al. ................ 514/3 |
| 4,925,673 | 5/1990 | Steiner et al. . |
| 4,963,526 | 10/1990 | Ecanow ........................ 514/3 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 87311054 | 6/1988 | European Pat. Off. . |
| 0272097 | 6/1988 | European Pat. Off. . |
| 88308460 | 3/1989 | European Pat. Off. . |
| 1527605 | 10/1978 | United Kingdom . |

| | | |
|---|---|---|
| 8810120 | 12/1988 | WIPO . |
| 95/000127 | 1/1995 | WIPO . |

### OTHER PUBLICATIONS

Foster, D.W., *Harrison's Principles of Internal Medicine*, Ch. 114, pp. 661–678. 10th Ed., McGraw–Hill, New York.
Foster, D.W., *Harrison's Principles of Internal Medicine*, Ch. 114, p. 668, 10th Ed., McGraw–Hill, New York.
Nakhooda, A.F., et al., *Diabetologia*, 14:199–207 (1978).
Dayhoff, M.O., *Atlas of Protein Sequence and Structure*, 5:209–11 (1972).
Gorman, C., *Time Magazine*, Jun. 10, 1991, p. 54.
Dunlop, M., Toronto Star, May 4, 1991, p. G2.
Rennie, J., *Scientific American*, 263(6):106 (Dec. 1990).
Associated Press (Washington), May 25, 1990.
Recer, P., Associated Press (Washington), May 24, 1990.
Cooke, R., *Newsday*, Dec. 12, 1989, p. 1.
Maugh, T.H., Los Angeles Times, Oct. 12, 1989, p. A3, col. 1.
*Biotechnology Newswatch*, 9(9):5 (May 1, 1989).
Knox, R.A. The Boston Globe, Feb. 9, 1990, p. 5.
Braley–Mullen, H. et al., 1980, Cell. Immunol., 51: 408–413.
Keller, R.J., 1990, J. Autoimmun., 3:321–327.
Harrison, L. et al., 1992, J. Clin. Invest.: 1161–65.
Dean et al. Diabetologia (1986) vol 29 339–342.
Zhang et al. PNAS (Nov. 1991) pp. 1–16.
Eisenbarth, G.S., New Engl. J. Med. 314:1360–1368, 1986.
Prochazka et al., Science 237:286, 1987.
Bendelac, A. et al., J. Exp. Med. 166:823, 1987.
Nagler–Anderson, et al., Proc. Natl. Acad. Sci. (USA) 83:7443–7446, 1986.
Merrifield, R.B., Fed. Proc. Am. Soc. Ex. Biol. 21:412, 1962.
Mitchell, A.R. et al., J. Am. Chem. Soc. 98:7357, 1976.
Tam, J. et al., J. Am. Chem. Soc. 105:6442, 1983.
Newman, S.P., Aerosols and the Lung, Clarke, S.W. and Davis, D. eds. pp. 197–224, Butterworths, London.

*Primary Examiner*—Paula K. Hutzell
*Assistant Examiner*—Benet Prickril
*Attorney, Agent, or Firm*—Darby & Darby

[57] **ABSTRACT**

Disclosed herein are methods for treating or preventing a disease in mammals having the characteristics of Type 1 diabetes comprising administering insulin or disease suppressive fragments of insulin or analogs thereof in oral or aerosol dosage forms to said mammals. Also disclosed herein are pharmaceutical formulation or dosage forms for use in the methods.

**19 Claims, 3 Drawing Sheets**



FIG. I



—□— SQ INSUL (20μG)
--△-- ORAL INSUL (1MG)
—✳·— ORAL MBP (1MG)

*FIG. 2*



FIG. 3

5,643,868

**1**

## METHOD OF TREATING OR PREVENTING TYPE 1 DIABETES BY ORAL ADMINISTRATION OF INSULIN

This is a continuation of application Ser. No. 08/235,121, filed Apr. 28, 1994, now abandoned, which is a continuation of 08/070,020 filed May 28, 1993, now abandoned, which is a continuation of 07/896,484 filed Jun. 02, 1992, now abandoned, which is a continuation of 07/595,468 filed Oct. 19, 1990 now abandoned.

### FIELD OF THE INVENTION

This invention relates to methods and compositions for treating or preventing Type 1 diabetes mellitus. The methods of the invention do not require parenteral administration of therapeutic agents. More particularly, but not by way of limitation, the present invention is directed to agents and methods for treating or preventing autoimmune diseases having the characteristics of Type 1 diabetes mellitus.

### BACKGROUND OF THE INVENTION

Diabetes mellitus is characterized in two broad groups based on clinical manifestations, namely, the non-insulin-dependent or maturity onset form, also known as Type 2; and the insulin-dependent or juvenile onset form, also known as Type 1. Clinically, the majority of Type 2, maturity onset diabetics are obese, with manifestations of clinical symptoms of the disease usually appearing at an age over 40. In contrast, Type 1, juvenile onset patients are not over-weight relative to their age and height, with rapid onset of the disease at an early age, often before 30, although Type 1 diabetes can occur at any age.

