**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NOVO NORDISK A/S, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-1896 (CKK) |
| ) | |
| JON W. DUDAS, ) | Judge Colleen Kollar-Kotelly |
| Under Secretary of Commerce for ) | |
| Intellectual Property and ) | ECF |
| Director of the United States Patent ) | |
| & Trademark Office, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF SETTLEMENT AND DISMISSAL**

WHEREAS, plaintiff Novo Nordisk A/S ("Novo") and defendant Jon W. Dudas, Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office ("Dudas") are parties to the above-captioned litigation (the "Action"); and

WHEREAS, on November 7, 2006, Novo filed its Complaint to Authorize the Director to Issue Letters Patent (the "Complaint") against Dudas, asserting, *inter alia*, that Novo was entitled to receive Letters Patent for the invention described and claimed in patent application Serial No. 09/848,774 ("the '774 Application"), entitled "A Method of Treating Diabetes Mellitus in a Patient"; and

WHEREAS, pursuant to the Court's Order dated October 19, 2007, Novo and Dudas (collectively, the "Parties") have conducted discovery in this Action, including, but not limited to, interrogatories, requests for admission, and deposition

testimony of the Parties' respective experts, as well as submitted expert reports (collectively, the "Discovery Record"), and Dudas has submitted the Administrative Record for the '774 Application on March 21, 2008 (the "Administrative Record"); and

WHEREAS, the Parties now desire to settle and terminate this Action,

The Parties, through their undersigned counsel, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as follows:

(1) This action shall be, and is hereby, dismissed without prejudice;

(2) Novo and the USPTO agree that Novo or its assignee may obtain further examination of the claims in the '774 Application in a continuation application in the USPTO to the extent permitted by USPTO regulations;

(3) In prosecuting such continuation application, Novo and the USPTO agree that Novo or its assignee shall be permitted to the extent allowed by USPTO regulations to submit materials from the Discovery Record and the Administrative Record from this Action, including evidence, references and arguments based upon, incorporating or referring to the Discovery Record and/or the Administrative Record, whether or not previously addressed in the prior proceedings before the USPTO, and the USPTO agrees that it shall consider such arguments or evidence consistent with USPTO regulations; and

- 3 -

(4) Novo shall pay, pursuant to 35 U.S.C. § 145, expenses totaling $22,054.04 ($1,862.75 to be paid to the United States Attorneys Office in Washington, D.C. and $19,191.29 to be paid to the USPTO), within sixty (60) days of the filing of this Stipulation.

Dated:  July 3, 2008

| /s/ | /s/ |
|---|---|
| Margaret K. Pfeiffer  (D.C. Bar # 358723) | Jeffrey A. Taylor (D.C. Bar # 498610) |
| Sullivan & Cromwell LLP | Rudolph Contreras (D.C. Bar # 434122) |
| 1701 Pennsylvania Avenue, N.W. | Blanche Bruce (D.C. Bar # 960245) |
| Washington, D.C.  20006-5805 | 555 Fourth Street, N.W., Room E-4417 |
| Tel:  (202) 956-7500 | Washington, D.C.  20530 |
| | Tel:  (202) 307-6078 |

*Attorneys for Plaintiff*         *Attorneys for Defendant*
*Novo Nordisk A/S*              *Jon W. Dudas*

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Colleen Kollar-Kotelly

United States District Judge