Diabetes mellitus is a metabolic disorder in humans with a prevalence of approximately one percent in the general population, with one-fourth of these being the Type 1, insulin-dependent category (Foster, D. W., *Harrison's Principles of Internal Medicine*, Chap. 114, pp. 661–678, 10th Ed., McGraw-Hill, New York). The disease manifests itself as a series of hormone-induced metabolic abnormalities which eventually lead to serious, long-term and debilitating complications involving several organ systems including the eyes, kidneys, nerves, and blood vessels. Pathologically, the disease is characterized by lesions of the basement membranes, demonstrable under electron microscopy.

Type 1 diabetics characteristically show very low or immeasurable plasma insulin with elevated glucagon. Regardless of what the exact etiology is, most Type 1 patients have circulating antibodies directed against their own pancreatic cells including antibodies to insulin, to islet of Langerhans cell cytoplasm and to the enzyme glutamic acid decarboxylase. An immune response specifically directed against beta cells (insulin producing cells) leads to Type 1 diabetes. This specificity is supported by the above clinical picture, since beta cells secrete insulin while alpha cells secrete glucagon.

Current therapeutic regimens for Type 1 diabetes include modifications to the diet in order to minimize hyperglycemia resulting from the lack of natural insulin, which in turn, is the result of damaged beta cells. Diet is also modified with regard to insulin administration to counter the hypoglycemic effects of the hormone. Whatever the form of treatment, parenteral administration of insulin is required for all Type 1 diabetics, hence the term "insulin-dependent" diabetes.

Conventional insulin therapy is limited to the parenteral (i.e. subcutaneous) administration of insulin. Oral administration of insulin has not been possible because the insulin

**2**

molecule cannot pass through the digestive tract in a sufficiently intact form to provide its therapeutic benefit. There has been an ongoing search by those skilled in the art for an alternative method to eliminate or reduce the need for insulin because of the numerous problems associated with subcutaneous administration of the drug. Among the methods that have been investigated are implantable insulin pumps and pancreatic islet cell transplantation.

Because Type 1 diabetes usually manifests itself in adolescents and because the subcutaneous delivery of insulin requires strict, self-regimentation, compliance is often a serious problem. In addition, the act of the parenteral administration itself can be very traumatic to juveniles. For the clinician, it is difficult to precisely regulate the amounts of insulin needed at any given time of the patient's day. Furthermore, it is all but impossible to regulate blood glucose levels in diabetic patients with parenteral insulin to the extent to which blood glucose is regulated in normal individuals.

Thus, in the early stages of treatment of Type 1 diabetes, patients often become either hyperglycemia or hypoglycemic because the exact timing of the insulin injections and levels of insulin needed are not known. As treatment progresses the clinician and, more importantly, the patient adjusts to the daily routine, but there is always the risk of ketoacidosis or hypoglycemia.

In addition, some patients produce antibodies to the injected insulin even though most patients are now treated with human insulin produced by recombinant technology. This can lead to the need for higher doses of insulin. To date, there has been no successful oral dosage form containing insulin.

The art has long sought a method for preventing and/or treating Type 1 diabetes which does not involve parenteral administration of insulin. Various attempts at alternate delivery methods for insulin have failed or have not progressed to a practical level. For example, oral insulin, transcutaneous insulin delivery, and nasal insulin have not become clinically utilized. Oral insulin does not affect blood glucose levels. Because it has been necessary to inject lipids into mammals receiving nasal insulin in order to get the insulin across the nasal mucosa, this route of insulin administration has been limited.

Oral dosage forms for treatment of Type 2 diabetes are available, (e.g. oral sulfonylureas). These orally administered agents do not comprise insulin but rather stimulate the pancreas to produce insulin, and are only effective for treatment of certain forms of Type 2 diabetes. As for Type 1 diabetes, oral agents such as sulfonylureas are ineffective due to markedly diminished or damaged beta-cell mass (Foster, D. W., *Harrison's Principles of Internal Medicine*, Chap. 114, p. 668, 10th Ed., McGraw-Hill, New York).

Type 1 diabetes is considered to be a disease of autoimmune etiology (Eisenbarth, G. S., *New Engl. J. Med.* 314: 1360–1368, 1986). Various animal models are available for the study of Type 1 diabetes as an autoimmune disorder. These include the BB mouse (Nakhooka, A. F., et al., *Diabetologic* 14: 199–207, 1978) and the NOD (non-obese diabetic) mouse in which diabetes develops spontaneously (Prochazka et al. *Science* 237:286, 1987). Islet-cell specific, CD4 and CD8 T-lymphocytes have been implicated as causative agents for damage to beta cells, demonstrated by decreased incidence of Type 1 diabetes in NOD mice (*J. Exp. Med.* 166:823, 1987).

Other therapies are being developed for the treatment of autoimmune diseases in general.

5,643,868

3

Weiner et al., U.S. patent application Ser. No. 460,852 filed Feb. 21, 1990, now abandoned (the national stage of PCT Application No. PCT/US88/02139, filed Jun. 24, 1988), which is a continuation-in-part application of U.S. patent application Ser. No. 065,734 filed Jun. 24, 1987, now abandoned discloses the treatment of autoimmune diseases by oral administration of autoantigens.

Weiner et al., U.S. patent application Ser. No. 454,806 filed Dec. 20, 1989, now abandoned discloses the oral administration of autoantigens, disease-suppressive fragments of said autoantigens and analogs thereof as an effective method for treating T-cell mediated autoimmune diseases.

Weiner et al., U.S. patent application Ser. No. 487,732, filed Mar. 2, 1990, now abandoned discloses synergists (enhancers) for use with oral administration of autoantigens, disease suppressive fragments and analogs thereof as effective treatments for T-cell mediated autoimmune diseases.

Weiner et al., U.S. patent application Ser. No. 551,632 filed Jul. 10, 1990, now abandoned as a Rule 62 continuation-in-part application of U.S. patent application Serial No. 379,778, filed Jul. 14, 1989 (now abandoned), discloses methods of preventing or treating uveoretinitis in mammals by oral administration of purified S antigen.

Nagler-Anderson, et al., (Proc. Natl. Acad. Sci (USA) 83: 7443–7446, 1986), describe the oral administration of collagen to suppress collagen-induced arthritis in a mouse model.

However, none of the above-mentioned for treatments for autoimmune diseases can be used treating Type 1 diabetes because the antigens involved in eliciting and maintaining the Type 1 disease have not been identified.

It is, therefore, an object of the present invention to provide agents and methods for treating and preventing autoimmune diseases in mammals having the characteristics of Type 1 diabetes. Prevention of Type 1 diabetes preferably involves treatment to hyperglycemia.

Another object of the present invention is to provide compositions and pharmaceutical formulations useful for treating mammals suffering from autoimmune diseases having the characteristic of Type 1 diabetes.

A still further object of the invention is to provide compositions and pharmaceutical formulations useful for oral administration to mammals for the purpose of preventing or attenuating the manifestations (i.e. clinical symptoms) of autoimmune diseases having the characteristics of Type 1 diabetes. Prevention of Type 1 diabetes includes treatment prior to hyperglycemia.

These and other objects of the present invention will be apparent to those of ordinary skill in the art in light of the following.

SUMMARY OF THE INVENTION

It has unexpectedly been discovered that oral administration of insulin is an effective treatment for eliminating or reducing the need for insulin in Type 1 diabetics. Oral insulin can prevent or ameliorate beta cell distruction and thereby decrease or eliminate traditional parenteral insulin therapy.

Orally administerable pharmaceutical formulations containing insulin are prepared and administered to mammals who have manifested symptoms of Type 1 diabetes and/or diagnosed as having Type 1 diabetes. Additionally, subjects who are at risk for developing Type 1 diabetes (i.e. have demonstrated a predisposition to developing Type 1 diabetes

4

through suitable means, such as genetic studies and analysis) are treated with similar oral preparations of insulin.

Pharmaceutical formulations for oral or enteral administration to treat Type 1 diabetes are prepared from commercially available insulin and a pharmaceutically acceptable carrier suitable for oral ingestion. The quantity of insulin in each dose may be between 1 mg and 1000 mg. However the total dose required for treatment varies according to the individual. Generally, the total quantity of insulin required in practicing the present invention is a much larger dose than is the dosage that is administered parenterally to protect an individual afflicted with Type 1 diabetes against ketoacidosis.

Additionally, an aerosol delivery system can be made with similar dosages of insulin as above with a pharmaceutically suitable carrier or diluent. These and other improvements will be described in the following descriptions, drawings and the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a graph showing the effects of orally administered porcine insulin on diabetes in NOD mice.

FIG. 2 is a graph showing the effects of oral porcine insulin on serum glucose concentrations post-administration of oral insulin in NOD mice.

FIG. 3 is a graph showing the effect of oral administration of pancreatic extracts given at weekly intervals on the development of diabetes in NOD mice.

DETAILED DESCRIPTION OF THE INVENTION

All patent applications, patents and literature references referred to herein are hereby incorporated by reference in their entirety.

The present invention addresses the need for an alternate to existing methods for the treatment of Type 1 diabetes from an autoimmune model and in particular at treatment for the prevention of diabetes. Because Type 1 patients are predominantly adolescents, it is believed that long term insulin therapy will no longer be required due to preservation of undamaged beta cell function if treatment is initiated at the onset of the disorder using the compositions and methods of the present invention. In addition, if the methods of the present invention are initiated at a time when some beta cell function still exists, parenteral insulin therapy can be reduced. Thus, the present invention provides means whereby long term insulin therapy would be reduced or no longer be required.

It has now been unexpectedly discovered that oral and/or aerosol administration of insulin (or disease-suppressive fragments of insulin or analogs thereof) is effective for the treatment and prevention of Type 1 diabetes. This is a radical departure from traditional (parenteral) insulin therapy in that insulin is administered in order to damp down or shut off the hosts autoimmune response and not for its endocrinologic (metabolic) effect. Oral administration of insulin has not proved to be effective in treating any form of diabetes because proteolytic enzymes present in the stomach and digestive system degrade the polypeptide before it can reach the bloodstream. In addition, intranasal administration of insulin has also not previously been shown to be effective in treating any form of diabetes.

Without wishing to be bound by theory of operation it is believed that the oral or aerosol administration of insulin pursuant to the present invention affects the immunological

5,643,868

5

pathogenesis of Type 1 diabetes through the elicitation of suppressor T-cells.

In the following discussions the following terms shall have the meaning ascribed to them below.

"Treatment" shall mean the treatment of active disease in patients with some level of undamaged, insulin-producing beta cells as well as prophylactic administration for use in patients having a high risk for developing the disease.

"Oral administration" shall mean both oral administration and enteral administration (direct incubation into the stomach).

"Individuals at risk" for Type 1 diabetes shall mean a) individuals having a blood relative with Type 1 diabetes; b) autoantibody-positive individuals without overt Type 1 diabetes. These auto antibodies include cytoplasmic islet cell autoantibodies, insulin antibodies and glutamic acid decarboxylase autoantibodies; c) individuals with Histocompatibility (HLA) type DR3 or DR4DQW8; d) individuals with glucose abnormalities such as a loss of first phase insulin secretion on glucose tolerance tests.

"Mammal" shall mean any organism having an immune system and therefore susceptible to Type 1 diabetes.

"Active disease", shall mean autoimmune destruction of islet beta cells.

"Aerosol" refers to finely divided solid or liquid particles that may be created using a pressurized system such as a nebulizer. The liquid or solid source material contains insulin and/or disease suppressive fragments of insulin and analogs thereof as defined herein.

"Disease suppressive fragments" of insulin includes any peptide or polypeptide containing partial amino acid sequences or moieties of insulin and possessing the ability to treat or prevent a disease having the characteristics of Type 1 diabetes. Such fragments need not possess the autoantigenic or endocrinologic (metabolic) properties of the entire insulin molecule.

"Analogs" of insulin or disease suppressive fragments thereof refers to compounds that are structurally related to insulin or disease suppressive fragments thereof which possess the same biologic activity, i.e., the ability to suppress or prevent disease symptoms of Type 1 diabetes, upon oral or aerosol administration. By way of non-limiting example, the term includes peptides having amino acid sequences which differ from the amino acid sequence of insulin or disease suppressive fragments thereof by one or more amino acid residues while still retaining the disease suppressive activity of insulin or its ability to prevent or alleviate the symptoms of Type 1 diabetes. These analogs do not necessarily need to possess the endocrinologic effects of insulin.

In accordance with the present invention, experiments were performed in which NOD (non-obese diabetic) mice, which develop diabetes spontaneously between 11 and 52 weeks of age, had a lower incidence of diabetes at all doses of orally administered insulin in a dose-dependent manner. In all of the animals which received the highest dose of oral insulin (1 mg), 100% of the treated animals failed to develop diabetes.

Although it is fairly easy to control the symptoms of Type 1 diabetes with parenteral insulin, it is difficult to normalize a patient's blood sugar throughout 24 hours utilizing traditional insulin therapy given as 1 or 2 injections a day. Thus, the present invention provides a method for treating or preventing a disease having the characteristics of Type 1 diabetes in a mammal comprising administering to a mammal, suffering from or at risk for Type 1 diabetes, an

6

effective amount of an oral insulin dosage form to treat or prevent the symptoms of diabetes.

It should be noted that the methods of the present invention will not eliminate the need for parenteral insulin therapy in patients with damaged beta cells who do not produce enough insulin to regulate their blood sugar. However, using the methods and compositions of the present invention, newly diagnosed Type 1 diabetic patients or those at risk for the disease (as defined above), who have substantially intact (undamaged) beta cells, will not go on to develop Type 1 diabetes and parenteral insulin administration may be eliminated. In addition, it is believed that the methods and compositions of the present invention will reduce the amount of insulin needed by those individuals having some beta cell function (who are able to produce some level of insulin) by halting progression of the disease.

Insulin for use in the present invention can be obtained from numerous commercial sources such as Novo Laboratories (Danbury, Conn.), Nordisk-USA (Rockville, Md.) and Eli Lilly and Co. (Indianapolis, Ind.). Porcine-derived insulin, human semi-synthetic insulin (Nordisk-USA) and cloned recombinant insulin (Eli Lilly) can be used when practicing the method of the present invention.

Disease suppressive fragments and analogs of insulin for use in the present invention can be synthesized using well known solid phase synthesis techniques (Merrifield, R. B. Fed. Proc. Am. Soc. Ex. Biol. 21: 412, 1962 and J. Am. Chem. Soc. 85: 2149, 1963; Mitchel, A. R. et al., J. Am. Chem. Soc. 98: 7357, 1976; Tam, J. et al., J. Am. Chem. Soc. 105: 6442, 1983). Analogs can be constructed by identifying an equivalent amino acid sequence and using the peptide synthesis techniques disclosed above.

Analogs can be provided using the known amino acid sequence of insulin as disclosed in Atlas of Protein Sequence and Structure, Natl. Biochem. Res. Foundation, vol. 5, pgs. 209–211.

Disease-suppressive analogs and fragments can also be obtained using recombinant DNA techniques well-known in the art.

Disease suppressive fragments of insulin and analogs thereof can be identified using routine experimentation using suitable in vivo systems such as those of Examples 1–5 below.

Pursuant to the present invention, insulin or disease suppressive fragments or analogs thereof are introduced into a mammal suffering from or at risk for a disease having the characteristics of Type 1 diabetes, orally or enterally, in an amount of between about 2 mg per kg body weight of said mammal and about 10 mg per kg body weight of said mammal per day, and may be administered in a single dose form or multiple dose forms. Preferably, the insulin is administered in an amount between about 2.5 mg and about 5.0 mg per kg body weight of said mammal per day. The exact amount to be administered will vary depending on the severity and stage of a patient's disease and the physical condition of the patient.

The present invention also is directed to oral dosage forms and pharmaceutical formulations for administration to mammals suffering from or at risk for diseases having the characteristics of Type 1 diabetes. It will be understood that any statistically significant attenuation in the disease symptoms of Type 1 diabetes pursuant to the treatment of the present invention is within the scope of the invention.

Each oral formulation according to the present invention may additionally comprise inert constituents including pharmaceutically acceptable carriers, diluents, fillers, solubiliz-

5,643,868

7

ing or emulsifying agents and salts as is well-known in the art. For example, tablets may be formulated in accordance with conventional procedures employing solid carriers well-known in the art. Capsules employed in the present invention may be made from any pharmaceutically acceptable material such as gelatin or cellulose derivatives. Sustained release oral delivery systems and/or enteric coatings for orally administered dosage forms are also contemplated such as those described in U.S. Pat. No. 4,704,295 issued Nov. 3, 1987, U.S. Pat. No. 4,556,552 issued Dec. 3, 1985, U.S. Pat. No. 4,309,404 issued Jan. 5, 1982 and U.S. Pat. No. 4,309,406 issued Jan. 5, 1982.

Examples of solid carriers include bentonite, silica and other commonly used carriers. Further non-limiting examples of carriers and diluents which may be used in the formulations of the present invention include saline and any physiologically buffered saline solution such as phosphate buffered saline (PBS) and water.

It will be appreciated that the unit content of active ingredient or ingredients contained in an individual dose of each dosage form need not in itself constitute an effective amount since the necessary effective amount can be reached by administration of a plurality of dosage units.

The preferred route of administration of the dosage forms of the present invention is orally or enterally. Preferred oral or enteral pharmaceutical formulations or dosage forms may comprise for example, between about 1 mg and about 1000 mg of insulin.

In an alternative preferred embodiment of the present invention the pharmaceutical formulations or dosage forms of the present invention can also be administered to mammals suffering from diseases having the characteristics of Type 1 diabetes in aerosol form. It is expected that lower amounts of insulin, disease suppressive fragments or analogs thereof will be required using aerosol administration for treating or preventing Type 1 diabetes as has been found when treating experimental allergic encephalomyelitis (EAE) with myelin basic protein (MBP) and adjuvant arthritis with collagen as disclosed in co-pending U.S. patent application Ser. No. 454,806 filed Dec. 20, 1989, now abandoned. The amounts of insulin or disease suppressive fragments or analogs thereof which may be administered in an aerosol dosage form would be between about 0.1 mg and 10 mg per kg body weight of a mammal per day and may be administered in single dosage form or multiple dosage forms. The exact amount to be administered will vary depending on the state and severity of a patient's disease and the physical condition of the patient.

The aerosol pharmaceutical formulations of the present invention may include, as optional ingredients, pharmaceutically acceptable carriers, diluents, solubilizing or emulsifying agents, and salts of the type that are well-known in the art. Examples of such substances include normal saline solutions, such as physiologically buffered saline solutions, and water.

The route of administration of insulin or disease suppressive fragments or analogs thereof according to this alternate embodiment of the present invention is in an aerosol or inhaled form. The insulin and related compounds of the present invention can be administered as a dry powder or in an aqueous solution. Preferred aerosol pharmaceutical formulations may comprise for example, a physiologically-acceptable buffered saline solution containing between about 1 mg and about 1000 mg of insulin, disease suppressive fragments or analogs thereof.

Dry aerosol in the form of finely divided solid particles of insulin, disease suppressive fragments or analogs thereof

8

that are not dissolved or suspended in a liquid are also useful in the practice of the present invention. The insulin may be in the form of dusting powders and comprise finely divided particles having an average particle size of between about 1 and 5 microns, preferably between 2 and 3 microns. Finely divided particles may be prepared by pulverization and screen filtration using techniques well known in the art. The particles may be administered by inhaling a predetermined quantity of the finely divided material, which can be in the form of a powder.

Specific non-limiting examples of the carriers and/or diluents that are useful in the aerosol pharmaceutical formulations of the present invention include water and physiologically-acceptable buffered saline solutions such as phosphate buffered saline solutions pH 7.0–8.0.

The pharmaceutical formulations of the present invention may be administered in the form of an aerosol spray using for example, a nebulizer such as those described in U.S. Pat. No. 4,624,251 issued Nov. 25, 1986; U.S. Pat. No. 3,703,173 issued Nov. 21, 1972; U.S. Pat. No. 3,561,444 issued Feb. 9, 1971 and U.S. Pat. No. 4,635,627 issued Jan. 13, 1971. The aerosol material is inhaled by the subject to be treated.

Other systems of aerosol delivery, such as the pressurized metered dose inhaler (MDI) and the dry powder inhaler as disclosed in Newman, S. P. in *Aerosols and the Lung*, Clarke, S. W. and Davia, D. eds. pp. 197–224, Butterworths, London, England, 1984, can be used when practicing the present invention.

Aerosol delivery system of the type disclosed herein are available from numerous commercial sources including Fisons Corporation (Bedford, Mass.), Schering Corp. (Kenilworth, N.J.) and American Pharmoseal Co., (Valencia, Calif.).

It is expected that the methods of the present invention are particularly well-suited for use in pediatric or adolescent patients developing Type 1 diabetes or the first year of onset of hyperglycemia in whom the secondary effects of the disease (such as vascular damage, kidney damage and diabetic retinopathy) have not been totally manifested. These are also the patients in whom the traumatic effects of daily insulin injections are usually most severely felt.

As shown in the examples presented below, oral administration of insulin to NOD mice reduced the numbers of these mice which subsequently went on to develop diabetes at all dosages tested. In addition, at the highest dose used (1 mg), none of the mice went on to develop diabetes. In addition, as shown in Example 2, the effects of oral insulin were not due to a reduction in the serum glucose concentrations in these animals and was thus not a metabolic effect. In addition, as shown in Example 3 below, feeding NOD mice pancreatic extract also led to a diminution in the number of animals which developed diabetes although to a lesser extent than those that received oral insulin.

Preliminary experiments have shown that NOD mice fed 1 mg of insulin had fewer inflammatory immune system cells surrounding the pancreas (a condition known as insulitis) than PBS-fed NOD mice (data not shown). Therefore, oral administration of insulin to NOD mice appeared to be affecting the infiltration of immune system cells into the pancreas and thus halting disease progression by preserving beta cell function.

The present invention is described further below in working examples which are intended to illustrate the present invention without limiting its scope.

EXAMPLE 1:

EFFECT OF FEEDING PORCINE-INSULIN ON SPONTANEOUS DIABETES IN NOD MICE

NOD (non-obese diabetic mice) were obtained from Taconic Laboratories (Germantown, Mass.) at 4 weeks of

5,643,868

9

age. There were a total of 30 animals in each of the groups mentioned below at the beginning of the experiment. At 4½ weeks of age, animals were orally administered Porcine insulin (Novo Laboratories, Danbury, Conn.). Each animal received two treatments orally twice a week until 9 weeks of age. The mice were fed either saline (control) or 10 micrograms, 100 micrograms, or 1 milligram of Porcine insulin. The animals were fed (gavaged) with an 18 gauge ball-point needle (Popper and Sons, Inc., New Hyde Park, N.Y.). Beginning at 10 weeks the animals were then fed once a week for a total of 33 weeks. Beginning at 12 weeks the urine was tested weekly for the presence of glucose using Glucosuria test tape (Eli Lilly, Indianapolis, Ind.). If an animal tested 3+ or higher on the glucose urine test, a serum sample was taken and blood glucose measured using a glucose analyzer (Beckman). If the blood glucose was 220 or higher, the animals were classified as diabetic and then sacrificed.

As shown in FIG. 1, no diabetes developed in any of the animals fed 1 mg insulin whereas diabetes developed in the control group and in the 10 microgram and 100 microgram groups in a dose response fashion. The p value comparing the 1 mg fed to the control is p<0.008 whereas in the 100 microgram fed, p<0.09.

The normal blood insulin level in an animal is between 120 to 170 mg/decaliter or mg/dl. The blood sugars in the animals that were fed PBS that developed diabetes were: 575, 485, 459, 500, 375, 400, 362, 395, 480 mg/dl. The blood sugar in the animals that were fed 10 micrograms of insulin which developed diabetes were: 330, 420, 315, 459, 520, 487 mg/dl. Blood sugars in animals fed 100 micrograms of insulin that became diabetic were: 290, 600, 450, 500 mg/dl. Animals that were fed 1 mg of insulin were also tested in terms of blood sugar. None of the animals developed diabetes as measured by urine testing but the blood sugar was tested as a confirmation. Blood sugar on 10 representative animals from the group fed 1 mg insulin were: 174, 128, 125, 125, 145, 123, 136, 155, 115, 130 mg/dl.

EXAMPLE 2:

GLUCOSE POST ORAL INSULIN IN FASTING 7 WEEK NOD MICE

In order to determine whether any endocrinologic (i.e. direct lowering of blood sugar) effects occurred following the feeding of insulin, 7 week old NOD mice (5 mice per group) were fed 1 mg of porcine insulin or 1 mg of myelin basic protein (obtained from Pel Freez, Rogers, Ark.) as a control protein. Blood glucose was then measured over the next 24 hour period. As a positive control, a separate group of animals were injected subcutaneously with 20 micrograms of Porcine insulin. All animals were kept in the fasting state.

As shown in FIG. 2, animals given subcutaneous insulin had an immediate drop in the glucose level with a decrease of approximately 80 mg % that persisted over a 4 hour period and then slowly returned to normal. Animals which received oral insulin or oral myelin basic protein had no drop in the blood glucose; in fact there was an increase in blood glucose most probably related to the protein load. Over the next 24 hours there was a gradual decrease in blood glucose in all groups of animals since the animals were in a fasting state. This was seen both in animals fed insulin and animals fed myelin basic protein.

These results demonstrate that there were no endocrinologic (metabolic) effects from feeding oral insulin. Given the

10

published data in terms of generating immunologic tolerance and immunologic effects following the oral administration of proteins these results strongly suggest that oral administration of insulin affects the immunologic pathogenesis of diabetes in the NOD mice.

EXAMPLE 3:

EFFECT OF ORAL ADMINISTRATION OF PANCREATIC EXTRACT GIVEN AT WEEKLY INTERVALS

An identical experiment to Example 1 was performed in which NOD mice (14–17 per group) were fed one homogenized pancreas derived from Lewis rats in 0.5 mls PBS. As shown in FIG. 3, there was a decrease in the development of diabetes in extract-fed animals as compared to controls. Nonetheless, the effect is not as dramatic and complete as that seen in the animals fed insulin. These results show some effect of feeding pancreatic tissue and highlight the potency of the insulin experiments described above.

EXAMPLE 4:

EFFECT OF AEROSOL ADMINISTRATION OF INSULIN ON DIABETES IN NOD MICE

Insulin (0 to 1 mg as in Examples 1 and 2) will be administered to NOD mice as described above in Examples 1 and 2 except in aerosol form by nebulizer.

It is expected that aerosolized insulin will be effective in preventing the manifestation of symptoms (i.e. hyperglycemia) of Type 1 diabetes in the treated mice.

EXAMPLE 5:

TREATMENT OF INITIAL STAGES OF DIABETES IN NOD MICE

Insulin (0 to 1 mg as in Examples 1 and 2) will be administered to NOD mice which are suffering from hyperglycemia in an oral and aerosol form. The treatments will begin by weeks 12–20 of age, by which the serum glucose levels are at hyperglycemic concentrations in a certain percentage of animals prior to onset of diabetes.

It is expected that both oral and aerosol administration of insulin will lead to reduction in serum glucose concentrations to near normal levels and preservation of beta cell function.

What is claimed is:

1. A method for suppressing autoimmune response against pancreatic beta cells in a mammal comprising orally or enterally administering to said mammal an amount of a composition comprising insulin effective to suppress said autoimmune response without causing a decrease in the blood sugar level of said mammal within 4 hours after said administration.

2. The method of claim 1 wherein said administration is via the oral route.

3. The method of claim 2 wherein said administration suppresses autoimmune destruction of pancreatic beta cells.

4. The method of claim 1 wherein said composition is orally administered as an aqueous suspension or solution of insulin.

5. The method of claim 1 wherein said composition is orally administered in a form selected from the group consisting of a tablet, a capsule and a caplet.

6. The method of claim 5 wherein said form comprises a pharmaceutically acceptable carrier or diluent.

5,643,868

11

7. The method of claim 1 wherein said composition consists of insulin.

8. The method of claim 1, wherein the administration continues in single or multiple doses for at least 12 weeks.

9. The method of claim 1 wherein said mammal suffers from a disease selected from the group consisting of Type 1 diabetes and animal disease states that serve as models for Type 1 diabetes.

10. A method for treating a mammal suffering from a disease selected from the group consisting of Type 1 diabetes and animal disease states that serve as models for Type 1 diabetes comprising the step of orally or enterally administering to said mammal a composition containing an amount of insulin, effective to suppress an autoimmune response associated with said disease, without causing a decrease in blood sugar level of said mammal within 4 hours after said administration.

11. A method for preventing or suppressing the onset of Type 1 diabetes in a mammal by suppressing an autoimmune response leading to Type 1 diabetes, comprising the step of orally or enterally administering to said mammal an effective amount of a composition comprising insulin, prior to said onset and without causing a decrease in the blood sugar level of said mammal within 4 hours after said administration.

12. The method of claim 11 wherein said administration is oral.

13. The method of claim 11 wherein said composition consists of insulin.

14. A method for suppressing autoimmune reaction against pancreatic beta cells in a patient comprising orally or enterally administering to said patient an effective amount for suppressing said autoimmune reaction of a composition comprising insulin, said composition not causing a decrease in the blood sugar level of said patient within 4 hours after said administration.

15. A method of treating a human patient suffering from a stage of Type 1 diabetes characterized by an ongoing

12

autoimmune response comprising orally administering to said patient an effective amount of a composition comprising insulin that wherein the insulin is susceptible to degradation by proteolytic enzymes in the digestive tract, said composition suppressing said ongoing autoimmune response without causing a decrease in the blood sugar level of said patient within 4 hours afar said administration.

16. A method for preventing or suppressing the onset of Type 1 diabetes in a human patient comprising orally administering to said patient an effective amount for suppressing autoimmune response associated with Type 1 diabetes of a composition comprising insulin that wherein the insulin is susceptible to degradation by proteolytic enzymes in the digestive tract, said composition not causing a decrease in the blood sugar level of said patient within 4 hours after said administration.

17. A method of treating a human patient suffering from a state of Type 1 diabetes characterized by an autoimmune response, comprising oral administration to said patient of a composition comprising insulin in amount effective to produce at least one physiological response selected from the group consisting of suppressing said autoimmune response, reducing destruction of beta cells, and eliciting suppressor T-cells that recognize insulin, said composition not causing a decrease in the blood sugar level of said patient within 4 hours after said administration.

18. The method of claim 17, wherein the administration continues in single or multiple doses for at least 12 weeks.

19. A method for suppressing autoimmune response against pancreatic beta cells in a mammal comprising orally or enterally administering to said mammal an amount of a composition comprising insulin effective to suppress said autoimmune response said composition not causing an accompanying decrease in the blood sugar level of said mammal.

*  *  *  *  *

# Exhibit I



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | *e*Business | *e*Biz alerts | News | Help



## Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

*NOTE:Results display only for issued patents and published applications.*
*For pending or abandoned applications please consult USPTO staff.*

### Total Assignments: 3

| | | | |
|---|---|---|---|
| **Patent #:** NONE | **Issue Dt:** | **Application #:** 09848774 | **Filing Dt:** 05/03/2001 |
| **Publication #:** 20020124852 | **Pub Dt:** 09/12/2002 | | |

**Inventors:** Igor Gonda, Reid M. Rubsamen, Stephen J. Farr

**Title:** A METHOD OF TREATING DIABETES MELLITUS IN A PATIENT

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 013987/0829 | **Recorded:** 09/22/2003 | **Pages:** 4 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignors:** GONDA, IGOR | **Exec Dt:** 10/21/1997 |
| RUBSAMEN, REID M. | **Exec Dt:** 10/21/1997 |
| FARR, STEPHEN J. | **Exec Dt:** 10/27/1997 |

**Assignee:** ARADIGM CORPORATION
3929 POINT EDEN WAY
HAYWARD, CALIFORNIA 94545

**Correspondent:** BOZICEVIC, FIELD & FRANCIS LLP
200 MIDDLEFIELD RD
SUITE 200
MENLO PARK, CA 94025

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 017882/0034 | **Recorded:** 07/06/2006 | **Pages:** 12 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignor:** ARADIGM CORPORATION | **Exec Dt:** 07/03/2006 |

**Assignee:** NOVO NORDISK A/S
NOVO ALLE 1
BAGSVAERD, DENMARK DK-2880

**Correspondent:** DARBY & DARBY PC
805 THIRD AVENUE, 27TH FLOOR
NEW YORK, NY 10022

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 018505/0550 | **Recorded:** 11/13/2006 | **Pages:** 12 |

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| | |
|---|---|
| **Assignor:** ARADIGM CORPORATION | **Exec Dt:** 07/03/2006 |

**Assignee:** NOVO NORDISK A/S
NOVO ALLE 1
BAGSVAERD, DENMARK DK-2880

**Correspondent:** BOZICEVIC FIELD AND FRANCIS LLP
1900 UNIVERSITY AVE. #200
EAST PALO ALTO, CA 94303

Search Results as of: 04/01/2008 12:13 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

NOVO NORDISK A/S,                )
                                 )
          Plaintiff,             )
     v.                          )    Case No: 06-1896 (CKK)
                                 )
JON W. DUDAS,                    )    Judge Colleen Kollar-Kotelly
Under Secretary of Commerce for  )
Intellectual Property and        )    ECF
Director of the United States Patent )
& Trademark Office,              )
                                 )
          Defendant.             )
_____)

### (PROPOSED) ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment

Adjudging that Novo Is Entitled to a Patent and Authorizing the Director to Issue Letters

Patent, Defendant's Opposition and Cross-Motion For Summary Judgment, Plaintiff's

Reply and Opposition and Defendant's Reply, and the entire record in this matter, it is

hereby

ORDERED that Plaintiff's motion is GRANTED.


Dated: _____, 2008



                                   _____

                                   COLLEEN KOLLAR-KOTELLY
                                   United States District Judge